FILED - USDC -NH
2022 NOV 14 PM 3:17

FROM: William S. Justice (fka) William Soler, Jr.
DATE: 11/11/22 (Fri.)

William S. Justice (fka) William Soler, Jr. Vs.
Christopher T. Sununu et al (case # 1:20-cv-517-PB)

THIS ADDENDUM TO BE ADDED TO THIS LAWSUIT

After this lawsuit was created by my former guardian, Wanda Duryea, a later crime(s) against William Justice (me) was (were) perpetrated by prison staff. The culprits were property c.o. Aaron Belanger and Sgt. Eric Barbaro. This incident took place on Thurs., April 09th, 2020. Other staff members that may have written reports about incident are c.o. Wrenn and nurse Nancy.

A letter 3 pgs. long written by Mr. Justice for the FBI about this ordeal (in details) is included with this Addendum. There are also 4 other related/supportive documents included with this Addendum.

The relief that Mr. Justice now seeks after you (judge—aka— HONORABLE one) reads the FBI letter (too, the other 4 documents), is that you will now feel compelled to hold those HOOLIGANS (correctional ofcs.) accountable, as it should be. Then lawfully and justifiably compensate the victim (Mr. Justice) to the fullest extent of the law. THANKS HONORABLE 1 and may Jesus continue BLESSING you!!!

William S. Justice (plaintiff/VICTIM)
51 Storrs Street, #310
Concord, NH 03301
(603)c 931-6357 or LL 230-2441



Case 1:20-cv-00805-SE-AJ   Document 28   Filed 11/14/22   Page 3 of 9
https://mail.google.com/...

04/30/20 (Thurs.)

Dear FBI:

My name is William Soler, Jr., I'm currently a vic-timized patient at the Secure Psychiatric Unit (the SPU) of the NH State Prison for Men, up in Concord, NH. I've been here since Tues, Feb 13th, 2018. Wanda Duryea (a NH Mental Health Advocate) had her husband file a lawsu-it at the U.S. District Court, right here in Concord, on my be-half against the prison and the Office of Public Guardian (OPG), a couple of days ago (on Tues April 28th, 2020) If memory serves me correct Wanda listed about 14 crimi-nal counts that the prison and OPG colluded against me with since I've been here.

However, that lawsuit does not include the most recent crimes perpetrated by the prison and OPG, which took place on Thurs, April 09th, 2020, by correctional ofcs (c.o.s) Bela-nger, Wrenn, and Barbara. Sgt. Barbara violated the 14th amen-ment of the U.S. Constitution ("due process.") When he opte-ed to have me jugged (sent) instantly to involuntarily secluded C. ward, which is also a violation of the NH patient bill of Rights (No NH patient shall ever be subjected to involuntary s-eclusion). Barbara would have none of it. He had me shipped from approximately 40 23 hrs a day lockdown C ward after an incident be-tween myself, C.O.s Belanger and Wrenn.

The incident between myself, whm-sensitive Belanger on

183

C.O. Wrenn happened as me and Wrenn were exiting the medical exam room. Belanger was on the outside of the room when we crossed paths. He mumbled some jibberism about "sister". That's when I asked him what his sister's name was. I repeated the question numerous times because it seemed like Belanger did not hear me or understand. "That is when Wrenn longer claimed that "I was being disrespectful" sensitive Belanger claimed that "I was being disrespectful" and ordered then escorted me to lockdown. Wrenn was the ling behind the both of us. I obeyed Belanger's command within incident and locked down. An approx hour later I was sent to E-ward (in other words "lugged") without due process an without incident (again) on Barboros's corrupt command. As a result I spent an approx week on E-ward then another week on F-ward, which is also involuntarily seclusive. Corpora "Robert" Shapiro ill-advised me on a later date when he d cessfully claimed that because I was a patient I "im not e titled to due process), which was and is a bald-face lie. I will to Capt. Marshall about Shapiro's corrupt ways.

Now, back to Belanger. On Friday night a Labor Day Monday (when I got tortured by personnel) 2018 Belanger implied to me that I may have hurt his sister. I st why back in 2002 Belanger almost ambushed me with the assi tance of a white Kojak-Type C.O. [5] This also also why they wan him the property C.O. so that way he could go through my things a steal key items, which is exactly what he has done since numero items in my property have turned up missing, such as: (1) my per nal journal (2) my postage stamps (3) my yellow legal notepads (wh

$\int_{43}^{5}$

3 of 3

I also told Marshall about ④ my spring package of items, which my parents paid for ⑤ my canteen ⑥ my Patient Bill of Right document etc. etc. Does it not sound unethical that the administrators chose Belanger to confiscate my property after a serious incident between he and I? (But, that's what happened! I informed my new guardian (Eric Hansmier) all this then he responded by pretty much asking me to show him how to do his job by asking me what did I want him to do about it? I told him to protect my civil rights by filing a motion with the court and informing them that my rights have been repeatedly violated (hence, the 14 count lawsuit) and that I, Bill Soler, Jr., as a patient, am in harm's way in this prison setting. I still have yet to hear from him.

The reason I am writing to you and then phoning you, is because I believe that at least one federal crime has been committed by this…. what else? Conspiracy! Granting you, the FBI, the right and jurisdiction to investigate ██ the prison and OPG. PPPLLEASE do so. Thank you and may God BLE
(Holy Trini

*William Soler Jr.*
"Bill" Soler, Jr. #42507
SPU of NH State Prison
281 North State Street
P.O. Box 2828
Concord, NH 03302

Cc: Wanda Ouyea, Disability Rights Center (DRC)

PATIENT
~~INMATE~~ REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM     DATE: _04/16/20 (Thurs)_

FROM: _Soler, Jr._     _William_     _._     ID #: _42507_

| _Last Name_ | _First Name_ | _Middle Initial_ | |
|---|---|---|---|
| _SPU_ | _E-Ward_ | _10_ | _1st_ |
| Facility | Housing Unit | Cell | Work/Shift |

PATIENT
~~INMATE~~ REQUEST: _Dear Capt. Marshall: The time is approx. 2 pm. I just got off the phone with my guardian, Mr. Eric Hansmier, about getting me freed from this prison. Can you save that recorded phone conversation for potential court purposes. THANK YOU & may THE Lord bless you!!!_ _(HT)_

(If you need more space, use plain paper.)

_William Soler Jr._
Inmate Signature

TO: _CAPT. MARSHALL_     DATE: _04/16/20 (Thurs.)_

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

_____

Staff Signature

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FROM: _Capt. Marshall_     DATE: _4/22/2020_
   Staff Member Name/Office

REMARKS: _Only an order from the court can obtain your phone calls for investigative purposes._

_Capt_
Staff Signature

Received By _____
       Inmate Signature

| White - Offender Records Office | Yellow - Inmate | Pink - Staff | SP-014 (a) Rev. 11/06 |
|---|---|---|---|

SEE INSTRUCTIONS ON REVERSE SIDE

## RESIDENT REQUEST SLIP

DATE: _04/23/20 (Thurs_

**1**

**TO:** _C.o. Belanger_

**FROM:** _Soler, Jr._     _William_

LAST NAME     FIRST NAME     MIDDLE INITAL

_F_     _17_

WARD     RM #

**REMARKS:**

_Thank YOU for getting me the book, How to Start Your Own_
_Medical Billing Service by Entrepreneur Press, that my_
_BELOVED niece (Tiavaliz) order for me from Amazon in_
_such an expedited manner (thanks, it much APPRECIATED_
_Belanger). Now, I would also appreciate back my personal_
_journal (black & white composition notebook) that houses_
_my most intimate of thoughts. Please Belanger returns_
_that for me. THANKS & may God BLESS!!! (amen)._

_(HT)_

_William Soler Jr._

RESIDENT'S SIGNATURE

**2**

THRU CUSTODY - Yellow copy for delivery to Resident - White copy to medical records for file.     DATE: _4-28_

**TO:**     **RESIDENT** _Mr Soler_     **WARD** _____     RM #

**FROM:** _Co Belanger_

**REMARKS:** _Mr Soler, you have all of your property_
_that was removed from your cell on H-wing._
_I do not have anything else. your cell was very_
_messy when you were moved M & I will speak to_
_you about this more    Co B_

STAFF SIGNATURE

## RESIDENT REQUEST SLIP

DATE: 04/24/20 (Fri,)

**1**

TO: C.O. Belanger

FROM: Soler, Jr.        William

LAST NAME        FIRST NAME        MIDDLE INITAL

H        5

WARD        RM #

REMARKS: Just a gentle final reminder to return my personal journal THANK

and may God BLESS!!!

(HT)

" "        "

RESIDENT'S SIGNATURE

---

**2**  THRU CUSTODY - Yellow copy for delivery to Resident - White copy to medical records for file.

DATE: 1-28-2020

TO: RESIDENT Soler        WARD

RM #

FROM: Belanger

REMARKS: Mr Soler I don't have anything else

of yours.

STAFF SIGNATURE

---

**3** ACKNOWLEDGEMENT - Resident retains Yellow copy with reply

DATE: 04/28/20 (Tues.)

RESIDENT'S SIGNATURE

TO MEDICAL RECORDS FOR FILE - White Copy
RESIDENT RETAIN - Yellow Copy

SPU6
REV. 9/91

# PATIENT
## ~~INMATE~~-REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM          DATE: 04/15/20 (We

FROM: Soler, Jr.          William          _____          ID #: 42507
Last Name          First Name          Middle Initial

SPU          ~~EE~~ E-ward          10          2nd
Facility          Housing Unit          Cell          Work/Shift

PATIENT
~~INMATE~~-REQUEST: Dear Ms. Christine O'Connor: Can you notify my guardian, Eric Hansmi and inform him that corrupt Sergeant Barbaro and corrupt correctional off. Belanger have violated my consti tional right by not granting me "due process" for the Thurs, April 09th, 2020 incident between myself and he Belanger and Wrenn. Furthermore, they continue on violating my other right by lugging me from H ward down to 23th day lockdown and involuntarily seclusive E ward, which according to the Patient Bill of Rights, it is unlawful to kee NH patient involuntary secluded. It is believed that Barbaro was trying to stall the inevitable (a lawsuit that NH M Health Advocate, Wanda Duryea was going to file on my behalf against the prison). They confiscated my property, but re only a very small portion of it. Numerous pages to the lawsuit that I had in my H cell/room turned up missing when it returned to me (no doubt stolen by hooligan Belanger since he is the property c.o.). He also stole my 3 books of stam Ms. O'Connor please contact my guardian asap and tell him that I am suffering needlessly. Ask him to protect my rights as I have written to Capt. Marshall about Barbaro, Belanger and Wrenn's corrupt ways. Esp. about Barbaro cunningly and malicious name change (Barbaro) on his tag to
(If you need more space, use plain paper.) correlate w/ my nephew's former hobby/profession Inmate Signature    William Soler Jr.
May God BLESS you O'Connor (amen !!!)

TO: Ms. Christine O'Connor (SW)          DATE: 04/15/20 (Wee

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: Fwd to CPT Marshall

Co McLan
Staff Signature

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FROM: Christine O'Connor          DATE: 4/16/2020
Staff Member Name/Office

REMARKS: I am photo copying this request and sending it to Eric Hansmeier. All of your drawings are safe + will be returned to you. When you moved to ATC status not all of your property is allowed.

Christine O'Connor SW ...
Staff Signature    04/20/20

Received By William Soler Jr.
Inmate Signature

White - Offender Records Office          Yellow - Inmate          Pink - Staff          SP-014 (a) Rev. 11/06