**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| WILLIAM SOLER JUSTICE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 23-cv-00308-SE-AJ |
| AARON BELANGER, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**MOTION TO EXTEND**
**DEADLINE TO FILE ACCEPTANCE OF SERVICE NOTICE**

NOW COMES the New Hampshire Office of the Attorney General (the "OAG"), by and through the undersigned counsel, and hereby requests this Court for an extension of time for the filing of the Acceptance of Service Notice on behalf of the Defendants, Aaron Belanger and Eric Barbaro, by fourteen days, up to and including August 25, 2025, and in support thereof, states as follows:

1.      In his Complaint, the Plaintiff named Aaron Belanger and Eric Barbaro as Defendants in this case.

2.      Following this Court's Service Order dated July 10, 2025, the OAG contacted both Defendants in an effort to confirm whether they wish to be represented in this case by the OAG pursuant to RSA 99-D.

3.      As of the date of this Motion, neither Defendant has indicated whether he wants to be represented by the OAG in this case.  The OAG needs additional time to follow up with these two Defendants to confirm whether they agree to OAG representation.

4.    This Motion represents the first time that the OAG has requested an extension of the deadline to submit its Acceptance of Service Notice in this case.

WHEREFORE, the OAG respectfully requests this Court to extend the deadline for the filing of the Acceptance of Service Notice for the Defendants, Aaron Belanger and Eric Barbaro, by fourteen days, up to and including August 25, 2025, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

THE NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL

By its attorneys,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: August 11, 2025

/s/ Duncan A. Edgar
Duncan A. Edgar, Esq., Bar No. 266272
Assistant Attorney General
New Hampshire Department of Justice
Civil Law Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-3658
duncan.a.edgar@doj.nh.gov

**CERTIFICATE OF SERVICE**

I, Duncan A. Edgar, hereby certify that on this date, I caused a true copy of the foregoing to be sent to the Plaintiff, William Soler Justice, by U.S. mail, postage pre-paid, to his address listed below as follows:

William Soler Justice
51 Storrs Street, # 310
Concord, NH 03301

Dated: August 11, 2025

/s/ Duncan A. Edgar
Duncan A. Edgar, Esq.

2