**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| WILLIAM SOLER JUSTICE,<br><br>        Plaintiff,<br>    v.<br><br>AARON BELANGER,<br><br>  – and –<br><br>ERIC BARBARO,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 23-cv-00308-SE-AJ |

### DEFENDANTS' STATEMENT ON THE STATUS OF DISCOVERY

NOW COME the Defendants, Aaron Belanger and Eric Barbaro (collectively, the "Defendants"), by and through their undersigned counsel, and pursuant to the Order approving the parties' discovery plan (Doc No. 15) dated October 17, 2025, hereby provide the following statement on the status of discovery:

1. The October 17, 2025 Order asked the parties to submit a report on the status of discovery and whether they wish to schedule a discovery status conference before this Court.

2. As stated in the Assented-to Motion to Extend Discovery Plan Deadlines contemporaneously filed herewith, Plaintiff served the Defendants with a request for production of documents on May 6, 2026.

3. Since this request was served less than thirty days prior to the present date set for the close of discovery, the Defendants are not required to respond per this Court's directive in the October 17, 2025 Order. *See* Fed. R. Civ. P. 34(b)(2) (providing that responses to request for production are due within thirty days after service).

1

4.      That said, the undersigned counsel proposed a thirty-day extension of the parties' discovery deadline, provided that Plaintiff would agree to a thirty-day extension of the deadline for the filing of motions for summary judgment.

5.      While Plaintiff agreed to the extension of the discovery deadline, he did not agree to an extension of the summary judgment deadline.

6.      As far as remaining discovery in this case is concerned, the Defendants plan to serve Plaintiff with requests for admissions.  The Defendants do not plan to depose Plaintiff or any other witnesses.

7.      On or about January 23, 2026, Plaintiff filed two documents with this court under seal.  Plaintiff has not served the undersigned counsel with these documents, and the undersigned counsel cannot view either of these filings on PACER.  This Court's docket text associated with one of these filings—i.e., Doc. No. 17—describes it as a "Supplemental MOTION appropriate funds for expert witness."

8.      In an email dated May 22, 2026, the undersigned counsel informed Plaintiff that he has not received either of these two filings.[1]  The undersigned counsel reminded Plaintiff that, absent extraordinary circumstances that do not appear to be present in this case, the Federal Rules of Civil Procedure require service of these filings and asked for a copy of these two documents.

9.      Plaintiff's guardian, Wanda Duryea, wrote back in response to explain that Plaintiff was not going to provide the undersigned counsel with these filings, adding that "[w]e are not lawyers" and "that expert witnesses are not required to be disclosed until a certain date."  The deadline for the disclosure of Plaintiff's experts and experts' written reports was January 29, 2026.

---

[1] A true and accurate copy of this email exchange is attached hereto as Exhibit A.

10.     At this time, it is far from clear whether Plaintiff plans to use any expert witness and he has not articulated his desire to conduct any additional discovery.  Thus, the Defendants are proceeding under the assumption that the current discovery plan, subject to the thirty-day extension of the discovery and motion for summary judgment deadlines, can still be followed.

11.     The Defendants do not anticipate any disputes other than the untimeliness with Plaintiff's request for production, which the parties have resolved by agreeing to an extension of the discovery deadline.  As such, the parties do not believe that a discovery status conference is necessary at this time.

Respectfully submitted,

AARON BELANGER and ERIC BARBARO

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: May 22, 2026                    /s/ Duncan A. Edgar
                                       Duncan A. Edgar, Esq., Bar No. 266272
                                       Assistant Attorney General
                                       New Hampshire Department of Justice
                                       Civil Litigation Unit
                                       1 Granite Place South
                                       Concord, NH 03301
                                       (603) 271-3658
                                       duncan.a.edgar@doj.nh.gov

## CERTIFICATE OF SERVICE

I, Duncan A. Edgar, hereby certify that on this date, I caused a true copy of the foregoing to be served to all parties that have entered appearances in this case via CM/ECF.

Dated: May 22, 2026                    /s/ Duncan A. Edgar
                                       Duncan A. Edgar, Esq.