**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| WILLIAM SOLER JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>AARON BELANGER,<br><br>– and –<br><br>ERIC BARBARO,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 23-cv-00308-SE-AJ |

**DEFENDANTS' STATEMENT REGARDING MEDIATION**

NOW COME the Defendants, Aaron Belanger and Eric Barbaro (collectively, the "Defendants"), by and through their undersigned counsel, and pursuant to this Court's Order (Doc. No. 15) approving the parties' discovery plan, hereby submit their statement regarding mediation as follows:

1.     Plaintiff served the Defendants with his settlement demand on November 11, 2025. The Defendants, through counsel, rejected Plaintiff's settlement demand on December 12, 2025. The parties have engaged in additional settlement discussions via email since then.

2.     In light of these discussions, it has become apparent that the parties' respective positions concerning both liability and the underlying merits of this case remain substantially divergent.  Moreover, the gulf separating those positions is presently such that mediation is unlikely to result in a meaningful outcome.

1

3.      Accordingly, while the Defendants remain willing to reassess the potential utility of mediation should these circumstances materially change as this case progresses, the Defendants respectfully submit that this matter should proceed through the ordinary course of litigation.

Respectfully submitted,

AARON BELANGER and ERIC BARBARO

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: May 22, 2026

/s/ Duncan A. Edgar
Duncan A. Edgar, Esq., Bar No. 266272
Assistant Attorney General
New Hampshire Department of Justice
Civil Litigation Unit
1 Granite Place South
Concord, NH 03301
(603) 271-3658
duncan.a.edgar@doj.nh.gov

## CERTIFICATE OF SERVICE

I, Duncan A. Edgar, hereby certify that on this date, I caused a true copy of the foregoing to be served to all parties that have entered appearances in this case via CM/ECF.

Dated: May 22, 2026

/s/ Duncan A. Edgar
Duncan A. Edgar, Esq.

2