**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| WILLIAM SOLER JUSTICE,<br><br>                Plaintiff,<br><br>   v.<br><br>AARON BELANGER,<br><br>   – and –<br><br>ERIC BARBARO,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.: 23-cv-00308-SE-AJ |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, Aaron Belanger and Eric Barbaro (collectively, the "Defendants"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 56 and hereby move for summary judgment as of all of the Claims set forth in the Plaintiff's Complaint. The bases upon which the Defendants seek summary judgment are set forth in their Memorandum of Law contemporaneously filed herewith together with the statement of material facts incorporated therein.

WHEREFORE, the Defendants respectfully request that this Court grant their Motion for Summary Judgment for the reasons set forth in their memorandum of law together with such other and further relief as this Court deems just and proper.

Respectfully submitted,

AARON BELANGER and ERIC BARBARO

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

1

Dated: July 22, 2026                    /s/ Duncan A. Edgar
                                        Duncan A. Edgar, Esq., Bar No. 266272
                                        Assistant Attorney General
                                        New Hampshire Department of Justice
                                        Civil Litigation Unit
                                        1 Granite Place South
                                        Concord, NH 03301
                                        (603) 271-3658
                                        duncan.a.edgar@doj.nh.gov

## CERTIFICATE OF SERVICE

I, Duncan A. Edgar, hereby certify that on this date, I caused a true copy of the foregoing

to be served to all parties that have entered appearances in this case via CM/ECF.

Dated: July 22, 2026                    /s/ Duncan A. Edgar
                                        Duncan A. Edgar, Esq.

2