**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| WILLIAM SOLER JUSTICE,<br><br>                    Plaintiff,<br><br>     v.<br><br>AARON BELANGER,<br><br>   – and –<br><br>ERIC BARBARO,<br><br>                    Defendants. | Case No.: 23-cv-00308-SE-AJ |

**AFFIDAVIT OF SAMANTHA GOULET**
**IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Samantha Goulet, being under oath and subject to the penalties of perjury, hereby state on my own knowledge and belief as follows:

1.      My legal name is Samantha Goulet.  I am over eighteen years of age and am competent to make this Affidavit.  I make this Affidavit in support of the Motion for Summary Judgment filed by the Defendants, Aaron Belanger and Eric Barbaro, in connection with this matter.

2.      I am employed by the State of New Hampshire Department of Corrections (the "DOC") as a Medical Records Supervisor within its Division of Medical and Forensic Services.  I have held this position since 12/16/22.

3.      As a Medical Records Supervisor, I am responsible for overseeing the creation, maintenance, storage, retrieval, and preservation of the medical records of the patients who have been admitted to the Secure Psychiatric Unit (the "SPU").  My duties include, among other things, supervising medical records staff, ensuring that medical records are maintained in accordance with all applicable policies, procedures, and legal requirements, coordinating responses to requests for

1

medical records, and ensuring that these medical records are accurately maintained in the course of the SPU's operations.

4.      By virtue of my position and job functions, I have personal knowledge of the SPU's record keeping practices, although I do not necessarily have personal knowledge of the underlying medical treatment reflected in every medical record.   This would include the medical and psychological records pertaining to William Soler Justice during the time that he was housed at the SPU from February 9, 2018 to August 4, 2020.

5.      These records were made at or near the time of the occurrence of the events recorded in the record by, or from information provided by, persons with knowledge of the activities and transactions reflected in such records, and are kept in the course of the healthcare activities regularly conducted by the SPU.   It is the regular practice of the SPU to make these records.

6.      In connection with making this Affidavit, I have personally reviewed the medical records and progress notes attached to the Defendants' Motion for Summary Judgment as Exhibits A and B respectively.   These records are true and accurate copies of William Soler Justice's medical records maintained by the SPU in the ordinary of its regularly conducted operations.

7.      I provide this Affidavit solely for the purpose of authenticating the records attached to the Defendants' Motion for Summary Judgment as Exhibits A and B.   I express no opinion regarding the facts or issues in dispute in this litigation, except as necessary to establish the authenticity and of these records.


REMAINDER OF PAGE INTENTIONALLY LEFT BLANK
SIGNATURE PAGE FOLLOWS


2

I, Samantha Goulet, hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2026.

Samantha Goulet