# EXHIBIT C



NEW HAMPSHIRE DEPARTMENT OF CORRECTION

## Incident Report

DOC Location: SPU Secure Psychiatric Unit
Report generated by Barbaro, E A
Report run on 08/13/2025 at 12:10

| Incident Number: | Date/Time of Incident: | | DOC Location: | | |
|---|---|---|---|---|---|
| | April 09, 2020 @ 06:02 AM | | Secure Psychiatric Unit | | |
| Offenders Involved: | 42507 | Soler Jr, William | | | SPU-H WARD-H 05-1B-B |
| Staff Involved: | | | | | |
| Visitors Involved: | | | Others Involved: | | |
| Type of Incident: | Other: [Incident Type: CI] [Location: H-5] [PBS: N] | | Reference attached IIRs: | | |
| Use of Force: | | | Date Applied: | | Date Out: |
| Use of Restraints: | | | | | |
| Location of Incident: | N/A - SPU-H WARD | | | | |
| Weapon Used: | No | Type of Weapon: | | | |
| Gang Related: | No | PREA: | No | Videotaped: | None |

**Description of Incident:**

[Summary: On 4/9/20 at approximately 0530, while serving breakfast on H-ward, I asked patient Soler, William Jr #42507 to put on clothes. Patient Solar stated he didn't want to and he lost his under wear and that he didn't want breakfast. This isn't a typical behavior of resident Soler. He will be locked in until seen by team and offered more clothes.] [Type: Not found in source]

## Addendums:

| Start Date & Time: | Comments: | |
|---|---|---|
| | | |

## Notifications:

| Name: | | Title: | Date/Time Notified: |
|---|---|---|---|
| | | | |

| Reporting Staff: | Berntsen, Christopher H | Title/Shift: | |
|---|---|---|---|
| Date Reported: | 04/09/2020 | Time: | 06:09 |
| Approved By: | Marshall, Scott J | Title: | |
| Action Taken: | Approved | Review Date: | 04/09/2020 |



NEW HAMPSHIRE DEPARTMENT OF CORRECTION

**Incident Report**

DOC Location: SPU Secure Psychiatric Unit
Report generated by Barbaro, E A
Report run on 08/13/2025 at 12:08

| Incident Number: | Date/Time of Incident: | | DOC Location: | | | |
|---|---|---|---|---|---|---|
| | April 09, 2020 @ 10:47 AM | | Secure Psychiatric Unit | | | |
| **Offenders Involved:** | 42507 | | **Soler Jr, William** | | | **SPU-H WARD-H 05-1B-B** |
| **Staff Involved:** | | | | | | |
| **Visitors Involved:** | | | | **Others Involved:** | | |
| **Type of Incident:** | Other: [Incident Type: CI] [Location: SPU Rotunda] [PBS: N] | | | **Reference attached IIRs:** | | |
| **Use of Force:** | | | | **Date Applied:** | | **Date Out:** |
| **Use of Restraints:** | | | | | | |
| **Location of Incident:** | N/A - SPU-H WARD | | | | | |
| **Weapon Used:** | No | **Type of Weapon:** | | | | |
| **Gang Related:** | No | **PREA:** | No | **Videotaped:** | None | |

**Description of Incident:**

[Summary: I was headed to G-ward from the office, I passed resident Soler, William # 42507 in the rotunda. I asked " how are you doing mr. Soler?" He started to raise his voice saying "how's your sister, how's your sister Belanger?" I told him to stop being inappropriate. He continue to verbally assault me. Soler was becoming more and more agitated. Soler continued to ask how my sister was and was getting louder, Soler than said " Fuck off Belanger!" I told him to lock in his cell. I notified Sgt. Barbaro.] 

**Addendums:**

| Start Date & Time: | Comments: |
|---|---|
| | |

**Notifications:**

| Name: | | Title: | Date/Time Notified: |
|---|---|---|---|
| | | | |
| **Reporting Staff:** | Barbaro, Eric A | **Title/Shift:** | |
| **Date Reported:** | 04/09/2020 | **Time:** | 11:01 |
| **Approved By:** | Barbaro, Eric A | **Title:** | |
| **Action Taken:** | Approved | **Review Date:** | 04/09/2020 |