# EXHIBIT F

SUPPLEMENTAL JOB DESCRIPTION

Classification: _____ Corrections Sergeant _____ Function Code: _____ 2271-046

Position Title: _____ Corrections Sergeant – SPU/RTU _____ Date Established: _____ 8-15-88

Position Number: _____ GROUP - SPU/RTU _____ Date of Last Amendment: 12-11-18

SCOPE OF WORK: To review and monitor performance of subordinates to ensure that the principles of communication and interactions with residents/patients confined in the Secure Psychiatric Unit/Residential Treatment Unit (SPU/RTU) are in compliance with departmental policy; while observing and controlling residents/patients and the work environment to ensure institutional safety and security. Performs duties required of assigned posts and/or programs within SPU/RTU.

ACCOUNTABILITIES:

- Supervises the duty performance of assigned staff in order to ensure that personnel are alert, aware of responsibilities and adequately performing assigned duties in order to maintain good order and discipline and prevent escapes while ensuring all laws and policies regarding care, treatment and management of those who are civilly committed are followed and reports and/or corrects any deviation from those laws and policies to the appropriate supervisor.

- Conducts ongoing security inspections in order to detect unusual resident/patient behavior or activities and potential security breaches which could result in violence, attempted suicide, escape attempts or other actions contrary to the good order, discipline and security of the institution.

- Issues and controls security enforcement equipment necessary to conduct routine operations of the institution.

- Works collaboratively with Medical Director and Clinical Staff to promote the delivery of medical and mental health services, contributing to patient care to meet both emotional and physiological needs of both male and female residents/patients within the SPU/RTU.

- Functions as a member of the Units' treatment teams, assists the teams with input in the development of group programming and individualized treatment plans and continuously reviews and observes resident/patient progress based on problems observed and identified. Participates in classification decisions and offender release planning.

- Receives oral and written reports from subordinates, reviews them for accuracy of form and substance; takes necessary action to correct reported actual or potential security or safety violations and forwards reports to superiors.

- Makes oral and written reports to superiors concerning personnel matters, resident/patient behavior, unusual activities or occurrences or potential security breaches in order to assist in maintaining resident/patient discipline and the good order and security of the institution with attention to mental health needs.

- Performs work activities which require strenuous activities such as frequent reaching, bending, lifting as well as fine manual dexterity or coordination in the use of equipment such as fire arms, handcuffs and in applying physical restraints, to control and observe residents/patients and the work environment to insure institutional safety and security.

- Performs officer-in-charge responsibilities in the absence of the Lieutenant.

- Trains subordinate personnel in the proper methods and procedures required to perform assigned duties in order to maintain the good order and security of the specialized environment of the SPU/RTU.

MINIMUM QUALIFICATIONS:

Education: Graduation from high school or high school equivalency.

Experience: Two years' experience as a Corrections Officer or equivalent experience such as law enforcement, police work, or military experience in penology or law enforcement.

License/Certification: Possession of a valid driver's license.

A:32, I(a), provides that a victim of domestic violence who voluntarily separates from employment may, under certain circumstance, be eligible for unemployment compensation benefits.

In accordance with existing collective bargaining agreements, statutes and regulations, all state agencies shall hold employees accountable under this policy who engage in the following confirmed behavior: 1) misuse state resources to commit an act of domestic violence; 2) commit an act of domestic violence from or at the workplace or from any other location while on official state business; or 3) misuse their job-related authority and/or state resources in order to negatively affect victims and/or in perpetrating an act of domestic violence; 4) threaten, harass or abuse a person at the workplace, from the workplace, or on state business using any workplace resources such as work time, workplace phones, fax machines, mail, e-mail, or other means.

Agencies should consult with the appropriate personnel as needed to address other concerns relating to domestic violence in the workplace.

### V. EMPLOYEE AWARENESS:
Information on domestic violence and available resources shall be posted in the worksite in places where employees can obtain it without having to request it or be seen removing it, such as employee restrooms or lounge areas. Such information shall include available resources of assistance such as the State Employee Assistance Program, local domestic violence service providers, and/or human resources personnel who are trained and available to serve as sources of information, support and referral. Information shall be made available on employee bulletin boards and included in employee newsletters, as appropriate

SPECIAL REQUIREMENTS:

1. Must possess and maintain full-time corrections officer certification issued by the New Hampshire Police Standards and Training Council.

6.     Satisfactory completion of ongoing training and performance standards as established by the Department of Corrections.

7.     Must attend a mental health training program as designated by the Director of Medical and Forensic Services.

DISCLAIMER STATEMENT:  The supplemental job description lists typical examples of work and is not intended to include every job duty and responsibility specific to a position.  An employee may be required to perform other related duties not listed on the supplemental job description provided that such duties are characteristic of that classification.


SIGNATURES:

The above is an accurate reflection of the duties of my position.

_____     _____
Employee's Name and Signature                Date Reviewed

_6/26/20_

Supervisor's Name and Title:  Corrections ~~Captain # 16270~~ LIEUTENANT #19243


The above job description accurately measures this employee's job.

_____     _____
Supervisor's Signature                       Date Reviewed

_6\26\2020_

JD                                            12/11/18

_____     _____
Division of Personnel                        Date Approved


_____     _____
Ella Fredette                                Date
Human Resource Administrator