# EXHIBIT G



NEW HAMPSHIRE DEPARTMENT OF CORRECTION

**Incident Report**

DOC Location: SPU Secure Psychiatric Unit

Report generated by Barbaro, E A

Report run on 08/13/2025 at 12:10

| Incident Number: | Date/Time of Incident: | | DOC Location: | | | |
|---|---|---|---|---|---|---|
| | April 09, 2020 @ 06:02 AM | | Secure Psychiatric Unit | | | |
| **Offenders Involved:** | 42507 | | Soler Jr, William | | **SPU-H WARD-H 05-1B-B** | |
| **Staff Involved:** | | | | | | |
| **Visitors Involved:** | | | **Others Involved:** | | | |
| **Type of Incident:** | Other: [Incident Type: CI] [Location: H-5] [PBS: N] | | **Reference attached IIRs:** | | | |
| **Use of Force:** | | | **Date Applied:** | | **Date Out:** | |
| **Use of Restraints:** | | | | | | |
| **Location of Incident:** | N/A - SPU-H WARD | | | | | |
| **Weapon Used:** | No | **Type of Weapon:** | | | | |
| **Gang Related:** | No | **PREA:** | No | **Videotaped:** | None | |

**Description of Incident:**

[Summary: On 4/9/20 at approximately 0530, while serving breakfast on H-ward, I asked patient Soler, William Jr #42507 to put on clothes. Patient Solar stated he didn't want to and he lost his under wear and that he didn't want breakfast. This isn't a typical behavior of resident Soler. He will be locked in until seen by team and offered more clothes.] [Type: Not found in source]

**Addendums:**

| Start Date & Time: | Comments: |
|---|---|
| | |

**Notifications:**

| Name: | Title: | Date/Time Notified: |
|---|---|---|
| | | |

| **Reporting Staff:** | Berntsen, Christopher H | **Title/Shift:** | |
|---|---|---|---|
| **Date Reported:** | 04/09/2020 | **Time:** | 06:09 |
| **Approved By:** | Marshall, Scott J | **Title:** | |
| **Action Taken:** | Approved | **Review Date:** | 04/09/2020 |