# EXHIBIT H

# SECURE PSYCHIATRIC UNIT



# PATIENT

# HANDBOOK

REVISED FEBRUARY 2013

DOC_2943

# SECURE PSYCHIATRIC UNIT

## MISSION STATEMENT

To provide a professional multi-disciplinary approach to the evaluation, crisis intervention, ongoing treatment and discharge planning for both acutely and chronically dangerous patients in a safe and secure involuntary forensic facility serving patients identified from all levels of criminal justice system, the mental health and the developmentally disabled service system consistent with public safety needs in a cost effective manner.

## Patient Rights

1. As a patient of the SPU, you have the right to withdraw completely from any treatment or to withdraw from any specific form of treatment that is prescribed at any time.

2. You also have the right to be treated with dignity and respect.

3. You have the right to access legal counsel. A complete listing legal service programs and their phone numbers is attached at the end of this handbook (Appendix A).

4. You will not be discriminated against because of race, religion, color, sex, age, national origin, ailment, or illness.

5. Your medical and psychiatric records are confidential. Except under special circumstances they will not be released to anyone without your approval or your court appointed guardian's approval. If you wish to review your records you should submit a request in writing to your treatment team. A clinician will be assigned to review your record with you and answer any questions you might have.

6. You have a right to be safe from harm. The staff will provide a safe environment. Your responsibility is to avoid harming yourself, other patients, or staff.

7. You have a right to live, work, and receive treatment in a clean, healthy environment. You may be assigned a job cleaning or maintaining other areas on or off your ward. Security staff is assigned to each ward to monitor the cleanliness of the ward.

8. You have the right to be provided with a copy of and an explanation of the Patient Privileges available in the SPU. You also have a right to request changes in your privileges; this can be

1

done via a Resident Request Slip being submitted to your treatment team. A full description of these privileges is outlined at the end of this handbook.

9. You also have the right to know what property is allowable according to your privilege level (Appendix B).

10. You also have the right choose whether or not to send an informational letter to family and/or friends to let them know where you are, what the mailing address is, and when visiting hours are (Appendix C).

11. According to the Mental Health Practice (MHP 502.2) guidelines in New Hampshire, people who are seen by social workers or psychologists must be told of the following consumer rights and are entitled to the following information, which will be promptly supplied upon request:

   A. The Ethical Principles of Psychologists and Social Workers, which are the professional code of ethics for licensed psychologists and social workers.

   B. Information about the educational background, degrees and areas of expertise of these professionals.

   C. Guidelines relating to confidentiality of information and records, as well as limits of confidentiality.

   D. Information regarding the legal responsibility of these professionals to communicate threats of violence to self, person, or property, to the victim or victims, or to notify the Police Department of such threats or obtain civil commitment.

   E. Information about the responsibility of psychologists and social workers to report the abuse of children or incapacitated adults to the appropriate authorities.

   F. Information about the illegality of intimate contact and certain other boundary violations between current or former clients and therapists.

   G. Information about an individual mental health diagnosis as part of evaluation as required by New Hampshire statute.

   H. Information about the cost of services.

   I. Information about psychological assessment diagnosis and patient access to assessment results.

   J. Information about the type of treatment recommended with the rationale for such recommendations, as well as an explanation if no treatment is recommended.

   K. Information about our policies regarding emergency coverage.

   L. Information about the management and disposition of records should these

2                                        PPD 1.16

DOC_2945

professionals die or become incapacitated.

M. Information about what to do if you are dissatisfied with your treatment or any aspect of services provided by psychologists or social workers.

## PRISON RAPE ELIMINATION ACT (PREA)

**PPD 5.19; Prison Rape Elimination Act Procedures** establishes uniform guidelines and procedures to reduce the risk of and guide the response to all types of prison sexual assault, sexual victimization and staff sexual misconduct aimed at persons under the care and custody of the NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS (NHDOC). In keeping with the intent of the federal statute (PREA, P.L. 108-79), NHDOC is committed to a zero-tolerance standard for prison sexual assault and sexual victimization, including both offender-on-offender sexual victimization and staff sexual misconduct. This policy makes the prevention of offender on offender sexual assault and staff sexual misconduct a top priority. The Department will immediately respond to, investigate, and support the prosecution of sexual assault, victimization and misconduct through both internal and external processes in partnership with state police, local law enforcement, county prosecutors and the NH Office of the Attorney General.

The Department is also committed to preserving the safety of offenders, offering all available services to those who have been sexually victimized, and to protecting victims and witnesses from retaliation for reporting an incident of sexual assault or misconduct. This policy dictates that all reports of acts covered under PREA will be investigated. For a more detailed discussion of acts covered by PREA please refer to attachment #6, the definition section of this policy "**TYPES OF SEXUAL ABUSE & VICTIMIZATION COVERED BY PREA.**"

## POLICY:

It is the policy of the Department of Corrections to establish and maintain a safe environment for staff and offenders at all secure correctional facilities, community corrections centers, transitional housing units or contracted offender housing, offender work release or job assignments, and for offenders being supervised in the community. The Department has a zero tolerance policy and investigates all allegations of sexual assault and misconduct whether reported by staff, offender, family member, Chaplain, contractor or volunteer. The Department investigates allegations against staff members with the same vigilance it investigates allegations against offenders. It takes a proactive approach to preventing sexual abuse and sexual misconduct by offender and by staff. It addresses the needs of offenders who have been sexually victimized. Any and all violators of this policy shall be subject to disciplinary action and potential criminal prosecution, as appropriate. All applicable DOC policies will be revised to include appropriate references to PREA requirements as outlined in this policy during annual policy reviews.

## OVERVIEW OF SEXUAL MISCONDUCT

**I.      Definition of Sexual Misconduct**

Sexual Misconduct (as it relates to NHDOC) is conduct of a sexual nature that is directed by staff toward offenders, by offenders toward other offenders, or by offenders toward staff. An "offender" is anyone under the care, custody and supervision of the Department of Corrections. "Staff" or "staff member" is anyone employed by, contracted by or volunteering for the Department of Corrections. Sexual misconduct includes, but is not limited to the following acts or attempted acts:

1.   Sexual contact and/or intercourse
2.   Requiring or allowing an offender to engage in sexual contact, sexual intercourse, or other sexual conduct for any reason (e.g., the sexual gratification of a staff member).

DOC_2946

3.    Any action designed for sexual gratification of an offender or staff member, such as masturbating in front of another person

4.    Making or encouraging obscene or sexual advances, gestures or comments or exposing genitalia, buttocks or female breasts.

5.    Touching of self in a sexually provocative way

6.    Beginning any form or type of communication of a sexual nature

7.    Influencing or making promises regarding safety, custody, parole status, privacy, housing, privileges, work assignments, program status, etc., in exchange for sexual favors. This includes an exchange of anything of value between staff and offender or offender and offender.

8.    Threats, intimidation or retaliation for reporting an incident of sexual assault.

**Under NH law, an offender cannot legally consent to sexual activity with anyone while incarcerated.**

It is never appropriate for a staff member to make sexual advances or comments, or to engage in sexual contact with an offender.

A staff member would be committing a criminal offense by participating in any sexual activity with an offender.

It is not appropriate for an offender to approach a staff member in a sexual manner. This type of behavior is prohibited and corrective action will be taken to stop such behavior from occurring.

No one has the right to pressure anyone to engage in sexual acts.

**II.    Steps offenders can take to reduce the possibility of sexual assault/victimization:**

**Trust your instincts** – If you sense a situation is dangerous, it probably is.

**Do not accept gifts or favors from others** – Most gifts come with strings attached.

**Choose your associates wisely** – Look for people involved in positive groups & activities.

**Be Alert!** Contraband substances such as drugs & alcohol will weaken your ability to stay alert and stay \ safe.

**Avoid High Risk Places** – These are places where it is difficult for others to see. Learn these places and avoid them.

**Do not share personal information** – This information can be used to threaten or intimidate.

**III.    What to do if you have just been sexually assaulted:**

Verbally request immediate medical attention

Report the assault immediately to a trusted staff member

Do not wash, brush your teeth, use the toilet, change your clothes, eat, smoke or drink

IT IS NEVER TOO LATE TO SEEK MEDICAL ATTENTION

**IV.    Medical Attention:**

If the sexual incident was recent, you will be asked to consent to a sexual assault exam by a qualified health care professional at a local hospital.

Your consent is needed for this type of exam.

You will be examined for injuries that may or may not be obvious to you.

They may also perform further examinations to gather physical evidence of the assault and to check for sexually transmitted diseases.

You have the right to refuse any examination. However, if you have been the victim of sexual assault, it is critical to allow medical professionals to collect as much evidence as possible.

You can receive medical attention and/or pregnancy testing for any injuries without submitting to a sexual assault examination. The medical care is for the purpose of treating injuries and keeping you healthy.

Medical information gathered during treatment is confidential.

You must sign a medical release in order for the medical information to be used as evidence in sexual misconduct.

You have the right to refuse to sign the medical release.

You also have the right to receive support services.

**If you are unable to report a sexual assault within 4 days, you have additional reporting options:**

Report the incident to any trusted staff member

Report to NHDOC Investigators by Request Slip

Contact the PREA Victim Advocate by Request Slip or by letter to:

DOC_2947

NHDOC Victim Services Office
PO Box 1806
Concord, NH 03302
Send privileged mail to the **Commissioner of Corrections, NH Department of Corrections**
Send privileged mail to the **NH Attorney General, NH Department of Justice**

Any form of sexual misconduct is degrading and may result in psychological distress. Appropriate referrals for support and treatment will be made by Health Services and/or a Health care professional at a local hospital. Mental health staff within the institution is available to help survivors recover from the emotional impact of sexual assault.

V.      **What happens to reports of sexual misconduct?**
        **Investigation**

All allegations of sexual misconduct, sexual harassment, over-familiarity and retaliation will be investigated.

Retaliation is intimidation to prevent an offender from filing a complaint or participation in an investigation of sexual misconduct. The DOC prohibits anyone from interfering with an investigation, including by intimidation or retaliation against witnesses or victims. Any form of retaliation should be reported to a trusted staff member, the warden or investigations.

Anyone who sexually abuses or assaults an offender will be disciplined and may be criminally prosecuted. Discipline and criminal prosecution are more likely to be successful if the abuse is reported immediately; but regardless of when the assault occurred, it should be reported.

# What is the Secure Psychiatric Unit?

The Secure Psychiatric Unit is a forensic hospital operated by the New Hampshire Department of Corrections. Patients come to this unit when a court orders a pre-trial evaluation and treatment, when persons are transferred from the prison or jail for acute psychiatric care, when found not guilty by reason of insanity, when civilly committed by the Probate or Superior Court, when transferred from the New Hampshire Hospital, or when transferred from the Developmental Disability system The Unit receives both male and female residents.

# Admission & Orientation:

New residents at the Secure Psychiatric Unit are in-processed through nursing and security. Upon admission you will be assessed by nursing and interviewed by a medical provider. You will be searched by security and offered a shower, if you are not deemed to need immediate care, you will be escorted to the appropriate living area. Once housed in the appropriate location you will be given instructions on meal times, some safety information and some basic rules of proper conduct and privileges. Your complete in-processing will occur within the first 30 days depending upon your condition. The first meeting with your Treatment Team will occur within 24 hours of your admission with the exception of weekends this is your opportunity to ask more questions about the unit

## Intake Hygiene Items:

Personal hygiene products will be provided to you until your first earnings are credited to your resident account. After that time you are expected to purchase personal hygiene items from the canteen.

# Medical Care:

### Physical Examination:
As a new admission you will receive a physical examination and complete a medical history. It is important for your safety and the safety of others to cooperate fully and truthfully during this exam.

### Access to Medical & Dental Care:
Nursing conducts sick call and sick call rounds (acute care patients) for non-emergency medical care. A schedule is posted on your ward. If you have an emergency notify a staff member immediately. Outside consults are determined by the medical providers and scheduled as necessary. Dental service is provided at the NHSP Dental Unit. Nursing will arrange an appointment if there is a need for dental care. Dental care is provided for serious dental issues. A routine cleaning and examination is provided by the dental unit on their schedule. Cosmetic dental procedures are not provided.

### Medication:
All medication is prescribed by a doctor or APRN and dispensed by nursing to patients/inmates of the Secure Psychiatric Unit. You are not allowed to purchase or possess over the counter medications.

### Infirmary and Isolation:
Residents requiring observation, special care or isolation from other residents may be kept in the infirmary when medically or psychiatrically necessary.

## Treatment Team:

It is strongly encouraged that you be actively involved in your treatment.; however, as stated above, you do have the right to refuse treatment at any time. The only exception to this is when your personal safety is at risk due to actual or threats of harm to yourself, to others or damage to property. The evaluation of your personal safety is ongoing throughout your stay in the SPU. The treatment team will meet with you the first business day after your admission. Your treatment team will meet with you during the first 10 days of your admission in order to complete their assessment(s). The care plan will be formulated with you and your treatment team by the 10th day of admission. Following the 10 day review, your treatment plan will be reviewed with you in 30 days, then every 60 days thereafter for the first year. After one year, your plan will be reviewed with you every 90 days.

### Discharge Planning:
Discharge planning begins at the time of your admission. Patients who are transferred from another correctional facility or hospital usually return to that facility when ready for discharge. Patients who are NGRI (RSA 651:9) or civilly committed (RSA 135-C) usually are transferred to New Hampshire Hospital when ready for discharge. Most patients must have the Court's permission to be discharged from SPU. Any patient may request to be transferred or discharged and the treatment team will discuss your request. If the team agrees with the request, then the transfer request process will be initiated. If the request is denied either by the team, the medical director, or New Hampshire Hospital there is an appeal process that can be initiated by the

patient. Appeals start at the lowest level (Treatment Team) and may be appealed all the way up to the Commissioner per PPD 7.11. Discharge of those committed to SPU via RSA 135 E follows a different process that is specifically outlined in the law.

The following is a brief description of members of the Treatment Team:

**Psychiatrist or Advanced Practice Registered Nurse (APRN):**
This is a New Hampshire licensed physician (psychiatrist) or APRN who has been trained in the diagnosis and treatment of mental illness. The psychiatrist or APRN orders psychiatric medications, clinical or laboratory tests as necessary, and other forms of treatment.

**Registered Nurse:**
This is a nurse who is specially trained in psychiatric nursing. The nurse administers medications as prescribed by the psychiatrist, APRN, or medical care providers and is involved in wellness training. If you have any physical or emotional feeling of discomfort you should report them to the nurse, who will evaluate them and inform the doctor .

**Psychologist:**
This is a person trained in the functioning of the mind and human behavior. The psychologist provides testing and assessment services upon request of the team. The psychologist may administer tests to help you and your team understand your illness and he/she participates in your treatment planning.

**Social Worker or Clinical Mental Health Counselor:**
This people provide individual and group treatment and case management services. They also complete a psychosocial history and (with your permission) may contact family or past treatment providers in order to assist your team with treatment planning. Social workers & clinical mental health counselors arrange & coordinate discharge plans.

**Therapeutic Recreation Staff:** The recreation staff consists of a recreation therapist and a recreation officer(s). They will provide leisure and recreational opportunities in accordance with your individual treatment plan.

**Correctional Officers:**
Correctional officers are part of the SPU treatment team. Correctional officers provide safety & security for the SPU. They are your first point of contact regarding questions or concerns about unit rules and procedures. Correctional officers are on constant alert for rule violations, unsafe acts, and contraband control. If you are given instructions by a correctional officer you are to do what is asked first. You can complain about it later to the shift sergeant, unit lieutenant or SPU administrator.

# Treatment Interventions

In addition to holding you securely and safely for the duration of your treatment, the SPU also provides a number of interventions which can help you understand and manage your illness and behavior(s) as well as prepare you for your life outside of SPU.

## Therapeutic & Psycho-educational Groups:
Secure Psychiatric Unit staff provide both psychotherapeutic and psycho-educational groups such as Medication Group, Social Skills Group, Mental Illness Awareness Class, Mental Illness Relapse Prevention Group, Dual Diagnosis Group, Dual Diagnosis Relapse Prevention Group, and Anger Management Group and many others.

## Therapeutic Recreational Activities:
The Therapeutic Recreation Staff help manage and guide residents into productive and responsible use of their leisure time. Some form of recreational space and equipment is available to all residents.. The variety of recreational opportunities increase as you progress through the system

## Educational Programs:
The Education Department of the Secure Psychiatric Unit is where you can work on basic skills in reading and math, earn your General Equivalence Diploma (GED), earn your High School Diploma, take college level courses, correspondence courses or classes just for enjoyment and enrichment. Make your request for evaluation to the Secure Psychiatric Unit teacher who can explain to you what is available.

## Work Assignments:
Your daily paid job assignment is to shower daily at the required time and maintain your room by sweeping, mopping and cleaning the fixtures daily, maintaining yourself, your clothes and your living area in accordance with the rules listed below.. There are additional higher paying jobs for which you can apply. These range from on-ward and off-ward janitorial work, food servers, unit laundry workers, librarian and other jobs as they become available.

The higher paying jobs are given to residents who are following all of the rules, demonstrating appropriate behaviors and actively engaged in their treatment and planning.

## Emergency Involuntary Treatment:
A psychiatrist or other physician, per Correctional Rule 303.02, may decide that you need treatment in the form of medication or seclusion that you do not feel you need. If the physician decides that you need treatment to prevent your death, to keep an illness or injury from getting worse, or to keep an infection from spreading to others, you may be given treatment without your consent. In such an emergency, the medical doctor or psychiatrist may treat you over your objection. If you have a guardian, they will be consulted, if possible, before treatment and no later than 24 hours after treatment begins. The authorization to impose the treatment lasts for 72 hours unless a new authorization is obtained. In these instances, you have the right to an appeal.

PPD 1.16                                    DOC_2951

**<u>Communications with Staff</u>**:
Communications between staff and residents should be open and positive in scope. When speaking to staff members be polite and respectful at all times. When directed by a staff member , follow staff instructions. If you do not agree, follow the instruction given and write to the appropriate supervisor at a later time using the resident request slip to express your concerns. Residents who do not follow instructions from staff will experience subsequent consequences. Residents must address staff by Mr. or Ms., or the staff's job title followed by their last name. Residents will not address staff by their first name or nickname. There is no touching a staff member at any time.

# <u>SPU Rules</u>

You have a responsibility to follow all rules.  There are ward rules, patient rules, and facility rules. Some rules are included in the next section of this handbook. Policy & Procedure Directives (PPD) are available in the SPU Law Library. If you do not understand a rule, ask a staff member to explain what it means.  If you think a rule is improper or unfair you may write your concerns on a Resident Request Slip to the SPU/RTU Security Lieutenant and/or the SPU/RTU Administrator and your thoughts will be considered.  If the SPU/RTU Lieutenant and SPU/RTU Administrator agree that there is a problem with the rule, it will be addressed.

**<u>Behavior</u>:**

It is your responsibility to follow all rules and regulations.  If you are not sure if an action is permitted, you should ask.  Failure to follow the rules will be documented in your chart and  can result in a loss of privileges.

You are subject to all the laws that apply to any person.  Any violation of these laws may subject you to legal penalties and punishments.

You may be civilly or criminally found liable for injury to another's person (patient, staff member, visitor) or property.

You must respond to summons, warrants, and subpoenas.  Your attorney will help you in these matters.

Property you cannot have in your possession will be mailed out at your expense, donated or destroyed in accordance with PPD 9.02; <u>Issuance and Control of Resident Property.</u>

You may not interfere with the treatment of other patients.  Each patient has their own prescribed course of treatment, and you should not get involved except to prevent injury or as a participant in an organized group meeting facilitated by a staff member.

You should direct questions to a staff member.  Information received from other patients can be incorrect and misleading.

Patients are not allowed in each other's rooms there are no exceptions.

You are not allowed on any ward other than the one you live on. There are no exceptions.

PPD 1.16

DOC_2952    9

## Behavior:

You are expected to conduct yourself in an appropriate and respectful manner at all times. You will receive consequences up to and including criminal prosecution for violating rules. The following applies to all patients and inmates in the SPU.

Treat others with respect.
Maintain confidentiality.
Do not talk about another's mental health issue(s), crime(s), etc., etc..
No name calling, swearing or yelling
No threatening others.
No fighting, sparring, wrestling or horseplay.
No touching a staff member or another patient in any manner.
No hitting or assaulting anyone.
No self-harming behavior(s).
No lending or borrowing of personal property or canteen.
No possession of anything not authorized. Unauthorized items are contraband.
No Stealing
No substance abuse or medication abuse
Any introduction of contraband into the secure facility (SPU/RTU) will be criminally prosecuted.
Any destruction of property will result in the payment of restitution and disciplinary consequences.

## Daily Living Rules:

Cells will be cleaned and beds will be made by 0900 hrs. daily. (Beds will be made with two sheets and a blanket, covered and tucked in. The 2nd blanket will be folded into a rectangle and placed at the foot of the bed). If you nap during the day you are allowed to sleep on top of the made bed with the 2nd blanket over you. Beds will remain made until you are in your room for the night.

All patients will shower at least once a day,

All patients will be dressed in green pants, white t-shirt and/or green shirt, socks and shoes during the clinical day. Shirts will be tucked into your pants. CLINICAL DAY. 0800 TO 1700 HRS, (8 am to 5 pm).

Proper footwear (boots or sneakers) will be worn. You cannot wear shower shoes, slippers or sandals off of the ward.

Sweat pants or shorts may be worn when engaging in recreational activities only during the clinical day (i.e. gym, ballfield, weight room, outside recreation yard). They may be worn on the ward after the clinical day.

Clothes will be folded neatly and placed inside your footlocker. All personal property will be neatly placed in your room and in your footlocker. Rooms are to remain neat and orderly at all times.

PPD 1.16                                        DOC_2953

Footlockers are to be kept against the wall opposite the counter.

You cannot "stockpile" canteen items or have excessive amounts. Excessive is what you cannot consume in 1 week. "Stockpiled" canteen will be confiscated and disposed of in accordance with policy.

Shoes will be aligned under the bunk at the foot of the bed.

Cell doors will be fully open or fully closed, Do not leave cell doors partially opened.

You cannot be in anyone's room except your own.

Wall decorations are limited to family photos or scenic pictures placed in the area designated on your wall.

All lights and electronics will be turned off when not in use.

Ward doors are to remain secured at all times. Do not prop doors open.

Quiet time is daily 1130 - 1230 and after 2100 hrs. daily. This means quiet!

Windows are to be clear of all obstructions.

Vents are to remain uncovered.

You cannot have more than 1/4" of beard growth. You cannot shape your beard.

Rooms are subject to inspection and search at any time and often conducted without notice to the resident. You are not allowed to be present during a room search unless requested by security staff.

## Group Rules:

**All groups are mandatory (unless otherwise noted).. Once a group has been added to your treatment plan you are expected to attend. Failure to attend groups or "picking & choosing" when to attend clinical groups is considered not engaging in treatment.**

**You can only miss groups if you have a valid medical pass. These will come from nursing,**

**<u>Absolutely</u> no disrespect or vulgar language will be tolerated.**

**Stay Calm**

**Stop & think before you speak**

**Offer clear, respectful and constructive feedback.**

**Listen to what is being said rather than thinking about what you are going to say next.**

**Keep your comments and feedback relative to what is being discussed in the group.**

**Be aware of your body language & actions.**

**Be aware of your mood.**

**Be polite, pleasant and respectful.**

## Property Management:

All property will be inventoried and searched by the SPU Property Officer upon admission. Any items not allowed in the SPU will be disposed of in accordance with the guidelines noted in PPD 9.02; Issuance and Control of Resident Property.

Patients are permitted to have only items that are authorized on their ward. Property not allowed on your ward will be disposed of as noted below. SPU does not store patient/inmate property. Items beyond the authorized list are considered contraband and will be confiscated and disposed of.

Items not allowed in your possession will have to be sent out, picked up, donated or destroyed per the "5-day Notice" (refer to PPD 9.02). The SPU Property Room cannot store property you cannot have.

### Items Allowed on the Person When Outside Living Area:

| Item | Quantity |
|---|---|
| Approved religious articles | 1 |
| Watch | 1 |
| AM/FM Radio, or MP3 Player & Earbuds | 1 each If exercising or in yard or rec. rm. |
| Writing materials | If going to the yard or rec. room. |
| Wedding band (married residents) | 1 |
| Eyeglasses | 1 |
| Program Material (books, papers, etc.) | |

You may acquire personal property through canteen Items not on the canteen list must be ordered through the approved vender and must be prepaid in full. Any items ordered, mailed or delivered, which are not on the approved property list will not be accepted. All items received will be listed on a resident property record. The item will be engraved with your name and identification number.

Residents may not receive property from anyone other than the approved vendor. If you have unauthorized property you will receive a 5-Day Notice from the property officer. Which means you have five days to dispose of the property or it will be disposed of in accordance with policy (PPD 9.02)..

Per the "5-Day Notice" you may dispose of property in the following manner. You can mail the property out at your expense, have the property picked up, you can donate the property or have it destroyed. All of these options are listed on the 5-Day Notice.

### Lost, Stolen, Damaged or Traded Property:

It is the policy of the Department of Corrections (NHDOC) to provide a mechanism for those persons who believe they have been damaged in a monetary way by the negligence of employees of the Department of Corrections in keeping with RSA 541-B, (Attachment 3). Claims are governed by PPD 1.35; Claims Made Against the NH Department Corrections.

In order to submit a claim for lost or stolen property; the property would have had to be mishandled while in the possession of a staff member. Residents should write to the prison library who will furnish you a claim form. When the form is completed, it should be sent to the SPU/RTU Security Lieutenant who will investigate the claim. Claims will not be accepted or investigated for property you have not safeguarded.

You are responsible for safeguarding your property. You will be responsible for damage to state issued and personal property. Damaged items may be replaced immediately as long as the damage has been reported, and the damaged item is turned into the SPU Property Officer.

Lost or stolen items must be reported to you ward officer immediately. If the item is not recovered after 60 days, you may write on a request slip to have it removed from your property list.

Items sold, traded, loaned, borrowed, or gambled with another resident will become contraband and will be confiscated. Confiscated items will not be returned to you once they are placed in evidence.

### Resident Request Slips:

The Resident Request Slip is used by the Secure Psychiatric Unit to communicate requeststo members of the staff. The yellow and white copies will be returned to you with the answer from the staff member. You must acknowledge receiving this answer by signing the white original, which will then be filed in your records upon completion of the action indicated on the form. You should retain the yellow copy with the staff members reply for your records. DO NOT SEND REQUESTS WRITTEN ON OTHER FORMS. You must use this form when communicating with staff.

ADDRESS YOUR REQUEST AS FOLLOWS: Send requests to the treatment team or the staff member who can best answer your question or request. For example: property requests should be addressed to the property officer, questions or concerns about your mail should be addressed to the shift OIC that handles the mail (i.e., 2nd shift OIC for incoming mail, 3rd shift OIC for outgoing mail)., Medical questions should be sent to nursing; medication issues should be sent to your provider etc., etc..

DOC_2956      **13**

Strictly confidential requests may be placed in a sealed envelope and addressed to the appropriate staff office ir member (Commissioner, Director of Medical and Forensic Services, SPU Administrator, SPU Lieutenant, Social Worker, Psychologist, Teacher, Recreation etc., etc..

## Complaints and Grievances:

The first level of administrative dispute resolution for residents in SPU is the Resident Request Slip.

1. Timing: A request slip regarding any issue must be received within 30 calendar days of the date on which the event complained of occurred. Request slips will be dated as received during first shift and initialed by the receiving officer. The date the request is received will be the controlling factor in determining timeliness. Requests for assistance or services, except in cases of verifiable emergency, must be submitted at least seven days before the assistance or service is requested, although scheduling may depend on availability and resources.

2. Content: A request slip must contain sufficient detail to allow for investigation, including but not limited to: the inmate's/resident's name, the date of the occurrence, the name(s) of departmental staff involved, the names of witnesses, the nature of the complaint or request and what relief or action is requested. The request slip must refer to a single event, incident or subject matter.

3. Handling: Complaints should be addressed to the lowest level staff person with the authority to address the issue raised. This may be a Correctional Officer or other unit staff up to the SPU Security Lieutenant or SPU Administrator, Medical or Mental Health Staff. departmental staff below the director's level outside the unit such as the Dietician. The officer receiving request slips will forward the request to the person to whom it is addressed. Request slips addressed to the Warden or Commissioner, or that does not specify an addressee, will be given to the SPU Security Lieutenant or SPU Administrator. When a staff member receives a request slip from an identified inmate/resident about any of the circumstances surrounding his/her confinement, the staff member will immediately ascertain the nature of the complaint and determine if it is within the staff member's authority to rectify the situation or to respond to the complainant. If the complaint exceeds the recipient's authority, it will be forwarded through the chain of command to the SPU Security Lieutenant or SPU Administrator. Any staff member between the recipient and the SPU Security Lieutenant or SPU Administrator who is authorized to deal with the issue raised can and should do so. A valid response includes but is not limited to:
   a.  Granting the request;
   b.  Denying the request; or
   c.  Referring the inmate/resident to the person or Department outside the unit that can grant or deny the relief requested.
   d.  If the SPU Security Lieutenant or SPU Administrator or other department level staff are not authorized to deal with the issue, they shall immediately respond to the inmate/resident, advising them that the request cannot be dealt with at the unit level and that they can appeal through the grievance process to the Division Director. Complaints should be submitted to the lowest organizational level with the authority to resolve the issue.

4. Waiver: The request slip process may be waived when the resident can demonstrate that using the process is likely to result in identifiable risk of harm to their physical safety or psychological well-being. An unsupported allegation of fear of retaliation without more information is not sufficient. If a waiver is sought it must be made within the 30 day time period for making the initial request and addressed to the Director. If the waiver is denied, the inmate/resident will have five days from the date of the denial to comply with the requirements for submitting a request slip.

PPD 1.16                                    DOC_2957

5. Response: The request slip will be answered within 15 working days. Inquiry into a complaint will be straightforward and factual and the complainant will be notified of the facts/resolution in writing. If investigation into the subject matter of the request requires additional time for investigation, an extension for an additional 15 days is available. The resident shall be notified prior to the end of the initial 15 day period that an extension is being taken. It is important that complaints are responded to expeditiously, accurately and thoughtfully.

## LEVEL 2 – GRIEVANCE TO THE DIRECTOR

The second level of administrative dispute resolution for any resident in the SPU is the Grievance Form (attachment 3). The Grievance Form shall be directed to the Director in charge of SPU/RTU.

1. Timing: A grievance regarding any issue must be received within 30 calendar days from the date of the response to the request slip. Grievance Forms will be date stamped on the date received by the Director. The date the grievance is received will be the controlling factor in determining timeliness.

2. Content: A grievance must contain sufficient detail to allow for investigation, including but not limited to: the resident's name, the date of the occurrence, the departmental staff involved, the names of witnesses, the nature of the complaint or request, and what relief or action is requested. A grievance will not be accepted unless it demonstrates that the request slip process has been utilized or unless a waiver has been obtained under Section IV, A, 4. A copy of the level one response should be attached. Attempts to by-pass the request slip system will simply be returned without action and will not be counted in determining whether the time requirement for submitting a request slip has been met. A separate grievance must be filed regarding each request slip response that the resident wishes to appeal.

3. Handling: The Division Director will review the grievance, direct an investigation be conducted as necessary, and respond to the grievance.

4. Waiver: If the inmate/resident can demonstrate a valid reason for a delay, an extension in the filing time may be granted. The reason for any extension of time must be stated in the grievance. In general, a valid reason for delay means a situation not caused by the resident that prevented the resident from submitting the request within the established timeframe. Valid reasons may include the following:

    a. An extended period of time in-transit during which the resident was separated from documents needed for preparation of an appeal or grievance.

    b. An extended period of time during which the resident was physically unable to write a grievance or appeal.

5. Response: The Director has 30 calendar days to respond to the inmate. The timeframe begins the day the grievance is received by the Director and may be extended by 15 calendar days. The resident will be notified if the time period is being extended.

## C.    LEVEL 3 – GRIEVANCE TO COMMISSIONER

If an inmate/resident is not satisfied with the Director's response, he/she may file an appeal, using the Grievance Form, to the Commissioner's Office.

1. Timing: A grievance regarding any appeal from a determination of the Director must be received within 30 calendar days of the date of the response by the Director. Grievance Forms will be date stamped on the date received by the Commissioner's Office. The date the grievance is received will be the controlling factor in determining timeliness.

2. Content: An appeal grievance must contain sufficient detail to allow for investigation, including but not limited to: the resident's name, the date of the occurrence, the departmental staff involved, the names of witnesses, the nature of the complaint or request and what relief or action is requested. A grievance will not be accepted unless it demonstrates that the inmate/resident has previously utilized the request slip process at the unit level and filed a grievance with the Director. Attempts to by-pass the institutional grievance system will simply be returned without action and will not be counted in determining whether the time requirement for submitting request slips and a

**Secure Psychiatric Unit Handbook**

grievance to the Commissioner has been met. A separate appeal grievance must be filed regarding each response to a grievance that the inmate/resident wishes to appeal.

3. Handling: The Commissioner's designee will review the grievance, direct that such investigation be conducted as necessary, and respond to the grievance.

4. Waiver: If the resident can demonstrate a valid reason for a delay, an extension in the filing time may be granted. The reason for any extension of time must be stated in the grievance. In general, a valid reason for delay means a situation not caused by the resident that prevented the resident from submitting the request within the established timeframe. Valid reasons may include the following:

   a. An extended period of time in-transit during which the inmate/resident was separated from documents needed for preparation of an appeal or grievance.

   b. An extended period of time during which the inmate/resident was physically unable to write a grievance or appeal.

5. Response: The Commissioner's Office has 30 calendar days to respond to the inmate/resident in writing. The timeframe begins the day the grievance is received by the Commissioner and may be extended by 30 calendar days. The resident will be notified if the time period is being extended.

D. A tracking and recording system for the grievance procedure will be established by the Division Director and the Commissioner's Office to record the grievant's name, the date of receipt, the reply or action taken, the date of the reply or action, and other data determined to be useful. A designated individual will be responsible for documenting grievances. The grievance should be stamped on the day received.

E. The timeframes set out in this policy are mandatory. Prompt notice of complaints or issues is necessary in order to allow the Department to address issues in a meaningful way and to prevent problems from occurring. Failure to comply with the timeframes set out in this policy will result in a request or grievance being dismissed as untimely. Inmates/resident should be aware that failure to comply with these timeframes might impact their right to pursue any other legal remedy.

F. Use of Forms: The use of the appropriate form is mandatory. These forms are carbonless triplicate forms containing a white copy for offender records (or in the SPU/RTU medical record), a yellow copy to be retained by the staff responding to the grievance, and a pink copy to be returned to the inmate/resident. Any grievance that is received that is not on a form with all three copies present will be returned unanswered to the inmate/resident with a blank copy of the form.

## Privilege Reductions:

Privilege reductions are issued when you violate the rules of the SPU or conditions noted in this manual. PPD 5.88; Privilege Reduction Hearings, Decisions, and Appeals governs this disciplinary process and is located in the SPU Law Library. Residents that are classified by the New Hampshire State Prison Classification Board will be referred to the New Hampshire State Prison Disciplinary Process governed by PPD 5.25; Processing Spot, Disciplinary, Incident and Intelligence Reports. Both of these PPDs are located in the SPU Law Library.

Revised 2/2013

16                                                                                          DOC_2959

## Volunteers:

New Hampshire citizens may volunteer their services to the SPU in the form of spiritual guidance such as bible study groups, or pastoral services or AA and NA volunteers. The volunteer are required to report <u>to staff</u> anything involving potential escapes, potential assaults, any comments regarding harm to self or others, violations of state law and/or violations of institutional rules. They are required to maintain confidentiality outside of the institution regarding your medical & mental health treatment.

## Religious and Spiritual Matters:

You may request a Bible, greeting cards, rosary beads, and dietary needs based on religious faith through the Chapel located at the main prison. These requests are to be placed on a Resident Request Slip and forwarded to the Chapel. Bible study group is offered weekly at SPU by a volunteer. Spiritual guidance is offered at the SPU upon request. Chaplains of the major faiths are available for religious counseling and support. You may ask to see the Chaplain by writing a resident request slip to the chapel or by asking a staff member if it is an emergency. Religious programs are governed by PPD 7.17; <u>Religious Programs and Diets.</u>

## Resident Accounts

Resident accounts are governed by PPD 3.09; <u>Management and Control of Personal Funds of Residents</u>. The following are excerpts from this policy to provide you with some information regarding resident accounts. You are encouraged to read the policy located in the SPU Law Library.

<u>Procedure:</u>
1. Upon admission to the SPU, all funds are taken from the resident and a three-part receipt is completed. The original (attachment 2) is attached to an envelope containing your funds, the yellow copy is given to the resident, and the pink copy is attached to the resident's property card. The funds and completed Cash Withdrawal/Deposit Slip (attachment 3) are placed in a sealed envelope. The sealed envelopes are delivered by the Messenger Officer to the Inmate Accounts Unit on the next business day.

2. <u>Statements:</u>
   The Inmate Accounts Unit shall print account statements for each individual inmate account on a monthly basis. Statements shall then be forwarded to the SPU facility for distribution. It your responsibility to keep track of your funds.

<u>Expenditures:</u>
1. Upon submission of a properly completed and legible Cash Withdrawal/Deposit Slip accompanied by a stamped addressed envelope, residents may withdraw their personal funds for expenditures. Check requests received by Inmate Accounts prior to the 20th of the month will be processed in the month they are received. Check requests received by Inmate Accounts between the 21st and the end of the month will be processed the following month. Allowable expenditures include:

Revised 2/2013

**Secure Psychiatric Unit Handbook**

a.  Money to dependents and/or members of their immediate family;
b.  Subscriptions to newspapers or periodicals;
c.  Advance payments for books or tapes;
d.  Authorized mail order purchases or authorized personal property;
e.  Court-ordered filings, copyrights, birth certificates, license renewals, etc;
f.  United States Savings Bonds or other recognized securities;
g.  Deposits to an authorized account at a bank, credit union, or other financial institution;
h.  Payment of taxes, fines or assessments;
i.  Purchases of educational material when approved by the Director of Education or representative;
j.  Payment for State property lost or damaged, or other charges as ordered by a disciplinary board;
k.  Payment of the costs for repair of authorized personal property and equipment;
l.  Medical co-payment fees;
m.  Miscellaneous purposes as approved by the Wardens;
n.  Approved charities such as the march of Dimes, Toys for Tots, etc.

## Purchases:

Residents may purchase canteen weekly in the amount approved for your ward. Electronics (televisions, radios, Mp3 players, fans etc.) may be purchased by filling out the appropriate form(s). You may obtain the appropriate form(s) on the ward or from your ward officer.

You are only allowed to have property that is authorized for the ward you live on. Unauthorized property will be confiscated. Confiscated property will not be returned or reimbursed. **Order property allowed for your ward and current care status only.**

## Withdrawals:

Funds will be automatically withdrawn from your account to pay restitution for costs related to medical treatment for self-inflicted injuries, injuries to others, property damages and equipment damages caused by you.. Residents will be charged for lost or damaged property.

Restitution is taken as a result of the disciplinary process and a finding of guilt. Payments for restitution are automatically deducted from your patient/inmate account. If you are subject to court ordered costs they will be deducted from you patient/inmate account also.

Revised 2/2013

DOC_2961

**Secure Psychiatric Unit Handbook**

## Resident Pay:

The SPU/RTU resident pay system is governed by PPD 3.01; <u>Offender/SPU/RTU Resident Pay System.</u> You are encouraged to read the policy located in the SPU Law Library.

<u>POLICY:</u>

It is the policy of Department of Corrections to provide pay for all SPU residents who work at an assigned job, recognize essential jobs with enhanced pay and reduced pay to SPU residents authorized not to work.

The following is the pay system for SPU workers.

| | |
|---|---|
| SPU Infirmary | $ .85 per day x 5days per week |
| E-Ward | $ .85 per day x 5days per week |
| SPU UST | $ 1.00 per day x 5 days per week |
| SPU Laundry | $ 2.00 per day x 7 days per week |
| SPU Dining Cleaner | $ 1.00 per day x 7 days per week |

No Pay will be given for:
Refusal to work
Not reporting for work
Quitting a job without authorization
Fired from a job.

## Visiting:

<u>POLICY</u>:

Visiting is governed by PPD 7.09; <u>Visiting Policy</u>. You are encouraged to read the policy. It is located in the SPU Law Library.

Visiting is a privilege. It is the policy of the NH Department of Corrections and the Secure Psychiatric Unit to provide time and facilities for visitations in order to support and maintain relationships between inmates/patients and significant people in their lives, and to be no more restrictive toward visitors than necessary for the security of the visitation, the welfare of the residents and staff and to exclude contraband.

SPU visiting hours are Saturdays, 12:00 pm to 3:00 pm and Sundays, 7:00 am to 11:00 am. Visitation is allowed on all holidays. The dates and times of holiday visits are posted on your ward. . You are allowed 3 visitors at one time. Children must be accompanied by their parent or legal guardian.

Non-contact visits will be required if the resident is on Acute Care status or as deemed necessary by security. Non-contact visits can also be a part of the resident's individual treatment plan.

In order to assure the opportunity for visits to all eligible residents in an orderly, manageable, and safe manner, the following procedure will be followed:

Revised 2/2013

**Secure Psychiatric Unit Handbook**

Authorized Visitors

DOC staff must approve all visitors. Residents will be authorized an unlimited number of family members on their visiting list. Non-family members will be limited in accordance with COR 305.02. A visitor cannot appear on more than one resident's approved visitor list unless the residents are related to each other and the visitor is under the immediate family description. Immediate family for the purpose of this policy means mother, father, children, spouse, legal civil partner, brother, sister, grandparents, aunts, uncles, sister-in-law and brother-in-law (COR 305.02). Visitors being taken off a resident's list will be removed immediately and cannot be added to any patient/inmate's visiting list for a one-year period. Everyone on prison grounds, their vehicles, possessions and persons are subject to search without warning.

Visiting Lists

1. Residents must request that a prospective visitor be placed on the approved visitor list. The resident must request their prospective visitors complete the Visitor Authorization Affidavit Form authorizing the Department of Corrections to complete a criminal background check. The prospective visitor then returns the form to the resident via US Mail. The resident will then attach the form to the Visitor Request Slip for processing.

2. As part of the visitor approval process, each prospective visitor must provide the full name, address, phone number, date of birth and identifying number (driver's license number, military ID number, state non-driver ID number). The resident must certify that no court or parole board has ordered the resident to refrain from contact with each prospective visitor. This information will be completed, so that it may be checked and verified, before the first visit. Children under 17 will only be required to furnish their date of birth.

3. Visitors under the age of 17 shall not be permitted to visit unless accompanied by an adult who shall be a family member or guardian and on the resident's visiting list. The behavior of visitors under the age of 17 is the joint responsibility of the resident and visitor, and visits will be terminated if children are allowed to misbehave or become out of control. Although children are allowed in the visiting room, no toys are allowed. Empty, clear, plastic, baby bottles and a sealed package of formula will be permitted.

Residents eligibility is defined as follows:
A. The resident must be free of any bans on visiting.
B. The resident must not be on room restriction.
C. The visit will take place during regular visiting hours.
D. Residents are allowed 2 visits per week.
E. Residents cannot be on a level I or level II precautionary watch.

Revised 2/2013

DOC_2963

**Secure Psychiatric Unit Handbook**

<u>**Procedure**</u>:

    a.      As visitors are checked in at Zone 7, the officer will contact the Secure Psychiatric Unit to announce the visitor. Your visitor will be processed into the visiting room.

    b.      After the visit, you will be subject to a strip search before being released back to your ward.

    c.      Visits are three hours in duration. . Visits may be shortened or terminated for improper conduct during your visit.

<u>Special Visits</u>

Special visits may be granted for infrequent visitors that do not warrant being on the resident's visiting list. They must occur during the designated schedule of the resident unless extenuating circumstances warrant an exception. The SPU/RTU Security Lieutenant may grant special visits when one or more of the following circumstances exist:

1.      Emergency family matters when the normal visit quota has been exhausted.

2.      Visits of a highly compassionate nature that does not meet other visiting criteria.

3.      Visits involving visitors who, due to extreme distance or other hardship, cannot meet visiting schedule constraints.

4.      Visits with a visitor not appearing on the resident's approved visitor list whose appearance could not have otherwise been planned or expected and where approval would be deemed in the interests of the resident and the institution.

# Clergy Visits:

Visits from <u>verified</u> members of the clergy will take place during regularly scheduled visits. Approved clergy may schedule special visits if they cannot visit during regular visit times. These will be scheduled at least one week in advance and are subject to staff approval and space availability.

# Attorney Visits:

Attorneys must schedule visits 24 hours in advance by contacting the SPU Administrative Office. Exceptions may be made for special circumstances; attorneys should contact the SPU Administration Office to make this request.

## **<u>Visit Room Conduct</u>:**

1.      Visitation is a privilege and not a right and violation of rules may result in termination of the visit, loss of the resident's visiting privileges, banning the visitor from entering the institution or its grounds and/or criminal charges as circumstances warrant. Residents and their visitors will comply with the following:

    a.      The instructions and requests of the visiting room officer(s).

    b.      Unauthorized items may not be brought to the visiting room by either party.

    c.      The following items are allowed:

        1)    Handkerchief.

Revised 2/2013

### Secure Psychiatric Unit Handbook

2) Coins for vending machines of no more than $20.00. (Residents are not allowed to use the vending machine or use coins in any manner.)
3) Any medication deemed necessary for the health of the visitor during the visit must be submitted for inspection and approval prior to admission to the visiting room.
4) Religious material in the possession of clergy or religious teachers who have advanced written permission from the institution chaplain.

   d. Physical contact and displays of affection will be kept within bounds of decorum with hugging and kissing allowed only at start and end of visits for 15 seconds or less. Holding hands in plain view is allowed during the visit. Physical contact with children under 16 years of age is permitted in accordance with COR 305.02 q. 1.
   e. Loud and boisterous behavior is forbidden
   f. Vulgar language or behavior is forbidden.
   g. Management of the behavior of minor children must preserve an atmosphere conducive to the visiting of others.
   h. No smoking or tobacco products are allowed on prison grounds.
   i. All visitors must sign in on the visitor's log.

2. Any time a visit is terminated for cause or admittance is denied, a written report of the circumstances will be submitted to the SPU/RTU Security Lieutenant by the end of the shift.

   a. Upon entering the Visiting Room you will by checked for appropriate clothing and appearance..
     1. Shirts will be buttoned up except for the collar button
     2. Cuffed pants are not allowed in the visiting room unless it is obvious that your pants are too long.
     3. Shirtsleeves may be rolled up and shirts will be tucked in.
     4. You are responsible for cleaning the table you are assigned at the end of your visit.

## Telephones :

Resident telephone use is governed by PPD 7.28; Inmate Access to Telephone System. The policy is:

A. All inmates/patients, except those in disciplinary segregation, serving a disciplinary sanction of loss of telephone privileges or have temporarily had their telephone privileges suspended by the Warden or Director, may make outgoing collect and/or prepaid telephone calls. Phone calls may be made to anyone on the inmate/patients's 20-person telephone list that is willing to accept toll charges. Inmates/patients may make calls that do not conflict with the department's programming schedule.

B. Inmates/patients in Segregation are governed by PPD 7.49.

C. Inmates/patients are not permitted to access or use departmental telephones. The only exception would be to place a family crisis phone call (as defined in PPD 7.05) under direct supervision of staff. Once a staff member receives information regarding a family emergency, they may allow the inmate/patient to make a short phone call upon the approval of the SPU/RTU Security Lieutenant, SPU Administrator.

D. Inmates/patients are allowed to make **ONLY** collect and/or prepaid calls from the Inmate Telephone System. Three-way calls are prohibited. Inmates making 3-way calls are in direct violation of the system's design and usage purposes.

Revised 2/2013

DOC_2965

**Secure Psychiatric Unit Handbook**

E.    All inmate/patient telephone calls, excluding attorney calls, are recorded and may be reviewed by appropriate staff.

Upon arrival to the Secure Psychiatric Unit send a resident request slip to the ward officer requesting to be entered into the telephone system. An officer will assist you in setting up your telephone account. You can receive a Personal Allowed Number Request Form from your ward officer or social worker. Your telephone list must be approved and the people entered into the resident telephone system prior to your calling them. If you have any difficulty completing this form please ask your social worker or ward officer for assistance. The telephone system is maintained by a private vendor. Staff members will not address telephone complaints. Telephone complaints (problems or difficulty making calls) will be addressed by the telephone vendor utilizing the Telephone Complaint Form.

Misuse of the telephone system, 3-way calls, inappropriate use of the telephone, complaints against your use of the phone will result in a loss of this privilege.

# Mail:

Mail for the Secure Psychiatric Unit is processed in accordance with PPD 5.26, Inmate Mail Service. All mail is delivered in a timely manner.

It is the policy of the Department of Corrections to allow residents to send and receive correspondence, publications and property through the United States Postal Service or regulated parcel carriers, according to all applicable laws, policy and procedures and regulations. of the New Hampshire State Prison entitled; "Inmate Mail Service".

All incoming mail for the Secure Psychiatric Unit is processed by the second shift. Incoming mail is screened by the second shift staff and inspected for appropriate content and contraband in accordance with PPD 5.26. The second shift sergeant is the responsible supervisor to address any incoming mail concerns. Please address your concerns on a resident request slip.

All outgoing mail for the Secure Psychiatric Unit is processed by the third shift. Outgoing mail is screened by the third shift staff and inspected for appropriate content and contraband in accordance with PPD 5.26. The third shift corporal is the responsible supervisor to address any outgoing mail concerns. Please address your concerns on a resident request slip.

Incoming and outgoing mail may be withheld from the stream of mail for referral to the Literary Review Committee (LRC) or for further investigation. You will be notified in writing if your mail is withheld.

Mail Security Screening

1. All incoming and outgoing mail is subject to being opened and read. All mail will be routinely inspected for contraband, except for privileged correspondence as specified below (see IV F). Information obtained from inspection of such mail will not be divulged, except as deemed necessary in conducting an investigation or judicial or quasi-judicial proceeding. Any material provided to investigative agencies will be handled and processed as physical evidence in accordance with applicable laws and rules and regulations.
2. Incoming or outgoing inmate mail that meets any of the following criteria will be forwarded to the LRC or Investigations for review, consistent with the notice provisions in IV A 4.
a. Descriptions or depictions of procedures for the construction or use of weapons, ammunition, bombs, incendiary devices, or other items that might constitute a security hazard.

Revised 2/2013

**Secure Psychiatric Unit Handbook**

b.  Materials that depict, encourage, or describe methods of escape from correctional facilities, or contain blueprints, drawings or similar descriptions of locking devices of penal institutions, and other materials that might assist escape.
c.  Descriptions or depictions of procedures for brewing alcoholic beverages, or the manufacture of drugs.
d.  Any material that violates postal regulations, make unlawful threats, or attempts at blackmail or extortion.
e.  Any material that contains contraband as defined by this policy or other regulations.
f.  Any material pertaining to gambling or a lottery.
g.  Documents written in code.
h.  Descriptions or depictions that encourage activities which may lead to the use of physical violence or group disruption.
i.  Materials that encourage or instruct in the commission of criminal activities.
j.  Unauthorized solicitation of gifts or goods from a person other than the resident's family.
k.  Prison unions.
l.  Correspondence constituting or contributing to the conduct or operation of a business, except correspondence necessary to protect the property or funds of the resident during confinement at the SPU.
m.  Contents that would, if transmitted, create a clear and present danger of violence and physical harm to persons or property, or severe psychiatric or emotional disturbance to a resident.
n.  Obscene material.
o.  Resident to inmate mail.
p.  Resident to resident correspondence
q.  Sexually explicit material or material that would be detrimental to the treatment of residents or that would encourage or educate residents in deviant or unlawful sexual practices will be not permitted.

Non-Privileged Correspondence

1.  All correspondence not specifically identified and protected as privileged correspondence, is non-privileged.
2.  All non-privileged mail must be placed in unit mailboxes unsealed. Non-privileged, sealed mail will be inspected and returned to the resident who sent it, if that resident can be readily identified. If the resident cannot be identified, the mail will be discarded.

3.  All outgoing mail will have the resident's full name, identification number, facility name and address (SPU, PO Box 2828, Concord, NH 03302-2828) in the upper left-hand corner of the envelope. Nicknames, shortened names or initials will not be accepted. Mail not meeting this criteria will be rejected

Privileged Correspondence:

The following is a complete list of agencies or individuals classified as privileged. Mail addressed as indicated will not be opened for inspection except in the inmate's presence and may be sealed before deposit in the mail collection boxes. Addresses marked with an *, do not required postage.
a.  President of the United States, Washington DC
b.  Vice President of the United States, Washington DC
c.  Members of Congress addressed to appropriate office
d.  The Attorney General of the United States and regional offices of the Attorney General
e.  Federal or State Courts*
f.  The Governor and Council of the State of New Hampshire, State House, Concord, NH 03301*
g.  The Attorney General of the State of New Hampshire, State House Annex, Concord, NH 03301*

Revised 2/2013

DOC_2967

**Secure Psychiatric Unit Handbook**

    h.     Commissioner of the Department of Corrections*
    i.      Members of the State Parole Board*
    j.      Designated Attorney
    k.    Members of the New Hampshire General Court (House of Representatives, Legislators, Senators *at the Legislative Office Building)
    l.      County Attorneys

3.    The word "PRIVILEGED" must be written on the address side of the envelope in order to assure privileged handling in either in-bound or out-bound mail.

4.    Each unit will record all incoming and outgoing legal mail on the legal mail log (Attachment 2). Each inmate/patient will sign the log signifying receipt of incoming legal mail. If an inmate refuses to sign, write "REFUSED" in the signature block.

5.    For security concerns, mail from outside sources to inmates/patients shall be received in regular mail envelopes. Mail in courier or inter-office routing envelopes will be forwarded to investigations.

6.    Incoming "legal" mail found in violation of this policy shall be forwarded to investigations for appropriate action with the person(s)/firm(s) involved.

## Meals & Diets:

You will be provided 3 nutritious meals per day, Meals will be served in one of the dining halls in the main prison. You are required to move to and from the dining hall in a quiet and orderly manner. You are to move through the serving line and then take a seat at one of the tables. There is no required seating unless instructed by staff. When you are finished eating you are to clear your tray, cups and trash from the table to the tray return and return to your table to await movement back to the unit. You are not to stand or "mill around" the dinning hall. You are allowed to speak in a conversational tone. You cannot bring anything to or from the dining hall. All food is to be consumed in during your meal.

Medical Dental Diets are governed by PPD 6.12; Medical/Dental Diets. Religious diets shall be available upon Clergy authorization to inmates who demonstrate a valid religious dietary requirements see PPD 7.17; Religious Programming (RSA 622:22/23) and Diets

## General Information

**Fire and Evacuation:**
Fire drills are conducted quarterly. A copy of fire response plans are posted on all wards. In case of fire or evacuation follow all instructions from staff.

**Recreation:** There are a variety of recreational opportunities offered in the SPU. These vary from recreation room activities offered inside of the unit and outside recreation offered in one of the two outside recreation yards. Recreational opportunities are also offered in the NHSP ballfield and gymnasium.

## Dayrooms:
Ward dayrooms are used for your leisure time. Your are expected to behave appropriately by being respectful of others while in the dayroom. Loud or boisterous behavior will not be tolerated. Televisions are located in each dayroom with the exception of the Acute Care Ward. The televisions are there for everyone's enjoyment. You are expected to work together to watch suitable programming. Monopolizing the television or controlling programming for others on the ward will result in a loss of this privilege and possible relocation to a more restrictive ward.

Revised 2/2013

## SPU Law Library:

Secure Psychiatric Unit residents will do legal research using the Lois Law computer located in attorney visiting room. We have a small collection of legal books in the library to help in writing and research. You can request to scheduled law library time by sending a request slip to the treatment team.. Resdients may request up to two (2) appointments per week up to 2 hours in duration for 30 days (1 month). You may access the library only once per day.

Extended Time:  Patients/ inmates working on current legal matters may request additional time if they can present a court document, indicating they have a deadline to meet in the next thirty days. The treatment team may schedule one additional period of up to 30 days.

You must specify on your request to use the law library the amount of time (2 hours maximum 2 times per week) and number of days you will need to prepare your legal work or legal research (up to 30 days maximum).

## Photocopy Services:

SPU does not offer photocopy services. Photocopy services are provided by the NHSP Main Library. The exchange of documents between you and the NHSP Library will be completed through the in-house mail system. Any copies of Lois Law materials, photocopies or forms may be requested from the Library by submitting the correct request form (located in the law library) , a signed cash withdrawal slip and a regular request form so that they may be returned in the mail.

## Levels of Care

The Secure Psychiatric Unit houses patients/inmates based on their acuity and safety. Each level of care carry certain privileges.  Privileges are earned based on your behavior, your ability to actively participate in your treatment, your ability to interact with staff and other residents appropriately, your ability to perform your daily living skills, your ability to follow the expectations as detailed above in this manual and your level of risk to yourself or others. Please keep in mind privileges are not rights!

There are three levels of care from most restrictive to least restrictive. The levels of care are: acute care, supervised care and assisted care. The following is a brief description of each level of care.

## Acute Care

**Acute Care**

- Single Movement
- Non-contact visits
- Acute care property (listed below)
- 30 minutes unstructured time first and second shift.
- 30 minutes outside yard time first and second shift
- Attend all required therapy groups.
- Clinical assessments with nursing, psychiatry, social services, psychology, rehabilitation/recreation.
- Everyone on this status will be reviewed weekly.

Revised 2/2013

DOC_2969

**Secure Psychiatric Unit Handbook**

## Supervised Care (F-Ward)

**Supervised Care**

Out with officer time limited)
- Supervised care property (listed below)
- Review at a minimum of 4 week intervals or upon request
- May have contact visits unless otherwise noted
- Escorted movement to groups and within unit
- Staff supervision on and off the ward.
- May have issued clothing
- May apply for unit job on-ward or supervised off ward job.
- May purchase personal clothing & footwear from canteen or approved vendor as noted below.
- May have electronics as noted below.

**Assisted Care**

Day room access beginning at 7:00 am until curfew 10:00 pm.
May attend a variety of groups with other SPU patients (clinical and recreational)
Unescorted movement within the unit.
Escorted movement off the unit to include gym, ballfield and Zone 7 work detail(s) with other SPU patients
Contact visits with approved visitors during scheduled visiting hours.
Maximum allowable canteen items & electronics as noted below.
May purchase personal clothing & footwear from canteen or approved vendor.
Ability to earn off ward job(s).
May earn independent movement passes within the unit.
Independent access to ward video library and game system

## Female Ward

Female patients are admitted to D-Ward. This ward is unique in terms of expectations and levels of care. D-Ward residents do not move on to other wards with progressive levels of expectations and privileges. Therefore, each resident of D-Ward is evaluated for levels of care on an individual basis by the team. **The standards used correspond to the expectations and levels of care system outlined above. Please refer to these standards which will not be repeated here.**

Revised 2/2013

Secure Psychiatric Unit Handbook

## APPENDIX A

---

## Potential Sources of Legal Counsel

### Lawyer Referral Service of The New Hampshire Bar Association
2 Pillsbury Street
Suite 300
Concord, NH 03301

### Legal Advice & Referral Center (LARC)
PO Box 4147
Concord, NH 03301-4147

### Pro Bono Referral Program of The New Hampshire Bar Association
2 Pillsbury Street
Suite 300
Concord, NH 03301

### New Hampshire Legal Assistance (NHLA)
1361 Elm Street
Suite 307
Manchester, NH 03101

### The DOVE Project of the NH Pro Bono Referral System
2 Pillsbury Street
Suite 300
Concord, NH 03301

### Reduced Fee Referral Program of the New Hampshire Bar Association
2 Pillsbury Street
Suite 300
Concord, NH 03301

### Legal Advice Line, Senior Citizen's Law Project, NHLA
1361 Elm Street
Suite 307
Manchester, NH 03101

### Disabilities Rights Center, Inc.
18 Low Avenue
Concord, NH 03301

### Civil Practice Clinic at Franklin Pierce Law Center
2 White Street
Concord, NH 03301

Revised 2/2013

28

**Secure Psychiatric Unit Handbook**

## APPENDIX B

## SPU PERSONAL PROPERTY
REVISED 02/05/2013

**Infirmary:**

Residents on a 1:1 watch or on a 15 minute level will remain in a safety smock and safety blankets. They will have finger foods only and a Styrofoam cup for drinking. They may have 2 soft cover reading material with no staples. They are allowed a shower per day depending on their behavior.

Residents on a 30 minute check may have a jump suit and a regular tray if ordered by their attending physician. 2 soft cover reading material with no staples. They may have plastic ware while eating. All plastic ware will be returned to staff with the tray. They may use a toothbrush. This will also be returned to staff when finished.

Residents on Acute Care in the infirmary will receive regular Acute Care clothing & bedding. Personal hygiene items will be issued. You may have your own personal hygiene items with permission. These can be requested on a request slip. You may have 1/2 hour yard & 1/2 hour dayroom time per shift and access to the telephone if needed. Regular tray, shower, 2 soft reading materials with no staples, safety pen, eyeglasses (if approved by team). Personal property may be earned for good behavior.

Not Allowed
- Cleaning materials, brooms, mops, spray bottles,
- Plastic ware, plastic cups (except as noted above)

**D ward:**

Care Levels and Privileges are as noted below.

Revised 2/2013

29

Secure Psychiatric Unit Handbook

Note: Linen & blanket exchange on every Thursday

## Acute Care

1   SET STATE ISSUED SCRUBS

1   T-SHIRT  (WHITE)

1   BOXERS (UNDERWEAR)

1   SOCKS

1   THERMAL TOP (seasonal)

1   THERMAL BOTTOM (seasonal)

2   BLANKETS

2   SHEETS

1   PILLOWCASE

1   PAIR OF BLUE "SLIP ON" SHOES

1   PAIR SHOWER SHOES

2   SOAP

1   SOAP DISH

1   DEODORANT

1   LOTION

1   SHAMPOO

1   TOOTHPASTE

1   TOOTHBRUSH

1   TOOTHBRUSH HOLDER

1   FLOSS

1   DENTURE          **(IF NEEDED)**

1   DENTURE BATH    **(IF NEEDED)**

1   POLIDENT TABLETS OR POWDER (NOT BOTH) **(IF NEEDED)**

1   POLIDENT GEL ADHESIVE  **(IF NEEDED)**

1   EYE GLASSES

1   EYE GLASS CASE (SOFT WITH NO POCKET CLIP)

1   EYEGLASS CLEANING CLOTH

1   TUMBLER

4   SOFT READING MATERIAL ONLY W/ NO STAPLES

10 PERSONAL PICTURES       **(REMAINDER DISPOSED OF VIA "5-DAY NOTICE"**

10 LETTERS AND/OR CARDS   **(REMAINDER DISPOSED OF VIA "5-DAY NOTICE"**

1   PACKAGE OR PAD OF WRITING PAPER (NO STAPLES)

1   BOX LETTER ENVELOPES (ONLY)

Revised 2/2013

30                                                                                                    DOC_2973

**Secure Psychiatric Unit Handbook**

40 STAMPS

1  ADDRESS BOOK     (NO STAPLES)

2  SAFETY PENS

1  4" STACK OF LEGAL WORK

10  PIECES OF PLAIN OR COLORED PAPER

10  PIECES OF CARD STOCK AND CARD ENVELOPES

6  WORD GAME SHEETS  **(SUDOKU, WORD SEARCH, CROSSWORDS)**

1  DECK OF PLAYING CARDS

1  PUZZLE

1   EARBUDS

1  AM/FM RADIO

1  FAN

CANTEEN PER ACUTE CARE CANTEEN LIST

NO OTHER PERSONAL PROPERTY IS ALLOWED.

Revised 02/05/2013 Security Lieutenant

**Supervised Care**

3  PANTS

3  SHIRTS

3  T-SHIRTS

3  BOXERS

4  SOCKS

2  BLANKETS

2  SHEETS

1  PILLOWCASE

2  THERMAL TOP (Seasonal)

2  THERMAL BOTTOM (Seasonal)

5  TOWELS

1  WOOL HAT     (State Issued)

1  BLUE JACKET   (State Issued)

1  PAIR SHOWER SHOES

1  PAIR OF STATE ISSUED BOOTS (W/LACES)

1  SNEAKERS (PERSONAL W/ LACES)

1  GLOVES         (PERSONAL)

1 SWEATSHIRT   (PERSONAL)

1 SWEATPANT    (PERSONAL)

2  GYM SHORTS   (PERSONAL)

Revised 2/2013

Secure Psychiatric Unit Handbook

1   LOTION
1   POWDER
2   SOAP
1   CHAPSTICK
1   Q-TIPS PKG.
1   SOAP DISH
2   DEODORANT
1   TOOTHBRUSH HOLDER
1   TOOTHBRUSH
2   TOOTHPASTE
1   FLOSS
1   MOUTHWASH
1   COMB OR PIC
1   BRUSH
1   SHAMPOO
1   CONDITIONER
1   TUMBLER
1   SPORK
1   PLASTIC BOWL
1   EYE GLASSES
1   EYE GLASS CASE
1   EYEGLASS CLEANING CLOTH
1   AM/FM RADIO  or MP3 player
1   EAR BUDS
1   HEADPHONES
6  AA OR AAA BATTERIES
1   TELEVISION (MUST BE APPROVED BY THE TREATMENT TEAM)
1   ELECTRIC SHAVER (MUST BE APPEOVED BY THE TREATMENT TEAM)
1   COOLER
1   FAN
1   WEDDING BAND
1   ADDRESS BOOK
1   RELIGIOUS METAL          (Approved from chaplain)
5   BOOKS, MAGAZINES, NEWSPAPERS, ETC.
25 PERSONAL PICTURES LOOSE OR 1 PHOTO ALBUM
25 LETTERS AND/OR CARDS (Remainder to be disposed of I/A/W property rules.
2   WRITING PADS

Revised 2/2013

                                                                         DOC_2975

**Secure Psychiatric Unit Handbook**

1  BOX LETTER ENVELOPES ONLY

40 STAMPS

5  PENS        (FROM CANTEEN)

5  PENCILS    (FROM CANTEEN)

1  PENCIL COLORSET  (FROM CANTEEN)

1  4" STACK OF LEGAL WORKFOLDER OF LEGAL WORK

1  RULER

1  HIGHLIGHTER

10  PIECES OF PLAIN OR COLORED PAPER

10  PIECES OF CARD STOCK AND CARD ENVELOPES

6   WORD GAME SHEETS  (SUDOKU, WORD SEARCH, CROSSWORDS)

1   DECK OF PLAYING CARDS

1   SCOTCH TAPE

NO OTHER PERSONAL PROPERTY IS ALLOWED

Revised 02/05/2013 Security Lieutenant

## Assisted Care

3  PANTS

3  SHIRTS

3  T-SHIRTS

3  BOXERS

4  SOCKS

2  BLANKETS

2  SHEETS

1  PILLOWCASE

2  THERMAL TOP (Seasonal)

2  THERMAL BOTTOM (Seasonal)

5  TOWELS

1  BLUE JACKET   **(State Issued)**

1  WOOL HAT **(State Issued)**

1  PAIR SHOWER SHOES

1  PAIR SLIPPERS

1  PAIR OF STATE ISSUED BOOTS (W/LACES)

1  SNEAKERS (PERSONAL W/ LACES)

1  SWEATSHIRT  (PERSONAL)

1  SWEATPANT   (PERSONAL)

Revised 2/2013

Secure Psychiatric Unit Handbook

| | | |
|---|---|---|
| 6 | T-SHIRTS | (PERSONAL) |
| 6 | BRIEFS | (PERSONAL) |
| 6 | SOCKS | (PERSONAL) |
| 2 | TOWELS | (PERSONAL) |
| 1 | GLOVES | (PERSONAL) |
| 1 | SWEATSHIRT | (PERSONAL) |
| 1 | SWEATPANT | (PERSONAL) |
| 2 | GYM SHORTS | (PERSONAL) |
| 1 | LOTION | |
| 1 | POWDER | |
| 2 | SOAP | |
| 1 | SOAP DISH | |
| 1 | CHAPSTICK | |
| 1 | Q-TIPS PKG. | |
| 2 | DEODORANT | |
| 1 | TOOTHBRUSH HOLDER | |
| 2 | TOOTHBRUSHES | |
| 2 | TOOTHPASTE | |
| 2 | FLOSS | |
| 1 | MOUTHWASH | |
| 1 | COMB OR PIC | |
| 1 | HAIRBRUSH | |
| 2 | SHAMPOO | |
| 2 | CONDITIONER | |
| 2 | TUMBLERS | |
| 2 | PLASTIC BOWLS | |
| 1 | SPORK | |
| 1 | SPOON | |
| 2 | EYE GLASSES  W/CASE | |
| 1 | SUNGLASSES  W/CASE | |
| 1 | EYEGLASS CLEANING CLOTH | |
| 1 | AM/FM RADIO OR MP3 Player | |
| 1 | TELEVISION | |
| 1 | EAR BUDS | |
| 1 | HEADPHONES | |
| 6 | AA OR AAA BATTERIES | |
| 1 | ELECTRIC RAZOR **(From Canteen)** | |

Revised 2/2013

DOC_2977

**Secure Psychiatric Unit Handbook**

1  COOLER

1  FAN

1  WARMING POT

1  WEDDING BAND

1  ADDRESS BOOK

1  RELIGIOUS METAL          **(Approved from chaplain)**

10 BOOKS, MAGAZINES, NEWSPAPERS, ETC.

25 PERSONAL PICTURES LOOSE OR 1 PHOTO ALBUM

25 LETTERS AND/OR CARDS

2  WRITING PADS

1  BOX LETTER ENVELOPES

40 STAMPS

5  PENS        (FROM CANTEEN)

5  PENCILS    (FROM CANTEEN)

1  PENCIL COLORSET  **(From Canteen)**

1  4" STACK OF LEGAL WORK

1  RULER

1  HIGHLIGHTER

1  3' TELEVISION CABLE

2  3-RING BINDERS

1  WATCH

6  HANKERCHIEFS

1 SCOTCH TAPE

10  PIECES OF PLAIN OR COLORED PAPER

10  PIECES OF CARD STOCK AND CARD ENVELOPES

6  WORD GAME SHEETS  (SUDOKU, WORD SEARCH, CROSSWORDS)

1  SET OF COLORED CRAYONS     (REMOVE IF WALL DRAWING)

1  TRAY OF WATERCOLOR PAINTS  (REMOVE IS WALL DRAWING)

1  DECK OF PLAYING CARDS

1  PUZZLE

NO OTHER PERSONAL PROPERTY IS ALLOWED.

Revised 02/05/2013 Security Lieutenant

Revised 2/2013