# EXHIBIT I

SUPPLEMENTAL JOB DESCRIPTION

Classification:_____Corrections Officer_____Function Code:_____2274-046

POSITION TITLE:_____Date Established:_____8/15/88

Position Number: _____Group – SPU_____Date of Last Amendment:___1/27/06

SCOPE OF WORK:   To enforce discipline, orderly behavior and the confinement of incarcerated inmates at the Secure Psychiatric Unit to provide the appropriate level of public and institutional safety.  Also to perform duties required of assigned posts and/or programs.

ACCOUNTABILITIES:

- Observes and controls resident movement and behavior to preclude escape or violent incidents.

- Supervises the operation of an inmate housing unit when only officer on duty and in order to maintain the order and discipline of the inmates.

- Performs security tasks such as inmate body searches, property and ground searches to assure public and institutional safety.

- Reports information on residents for administrative purposes, including disciplinary and classification hearings and judicial hearings so that these boards have complete information for their decision.

- Transports inmates to and from designated areas to ensure orderly movement of inmates.

- Performs work activities which require strenuous activities such as frequent reaching, bending, lifting as well as fine manual dexterity of coordination in the use of equipment such as firearms, handcuffs and in applying physical restraints, to control and observe inmates and the work environment to insure institutional safety and security.

MINIMUM QUALIFICATIONS:

Education:

Experience: SEE CLASS SPECIFICATION FOR MINIMUM QUALIFICATIONS

License/Certifications:

SPECIAL QUALIFICATIONS:

DISCLAIMER STATEMENT: The supplemental job description lists typical examples of work and is not intended to include every job duty and responsibility specific to a position. An employee may be required to perform other related duties not listed on the supplemental job description provided that such duties are characteristic of that classification.

SIGNATURES:

The above is an accurate reflection of the duties of my position.

Aaron Belanger _____    9-30-06
             Employee's Name and Signature                    Date Reviewed


Supervisor's Name and Title: ___Richard Leither CPL_____

The above job description accurately measures this employee's job.

Richard M Leither _____    30 SEPTEMBER 2006
       Supervisor's Signature                          Date Reviewed


_____    _____
       Division of Personnel                         Date Approved


_____    _____
Lisa A. Currier                                         Date
Human Resource Administrator