# EXHIBIT A

**From:**     William Justice
**To:**       Edgar, Duncan; Wanda Duryea
**Subject:**  Sorry, wrong defendant
**Date:**     Thursday, May 7, 2026 4:57:41 AM

**EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

05/07/26 (Thursday)

Dear Duncan Edgar, Esq:

In the previous email that I just sent you I referred to defendant, Nathaniel Seabron, as the individual for whom I wanted his emails/text msgs.  However, I just now realized that he is not your client.  And, also, he is a defendant in the original case (not yours).

The 2 defendants that I want their text msgs/emails are Aaron Belanger and Eric Barbaro (your clients).

The dates for which I desire Belanger & Barbaro's text msgs/emails (incoming/outgoing) are from Tuesday, February 13th, 2018 through Tuesday, August 04, 2020 (the times I was a patient at the SPU, under my FORMER NAME, William Soler Jr.).

Thank you Mr. Edgar for your anticipated aid in this serious matter and God BLESS.

Respectfully,

William S. Justice

Yahoo Mail: Search, Organize, Conquer