# EXHIBIT C

**From:**     William Justice
**To:**       Edgar, Duncan; Wanda Duryea
**Subject:**  Discovery deadline Yes however NO on the extension of the Summary Judgement
**Date:**     Tuesday, May 19, 2026 4:11:38 PM

**EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

05/19/26 (Tuesday)

Dear Atty. Duncan Edgar:

We (my guardian and I)  agree ONLY to the Discovery deadline, but, NOT to the Summary Judgement deadline.

Respectfully,

Bill JUSTICE

Yahoo Mail: Search, Organize, Conquer