# EXHIBIT D

## Edgar, Duncan

| | |
|---|---|
| **From:** | Edgar, Duncan |
| **Sent:** | Tuesday, June 30, 2026 8:43 PM |
| **To:** | William Justice |
| **Cc:** | Wanda Duryea; Gagan, Taylor; Coombs, Anne |
| **Subject:** | RE: Sorry, wrong defendant |
| **Attachments:** | Defendants' Response to Plaintiff's Request for Production.pdf; DOC-000001 - DOC-000101.pdf; Defendants' Privilege Log.pdf |

Mr. Justice:

Attached, you will find the Defendants' response to your request for production of documents together with their corresponding privilege log.

Duncan

**Duncan A. Edgar**
Assistant Attorney General
Civil Litigation Unit
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301
(603) 271-4900
duncan.a.edgar@doj.nh.gov

The information contained in this electronic message and any attachment to this message may contain confidential or privileged information and is intended for the exclusive use of the intended recipient(s).  Please notify the Attorney General's office immediately at (603) 271-3658 or reply to justice@doj.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

**From:** William Justice <gentlegiant03301@yahoo.com>
**Sent:** Thursday, May 7, 2026 4:57 AM
**To:** Edgar, Duncan <duncan.a.edgar@doj.nh.gov>; Wanda Duryea <nh_cherokee@yahoo.com>
**Subject:** Sorry, wrong defendant

**EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

05/07/26 (Thursday)

Dear Duncan Edgar, Esq:

In the previous email that I just sent you I referred to defendant, Nathaniel Seabron, as the individual for whom I wanted his emails/text msgs.  However, I just now realized that he is not your client.  And, also, he is a defendant in the original case (not yours).

The 2 defendants that I want their text msgs/emails are Aaron Belanger and Eric Barbaro (your clients).

The dates for which I desire Belanger & Barbaro's text msgs/emails (incoming/outgoing) are from Tuesday, February 13th, 2018 through Tuesday, August 04, 2020 (the times I was a patient at the SPU, under my FORMER NAME, William Soler Jr.).

Thank you Mr. Edgar for your anticipated aid in this serious matter and God BLESS.

Respectfully,

William S. Justice

[Yahoo Mail: Search, Organize, Conquer](#)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| WILLIAM SOLER JUSTICE,⁣ ) | |
| ) | |
| Plaintiff,⁣ ) | |
| v.⁣ ) | |
| ) | Case No.: 23-cv-00308-SE-AJ |
| AARON BELANGER,⁣ ) | |
| ) | |
| – and –⁣ ) | |
| ) | |
| ERIC BARBARO,⁣ ) | |
| ) | |
| Defendants.⁣ ) | |

**DEFENDANTS' RESPONSES AND OBJECTIONS**
**TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Fed. R. Civ. P. 34, Defendants Aaron Belanger and Eric Barbaro, by and through her undersigned counsel, hereby respond and object to Plaintiff William Soler Justice's First Request for Production of Documents as follows:

**PRELIMINARY STATEMENT**

Plaintiff sent an email to the undersigned counsel on May 7, 2025 wherein he requested copies of the Defendants' "text msgs/emails."  Construing this communication as a request for production of documents under Fed. R. Civ. P. 34, the undersigned counsel explained to Mr. Justice that his discovery request was untimely because, in accordance with the Order approving the parties' discovery plan ( (Doc. No. 15), the deadline for the completion of discovery in this case was June 1, 2026.  Because that Order expressly provided that the discovery deadline is the deadline within which discovery is to be completed, as opposed to the deadline by which discovery is to be served, and that Fed. R. Civ. P. 34 gives the party to whom the request is directed thirty days to respond, the Defendants were not obligated to provide a response to Mr. Justice's belated discovery request.

Nevertheless, the parties agreed to extend the discovery deadline in this case by an additional thirty days up to and including July 1, 2026.  The Court granted the Defendants' partially assented-to motion seeking an extension of the discovery deadline on June 10, 2026.  Accordingly, the Defendants will deem Mr. Justices discovery request as having been served on June 1, 2026.

The Defendants' investigation and development of all facts and circumstances relating to this action is ongoing.  These responses and objections are made without prejudice to, and are not a waiver of, the Defendants' right to rely on other facts or documents at trial.

1

The Defendants expressly reserve the right to supplement, clarify, revise, or correct any or all of the responses and objections herein, and to assert additional objections or privileges, in one or more subsequent supplemental response or responses.

## OBJECTIONS AND RESPONSES

**1.     The dates for which I desire Belanger & Barbaro's text msgs/emails (incoming/outgoing) are from Tuesday, February 13th, 2018 through Tuesday, August 04, 2020 (the times I was a patient at the SPU, under my FORMER NAME, William Soler Jr.).**

The Defendants object to this case as overbroad, unduly burdensome, and not proportional to the needs of this case in light of the express proportionality factors under Fed. R. Civ. P. 26(b)(1). Specifically, this request does not specify the subject matter of the "text msgs/emails" sought. This request also does not specify whether the communications sought are from the Defendants' State-owned electronic devices used in connection with their occupation as correctional officers or their personal electronic devices.

The Defendants also object to this request to the extent that it seeks information that is protected by the attorney-client privilege. The Defendants further object to this request to the extent that it seeks protected health information or personally identifiable information concerning other patients houses at the Secure Psychiatric Unit.

Subject to and notwithstanding said objections, the Defendants construe this request as a request for all emails within either Defendants' official, State-owned email account (including deleted emails) that include the terms "William" AND "Soler" OR "Soler" OR "42507," which was Mr. Justices patient identification number, dated between February 13, 2018 and August 4, 2020, copies of which are produced herewith as DOC-000001 to DOC-000101.

|  | Respectfully submitted, |
|---|---|
|  | AARON BELANGER and ERIC BARBARO |
|  | By their attorney, |
|  | JOHN M. FORMELLA<br>ATTORNEY GENERAL |
| Dated: June 30, 2026 | /s/ Duncan A. Edgar<br>Duncan A. Edgar, Esq., Bar No. 266272<br>Assistant Attorney General<br>New Hampshire Department of Justice<br>Civil Litigation Unit<br>1 Granite Place South<br>Concord, NH 03301<br>(603) 271-3658<br>duncan.a.edgar@doj.nh.gov |

## CERTIFICATE OF SERVICE

I, Duncan A. Edgar, hereby certify that on this date, I caused a true copy of the foregoing

to be sent to the Plaintiff, William Soler Justice, by email at gentlegiant03301@yahoo.com.

Dated: June 30, 2026                    /s/ Duncan A. Edgar
                                        Duncan A. Edgar, Esq.

| | |
|---|---|
| **From:** | Barbaro, Eric |
| **To:** | O"Connor, Christine; Marshall, Scott; Reinholz, Ian |
| **Cc:** | Belanger, Aaron |
| **Subject:** | RE: H Ward showers |
| **Date:** | Thursday, May 28, 2020 2:03:33 PM |

The showers on G/H are now working well.  Residents reported that the water was warm/hot

---

**From:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Sent:** Thursday, May 28, 2020 11:27 AM
**To:** Barbaro, Eric <Eric.Barbaro@doc.nh.gov>; Marshall, Scott <Scott.Marshall@doc.nh.gov>;
Reinholz, Ian <Ian.Reinholz@doc.nh.gov>
**Cc:** Belanger, Aaron <Aaron.Belanger@doc.nh.gov>
**Subject:** RE: H Ward showers

I heard that G ward has warm showers now. Mr. Soler did seem open to showering on F tier today.

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

---

**From:** Barbaro, Eric <Eric.Barbaro@doc.nh.gov>
**Sent:** Wednesday, May 27, 2020 2:24 PM
**To:** Marshall, Scott <Scott.Marshall@doc.nh.gov>
**Cc:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Subject:** H Ward showers

Today, Officer Belanger offered to escort G/H residents to F Ward for showers.  Some G Ward residents went to F ward.  However, H ward residents refused.

**DOC-000001**

**From:** Belanger, Aaron
**To:** O"Connor, Christine
**Subject:** RE: H Ward showers
**Date:** Thursday, May 28, 2020 11:51:14 AM

Its up to the G/H officers to coordinate.  Good luck

---

**From:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Sent:** Thursday, May 28, 2020 11:27 AM
**To:** Barbaro, Eric <Eric.Barbaro@doc.nh.gov>; Marshall, Scott <Scott.Marshall@doc.nh.gov>; Reinholz, Ian <Ian.Reinholz@doc.nh.gov>
**Cc:** Belanger, Aaron <Aaron.Belanger@doc.nh.gov>
**Subject:** RE: H Ward showers

I heard that G ward has warm showers now. Mr. Soler did seem open to showering on F tier today.

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

---

**From:** Barbaro, Eric <Eric.Barbaro@doc.nh.gov>
**Sent:** Wednesday, May 27, 2020 2:24 PM
**To:** Marshall, Scott <Scott.Marshall@doc.nh.gov>
**Cc:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Subject:** H Ward showers

Today, Officer Belanger offered to escort G/H residents to F Ward for showers.  Some G Ward residents went to F ward.  However, H ward residents refused.

**DOC-000002**

| | |
|---|---|
| **From:** | Belanger, Aaron |
| **To:** | Roy, Rodney |
| **Subject:** | SPU/RTU spring package |
| **Date:** | Tuesday, April 28, 2020 1:11:02 PM |

Hello sir,  The following inmates said they ordered a spring package but did not receive it as of 4-28-2020.  Thank you

**SPU**



#42507 William Soler

**RTU**

| | |
|---|---|
| **From:** | Clayman, Nancy |
| **To:** | Robinson, Deborah; Mellor, Danielle; Graves, Garrett; Martin, Wendy |
| **Cc:** | McCoole, Ann Marie; Barbaro, Eric; Popovich, Timothy; Belanger, Aaron |
| **Subject:** | RE: Soler update |
| **Date:** | Wednesday, October 9, 2019 2:18:47 PM |

Perhaps Barbaro or Belanger could answer this…

---

**From:** Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Sent:** Wednesday, October 9, 2019 2:17 PM
**To:** Clayman, Nancy <Nancy.Clayman@doc.nh.gov>; Mellor, Danielle <Danielle.Mellor@doc.nh.gov>; Graves, Garrett <Garrett.Graves@doc.nh.gov>; Martin, Wendy <Wendy.Martin@doc.nh.gov>
**Cc:** McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>; Barbaro, Eric <Eric.Barbaro@doc.nh.gov>; Popovich, Timothy <Timothy.Popovich@doc.nh.gov>
**Subject:** RE: Soler update

Thanks for sending this out Nancy. He had a very similar conversation with me on Monday afternoon and I could easily see how his clothes are BIG but not TALL. He told me he was concerned about going to court looking like this.

What options do we have for tall sizes?

Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov
Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

---

**From:** Clayman, Nancy <Nancy.Clayman@doc.nh.gov>

**DOC-000004**

**Sent:** Wednesday, October 09, 2019 1:51 PM
**To:** Mellor, Danielle <Danielle.Mellor@doc.nh.gov>; Graves, Garrett <Garrett.Graves@doc.nh.gov>; Martin, Wendy <Wendy.Martin@doc.nh.gov>; Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Cc:** McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>; Barbaro, Eric <Eric.Barbaro@doc.nh.gov>; Popovich, Timothy <Timothy.Popovich@doc.nh.gov>
**Subject:** Soler update

Hello Folks,

***Update on Soler and clothing needs attention:***

1.  **Weight:** Pt is up another 16 lbs from last month, but he is not concerned and not interested in changing anything.
2.  **Poor fitting clothes:** – needs tall.  His shirts are not long enough and his pants often are not either.  Most often seen with belly hanging out and he voices an issue with not having the proper size clothing.  It is affecting his daily activities – he's avoiding them. He was wearing a 8X shirt today – it was too wide for him, but not long enough.  He also reported that his pants often ride down when he bends over.  ***Is there any way we can navigate getting him sizes in Tall that allow for his extra height?***  He says sometimes he finds an outfit that fits and then delays showering as he doesn't often get it back in the laundry that quick.

Thanks,
Nancy

**DOC-000005**

| | |
|---|---|
| **From:** | Marshall, Scott |
| **To:** | Barbaro, Eric; Belanger, Aaron; Berntsen, Christopher; Bettez, Keith; Carver, Benjamyn; Cosgro, Lesley-Ann; DeBlois, Joshua; Dionne, Jeffrey; Donlagic, Ema; Eaton, Michael; Edwards, Steven; Gardner, Tyler; Lavoie, Niko; Leger Pimentel, Luisa; Levesque, Nolan; Logan III, Frank; Marion, Brian; Miller, Michael; Morissette, Riley; Murray, Robertson; Nusbaum, Samuel; Reinholz, Ian; Rose Jr, Donald; Ryan, Spencer; Sage, Steven; Seabron, Nathaniel; Shapiro, Daniel; Williams, Gerald; Wrenn, Annie |
| **Subject:** | FW: Solar - please share with your staff |
| **Date:** | Wednesday, July 3, 2019 9:25:44 AM |

Please see below email traffic regarding extra meals to patients and stop this practice going forward.

Thanks for your cooperation
Capt. Marshall

**From:** Clayman, Nancy <Nancy.Clayman@doc.nh.gov>
**Sent:** Wednesday, July 3, 2019 7:04 AM
**To:** Marshall, Scott <Scott.Marshall@doc.nh.gov>
**Subject:** re: Solar - please share with your staff

Captain Marshall,

It has been brought to my attention that security staff are giving Solar extra food / double portions. Can you please pass on to security staff that this is not a good practice since he is a diabetic and is rapidly gaining weight.
Medical, MH and the dietician are all concerned re: this weight gain and will be meeting with him to further troubleshoot.

Thanks,
Nancy

**From:** Clayman, Nancy
**Sent:** Tuesday, July 2, 2019 11:05 AM
**To:** Graves, Garrett <Garrett.Graves@doc.nh.gov>; Popovich, Timothy <Timothy.Popovich@doc.nh.gov>; O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Hutchins, Deanna <Deanna.Hutchins@doc.nh.gov>
**Cc:** McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>; Phillips, Sherri <Sherri.Phillips@doc.nh.gov>; Whaley, Diane <Diane.Whaley@doc.nh.gov>; Lombard, John <John.Lombard@doc.nh.gov>; Matillano, Ester <Ester.Matillano@doc.nh.gov>; Downing, Denise <Denise.Downing@doc.nh.gov>; Stillman, Jenny <Jenny.Stillman@doc.nh.gov>
**Subject:** RE: Soler is up 5 more pounds since 3 weeks ago

FYI – Soler is up another 5 lbs in 3 weeks.
Will cont to monitor.
Please enc increased activity, increase water intake and  better eating.

**From:** Clayman, Nancy

**DOC-000006**

**Sent:** Tuesday, June 18, 2019 9:15 AM
**To:** Graves, Garrett <Garrett.Graves@doc.nh.gov>; Popovich, Timothy <Timothy.Popovich@doc.nh.gov>; O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Hutchins, Deanna <Deanna.Hutchins@doc.nh.gov>
**Cc:** McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>; Phillips, Sherri <Sherri.Phillips@doc.nh.gov>; Whaley, Diane <Diane.Whaley@doc.nh.gov>; Lombard, John <John.Lombard@doc.nh.gov>; Matillano, Ester <Ester.Matillano@doc.nh.gov>; Downing, Denise <Denise.Downing@doc.nh.gov>; Stillman, Jenny <Jenny.Stillman@doc.nh.gov>
**Subject:** Soler is up 12 lbs in the last month

Hello Treatment Team, Nurses and our lonely dietician,

Re: Soler:

***Addendum: Pt has gained 12 lbs in the last month. Will notify treatment team and dietician. Will cont to educate pt and encourage better food choices and increased activity.***


Thanks,

*Nancy Clayman, RN, BSN*
Secure Psychiatric Unit
NHSP-M
271-1839

**DOC-000007**

| | |
|---|---|
| **From:** | O"Connor, Christine |
| **To:** | Belanger, Aaron M; Bradley, Stephanie L |
| **Cc:** | Towers, Scott M; Marshall, Scott J; Barbaro, Eric A |
| **Subject:** | RE: ▮▮▮▮▮ |
| **Date:** | Friday, February 16, 2018 10:24:58 AM |

Officer Belanger;

I want to thank you for all of your help yesterday.  Your presence was instrumental to creating rapport,  while escorting Mr. Soler to meet with myself, Stephanie Bradley, then Dr. Fetter.  Also, your assistance with having Mr. Soler  sign releases of information.

You have been so helpful with securing belongings and following up with the treatment team.

Thank you for doing all of that leg work to find these belongings.

I wanted to send this email to your supervisors,

to let them know how helpful and professional you are to work with.

Thank you.

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** Belanger, Aaron M
**Sent:** Thursday, February 15, 2018 9:39 PM
**To:** O'Connor, Christine
**Subject:** ▮▮▮▮▮

**DOC-000008**

**From:** Graves, Garrett
**To:** O"Connor, Christine; Robinson, Deborah
**Cc:** Marshall, Scott; Barbaro, Eric
**Subject:** RE: thoughts regarding issue - attorney client communication
**Date:** Thursday, July 9, 2020 4:41:59 PM

Thanks for including me in the email.
Garrett

**From:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Sent:** Thursday, July 9, 2020 4:32 PM
**To:** Robinson, Deborah <Deborah.Robinson@doc.nh.gov>; Graves, Garrett <Garrett.Graves@doc.nh.gov>
**Cc:** Marshall, Scott <Scott.Marshall@doc.nh.gov>; Barbaro, Eric <Eric.Barbaro@doc.nh.gov>
**Subject:** RE: thoughts regarding issue - attorney client communication

Have we pulled the any of the phone records?

I also did a note in tech care about how Wanda Duryea adamantly will not stop three way calls. She began quoting RSA's and talking about patient's have different rights than patients and she was going to keep facilitating three way calls with every person she speaks to on the phone who is at SPU.

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use , disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803. Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Sent:** Tuesday, June 16, 2020 2:19 PM
**To:** Graves, Garrett <Garrett.Graves@doc.nh.gov>; O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Quint, Teresa <Teresa.Quint@doc.nh.gov>
**Subject:** FW: thoughts regarding issue - attorney client communication

FYI

**DOC-000009**

Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov
Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** Robinson, Deborah
**Sent:** Tuesday, June 16, 2020 2:19 PM
**To:** Barbaro, Eric <Eric.Barbaro@doc.nh.gov>; Marshall, Scott <Scott.Marshall@doc.nh.gov>
**Subject:** FW: thoughts regarding issue - attorney client communication

Can we pull Mr. Soler's calls? I'd like to listen to some, esp that have Wanda placing a third party call.

Anything from today 6/16 would be good.

Mr. Soler needs an additional warning about misuse of the phone and probably a priv reduction is warranted.

Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov

DOC-000010

Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** Robinson, Deborah
**Sent:** Tuesday, June 16, 2020 1:58 PM
**To:** Quint, Teresa <Teresa.Quint@doc.nh.gov>
**Cc:** 'Hansmeier, Eric' <EHansmeier@opgnh.org>
**Subject:** FW: thoughts regarding issue - attorney client communication

Hi Teresa
Can you help me with this? I know you saw Mr. Soler today since Chris is on vacation. Heather can schedule a call when the time works for you and Eric H.
Thanks Debbie

Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov
Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is

**DOC-000011**

CONFIDENTIAL.

---

**From:** Hansmeier, Eric <EHansmeier@opgnh.org>
**Sent:** Tuesday, June 16, 2020 1:33 PM
**To:** Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Subject:** RE: thoughts regarding issue - attorney client communication

> **EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Hi Debbie,

I did hear from William. I didn't recognize the name or number on caller ID, so I let it go to voice mail. It turned out that it was William calling again through Wanda Duryea. I heard both of them on the recording. Would it be possible to arrange a teleconference with William? He is seriously self-sabotaging, and I think it would be good if he hears from everyone at one time what the issues are, and that I am present to hear both sides so he can't keep trying to triangulate.

Eric

---

**From:** Robinson, Deborah [mailto:Deborah.Robinson@doc.nh.gov]
**Sent:** Tuesday, June 16, 2020 10:51 AM
**To:** Hansmeier, Eric <EHansmeier@opgnh.org>
**Cc:** Graves, Garrett <Garrett.Graves@doc.nh.gov>; O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Quint, Teresa <Teresa.Quint@doc.nh.gov>
**Subject:** FW: thoughts regarding issue - attorney client communication

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Eric
I wanted to let you know that we have a patient transferring to NHH on Thursday – someone who has been stable and is ready to go.

We anticipate that Mr. Soler will become upset when he realizes this person is going to NHH before him. Chris is on vacation this week and next, but of course we have covering clinicians available to speak with him as needed.

Just wanted you to be aware.
Debbie

---

**DOC-000012**

Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov
Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** Robinson, Deborah
**Sent:** Thursday, April 16, 2020 11:39 AM
**To:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; 'Hansmeier, Eric' <EHansmeier@opgnh.org>; Choi, David <David.Choi@doc.nh.gov>; Bal, Erik <Erik.Bal@doj.nh.gov>
**Cc:** Martin, Wendy <Wendy.Martin@doc.nh.gov>
**Subject:** thoughts regarding issue - attorney client communication



**DOC-000013**



Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov
Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Sent:** Thursday, April 16, 2020 11:23 AM
**To:** 'Hansmeier, Eric' <EHansmeier@opgnh.org>; Choi, David <David.Choi@doc.nh.gov>

**DOC-000014**

**Cc:** Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Subject:** thoughts regarding issue

Eric,
Background information for the request slip:

There are some common names you may hear among litigious folks who are at SPU. There are three people who are vocal in the media about the fact that they support SPU being closed within the DOC/ and re-created at another location and run by DHHS.  There are multiple INDepth NH articles that were written by Nancy West and she has come to SPU to interview more than one patient. Then there is a RN who worked at SPU for one day, and she has made her mission to attend legislative sessions speaking to her version of SPU mistreatment of patients.  I don't know that nurses name.

The third person is Wanda Duyrea, she attempted to attend the guardianship hearing for Mr. Soler and  Mr. Soler kicked her out of the courtroom.
Since guardianship was granted, medicine was re initiated ,  Mr. Soler has been speaking to Wanda Duryea on a regular basis.  She has been advising Mr. Soler of his right and has been accruing documentation sent from Mr. Soler.  He makes note in this request slip, that Wanda Duryea is assisting with filing a case against the NH State Prison, on his behalf.    Wanda Duryea attended a meeting at SPU that Mr. Soler's parents, his attorney, Deb Robinson SPU administrator, and Captain Marshall and myself attended in January.   Eric Vangelder had a schedule mix up and was not in attendance.
He makes copies of all of the documents that he cites as examples of the conspiracy and sends them to Wanda Duyrea. The document (attached) is one such document he wrote last night while on the phone with Wanda Duryea.  The question that was asked of me,  was to pose the question to you,

 whether you want us to limit his phone contact with Wanda Duryea?

The officers have mentioned that he has been verbally rude to staff.
Mr. Soler also has an active case open with the Board of Medicine as he accuses Dr. Wendy Martin of allowing his cousin (who he says looks like Dr. Martin) to come into SPU and take her place as a psychiatrist.

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance

**DOC-000015**

in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

DOC-000016

**From:** O"Connor, Christine
**To:** Marshall, Scott; "Hansmeier, Eric"; Barbaro, Eric
**Cc:** Robinson, Deborah; Martin, Wendy
**Subject:** phone number restriction?
**Date:** Tuesday, June 30, 2020 4:59:35 PM

late entry from 6/8/2020 Clinician spoke to Wanda Duryea about the three way calls with Mr. Soler. Ms. Duryea began quoting NH Rules and Laws citing that it was the patient's right to be able to participate in 3 way calls. That patients and inmates have different rights rules and expectations. Ms Duryea adamantly said she does not intent to stop having three way calls with Mr. Soler and other parties. Clinician was trying to convey that as a patient at SPU he needed to follow these expectations or there may be privilege reduction hearings at which point Ms. Duryea said she does not intent to stop facilitating these calls. After this writer spoke to the psychiatric director of the department of corrections and in light of the continued discussion that Mr. Soler continues to have three way calls with Ms Duryea, as evidence by the numerous notes done by covering clinician in the last two weeks, the Captain of SPU will be notified of Ms Duryea's outward defiance of this rule to inquire about future restriction of phone calls involving Ms Duryea.

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

DOC-000017

| | |
|---|---|
| **From:** | Robinson, Deborah |
| **To:** | Barbaro, Eric |
| **Subject:** | FW: ███████ |
| **Date:** | Wednesday, June 24, 2020 9:18:30 AM |

Wendy and I are discussing if we should move ████████████ onto G due to his injury.

████████ is about to find out that he cannot return to Crotched Mountain (it is closing) and ██ ████ punched the glass yesterday and Mr. Soler is ramping up. If anyone were to become physical, ████████████ is at risk.

---

Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov
Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

---

**From:** Robinson, Deborah
**Sent:** Wednesday, June 24, 2020 9:16 AM
**To:** Phillips, Sherri <Sherri.Phillips@doc.nh.gov>; Fauteux, Stephen <Stephen.Fauteux@doc.nh.gov>
**Cc:** McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>; Clayman, Nancy <Nancy.Clayman@doc.nh.gov>; Graves, Garrett <Garrett.Graves@doc.nh.gov>; Martin, Wendy <Wendy.Martin@doc.nh.gov>
**Subject:** RE: ███████

Thanks very much Sherri.

**DOC-000018**

Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov
Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** Phillips, Sherri <Sherri.Phillips@doc.nh.gov>
**Sent:** Wednesday, June 24, 2020 9:09 AM
**To:** Fauteux, Stephen <Stephen.Fauteux@doc.nh.gov>
**Cc:** McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>; Clayman, Nancy <Nancy.Clayman@doc.nh.gov>; Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Subject:** ███████

███████████████████

███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████

**Sherri Phillips, RN**
**NH Department of Corrections**

DOC-000019

**Secure Pychiatric Unit**
**Phone# 271-1839**
**Fax# 271-1837**

DOC-000020

| | |
|---|---|
| **From:** | Robinson, Deborah |
| **To:** | Barbaro, Eric; Marshall, Scott |
| **Cc:** | Quint, Teresa |
| **Subject:** | FW: 10:30 tomorrow? WS |
| **Date:** | Wednesday, June 17, 2020 12:23:09 PM |

Can one of you join our conference call tomorrow on Mr. Soler - his guardian would like to discuss issues and the phone thing is one of them. Thanks .

Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov
Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** Quint, Teresa <Teresa.Quint@doc.nh.gov>
**Sent:** Wednesday, June 17, 2020 11:33 AM
**To:** Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Subject:** RE: 10:30 tomorrow? WS

Do you want to invite them or shall I?

Sincerely,

Teresa Quint, LICSW

Teresa Quint, LICSW
Senior Psychiatric Social Worker
Phone: (603) 271-1829
Fax: (603) 271-1836

**DOC-000021**

Email: teresa.quint@doc.nh.gov

Secure Psychiatric Unit
Box 2828
Concord, NH 03301

*"Nothing is more important than empathy for another human being's suffering. Nothing. Not a career, not wealth, not intelligence, certainly not status. We have to feel for one another if we're going to survive with dignity." Audrey Hepburn*

*Confidentiality Notice: This email message, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you for your cooperation in maintaining confidentiality and professionalism.*

---

**From:** Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Sent:** Wednesday, June 17, 2020 11:18 AM
**To:** Quint, Teresa <Teresa.Quint@doc.nh.gov>
**Cc:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Subject:** RE: 10:30 tomorrow? WS

Let's make sure Eric or Scott are on this call related to the calls

---

Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov
Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

DOC-000022

**From:** Hansmeier, Eric <EHansmeier@opgnh.org>
**Sent:** Wednesday, June 17, 2020 10:23 AM
**To:** Quint, Teresa <Teresa.Quint@doc.nh.gov>; Graves, Garrett <Garrett.Graves@doc.nh.gov>; Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Cc:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Subject:** RE: 10:30 tomorrow? WS

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

The agenda looks good. My inclination is an all cards on the table approach, which would include a discussion of the three-way calls, particularly if they adversely affect his prospects of moving on to NHH, or would affect his phone privileges.

**From:** Quint, Teresa [mailto:Teresa.Quint@doc.nh.gov]
**Sent:** Wednesday, June 17, 2020 10:01 AM
**To:** Hansmeier, Eric <EHansmeier@opgnh.org>; Graves, Garrett <Garrett.Graves@doc.nh.gov>; Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Cc:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Subject:** 10:30 tomorrow? WS

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I can make tomorrow at 10:30 work as well. Chow happens shortly thereafter, which is important to Mr. Soler and also pulls some security away, so we will want to be aware of the time as we are chatting.

It may be helpful to have a plan of what we would like to say.

Some ideas may be:
Emphasizing the importance of continuing with treatment
Re-visiting H ward and NHH expectations
Do we want to impart that three way calls are against the rules or would this negatively impact your alliance w/ him?

Does 10:30 tomorrow work for you Debbie?

Sincerely,

Teresa Quint, LICSW

Teresa Quint, LICSW

**DOC-000023**

Senior Psychiatric Social Worker
Phone: (603) 271-1829
Fax: (603) 271-1836
Email: teresa.quint@doc.nh.gov

Secure Psychiatric Unit
Box 2828
Concord, NH 03301

*"Nothing is more important than empathy for another human being's suffering. Nothing. Not a career, not wealth, not intelligence, certainly not status. We have to feel for one another if we're going to survive with dignity." Audrey Hepburn*

*Confidentiality Notice: This email message, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you for your cooperation in maintaining confidentiality and professionalism.*

---

**From:** Hansmeier, Eric <EHansmeier@opgnh.org>
**Sent:** Wednesday, June 17, 2020 9:37 AM
**To:** Graves, Garrett <Garrett.Graves@doc.nh.gov>; Quint, Teresa <Teresa.Quint@doc.nh.gov>; Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Cc:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Subject:** RE: WS and Meeting

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

---

Thursday at 10:30 works for me.

---

**From:** Graves, Garrett [mailto:Garrett.Graves@doc.nh.gov]
**Sent:** Wednesday, June 17, 2020 9:35 AM
**To:** Quint, Teresa <Teresa.Quint@doc.nh.gov>; Hansmeier, Eric <EHansmeier@opgnh.org>; Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Cc:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Subject:** RE: WS and Meeting

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thurs is good  for me  and his usual slot is 9:30 , but  I think that is early  for him ;10:30 maybe better .

Other  day  possible too.

**DOC-000024**

Thanks,
Garrett

---

**From:** Quint, Teresa <Teresa.Quint@doc.nh.gov>
**Sent:** Wednesday, June 17, 2020 9:14 AM
**To:** Hansmeier, Eric <EHansmeier@opgnh.org>; Robinson, Deborah <Deborah.Robinson@doc.nh.gov>; Graves, Garrett <Garrett.Graves@doc.nh.gov>
**Cc:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Subject:** WS and Meeting
**Importance:** High

Good morning.
A team meeting has been requested to include Mr. Solar. His primary clinician is out until the week after next. I am happy to assist in the interim.
How quickly would people like to see this meeting take place? Are there day(s) and time(s) that work best for people? I would suggest we look at a morning time, that way, should he need extra support, clinicians will be available.

I plan on seeing Mr. Solar **very soon** to review AC level of expectations (NHH has also approved these – I've attached a sample form) as he noted a plan to refuse all meetings and groups until he goes to NHH; this would greatly reduce our ability to assess him and does not meet H ward expectations (the least amount of supervision and the highest amount of privileges is on G/H ward). I would very much like to see him remain on H ward and remain engaged in treatment. He is in the driver's seat of that decision. Additionally, it will help him remain eligible next time NHH reviews him for potential transfer.

Sincerely,

Teresa Quint, LICSW

Teresa Quint, LICSW
Senior Psychiatric Social Worker
Phone: (603) 271-1829
Fax: (603) 271-1836
Email: teresa.quint@doc.nh.gov

Secure Psychiatric Unit
Box 2828
Concord, NH 03301

*"Nothing is more important than empathy for another human being's suffering. Nothing. Not a career, not wealth, not intelligence, certainly not status. We have to feel for one another if we're going to survive with dignity." Audrey Hepburn*

*Confidentiality Notice: This email message, including attachments, is for the sole use of the intended*

**DOC-000025**

*recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you for your cooperation in maintaining confidentiality and professionalism.*

DOC-000026

| | |
|---|---|
| **From:** | O"Connor, Christine |
| **To:** | Marshall, Scott; Barbaro, Eric |
| **Subject:** | phone number for pulling phone records |
| **Date:** | Friday, May 15, 2020 8:11:59 AM |

Mr. Soler has given me Wanda Duryea's phone number to give to his attorney and guardian.
You had asked if I knew her number a while ago when we asked to pull her phone conversations.
Not sure if you still need it.

603-755-1153

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use , disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803. Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**DOC-000027**

| | |
|---|---|
| **From:** | Hansmeier, Eric |
| **To:** | Robinson, Deborah; O"Connor, Christine; Bal, Erik |
| **Cc:** | Marshall, Scott; Barbaro, Eric |
| **Subject:** | RE: request slip |
| **Date:** | Thursday, May 7, 2020 8:33:43 AM |

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.



**From:** Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Sent:** Thursday, May 7, 2020 8:16 AM
**To:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Hansmeier, Eric <EHansmeier@opgnh.org>; Bal, Erik <Erik.Bal@doj.nh.gov>
**Cc:** Marshall, Scott <Scott.Marshall@doc.nh.gov>; Barbaro, Eric <Eric.Barbaro@doc.nh.gov>
**Subject:** RE: request slip

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**DOC-000028**



Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov
Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155


Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

---

**From:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Sent:** Thursday, May 07, 2020 7:54 AM
**To:** 'Hansmeier, Eric' <EHansmeier@opgnh.org>; Bal, Erik <Erik.Bal@doj.nh.gov>
**Cc:** Robinson, Deborah <Deborah.Robinson@doc.nh.gov>; Marshall, Scott <Scott.Marshall@doc.nh.gov>; Barbaro, Eric <Eric.Barbaro@doc.nh.gov>
**Subject:** RE: request slip

DOC-000029

████████████████████████████████

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** Hansmeier, Eric <EHansmeier@opgnh.org>
**Sent:** Wednesday, May 6, 2020 9:09 AM
**To:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Subject:** RE: request slip

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Thanks. I did speak with her briefly yesterday. She somehow engineered a joint call from herself and William. Anything further on limiting contact with Ms. Duryea?

**From:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Sent:** Tuesday, May 5, 2020 5:13 PM
**To:** Hansmeier, Eric <EHansmeier@opgnh.org>
**Subject:** request slip

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

He wants you to speak to Wanda Duryea.
The patient advocate.

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections

**DOC-000030**

PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

DOC-000031

**From:** O"Connor, Christine
**To:** Marshall, Scott; Robinson, Deborah; Barbaro, Eric; Bal, Erik
**Subject:** following up about puling phone records
**Date:** Thursday, April 30, 2020 9:31:13 AM

███████████████████████████████████████

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:**     Barbaro, Eric A
**To:**       Hanks, Helen E
**Subject:**  RE: Use of Force Report
**Date:**     Tuesday, June 26, 2018 9:42:46 AM
**Attachments:**  image002.png
                  image003.png

Hi Helen,

On 6/19/18, a PSE was declared by MD Martin.  We/MH needed a room in the infirmary so Resident Soler was moved last night to E Ward.  █████████ moved from D Ward to the infirmary last night (Self-harm).

Thank you

Sgt. Barbaro

---

**From:** Hanks, Helen E
**Sent:** Tuesday, June 26, 2018 8:13 AM
**To:** Barbaro, Eric A
**Subject:** RE: Use of Force Report

Thank you Sgt. Barbaro.  He's in the infirmary correct.  Was a PSE declared?

*Helen E. Hanks, MM.*
*New Hampshire Department of Corrections*
*Commissioner*
*PO Box 1806*
*Concord, NH 03302*
*(Tel.) 603-271-5603*
*(Fax) 888-908-6609*



 

**NH Department of Corrections**

*Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-5611 or my assistant at 603-271-5563.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL*

**DOC-000033**

**From:** Barbaro, Eric A
**Sent:** Monday, June 25, 2018 1:26 PM
**To:** Hanks, Helen E <Helen.Hanks@doc.nh.gov>
**Subject:** Use of Force Report

Hi Helen,

SPU/RTU use of force report from 6/18/18 to 6/25/18.

Thanks

Sgt. Barbaro

**DOC-000034**

# USE OF FORCE REVIEW
## New Hampshire Department of Corrections – Division of Medical & Forensic Services

**To:**    Director Mattis, NHDOC Medical and Forensic Services    Date: 7/13/2018

**From:**    Captain Marshall, NHDOC SPU/RTU Security

**Subject:**    Use of Force Review    Involved ECW? __
    Involved OC?   X

---

## ASSIGNED SUPERVISOR:

PPD 5.58 requires that a review be completed of any non-routine use of force that occurs within a NH Department of Corrections Facility. Please review the below referenced incident and provide a written summary to me no later then the identified date. The summary should include:

___X___    Review of the submitted documentation to ensure that it was complete and accurate.

___X___    Review of staff action to ensure compliance with PPD 5.58 and all other relevant policies.

___X___    Was incident videotaped?   _Yes_ . If yes; hand held _X_ , facility system _____.
        (Yes/No)                (Check all that apply)

___X___    Review all available video from beginning to end. Verify that this was done _____.
        ***If incident was not video taped, explain in detail why in summary.***    (Initials)

___X___    Recommendations (if any):

Incident Date/Time: 7/13/18_____ @ _1850hrs___ , Location: _Medical and Forensic SPU – Echo nine_

Reporting Staff Member: _Sergeant Carver_    Primary Inmate/Patient: _Soler William #42507_

**Due date of Summary:** _____

Specific issues to be addressed and reviewed:

_No issues when reviewing the held footage at this time, the facility cameras do not record inside of the cell._

_____
                    OIC Signature
                New Hampshire DOC SPU/RTU

---

## CAPTAIN:
Comments:

_____
                    Captain's Signature

## DIRECTOR:
Comments and Directed Action:

_____
                    Director's Signature

**DOC-000035**

State of New Hampshire

Department of Corrections

Incident Report

Page 1 of 5

Facility:     Secure Psychiatric Unit

Housing Level:     SPU,E WARD

Criminal Investigator Number:

Supervisor:     Carver, Benjamyn

Incident Type:

Incident Number:     2018-832

Date/Time of Incident:     7/13/18 21:27

Investigation Staff:     Marshall, Scott

Summary of Events:

DOC-000036

State of New Hampshire

Department of Corrections

Incident Report

On the above date and at approximately 1500hrs, I Sergeant Carver was informed that Patient Soler, William #42507 had his window covered by Probation Parole Officer Boisselle. I walked down the tier to talk to Mr. Soler and to assess the situation. When I arrived, Mr. Soler started to use vulgar language and interrupted every chance I had to answer his remarks. Mr. Soler would not remove the paper from his window that was obstructing our view. Mr. Soler had covered his floor with water and all the trash inside of his cell. Mr. Soler was stating "Hey CO come in and slip, you're going to get hurt". "I can't wait to hurt you, Hey CO, Hey CO". I still attempted to get Mr. Soler to comply with my orders to remove the paper and still would not comply. I could see Mr. Soler through the vent for air and sound on the door. I instructed staff to use that to check on his wellbeing.

PPO Boisselle came to me later on in the shift and stated that Mr. Soler had covered his vent on the door. The ability for staff to visually check on his wellbeing was now absolutely zero. I attempted to talk to Mr. Soler and still had no effect as he still was using vulgar language. I then attempted to have Registered Nurse Phillips attempt to talk to Mr. Soler. Mr. Soler still continued to us vulgar language toward staff.
I then instructed Corrections Officer Kum to retrieve the unit's video camera to record the incident. Security staff walked down to Mr. Soler's cell with the units shield to protect them from any fluids if thrown through the tray slot. I again attempted to get him to remove the paper. It was explained to Mr. Soler on serval occasions that the paper prevent us the ability to check on his wellbeing. I instructed Mr. Soler to come to the door and cuff-up (allow staff to place hand cuffs on him through his tray slot). Mr. Soler continued to refuse and was singing (O' Madonna) in his cell. I instructed to Mr. Soler if he did not comply that I was going to use the unit's OC (oleoresin capsicum spray). Mr. Soler continued to refuse staffs orders and I deployed a one second burst of OC into the room. The OC spray went about two feet into the room and only for one quarter of the second burst. I attempted a second application and the container still failed to spray. A second canister was retrieved and was successful for approximately three feet into the cell. Mr. Soler was approximately ten feet from the door which and almost no effect. PPO Boisselle attempted to make contact with the can to see if it was an operator's error or the canisters malfunctioning. PPO Boisselle was able to get a small stream the dribbled out of the can. Security staff then had the door propped open attempting to have a better shot when using the OC spray. PPO Boisselle attempted a second time but still dribbled out of the can. The cell door was then closed.

I then instructed the security staff to put on the unit's protective equipment to remove Mr. Soler if he still continued to refuse to follow staffs orders. I stayed at the door with the video camera to record the audio from his cell. Mr. Soler was singing O' Madonna and talking about him getting hurt by staff when they enter the cell. Also talking about how staff is going to rush in and get "fucked up". RN Gagne was asked to come onto the tier due to his prior exposures to OC. When the team assembled at the cell door, I gave a brief description of the incident and introduced the security staff assigned to the extraction team. The cell door was then opened and the team entered the cell. Mr. Soler was driven to the back of the cell on his shelf and was brought down to his bunk. Mr. Soler was then laid down on his mattress and secured in handcuffs. Mr. Soler was then moved to Echo 10 and before the cuffs were removed, I instructed the team to escort him to the shower to provide him with a chance to decontaminate.
The hand cuffs when applied were facing key holes toward his back. Staff had a hard time in removing the handcuffs due to the placement and the size - mobility of Mr. Soler's hands/wrists. Security staff were able to remove the hand cuffs and RN Gagne offered medical attention. Mr. Soler refused medical attention and at some point gave RN Gagne the middle finger. Mr. Soler had stated that his hands were broken and medical staff conducted their assessment. The assessment was very vague due to Soler refusing to let them see his wrists/hands. I attempted to talk to Mr. Soler referencing his actions during the above incident and Mr. Soler stated that all staff are corrupt. Also Mr. Soler began using vulgar language again and gave this writer the middle finger. RN Gagne finally got Mr. Soler to except some medication (Ibuprofen) and was later removed from the shower. Mr. Soler refused to shower when placed into the shower and was placed into Echo ten.

Follow up: 2127hrs, Security staff will continue to monitor his behaviors. Also when his cell was clean his paper that were not wet, was placed into a bag to be given back later. Mr. Soler's glasses were broken during the incident. They were collected and RN Gagne took them to start the process of getting them replaced.

**DOC-000037**

State of New Hampshire

Department of Corrections

Incident Report

Recommendations:


Resolution:



_____        _7/13/18_____
Staff's Signature                Date

DOC-000038

State of New Hampshire
Department of Corrections

Incident Report

Page 4 of 5

Clients Involved:

| Client Name | Action Taken | Injury Source | Restraint Used |
|---|---|---|---|
| SOLER, WILLIAM JR (42507) | | | |

Staff Involved:

| Staff Name | Injury Source |
|---|---|
| Ryan, Spencer T | |
| Carver, Benjamyn | |
| Seabron, Nathaniel P | |
| Kum, Kenneth K | |
| Logan, Frank | |
| Boisselle, Jonathan | |
| Phillips, Sherri Lee | |
| Gagne, Mark | |

Civilians Involved:

| Civilian Name | Injury Source |
|---|---|

Visitors Involved:

| Visitor Name | Injury Source |
|---|---|

DOC-000039

State of New Hampshire

Department of Corrections

Incident Report

Evidence Photos:

DOC-000040



# State of New Hampshire



Department of Corrections
P.O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

STATEMENT FORM

ON _____7/13/18_____ AT _____Approx 1830_____ AT ___E-Ward room 9_____
            (DATE)                         (Time)                      (Place)

I _____PPO JONATHAN BOISSELLE_____
                                          (Name)

### THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS/REPORTS.

On the above date and approximate time, officers responded to E-Ward. Officers throughout the night were attempting to gain compliance from client William Soler #42507 due to trashing his room and covering all points of view with newspapers and debris. Attempts to gain compliance were also made by nursing staff without resolution. Sgt Carver decided to try and utilize OC spray to gain compliance, however; Soler put himself in an elevated position on his wall desk and used a pad of papers to prevent being sprayed. The first OC canister appeared to be empty or close to, requiring a second can to be called for. The second can appeared to only be partially full and was used to the best of its ability given the circumstances. A third can was retrieved after the first two were unsuccessful.

As I could see Soler in an elevated position away from the door, I mentioned to Sgt Carver to have the door manually opened a crack which would provide me with an opportunity to get a clear shot with OC. As soon as the door opened, I made the attempt to spray Soler. The third can was found to have fluid inside, but didn't have any compression. As the button was depressed, OC fluid barely left the nozzle and was therefore rendered ineffective.

It was determined that a team would be established to enter room 9. Sgt Carver remained with the camera while the team got prepared. I was directed to be second to enter the room behind the shield, Officer Logan. Prior to entering the room, I conducted a helmet check on each officer to ensure that everyone was safe and ready to enter. I was assigned the upper right arm, however; upon entering, the floor was found to be very slippery as Soler had lubed the floor with multiple unknown substances. Once the shield made contact with Soler, I attempted to reach for his arms but he began to step down from his elevated position on his bedside by the window. As a direct result of his movements and where he was directed by the shield, his head laid opposite of my location and I ended up securing both of his legs. I secured his right leg by utilizing pain compliance with my right leg shin on the back of his lower calf/ankle. I used both hands to help secure his left leg additionally while other officers proceeded to secure Solers upper extremities and place him in handcuffs.

Soler was initially brought to room 10, however; it was decided we would bring him to the shower as a result of being exposed to OC spray. I helped Officer Logan escort Soler to the bathroom by taking control of Solers left arm with a 90/90 escort position. Soler was verbal, but cooperated walking to the bathroom. I initially assisted by trying to help officers maintain control of Solers hands as they attempted to remove cuffs that were put on with the key hole facing inward (towards his body). This made it difficult for officers to remove the cuffs from a tray slot due to limited spacing. After officers confirmed they had control, I stepped back away so they could have space to work. Soler grew agitated as officers struggled to remove the handcuffs and made multiple vulgar statements towards officers. At one point, Sgt Carver hands the video recorder to me and steps in to assist officers in removing the handcuffs. I videoed the remainder of the process until officers left.

Sgt Carver then takes possession of the camera again while Nurse Mark Gagne attempts to speak with Soler to check on his medical status. Soler was seen manipulating his wrist but complained they were broken. When the nurse attempted to have Soler conduct a few movements, Soler refused claiming that everyone was corrupt and he was refusing medical attention by nursing staff here at the facility.

End of Statement.                                                                          7/13/18

7/13/2018          COR-5                          PAGE _1_ OF _1_                    CASE NO. _____

**DOC-000041**



# State of New Hampshire

## DEPARTMENT OF CORRECTIONS

P. O. Box 1806
CONCORD, NH 03302-1806
(603) 271-5600

### STATEMENT FORM

ON __7/13/18__ AT __2000__ AT __SPU Security office__
    (Date)          (Time)              (Place)

I __CO Ryan__ GAVE TO _____
    (Name)                (Investigator's Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

On the above date at approx. 1830, I CO Ryan assisted with the cell extraction of patient Soler, Jr William #42507. I was third man in and helped secure Soler to the ground by his arm, at this time I pulled the shield out from under Soler, he was secured then escorted to Echo Shower. Soler was seen by medical staff.

EOS

CO Ryan

COR -5                    PAGE ____ OF ____              CASE NO. _____

**DOC-000042**

# State of New Hampshire



Department of Corrections
P.O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

STATEMENT FORM

ON _____01/03/18_____ AT _____1830_____ AT _____SPU Security Office_____
       (DATE)               (Time)              (Place)

I _____Co. Seabron_____

GIVE THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

On the above date and time I responded to E-ward (E-9) for resident Soler, William # 42507 who had covered all points of view in his room by covering his window with paper and other objects. After multiple attempts to gain compliance from Soler to remove the paper and make himself visible I opened his try slot and found him standing on his desk with a cup in his hand of an unknown substance , at which point I notified the 2nd shit OIC Sgt. Carver of the issue. After numerus commands for Soler to cuff up it was decided to use OC spray to gain compliance to which Soler refused, it was then determined that a team would be put together to perform a cell extraction of Soler. I was assigned the lower right portion of the body but upon entering the cell assisted in securing Soler's right arm. Soler was secured by the team then moved to E-10 at which point it was then decided that he would be escorted to the shower after being exposed to OC where I assisted in removing handcuffs from Soler through the try slot. EOS

07-13-18

7/13/2018        COR-5        PAGE _1_ OF _1_        CASE NO. _____

**DOC-000043**

# State of New Hampshire



Department of Corrections
P.O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

STATEMENT FORM

ON _____July 13, 2018_____ AT _____1830_____ AT _____Echo Tier Cell # 6_____
(DATE)                          (Time)                          (Place)

I _____Officer Kum_____
                                                          (Name)

GIVE THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES
PROVIDED BY LAW FOR FALSE STATEMENTS.

On July 13, 2018 at approximately 1830 hours, I Officer Kum was video recording the incident on Echo tier cell # 9 occupied by resident Soler, Jr Williams # 42507. Resident Soler has boarded up and covered his cell window. Officer Seabron, Officer Logan, Officer Ryan, PPO Boisselle was also on scene.

Numerous times, Sergeant Carver had directed him to come and cuffed up. He refused. At that point OC spray was deployed. Sergeant Carver continued to instruct resident Soler to come and cuffed up. He refused and ignored Sergeant Carver directive. These go on for approximately twenty-five (25) minutes. Finally Sergeant Carver directed us to suit up for cell extraction. When the team has assembled, I Officer Kum was assigned to the lower left extremity. RN Gagne, Mark was on scene for the extraction.

Sergeant Carver then radioed control to open the cell door. As the cell door was opening, the extraction team begun to move in. Resident Soler was standing on top of the concrete table. Officer Logan has the shield. As soon resident Soler was brought down face down on the bed, I went for his lower extremities. I had my right sheen on his lower right extremity and my hands on his lower left extremity. I saw Officer Logan was trying to pull Soler's upper left extremity to his backed to be cuffed. As soon as Officer Logan got Soler's upper left extremity behind his back, I immediately put the cuffed on, and then his upper right extremity as soon as it was behind his back.

Resident Soler's cell was dirty, wet and slippery during the extraction. After the extraction, resident Soler was taken to the Echo shower for him to take a shower so that he can clean-up. EOS Kum



7/13/2018          COR-5                    PAGE _1_ OF _1_                    CASE NO. **DOC-000044**

State of New Hampshire

Department of Corrections

Incident Report

Page 1 of 3

**Facility:**    Secure Psychiatric Unit                    **Incident Number:**    2018-824

**Housing Level:**                                          **Date/Time of Incident:**    7/11/18 7:00

**Criminal Investigator Number:**

**Supervisor:**    Barbaro, Eric                            **Investigation Staff:**    Marshall, Scott

**Incident Type:**

**Summary of Events:**    On 7/11/18, from 0700 to 1000, the SPU/RTU security operated one position below minimum staffing levels. The shortage was due to an employee out on scheduled sick leave. Therefore, the property officer position was cancelled from 0700 to1000.

**Recommendations:**

**Resolution:**

_____        _____7/11/18_____
Staff's Signature                                Date

**DOC-000045**

State of New Hampshire

Department of Corrections

Incident Report

Page 2 of 3

Clients Involved:

| Client Name | Action Taken | Injury Source | Restraint Used |
|---|---|---|---|

Staff Involved:

| Staff Name | Injury Source |
|---|---|

Civilians Involved:

| Civilian Name | Injury Source |
|---|---|

Visitors Involved:

| Visitor Name | Injury Source |
|---|---|

**DOC-000046**

DOC-000047

| | |
|---|---|
| **From:** | Potenza, Daniel P |
| **To:** | Bradley, Stephanie L; McCoole, Ann Marie G; O"Connor, Christine; Robinson, Deborah A |
| **Cc:** | Marshall, Scott J; Towers, Scott M; Barbaro, Eric A; Downing, Denise M; Giroux, Wendy D; Gagne, Mark J; Lombard, John E; Phillips, Sherri L; Matillano, Ester; Whaley, Diane E |
| **Subject:** | RE: Mr. Soler |
| **Date:** | Wednesday, March 28, 2018 5:29:01 PM |

## Thank you Stephanie, please continue to exercise all options to help him

**From:** Bradley, Stephanie L
**Sent:** Wednesday, March 28, 2018 12:22 PM
**To:** McCoole, Ann Marie G; O'Connor, Christine; Potenza, Daniel P; Robinson, Deborah A
**Cc:** Marshall, Scott J; Towers, Scott M; Barbaro, Eric A; Downing, Denise M; Giroux, Wendy D; Gagne, Mark J; Lombard, John E; Phillips, Sherri L; Matillano, Ester; Whaley, Diane E
**Subject:** RE: Mr. Soler

I am actively working with Security and Mr. Soler to resolve this issue without use of force. Although I am not sure of the ultimate outcome, I think all options need to be exhausted before moving him, as he will perceive this as a threat and act accordingly.  He can be very violent and fear that there is a great potential for him or security to have a negative outcome.

*Stephanie Bradley, APRN*
**Psychiatric Nurse Practioner**
**NHSP-M**
**603-271-1844**
**Page: 517-6571**

CONFIDENTIALITY NOTICE:  This e- mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1898. Thank you for your cooperation and assistance in maintaining confidentiality and professionalism.

**From:** McCoole, Ann Marie G
**Sent:** Wednesday, March 28, 2018 12:14 PM
**To:** Bradley, Stephanie L; O'Connor, Christine; Potenza, Daniel P; Robinson, Deborah A
**Cc:** Marshall, Scott J; Towers, Scott M; Barbaro, Eric A; Downing, Denise M; Giroux, Wendy D; Gagne, Mark J; Lombard, John E; Phillips, Sherri L; Matillano, Ester; Whaley, Diane E
**Subject:** Mr. Soler

Hello all,
Mr. Soler is declining to shower or leave his room. His room has feces smeared on his stool as well as his door jam and walls. He sits naked on his bed rocking back and forth. His floor is covered with dirty cups, plates and feces. I feel he has created an unsafe environment for himself and his peers, and would benefit being transferred to the infirmary on a level for closer observation.
Thank you

Ann Marie McCoole RN-BC

**DOC-000048**

Nurse Coordinator
New Hampshire Dept. of Corrections
SPU/RTU
Phone 603-271-1839  Fax 603-271-1837

DOC-000049

| | |
|---|---|
| **From:** | Bradley, Stephanie L |
| **To:** | Martin, Wendy; Miller, Pamela S; Whaley, Diane E; McCoole, Ann Marie G; Robinson, Deborah A; Towers, Scott M; Barbaro, Eric A |
| **Cc:** | Potenza, Daniel P |
| **Subject:** | Bradley Treatment team - notes for coverage |
| **Date:** | Friday, April 20, 2018 12:18:04 PM |
| **Attachments:** | update1.docx |

Please find attached an update for my patients.

I will be here on April 30.  See you then!

*Stephanie Bradley, APRN*

**Psychiatric Nurse Practioner**

**NHSP-M**

**603-271-1844**

**Page: 517-6571**

**CONFIDENTIALITY NOTICE:** This e- mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1898. Thank you for your cooperation and assistance in maintaining confidentiality and professionalism.

**DOC-000050**

For the week of April 23-27

███████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

<u>Soler, William 42507</u>: Overtly delusional regarding a conspiracy, has declined to meet with me these past 2 weeks, but today talked to Christine O'Connor and has been increasingly interactive with select staff.  He did meet with medical.  He has been taking his oral medication for the past week to get off of E ward.  May still be having issues with disposing of body fluids in an appropriate manner. Plan: Guardianship pending

| | |
|---|---|
| **From:** | O"Connor, Christine |
| **To:** | "Jim Bradley"; "Michael Hashem" |
| **Cc:** | Richardson, Bret T; Robinson, Deborah A; Barbaro, Eric A |
| **Subject:** | RE: The inmate says that there is no money on his phone |
| **Date:** | Wednesday, May 9, 2018 5:02:28 PM |

Today Mr. Soler  # 42507 tried to call out and he reports that there is a recording, when he types in his code, that he has no money on his phone account.

See messages below. His father came in to the front porch and used the kiosk at NHSPM and put money on his son's phone, and by calling on two separate occasions he has deposited money. His father thinks he is being scammed.   The minutes and cash are not being added to his son's phone account.

Since April 27th the family has been wanting to speak to their son on the phone.

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

---

**From:** O'Connor, Christine
**Sent:** Thursday, May 3, 2018 1:39 PM
**To:** 'Jim Bradley'; Michael Hashem
**Cc:** Richardson, Bret T
**Subject:** The inmate says that there is no money on his phone

His name is William Soler # 42507
His father said he has put multiples of $25 on his son's phone but the inmate told me today he tried to use the phone and it said he had no money  on his phone
His number is  00- 42507-02-05
                              Month & date of birth
His father frantically calls asking where his money went, he has no way to know if the money was
 received,  etc.
Any advice or suggestions would be appreciated.
Thank you.

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU

**DOC-000054**

Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

---

**From:** Jim Bradley [mailto:Jim.Bradley@gtl.net]
**Sent:** Friday, April 27, 2018 3:49 PM
**To:** O'Connor, Christine; Michael Hashem
**Subject:** RE: mysterious dissapearance of deposited money

Hi Christine,
Do you have any information on the inmate in question?  We can have someone check the account.

There were a number of questions around deposits not hitting accounts since go-live.  A lot of them were due to the fact that the funds were being held for 30 days by the DOC.  That restriction has been lifted and, as of this morning, all funds deposited through the web or kiosk should be accessible to the inmates.

Thanks.

---

**From:** O'Connor, Christine [mailto:Christine.O'Connor@doc.nh.gov]
**Sent:** Friday, April 27, 2018 3:45 PM
**To:** Michael Hashem <michael.hashem@gtl.net>; Jim Bradley <Jim.Bradley@gtl.net>
**Subject:** mysterious dissapearance of deposited money

Michael and Jim,
A father of a patient at the SPU, has left at least four frantic messages about depositing money into his son's phone account, but there is no receipt or acknowledgment of the deposited money. He says he was first given the number 1-800-483-8314 at the end of a phone call with his son. A recording came onto the phone, providing that number which he said he deposited $25 dollars and then the call ended.
He said he called the number I provided which is 877-650-4249 and the same thing happened. Then he said he came to the kiosk at the entryway for the prison and deposited $25 cash, into a machine with an officer present, but again he said he did not get a receipt or an acknowledgement that  the money went into his son's account.  I have stopped answering my phone because I don't know what to tell the family.
Please advise.

**DOC-000055**

Thank you.

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:**        Barbaro, Eric A
**To:**          Barbaro, Eric A
**Subject:**     Use of Force Resident Soler,William.xls
**Date:**        Wednesday, June 20, 2018 10:58:14 AM
**Attachments:** Use of Force Resident Soler,William.xls

DOC-000057



# STATE OF NEW HAMPSHIRE
# DEPARTMENT OF CORRECTIONS
# NEW HAMPSHIRE STATE PRISON - CONCORD

P.O. BOX 14
**Director Paula Mattis**

CONCORD, NH 03302-0014

603-271-1801     FAX:603-271-4092
TDD Access: 1-800-735-2964

To : Director Paula Mattis                                      Date : 6/20/18

From : Sgt. Barbaro

Subject : Resident Soler, William #42507.  Use of Force Review for incident on 6/19/18, at 2025.

<u>I have completed the following review :</u>
Reviewed the incident report as well as, PPD 5.58.
Reviewed the hand held camera video


<u>I have made the following observations:</u>
At 1944, resident Soler refused to take medication prescribed by MD Martin.
Resident Soler refused staff orders to be handcuffed through the infirmary cell 3, trayslot.
Resident Soler used a cup to continuously pour water on the floor in his cell.
Resident Soler's actions made the floor unsafe for resident/staff entry or exit
Security Staff entered the cell and used force to handcuffed resident Soler
After the area was safe Nurse Lombard administered medication (injection) to resident Soler
Staff exited the cell area


<u>I have made the following conclusion:</u>
Staff used necessary and reasonable force during this incident and followed PPD 5.58
Resident Soler refused medical attention from Nurse Lombard.

_____

Sgt. Barbaro

**DOC-000058**

| | |
|---|---|
| **From:** | Towers, Scott M |
| **To:** | Barbaro, Eric A |
| **Subject:** | 6-25.xlsx |
| **Date:** | Thursday, June 21, 2018 1:02:02 PM |
| **Attachments:** | 6-25.xlsx |

Use of force report to send to the Commissioner on Monday attached.

**DOC-000059**

# *SPU/RTU USE OF FORCE WEEKLY REPORT*

Case 1:23-cv-00308-SE-AJ    Document 25-4    Filed 07/23/26    Page 66 of 108

DOC-000060

| DATE | TIME | RESIDENT INVOLVED | ID# | FORCE USED (OC, TASER, ETC..) | REASON FOR USE OF FORCE |
|---|---|---|---|---|---|
| 6/19/18 | 19:44 | Soler, William | 42507 | Extraction Team Entered Cell | Soler refused meds, IM medication given |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**WEEK OF:** _____     **PREPARED BY:** _____

**Capt. S. Marshall**

**From:** Wardner, Sara R
**To:** Barbaro, Eric A
**Subject:** incident
**Date:** Monday, July 16, 2018 9:00:57 AM
**Attachments:** Soler Incident.pdf

See attached

Sara Wardner

Administrative Secretary

SPU & RTU

(603) 271-7924

DOC-000061

# USE OF FORCE REVIEW
## New Hampshire Department of Corrections – Division of Medical & Forensic Services

**To:**       Director Mattis, NHDOC Medical and Forensic Services       Date: 7/13/2018

**From:**     Captain Marshall, NHDOC SPU/RTU Security

**Subject:**  Use of Force Review                                    Involved ECW? __

                                                                      Involved OC?   _X_

---

### ASSIGNED SUPERVISOR:

PPD 5.58 requires that a review be completed of any non-routine use of force that occurs within a NH Department of Corrections Facility.  Please review the below referenced incident and provide a written summary to me no later then the identified date.  The summary should include:

__X__        Review of the submitted documentation to ensure that it was complete and accurate.

__X__        Review of staff action to ensure compliance with PPD 5.58 and all other relevant policies.

__X__        Was incident videotaped?  _Yes_. If yes; hand held _X_, facility system _____.
                                       (Yes/No)                    (Check all that apply)

__X__        Review all available video from beginning to end.  Verify that this was done _____.
             *If incident was not video taped, explain in detail why in summary.*    (Initials)

__X__        Recommendations (if any):

Incident Date/Time: 7/13/18_____ @ _1850hrs___, Location:  _Medical and Forensic SPU – Echo nine_

Reporting Staff Member: _Sergeant Carver_    Primary Inmate/Patient:  Soler William #42507

**Due date of Summary:** _____

Specific issues to be addressed and reviewed:

_No issues when reviewing the held footage at this time, the facility cameras do not record inside of the cell._

_____

                                                                      OIC Signature
                                                              New Hampshire DOC SPU/RTU

---

### CAPTAIN:
Comments:

_____

_____

_____

                                                                      _____
                                                                      Captain's Signature

### DIRECTOR:
Comments and Directed Action:

_____

_____

                                                                      _____
                                                                      Director's Signature

**DOC-000062**

State of New Hampshire

Department of Corrections

Incident Report

Page 1 of 5

Facility:    Secure Psychiatric Unit          Incident Number:      2018-832

Housing Level:    SPU,E WARD               Date/Time of Incident:       7/13/18 21:27

Criminal Investigator Number:

Supervisor:    Carver, Benjamyn           Investigation Staff:      Marshall, Scott

Incident Type:

**Summary of Events:**

DOC-000063

State of New Hampshire

Department of Corrections

Incident Report

On the above date and at approximately 1500hrs, I Sergeant Carver was informed that Patient Soler, William #42507 had his window covered by Probation Parole Officer Boisselle. I walked down the tier to talk to Mr. Soler and to assess the situation. When I arrived, Mr. Soler started to use vulgar language and interrupted every chance I had to answer his remarks. Mr. Soler would not remove the paper from his window that was obstructing our view. Mr. Soler had covered his floor with water and all the trash inside of his cell. Mr. Soler was stating "Hey CO come in and slip, you're going to get hurt". "I can't wait to hurt you, Hey CO, Hey CO". I still attempted to get Mr. Soler to comply with my orders to remove the paper and still would not comply. I could see Mr. Soler through the vent for air and sound on the door. I instructed staff to use that to check on his wellbeing.

PPO Boisselle came to me later on in the shift and stated that Mr. Soler had covered his vent on the door. The ability for staff to visually check on his wellbeing was now absolutely zero. I attempted to talk to Mr. Soler and still had no effect as he still was using vulgar language. I then attempted to have Registered Nurse Phillips attempt to talk to Mr. Soler. Mr. Soler still continued to us vulgar language toward staff.
I then instructed Corrections Officer Kum to retrieve the unit's video camera to record the incident. Security staff walked down to Mr. Soler's cell with the units shield to protect them from any fluids if thrown through the tray slot. I again attempted to get him to remove the paper. It was explained to Mr. Soler on serval occasions that the paper prevent us the ability to check on his wellbeing. I instructed Mr. Soler to come to the door and cuff-up (allow staff to place hand cuffs on him through his tray slot). Mr. Soler continued to refuse and was singing (O' Madonna) in his cell. I instructed to Mr. Soler if he did not comply that I was going to use the unit's OC (oleoresin capsicum spray). Mr. Soler continued to refuse staffs orders and I deployed a one second burst of OC into the room. The OC spray went about two feet into the room and only for one quarter of the second burst. I attempted a second application and the container still failed to spray. A second canister was retrieved and was successful for approximately three feet into the cell. Mr. Soler was approximately ten feet from the door which and almost no effect. PPO Boisselle attempted to make contact with the can to see if it was an operator's error or the canisters malfunctioning. PPO Boisselle was able to get a small stream the dribbled out of the can. Security staff then had the door propped open attempting to have a better shot when using the OC spray. PPO Boisselle attempted a second time but still dribbled out of the can. The cell door was then closed.

I then instructed the security staff to put on the unit's protective equipment to remove Mr. Soler if he still continued to refuse to follow staffs orders. I stayed at the door with the video camera to record the audio from his cell. Mr. Soler was singing O' Madonna and talking about him getting hurt by staff when they enter the cell. Also talking about how staff is going to rush in and get "fucked up". RN Gagne was asked to come onto the tier due to his prior exposures to OC. When the team assembled at the cell door, I gave a brief description of the incident and introduced the security staff assigned to the extraction team. The cell door was then opened and the team entered the cell. Mr. Soler was driven to the back of the cell on his shelf and was brought down to his bunk. Mr. Soler was then laid down on his mattress and secured in handcuffs. Mr. Soler was then moved to Echo 10 and before the cuffs were removed, I instructed the team to escort him to the shower to provide him with a chance to decontaminate.
The hand cuffs when applied were facing key holes toward his back. Staff had a hard time in removing the handcuffs due to the placement and the size - mobility of Mr. Soler's hands/wrists. Security staff were able to remove the hand cuffs and RN Gagne offered medical attention. Mr. Soler refused medical attention and at some point gave RN Gagne the middle finger. Mr. Soler had stated that his hands were broken and medical staff conducted their assessment. The assessment was very vague due to Soler refusing to let them see his wrists/hands. I attempted to talk to Mr. Soler referencing his actions during the above incident and Mr. Soler stated that all staff are corrupt. Also Mr. Soler began using vulgar language again and gave this writer the middle finger. RN Gagne finally got Mr. Soler to except some medication (Ibuprofen) and was later removed from the shower. Mr. Soler refused to shower when placed into the shower and was placed into Echo ten.

Follow up: 2127hrs, Security staff will continue to monitor his behaviors. Also when his cell was clean his paper that were not wet, was placed into a bag to be given back later. Mr. Soler's glasses were broken during the incident. They were collected and RN Gagne took them to start the process of getting them replaced.

State of New Hampshire

Department of Corrections

Incident Report

Recommendations:

Resolution:

_____          _7/13/18_____
Staff's Signature                         Date

DOC-000065

State of New Hampshire

Department of Corrections

Incident Report

Page 4 of 5

**Clients Involved:**

| Client Name | Action Taken | Injury Source | Restraint Used |
|---|---|---|---|
| SOLER, WILLIAM JR (42507) | | | |

**Staff Involved:**

| Staff Name | Injury Source |
|---|---|
| Ryan, Spencer T | |
| Carver, Benjamyn | |
| Seabron, Nathaniel P | |
| Kum, Kenneth K | |
| Logan, Frank | |
| Boisselle, Jonathan | |
| Phillips, Sherri Lee | |
| Gagne, Mark | |

**Civilians Involved:**

| Civilian Name | Injury Source |
|---|---|

**Visitors Involved:**

| Visitor Name | Injury Source |
|---|---|

**DOC-000066**

State of New Hampshire

Department of Corrections

Incident Report

Evidence Photos:

DOC-000067



# State of New Hampshire



Department of Corrections
P.O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

STATEMENT FORM

ON _____7/13/18_____ AT _____Approx 1830_____ AT ___E-Ward room 9___
       (DATE)                 (Time)                       (Place)

I _____PPO JONATHAN BOISSELLE_____
                                      (Name)

### THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS/REPORTS.

On the above date and approximate time, officers responded to E-Ward. Officers throughout the night were attempting to gain compliance from client William Soler #42507 due to trashing his room and covering all points of view with newspapers and debris. Attempts to gain compliance were also made by nursing staff without resolution. Sgt Carver decided to try and utilize OC spray to gain compliance, however; Soler put himself in an elevated position on his wall desk and used a pad of papers to prevent being sprayed. The first OC canister appeared to be empty or close to, requiring a second can to be called for. The second can appeared to only be partially full and was used to the best of its ability given the circumstances. A third can was retrieved after the first two were unsuccessful.

As I could see Soler in an elevated position away from the door, I mentioned to Sgt Carver to have the door manually opened a crack which would provide me with an opportunity to get a clear shot with OC. As soon as the door opened, I made the attempt to spray Soler. The third can was found to have fluid inside, but didn't have any compression. As the button was depressed, OC fluid barely left the nozzle and was therefore rendered ineffective.

It was determined that a team would be established to enter room 9. Sgt Carver remained with the camera while the team got prepared. I was directed to be second to enter the room behind the shield, Officer Logan. Prior to entering the room, I conducted a helmet check on each officer to ensure that everyone was safe and ready to enter. I was assigned the upper right arm, however; upon entering, the floor was found to be very slippery as Soler had lubed the floor with multiple unknown substances. Once the shield made contact with Soler, I attempted to reach for his arms but he began to step down from his elevated position on his bedside by the window. As a direct result of his movements and where he was directed by the shield, his head laid opposite of my location and I ended up securing both of his legs. I secured his right leg by utilizing pain compliance with my right leg shin on the back of his lower calf/ankle. I used both hands to help secure his left leg additionally while other officers proceeded to secure Solers upper extremities and place him in handcuffs.

Soler was initially brought to room 10, however; it was decided we would bring him to the shower as a result of being exposed to OC spray. I helped Officer Logan escort Soler to the bathroom by taking control of Solers left arm with a 90/90 escort position. Soler was verbal, but cooperated walking to the bathroom. I initially assisted by trying to help officers maintain control of Solers hands as they attempted to remove cuffs that were put on with the key hole facing inward (towards his body). This made it difficult for officers to remove the cuffs from a tray slot due to limited spacing. After officers confirmed they had control, I stepped back away so they could have space to work. Soler grew agitated as officers struggled to remove the handcuffs and made multiple vulgar statements towards officers. At one point, Sgt Carver hands the video recorder to me and steps in to assist officers in removing the handcuffs. I videoed the remainder of the process until officers left.

Sgt Carver then takes possession of the camera again while Nurse Mark Gagne attempts to speak with Soler to check on his medical status. Soler was seen manipulating his wrist but complained they were broken. When the nurse attempted to have Soler conduct a few movements, Soler refused claiming that everyone was corrupt and he was refusing medical attention by nursing staff here at the facility.

End of Statement.                                  7/13/18

7/13/2018        COR-5                       PAGE _1_ OF _1_                  CASE NO. _____

**DOC-000068**



# State of New Hampshire

### DEPARTMENT OF CORRECTIONS

P. O. Box 1806

CONCORD, NH 03302-1806

(603) 271-5600

STATEMENT FORM

ON ___7/13/18___ AT ___2000___ AT ___SPU Security Office___
   (Date)        (Time)            (Place)

I ___CO Ryan___ GAVE TO _____
   (Name)                             (Investigator's Name)

**THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.**

On the above date at approx. 1830, I CO Ryan assisted with the cell extraction of patient Soler, Jr William #42507. I was third man in and helped secure Soler to the ground by his arm, at this time I pulled the shield out from under Soler, he was secured then escorted to Echo Shower. Soler was seen by medical staff.

EOS

CO R

COR -5    PAGE ____ OF ____    CASE NO. _____

DOC-000069

# State of New Hampshire



Department of Corrections
P.O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

STATEMENT FORM

ON ___01/03/18___ AT ___1830___ AT ___SPU Security Office___
     (DATE)            (Time)                    (Place)

I _____Co. Seabron_____

### GIVE THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

On the above date and time I responded to E-ward (E-9) for resident Soler, William # 42507 who had covered all points of view in his room by covering his window with paper and other objects. After multiple attempts to gain compliance from Soler to remove the paper and make himself visible I opened his try slot and found him standing on his desk with a cup in his hand of an unknown substance , at which point I notified the 2nd shit OIC Sgt. Carver of the issue. After numerus commands for Soler to cuff up it was decided to use OC spray to gain compliance to which Soler refused, it was then determined that a team would be put together to perform a cell extraction of Soler. I was assigned the lower right portion of the body but upon entering the cell assisted in securing Soler's right arm. Soler was secured by the team then moved to E-10 at which point it was then decided that he would be escorted to the shower after being exposed to OC where I assisted in removing handcuffs from Soler through the try slot.  EOS

07-13-18

7/13/2018          COR-5          PAGE _1_ OF _1_          CASE NO. _____

**DOC-000070**

# State of New Hampshire



Department of Corrections
P.O. Box 1806
Concord, NH  03302-1806
(603) 271-5600

STATEMENT FORM

ON ___July 13, 2018___ AT ___1830___ AT ___Echo Tier Cell # 6___
(DATE)                          (Time)                          (Place)

I _____Officer Kum_____
(Name)

GIVE THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES
PROVIDED BY LAW FOR FALSE STATEMENTS.

On July 13, 2018 at approximately 1830 hours, I Officer Kum was video recording the incident on Echo tier cell # 9 occupied by resident Soler, Jr Williams # 42507. Resident Soler has boarded up and covered his cell window. Officer Seabron, Officer Logan, Officer Ryan, PPO Boisselle was also on scene.

Numerous times, Sergeant Carver had directed him to come and cuffed up. He refused. At that point OC spray was deployed. Sergeant Carver continued to instruct resident Soler to come and cuffed up. He refused and ignored Sergeant Carver directive. These go on for approximately twenty-five (25) minutes. Finally Sergeant Carver directed us to suit up for cell extraction. When the team has assembled, I Officer Kum was assigned to the lower left extremity. RN Gagne, Mark was on scene for the extraction.

Sergeant Carver then radioed control to open the cell door. As the cell door was opening, the extraction team begun to move in. Resident Soler was standing on top of the concrete table. Officer Logan has the shield. As soon resident Soler was brought down face down on the bed, I went for his lower extremities. I had my right sheen on his lower right extremity and my hands on his lower left extremity. I saw Officer Logan was trying to pull Soler's upper left extremity to his backed to be cuffed. As soon as Officer Logan got Soler's upper left extremity behind his back, I immediately put the cuffed on, and then his upper right extremity as soon as it was behind his back.

Resident Soler's cell was dirty, wet and slippery during the extraction. After the extraction, resident Soler was taken to the Echo shower for him to take a shower so that he can clean-up. EOS Kum



7/13/2018          COR-5          PAGE _1_ OF _1_          CASE NO. **DOC-000071**

State of New Hampshire

Department of Corrections

Incident Report

Page 1 of 3

**Facility:** Secure Psychiatric Unit

**Housing Level:**

**Criminal Investigator Number:**

**Supervisor:** Barbaro, Eric

**Incident Type:**

**Incident Number:** 2018-824

**Date/Time of Incident:** 7/11/18 7:00

**Investigation Staff:** Marshall, Scott

**Summary of Events:** On 7/11/18, from 0700 to 1000, the SPU/RTU security operated one position below minimum staffing levels. The shortage was due to an employee out on scheduled sick leave. Therefore, the property officer position was cancelled from 0700 to1000.

**Recommendations:**

**Resolution:**

Staff's Signature _____    Date _____7/11/18_____

DOC-000072

State of New Hampshire

Department of Corrections

Incident Report

Page 2 of 3

**Clients Involved:**

| Client Name | Action Taken | Injury Source | Restraint Used |
|---|---|---|---|

**Staff Involved:**

| Staff Name | Injury Source |
|---|---|

**Civilians Involved:**

| Civilian Name | Injury Source |
|---|---|

**Visitors Involved:**

| Visitor Name | Injury Source |
|---|---|

**DOC-000073**

State of New Hampshire

Department of Corrections

Incident Report

Page 1 of 3

| | |
|---|---|
| **Facility:** Secure Psychiatric Unit | **Incident Number:** 2018-819 |
| **Housing Level:** RTU (New),RTU | **Date/Time of Incident:** 7/09/18 21:35 |
| **Criminal Investigator Number:** | |
| **Supervisor:** Carver, Benjamyn | **Investigation Staff:** Wilcox, Audrey |
| **Incident Type:** | |

**Summary of Events:** On 07/09/18 at 2117 while conducting hourly rounds I found ███████████████ showering. At this time 3 other inmates were in the day room and the unit was not locked in at which point I went to the control room and observed █████████ exit the shower and enter his room J-11.

**Recommendations:**

**Resolution:**

_Co. M_____    ___7-9-18_____
Staff's Signature                         Date

**DOC-000074**



# STATE OF NEW HAMPSHIRE
# DEPARTMENT OF CORRECTIONS
# NEW HAMPSHIRE STATE PRISON - CONCORD

P.O. BOX 14

CONCORD, NH 03302-0014

603-271-1801    FAX:603-271-4092
TDD Access: 1-800-735-2964

**Director Paula Mattis**

To : Director Paula Mattis

Date : 7/17/18

From : Sgt. Barbaro

Subject : Resident Soler, William #42507.  Use of Force Review for incident on 7/13/18, at 1850.

<u>I have completed the following review :</u>

Reviewed the incident report as well as, PPD 5.58.

Reviewed the hand held camera video

<u>I have made the following observations:</u>

Resident Soler blocked his cell window and vent with items to prevent staff from conducting safety checks on him.

Resident Soler refused staff orders to remove the items from his window and vent.

Resident Soler threatened staff with harm if they entered his cell.

Resident Soler refused to be handcuffed by staff through the cell's trayslot.

OC was deployed into resident Soler's cell/ Two OC canisters during this incident were defective.

Staff gave numerous orders to "Cuff up," through the cell's trayslot.

Resident Soler failed to comply to staff orders.

Resident Soler stated that staff would get "Fucked up," if they entered his cell

Again, resident Soler refused orders to be handcuffed by staff.

A security team entered the flooded cell.  Resident Soler was standing on the shelf in the cell.

The security team controlled and restrained resident Soler's body to the cell's bed area.

After, resident Soler was handcuffed the security team escorted him to the E ward shower for OC decontamination.

Due to the handcuff holes facing resident Soler's back it took approximately four minutes for staff to remove them.

RN Gagne assessed resident Soler's medical condition.

<u>I have made the following conclusion:</u>

Staff used necessary and reasonable force during this incident and followed PPD 5.58

Resident Soler refused medical attention from RN Gagne.

_____

Sgt. Barbaro

**DOC-000075**

**From:**     Kum, Kenneth
**To:**       Barbaro, Eric A; Towers, Scott M
**Cc:**       Marshall, Scott J
**Subject:**  Soler, Williams
**Date:**     Monday, July 23, 2018 2:44:53 PM

Sarge,

On July 23, 2018 at approximately 1410 hours, I Officer Kum has cell number 10 in Echo tier which is occupied by resident Soler, Jr. Williams # 42507 cleaned. Video was taken before the cell was cleaned. It was extremely dirty with trashed all over the floor and it was wet. Sheets and blankets was soil with urine. Sergeant Barbaro was informed of the condition. EOS Kum

DOC-000076

| | |
|---|---|
| **From:** | Miller, Pamela S |
| **To:** | Towers, Scott M; Barbaro, Eric A |
| **Cc:** | Marshall, Scott J; McCoole, Ann Marie G; Robinson, Deborah A |
| **Subject:** | RE: Soler hunger strike |
| **Date:** | Tuesday, July 31, 2018 7:44:27 AM |

Thanks Lt Towers and also thanks to Officer Dubois who quickly supplied him a tray when he asked.
Pam

---

**From:** Towers, Scott M
**Sent:** Thursday, July 26, 2018 9:00 PM
**To:** Barbaro, Eric A
**Cc:** Marshall, Scott J; McCoole, Ann Marie G; Miller, Pamela S; Robinson, Deborah A
**Subject:** Soler hunger strike

Good morning,

Soler refused his tray at dinner tonight. At 20:00 hrs. he requested to go to the dayroom, while in the dayroom after making a phone call he requested a meal. He was given a meal and ate the entire thing. While he was out in the dayroom we moved him to cell #9. When we went into cell #10 to clean it up there was a bowl of urine in his sink (Incident report written).

Thank you,
Lt. Towers

**DOC-000077**

| | |
|---|---|
| **From:** | Graves, Garrett |
| **To:** | Barbaro, Eric A; Marshall, Scott J; Carver, Benjamyn R; Murray, Andrew G; Berntsen, Christopher H; Shapiro, Daniel; Robinson, Deborah A; Sawich, Mary; Williams, Gerald T; McCoole, Ann Marie G; Giroux, Wendy D |
| **Subject:** | Status changes |
| **Date:** | Tuesday, October 2, 2018 12:30:28 PM |

Solar 42507: SC on F ward

| | |
|---|---|
| **From:** | O"Connor, Christine |
| **To:** | Carver, Benjamyn; Robinson, Deborah |
| **Cc:** | Marshall, Scott; Barbaro, Eric |
| **Subject:** | replace tablet |
| **Date:** | Thursday, March 7, 2019 4:08:47 PM |

And other restitiution.= for soler and ███████

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** Kelly Butler <kelly.butler@gtl.net>
**Sent:** Monday, January 28, 2019 11:41 AM
**To:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Cc:** Brian Collins <brian.collins@gtl.net>; Justin Colvin <justin.colvin@gtl.net>
**Subject:** RE: code for new patient

He will have to pay for the tablet to be replaced.  Please supply me with the S/N and mac address off from the back of the tablet.

He has made two calls that lasted 13+ minutes from the SPU Infirmary phone on the 26th, he has been using the correct pin 7669.

Is this the phone that is not working today?  I have included the GTL Tech's in this email as well to assist with the broken phone issue.

Thank you,

**Kelly Butler**
*Site Administration – New Hampshire*
**GTL** | www.gtl.net
Office-603-752-0337
**Northern NH Correctional Facility**
**138 Milan Rd.**
**Berlin, NH 03570**
kelly.butler@gtl.net

**DOC-000079**

**From:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Sent:** Monday, January 28, 2019 8:44 AM
**To:** Kelly Butler <kelly.butler@gtl.net>
**Subject:** RE: code for new patient

I will give this a try.

Also I wanted to check on William Soler's pin #
His inmate number is 42507
His dob is 0205
He broke a tablet because he said his pin did not work?

The infirmary phone does not seem to work, who would I ask to come and fix it?

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender. If you have received this transmission in error, please notify the sender immediately and delete the original message. Unless explicitly noted above, this e-mail should not, in any way, be considered evidence of the sender's intent to be bound to any agreement.

**DOC-000080**

| | |
|---|---|
| **From:** | Marshall, Scott |
| **To:** | Barbaro, Eric; Belanger, Aaron; Berntsen, Christopher; Bettez, Keith; Carver, Benjamyn; Cosgro, Lesley-Ann; DeBlois, Joshua; Dionne, Jeffrey; Donlagic, Ema; Eaton, Michael; Edwards, Steven; Gardner, Tyler; Lavoie, Niko; Leger Pimentel, Luisa; Levesque, Nolan; Logan III, Frank; Marion, Brian; Miller, Michael; Morissette, Riley; Murray, Robertson; Nusbaum, Samuel; Reinholz, Ian; Rose Jr, Donald; Ryan, Spencer; Sage, Steven; Seabron, Nathaniel; Shapiro, Daniel; Williams, Gerald; Wrenn, Annie |
| **Subject:** | FW: Solar - please share with your staff |
| **Date:** | Wednesday, July 3, 2019 9:25:44 AM |

Please see below email traffic regarding extra meals to patients and stop this practice going forward.

Thanks for your cooperation
Capt. Marshall

---

**From:** Clayman, Nancy <Nancy.Clayman@doc.nh.gov>
**Sent:** Wednesday, July 3, 2019 7:04 AM
**To:** Marshall, Scott <Scott.Marshall@doc.nh.gov>
**Subject:** re: Solar - please share with your staff

Captain Marshall,

It has been brought to my attention that security staff are giving Solar extra food / double portions. Can you please pass on to security staff that this is not a good practice since he is a diabetic and is rapidly gaining weight.
Medical, MH and the dietician are all concerned re: this weight gain and will be meeting with him to further troubleshoot.

Thanks,
Nancy

---

**From:** Clayman, Nancy
**Sent:** Tuesday, July 2, 2019 11:05 AM
**To:** Graves, Garrett <Garrett.Graves@doc.nh.gov>; Popovich, Timothy <Timothy.Popovich@doc.nh.gov>; O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Hutchins, Deanna <Deanna.Hutchins@doc.nh.gov>
**Cc:** McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>; Phillips, Sherri <Sherri.Phillips@doc.nh.gov>; Whaley, Diane <Diane.Whaley@doc.nh.gov>; Lombard, John <John.Lombard@doc.nh.gov>; Matillano, Ester <Ester.Matillano@doc.nh.gov>; Downing, Denise <Denise.Downing@doc.nh.gov>; Stillman, Jenny <Jenny.Stillman@doc.nh.gov>
**Subject:** RE: Soler is up 5 more pounds since 3 weeks ago

FYI – Soler is up another 5 lbs in 3 weeks.
Will cont to monitor.
Please enc increased activity, increase water intake and  better eating.

---

**From:** Clayman, Nancy

**DOC-000081**

**Sent:** Tuesday, June 18, 2019 9:15 AM
**To:** Graves, Garrett <Garrett.Graves@doc.nh.gov>; Popovich, Timothy
<Timothy.Popovich@doc.nh.gov>; O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Hutchins,
Deanna <Deanna.Hutchins@doc.nh.gov>
**Cc:** McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>; Phillips, Sherri
<Sherri.Phillips@doc.nh.gov>; Whaley, Diane <Diane.Whaley@doc.nh.gov>; Lombard, John
<John.Lombard@doc.nh.gov>; Matillano, Ester <Ester.Matillano@doc.nh.gov>; Downing, Denise
<Denise.Downing@doc.nh.gov>; Stillman, Jenny <Jenny.Stillman@doc.nh.gov>
**Subject:** Soler is up 12 lbs in the last month

Hello Treatment Team, Nurses and our lonely dietician,

Re: Soler:

***Addendum: Pt has gained 12 lbs in the last month. Will notify treatment team and dietician.
Will cont to educate pt and encourage better food choices and increased activity.***


Thanks,

*Nancy Clayman, RN, BSN*
Secure Psychiatric Unit
NHSP-M
271-1839

**DOC-000082**

| | |
|---|---|
| **From:** | Clayman, Nancy |
| **To:** | Robinson, Deborah; Mellor, Danielle; Graves, Garrett; Martin, Wendy |
| **Cc:** | McCoole, Ann Marie; Barbaro, Eric; Popovich, Timothy; Belanger, Aaron |
| **Subject:** | RE: Soler update |
| **Date:** | Wednesday, October 9, 2019 2:18:47 PM |

Perhaps Barbaro or Belanger could answer this…

---

**From:** Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Sent:** Wednesday, October 9, 2019 2:17 PM
**To:** Clayman, Nancy <Nancy.Clayman@doc.nh.gov>; Mellor, Danielle <Danielle.Mellor@doc.nh.gov>; Graves, Garrett <Garrett.Graves@doc.nh.gov>; Martin, Wendy <Wendy.Martin@doc.nh.gov>
**Cc:** McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>; Barbaro, Eric <Eric.Barbaro@doc.nh.gov>; Popovich, Timothy <Timothy.Popovich@doc.nh.gov>
**Subject:** RE: Soler update

Thanks for sending this out Nancy. He had a very similar conversation with me on Monday afternoon and I could easily see how his clothes are BIG but not TALL. He told me he was concerned about going to court looking like this.

What options do we have for tall sizes?

Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov
Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

---

**From:** Clayman, Nancy <Nancy.Clayman@doc.nh.gov>

**DOC-000083**

**Sent:** Wednesday, October 09, 2019 1:51 PM
**To:** Mellor, Danielle <Danielle.Mellor@doc.nh.gov>; Graves, Garrett <Garrett.Graves@doc.nh.gov>; Martin, Wendy <Wendy.Martin@doc.nh.gov>; Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Cc:** McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>; Barbaro, Eric <Eric.Barbaro@doc.nh.gov>; Popovich, Timothy <Timothy.Popovich@doc.nh.gov>
**Subject:** Soler update

Hello Folks,

***Update on Soler and clothing needs attention:***

1.  **Weight:** Pt is up another 16 lbs from last month, but he is not concerned and not interested in changing anything.
2.  **Poor fitting clothes:** – needs tall.  His shirts are not long enough and his pants often are not either.  Most often seen with belly hanging out and he voices an issue with not having the proper size clothing.  It is affecting his daily activities – he's avoiding them. He was wearing a 8X shirt today – it was too wide for him, but not long enough.  He also reported that his pants often ride down when he bends over.  ***Is there any way we can navigate getting him sizes in Tall that allow for his extra height?***  He says sometimes he finds an outfit that fits and then delays showering as he doesn't often get it back in the laundry that quick.

Thanks,
Nancy

**DOC-000084**

| | |
|---|---|
| **From:** | McCoole, Ann Marie |
| **To:** | Barbaro, Eric |
| **Cc:** | Robinson, Deborah |
| **Subject:** | FW: Soler needs to be seen |
| **Date:** | Thursday, April 9, 2020 11:23:25 AM |

**From:** Martin, Wendy <Wendy.Martin@doc.nh.gov>
**Sent:** Thursday, April 09, 2020 11:22 AM
**To:** Clayman, Nancy <Nancy.Clayman@doc.nh.gov>
**Cc:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Wallace, Brittany <Brittany.Wallace@doc.nh.gov>; Quint, Teresa <Teresa.Quint@doc.nh.gov>; McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>
**Subject:** RE: Soler needs to be seen

There are no great options to move out of the infirmary. Is it by policy that he must move into the infirmary versus being a level on E? I already have 2 levels on E.
If he must be in the infirmary, I think the best option to move forward is ███, but we had hoped to do that Monday, once he has had the chance to complete more assigned therapeutic work today. If we need to move him to E on a level I guess we can do that.
Wendy

**From:** Clayman, Nancy <Nancy.Clayman@doc.nh.gov>
**Sent:** Thursday, April 09, 2020 10:58 AM
**To:** Martin, Wendy <Wendy.Martin@doc.nh.gov>
**Cc:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Wallace, Brittany <Brittany.Wallace@doc.nh.gov>; Quint, Teresa <Teresa.Quint@doc.nh.gov>; McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>
**Subject:** RE: Soler needs to be seen

Ok, I was not aware that he was already seen. Thanks.
So, if he truly is on hunger strike, he will go into The Infirmary.
He did state this and missed breakfast already.
Who will move out of Infirmary?

Thanks

**From:** Martin, Wendy <Wendy.Martin@doc.nh.gov>
**Sent:** Thursday, April 9, 2020 10:55 AM
**To:** Clayman, Nancy <Nancy.Clayman@doc.nh.gov>
**Cc:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Wallace, Brittany <Brittany.Wallace@doc.nh.gov>; Quint, Teresa <Teresa.Quint@doc.nh.gov>; McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>
**Subject:** RE: Soler needs to be seen

**DOC-000085**

I already saw him today and I make him much worse so I will not see him again today.

---

**From:** Clayman, Nancy <Nancy.Clayman@doc.nh.gov>
**Sent:** Thursday, April 09, 2020 10:55 AM
**To:** Martin, Wendy <Wendy.Martin@doc.nh.gov>
**Cc:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Wallace, Brittany <Brittany.Wallace@doc.nh.gov>; Quint, Teresa <Teresa.Quint@doc.nh.gov>; McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>
**Subject:** Soler needs to be seen

Hello All,

Please see my note from a little bit ago.  Soler is very agitated today and verbally aggressive.
Co Wrenn just came in to say that she and CO Belanger had an issue with him on the way back to his room where they had to secure him in his room.
They said he will be moved to E ward.

Dr. Martin – can you please see him today?

Thanks,
Nancy Clayman  BSN, CCHP-RN
SPU
271-1839

**DOC-000086**

**From:** Mattis, Paula
**To:** Barbaro, Eric
**Subject:** RE: Resident Soler, William #42507
**Date:** Thursday, April 9, 2020 2:14:10 PM

Thank you.

Paula L. Mattis
Director, Medical and Forensic Services
New Hampshire Department of Corrections
105 Pleasant Street
Concord, NH 03301
603-271-5563

This e-mail message, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the orginal message or call 603-271-3707 or my assistant 603-271-5563.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism.  This e-mail (including attachments) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** Barbaro, Eric <Eric.Barbaro@doc.nh.gov>
**Sent:** Thursday, April 09, 2020 1:59 PM
**To:** Mattis, Paula <Paula.Mattis@doc.nh.gov>
**Cc:** Laramie, Heidi (NHDOC) <Heidi.Laramie@doc.nh.gov>; Robinson, Deborah <Deborah.Robinson@doc.nh.gov>
**Subject:** Resident Soler, William #42507

Hi Paula,

Incident Report regarding SPU resident Soler, William/hunger strike.

Thank you

Sgt. Barbaro
271-1838

**DOC-000087**

State of New Hampshire

Department of Corrections

Incident Report

Page 1 of 3

**Facility:**    Secure Psychiatric Unit                    **Incident Number:**    2020-443

**Housing Level:**    SPU,H WARD                          **Date/Time of Incident:**    4/09/20 13:42

**Criminal Investigator Number:**

**Supervisor:**    Marshall, Scott                          **Investigation Staff:**    Laramie, Heidi

**Incident Type:**

---

**Summary of Events:**    On 4/9/18, and at 1050, Nurse Clayman notified me that resident Soler, William #42507, is on a hunger strike.  I initiated a hunger strike log.

---

**Recommendations:**




**Resolution:**




_____          _____

**Staff's Signature**                          **Date**

**DOC-000088**

State of New Hampshire

Department of Corrections

Incident Report

Page 2 of 3

**Clients Involved:**

| Client Name | Action Taken | Injury Source | Restraint Used |
|---|---|---|---|
| SOLER, WILLIAM JR (42507) | | | |

**Staff Involved:**

| Staff Name | Injury Source |
|---|---|

**Civilians Involved:**

| Civilian Name | Injury Source |
|---|---|

**Visitors Involved:**

| Visitor Name | Injury Source |
|---|---|

DOC-000089

State of New Hampshire

Department of Corrections

Incident Report

Page 3 of 3

**Evidence Photos:**

DOC-000090

| | |
|---|---|
| **From:** | Laramie, Heidi (NHDOC) |
| **To:** | Barbaro, Eric; Mattis, Paula |
| **Cc:** | Robinson, Deborah |
| **Subject:** | Re: Resident Soler, William #42507 |
| **Date:** | Thursday, April 9, 2020 3:05:01 PM |

Thanks so much, Eric!

**From:** Barbaro, Eric
**Sent:** Thursday, April 9, 2020 1:59:15 PM
**To:** Mattis, Paula
**Cc:** Laramie, Heidi (NHDOC); Robinson, Deborah
**Subject:** Resident Soler, William #42507

Hi Paula,

Incident Report regarding SPU resident Soler, William/hunger strike.

Thank you

Sgt. Barbaro
271-1838

DOC-000091

| | |
|---|---|
| **From:** | O"Connor, Christine |
| **To:** | Clayman, Nancy; Phillips, Sherri; Robinson, Deborah; Choi, David; Martin, Wendy; McCoole, Ann Marie |
| **Cc:** | Barbaro, Eric; Stillman, Jenny; Matillano, Ester; Downing, Denise |
| **Subject:** | RE: WS |
| **Date:** | Monday, April 13, 2020 11:50:24 AM |

Barbaro said he brought some of his canteen to E ward and he can be encourage to order canteen in the infirmary. My current theory is that he saw ███████ leave and Clark leave and he was angry and frustrated. He doesn't want to admit it is just cold water for a shower because he has not taken advantage of a warm shower on E ward, as far as I know, and now we will see if the infirmary shower is warm. If the temperature of the shower was all he is angry about, why would he go on a hunger strike. He believes he will be transferred to a hospital for care if he stops eating.

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use , disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803. Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** Clayman, Nancy <Nancy.Clayman@doc.nh.gov>
**Sent:** Monday, April 13, 2020 10:11 AM
**To:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Phillips, Sherri <Sherri.Phillips@doc.nh.gov>; Robinson, Deborah <Deborah.Robinson@doc.nh.gov>; Choi, David <David.Choi@doc.nh.gov>; Martin, Wendy <Wendy.Martin@doc.nh.gov>; McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>
**Cc:** Barbaro, Eric <Eric.Barbaro@doc.nh.gov>; Stillman, Jenny <Jenny.Stillman@doc.nh.gov>; Matillano, Ester <Ester.Matillano@doc.nh.gov>; Downing, Denise <Denise.Downing@doc.nh.gov>
**Subject:** RE: WS

Definitely move to The Infirmary – maybe one with a camera so they can see if he drinks from the sink>??
Best case scenario would be a dry cell for monitoring, though we don't have that here. Hopefully all staff can keep eyes on re: fluid intake if seen.

**From:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>
**Sent:** Monday, April 13, 2020 9:31 AM
**To:** Phillips, Sherri <Sherri.Phillips@doc.nh.gov>; Robinson, Deborah

**DOC-000092**

<Deborah.Robinson@doc.nh.gov>; Choi, David <David.Choi@doc.nh.gov>; Martin, Wendy <Wendy.Martin@doc.nh.gov>; McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>; Clayman, Nancy <Nancy.Clayman@doc.nh.gov>
**Cc:** Barbaro, Eric <Eric.Barbaro@doc.nh.gov>; Stillman, Jenny <Jenny.Stillman@doc.nh.gov>; Matillano, Ester <Ester.Matillano@doc.nh.gov>; Downing, Denise <Denise.Downing@doc.nh.gov>
**Subject:** WS

Sherri,
He is very clear, I agree.   He becomes stubborn and rigid in his thinking when he feels victimized. Dr. Martin and Barbaro and I met with him on Friday 4/10/20 and he was unkind to Dr. Martin telling her she should not meet with him.  She tried to explain she was the only provider. After we met  he was taken off ATC returned to AC on H unit.

  A short period after he began to verbally attack Belanger, after Belanger said ,"How are you today, Mr. Soler." He accused Belanger of things that are related to a person with the same name who works at either Valley Street or Merrimack County.
He filed a complaint with the Disabilities rights center regarding the cold showers and called his guardian before hand and complained about the cold showers.
He said he would not shower because it is too cold on H tier.  E tier is much warmer, shower. He said he would starve himself because he wanted a warm shower, then he would go into a diabetic coma and be brought to a hospital and inform the hospital how he is being mistreated at SPU.

I agree it is difficult to observe and assess him we wanted to move him to the infirmary to see him better.  I will ask David to meet with him with me and try to get him to communicate.  If anyone else has an idea about a better plan of care please let me know.

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

---

**From:** Phillips, Sherri <Sherri.Phillips@doc.nh.gov>
**Sent:** Sunday, April 12, 2020 1:03 PM
**To:** Martin, Wendy <Wendy.Martin@doc.nh.gov>; Choi, David <David.Choi@doc.nh.gov>; O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; Graves, Garrett <Garrett.Graves@doc.nh.gov>;

**DOC-000093**

McCoole, Ann Marie <AnnMarie.McCoole@doc.nh.gov>
**Cc:** Clayman, Nancy <Nancy.Clayman@doc.nh.gov>; Whaley, Diane <Diane.Whaley@doc.nh.gov>;
Matillano, Ester <Ester.Matillano@doc.nh.gov>; Downing, Denise <Denise.Downing@doc.nh.gov>;
Stillman, Jenny <Jenny.Stillman@doc.nh.gov>
**Subject:** Soler

Mr. Soler is not communicating at all and is not giving eye contact. Please see notes. Hunger strike since 4/9. Difficult to assess under current housing on E-ward.
Also reviewed chart a little bit and noticed he was very detailed on the scanned IRS from 3/3/20 and also noted there was also a NH Board of Medicine Subpoena scanned. He also has other IRS's that are specific with no delusional content.
I am not here on Monday but I am hoping there can be a better plan of care. I did schedule with medical for Tuesday but I doubt he will be seen and I also sent an alert to dietician.

**Sherri Phillips, RN**
NH Department of Corrections
Secure Pychiatric Unit
Phone# 271-1839
Fax# 271-1837

**DOC-000094**

| | |
|---|---|
| **From:** | Robinson, Deborah |
| **To:** | Marshall, Scott |
| **Cc:** | Barbaro, Eric |
| **Subject:** | phone calls |
| **Date:** | Thursday, April 16, 2020 2:46:45 PM |
| **Importance:** | High |

Can you please pull Mr. Soler's calls from the past few weeks? I need to listen to the ones between him and Wanda Dureya. One number I have for her is 603-755-1153.

Thank you
Debbie

_____

Deborah Robinson, MS, CTRS/L, FACHE
Administrator of SPU & RTU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
deborah.robinson@doc.nh.gov
Phone 603.271.1845
Fax 603.271.1836
Pager 603.385.0155

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1845 or my assistant at 603-271-7924.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

DOC-000095

| | |
|---|---|
| **From:** | O"Connor, Christine |
| **To:** | Robinson, Deborah; Bal, Erik; Marshall, Scott |
| **Cc:** | "Hansmeier, Eric"; Barbaro, Eric |
| **Subject:** | FW: Power of Attorney William Soler |
| **Date:** | Monday, July 27, 2020 8:53:12 AM |
| **Attachments:** | 07-08-2020 - POA Habeas William Soler Jr..pdf |

Christine O'Connor, LICSW, MLADC
Senior Psychiatric Social Worker SPU
Department of Corrections
PO Box 2828
Concord NH 03302-2828
christine.o'connor@doc.nh.gov
Phone 603.271.1803
Fax 603.271.1836

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use , disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message or call 603-271-1803.  Thank you for your cooperation and assistance in maintaining confidentiality and professionalism. This e-mail (including any attachment) is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. and is CONFIDENTIAL.

**From:** Wanda Duryea <nh_cherokee@yahoo.com>
**Sent:** Tuesday, July 21, 2020 1:17 PM
**To:** O'Connor, Christine <Christine.O'Connor@doc.nh.gov>; "Nancy West" <nancywestnews@gmail.com>; Beatrice Coulter <beatrice.coulter@gmail.com>; Franko <captfrank1@gmail.com>; William Soler Sr <wsolersr@gmail.com>
**Subject:** Power of Attorney William Soler

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

I am acting as a non-attorney with William's power of Attorney, and he is requesting to send me legal Mail.

According to NH RSA 151:21

XII. The patient shall be free to communicate with, associate with, and meet privately with anyone, including family and resident groups, unless to do so would infringe upon the rights of other patients. The patient may send and receive unopened personal mail. The patient has the right to have regular access to the unmonitored use of a telephone.

DOC-000096

Wanda Duryea
603-923-2793

# 2016 New Hampshire Revised Statutes Title XI - HOSPITALS AND SANITARIA Chapter 151 - RESIDENTIAL CARE AND HEALTH FACILITY LICENSING Section 151:21 - Patients' Bill of Rights.

**Universal Citation:** [NH Rev Stat § 151:21 (2016)](NH Rev Stat § 151:21 (2016))

**151:21 Patients' Bill of Rights. –** The policy describing the rights and responsibilities of each patient admitted to a facility, except those admitted by a home health care provider, shall include, as a minimum, the following:

I. The patient shall be treated with consideration, respect, and full recognition of the patient's dignity and individuality, including privacy in treatment and personal care and including being informed of the name, licensure status, and staff position of all those with whom the patient has contact, pursuant to RSA 151:3-b.

II. The patient shall be fully informed of a patient's rights and responsibilities and of all procedures governing patient conduct and responsibilities. This information must be provided orally and in writing before or at admission, except for emergency admissions. Receipt of the information must be acknowledged by the patient in writing. When a patient lacks the capacity to make informed judgments the signing must be by the person legally responsible for the patient.

III. The patient shall be fully informed in writing in language that the patient can understand, before or at the time of admission and as necessary during the patient's stay, of the facility's basic per diem rate and of those services included and not included in the basic per diem rate. A statement of services that are not normally covered by

DOC-000097

medicare or medicaid shall also be included in this disclosure.

IV. The patient shall be fully informed by a health care provider of his or her medical condition, health care needs, and diagnostic test results, including the manner by which such results will be provided and the expected time interval between testing and receiving results, unless medically inadvisable and so documented in the medical record, and shall be given the opportunity to participate in the planning of his or her total care and medical treatment, to refuse treatment, and to be involved in experimental research upon the patient's written consent only. For the purposes of this paragraph "health care provider" means any person, corporation, facility, or institution either licensed by this state or otherwise lawfully providing health care services, including, but not limited to, a physician, hospital or other health care facility, dentist, nurse, optometrist, podiatrist, physical therapist, or psychologist, and any officer, employee, or agent of such provider acting in the course and scope of employment or agency related to or supportive of health care services.

V. The patient shall be transferred or discharged after appropriate discharge planning only for medical reasons, for the patient's welfare or that of other patients, if the facility ceases to operate, or for nonpayment for the patient's stay, except as prohibited by Title XVIII or XIX of the Social Security Act. No patient shall be involuntarily discharged from a facility because the patient becomes eligible for medicaid as a source of payment.

VI. The patient shall be encouraged and assisted throughout the patient's stay to exercise the patient's rights as a patient and citizen. The patient may voice grievances and recommend changes in policies and services to facility staff or outside representatives free from restraint, interference, coercion, discrimination, or reprisal.

VII. The patient shall be permitted to manage the patient's personal financial affairs. If the patient authorizes the facility in writing to assist in this management and the facility so consents, the assistance shall be carried out in accordance with the patient's rights under this subdivision and in conformance with state law and rules.

VIII. The patient shall be free from emotional, psychological,

sexual and physical abuse and from exploitation, neglect, corporal punishment and involuntary seclusion.

IX. The patient shall be free from chemical and physical restraints except when they are authorized in writing by a physician for a specific and limited time necessary to protect the patient or others from injury. In an emergency, restraints may be authorized by the designated professional staff member in order to protect the patient or others from injury. The staff member must promptly report such action to the physician and document same in the medical records.

X. The patient shall be ensured confidential treatment of all information contained in the patient's personal and clinical record, including that stored in an automatic data bank, and the patient's written consent shall be required for the release of information to anyone not otherwise authorized by law to receive it. Medical information contained in the medical records at any facility licensed under this chapter shall be deemed to be the property of the patient. The patient shall be entitled to a copy of such records upon request. The charge for the copying of a patient's medical records shall not exceed $15 for the first 30 pages or $.50 per page, whichever is greater; provided, that copies of filmed records such as radiograms, x-rays, and sonograms shall be copied at a reasonable cost.

XI. The patient shall not be required to perform services for the facility. Where appropriate for therapeutic or diversional purposes and agreed to by the patient, such services may be included in a plan of care and treatment.

XII. The patient shall be free to communicate with, associate with, and meet privately with anyone, including family and resident groups, unless to do so would infringe upon the rights of other patients. The patient may send and receive unopened personal mail. The patient has the right to have regular access to the unmonitored use of a telephone.

XIII. The patient shall be free to participate in activities of any social, religious, and community groups, unless to do so would infringe upon the rights of other patients.

XIV. The patient shall be free to retain and use personal clothing and possessions as space permits, provided it does not infringe on

the rights of other patients.

XV. The patient shall be entitled to privacy for visits and, if married, to share a room with his or her spouse if both are patients in the same facility and where both patients consent, unless it is medically contraindicated and so documented by a physician. The patient has the right to reside and receive services in the facility with reasonable accommodation of individual needs and preferences, including choice of room and roommate, except when the health and safety of the individual or other patients would be endangered.

XVI. The patient shall not be denied appropriate care on the basis of race, religion, color, national origin, sex, age, disability, marital status, or source of payment, nor shall any such care be denied on account of the patient's sexual orientation.

XVII. The patient shall be entitled to be treated by the patient's physician of choice, subject to reasonable rules and regulations of the facility regarding the facility's credentialing process.

XVIII. The patient shall be entitled to have the patient's parents, if a minor, or spouse, or next of kin, or a personal representative, if an adult, visit the facility, without restriction, if the patient is considered terminally ill by the physician responsible for the patient's care.

XIX. The patient shall be entitled to receive representatives of approved organizations as provided in RSA 151:28.

XX. The patient shall not be denied admission to the facility based on medicaid as a source of payment when there is an available space in the facility.

XXI. Subject to the terms and conditions of the patient's insurance plan, the patient shall have access to any provider in his or her insurance plan network and referral to a provider or facility within such network shall not be unreasonably withheld pursuant to RSA 420-J:8, XIV.

**Source.** 1981, 453:1. 1989, 43:1. 1990, 18:1-6; 140:2, XI. 1991, 365:10. 1992, 78:1. 1997, 108:6; 331:3-8. 1998, 199:2; 388:5, 6. 2001, 85:1, eff. Aug. 18, 2001. 2009, 252:1, eff. Sept. 14, 2009. 2013, 265:3, eff. Jan. 1, 2014.

DOC-000100



William Soler, Jr. /#42507
S.P.U. of NH State Prison for Men
281 North State Street
Concord, NH 03302

07/06/20 (Mon.)

To whom it may concern:

I, William Soler, Jr., do hereby grant Wanda J. Duryea, my power of attorney in my Habeas Corpus petition (docket # 217-2020-cv-00314) in the Merrimack County Superior Court. I do this without duress and coercion. And I do this out of my own free will. Please allow Mrs. Duryea to electronically file and assist me until the court deems that I may be appointed an attorney. This power of attorney is valid whether my actual signature or facsimile, until I revoke it. Thank you and may God BLESS!!!

WANDA J. DURYEA personal/contact info:

Mrs. Wanda Duryea, NH Mental Health Advocate
1137 Meaderboro Road
Farmington, NH 03835
Tel. (603) 755-1153  e-mail: nh_cherokee@yahoo.com

Notary Public

Signed on this day (date, month, year)    X Heather Wood 7/8/2020
X William Soler Jr.
07/08/20 (Wed.)

HEATHER N. WOOD - Notary Public
State of New Hampshire
My Commission Expires June 19, 2024

DOC-000101

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **DEFENDANTS' PRIVILEGE LOG**<br>William Soler Justice v. Aaron Belanger *et al.*<br>Case No. 23-cv-00308-SE-AJ |

| Bates Start | Bates End | Date Sent / Created | Author/From | Recipient/To | Copied | Doc Title / Subject Line | Attachments | Applicable Disclosure Exemptions | Description |
|---|---|---|---|---|---|---|---|---|---|
| DOC-000003 | DOC- 000003 | 4/28/2020 | Aaron Belanger | Rodney Roy | N/A | SPU/RTU spring package | N/A | Personally identifiable information (PII) concerning unrelated third-parties that is irrelevant | Names of other patients housed at the Secure Psychiatric Unit and Residential Treatment Unit |
| DOC-000008 | DOC-000008 | 2/15/2018 | Aaron Belanger | Christine O'Connor | N/A | REDACTED | N/A | Protected health information (PHI) and PII concerning unrelated third-party that is irrelevant | Email correspondence regarding a patient within the Secure Psychiatric Unit |
| DOC-000013 | DOC-000014 | 4/16/2020 | Deborah Robinson | Christine O'Connor, Eric Hansmeier, David Choi, and Erik Bal | Wendy Martin | thoughts regarding issue - attorney client communication | N/A | Attorney-client privilege | Email correspondence seeking legal advice from attorney |
| DOC-000018 | DOC-000018 | 6/24/2020 | Deborah Robinson | Eric Barbaro | N/A | REDACTED | N/A | PII concerning unrelated third-party that is irrelevant | Names of other patients housed at the Secure Psychiatric Unit |
| DOC-000018 | DOC-000018 | 6/24/2020 | Deborah Robinson | Sherri Phillips and Stephen Fauteux | Ann Marie McCoole, Nancy Clayman, Garrett Graves, and Wendy Martin | REDACTED | N/A | PHI and PII concerning unrelated third-parties that is irrelevant | Email correspondence containing PHI belonging to a patient housed at the Secure Psychiatric Unit |
| DOC-000028 | DOC-000030 | 5/7/2020 | Christine O'Connor | Deborah Robinson, Eric Hansmeier, and Erik Bal | Scott Marshall and Eric Barbaro | REDACTED | N/A | Attorney-client privilege | Email correspondence seeking legal advice from attorney |
| DOC-000032 | DOC-000032 | 4/30/2020 | Christine O'Connor | Scott Marshall, Deborah Robinson, Eric Barbaro, and Erik Bal | N/A | following up about puling phone records | N/A | Attorney-client privilege | Email correspondence seeking legal advice from attorney |
| DOC-000033 | DOC-000033 | 6/26/2018 | Eric Barbaro | Helen Hanks | N/A | Use of Force Report | image002.png, image003.png | PII concerning unrelated third-party that is irrelevant | Email correspondence contining the name of another patient housed at the Secure Psychiatic Unit |
| DOC-000047 | DOC-000047 | 7/9/2018 | Benjamyn Carver | N/A | N/A | Incident Report | N/A | PII concerning unrelated third-party that is irrelevant | Name of another partient housed at Secure Psychiatric Unit |
| DOC-000051 | DOC-000053 | 4/20/2020 | Stephanie Bradley | Wendy Martin, Pamela Miller, Diane Whaley, Ann Marie McCoole, Deborah Robinson, Scott Towers, and Eric Barbaro | Daniel Potenza | For the week of April 23-27 | N/A | PHI and PII concerning unrelated third-parties that is irrelevant | Word document detailing PHI and PII concerning other patients housed at the Secure Psychiatric Unit |
| DOC-000074 | DOC-000074 | 7/9/2018 | Benjamyn Carver | N/A | N/A | Incident Report | N/A | PII concerning unrelated third-party that is irrelevant | Name of another partient housed at Secure Psychiatric Unit |
| DOC-000078 | DOC-000078 | 10/2/2018 | Garrett Graves | Eric Barbaro, Scott Marshall, Benjamyn Carver, Andrew Murray, Christopher Bernsten, Dainel Shapiro, Deborah Robinson, Mary Sawich, Gerald Williams, Ann Marie McCoole, and Wendy Giroux | N/A | Status changes | N/A | PII concerning unrelated third-party that is irrelevant | Name of another patient housed at Secure Psychiatric Unit |
| DOC-000079 | DOC-000079 | 3/7/2019 | Christine O'Connor | Benjamyn Carver and Deborah Robinson | Scott Marshall and Eric Barbaro | replace tablet | N/A | PII concerning unrelated third-party that is irrelevant | Name of another partient housed at Secure Psychiatric Unit |
| DOC-000085 | DOC-000085 | 4/9/2020 | Wendy Martin | Nancy Clayman | Christine O'Connor, Brittany Wallace, Teresa Quint, and Ann Marie McCoole | Soler needs to be seen | N/A | PII concerning unrelated third-party that is irrelevant | Name of another partient housed at Secure Psychiatric Unit |
| DOC-000092 | DOC-000092 | 4/13/2020 | Christine O'Connor | Nancy Clayman, Sherri Phillips, Deborah Robinson, David Choi, Wendy Martin, and Ann Marie McCoole | Eric Barbaro, Jenny Stillman, Ester Matillano, and Denise Downing | WS | N/A | PII concerning unrelated third-party that is irrelevant | Name of another partient housed at Secure Psychiatric Unit |