# EXHIBIT G

TRLSET

# U.S. District Court
## District of New Hampshire (Concord)
## CIVIL DOCKET FOR CASE #: 1:23-cv-00308-SE-AJ

Justice v. Property C.O. Aaron Belanger et al
Assigned to: Chief District Judge Samantha D. Elliott
Referred to: US Magistrate Judge Andrea K Johnstone
Cause: 28:1983 Civil Rights

Date Filed: 06/30/2023
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**William Soler Justice**

represented by **William Soler Justice**
51 Storrs St.
#310
Concord, NH 03301
603-931-6357
Email: gentlegiant03301@yahoo.com
PRO SE

V.

**Defendant**

**Property C.O. Aaron Belanger**

represented by **Duncan A. Edgar**
NH Attorney General's Office (DOJ)
Department of Justice
33 Capitol St
Concord, NH 03301
603-271-4900
Fax: 603-271-2110
Email: Duncan.A.Edgar@doj.nh.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Barbaro**
*Sgt*

represented by **Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NH Attorney General - Notice Only - Civil (Court Use Only)**

represented by **Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NH Department of Corrections - Notice Only - Civil (Court Use Only)**

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 11/14/2022 | 1 | COMPLAINT against Eric Barbaro, Property C.O. Aaron Belanger filed by William Soler Justice.(mc) (Entered: 06/09/2023) |
| 06/08/2023 | 2 | **ORDER RE 1 Complaint. Clerk's office is directed to open a new case. So Ordered by US Magistrate Judge Andrea K Johnstone.(mc)** (Entered: 06/09/2023) |
| 06/09/2023 | | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (mc) (Entered: 06/09/2023) |
| 06/09/2023 | 3 | NOTICE - Filing Fee Omitted. Either the filing fee or an application to proceed without fees or costs must be submitted within 60 days. If proceeding without prepayment of fees or costs is sought the court needs: Application to Proceed Without Prepayment of Fees or Costs. Compliance Deadline set for 8/9/2023. (mc) (Entered: 06/09/2023) |
| 06/30/2023 | 4 | MOTION to Proceed Without Prepayment of Fees or Costs filed by William Soler Justice. (ed) (Entered: 06/30/2023) |
| 06/30/2023 | | Application complete - case converted to a civil case. Case assigned to Judge Samantha D. Elliott. New case number is 1:23-cv-308-SE. Please show this number with the judge designation on all future pleadings. (ed) (Entered: 06/30/2023) |
| 07/18/2023 | | **ENDORSED ORDER granting 4 Application to Proceed Without Prepayment of Fees or Costs.** *Text of Order: Plaintiff's request to proceed without prepayment of fees or costs is hereby granted, but only for the purpose of waiving the filing fee.* **So Ordered by US Magistrate Judge Andrea K Johnstone.(ed)** (Entered: 07/18/2023) |
| 07/26/2023 | 5 | REQUEST FOR ISSUANCE OF SUMMONS/WAIVER by William Soler Justice. (Attachments: # 1 Summons)(jwb) (Entered: 07/26/2023) |
| 09/27/2024 | 6 | **///REPORT AND RECOMMENDATION re 1 Complaint. Based on the foregoing, the district judge should dismiss the complaint (Doc. No. 1) as it fails to set forth a claim for relief.. Follow up on Objections to R&R on 10/11/2024. So Ordered by US Magistrate Judge Andrea K Johnstone.(vln)** (Entered: 09/27/2024) |
| 10/11/2024 | 7 | OBJECTION to 6 Report and Recommendation filed by William Soler Justice. (jwb) (Entered: 10/11/2024) |
| 07/10/2025 | 8 | **///ORDER adopting in part and rejecting in part 6 Report and Recommendation. ORDER Directing Clerk to Make Service on NH Office of the Attorney General as provided in the Agreement on Acceptance of Service. So Ordered by Judge Samantha D. Elliott.(lw)** (Entered: 07/10/2025) |
| 07/10/2025 | | NOTICE: The court has issued a ruling on preliminary review and ordered the complaint to be served. Pursuant to the Agreement on Service between the Clerk of Court and New Hampshire Attorney General, this Notice constitutes service as directed by the court. The New Hampshire Attorney General shall file notice of acceptance or declination of acceptance of service within thirty (30) days. Acceptance of Service Follow Up on 8/11/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). Answer follow up 9/4/2025.(lw) (Entered: 07/10/2025) |
| 08/11/2025 | 9 | MOTION to Extend Time to August 25, 2025 filed by NH Attorney General - Notice Only - Civil (Court Use Only). Attorney Duncan A. Edgar added to party NH Attorney General - Notice Only - Civil (Court Use Only)(pty:dft).Follow up on Objection on 8/25/2025. The |

|  |  | court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Edgar, Duncan) (Entered: 08/11/2025) |
|---|---|---|
| 08/12/2025 |  | ACTION REQUIRED - NOTICE Nonconforming Document re: 9 MOTION to Extend Time to August 25, 2025 filed by NH Attorney General - Notice Only - Civil (Court Use Only).<br><br>The document fails to comply with LR 7.1-No statement of concurrence was included. File statement as addendum using the Other Documents/Addendum event and link filing(s) to document no. 9.<br><br>The document will remain on file. Please note that unless a document curing the defect is filed by the Notice of Compliance Deadline the matter may be referred to a judicial officer for appropriate action. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.Compliance Deadline set for 8/18/2025. (lw) (Entered: 08/12/2025) |
| 08/15/2025 | 10 | Addendum/ to 9 MOTION to Extend Time to August 25, 2025 by NH Attorney General - Notice Only - Civil (Court Use Only). (Edgar, Duncan) (Entered: 08/15/2025) |
| 08/19/2025 |  | **ENDORSED ORDER granting 9 Motion to Extend Time to August 25, 2025.** *Text of Order: Granted.* **So Ordered by Judge Samantha D. Elliott. (lw)** (Entered: 08/19/2025) |
| 08/25/2025 | 11 | Agreement of Acceptance of Service by Eric Barbaro, Property C.O. Aaron Belanger Attorney Duncan A. Edgar added to party Eric Barbaro(pty:dft), Attorney Duncan A. Edgar added to party Property C.O. Aaron Belanger(pty:dft).(Edgar, Duncan) (Entered: 08/25/2025) |
| 09/04/2025 | 12 | ANSWER to 1 Complaint with jury demand filed by Eric Barbaro, Property C.O. Aaron Belanger.(Edgar, Duncan) (Entered: 09/04/2025) |
| 09/08/2025 |  | NOTICE OF PRETRIAL CONFERENCE. Pretrial Conference set for 10/15/2025 11:00 AM before US Magistrate Judge Andrea K Johnstone. Follow up on Discovery Plan 10/8/2025. Please note pursuant to Title 28 USC 636(c) and Local Rule 73.1, the parties may consent to have the case reassigned to the Magistrate Judge, but are free to withhold consent without adverse consequences. (bd) (Entered: 09/08/2025) |
| 10/10/2025 |  | Clerk's Notice - **No Proposed Discovery Plan Filed. The parties are directed to file a proposed joint discovery plan within 24 hours of this notice.** Follow up on Discovery Plan 10/14/2025.(lw) (Entered: 10/10/2025) |
| 10/11/2025 | 13 | Proposed Discovery Plan filed by Eric Barbaro, Property C.O. Aaron Belanger. (Edgar, Duncan) (Entered: 10/11/2025) |
| 10/15/2025 |  | Minute Entry for proceedings held before US Magistrate Judge Andrea K Johnstone. PRETRIAL CONFERENCE held on 10/15/2025. Order to issue. (Pltfs Atty: William Soler Justice) (Defts Atty: Duncan A. Edgar) (Tape #11:08)(Total Hearing Time: 47 Min) (bd) (Entered: 10/15/2025) |
| 10/15/2025 | 14 | Motion to Participate in Electronic Filing filed by William Soler Justice. Follow up on Objection on 10/29/2025. (lw) (Entered: 10/15/2025) |
| 10/17/2025 | 15 | **ORDER approving in part 13 Discovery Plan. Case Track: Standard. So Ordered by US Magistrate Judge Andrea K Johnstone. Summary Judgment Motions due by 6/22/2026. Dispositive Motion Filing Deadline 1/13/2026. Joint Statement re: Mediation Follow Up on 5/8/2026.(lw)** (Entered: 10/20/2025) |
| 10/20/2025 |  | TRIAL NOTICE: Jury Selection/Trial set for two week period beginning 10/20/2026 09:30 AM before Judge Samantha D. Elliott. Final Pretrial Conference set for 10/6/2026 03:00 |

| | | |
|---|---|---|
| | | PM before Judge Samantha D. Elliott. Pretrial Statements due 9/18/2026.LR 16.2(d) Objections due 10/2/2026. (lw) (Entered: 10/20/2025) |
| 01/07/2026 | | **ENDORSED ORDER granting [14] Motion to Participate in Electronic Filing.** *Text of Order: Granted.* **So Ordered by Chief District Judge Samantha D. Elliott.(lw)** (Entered: 01/08/2026) |
| 01/23/2026 | 17 | EX PARTE MOTION appropriate funds for expert witness filed by William Soler Justice.Follow up on Objection on 2/6/2026. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Justice, William) Modified on 6/1/2026 to add: EX PARTE (vln). (Entered: 01/23/2026) |
| 05/14/2026 | | Clerk's Notice - **No Joint Mediation Statement Filed. The parties are directed to file a Joint Mediation Statement within 14 days of this notice.** Mediation Follow Up on 5/28/2026.(lw) (Entered: 05/14/2026) |
| 05/18/2026 | 18 | MOTION for the Court's Permission to Include More Evidence filed by William Soler Justice.Follow up on Objection on 6/1/2026. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). **Certain exhibit(s) maintained conventionally in Clerks Office. (Attorney filers must submit conventional materials to the court within 72 hours.)**(lw) (Entered: 05/22/2026) |
| 05/22/2026 | 19 | Partially Assented to MOTION to Extend Time to July 1, 2026 and July 22, 2026 filed by Eric Barbaro, Property C.O. Aaron Belanger.Follow up on Objection on 6/5/2026. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Proposed Order Proposed Extension Deadlines) (Edgar, Duncan) (Entered: 05/22/2026) |
| 05/22/2026 | 20 | Proposed Discovery Plan *Defendants' Statement on the Status of Discovery* filed by Eric Barbaro, Property C.O. Aaron Belanger. (Attachments: # 1 Exhibit Exhibit A to Defendants' Statement re Status of Discovery)(Edgar, Duncan) Modified on 5/26/2026 to add: correct event selection (lw). (Entered: 05/22/2026) |
| 05/22/2026 | 21 | Mediation Statement: Mediation not appropriate at this time (Edgar, Duncan) (Entered: 05/22/2026) |
| 06/01/2026 | | **ENDORSED ORDER** *Text of Order: Reviewed. Plaintiff's January 23, 2026 filing (Doc. No. 17) was an ex parte motion and was properly sealed by the court. The clerk's office shall amend the title of the filing to clarify its ex parte status.* **So Ordered by US Magistrate Judge Andrea K Johnstone.(vln)** (Entered: 06/01/2026) |
| 06/04/2026 | | **ENDORSED ORDER denying [18] Motion for the Court's Permission to Include More Evidence.** *Text of Order: Denied. Plaintiff's motion is denied as premature. Plaintiff may submit admissible evidence in support of motions or at trial. The court declines to rule on the admissibility of particular evidence at this juncture.* **So Ordered by US Magistrate Judge Andrea K Johnstone.(vln)** (Entered: 06/04/2026) |
| 06/10/2026 | | **ENDORSED ORDER granting [19] Motion to Extend Time to July 1, 2026 and July 22, 2026.** *Text of Order: Granted.* **So Ordered by Chief District Judge Samantha D. Elliott. Summary Judgment Motions due by 7/22/2026.(lw)** (Entered: 06/10/2026) |
| 06/23/2026 | | **ENDORSED ORDER.** *Text of Order: Having denied plaintiff's Motion for the Court's Permission to Include More Evidence (doc. no. 18), the clerk's office is instructed to return the conventionally filed documents attached to that motion.* **So Ordered by US Magistrate Judge Andrea K Johnstone.(lw)** (Entered: 06/23/2026) |
| 07/09/2026 | 22 | ERISA Plaintiff's Motion for Judgment on the Administrative Record( Defendants Motion for Judgment on the Administrative Record Due 8/10/2026. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). ), |

| | | |
|---|---|---|
| | | MOTION to Extend Time to Discovery (Follow up on Objection on 7/23/2026. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).) filed by William Soler Justice.(Justice, William) (Entered: 07/09/2026) |
| 07/22/2026 | 23 | MOTION for Summary Judgment filed by Eric Barbaro, Property C.O. Aaron Belanger.Follow up on Objection on 8/21/2026. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law Defendants' Memorandum of Law In Support of Its Motion for Summary Judgment, # 2 Exhibit (Affidavit) Affidavit of Eric Barbaro, # 3 Exhibit (Affidavit) Affidavit of Aaron Belanger, # 4 Exhibit (Affidavit) Affidavit of Samantha Goulet, # 5 Exhibit Exh. A Notice of Conventional Filing, # 6 Exhibit Exh. B Notice of Conventional Filing, # 7 Exhibit Exh. C Incident Forms, # 8 Exhibit Exh. D Notice of Conventional Filing, # 9 Exhibit Exh. E PPD 550, # 10 Exhibit Exh. F Barbaro SJD, # 11 Exhibit Exh. G Bernsten Incident Report, # 12 Exhibit Exh. H SPU Handbook (full), # 13 Exhibit Exh. I Belanger SJD, # 14 Exhibit Exh. J Plaintiff's Answers to Defendant's Interrogatories, # 15 Exhibit Exh. K Plaintiff's Supplemental Responses to Defendant's Interrogatories)(Edgar, Duncan) (Entered: 07/22/2026) |
| 07/23/2026 | 24 | NOTICE Regarding Summary Judgment.(lw) (Entered: 07/23/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/23/2026 16:56:14 | | | |
| **PACER Login:** | duncanedgar | **Client Code:** | 2025177566 |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-00308-SE-AJ |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |