# EXHIBIT H

| | |
|---|---|
| **From:** | Wanda Duryea |
| **To:** | Edgar, Duncan; bILL jUSTICE |
| **Subject:** | Re: Ex Parte Filings |
| **Date:** | Friday, May 22, 2026 12:46:27 PM |

**EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

We are not lawyers. I'm sure you are aware that expert witnesses are not required to be disclosed until a certain date. Check with the court. If the filing were not allowed it would have been rejected.

We The People Dare to Create A More Perfect Union


On Friday, May 22, 2026 at 12:43:41 PM EDT, Edgar, Duncan <duncan.a.edgar@doj.nh.gov> wrote:


Please enlighten me by pointing to the specific rule or statute upon which your position is based.


Duncan

**Duncan A. Edgar**

Assistant Attorney General

Civil Litigation Unit

New Hampshire Department of Justice

1 Granite Place South

Concord, NH 03301

(603) 271-4900

duncan.a.edgar@doj.nh.gov

The information contained in this electronic message and any attachment to this message may contain confidential or privileged information and is intended for the exclusive use of the intended recipient(s).  Please notify the Attorney General's office immediately at (603) 271-3658 or reply to justice@doj.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

**From:** Wanda Duryea <nh_cherokee@yahoo.com>
**Sent:** Friday, May 22, 2026 12:40 PM
**To:** Edgar, Duncan <duncan.a.edgar@doj.nh.gov>; bILL jUSTICE <gentlegiant03301@yahoo.com>

**Subject:** Re: Ex Parte Filings

**EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Correct those were filed Ex parte with the courts permission

We The People Dare to Create A More Perfect Union

On Friday, May 22, 2026 at 12:32:05 PM EDT, Edgar, Duncan <duncan.a.edgar@doj.nh.gov> wrote:

Dear Mr. Justice:

It has come to my attention that you have filed two documents in your lawsuit against Correction Officers Belanger and Barbaro without providing me with a copy. These documents were filed on about January 23, 2026 and were docketed as Document Nos. 16 and 17. I cannot see Document No. 16 on the PACER docket. Similarly, I cannot view Document No. 17, which is tilted "Supplemental Motion appropriate funds for expert witness." When I click on the link to view Document No. 17, no image comes up because this document was filed under seal.

Please note that the Federal Rules of Civil Procedure require that you serve all parties, and their counsel, with all court filings. While there are some instances when filings can be made on an *ex parte* (*i.e.*, without notice to the non-filing party) basis, these exceptions are strictly limited to emergency situations where immediate and irreparable harm will occur. To the best of my knowledge, such circumstances are not present in this case.

Please provide me with a copy of Documents Nos 16 and 17.

Duncan

**Duncan A. Edgar**
Assistant Attorney General
Civil Litigation Unit
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301

(603) 271-4900

duncan.a.edgar@doj.nh.gov

The information contained in this electronic message and any attachment to this message may contain confidential or privileged information and is intended for the exclusive use of the intended recipient(s).  Please notify the Attorney General's office immediately at (603) 271-3658 or reply to justice@doj.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.