FILED – USDC –NH
2026 JUL 23 AM 10:06

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

WILLIAM SOLER JUSTICE,

               Plaintiff,

   v.

AARON BELANGER,

  – and –

ERIC BARBARO,

               Defendants.

Case No.: 23-cv-00308-SE-AJ

### DEFENDANTS' PARTIALLY ASSENTED-TO MOTION TO SEAL

NOW COME the Defendants, Aaron Belanger and Eric Barbaro (collectively, the "Defendants"), by and through their undersigned counsel, and pursuant to LR 83.12(c), hereby request this that this Court seal Exhibits A, B, and D filed in connection with their Motion for Summary Judgment, and in support thereof, state as follows:

1.     As of this writing, the Defendants have filed their Motion to Summary Judgment, which is supported by several exhibits that contain William Soler Justice's medical records during his admission to the Secure Psychiatric Unit (the "SPU").

2.     Specifically, parts of Mr. Justice's medical records generated by the SPU are attached to the Defendants' Motion for Summary Judgment as Exhibit A and B, and the order following the conclusion of Mr. Justice's RSA chapter 135-C hearing is attached as Exhibit D. These documents contain Mr. Justice's protected health information that, while relevant to his claims, should remain confidential.

3.     The Defendants request that the duration of this seal continue until this Court orders otherwise.

1

4.      The Defendants do not seek to seal this Motion or any related docket text entries.

5.      The Defendants request that Exhibits A, B, and D be sealed at Level I.

6.      The undersigned counsel sent an email to Mr. Justice on July 17, 2026, seeking his assent to the relief requested herein.  Mr. Justice responded to that email today, at 2:20 pm, where he stated the following: "Can you please seal my medical records, but, not the rest (I'm going by the advice of my guardian, Wanda Duryea)."

WHEREFORE, the Defendants respectfully request that this Court grant their Motion to Seal and enter an order for the following:

A.      That Exhibits A, B, and D to the Defendants' Motion for Summary Judgment shall be sealed at Level I until further order of the Court; and

B.      Such other and further relief as this Court deems just and proper.

Respectfully submitted,

AARON BELANGER and ERIC BARBARO

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: July 22, 2026

/s/ Duncan A. Edgar_____
Duncan A. Edgar, Esq., Bar No. 266272
Assistant Attorney General
New Hampshire Department of Justice
Civil Litigation Unit
1 Granite Place South
Concord, NH 03301
(603) 271-3658
duncan.a.edgar@doj.nh.gov

2

## CERTIFICATE OF SERVICE

I, Duncan A. Edgar, hereby certify that on this date, I caused a true copy of the foregoing to be sent to the Plaintiff, William Soler Justice, by U.S. mail, postage pre-paid, to his address listed below as follows:

William Soler Justice
51 Storrs Street, # 310
Concord, NH 03301

Dated: July 22, 2026                    /s/ Duncan A. Edgar_____
                                        Duncan A. Edgar, Esq.

3