**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| WILLIAM SOLER JUSTICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No.: 23-cv-00308-SE-AJ |
| | ) |
| AARON BELANGER, | ) |
| – and – | ) |
| ERIC BARBARO, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR IN CAMERA REVIEW OF**

**REDACTED DOCUMENTS AND MOTION TO EXTEND CASE MANAGEMENT DEADLINES**

Upon consideration of Plaintiff William Soler Justice's Motion for In Camera Review of Redacted Documents and Motion to Extend Case Management Deadlines, and any objection thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED** in its entirety.

2. Defendants shall produce clean, unredacted copies of documents **DOC-000008, DOC-000018, and DOC-000019** directly to the Court for an *in camera* privilege and privacy review within **fourteen (14) days** of this Order.

3. To account for the ongoing resolution of this discovery dispute, the current production of Department of Corrections (DOC) administrative records, and to prevent procedural prejudice, all remaining case management tracking and scheduling deadlines are hereby **EXTENDED by sixty (60) days.**

**SO ORDERED.**

Dated: _____, 2026 _____

United States Magistrate Judge