**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **WILLIAM SOLER JUSTICE, Plaintiff, v. AARON BELANGER and ERIC BARBARO, Defendants.** | **Civil Action No. 23-cv-00308-SE-AJ** |

# PLAINTIFF'S EXHIBIT B

---

**Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison**

**InDepthNH.org (January 5, 2019)**

**Re:** New Hampshire as the Only State in the Nation to House Non-Criminal Civilly Committed Patients Inside a Correctional Facility; Governor Sununu's Public Commitment to Remove the SPU from the State Prison

**Authentication:** See Preliminary Statement § B

---

**COMPANION ARTICLE — EXHIBIT B-1**

**Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit**

**InDepthNH.org (February 12, 2019)**

**Re:** House Bill 726; Legislative Testimony Including Wanda Duryea Before the House Criminal Justice and Public Safety Committee; Dr. Joseph H. Sack's 1985 Psychiatric Society Warning; Family Member Testimony

## PART I

## PRIMARY ARTICLE — CITATION AND IDENTIFICATION

| | |
|---|---|
| **Full Citation:** | **Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison, InDepthNH.org (Jan. 5, 2019)** |
| Author: | Nancy West, InDepthNH.org |
| Publication: | InDepthNH.org (independent New Hampshire news publication) |
| Date: | January 5, 2019 |
| URL: | https://indepthnh.org/2019/01/05/sununu-promises-to-remove-secure-psychiatric-unit-from-mens-prison/ |
| Topic: | Governor Chris Sununu's January 5, 2019 Inaugural Address promise to remove the Secure Psychiatric Unit from the New Hampshire State Prison for Men; advocates' responses; New Hampshire's status as the only state in the nation housing non-criminal civilly committed patients inside a correctional facility |

**Individuals Identified in Article:**

**Governor Chris Sununu** — made the promise in his January 5, 2019 Inaugural Address

**Corrections Commissioner Helen Hanks** — named as defendant in related federal litigation

**HHS Commissioner Jeffrey Meyers** — named as defendant in related federal litigation

**Wanda Duryea** — patient advocate, quoted in article (pictured with Eric Largy and Beatrice Coulter, RN, at a legislative hearing, January 2018)

**Beatrice Coulter, RN** — quoted in article

**Anthony Heath** — civilly committed SPU patient, plaintiff in related federal civil rights litigation

## PART II

## SUMMARY OF KEY FINDINGS

(Reproduced in Summary — Copyrighted Material)

The January 5, 2019 article by Nancy West, published on the date of Governor Sununu's second inaugural address, reported the following key facts:

**1. NEW HAMPSHIRE AS THE ONLY STATE:** The article reported that New Hampshire was, at the time of publication, the only state in the nation to house non-criminal civilly committed mentally ill patients inside a correctional facility — specifically, inside the New Hampshire State Prison for Men in Concord, New Hampshire.

**2. GOVERNOR SUNUNU'S INAUGURAL PROMISE:** Governor Sununu, in his January 5, 2019 Inaugural Address, made a direct and public commitment to remove the Secure Psychiatric Unit from the State Prison and to treat SPU patients "with the dignity they deserve." The address was delivered publicly and is a matter of public record.

**3. ONGOING FEDERAL LITIGATION:** The article noted that Governor Sununu, Commissioner Hanks, and Commissioner Meyers were being sued by Anthony Heath, a patient at the Secure Psychiatric Unit found incompetent to stand trial on assault charges, in a federal civil rights action claiming that housing him in a prison instead of a psychiatric hospital violated his constitutional rights. A federal magistrate judge had recently ordered pro bono legal representation for Heath.

**4. ADVOCATES' RESPONSE:** Patient advocates Wanda Duryea and Beatrice Coulter, RN — both of whom had been publicly advocating for SPU reform — responded to the Governor's promise. Wanda Duryea's response expressed hope for the patients currently confined at the SPU.

Beatrice Coulter described the pledge as "remarkable and ambitious" while noting that additional civil rights issues and advocacy improvements remained necessary.

**5. REFORM HISTORY:** The article reported that the problem of housing civilly committed patients at the State Prison dates back more than three decades and had been the subject of repeated failed legislative efforts.

---

## PART III

## VERBATIM QUOTATIONS

**A. Governor Chris Sununu — January 5, 2019 Inaugural Address (Public Record):**

"We WILL move the State Psychiatric Unit out of the State Prison and treat our patients with the dignity they deserve."

*[Governor Chris Sununu, January 5, 2019 Inaugural Address, quoted in Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison, InDepthNH.org (Jan. 5, 2019).]*

**B. Wanda Duryea — Patient Advocate (as quoted in article):**

"This gives me hope for my friends inside the SPU that tell me daily of all of their troubles."

*[Wanda Duryea, quoted in Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison, InDepthNH.org (Jan. 5, 2019).]*

**C. Beatrice Coulter, RN (as quoted in article):**

"This is a remarkable and ambitious pledge by the Governor. For those incarcerated in SPU, this will provide some hope. However, SPU demonstrates other areas we need to work on moving

forward including civil rights and improving advocacy and protection processes for vulnerable individuals."

*[Beatrice Coulter, RN, quoted in Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison, InDepthNH.org (Jan. 5, 2019).]*

---

## PART IV

### COMPANION ARTICLE — EXHIBIT B-1

**Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit**

**InDepthNH.org (February 12, 2019)**

| | |
|---|---|
| **Full Citation:** | **Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit, InDepthNH.org (Feb. 12, 2019)** |
| URL: | https://indepthnh.org/2019/02/12/cushing-outlines-bill-to-build-new-secure-psychiatric-unit/ |

This companion article, published five weeks after the primary Exhibit B article, reported on a February 12, 2019 hearing before the House Criminal Justice and Public Safety Committee on House Bill 726 — legislation to transfer the Secure Psychiatric Unit from DOC control to DHHS and to require planning and construction of a new secure forensic psychiatric facility.

**Key facts reported in the companion article:**

**1. WANDA DURYEA TESTIFIED:** Wanda Duryea appeared before the House Criminal Justice and Public Safety Committee on February 12, 2019, and testified in support of House Bill 726. She is pictured in the article's photograph testifying before the Committee, alongside Doug Butler of Hollis (whose son was confined at the SPU) and Rep. Renny Cushing, the bill's sponsor.

**2. DR. JOSEPH H. SACK'S 1985 WARNING:** Rep. Cushing cited testimony from psychiatrist Dr. Joseph H. Sack to a legislative committee in 1985 — more than three decades before the April 9, 2020 events — warning:

"The reason for this concern is that the prime purpose of the Department of Corrections is not treatment and that treatment could be overwhelmed by other concerns."

The New Hampshire Psychiatric Society stated that "civilly committed patients should not be treated there" given the SPU's correctional staffing and proximity to the prison.

**3. REPEATED FAILED LEGISLATION:** Rep. Cushing stated:

"Over the past decade there have been numerous pieces of legislation dealing with the Secure Psychiatric Unit. None have been acted upon."

**4. FAMILY TESTIMONY:** Family members of SPU patients testified about conditions inside the unit.

*[Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit, InDepthNH.org (Feb. 12, 2019) (summarized — copyrighted material).]*

---

**PART V**

**RELEVANCE TO JUSTICE V. BELANGER, NO. 23-CV-00308-SE-AJ**

**1. INSTITUTIONAL NOTICE — HIGHEST LEVEL:** Governor Sununu's January 5, 2019 Inaugural Address — a public, statewide address delivered 15 months before the April 9, 2020 transfer of William Soler Justice — constitutes institutional notice at the highest level of state government that housing civilly committed patients at the New Hampshire State Prison for Men was constitutionally deficient. Defendants Aaron Belanger and Eric Barbaro, as corrections officers assigned to the SPU, operated within an institution whose own Governor had publicly

committed to removing its psychiatric patients from the prison — a commitment grounded in the constitutional inadequacy of the current arrangement.

**2. ONLY STATE IN THE NATION:** The article's documentation that New Hampshire was the only state in the nation to house non-criminal civilly committed patients inside a correctional facility is directly relevant to the constitutional standard applicable in this case. The unique and nationally anomalous character of the SPU's placement within the State Prison is probative of the absence of any legitimate penological justification for the conditions William Soler Justice experienced.

**3. WANDA DURYEA'S ADVOCACY — PUBLIC AND DOCUMENTED:** The January 5, 2019 article identifies Wanda Duryea by name and photograph as a patient advocate publicly active in SPU reform efforts as of January 2019 — more than a year before the April 9, 2020 transfer. The February 12, 2019 companion article documents her testifying before the House Criminal Justice and Public Safety Committee. This public advocacy record is directly relevant to Exhibit O: the institutional phone surveillance campaign targeting Wanda Duryea as patient advocate began in February 2018 — before these articles were published — and continued through July 2020. Christine O'Connor's April 16, 2020 profiling of Wanda Duryea in DOC-000014 as one of "three people who are vocal in the media about the fact that they support SPU being closed" is consistent with Duryea's documented public advocacy role reflected in these articles.

**4. DR. SACK'S 1985 WARNING — DECADES OF INSTITUTIONAL NOTICE:** The companion article's documentation that the New Hampshire Psychiatric Society warned in 1985 that "civilly committed patients should not be treated there" establishes that the constitutional problems with the SPU's placement were not newly discovered in 2019 — they had been publicly identified by the medical community 35 years before the April 9, 2020 transfer.

**5. ONGOING FEDERAL LITIGATION AT TIME OF TRANSFER:** The article documents that a federal civil rights action challenging the constitutionality of SPU confinement — Anthony Heath's lawsuit — was actively pending and had already resulted in a federal magistrate ordering pro bono counsel for a civilly committed SPU patient as of January 2019. The New Hampshire Department of Corrections was thus actively defending federal civil rights litigation over SPU conditions at the time of the April 9, 2020 transfer.

---

**Authentication:** See Preliminary Statement § B.

Sources: Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison, InDepthNH.org (Jan. 5, 2019); Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit, InDepthNH.org (Feb. 12, 2019)

(both summarized — copyrighted material; verbatim quotations of public record speech and named advocates' own words included as permitted).