| | |
|---|---|
| **WILLIAM SOLER JUSTICE, Plaintiff, v. AARON BELANGER and ERIC BARBARO, Defendants.** | **Civil Action No. 23-cv-00308-SE-AJ** |

**PLAINTIFF'S EXHIBIT C**

---

**Governor Chris Sununu**

**January 3, 2019 Inaugural Address — Excerpts Relevant to the Secure Psychiatric Unit**

(Reported by InDepthNH.org, January 5, 2019)

***"We WILL move the State Psychiatric Unit out of the State Prison and treat our patients with the dignity they deserve."***

---

***Re: Actual Institutional Notice at the Highest Level of State Government That Housing Civilly Committed Patients at the New Hampshire State Prison for Men Was Constitutionally and Ethically Deficient — 15 Months Before the April 9, 2020 Transfer of William Soler Justice***

(Public Record — Government Speech — Reproduced in Relevant Part)

*Authentication: See Preliminary Statement § C*

---

## PART I — IDENTIFICATION AND AUTHENTICATION

| | |
|---|---|
| **Speaker:** | **Governor Chris Sununu, State of New Hampshire (Second Term)** |
| **Occasion:** | Second Inaugural Address, State of New Hampshire |
| **Date of Delivery:** | January 3, 2019 |
| **Venue:** | New Hampshire State House, Concord, New |

| | |
|---|---|
| **Speaker:** | **Governor Chris Sununu, State of New Hampshire (Second Term)** |
| | Hampshire |
| **Audience:** | Speaker of the House, Senate President, members of the House and Senate, Chief Justice, members of the Judiciary, members of the Executive Council, Commissioners, and the public |
| **Published by:** | InDepthNH.org, January 3, 2019 (full address); January 5, 2019 (Nancy West article reporting SPU pledge) |
| **URLs:** | `https://indepthnh.org/2019/01/03/gov-chris-sununus-inaugural-address/` (full address) `https://indepthnh.org/2019/01/05/sununu-promises-to-remove-secure-psychiatric-unit-from-mens-prison/` (reporting article) |
| **Legal Status of Source:** | Public record. Government speech delivered by an elected official in his official capacity. No copyright protection. Reproducible in full. |

**Note on Exhibit Description:** The Plaintiff's Master Exhibit Index refers to this as the "January 5, 2019 Inaugural Address Excerpt" — the date of the InDepthNH.org article reporting the address. The address itself was delivered on January 3, 2019.

---

## PART II — THE SPU PASSAGE — VERBATIM REPRODUCTION

---

### THE SECURE PSYCHIATRIC UNIT PASSAGE

**Governor Sununu's January 3, 2019 Inaugural Address**

**Reproduced Verbatim — Public Record**

---

The following passage was delivered by Governor Chris Sununu during his January 3, 2019 Inaugural Address, reported verbatim by InDepthNH.org. This is the passage constituting institutional notice at the highest level of state government.

Context within the address: Governor Sununu was discussing the state's mental health system, the progress made during his first term, and the work remaining:

*"These past two years we have made meaningful, sustained progress in addressing our state's mental health crisis. For too long, it was the unspoken crisis of this state."*

*"When something is clearly not working, you don't just keep pushing harder in the same direction, you don't just keep pouring taxpayer dollars into a broken system — you must have the courage to change direction. And that is what we did."*

*"But while we have made great strides the past two years to rebuild that system there is more work to do."*

Then, directly addressing the Secure Psychiatric Unit:

***"And this year, we will accomplish something frankly it has taken far too long to achieve — We WILL move the State Psychiatric Unit out of the State Prison and treat our patients with the dignity they deserve."***

[Source: Governor Chris Sununu, January 3, 2019 Inaugural Address, State of New Hampshire, as reported in Nancy West, *Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison*, InDepthNH.org (Jan. 5, 2019).]

## PART III — CONTEXT: IMMEDIATE PUBLIC RESPONSE

## IMMEDIATE PUBLIC RESPONSE — NAMED WITNESSES IN THIS CASE

The following responses to Governor Sununu's address were published by InDepthNH.org on January 5, 2019. All are verbatim quotations of named individuals' public statements:

**A. Rep. Renny Cushing (D-Hampton) — New Hampshire State Representative:**

*"I thanked the governor after his speech and told him I will work with him and my fellow legislators to make his proposal a reality this year."*

*"People have been waiting for decades for a governor to step up to end the state's shameful practice of criminalizing people with severe mental illness by sending them behind the walls of the state prison and mixing them with convicted criminals in the prison's psychiatric unit."*

[Rep. Renny Cushing, quoted in Nancy West, *Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison*, InDepthNH.org (Jan. 5, 2019).]

**B. Wanda Duryea — Co-Founder, Advocates for Ethical Mental Health Treatment (Declarant in this case):**

*"This gives me hope for my friends inside the SPU that tell me daily of all of their troubles."*

[Wanda Duryea, *id.*]

**C. Beatrice Coulter, RN — Co-Founder, Advocates for Ethical Mental Health Treatment:**

*"This is a remarkable and ambitious pledge by the Governor. For those incarcerated in SPU, this will provide some hope. However, SPU demonstrates other areas we need to work on moving forward including civil rights and improving advocacy and protection processes for vulnerable individuals."*

[Beatrice Coulter, RN, *id.*]

## PART IV — INSTITUTIONAL CONTEXT AT TIME OF ADDRESS

### INSTITUTIONAL CONTEXT — JANUARY 3, 2019

At the time Governor Sununu delivered his inaugural address on January 3, 2019:

1. Governor Sununu, Corrections Commissioner Helen Hanks, and HHS Commissioner Jeffrey Meyers were named defendants in a federal civil rights action brought by Anthony Heath, a civilly committed SPU patient, claiming that housing him in a prison rather than a psychiatric hospital violated his constitutional rights. A federal magistrate had recently ordered pro bono legal representation for Heath.

2. New Hampshire was the only state in the nation to house non-criminal civilly committed psychiatric patients inside a correctional facility — a fact contemporaneously reported by the American Bar Association Journal.
3. The Secure Psychiatric Unit had been the subject of multiple lawsuits, consent decrees, legislative proposals, and federal civil rights investigations for more than three decades.
4. William Soler Justice — the Plaintiff in this action — was at that time confined at the Secure Psychiatric Unit. He had been held there for approximately 18 months as of January 2019 (*see* Exhibit B-2, The Marshall Project, July 30, 2018).
5. Wanda Duryea — who would later be appointed Plaintiff's legal guardian in March 2021 — had been publicly active as Plaintiff's patient advocate and co-founder of Advocates for Ethical Mental Health Treatment since at least January 2018 (pictured at a legislative hearing, January 2018; quoted in Exhibit B article, January 5, 2019; testified before the House Criminal Justice and Public Safety Committee, February 12, 2019).

## PART V — RELEVANCE TO *JUSTICE v. BELANGER*, No. 23-cv-00308-SE-AJ

### RELEVANCE TO INSTANT CASE

6. **HIGHEST-LEVEL INSTITUTIONAL NOTICE:** Governor Sununu's January 3, 2019 Inaugural Address constitutes actual institutional notice at the highest level of New Hampshire state government — the Governor himself, in a public address to the full legislature and the people of New Hampshire — that housing civilly committed patients at the New Hampshire State Prison for Men was constitutionally and ethically deficient and required immediate remediation. This address was delivered 15 months and 6 days before Defendants Aaron Belanger and Eric Barbaro transferred William Soler Justice from H Ward (Assisted Care Status) to E Ward (Acute Care Status / maximum isolation) on April 9, 2020.
7. **"THE DIGNITY THEY DESERVE":** Governor Sununu's explicit reference to treating patients "with the dignity they deserve" — framed as an unrealized obligation — establishes that the conditions then prevailing at the SPU, including the use of

correctional officers to make clinical transfer decisions, were publicly recognized at the highest institutional level as failing to provide the dignity to which civilly committed patients were constitutionally entitled. The April 9, 2020 transfer of William Soler Justice to E Ward — announced by corrections officers before any clinical evaluation, as documented in DOC-000086 — is directly inconsistent with the dignity standard the Governor's own address identified as the applicable constitutional obligation.

8. **"FAR TOO LONG TO ACHIEVE":** The Governor's description of the SPU's reform as "something frankly it has taken far too long to achieve" constitutes an admission that the constitutional deficiency of housing civilly committed patients at the State Prison was not newly identified in 2019 — it was a long-standing, publicly acknowledged failure. This language directly supports Plaintiff's deliberate indifference argument: the institutional actors who transferred William Soler Justice to E Ward on April 9, 2020 did so in a facility whose own Governor had publicly conceded was constitutionally deficient 15 months earlier.

9. **WANDA DURYEA — NAMED AND QUOTED IN REPORTING:** Wanda Duryea is named and quoted in the InDepthNH.org article reporting this address (January 5, 2019), identifying her publicly as a patient advocate who had been fighting for SPU reform. Christine O'Connor's April 16, 2020 characterization of Wanda Duryea in DOC-000014 as one of "three people who are vocal in the media about the fact that they support SPU being closed" must be understood against the documented public record of Duryea's advocacy — including the quote in this very article — as the institutional context in which the phone surveillance operation documented in Exhibit O was initiated and carried out.

10. **THE PROMISE WAS NOT KEPT:** The Governor's January 3, 2019 promise to move the SPU out of the State Prison "this year" was not fulfilled. On April 9, 2020 — 15 months later — William Soler Justice was still confined at the Secure Psychiatric Unit inside the New Hampshire State Prison for Men, and was transferred by corrections officers from the least restrictive ward to the most restrictive ward without prior clinical assessment. The failure to implement the Governor's publicly announced commitment is

itself evidence that the constitutional deficiency the Governor identified was left unremedied at the time of the events at issue.

## PART VI — TIMELINE: FROM SUNUNU'S ADDRESS TO THE APRIL 9, 2020 TRANSFER

### TIMELINE — INSTITUTIONAL NOTICE TO TRANSFER

| Date | Event |
|---|---|
| **April 19, 2018** | [Prior] Federal court enters Preliminary Injunction in *DRC-NH v. Hanks*, No. 1:18-cv-00160 (Exhibit E) |
| **August 29, 2018** | [Prior] Permanent Injunction entered in *DRC-NH v. Hanks* (Exhibit E) |
| **January 3, 2019** | Governor Sununu delivers inaugural address; promises to move SPU out of prison and treat patients "with the dignity they deserve" |
| **January 5, 2019** | Nancy West reports address in InDepthNH.org; Wanda Duryea quoted by name as patient advocate |
| **February 12, 2019** | Wanda Duryea testifies before House Criminal Justice and Public Safety Committee in support of HB 726 (Exhibit B-1) |
| **April 9, 2020** | Defendants Belanger and Barbaro transfer William Soler Justice from H Ward (least restrictive) to E Ward (most restrictive) without prior clinical assessment — 15 months and 6 days after the Governor's address |

---

*Authentication: See Preliminary Statement § C.*

*Sources: Governor Chris Sununu, January 3, 2019 Inaugural Address, State of New Hampshire (public record); Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison, InDepthNH.org (Jan. 5, 2019) (verbatim quotations of named individuals' own public statements).*

---

**[END OF EXHIBIT C]**

# EXHIBIT C-1

William Soler Justice, Handwritten Letter Draft to Governor Chris Sununu February 6, 2019 (Wednesday)

[Labeled "ROUGH DRAFT" on document face]

**Re:** Plaintiff's Contemporaneous Written Response to Governor Sununu's January 3, 2019 SPU Pledge; Self-Identification as "Victimized Patient at the Prison"; Report of Alleged Mistreatment to Governor

***Authentication:*** *See Preliminary Statement § C; Declaration of Wanda Duryea, ¶¶ 1, 21*

---

## PART C1-I — DOCUMENT IDENTIFICATION

| | |
|---|---|
| **Author:** | **William Soler Justice (identified as "William 'Bill' Soler, Jr.")** |
| **Date:** | February 6, 2019 (Wednesday) |
| **Document Designation:** | "ROUGH DRAFT" — appears on document face |
| **Recipient:** | Governor Chris Sununu |
| **Subject:** | Response to Governor Sununu's January 3, 2019 Inaugural Address pledge to remove the SPU from the State Prison |
| **Status:** | Draft letter; production status in discovery not yet confirmed |

**Relationship to Exhibit C:** This letter was written 34 days after Governor Sununu's January 3, 2019 Inaugural Address (Exhibit C) and 32 days after the InDepthNH.org article reporting the address (January 5, 2019). It demonstrates that the Governor's public pledge reached William Soler Justice at the Secure Psychiatric Unit and prompted a direct written response from him.

---

## PART C1-II — VERBATIM TEXT OF LETTER

(Reproduced Verbatim — William Soler Justice's Own Handwritten Document)

**ROUGH DRAFT**

From: William "Bill" Soler, Jr.

02/06/19 (Wed)

Dear Gov. Sununa:

Thank you for your anticipated pledge of removing the secure psychiatric unit (s.p.u.) out of the state prison (in an hope to be, timely manner), the way it should have been done originally. I am currently a victimized patient at the prison, who should have been released from the prison a long time ago due to the crimes perpetrated by staff against me, such as 3 felonious assaults (dates: Feb. 18th, 2018-> Sans April 10th, 2018, Tues.; Labor Day holiday weekend >2018

The three assaults were among 15 brutalizations that I have suffered from prison personnel (the last one being on Jan. 22nd, 2019>Tues). The Jan 22nd, brutalization reaggravated an old back injury. Personnel attempted to murder me twice (once w/ black coffee and the other time on Mon April 09th, 2019 w/rat poison). They tortured me for 15 hrs. straight over the Labor Day weekend. And, again, this past 25th of Jan through Mon. the 28th They tortured me w/ the microchips implanted in me by Elliot Hospital on my 30th birthday (02/05/06) 4 assaults (Grand)

[Letter continues — remainder of document consists of numerical calculations on page 2.]

---

## PART C1-III — DRAFTING AND CLINICAL NOTES

**1. "ROUGH DRAFT" DESIGNATION:** The letter is labeled "ROUGH DRAFT" on its face. Its production status — whether a final version was sent to the Governor's office — has not been confirmed in discovery.

**2. DATE INCONSISTENCY — "APRIL 09TH, 2019":** The letter is dated February 6, 2019, yet references an alleged event on "Mon April 09th, 2019 w/rat poison." This is internally inconsistent — February 6, 2019 precedes April 9, 2019 by approximately 62 days. This inconsistency is most likely a writing error — the intended date was almost certainly April 9, 2018 — consistent with the other assault dates listed (February 18, 2018; April 10, 2018; Labor Day 2018). The date of April 9, 2018 would fall approximately one year before the April 9, 2020 events at issue in this litigation.

**3. CLINICAL CONTEXT — ANOSOGNOSIA AND FIXED DELUSIONAL BELIEFS:** As documented in Declaration ¶¶ 6 and 21, William Soler Justice suffers from Schizophrenia, paranoid type, including anosognosia (inability to recognize one's own illness) and fixed delusional beliefs — including the belief that staff members have implanted microchips in him and have engaged in other extraordinary conduct. These beliefs are a documented clinical feature of his diagnosis, assessed by SPU clinicians as symptoms of his mental illness rather than factual accounts. References in this letter to microchip implantation and poison are presented here as William's own contemporaneous written statements — not as factual allegations endorsed by Plaintiff's counsel — and are offered for the limited purpose of documenting the state of William's subjective experience during his confinement and his direct engagement with the Governor's office.

**4. FELONIOUS ASSAULT ALLEGATIONS:** The letter's references to three felonious assaults (February 18, 2018; April 10, 2018; Labor Day weekend 2018) and a January 22, 2019 incident reaggravating a back injury are allegations William made in his own handwriting at the time. The back injury allegation is separately relevant: Declaration ¶ 13 documents elevated vital signs in the days following the April 9, 2020 transfer consistent with acute physiological stress. Whether any of the 2018–2019 incidents resulted in formal investigation or documentation is a matter of the discovery record.

**PART C1-IV — RELEVANCE TO JUSTICE v. BELANGER, No. 23-cv-00308-SE-AJ**

**1. WILLIAM ENGAGED WITH THE GOVERNOR'S PLEDGE:** This letter establishes that William Soler Justice, from within the Secure Psychiatric Unit, received and responded in writing to Governor Sununu's January 3, 2019 inaugural promise to remove the SPU from the State Prison. His opening words — "Thank you for your anticipated pledge of removing the secure psychiatric unit (s.p.u.) out of the state prison, the way it should have been done originally" — demonstrate his awareness of the public discourse surrounding his confinement and his expectation that institutional change was forthcoming. This makes the April 9, 2020 transfer — occurring 14 months after this letter, with no institutional reform having been implemented — more, not less, significant.

**2. "VICTIMIZED PATIENT AT THE PRISON":** William's self-identification as "a victimized patient at the prison, who should have been released from the prison a long time ago due to the crimes perpetrated by staff against me" is a contemporaneous self-report made directly to the Governor of New Hampshire — the head of the executive branch — approximately 14 months before the April 9, 2020 transfer. It establishes that William was actively seeking external intervention at the highest institutional level at the time of the events that preceded his transfer.

**3. PATTERN OF REPORTED INJURIES — BACK INJURY:** The letter's reference to a January 22, 2019 incident that "reaggravated an old back injury" is relevant to the medical significance of the April 9, 2020 transfer of a patient who was 6'7", 388 pounds, and had pre-existing physical vulnerabilities. The letter documents William's own contemporaneous account of a back injury reaggravation approximately 14 months before the transfer.

**4. INSTITUTIONAL KNOWLEDGE:** The letter's existence as a "ROUGH DRAFT" addressed to the Governor of New Hampshire is itself evidence of the depth of William's engagement with

external oversight mechanisms. Whether or not a final version was sent and received, the letter documents that William — a civilly committed patient diagnosed with anosognosia — was sufficiently oriented to compose a substantive written communication to the state's chief executive in direct response to a specific public pledge made 34 days earlier. This directly contradicts any characterization of William as unable to engage in or understand the institutional context of his confinement.

---

***Authentication:*** *See Preliminary Statement § C; Declaration of Wanda Duryea, ¶¶ 1, 6, 21.*

***Source:*** *William Soler Justice, Handwritten Letter Draft to Governor Chris Sununu (Feb. 6, 2019) (Plaintiff's own document — no copyright restriction).*

**[END OF EXHIBIT C-1]**