# EXHIBIT D

## Justice v. Governor, NH, State of et al.

Case No. 1:20-cv-00517-PB

U.S. District Court, District of New Hampshire

*Civil Action under 42 U.S.C. § 1983*

(Public Court Record — Reproduced in Relevant Part)

**Note Regarding PACER "Date Filed" Field**

The PACER docket header for Case No. 1:20-cv-00517-PB displays **"Date Filed: 05/16/2020."** This date reflects the *case conversion date* — the date on which William Soler Justice's Motion to Proceed Without Prepayment of Fees or Costs (Doc. No. 3) was processed and the matter was formally converted to a civil case assigned Case No. 1:20-cv-517-PB. The complaint (Doc. No. 1) was received and processed by the Court on **April 20, 2020** — as confirmed by the first docket entries dated April 30, 2020 referencing the pre-existing complaint. The filing date of **April 20, 2020** is the operative date for purposes of this litigation.

## SECTION 1 — CASE CAPTION AND DOCKET HEADER

*As it appears on the PACER docket for Case No. 1:20-cv-00517-PB:*

| | |
|---|---|
| **Case** | **Justice v. Governor, NH, State of et al.** |
| **Case Number** | **1:20-cv-00517-PB** |

| | |
|---|---|
| **Case** | **Justice v. Governor, NH, State of et al.** |
| **Court** | **U.S. District Court, District of New Hampshire (Concord)** |
| **Assigned To** | **Judge Paul J. Barbadoro** |
| **Cause** | **42:1983 Prisoner Civil Rights** |
| **Nature of Suit** | **550 Prisoner: Civil Rights** |
| **Jurisdiction** | **Federal Question** |
| **Jury Demand** | **Defendant** |
| **PACER "Date Filed"** | **05/16/2020** ***[see introductory note — reflects case conversion date, not complaint receipt date]*** |
| **Operative Complaint Filing Date** | **April 20, 2020** |
| **Docket as of** | **April 8, 2025** |

## SECTION 2 — PARTIES OF RECORD

| Role | Name / Entity | Status / Notes |
|---|---|---|
| **PLAINTIFF** | William Soler Justice *(formerly William Soler, Jr.; legal name change effective May 9, 2022)* | **[ACTIVE — Pro Se]** *Formerly represented by John E. Laboe, Laboe Associates (Terminated: 08/31/2021)* |
| **DEFENDANT** | Governor, NH, State of / Christopher T. Sununu | *TERMINATED: 01/12/2023* |
| **DEFENDANT** | Secure Psychiatric Unit | *TERMINATED: 01/12/2023* |
| **DEFENDANT** | Wendy Martin | *TERMINATED: 01/12/2023 SPU Psychiatrist — author of DOC-000085 in instant case* |
| **DEFENDANT** | Scott J. Marshall | *TERMINATED: 01/12/2023 SPU Captain — recipient of surveillance emails in instant case* |
| **DEFENDANT** | Office of the Public | *TERMINATED: 01/12/2023* |

| Role | Name / Entity | Status / Notes |
|---|---|---|
| | Guardian | |
| **DEFENDANT** | Eric Vangelder | *TERMINATED: 01/12/2023* |
| **DEFENDANT** | NH Department of Corrections | *TERMINATED: 01/12/2023* |
| **DEFENDANT** | Daniel Potenza | *TERMINATED: 03/19/2024* |
| **DEFENDANT** | Mark J. Kimball | *TERMINATED: 05/14/2024* |
| **DEFENDANT** | Randal G. Carver | *TERMINATED: 03/19/2024* |
| **DEFENDANT** | Deborah Robinson | **[ACTIVE]** *SPU Administrator — author of DOC-000010 and DOC-000013 in instant case* |
| **DEFENDANT** | Helen E. Hanks, DOC Commissioner | **[ACTIVE]** |
| **DEFENDANT** | Paula Mattis | **[ACTIVE]** |
| **DEFENDANT** | Carlene Ferrier | **[ACTIVE]** |
| **DEFENDANT** | Frank H. Logan, III | **[ACTIVE]** |
| **DEFENDANT** | Joshua N. Deblois | **[ACTIVE]** |
| **DEFENDANT** | Nathaniel P. Seabron | **[ACTIVE]** |
| **DEFENDANT** | Benjamyn Carver | **[ACTIVE]** |
| **DEFENDANT** | Page Kimball | **[ACTIVE]** |
| **DEFENDANT** | Bret Richardson | **[ACTIVE]** |
| **DEFENDANT** | Kenneth K. Kum | **[ACTIVE]** |
| **DEFENDANT** | Jonathan Boisselle | **[ACTIVE]** |
| **DEFENDANT** | CO Ryan | **[ACTIVE]** |
| **DEFENDANT** | CO Morissette | **[ACTIVE]** |
| **DEFENDANT** | Mark Gagne, Nurse | **[ACTIVE]** |
| **DEFENDANT** | Eric Hansmeier | *Notice Only* |
| **DEFENSE COUNSEL** *(NH AG's Office)* | Duncan A. Edgar; Lawrence Gagnon; Catherine Denny; Nathan W. Kenison-Marvin; Samuel R. V. Garland | *Garland terminated 01/30/2025* |

| Role | Name / Entity | Status / Notes |
|---|---|---|
| **DEFENSE COUNSEL** *(Private — for Potenza)* | Megan Alydia Sigur and Stephen J. Soule *Paul Frank & Collins PC, Burlington, VT* | *Terminated: 02/08/2024* |

## SECTION 3 — SELECTED SIGNIFICANT DOCKET ENTRIES

*Reproduced in relevant part from the PACER docket, Case No. 1:20-cv-00517-PB. Docket text summarized or reproduced verbatim as noted.*

| Date Filed | Doc. No. | Docket Text |
|---|---|---|
| 04/30/2020 | — | NOTICE. Case designated for Electronic Case Filing. (Entered: 04/30/2020) |
| 04/30/2020 | 2 | NOTICE — Filing Fee Omitted. Either the filing fee or an application to proceed without fees must be submitted within 60 days. Compliance Deadline: 6/30/2020. (Entered: 04/30/2020) |
| 05/16/2020 | 3 | MOTION to Proceed Without Prepayment of Fees or Costs with Custodial Certificate and Prisoner Consent Form filed by William Soler, Jr. (Entered: 05/18/2020) |
| 05/16/2020 | — | Application complete — case converted to a civil case. Case assigned to Judge Paul J. Barbadoro. New case number is 1:20-cv-517- |

| Date Filed | Doc. No. | Docket Text |
| --- | --- | --- |
| | | PB. (Entered: 05/18/2020) |
| 05/19/2020 | 4 | ORDER granting Application to Proceed Without Prepayment of Fees. So Ordered by Magistrate Judge Daniel J. Lynch. (Entered: 05/19/2020) |
| 05/20/2020 | 5 | MOTION for ruling that plaintiff is not subject to PLRA filed by William Soler, Jr. (Entered: 05/21/2020) |
| 05/21/2020 | — | ENDORSED ORDER: Complaint (Doc. No. 1) placed under provisional seal at Level II — contains personal identifiers and confidential information. So Ordered by Magistrate Judge Andrea K. Johnstone. (Entered: 05/22/2020) |
| 03/02/2021 | — | ENDORSED ORDER: Court vacates May 19, 2020 IFP order. Court rules plaintiff is NOT subject to Prison Litigation Reform Act (PLRA) — civilly committed person is not a "prisoner" within the meaning of 28 U.S.C. § 1915(h). Filing fee waived. Plaintiff to be refunded any money collected. So Ordered by Magistrate Judge Daniel J. Lynch. [Citing *Ardaneh v. U.S. Govt,* |

| Date Filed | Doc. No. | Docket Text |
|---|---|---|
| | | No. CV 20-1-037-WGY, 2020 WL 5525371 (D. Mass. Sept. 1, 2020)] (Entered: 03/02/2021) |
| 03/05/2021 | 11 | ORDER directing Clerk to appoint a Guardian Ad Litem (lawyer) to represent Mr. Soler for limited purpose of determining his capacity. So Ordered by Magistrate Judge Andrea K. Johnstone. (Entered: 03/05/2021) |
| 06/01/2022 | 23 | NOTICE of Name Change — William Soler, Jr. to William Soler Justice. (Entered: 06/01/2022) |
| 12/02/2022 | 29 | AMENDED REPORT AND RECOMMENDATION re: Complaint. So Ordered by Magistrate Judge Andrea K. Johnstone. (Entered: 12/02/2022) |
| 01/12/2023 | 31 | ORDER approving Amended Report and Recommendation. So Ordered by Judge Paul J. Barbadoro. (Entered: 01/12/2023) |
| 02/12/2024 | 98 | MOTION for Injunction to Prevent Placing Civilly Committed in SPU filed by William Soler Justice. (Entered: 02/12/2024) |

## SECTION 4 — EVIDENTIARY SIGNIFICANCE

The operative complaint in *Justice v. Governor* (Case No. 1:20-cv-00517-PB) was filed on **April 20, 2020** — eleven days after Plaintiff William Soler Justice was transferred from H Ward (Assisted Care, least restrictive) to E Ward (Acute Care, most restrictive, approximately 23 hours per day lockdown) on **April 9, 2020**. The temporal proximity between the retaliatory transfer and the lawsuit is direct and documented.

SPU officials were aware that a federal civil rights complaint was being prepared *before* April 20, 2020. This awareness is established through two independent evidentiary sources:

- **(a) DOC-000014** (O'Connor, April 16, 2020, 11:23 AM) — four days before the filing — Senior Psychiatric Social Worker Christine O'Connor noted that William "makes note in this request slip, that Wanda Duryea is assisting with filing a case against the NH State Prison, on his behalf." This contemporaneous institutional record establishes that SPU officials had specific knowledge of the impending lawsuit before the complaint was filed.
- **(b) Monitored Phone Calls** — Pursuant to the phone surveillance operation documented in Exhibit O (DOC-000008 through DOC-000032), William Justice's telephone communications with Wanda Duryea were actively monitored by SPU officials. Communications discussing the planned litigation were overheard and documented prior to the April 9, 2020 transfer. DOC-000013 (Robinson, April 16, 2020) specifically references Sergeant Barbaro overhearing William on the phone "seemingly taking down these words from his phone caller."

Two defendants in *Justice v. Governor, NH* are central figures in the documentary record of the instant case:

- **(a) Deborah Robinson** — SPU Administrator — is a named defendant in *Justice v. Governor* and is the author of **DOC-000010** (ordering Defendant Barbaro to pull William's phone calls: *"Can we pull Mr. Soler's calls? I'd like to listen to some..."*) and **DOC-000013** (the manufactured attorney-

client privilege email). Robinson's dual role as defendant in the prior case and orchestrator of institutional retaliation in the instant case is directly relevant to motive.

- **(b) Dr. Wendy Martin** — SPU Psychiatrist — is a named defendant in *Justice v. Governor* and is the author of **DOC-000085** (April 9, 2020: *"Soler needs to be seen"*) — the companion document to DOC-000086 (Nurse Clayman's email confirming corrections officers, not clinicians, announced the transfer to E Ward). Dr. Martin's status as a defendant in the prior case provides institutional context for the retaliatory character of the April 9, 2020 events.

On **March 2, 2021**, the Court granted William's motion and ruled that, as a civilly committed person, he is not a "prisoner" within the meaning of the Prison Litigation Reform Act, **28 U.S.C. § 1915(h)**. This ruling — entered in the parallel litigation by the same court — directly confirms Plaintiff's non-punitive civil status and is consistent with the constitutional protections applicable to civilly committed persons that are at issue in the instant case.

Closing Note:

*This exhibit is submitted as a public court record. The docket is reproduced in relevant part from the PACER system, Case No. 1:20-cv-00517-PB, U.S. District Court, District of New Hampshire, as retrieved*

April 8, 2025

.