**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW HAMPSHIRE

---

| | |
|---|---|
| **WILLIAM SOLER JUSTICE, Plaintiff, v. AARON BELANGER and ERIC BARBARO, Defendants.** | **Civil Action No. 23-cv-00308-SE-AJ PLAINTIFF'S EXHIBIT H** |

---

# PLAINTIFF'S EXHIBIT H

## NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS ANNUAL REPORTS — SELECTED EXCERPTS

State Fiscal Year 2019 (July 1, 2018 – June 30, 2019)

State Fiscal Year 2021 (July 1, 2020 – June 30, 2021)

Excerpts Relating to the Secure Psychiatric Unit, Staffing, Operations, and Costs

*New Hampshire Department of Corrections Annual Report, SFY 2019 (published 2019);*

*New Hampshire Department of Corrections Annual Report, SFY 2021 (published 2021)*

*— Selected Excerpts (Public Government Documents)*

*Authentication: See Preliminary Statement § H; Declaration of Wanda Duryea ¶ 13*

---

## PART I — INTRODUCTION

The New Hampshire Department of Corrections (NHDOC) publishes annual reports pursuant to RSA 21-H:8. These reports are public government documents. This exhibit reproduces excerpts from the SFY 2019 Annual Report and the SFY 2021 Annual Report relevant to: the structure,

operations, staffing, and cost of the Secure Psychiatric Unit (SPU); the role and identity of key named individuals; and the institutional context within which the April 9, 2020 events occurred.

---

## PART II — EXHIBIT H-1: SFY 2019 ANNUAL REPORT (JULY 1, 2018 – JUNE 30, 2019)

| Field | Detail |
|---|---|
| **Commissioner** | Helen E. Hanks |
| **Assistant Commissioner** | Benjamin R. Jean |
| **Report Period** | State Fiscal Year beginning July 1, 2018 and ending June 30, 2019 |
| **Temporal Note** | This period precedes the April 9, 2020 events by approximately 9–21 months and covers the initial period of William Soler Justice's confinement at the SPU (he was confined there beginning in 2018). |

### SECTION A: THE SECURE PSYCHIATRIC UNIT — STRUCTURE AND CAPACITY

*From the SPU section of the Annual Report (pp. 57–58):*

> *"The Secure Psychiatric Unit (SPU) is the most intensive and secure inpatient treatment facility in the state behavioral health service delivery system."*

#### Capacity

66-bed total capacity, configured as follows:

- 50 male beds
- 10 female beds

- 6 infirmary rooms

**Admissions and Discharges — SFY 2019**

49 admissions; 54 discharges

**SPU Admissions by RSA Authority, SFY 2019**

| Statutory Authority | Admissions | Discharges |
|---|---|---|
| RSA 135-C (Criminally Committed) | 6 | 9 |
| RSA 171-B (Civilly Committed — Developmental Disability) | 0 | 2 |

**NOTE:** William Soler Justice is committed under RSA 171-B. The Annual Report confirms that RSA 171-B patients — individuals civilly committed, not criminally convicted — were housed at the SPU during this period.

## SECTION B: CORRECTIONS OFFICERS AT THE SPU — STAFFING MODEL

The Annual Report describes SPU staffing as follows:

> *"Security staff are certified correctional officers who participate in additional specialized training in managing clients with mental illness."*

The Annual Report confirms: all security functions at the SPU are performed by DOC certified corrections officers — not by clinical staff of DHHS. This is the staffing model in effect during the events at issue in this case.

## SECTION C: COST OF SPU CONFINEMENT

*From the Data Elements section (p. 47):*

| Cost Metric | Amount |
|---|---|
| Average Cost Per Day — SPU/RTU | **$425.00** |
| Average Cost Per Day — General Prison Population | $122.00 |
| Estimated Annual Cost Per SPU Resident | approximately $155,125 |
| Total SPU/RTU Annual Expenditure (estimated) | approximately $10,239,486 |

The SPU is 3.5 times more expensive per day than general prison confinement. This cost differential reflects the clinical and security intensity of SPU operations and underscores that the institution viewed SPU placement as a significant resource allocation decision. Transfer decisions within the SPU (between H Ward, F Ward, and E Ward) and to or from NH Hospital affected the institution's resource allocation and financial reporting.

## SECTION D: CAPITAL IMPROVEMENTS — SURVEILLANCE INFRASTRUCTURE

The Annual Report documents capital improvement projects during SFY 2019 including:

> *"electronic controls and security camera upgrades" at SPU and NHSP-M*

**NOTE:** The installation and upgrading of electronic controls and security cameras at the SPU during SFY 2019 is directly relevant to Exhibit I (William Soler Justice's April 9, 2020 Resident Request Slip), in which William references Captain Marshall's prior statement that "the spu facility is bugged for sound" and requests preservation of the audio/video recording of his April 9, 2020 hallway

| |
|---|
| encounter with Defendant Belanger and CO Wrenn. |

## SECTION E: NH STATE PRISON FOR MEN — POPULATION AND WARDEN

| Data Point | Detail |
|---|---|
| NHSP-M Population as of June 30, 2019 | 1,342 (capacity: 1,408) |
| Warden | Michelle Edmark |
| Location Note | The SPU is physically located within the NHSP-M. |

## SECTION F: KEY NAMED INDIVIDUALS — RECOGNITION AND AWARDS

The SFY 2019 Annual Report identifies the following individuals — each of whom appears in the documentary record of this case — as recipients of awards or recognition:

### 1. Deborah Robinson — SPU Administrator

The Annual Report identifies Deborah Robinson as recipient of the *"Distinguished Fellow award from the American Therapeutic Recreation Association"* in September 2018. Deborah Robinson is the SPU Administrator who, on April 16, 2020 — seven days after the April 9, 2020 transfer — wrote *"I am adding Erik Bal to this email and noting it as privileged"* and directed operational content about William Soler Justice to the institutional record (Exhibit O, DOC-000013). Robinson also directly ordered Defendant Eric Barbaro to pull William Soler Justice's phone calls on June 16, 2020 (Exhibit O, DOC-000010).

### 2. Paula Mattis — Director of Medical and Forensic Services

The Annual Report identifies Paula Mattis as recipient of the *"Social Worker of the Year award"* in March 2019. Paula Mattis is a named defendant in the

related case *Justice v. Governor,* No. 1:20-cv-00517-PB (U.S. District Court, D.N.H.) (Exhibit D).

**3. Randy Inman — Sergeant**

The Annual Report identifies Randy Inman as recipient of a *"Team Commendation Award"* in SFY 2019. Randy Inman is the same individual later identified in the NHPR investigative series *Operation Night Cat* (Exhibit G) as having allegedly filed a false employee accident/injury report to cover up a corrections officer's assault on an inmate at the same facility. Inman retired with his state pension before disciplinary proceedings concluded.

### SECTION G: NH PRISONS AND ACCREDITATION

The Annual Report confirms:

> *"NH prisons are not accredited by any national accrediting organization."*

This is consistent with the finding in Exhibit B-2 (*The Marshall Project,* 2018) that the SPU was not accredited by the Joint Commission at the time of the events at issue.

---

## PART III — EXHIBIT H-2: SFY 2021 ANNUAL REPORT (JULY 1, 2020 – JUNE 30, 2021)

| Field | Detail |
|---|---|
| **Commissioner** | Helen E. Hanks |
| **Assistant Commissioner** | William T. Conway |
| **Report Period** | State Fiscal Year beginning July 1, 2020 and ending June 30, 2021 |
| **Temporal Note** | This period directly covers the events at issue in this litigation. The April 9, |

| Field | Detail |
| --- | --- |
| | 2020 transfer occurred approximately 83 days before the SFY 2021 period begins. The events documented in Exhibits I through M (Resident Request Slips, letters, and O'Connor responses) all fall within SFY 2021. |

## SECTION A: COVID-19 OPERATIONAL PERIOD

The SFY 2021 Annual Report covers a year of significant institutional disruption due to the COVID-19 pandemic. The report's dedication notes the unexpected loss of team member Gina Alosa on November 1, 2020, reflecting the impact of the pandemic on DOC personnel.

The SFY 2021 reporting period includes the following events from the instant case:

| Date | Event | Relationship to SFY 2021 |
| --- | --- | --- |
| April 9, 2020 | Transfer of William Soler Justice to E Ward | 3 months before start of SFY 2021 |
| May–December 2020 | SPU phone surveillance campaign against William Soler Justice and Wanda Duryea (Exhibit O) | Overlaps start of SFY 2021 (July 2020 onward) |
| June 3, 2020 | William's letter to Probate Judge Moran (Exhibit K) | Within SFY 2021 |
| July 6–10, 2020 | O'Connor's written responses (Exhibits L, M) | Within SFY 2021 |

## SECTION B: INSTITUTIONAL LEADERSHIP — CONTINUITY

Helen E. Hanks remained DOC Commissioner throughout both the SFY 2019 and SFY 2021 reporting periods. The transition from Benjamin R. Jean (Assistant Commissioner, SFY 2019) to William T. Conway (Assistant

Commissioner, SFY 2021) represents the only significant leadership change at the DOC level during the relevant period. Commissioner Hanks is a named defendant in the related cases *Heath v. Hanks* and *DRC-NH v. Hanks* (Exhibit E).

---

## PART IV — SUMMARY TABLE: KEY SPU DATA POINTS FROM ANNUAL REPORTS

| Data Point | SFY 2019 | SFY 2021 |
|---|---|---|
| Commissioner | Helen E. Hanks | Helen E. Hanks |
| Assistant Commissioner | Benjamin R. Jean | William T. Conway |
| SPU Capacity (total beds) | 66 (50M, 10F, 6 infirmary) | N/A (not changed) |
| SPU Admissions | 49 | N/A |
| SPU Discharges | 54 | N/A |
| Cost Per Day (SPU/RTU) | $425.00 | N/A (not extracted) |
| Cost Per Day (General Prison) | $122.00 | N/A (not extracted) |
| NH State Prison for Men Warden | Michelle Edmark | N/A |
| NH Prison Accreditation Status | Not accredited | Not accredited |
| Staffing Model (SPU Security) | DOC certified corrections officers | DOC certified corrections officers |

---

## PART V — EVIDENTIARY SIGNIFICANCE

### A. COST DATA ESTABLISHES INSTITUTIONAL STAKES

The $425/day cost of SPU confinement — more than 3.5 times the $122/day general prison population cost — demonstrates that SPU administrators had

a strong financial incentive to manage SPU census carefully. Transfer decisions within the SPU (between H Ward, F Ward, and E Ward) and to or from NH Hospital affected the institution's resource allocation and financial reporting.

### B. SURVEILLANCE INFRASTRUCTURE — 2019 CAPITAL IMPROVEMENTS

The SFY 2019 Report's documentation of electronic controls and security camera upgrades at the SPU directly supports William Soler Justice's April 9, 2020 request for audio/video preservation (Exhibit I), establishing that the infrastructure existed and that Captain Marshall had previously confirmed its use in prior incidents.

### C. NAMED INDIVIDUALS' INSTITUTIONAL STANDING

The SFY 2019 Annual Report confirms that Deborah Robinson and Paula Mattis were recognized senior institutional figures receiving formal awards in the year immediately preceding the events at issue. Their decisions regarding William Soler Justice on and after April 9, 2020 were made from positions of established institutional authority and standing within the DOC.

### D. DOC JURISDICTION OVER SPU — NOT DHHS

Both Annual Reports confirm that the SPU operates under DOC jurisdiction, with security functions performed by DOC corrections officers. This is consistent with the NH Advisory Committee's core legal finding (Exhibit F) that RSA 622:41 placed the SPU under DOC control in 1985, and with Recommendation 1(a) to move it to DHHS oversight.

---

**— END OF EXHIBIT H —**

I certify that the foregoing excerpts are true and accurate reproductions from the New Hampshire Department of Corrections Annual Reports for State Fiscal Year 2019 and State Fiscal Year 2021, which are public government documents available on the NHDOC website. These documents are offered

pursuant to Fed. R. Evid. 901(b)(7) and Fed. R. Evid. 803(8) (public records exception).

*Submitted by Plaintiff*

**William Soler Justice**
Plaintiff, *Pro Se*
Civil Action No. 23-cv-00308-SE-AJ

*See also: Preliminary Statement § H; Declaration of Wanda Duryea ¶ 13; Exhibits D, E, F, G, I, K, L, M, O (referenced herein)*