| | |
|---|---|
| **WILLIAM SOLER JUSTICE, Plaintiff, v. AARON BELANGER and ERIC BARBARO, Defendants.** | **Civil Action No. 23-cv-00308-SE-AJ** |

# PLAINTIFF'S EXHIBIT N

**H Ward Shower Email Chain — DOC-000001 through DOC-000002 — May 27–28, 2020.**

**Source:** Discovery production in *Justice v. Belanger,* Civil Action No. 23-cv-00308-SE-AJ.

**Parties:** Defendants Eric Barbaro (Sgt., SPU) and Aaron Belanger (CO, SPU); SPU Captain Scott Marshall; Social Worker Christine O'Connor; Ian Reinholz.

**Authentication:** Declaration of Wanda Duryea, ¶ 17.

---

This exhibit consists of an internal Secure Psychiatric Unit (SPU) email chain among Defendants Eric Barbaro and Aaron Belanger, SPU Captain Scott Marshall, and Social Worker Christine O'Connor, regarding broken H Ward showers, produced in discovery as DOC-000001 through DOC-000002. The email chain confirms Defendants' operational involvement in H Ward conditions during Plaintiff's confinement.

---

## PART I — VERBATIM EMAIL REPRODUCTION

## (Discovery Production DOC-000001 through DOC-000002)

**Email 1 (DOC-000001)**

> **FROM:** Eric Barbaro
>
> **TO:** Marshall, Scott; O'Connor, Christine; Reinholz, Ian
>
> **CC:** Belanger, Aaron
>
> **SUBJECT:** H Ward showers
>
> **DATE:** Wednesday, May 27, 2020, 2:24 PM
>
> "Today, Officer Belanger offered to escort G/H residents to F Ward for showers. Some G Ward residents went to F ward. However, H ward residents refused."

**Email 2 (DOC-000001)**

> **FROM:** O'Connor, Christine
>
> **TO:** Barbaro, Eric; Marshall, Scott; Reinholz, Ian
>
> **CC:** Belanger, Aaron
>
> **SUBJECT:** RE: H Ward showers
>
> **DATE:** Thursday, May 28, 2020, 11:27 AM
>
> "I heard that G ward has warm showers now. Mr. Soler did seem open to showering on F tier today."
>
> *Christine O'Connor, LICSW, MLADC, Senior Psychiatric Social Worker, SPU, Department of Corrections, PO Box 2828, Concord NH 03302-2828*

**Email 3 (DOC-000002)**

> **FROM:** Belanger, Aaron
>
> **TO:** O'Connor, Christine
>
> **SUBJECT:** RE: H Ward showers
>
> **DATE:** Thursday, May 28, 2020, 11:51:14 AM
>
> "Its up to the G/H officers to coordinate. Good luck"

**Email 4 (DOC-000002)**

> **FROM:** Barbaro, Eric
>
> **TO:** O'Connor, Christine; Marshall, Scott; Reinholz, Ian
>
> **CC:** Belanger, Aaron
>
> **SUBJECT:** RE: H Ward showers
>
> **DATE:** Thursday, May 28, 2020, 2:03:33 PM
>
> "The showers on G/H are now working well. Residents reported that the water was warm/hot"

---

## PART II — ANNOTATIONS AND EVIDENTIARY SIGNIFICANCE

**A. Context**

This email chain was generated approximately seven weeks after the April 9, 2020 transfer of William Soler Justice from H Ward (Assisted Care) to E Ward (Acute Care). At the time of the emails, William Soler Justice had been returned to H Ward following his confinement on E Ward. The chain documents that H Ward showers were broken and providing only cold water during the period relevant to the transfer.

**B. Connection to Transfer**

In DOC-000013 (April 16, 2020, produced separately as part of Exhibit O), SPU Administrator Deborah Robinson wrote: "He has recently moved back from H to the infirmary due to initiating a hunger strike (after a couple of days he began eating and was moved to E ward) that he said was related to not having cold water for a shower." This shower email chain independently corroborates that the H Ward shower condition was a real operational problem — not a delusion or fabrication — confirming that William's complaint about cold water showers was factually grounded.

**C. Defendants' Personal Involvement**

Both named Defendants are present in this email chain:

- — Defendant Eric Barbaro (Sgt.) authored Email 1 and Email 4, personally reporting on H Ward shower conditions to unit leadership.
- — Defendant Aaron Belanger (CO) is copied on Emails 1, 2, and 4; authored Email 3; and is identified by Barbaro as the officer who

"offered to escort G/H residents to F Ward for showers" on May 27, 2020.

This places both Defendants in direct operational awareness of H Ward shower deprivation conditions during the period of Plaintiff's confinement.

**D. Shower Deprivation Corroborated**

The shower email chain establishes that the shower problem on H Ward was real, was known to institutional staff including both Defendants, and persisted for a period of weeks. This is significant because:

1. (1) DOC-000013 confirms William's transfer to E Ward was triggered in part by his protest of cold water shower conditions;
2. (2) The Disability Rights Center of NH called Robinson the day after the transfer to inquire about H Ward showers (DOC-000013); and
3. (3) Robinson's own explanation — that shower temperature was constrained by shared plumbing with the unit below — confirms that the cold water problem was structural, not a matter of patient non-compliance.

---

**PART III — CROSS-REFERENCE**

This exhibit should be read in conjunction with:

- **— Exhibit O (DOC-000013):** Robinson's April 16, 2020 email confirming the E Ward transfer arose from William's hunger strike "related to not having cold water for a shower."

- — **Exhibit I (April 9, 2020 Request Slip):** William's same-day request to Captain Marshall to preserve audio/video of the hallway encounter with Defendants Belanger and Wrenn.
- — **Exhibit L (July 6, 2020 Request Slip):** O'Connor's written admission that William "was allowed to return to AC" after the morning meeting with Dr. Martin and Sgt. Barbaro — establishing that the transfer to E Ward occurred after, not during, a clinical meeting that cleared him for return.

***Authentication:*** *Authenticated by Declaration of Wanda Duryea, ¶ 17.*