**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **WILLIAM SOLER JUSTICE, Plaintiff, v. AARON BELANGER and ERIC BARBARO, Defendants.** | **Civil Action No. 23-cv-00308-SE-AJ** |

# PLAINTIFF'S EXHIBIT B

---

**Nancy West, Sununu Promises To Remove Secure Psychiatric Unit**

**From Men's Prison**

**InDepthNH.org (January 5, 2019)**

**Re:** New Hampshire as the Only State in the Nation to House Non-Criminal

Civilly Committed Patients Inside a Correctional Facility;

Governor Sununu's Public Commitment to Remove the SPU from the State Prison

**Authentication:** See Preliminary Statement § B

---

**COMPANION ARTICLE — EXHIBIT B-1**

**Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit**

**InDepthNH.org (February 12, 2019)**

**Re:** House Bill 726; Legislative Testimony Including Wanda Duryea Before the

House Criminal Justice and Public Safety Committee;

Dr. Joseph H. Sack's 1985 Psychiatric Society Warning;

Family Member Testimony

## PART I

## PRIMARY ARTICLE — CITATION AND IDENTIFICATION

| | |
|---|---|
| **Full Citation:** | **Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison, InDepthNH.org (Jan. 5, 2019)** |
| Author: | Nancy West, InDepthNH.org |
| Publication: | InDepthNH.org (independent New Hampshire news publication) |
| Date: | January 5, 2019 |
| URL: | https://indepthnh.org/2019/01/05/sununu-promises-to-remove-secure-psychiatric-unit-from-mens-prison/ |
| Topic: | Governor Chris Sununu's January 5, 2019 Inaugural Address promise to remove the Secure Psychiatric Unit from the New Hampshire State Prison for Men; advocates' responses; New Hampshire's status as the only state in the nation housing non-criminal civilly committed patients inside a correctional facility |

**Individuals Identified in Article:**

**Governor Chris Sununu —** made the promise in his January 5, 2019 Inaugural Address

**Corrections Commissioner Helen Hanks —** named as defendant in related federal litigation

**HHS Commissioner Jeffrey Meyers —** named as defendant in related federal litigation

**Wanda Duryea —** patient advocate, quoted in article (pictured with Eric Largy and Beatrice Coulter, RN, at a legislative hearing, January 2018)

**Beatrice Coulter, RN —** quoted in article

**Anthony Heath —** civilly committed SPU patient, plaintiff in related federal civil rights litigation

## PART II

## SUMMARY OF KEY FINDINGS

(Reproduced in Summary — Copyrighted Material)

The January 5, 2019 article by Nancy West, published on the date of Governor Sununu's second inaugural address, reported the following key facts:

**1. NEW HAMPSHIRE AS THE ONLY STATE:** The article reported that New Hampshire was, at the time of publication, the only state in the nation to house non-criminal civilly committed mentally ill patients inside a correctional facility — specifically, inside the New Hampshire State Prison for Men in Concord, New Hampshire.

**2. GOVERNOR SUNUNU'S INAUGURAL PROMISE:** Governor Sununu, in his January 5, 2019 Inaugural Address, made a direct and public commitment to remove the Secure Psychiatric Unit from the State Prison and to treat SPU patients "with the dignity they deserve." The address was delivered publicly and is a matter of public record.

**3. ONGOING FEDERAL LITIGATION:** The article noted that Governor Sununu, Commissioner Hanks, and Commissioner Meyers were being sued by Anthony Heath, a patient at the Secure Psychiatric Unit found incompetent to stand trial on assault charges, in a federal civil rights action claiming that housing him in a prison instead of a psychiatric hospital violated his constitutional rights. A federal magistrate judge had recently ordered pro bono legal representation for Heath.

**4. ADVOCATES' RESPONSE:** Patient advocates Wanda Duryea and Beatrice Coulter, RN — both of whom had been publicly advocating for SPU reform — responded to the Governor's promise. Wanda Duryea's response expressed hope for the patients currently confined at the SPU.

Beatrice Coulter described the pledge as "remarkable and ambitious" while noting that additional civil rights issues and advocacy improvements remained necessary.

**5. REFORM HISTORY:** The article reported that the problem of housing civilly committed patients at the State Prison dates back more than three decades and had been the subject of repeated failed legislative efforts.

---

## PART III

## VERBATIM QUOTATIONS

**A. Governor Chris Sununu — January 5, 2019 Inaugural Address (Public Record):**

"We WILL move the State Psychiatric Unit out of the State Prison and treat our patients with the dignity they deserve."

*[Governor Chris Sununu, January 5, 2019 Inaugural Address, quoted in Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison, InDepthNH.org (Jan. 5, 2019).]*

**B. Wanda Duryea — Patient Advocate (as quoted in article):**

"This gives me hope for my friends inside the SPU that tell me daily of all of their troubles."

*[Wanda Duryea, quoted in Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison, InDepthNH.org (Jan. 5, 2019).]*

**C. Beatrice Coulter, RN (as quoted in article):**

"This is a remarkable and ambitious pledge by the Governor. For those incarcerated in SPU, this will provide some hope. However, SPU demonstrates other areas we need to work on moving

forward including civil rights and improving advocacy and protection processes for vulnerable individuals."

*[Beatrice Coulter, RN, quoted in Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison, InDepthNH.org (Jan. 5, 2019).]*

---

## PART IV

### COMPANION ARTICLE — EXHIBIT B-1

**Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit**

**InDepthNH.org (February 12, 2019)**

| | |
|---|---|
| **Full Citation:** | **Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit, InDepthNH.org (Feb. 12, 2019)** |
| URL: | https://indepthnh.org/2019/02/12/cushing-outlines-bill-to-build-new-secure-psychiatric-unit/ |

This companion article, published five weeks after the primary Exhibit B article, reported on a February 12, 2019 hearing before the House Criminal Justice and Public Safety Committee on House Bill 726 — legislation to transfer the Secure Psychiatric Unit from DOC control to DHHS and to require planning and construction of a new secure forensic psychiatric facility.

**Key facts reported in the companion article:**

**1. WANDA DURYEA TESTIFIED:** Wanda Duryea appeared before the House Criminal Justice and Public Safety Committee on February 12, 2019, and testified in support of House Bill 726. She is pictured in the article's photograph testifying before the Committee, alongside Doug Butler of Hollis (whose son was confined at the SPU) and Rep. Renny Cushing, the bill's sponsor.

**2. DR. JOSEPH H. SACK'S 1985 WARNING:** Rep. Cushing cited testimony from psychiatrist Dr. Joseph H. Sack to a legislative committee in 1985 — more than three decades before the April 9, 2020 events — warning:

"The reason for this concern is that the prime purpose of the Department of Corrections is not treatment and that treatment could be overwhelmed by other concerns."

The New Hampshire Psychiatric Society stated that "civilly committed patients should not be treated there" given the SPU's correctional staffing and proximity to the prison.

**3. REPEATED FAILED LEGISLATION:** Rep. Cushing stated:

"Over the past decade there have been numerous pieces of legislation dealing with the Secure Psychiatric Unit. None have been acted upon."

**4. FAMILY TESTIMONY:** Family members of SPU patients testified about conditions inside the unit.

*[Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit, InDepthNH.org (Feb. 12, 2019) (summarized — copyrighted material).]*

---

**PART V**

**RELEVANCE TO JUSTICE V. BELANGER, NO. 23-CV-00308-SE-AJ**

**1. INSTITUTIONAL NOTICE — HIGHEST LEVEL:** Governor Sununu's January 5, 2019 Inaugural Address — a public, statewide address delivered 15 months before the April 9, 2020 transfer of William Soler Justice — constitutes institutional notice at the highest level of state government that housing civilly committed patients at the New Hampshire State Prison for Men was constitutionally deficient. Defendants Aaron Belanger and Eric Barbaro, as corrections officers assigned to the SPU, operated within an institution whose own Governor had publicly

committed to removing its psychiatric patients from the prison — a commitment grounded in the constitutional inadequacy of the current arrangement.

**2. ONLY STATE IN THE NATION:** The article's documentation that New Hampshire was the only state in the nation to house non-criminal civilly committed patients inside a correctional facility is directly relevant to the constitutional standard applicable in this case. The unique and nationally anomalous character of the SPU's placement within the State Prison is probative of the absence of any legitimate penological justification for the conditions William Soler Justice experienced.

**3. WANDA DURYEA'S ADVOCACY — PUBLIC AND DOCUMENTED:** The January 5, 2019 article identifies Wanda Duryea by name and photograph as a patient advocate publicly active in SPU reform efforts as of January 2019 — more than a year before the April 9, 2020 transfer. The February 12, 2019 companion article documents her testifying before the House Criminal Justice and Public Safety Committee. This public advocacy record is directly relevant to Exhibit O: the institutional phone surveillance campaign targeting Wanda Duryea as patient advocate began in February 2018 — before these articles were published — and continued through July 2020. Christine O'Connor's April 16, 2020 profiling of Wanda Duryea in DOC-000014 as one of "three people who are vocal in the media about the fact that they support SPU being closed" is consistent with Duryea's documented public advocacy role reflected in these articles.

**4. DR. SACK'S 1985 WARNING — DECADES OF INSTITUTIONAL NOTICE:** The companion article's documentation that the New Hampshire Psychiatric Society warned in 1985 that "civilly committed patients should not be treated there" establishes that the constitutional problems with the SPU's placement were not newly discovered in 2019 — they had been publicly identified by the medical community 35 years before the April 9, 2020 transfer.

**5. ONGOING FEDERAL LITIGATION AT TIME OF TRANSFER:** The article documents that a federal civil rights action challenging the constitutionality of SPU confinement — Anthony Heath's lawsuit — was actively pending and had already resulted in a federal magistrate ordering pro bono counsel for a civilly committed SPU patient as of January 2019. The New Hampshire Department of Corrections was thus actively defending federal civil rights litigation over SPU conditions at the time of the April 9, 2020 transfer.

---

**Authentication:** See Preliminary Statement § B.

Sources: Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison, InDepthNH.org (Jan. 5, 2019); Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit, InDepthNH.org (Feb. 12, 2019)

(both summarized — copyrighted material; verbatim quotations of public record speech and named advocates' own words included as permitted).

COURTS & CORRECTIONS

# Cushing Outlines Bill to Build New Secure Psychiatric Unit

By Nancy West February 12, 2019



*Nancy West photo*

Wanda Duryea is pictured testifying before the House Criminal Justice and Public Safety Committee about a bill to build a new secure forensic psychiatric unit. Standing are Doug Butler, left of Hollis, who testified about his son's stay in the Secure Psychiatric Unit, and Rep. Renny Cushing, sponsor of the bill.

Share this story:

**By NANCY WEST, InDepthNH.org**

**CONCORD** – It wasn't the first time that state Rep. Renny Cushing outlined legislation to stop New Hampshire from housing civilly committed mentally ill people at the state prison for men, but on Wednesday he found his most receptive audience to date.

Speaking in favor of House Bill 726 (https://indepthnh.org/wp-content/uploads/2019/02/HB726.pdf) , the Hampton Democrat told the House Criminal Justice and Public Safety Committee that it's time to turn the Secure Psychiatric Unit at the men's prison over to the control of the Department of Health and Human Services as outlined in his bill.

And to require its commissioner to oversee planning and building a new secure multi-purpose forensic psychiatric hospital, one Gov. Chris Sununu has already expressed interest in funding.

"Over the past decade there have been numerous pieces of legislation dealing with the Secure Psychiatric Unit," said Cushing, who chairs the committee. "None have been acted upon."

The problem really dates back more than three decades when the unit was opened behind the walls of the state prison in Concord and staffed by corrections officers, Cushing said.

He quoted psychiatrist Dr. Joseph H. Sack's testimony to a legislative committee in 1985 warning of the problems such an arrangement would make.

"The reason for this concern is that the prime purpose of the Department of Corrections is not treatment and that treatment could be overwhelmed by other concerns," according to Sack's written testimony.

Sack was also concerned that because of its location, it would be considered part of the prison.

"Because of the Secure Psychiatric Facility's proximity to the state prison and even its staffing being from the Department of Corrections, the New Hampshire Psychiatric Society feels that civilly committed patients should not be treated there," Sack testified.

Presently, some civilly committed patients are housed in the unit with mentally ill prisoners and those deemed incompetent to stand trial and not guilty by reason of insanity.

Sack's testimony went on to say that patients would feel stigmatized and noted that it could raise constitutional issues and lead to litigation.

**Families testify**

Family members turned out to tell the committee what has happened to their loved ones in the Secure Psychiatric Unit.

Doug Butler of Hollis testified that he committed his son, Andrew, 22, to the New Hampshire Hospital unaware that he would be transferred to the prison unit when he acted out due to his illness.

"What we really need is a psychiatric hospital," Butler said.

His son has been released, but still under the control of the state, said Butler, who lost guardianship of Andrew.

"He's out of the prison, but in a way, he is still in prison," Butler said, adding the state forces his son to take strong medications.

"He now sleeps 16 hours a day," Butler said. Andrew had not been charged with or convicted of a crime, he said.

Butler filed a federal court motion last year when Andrew was held at the Secure Psychiatric Unit arguing he should be transferred to a psychiatric hospital. He was later released to his father.

Paula Mattis, director of the Medical and Forensic Services Division of the Department of Corrections, said the department opposes the bill as written.

The timeframe was a big concern, she said. Making so many changes by July 1 would be very difficult, Mattis said in written testimony. (https://indepthnh.org/wp-content/uploads/2019/02/HB-726-relative-to-the-SPU-February-2019-signed-2.pdf)

Rep. David Welch, R-Kingston, said he has been to many such hearings looking for a solution to housing mentally ill people at the Secure Psychiatric Unit.

"It's time for this to happen," Welch said.

Wanda Duryea, co-founder of Advocates for Ethical Mental Health Treatment, testified that she talks with the patients at the unit and hears stories of mistreatment.

"We believe this bill is a good start," Duryea said.

Lori A. Shibinette, the CEO of New Hampshire Hospital, also testified.

"The hope is a new forensic unit or hospital would be a facility that combines programming so you have a more therapeutic environment but the security that goes along with the Secure Psychiatric Unit," Shibinette said.

Rep. Cushing said the bill will also help alleviate the problem of 30 or 40 people a day boarding at general hospitals because there is no room for them at New Hampshire Hospital.

Cushing is looking forward to Gov. Chris Sununu's budget address on Thursday, noting he has called for the end of criminalizing people with mental illness.

"What I'm really looking forward to is the day when bills dealing with the Secure Psychiatric Unit" no longer come to his committee, but instead are heard by Health, Human Services and Elderly Affairs.

Case 1:23-cv-00308-SE-AJ Document 33-3 Filed 08/28/26 Page 11 of 13

FEATURED IN CATEGORY

# Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison

By **Nancy West** January 5, 2019



*Nancy West photo*

Eric Largy, Beatrice Coulter and Wanda Duryea are pictured at a legislative hearing in January 2018.

## By Nancy West, InDepthNH.org

CONCORD – Gov. Chris Sununu made a lot of people happy with promises made in his inaugural speech (http://indepthnh.org/2019/01/03/gov-chris-sununus-inaugural-address/) , but probably none quite as thrilled as those who have been fighting for change at the Secure Psychiatric Unit at the men's prison.

While discussing changes that have been made in the state's troubled mental health system and others to be announced in the coming weeks with the release of the new 10-year Mental Health Plan, Sununu said it is past time for change at the Secure Psychiatric Unit.

"And this year, we will accomplish something frankly it has taken far too long to achieve – We WILL move the State Psychiatric Unit out of the State Prison and treat our patients with the dignity they deserve," Sununu said.

Sununu, Corrections Commissioner Helen Hanks and Health and Human Services Commissioner Jeffrey Meyers, are being sued by Anthony Heath, a patient at the Secure Psychiatric Unit, who has been found incompetent to stand trial on assault charges.

A federal judge magistrate recently ordered pro bono legal representation for Heath to proceed in the lawsuit claiming his civil rights are being violated by being held in prison instead of a psychiatric hospital.

New Hampshire as the only state to house non-criminal mentally ill people in prison is the subject of an article in this month (http://www.abajournal.com/magazine/article/breakdown_prisons_mental_health_patients) 's American Bar

Association Journal.



Melissa Sullivan is pictured seated between her mother, Judy Riley, and state Rep. Renny Cushing at a legislative hearing in March in Concord about the Secure Psychiatric Unit at the men's prison.Rep. Renny Cushing, D-Hampton, has seen a great deal of push-back in his attempts over the years to remove mentally ill people who haven't committed a crime from the prison psych unit.

"I thanked the governor after his speech and told him I will work with him and my fellow legislators to make his proposal a reality this year," Cushing said.

"People have been waiting for decades for a governor to step up to end the state's shameful practice of criminalizing people with severe mental illness by sending them behind the walls of the state prison and mixing them with convicted criminals in the prison's psychiatric unit."

Wanda Duryea and Beatrice Coulter, co-founders of Advocates for Ethical Mental Health Treatment, put the word out to the many families they work with on their Facebook page. (https://www.facebook.com/NHSecurePsychiatricUnitPatients/)

"This gives me hope for my friends inside the SPU that tell me daily of all of their troubles," Duryea said.

Coulter added, "This is a remarkable and ambitious pledge by the Governor. For those incarcerated in SPU, this will provide some hope. However, SPU demonstrates other areas we need to work on moving forward including civil rights and improving advocacy and protection processes for vulnerable individuals."

Sununu said in his speech, "These past two years we have made meaningful, sustained progress in addressing our state's mental health crisis. For too long, it was the unspoken crisis of this state.

"When something is clearly not working, you don't just keep pushing harder in the same direction, you don't just keep pouring taxpayer dollars into a broken system— you must have the courage to change direction. And that is what we did."

"But while we have made great strides the past two years to rebuild that system there is more work to do."

Sununu went on to discuss the problem of suicide in New Hampshire.

"Suicide is the second leading cause of death for young people in New Hampshire. And while there is no single answer, there is more we can do," Sununu said.

He spoke about meeting Paul and Martha Dickey of Boscawen and how their son, Jason Dickey, took his own life just over a year ago.

"Today, I am proud to announce my support for legislation that Martha and Paul brought to me — it's called the Jason Flatt Act — named after yet another victim of suicide, who took his own life in 1997," Sununu said.

Under the Jason Flatt Act teachers in New Hampshire will complete two hours of youth suicide awareness and prevention training each year. Through the support of the Jason Foundation, this training can be provided at no cost to the state or local school districts, he said.

"We must understand that suicide is preventable, and it starts with us," Sununu said.