UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

---

| | |
|---|---|
| WILLIAM SOLER JUSTICE, Plaintiff, v. AARON BELANGER and ERIC BARBARO, Defendants. | Civil Action No. 23-cv-00308-SE-AJ |

---

# PLAINTIFF'S EXHIBIT B-1

---

**Nancy West, *Cushing Outlines Bill to Build New Secure Psychiatric Unit***

InDepthNH.org — February 12, 2019

---

**Re:** House Bill 726 — Transfer of SPU Oversight from DOC to DHHS; Legislative Hearing Before the House Criminal Justice and Public Safety Committee; Dr. Joseph H. Sack's 1985 Psychiatric Society Warning; Testimony of Wanda Duryea, Co-Founder, Advocates for Ethical Mental Health Treatment

**Authentication:** See Preliminary Statement § B.

---

## PART I — CITATION AND IDENTIFICATION

| **Full Citation** | **Nancy West, *Cushing Outlines Bill to Build New Secure Psychiatric Unit,* InDepthNH.org (Feb. 12, 2019)** |
|---|---|
| Author | Nancy West, InDepthNH.org |
| Date | February 12, 2019 |
| URL | https://indepthnh.org/2019/02/12/cushing- |

| | |
|---|---|
| **Full Citation** | **Nancy West, *Cushing Outlines Bill to Build New Secure Psychiatric Unit*, InDepthNH.org (Feb. 12, 2019)** |
| | outlines-bill-to-build-new-secure-psychiatric-unit/ |
| Forum | Hearing before the New Hampshire House Criminal Justice and Public Safety Committee on House Bill 726 |
| Photograph | Wanda Duryea pictured testifying before the Committee; standing are Doug Butler, left, of Hollis, and Rep. Renny Cushing, bill sponsor |

**Named Individuals**

| **Rep. Renny Cushing (D-Hampton)** | **Committee Chair; bill sponsor** |
|---|---|
| **Wanda Duryea** | Co-Founder, Advocates for Ethical Mental Health Treatment; testified in support of HB 726 |
| **Doug Butler** (Hollis) | Father of Andrew Butler, civilly committed former SPU patient; testified |
| **Andrew Butler** | Civilly committed former SPU patient; released to father after federal habeas corpus action |
| **Paula Mattis** | Director, Medical and Forensic Services Division, Department of Corrections; opposed bill as written |
| **Rep. David Welch** (R-Kingston) | Testified in support |
| **Lori A. Shibinette** | CEO, New Hampshire Hospital; testified |
| **Dr. Joseph H. Sack** | Psychiatrist; testified before legislative committee in 1985 on behalf of New Hampshire Psychiatric Society |

---

**PART II — EVIDENTIARY SIGNIFICANCE**

This exhibit is submitted as evidence of long-standing institutional notice — that New Hampshire was specifically warned in 1985 that its practice of housing civilly committed patients in correctional facilities violated constitutional standards, and that no meaningful remedial action was taken for over three decades. The 35-year gap between Dr. Sack's 1985 warning and the April 9,

2020 events underscores the deliberate indifference of state officials to a known constitutional deficiency.

---

**PART III — VERBATIM QUOTATIONS — REP. RENNY CUSHING (Public Statement)**

> "Over the past decade there have been numerous pieces of legislation dealing with the Secure Psychiatric Unit. None have been acted upon."

*[Rep. Renny Cushing, quoted in Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit, InDepthNH.org (Feb. 12, 2019).]*

> "What I'm really looking forward to is the day when bills dealing with the Secure Psychiatric Unit no longer come to his committee, but instead are heard by Health, Human Services and Elderly Affairs."

*[Rep. Renny Cushing, id.]*

---

**PART IV — VERBATIM QUOTATIONS — DR. JOSEPH H. SACK, 1985 (Public Legislative Testimony)**

The following constitutes Dr. Sack's written testimony before a New Hampshire legislative committee in 1985 — 35 years before the April 9, 2020 events — as quoted in the article:

> "The reason for this concern is that the prime purpose of the Department of Corrections is not treatment and that treatment could be overwhelmed by other concerns."

*[Dr. Joseph H. Sack, written testimony before New Hampshire legislative committee (1985), as quoted in Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit, InDepthNH.org (Feb. 12, 2019).]*

> "Because of the Secure Psychiatric Facility's proximity to the state prison and even its staffing being from the Department of Corrections, the New Hampshire Psychiatric Society feels that civilly committed patients should not be treated there."

*[Dr. Joseph H. Sack, id. (testifying on behalf of New Hampshire Psychiatric Society).]*

Dr. Sack's 1985 testimony also stated that patients would feel stigmatized and noted that the arrangement could raise constitutional issues and lead to litigation.

---

**PART V — VERBATIM QUOTATIONS — WANDA DURYEA (Public Legislative Testimony)**

Wanda Duryea, identified in the article as co-founder of Advocates for Ethical Mental Health Treatment, testified before the House Criminal Justice and Public Safety Committee on February 12, 2019, in support of House Bill 726. She was described as someone who "talks with the patients at the unit and hears stories of mistreatment."

> “We believe this bill is a good start.”

*[Wanda Duryea, testimony before New Hampshire House Criminal Justice and Public Safety Committee (Feb. 12, 2019), as quoted in Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit, InDepthNH.org (Feb. 12, 2019).]*

---

**PART VI — VERBATIM QUOTATIONS — DOUG BUTLER AND OTHERS (Public Statements)**

**Doug Butler (Hollis) — Father of Andrew Butler, civilly committed former SPU patient:**

> “What we really need is a psychiatric hospital.”

> “He’s out of the prison, but in a way, he is still in prison.”

> “He now sleeps 16 hours a day.”

*[Regarding his son Andrew's condition after forced medication under state control. Andrew had not been charged with or convicted of a crime.]*

*[Doug Butler, quoted in Nancy West, Cushing Outlines Bill to Build New Secure Psychiatric Unit, InDepthNH.org (Feb. 12, 2019).]*

**Rep. David Welch (R-Kingston):**

> "It's time for this to happen."

*[Rep. David Welch, id.]*

**Lori A. Shibinette — CEO, New Hampshire Hospital:**

> "The hope is a new forensic unit or hospital would be a facility that combines programming so you have a more therapeutic environment but the security that goes along with the Secure Psychiatric Unit."

*[Lori A. Shibinette, id.]*

---

**PART VII — SUMMARY OF KEY FINDINGS**

***(Copyrighted Narrative — Summarized)***

The February 12, 2019 article reported on a hearing before the House Criminal Justice and Public Safety Committee on House Bill 726, which would transfer SPU oversight from DOC to DHHS

and require the DHHS Commissioner to oversee planning and building a new secure forensic psychiatric hospital. The article noted that the DOC's Medical and Forensic Services Division opposed the bill's timeline. Rep. Cushing noted that Governor Sununu had already expressed interest in funding a new facility.

---

**PART VIII — RELEVANCE TO *JUSTICE v. BELANGER*, No. 23-cv-00308-SE-AJ**

1. **WANDA DURYEA — CO-FOUNDER, ADVOCATES FOR ETHICAL MENTAL HEALTH TREATMENT:** This article identifies Wanda Duryea in her institutional role as co-founder of Advocates for Ethical Mental Health Treatment — the organization through which she conducted patient advocacy at the SPU. This directly contextualizes Christine O'Connor's April 16, 2020 characterization of Duryea in DOC-000014 as one of "three people who are vocal in the media about the fact that they support SPU being closed." Duryea's February 12, 2019 legislative testimony — photographed, reported, and on the public record — was exactly the kind of institutional advocacy that O'Connor later described and that the phone surveillance operation in Exhibit O was designed to monitor and suppress.
2. **DR. SACK'S 1985 WARNING — 35-YEAR INSTITUTIONAL NOTICE:** Dr. Sack's 1985 testimony on behalf of the New Hampshire Psychiatric Society explicitly warned that DOC-based staffing and oversight would allow "other concerns" to "overwhelm" treatment — the precise dynamic that DOC-000086 documents in real time on April 9, 2020, when corrections officers announced a transfer to E Ward before any clinical evaluation had been conducted.
3. **DOC OPPOSITION:** The DOC's opposition to HB 726 through Paula Mattis on February 12, 2019 — 14 months before the April 9, 2020 transfer — documents that the institution was actively resisting legislative reform of the SPU at the time of the events at issue in this case.

4. **REPEATED FAILURE TO ACT:** Rep. Cushing's statement that "over the past decade there have been numerous pieces of legislation dealing with the Secure Psychiatric Unit — none have been acted upon" establishes the systematic, decades-long failure to remedy a known constitutional deficiency. This history of inaction is probative of the deliberate indifference standard applicable to Plaintiff's constitutional claims.

---

**Authentication:** See Preliminary Statement § B.

**Source:** Nancy West, *Cushing Outlines Bill to Build New Secure Psychiatric Unit*, InDepthNH.org (Feb. 12, 2019) (copyrighted material — summarized with verbatim quotations of named individuals' public statements).

**[END OF EXHIBIT B-1]**

---

**COURTS & CORRECTIONS**

# Cushing Outlines Bill to Build New Secure Psychiatric Unit

By Nancy West February 12, 2019



*Nancy West photo*

Wanda Duryea is pictured testifying before the House Criminal Justice and Public Safety Committee about a bill to build a new secure forensic psychiatric unit. Standing are Doug Butler, left of Hollis, who testified about his son's stay in the Secure Psychiatric Unit, and Rep. Renny Cushing, sponsor of the bill.

Share this story:

**By NANCY WEST, InDepthNH.org**

**CONCORD** – It wasn't the first time that state Rep. Renny Cushing outlined legislation to stop New Hampshire from housing civilly committed mentally ill people at the state prison for men, but on Wednesday he found his most receptive audience to date.

Speaking in favor of House Bill 726 (https://indepthnh.org/wp-content/uploads/2019/02/HB726.pdf) , the Hampton Democrat told the House Criminal Justice and Public Safety Committee that it's time to turn the Secure Psychiatric Unit at the men's prison over to the control of the Department of Health and Human Services as outlined in his bill.

And to require its commissioner to oversee planning and building a new secure multi-purpose forensic psychiatric hospital, one Gov. Chris Sununu has already expressed interest in funding.

"Over the past decade there have been numerous pieces of legislation dealing with the Secure Psychiatric Unit," said Cushing, who chairs the committee. "None have been acted upon."

The problem really dates back more than three decades when the unit was opened behind the walls of the state prison in Concord and staffed by corrections officers, Cushing said.

He quoted psychiatrist Dr. Joseph H. Sack's testimony to a legislative committee in 1985 warning of the problems such an arrangement would make.

"The reason for this concern is that the prime purpose of the Department of Corrections is not treatment and that treatment could be overwhelmed by other concerns," according to Sack's written testimony.

Sack was also concerned that because of its location, it would be considered part of the prison.

"Because of the Secure Psychiatric Facility's proximity to the state prison and even its staffing being from the Department of Corrections, the New Hampshire Psychiatric Society feels that civilly committed patients should not be treated there," Sack testified.

Presently, some civilly committed patients are housed in the unit with mentally ill prisoners and those deemed incompetent to stand trial and not guilty by reason of insanity.

Sack's testimony went on to say that patients would feel stigmatized and noted that it could raise constitutional issues and lead to litigation.

**Families testify**

Family members turned out to tell the committee what has happened to their loved ones in the Secure Psychiatric Unit.

Doug Butler of Hollis testified that he committed his son, Andrew, 22, to the New Hampshire Hospital unaware that he would be transferred to the prison unit when he acted out due to his illness.

"What we really need is a psychiatric hospital," Butler said.

His son has been released, but still under the control of the state, said Butler, who lost guardianship of Andrew.

"He's out of the prison, but in a way, he is still in prison," Butler said, adding the state forces his son to take strong medications.

"He now sleeps 16 hours a day," Butler said. Andrew had not been charged with or convicted of a crime, he said.

Butler filed a federal court motion last year when Andrew was held at the Secure Psychiatric Unit arguing he should be transferred to a psychiatric hospital. He was later released to his father.

Paula Mattis, director of the Medical and Forensic Services Division of the Department of Corrections, said the department opposes the bill as written.

The timeframe was a big concern, she said. Making so many changes by July 1 would be very difficult, Mattis said in written testimony. (https://indepthnh.org/wp-content/uploads/2019/02/HB-726-relative-to-the-SPU-February-2019-signed-2.pdf)

Rep. David Welch, R-Kingston, said he has been to many such hearings looking for a solution to housing mentally ill people at the Secure Psychiatric Unit.

"It's time for this to happen," Welch said.

Wanda Duryea, co-founder of Advocates for Ethical Mental Health Treatment, testified that she talks with the patients at the unit and hears stories of mistreatment.

"We believe this bill is a good start," Duryea said.

Lori A. Shibinette, the CEO of New Hampshire Hospital, also testified.

"The hope is a new forensic unit or hospital would be a facility that combines programming so you have a more therapeutic environment but the security that goes along with the Secure Psychiatric Unit," Shibinette said.

Rep. Cushing said the bill will also help alleviate the problem of 30 or 40 people a day boarding at general hospitals because there is no room for them at New Hampshire Hospital.

Cushing is looking forward to Gov. Chris Sununu's budget address on Thursday, noting he has called for the end of criminalizing people with mental illness.

"What I'm really looking forward to is the day when bills dealing with the Secure Psychiatric Unit" no longer come to his committee, but instead are heard by Health, Human Services and Elderly Affairs.