| | |
|---|---|
| **WILLIAM SOLER JUSTICE, Plaintiff, v. AARON BELANGER and ERIC BARBARO, Defendants.** | **Civil Action No. 23-cv-00308-SE-AJ** |

**PLAINTIFF'S EXHIBIT C**

---

**Governor Chris Sununu**

**January 3, 2019 Inaugural Address — Excerpts Relevant to the Secure Psychiatric Unit**

(Reported by InDepthNH.org, January 5, 2019)

***"We WILL move the State Psychiatric Unit out of the State Prison and treat our patients with the dignity they deserve."***

---

***Re: Actual Institutional Notice at the Highest Level of State Government That Housing Civilly Committed Patients at the New Hampshire State Prison for Men Was Constitutionally and Ethically Deficient — 15 Months Before the April 9, 2020 Transfer of William Soler Justice***

(Public Record — Government Speech — Reproduced in Relevant Part)

*Authentication: See Preliminary Statement § C*

---

## PART I — IDENTIFICATION AND AUTHENTICATION

| | |
|---|---|
| **Speaker:** | **Governor Chris Sununu, State of New Hampshire (Second Term)** |
| **Occasion:** | Second Inaugural Address, State of New Hampshire |
| **Date of Delivery:** | January 3, 2019 |
| **Venue:** | New Hampshire State House, Concord, New |

| | |
|---|---|
| **Speaker:** | **Governor Chris Sununu, State of New Hampshire (Second Term)** |
| | Hampshire |
| **Audience:** | Speaker of the House, Senate President, members of the House and Senate, Chief Justice, members of the Judiciary, members of the Executive Council, Commissioners, and the public |
| **Published by:** | InDepthNH.org, January 3, 2019 (full address); January 5, 2019 (Nancy West article reporting SPU pledge) |
| **URLs:** | `https://indepthnh.org/2019/01/03/gov-chris-sununus-inaugural-address/` (full address) `https://indepthnh.org/2019/01/05/sununu-promises-to-remove-secure-psychiatric-unit-from-mens-prison/` (reporting article) |
| **Legal Status of Source:** | Public record. Government speech delivered by an elected official in his official capacity. No copyright protection. Reproducible in full. |

**Note on Exhibit Description:** The Plaintiff's Master Exhibit Index refers to this as the "January 5, 2019 Inaugural Address Excerpt" — the date of the InDepthNH.org article reporting the address. The address itself was delivered on January 3, 2019.

---

## PART II — THE SPU PASSAGE — VERBATIM REPRODUCTION

---

### THE SECURE PSYCHIATRIC UNIT PASSAGE

### Governor Sununu's January 3, 2019 Inaugural Address

### Reproduced Verbatim — Public Record

---

The following passage was delivered by Governor Chris Sununu during his January 3, 2019 Inaugural Address, reported verbatim by InDepthNH.org. This is the passage constituting institutional notice at the highest level of state government.

Context within the address: Governor Sununu was discussing the state's mental health system, the progress made during his first term, and the work remaining:

*"These past two years we have made meaningful, sustained progress in addressing our state's mental health crisis. For too long, it was the unspoken crisis of this state."*

*"When something is clearly not working, you don't just keep pushing harder in the same direction, you don't just keep pouring taxpayer dollars into a broken system — you must have the courage to change direction. And that is what we did."*

*"But while we have made great strides the past two years to rebuild that system there is more work to do."*

Then, directly addressing the Secure Psychiatric Unit:

***"And this year, we will accomplish something frankly it has taken far too long to achieve — We WILL move the State Psychiatric Unit out of the State Prison and treat our patients with the dignity they deserve."***

[Source: Governor Chris Sununu, January 3, 2019 Inaugural Address, State of New Hampshire, as reported in Nancy West, *Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison*, InDepthNH.org (Jan. 5, 2019).]

## PART III — CONTEXT: IMMEDIATE PUBLIC RESPONSE

## IMMEDIATE PUBLIC RESPONSE — NAMED WITNESSES IN THIS CASE

The following responses to Governor Sununu's address were published by InDepthNH.org on January 5, 2019. All are verbatim quotations of named individuals' public statements:

**A. Rep. Renny Cushing (D-Hampton) — New Hampshire State Representative:**

*"I thanked the governor after his speech and told him I will work with him and my fellow legislators to make his proposal a reality this year."*

*"People have been waiting for decades for a governor to step up to end the state's shameful practice of criminalizing people with severe mental illness by sending them behind the walls of the state prison and mixing them with convicted criminals in the prison's psychiatric unit."*

[Rep. Renny Cushing, quoted in Nancy West, *Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison*, InDepthNH.org (Jan. 5, 2019).]

**B. Wanda Duryea — Co-Founder, Advocates for Ethical Mental Health Treatment (Declarant in this case):**

*"This gives me hope for my friends inside the SPU that tell me daily of all of their troubles."*

[Wanda Duryea, *id.*]

**C. Beatrice Coulter, RN — Co-Founder, Advocates for Ethical Mental Health Treatment:**

*"This is a remarkable and ambitious pledge by the Governor. For those incarcerated in SPU, this will provide some hope. However, SPU demonstrates other areas we need to work on moving forward including civil rights and improving advocacy and protection processes for vulnerable individuals."*

[Beatrice Coulter, RN, *id.*]

## PART IV — INSTITUTIONAL CONTEXT AT TIME OF ADDRESS

### INSTITUTIONAL CONTEXT — JANUARY 3, 2019

At the time Governor Sununu delivered his inaugural address on January 3, 2019:

1. Governor Sununu, Corrections Commissioner Helen Hanks, and HHS Commissioner Jeffrey Meyers were named defendants in a federal civil rights action brought by Anthony Heath, a civilly committed SPU patient, claiming that housing him in a prison rather than a psychiatric hospital violated his constitutional rights. A federal magistrate had recently ordered pro bono legal representation for Heath.

2. New Hampshire was the only state in the nation to house non-criminal civilly committed psychiatric patients inside a correctional facility — a fact contemporaneously reported by the American Bar Association Journal.

3. The Secure Psychiatric Unit had been the subject of multiple lawsuits, consent decrees, legislative proposals, and federal civil rights investigations for more than three decades.

4. William Soler Justice — the Plaintiff in this action — was at that time confined at the Secure Psychiatric Unit. He had been held there for approximately 18 months as of January 2019 (*see* Exhibit B-2, The Marshall Project, July 30, 2018).

5. Wanda Duryea — who would later be appointed Plaintiff's legal guardian in March 2021 — had been publicly active as Plaintiff's patient advocate and co-founder of Advocates for Ethical Mental Health Treatment since at least January 2018 (pictured at a legislative hearing, January 2018; quoted in Exhibit B article, January 5, 2019; testified before the House Criminal Justice and Public Safety Committee, February 12, 2019).

## PART V — RELEVANCE TO *JUSTICE v. BELANGER,* No. 23-cv-00308-SE-AJ

### RELEVANCE TO INSTANT CASE

6. **HIGHEST-LEVEL INSTITUTIONAL NOTICE:** Governor Sununu's January 3, 2019 Inaugural Address constitutes actual institutional notice at the highest level of New Hampshire state government — the Governor himself, in a public address to the full legislature and the people of New Hampshire — that housing civilly committed patients at the New Hampshire State Prison for Men was constitutionally and ethically deficient and required immediate remediation. This address was delivered 15 months and 6 days before Defendants Aaron Belanger and Eric Barbaro transferred William Soler Justice from H Ward (Assisted Care Status) to E Ward (Acute Care Status / maximum isolation) on April 9, 2020.

7. **"THE DIGNITY THEY DESERVE":** Governor Sununu's explicit reference to treating patients "with the dignity they deserve" — framed as an unrealized obligation — establishes that the conditions then prevailing at the SPU, including the use of

correctional officers to make clinical transfer decisions, were publicly recognized at the highest institutional level as failing to provide the dignity to which civilly committed patients were constitutionally entitled. The April 9, 2020 transfer of William Soler Justice to E Ward — announced by corrections officers before any clinical evaluation, as documented in DOC-000086 — is directly inconsistent with the dignity standard the Governor's own address identified as the applicable constitutional obligation.

8. **"FAR TOO LONG TO ACHIEVE":** The Governor's description of the SPU's reform as "something frankly it has taken far too long to achieve" constitutes an admission that the constitutional deficiency of housing civilly committed patients at the State Prison was not newly identified in 2019 — it was a long-standing, publicly acknowledged failure. This language directly supports Plaintiff's deliberate indifference argument: the institutional actors who transferred William Soler Justice to E Ward on April 9, 2020 did so in a facility whose own Governor had publicly conceded was constitutionally deficient 15 months earlier.

9. **WANDA DURYEA — NAMED AND QUOTED IN REPORTING:** Wanda Duryea is named and quoted in the InDepthNH.org article reporting this address (January 5, 2019), identifying her publicly as a patient advocate who had been fighting for SPU reform. Christine O'Connor's April 16, 2020 characterization of Wanda Duryea in DOC-000014 as one of "three people who are vocal in the media about the fact that they support SPU being closed" must be understood against the documented public record of Duryea's advocacy — including the quote in this very article — as the institutional context in which the phone surveillance operation documented in Exhibit O was initiated and carried out.

10. **THE PROMISE WAS NOT KEPT:** The Governor's January 3, 2019 promise to move the SPU out of the State Prison "this year" was not fulfilled. On April 9, 2020 — 15 months later — William Soler Justice was still confined at the Secure Psychiatric Unit inside the New Hampshire State Prison for Men, and was transferred by corrections officers from the least restrictive ward to the most restrictive ward without prior clinical assessment. The failure to implement the Governor's publicly announced commitment is

itself evidence that the constitutional deficiency the Governor identified was left unremedied at the time of the events at issue.

## PART VI — TIMELINE: FROM SUNUNU'S ADDRESS TO THE APRIL 9, 2020 TRANSFER

### TIMELINE — INSTITUTIONAL NOTICE TO TRANSFER

| Date | Event |
|---|---|
| **April 19, 2018** | [Prior] Federal court enters Preliminary Injunction in *DRC-NH v. Hanks*, No. 1:18-cv-00160 (Exhibit E) |
| **August 29, 2018** | [Prior] Permanent Injunction entered in *DRC-NH v. Hanks* (Exhibit E) |
| **January 3, 2019** | Governor Sununu delivers inaugural address; promises to move SPU out of prison and treat patients "with the dignity they deserve" |
| **January 5, 2019** | Nancy West reports address in InDepthNH.org; Wanda Duryea quoted by name as patient advocate |
| **February 12, 2019** | Wanda Duryea testifies before House Criminal Justice and Public Safety Committee in support of HB 726 (Exhibit B-1) |
| **April 9, 2020** | Defendants Belanger and Barbaro transfer William Soler Justice from H Ward (least restrictive) to E Ward (most restrictive) without prior clinical assessment — 15 months and 6 days after the Governor's address |

---

*Authentication: See Preliminary Statement § C.*

*Sources: Governor Chris Sununu, January 3, 2019 Inaugural Address, State of New Hampshire (public record); Nancy West, Sununu Promises To Remove Secure Psychiatric Unit From Men's Prison, InDepthNH.org (Jan. 5, 2019) (verbatim quotations of named individuals' own public statements).*

---

**[END OF EXHIBIT C]**

## EXHIBIT C-1

William Soler Justice, Handwritten Letter Draft to Governor Chris Sununu

February 6, 2019 (Wednesday)

[Labeled "ROUGH DRAFT" on document face]

**Re:** Plaintiff's Contemporaneous Written Response to Governor Sununu's January 3, 2019 SPU Pledge; Self-Identification as "Victimized Patient at the Prison"; Report of Alleged Mistreatment to Governor

***Authentication:*** *See Preliminary Statement § C; Declaration of Wanda Duryea, ¶¶ 1, 21*

---

### PART C1-I — DOCUMENT IDENTIFICATION

| | |
|---|---|
| **Author:** | **William Soler Justice (identified as "William 'Bill' Soler, Jr.")** |
| **Date:** | February 6, 2019 (Wednesday) |
| **Document Designation:** | "ROUGH DRAFT" — appears on document face |
| **Recipient:** | Governor Chris Sununu |
| **Subject:** | Response to Governor Sununu's January 3, 2019 Inaugural Address pledge to remove the SPU from the State Prison |
| **Status:** | Draft letter; production status in discovery not yet confirmed |

**Relationship to Exhibit C:** This letter was written 34 days after Governor Sununu's January 3, 2019 Inaugural Address (Exhibit C) and 32 days after the InDepthNH.org article reporting the address (January 5, 2019). It demonstrates that the Governor's public pledge reached William Soler Justice at the Secure Psychiatric Unit and prompted a direct written response from him.

---

## PART C1-II — VERBATIM TEXT OF LETTER

(Reproduced Verbatim — William Soler Justice's Own Handwritten Document)

**ROUGH DRAFT**

From: William "Bill" Soler, Jr.

02/06/19 (Wed)

Dear Gov. Sununa:

Thank you for your anticipated pledge of removing the secure psychiatric unit (s.p.u.) out of the state prison (in an hope to be, timely manner), the way it should have been done originally. I am currently a victimized patient at the prison, who should have been released from the prison a long time ago due to the crimes perpetrated by staff against me, such as 3 felonious assaults (dates: Feb. 18th, 2018-> Sans April 10th, 2018, Tues.; Labor Day holiday weekend >2018

The three assaults were among 15 brutalizations that I have suffered from prison personnel (the last one being on Jan. 22nd, 2019>Tues). The Jan 22nd, brutalization reaggravated an old back injury. Personnel attempted to murder me twice (once w/ black coffee and the other time on Mon April 09th, 2019 w/rat poison). They tortured me for 15 hrs. straight over the Labor Day weekend. And, again, this past 25th of Jan through Mon. the 28th They tortured me w/ the microchips implanted in me by Elliot Hospital on my 30th birthday (02/05/06) 4 assaults (Grand)

[Letter continues — remainder of document consists of numerical calculations on page 2.]

---

## PART C1-III — DRAFTING AND CLINICAL NOTES

**1. "ROUGH DRAFT" DESIGNATION:** The letter is labeled "ROUGH DRAFT" on its face. Its production status — whether a final version was sent to the Governor's office — has not been confirmed in discovery.

**2. DATE INCONSISTENCY — "APRIL 09TH, 2019":** The letter is dated February 6, 2019, yet references an alleged event on "Mon April 09th, 2019 w/rat poison." This is internally inconsistent — February 6, 2019 precedes April 9, 2019 by approximately 62 days. This inconsistency is most likely a writing error — the intended date was almost certainly April 9, 2018 — consistent with the other assault dates listed (February 18, 2018; April 10, 2018; Labor Day 2018). The date of April 9, 2018 would fall approximately one year before the April 9, 2020 events at issue in this litigation.

**3. CLINICAL CONTEXT — ANOSOGNOSIA AND FIXED DELUSIONAL BELIEFS:** As documented in Declaration ¶¶ 6 and 21, William Soler Justice suffers from Schizophrenia, paranoid type, including anosognosia (inability to recognize one's own illness) and fixed delusional beliefs — including the belief that staff members have implanted microchips in him and have engaged in other extraordinary conduct. These beliefs are a documented clinical feature of his diagnosis, assessed by SPU clinicians as symptoms of his mental illness rather than factual accounts. References in this letter to microchip implantation and poison are presented here as William's own contemporaneous written statements — not as factual allegations endorsed by Plaintiff's counsel — and are offered for the limited purpose of documenting the state of William's subjective experience during his confinement and his direct engagement with the Governor's office.

**4. FELONIOUS ASSAULT ALLEGATIONS:** The letter's references to three felonious assaults (February 18, 2018; April 10, 2018; Labor Day weekend 2018) and a January 22, 2019 incident reaggravating a back injury are allegations William made in his own handwriting at the time. The back injury allegation is separately relevant: Declaration ¶ 13 documents elevated vital signs in the days following the April 9, 2020 transfer consistent with acute physiological stress. Whether any of the 2018–2019 incidents resulted in formal investigation or documentation is a matter of the discovery record.

**PART C1-IV — RELEVANCE TO JUSTICE v. BELANGER, No. 23-cv-00308-SE-AJ**

**1. WILLIAM ENGAGED WITH THE GOVERNOR'S PLEDGE:** This letter establishes that William Soler Justice, from within the Secure Psychiatric Unit, received and responded in writing to Governor Sununu's January 3, 2019 inaugural promise to remove the SPU from the State Prison. His opening words — "Thank you for your anticipated pledge of removing the secure psychiatric unit (s.p.u.) out of the state prison, the way it should have been done originally" — demonstrate his awareness of the public discourse surrounding his confinement and his expectation that institutional change was forthcoming. This makes the April 9, 2020 transfer — occurring 14 months after this letter, with no institutional reform having been implemented — more, not less, significant.

**2. "VICTIMIZED PATIENT AT THE PRISON":** William's self-identification as "a victimized patient at the prison, who should have been released from the prison a long time ago due to the crimes perpetrated by staff against me" is a contemporaneous self-report made directly to the Governor of New Hampshire — the head of the executive branch — approximately 14 months before the April 9, 2020 transfer. It establishes that William was actively seeking external intervention at the highest institutional level at the time of the events that preceded his transfer.

**3. PATTERN OF REPORTED INJURIES — BACK INJURY:** The letter's reference to a January 22, 2019 incident that "reaggravated an old back injury" is relevant to the medical significance of the April 9, 2020 transfer of a patient who was 6'7", 388 pounds, and had pre-existing physical vulnerabilities. The letter documents William's own contemporaneous account of a back injury reaggravation approximately 14 months before the transfer.

**4. INSTITUTIONAL KNOWLEDGE:** The letter's existence as a "ROUGH DRAFT" addressed to the Governor of New Hampshire is itself evidence of the depth of William's engagement with

external oversight mechanisms. Whether or not a final version was sent and received, the letter documents that William — a civilly committed patient diagnosed with anosognosia — was sufficiently oriented to compose a substantive written communication to the state's chief executive in direct response to a specific public pledge made 34 days earlier. This directly contradicts any characterization of William as unable to engage in or understand the institutional context of his confinement.

---

***Authentication:*** *See Preliminary Statement § C; Declaration of Wanda Duryea, ¶¶ 1, 6, 21.*

***Source:*** *William Soler Justice, Handwritten Letter Draft to Governor Chris Sununu (Feb. 6, 2019) (Plaintiff's own document — no copyright restriction).*

**[END OF EXHIBIT C-1]**

Case 1:23-cv-00308-SE-AJ Document 33-5 Filed 08/28/26 Page 13 of 26

# Watch Gov. Chris Sununu's Inaugural Address

By **News release** January 3, 2019



*Evan Lips photo*

Gov. Chris Sununu

Share this story:

Watch Gov. Chris Sununu's 2019 Inauguration here. (http://sg001-harmony.sliq.net/00288/Harmony/en/PowerBrowser/PowerBrowserV2/20190103/-1/20321#agenda_)

**Governor Chris Sununu**

**2019 Inaugural Address**

**January 3, 2019**

Good Morning —

Mr. Speaker, Madame President, honorable members of the House and Senate. Chief Justice Lynn and honorable members of the Judiciary. Members of the Executive Council, Commissioners, and of course, my fellow Granite Staters that are joining us today, Happy New Year and Welcome.

It's an honor to be before you today and I want to begin by thanking you for placing your trust in me to serve as your Governor.

I want to acknowledge a few people, without whom, none of this would be possible.

My family: my kids, my parents and the one person who has sacrificed more than you can possibly imagine, but she does it because she really believes in the differences we are making, Valerie.

And we can't discuss sacrifice without taking a moment to remember all those who are right now standing post, away from their families, whether in country or abroad serving in our military. And their families and our Veterans who have given so much.

It is THEIR sacrifices that allow us to enjoy the freedom to be here today.

In November, the voters of our state set us on a path that requires that we, as state leaders, come together, embrace a spirit of cooperation, and work together to get things done for the people of New Hampshire. They deserve nothing less.

We were sent to Concord to fix the problems, create opportunities, and to embrace the power of the individual. Make no mistake — we've made great progress these past two years but there's a lot to be done to build on those successes.

In just the last two years, we established full-day kindergarten, signed the most comprehensive child protection and welfare bills this state has ever seen, provided tax relief for small businesses, and with the implementation of the Hub and Spoke Model this very week, we have begun to lead and serve as a model for the nation in creating long term solutions for the Substance Use Disorder crisis.

We worked together to keep the health care of 50,000 low income Granite Staters while instilling the dignity of employment and saving taxpayers hundreds of millions of dollars. That's the New Hampshire Way — designing innovative systems that put individuals first, giving them a chance to thrive.

But when we look back on what we have accomplished, we cannot lose sight why we're here.

In Public Service, How you get there is just as important as the goals you achieve.

New Hampshire is best when we work together, and that's what we must do.

Whether you are a Republican or Democrat, Independent or Libertarian — we all share a passion for making our communities the strongest they can be. A commitment to making sure that New Hampshire remains the best place to live, work, and raise a family.

I have often said that we don't let the dysfunction of Washington define our success here — and It's true — politics does not dictate policy. We treat each other with respect and civility, not with the circus-like theatrics and zero-sum games that have taken over Washington.

I traveled down to Washington a few weeks ago to spend some moments honoring and remembering one of America's true heroes and public servants.

President Bush's passing was a reminder of the celebration of good public service. He was remembered for not just what he accomplished but how he did it. He treated people , as we say, the New Hampshire way — with respect, dignity, and compassion, even when disagreeing on policy. We must continue to uphold that tradition and rise above negativity and partisanship.

Public Service isn't about going after funding. And it's not about picketing and protests. It's about bringing people together. Getting out of your comfort zone to do the right thing. A very smart man once said "It is our choices that show what we truly are, far more than our abilities". And yes, that brilliant individual was Dumbledore from the Harry Potter books that actually said that, but it's true. It's all about choices.

I recently saw an interview with Adam Sandler. A great NH native who when talking about his childhood said "I wasn't a kid growing up thinking 'One day I'll get and Oscar and make a speech. That wasn't on my mind."

[EXTEMPORANEOUS STORY]

And I believe service to our citizens begins with management and customer service. The goal should be to create an all-inclusive welcoming environment where people can serve NH's citizens. To be able to say 'This is who we are and how can we help.

Therefore the obligation is on us to push the limits, think outside of the box, get out of our comfort zones and simply to do more. It's one of the reasons I have been known to partake in a variety of "experiences". Whether it is jumping into the Atlantic Ocean in the middle of winter to bring awareness to the Opioid crisis, or repelling down the side of a 24 story building to raise money for the Granite United Way, or sleeping out on the streets of Manchester to raise money for the homeless. It's all part of highlighting the opportunities out there to be involved and help our communities.

Now there is one moment I'd like to share from one of those adventures. As many people know Valerie and I are involved with Best Buddies, a great organization that creates social opportunities and friendships for kids with disabilities.

Last year I put together a team to do a 50-mile bike ride for Best Buddies and two of those team mates that stepped up to join me were Christine Tappan, our new Assistant Commissioner of Human Services at DHHS, and Christine Brennan, the Deputy Commissioner of Education.

[EXTEMPORANEOUS STORY]

Opening doors and being able to work with anyone that can help us should be a primary axiom that we all carry as public servants. Whether it be a qualified nominee brought before the Executive Council, or a new hire to assist the state with the Opioid crisis, or our willingness to work with political friends or opponents, it shouldn't matter as long as the public is being served. I travel to Washington a lot to advocate for our state. Many states pay to have their own lobbyists in DC. I don't. I believe that no one can advocate for a state like the personal relationships a governor can bring to the table. So I fly down from time to time and sit with Secretary's, or the Administration or the President himself when necessary. And I'm always baffled at those who would criticize for that but look at the results. Those personal relationship that we worked to develop ensured that

When the Manchester VA was in crisis, Secretary Shulkin was on the phone with me and responding within hours to send a team in to help.

When there was a threat of drilling for oil off of our coastline, Secretary Zinke sat with me to give assurances it wouldn't happen.

When we discovered the Vocational Rehab funds were mismanaged and the program was going to have to close for those kids with disabilities, it was Betsy DeVos that sat with me and agreed to provide gap funding to keep the programs alive across the state.

And when we had a new idea that needed significant funding for the Opioid crisis, I was able to hand a detailed plan to the President and his team and advocate for what would become the single biggest increase in Opioid funding in the country right here in NH. The list goes on, but I share these examples with you as a reminder that relationships matter and in public service Don't burn bridges. You'll be surprised how many times you have to cross the same river.

There is no doubt New Hampshire is better off today than it was two years ago. We have the lowest poverty rate in the nation, business taxes are at their lowest in decades, and more people are working than ever before.

But do not make the mistake of taking our successes for granted. It wasn't luck or happenstance that got us here. It was hard work, instilling sound economic principles, focusing on creating economic opportunities for individuals by providing employers across the state flexibility and financial opportunity that flows to the employees and their families. In New Hampshire we have made a choice. We don't want businesses making more investment into Government. We ask businesses to invest in their employees. And they do. Our neighbors in New England can't make the same claim, which is one of the reasons they are losing younger workers and businesses are flocking to New Hampshire. It is why we already have some of the highest household income on the country. Our model is a success and we cannot afford to go backwards. Tax relief is working.

Lowering the cost of doing business through tax relief has allowed businesses to reinvest in their workforce. That is a key factor in New Hampshire seeing significant wage growth because when a business can retain more of its revenue, it is able to increase pay for employees. Tax relief is a reason why more people are working in New Hampshire than ever before.

Look at the data. Revenues are rising. Costly regulations have been eliminated, and we are investing surplus funds into smart one-time investments.

I implore this legislature to learn from the mistakes of the past. The last thing we should be doing is raising taxes or pushing a budget that does not live within our means. And it should go without saying -There will be no sales or income tax of any kind on my watch.

And the state budget cannot and should not become a vehicle for political victories or policy-driven battles. The budget is a roadmap for responsible spending, not some partisan-driven political agenda.

Economically we sit as the envy of New England. We must continue to build on that success. The Budget cannot turn into an ideological battle of wills that would end up hurting the citizens we are sworn to serve.

And I want to revisit the concept of surplus funds, because it is a key area. Those are one-time funds that cannot and should not be spent on bigger government. That would only lead to long term liabilities we won't be able to pay for down the road.

Instead, look to the examples of last session:

We did a one-time $30 Million investment into safe schools – the first of its kind in state history – over 500 schools received grants to make their schools safer. That is a big win for New Hampshire, especially our property taxpayers.

We also returned over $35 million to cities and towns last year for critical infrastructure improvements. Every single town in the State of New Hampshire received a check for road repairs, bridge improvements, projects that otherwise would have been borne by property taxes.

So stayed tuned. Next month, on Valentine's Day, I will submit a state budget that keeps our commitment to protecting our thriving economy. It will continue the current schedule of business tax reductions. It will use practical revenue estimates and ensure that we continue to make investments that will improve the lives of our citizens without jeopardizing our fiscal solvency.

[EXTEMPORANEOUS STORY]

Now one of the priorities of the state I think we can all agree on is our workforce needs. And while New Hampshire is clearly becoming a destination for young workers, one of our immediate challenges will be how to retain and grow a thriving workforce.

Many of you have heard me say this before, but there is a saying that goes "those of us born in New Hampshire are lucky, and those of us who move here are smart."

Recently, a new study from the Carsey School at the University of New Hampshire was released that showed an increase in young families moving to New Hampshire.

Again, this isn't some kind of fluke, but by creating economic opportunity for families we've become a destination of success in the northeast. And whether it's the story of Hitchiner in Milford, or

Lonza in Portsmouth, or
BAE in Merrimack, or
Madeira in Gilford, or
Allegro in Manchester, or
Oxynova in Colebrook, or
Hubbard Farms in Walpole.

The list goes on and the word is out about the environment we've created to move or grow your company in New Hampshire.

And that environment begins with workforce driven investments in education. Starting with early childhood education, full-day kindergarten and continuing through undergraduate education and workforce training — and next month, I will be proposing the state's single largest ever investment into workforce training — a $24 million one-time investment — to grow our states nursing and health care workforce and double the number of those graduates in New Hampshire schools.

Another key component of growing our workforce is New Hampshire's work requirement for able bodied individuals, who are part of our Medicaid Expansion program. These provisions of Medicaid help lift people out of poverty by empowering them with the dignity of work and self-reliability. They help people gain the skills necessary for long-term independence, success and entrance into the workforce.

We have designed a New Hampshire solution that was the result of a bi-partisan agreement – this legislature should not obstruct its implementation. I know that leaders of both parties stand united and committed to the compromise reached last

year helping to ensure healthcare for 50,000 of our citizens.

In approving the work requirement, it was actually the Administration in Washington that insisted on MORE flexibility for our citizens. Volunteering, job training, part-time work, going to School, ALL count towards the work requirement, and it's even MORE flexible now than what we passed last year. That a win for New Hampshire's citizens.

I also believe it is time to reform many of our public assistance programs to ensure they are a ladder out of poverty and not a road block to those who want to work hard and get out of the system. A common hurdle for both businesses and workers is the "cliff effect."

Last year I had the opportunity to spend a bit of time in many of our state's shelters visiting with individuals that needed a safe place to live to get their feet under them. They were looking to find independence for themselves and their families. You hear a lot of amazing stories in those situations.

And about a month ago Valerie had invited a group of shelter managers from across the state to come and visit at the Bridges House. This was an opportunity to bring the group together and talk about real they were being challenged with. I went over to visit with them as well and the single biggest issue they told us about was the fiscal cliff.

That these individuals, very often young single moms and some in terrible domestic violence situations, who rely on government assistance in times of real need, want to work their way off of those programs, they want independence, they want an escape but find themselves trapped and discouraged from job opportunities because their increased incomes will cut them off completely from assistance, in a moments notice. The results are that individuals decline promotions or better jobs, work fewer hours, remain in abusive relationships or hide their incomes to maintain their eligibility for these programs.

Instead of encouraging employment advancement, the current system incentivizes people to remain on state support. This might make some sense in the short term, but in the long term, we end up harming the people who often need the most help. This dynamic makes no sense.
Working together, I believe we can create revenue neutral reforms to end the Cliff Effect in our state. We can provide more reasonable "off-ramps" that encourages the dignity of work in a way that saves, rather than costs, our taxpayers. And gives those receiving benefits the greatest gift of economic stability – a good job that allows them independence and the ability to support their family. It won't be easy but I believe the pathway is there, and I'm calling on the Legislature to join me in tackling the issue head-on.

I want to take a moment to discuss a specific and serious public health issue here in New Hampshire- Pediatric Cancer.

According to the Center of Disease Control — New Hampshire had the highest rate of pediatric cancer in the U.S. between 2003 and 2014.

That is unacceptable, and we cannot allow this alarming trend to continue. We must work together to find answers, create solutions, and lead the way out of this crisis.

So in my budget next month, I will use our surplus funds to commission a study to once and for all determine the extent of the crisis and provide solutions for our citizens. This study will not have a partisan agenda or pre-conceived notions. The mission is simple: figure out the truth and use data to develop sound policies that will help the children of our state. Answers will not come overnight, but starting today this crisis is a top priority of my administration and the state of New Hampshire.

Another significant public health issue we are battling is of course the Opioid Crisis.

Last year, as overdoses went up nationwide, New Hampshire bucked the national trend — and for the first time in years, our overdose rate is going down. A good sign but we know there's a lot more work to do.

This week New Hampshire's Hub and Spoke Model opened its doors for the first time across the state, now known as 'The Doorway'. This model will begin to take root and combined with our Recovery Friendly Workplace initiative and the newly fully funded Alcohol Fund, I have no doubt that we will continue to see our successes grow. We have created more tools to use at our disposal than ever before.

I want to take a moment and talk about Recovery Friendly Workplaces which hit a milestone last month. Through this program, we utilize the support of the business community to create workplaces that become part of an individual's recovery. As of today 63 businesses, with over 40,000 employees, have signed up to join the initiative.

We are taking whole new approaches to fighting addiction. Public sector, private sector, you name it. We have innovative solutions and the country is taking notice. There's still a lot of work to do but let's stay focused and keeping building a system that wins this war.

Just two short years ago, the Division for Children, Youth, and Families – DCYF – was in crisis. We needed new management. We needed more caseworkers. We needed funding. Children were at risk.

So what did we do? Turning around any operation begins with leadership. So first we brought in a world-class team, including the architect of New Jersey's dramatic and successful turnaround of its child protection system. It's not often that New Hampshire looks to New Jersey for best practices but they are the gold standard and our system should be nothing less.

Then we put politics aside and brought everyone to the table so the best ideas could be implemented. And as a result, huge strides were made in reforming DCYF, and we passed the single most comprehensive child protection bill this state had ever seen.

We restored critical voluntary prevention programs, so the families in trouble today do not turn into families in crisis tomorrow.

We added over 30 new caseworkers and got funding where it needed to be.

Bipartisan work is possible, and it can be done. But again, let's not rest on those successes, there's more work to do. This year, let's fill those open positions at the agency, work to attract more the best advocates for these kids and ensure our system never goes down that difficult path again.

Along those same lines, I also believe we must reform our foster care system. We must ensure that the welfare and safety of children is preeminent. We must be their advocates and we will continue to stand up for them. This is who we were sent here to fight for: the vulnerable, the forgotten, the kids who through tragic circumstances and no fault of their own need us to help give them a fighting chance, an opportunity.

Good families are the foundation of a healthy communities. And therefore, we must ensure that our system is one that attracts and retains those caring families who extend their homes and hearts to foster children. And once we retain them, let's get governmental bureaucracy out of their way so they can focus their attention on the children and not waste their time dealing with paperwork. We must do more to support them. And we will.

These past two years we have made meaningful, sustained progress in addressing is our state's mental health crisis. For too long, it was the unspoken crisis of this state.

When something is clearly not working, you don't just keep pushing harder in the same direction, you don't just keep pouring taxpayer dollars into a broken system— you must have the courage to change direction. And that is what we did.

We started by engaging those on the front lines, the stakeholders and providers. And today in New Hampshire, — as a result of their feedback – we are rebuilding and re-engineering the entire mental health system, and now are in greater compliance with the Community Mental Health Agreement than ever before.

We added mobile crisis teams — which help divert individuals away from hospital emergency departments, and allow them to be stabilized in their own communities.

We added 40 additional community residential beds with wrap-around services which will support individuals leaving New Hampshire Hospital.

But while we have made great strides the past two years to rebuild that system there is more work to do. In the coming weeks we will be releasing a new 10 Year Mental Health Plan. A practical roadmap to quality mental health care.

And this year, we will accomplish something frankly it has taken far too long to achieve – We WILL move the State Psychiatric Unit out of the State Prison and treat our patients with the dignity they deserve.

You cannot discuss reforms within our mental health system without acknowledging the issue of suicide in our state. We know that suicide affects far too many of our communities. Too many lives are taken from us far too soon.

Suicide is the second leading cause of death for young people in New Hampshire. And while there is no single answer, there is more we can do.

Talking about suicide is difficult — It's heartbreaking. But sometimes, all it takes is one conversation to save a life.

A family from Boscawen, the Dickey's, know the pain of suicide more than anyone every should have to. Just over a year ago, Paul and Martha Dickey's son, Jason Dickey, took his own life.

I met the Dickey's at a FIRST Robotics competition over at UNH. And the story they told me was one where they are channeling their pain into hope, for all of us.

Today, I am proud to announce my support for legislation that Martha and Paul brought to me — it's called the Jason Flatt Act — named after yet another victim of suicide, who took his own life in 1997.

Under the Jason Flatt Act teachers in New Hampshire will complete 2 hours of youth suicide awareness and prevention training each year. Through the support of the Jason Foundation, this training can be provided at no cost to the state or local school districts.

We must understand that suicide is preventable, and it starts with us.

Today, 20 states have passed this law, and it is time New Hampshire join that list.

It goes without saying that students are experiencing new and more intense kinds of stress both inside and outside of the classroom. Helping students with the skills needed to successfully manage that stress, how to understand and manage their emotions, cultivate empathy and develop positive relationships is critical to keeping that student out of crisis or a mental health challenge.
Scarlett Lewis works nationally to promote social and emotional learning (SEL) in

schools through her Choose Love Enrichment Program. It provides educators with free learning tools through the 12th grade. Scarlett is the mother of Jesse, who was killed in his classroom during the tragedy at Sandy Hook in 2012. She is another wonderful example of someone using the power of the individual to make positive change.

We put an emphasis on SEL learning last year. My administration has been going to schools all around our state, explaining why this programming is so important. Several schools have stepped up to be leaders by example. One such school district is Inter-Lakes. Not only have they stepped up to be a leader for their schools, but they also want to be among the first to implement the program in an amazing community-wide model. Parents, teachers, counselors, resource officers, and school administrators have all welcomed this program with excitement and as a result, I am so proud to report that as of today, the Choose Love program is in over 200 schools in New Hampshire and I want to personally thank Scarlett who is joining us today for making this a reality in New Hampshire. Thank you!

There is so much possibility when it comes to untapped potential in our classrooms. New Hampshire's exceptional public education system can proudly boast to have some of the best teachers, administrators and schools in the nation.
Getting education right will go a long way to maintaining our state's prosperity. It means more jobs for more Granite Stater's, less reliance on federal and state services, higher incomes and healthier citizens. There is no reason New Hampshire should not be the model for the rest of the nation when it comes to education.
Over the past biennium, we have increased education grant programs to New Hampshire public schools by almost $50 million.

I fully expect this legislature will have a rigorous and thorough discussion regarding funding for education. And I will be there with you in that important conversation. But it would be shortsighted to think that funding is the only discussion needed regarding education.
We have big opportunities to expand a student's access to educational choices. We must provide additional pathways for students to harness their ability to learn.

Last year, I advocated for and signed legislation to expand the number of outside the classroom experiences and activities that can satisfy a graduation requirement. The "Learn Everywhere" initiative is a recognition that a 21 Century education system is not found only within the four walls of a classroom.

Consider a student who loves performing arts and participates in a local Boys and Girls Club performing arts program. That the Boys and Girls Club can now enroll its theater arts program as an approved 'Learn Everywhere' program. Once approved, that student now can receive high school credit for that program. This frees up the student's time to pursue other academic interests or free up time to take advantage of a dual or concurrent enrollment program. This is a huge win for students.

In keeping with that principle, I am proud to announce today the creation of 'New Hampshire Career Academies'. Working with our community college system existing funds, our students can take advantage of an optional fifth year of high school that will be enable them to receive a high school diploma, a certificate and a College Associates Degree free of cost to the student. It also comes with something else, a guaranteed interview with a New Hampshire company for a job right here in the Granite State.

This revolutionary idea for the New Hampshire Career Academy is the result of the good work of Dean Graziano, of the Rochester School District. Dean put together the program with the Great Bay Community College for Rochester high school seniors. It

has put interested students on a career pathway with one of Rochester's premiere employers, Albany/Saffron.

It also has to possibility of achieving what so far has eluded so many – a model that does not cost the taxpayers or the education system ANY additional money but makes a free college degree available to New Hampshire students.

This innovative initiative is a win for students, parents and taxpayers. I want to thank Commissioner Edelblut for his hard work in helping to develop this exciting opportunity for New Hampshire's students.

Both initiatives I've just discussed underscore an important principle, government is not the solution to every problem, but government can help ensure that the doors of opportunity are open at every level.

When I took office, it was my firm belief that the Government should be about empowering individuals, not just institutions. Just two years ago, I stood before you, and proposed the Governors Scholarship Program. The Governors Scholarship did exactly that. We invested in students directly so they could choose the path best suited for them, Community College, University System, Public, Private whatever the best path was, it was their choice.

In its first year close to 600 students from across New Hampshire received Governor's scholarships to attend NH schools with the program anticipated to expand 20% next year, it's simply more opportunity for our kids.

I want to take a moment a brag a bit about my amazing wife. One of the many brilliant ideas that Valerie has had to help bring people together was to really open up the Bridges House to make it a gathering place of ideas. She calls it "Building Bridges at the Bridges". It's been wonderful to be able to bring in non-profits, organizations and just regular citizens to be integrated in what's happening in the state. And as many of you know as a former school teacher she's been very passionate about bring students and initiatives together. One of those is Project Green Schools. It's a national program that awards grants to student-driven environmental projects.

And on one afternoon, student groups from across the state came to the Bridges house and did a sort of "shark-tank" style presentation for a panel of us that judged the projects and awarded grants supported by corporate partners of the project. We had a project presented from a young girl to help reduce the amount of paper used in the classroom, a team from Portsmouth high school that was building their own outdoor learning space, there were a few others and it was great. It was great to see the innovation and initiative these students took. Not just for the sake of doing a project, but with real thought of the costs, outcomes and benefits. The How's and Why's of each project and I thought it was a wonderful testament to our schools.

You all know how passionate I am about energy policy in our state and how intertwined energy policy is with environmental policy. When you have some of the highest rates of electricity in the country, this issue must be at the forefront as it effects every citizen stuck paying a bill. It's why we need to continue supporting an 'All of the Above' energy portfolio, as outlined in the state's 10 year energy strategy.

I have always said we should view energy policy through the lens of the ratepayer. And I hear a lot of talk from legislators that say YES, they will fight for lower electric rates, but then vote for legislation that raises rates and burden our citizens. You can't have it both ways. If you want to talk about lowering rates than support legislation that does just that.

It is the most vulnerable among us, seniors and individuals on fixed incomes, that are at the greatest risk of high electric rates.

I think it is time that we refocus our efforts on them, and I am advocating today that renewable energy initiatives should benefit low income ratepayers first and foremost. Whether it's solar, or wind, or battery storage, we need to ensure that the benefits of these well-intentioned programs deliver results to the people who are struggling to pay the bill each month. While other states have unfortunately decided to put developers' interests ahead of ratepayers, in New Hampshire we must put the people first.

We don't need to further raise electricity rates and tax our citizens to be good environmental stewards, we just need to be smarter about how we spend the money we have. When talking about climate policy, we must take a three-pronged-approach. We must look at the environmental, economic, and social aspect of any policy. We must be smart and responsible, and we must be willing to look at new ideas.

The Office of Strategic Initiatives and Public Utility Commission are currently working out a plan for the multi-million-dollar Clean Energy Fund which is being made available this year. I want to see renewable energy projects for low income families and communities to be a priority for those investment dollars. Let's make sure those that bear the brunt of the costs of renewable energy are the first in line to receive the economic benefits.

New Hampshire has sent us here to Concord to deliver results. There will be times when we will disagree, without a doubt, but let's do so in a way that is free from and personal attacks and unnecessary political rhetoric. We are here for a greater purpose, to represent the needs of our constituents, disagree respectfully, focus on moving forward in areas where we can find common ground.

And it isn't always easy, it takes constant vigilance to see some of these tougher issues to the end, but we all have to be up to the task.

[EXTEMPORANEOUS STORY]

Thank you so very much for allowing me the honor to serve as your Governor.
Let's keep up the momentum we've built over the past two years.
Let's keep serving as an example of bipartisan cooperation for the entire country, and
Let's get to work.

God bless you, and God bless the great State of New Hampshire.

Thank you.

ROUGH DRAFT

From: William "Bill" Soler, Jr. 02/06/19 (Wed.)

Dear Gov. Sununu:

Thank you for your anticipated pledge of removing the secure psychiatric unit (s.p.u.) out of the state prison (in an hope to be, timely manner), the way it should have been done originally. I am currently a victimized patient at the prison, ~~whom~~ whereas I should have been released from the prison a long time ago due to the crimes perpetrated by staff against me, such as 3 felonious assaults (dates: Feb. 18th, 2018 → Sun.; April 10th, 2018 [redacted], Tues.; Labor Day holiday weekend → 2018) The three assaults were among 15 brutalizations that I have suffered from prison personnel (the last one being on Jan. ~~2~~ 22nd, 2019 → Tues.). The Jan 22nd, brutalization reaggravated an old back injury. Personel attempted to murder me twice (once w/ black coffee and the other time on Mon. April 09th, 2019 w/ rat poison). They tortured me for 15 hrs. straight over the Labor Day weekend. And, again, this past Fri 25th of Jan. through Mon. the 28th. They tortured me w/ the microchips implanted in me by Elliot Hospital on my 30th birthday (02/05/06) 4 assaults (Grand Total)

Questions to ask an experienced probation/parole officer:

If a use-to-be inmate was a subscriber to the Gentle Giant Prison Ministry Motivational Kit, then went on to earn their G.E.D. or a college degree while incarcerated; would not it be logical to reward them w/ $14k for trying ~~to~~ turn their life around when they got

223
16.69
x 40
0000
667.60

111
667.60
x200
00000
00000
+13352
1335200
~~+1335200~~
~~2670400~~

33380
2)667.60
-6
06
-6
07
-6
16-16

667.60~~0~~
2)1335200
-12
13
-12
15
-14
12
-12
00