# EXHIBIT D

## Justice v. Governor, NH, State of et al.

Case No. 1:20-cv-00517-PB

U.S. District Court, District of New Hampshire

*Civil Action under 42 U.S.C. § 1983*

(Public Court Record — Reproduced in Relevant Part)

**Note Regarding PACER "Date Filed" Field**

The PACER docket header for Case No. 1:20-cv-00517-PB displays **"Date Filed: 05/16/2020."** This date reflects the *case conversion date* — the date on which William Soler Justice's Motion to Proceed Without Prepayment of Fees or Costs (Doc. No. 3) was processed and the matter was formally converted to a civil case assigned Case No. 1:20-cv-517-PB. The complaint (Doc. No. 1) was received and processed by the Court on **April 20, 2020** — as confirmed by the first docket entries dated April 30, 2020 referencing the pre-existing complaint. The filing date of **April 20, 2020** is the operative date for purposes of this litigation.

## SECTION 1 — CASE CAPTION AND DOCKET HEADER

*As it appears on the PACER docket for Case No. 1:20-cv-00517-PB:*

| | |
|---|---|
| **Case** | **Justice v. Governor, NH, State of et al.** |
| **Case Number** | **1:20-cv-00517-PB** |

| | |
|---|---|
| **Case** | **Justice v. Governor, NH, State of et al.** |
| **Court** | **U.S. District Court, District of New Hampshire (Concord)** |
| **Assigned To** | **Judge Paul J. Barbadoro** |
| **Cause** | **42:1983 Prisoner Civil Rights** |
| **Nature of Suit** | **550 Prisoner: Civil Rights** |
| **Jurisdiction** | **Federal Question** |
| **Jury Demand** | **Defendant** |
| **PACER "Date Filed"** | **05/16/2020** ***[see introductory note — reflects case conversion date, not complaint receipt date]*** |
| **Operative Complaint Filing Date** | **April 20, 2020** |
| **Docket as of** | **April 8, 2025** |

## SECTION 2 — PARTIES OF RECORD

| Role | Name / Entity | Status / Notes |
|---|---|---|
| **PLAINTIFF** | William Soler Justice *(formerly William Soler, Jr.; legal name change effective May 9, 2022)* | **[ACTIVE — Pro Se]** *Formerly represented by John E. Laboe, Laboe Associates (Terminated: 08/31/2021)* |
| **DEFENDANT** | Governor, NH, State of / Christopher T. Sununu | *TERMINATED: 01/12/2023* |
| **DEFENDANT** | Secure Psychiatric Unit | *TERMINATED: 01/12/2023* |
| **DEFENDANT** | Wendy Martin | *TERMINATED: 01/12/2023 SPU Psychiatrist — author of DOC-000085 in instant case* |
| **DEFENDANT** | Scott J. Marshall | *TERMINATED: 01/12/2023 SPU Captain — recipient of surveillance emails in instant case* |
| **DEFENDANT** | Office of the Public | *TERMINATED: 01/12/2023* |

| Role | Name / Entity | Status / Notes |
|---|---|---|
| | Guardian | |
| **DEFENDANT** | Eric Vangelder | *TERMINATED: 01/12/2023* |
| **DEFENDANT** | NH Department of Corrections | *TERMINATED: 01/12/2023* |
| **DEFENDANT** | Daniel Potenza | *TERMINATED: 03/19/2024* |
| **DEFENDANT** | Mark J. Kimball | *TERMINATED: 05/14/2024* |
| **DEFENDANT** | Randal G. Carver | *TERMINATED: 03/19/2024* |
| **DEFENDANT** | Deborah Robinson | **[ACTIVE]** *SPU Administrator — author of DOC-000010 and DOC-000013 in instant case* |
| **DEFENDANT** | Helen E. Hanks, DOC Commissioner | **[ACTIVE]** |
| **DEFENDANT** | Paula Mattis | **[ACTIVE]** |
| **DEFENDANT** | Carlene Ferrier | **[ACTIVE]** |
| **DEFENDANT** | Frank H. Logan, III | **[ACTIVE]** |
| **DEFENDANT** | Joshua N. Deblois | **[ACTIVE]** |
| **DEFENDANT** | Nathaniel P. Seabron | **[ACTIVE]** |
| **DEFENDANT** | Benjamyn Carver | **[ACTIVE]** |
| **DEFENDANT** | Page Kimball | **[ACTIVE]** |
| **DEFENDANT** | Bret Richardson | **[ACTIVE]** |
| **DEFENDANT** | Kenneth K. Kum | **[ACTIVE]** |
| **DEFENDANT** | Jonathan Boisselle | **[ACTIVE]** |
| **DEFENDANT** | CO Ryan | **[ACTIVE]** |
| **DEFENDANT** | CO Morissette | **[ACTIVE]** |
| **DEFENDANT** | Mark Gagne, Nurse | **[ACTIVE]** |
| **DEFENDANT** | Eric Hansmeier | *Notice Only* |
| **DEFENSE COUNSEL** *(NH AG's Office)* | Duncan A. Edgar; Lawrence Gagnon; Catherine Denny; Nathan W. Kenison-Marvin; Samuel R. V. Garland | *Garland terminated 01/30/2025* |

| Role | Name / Entity | Status / Notes |
|---|---|---|
| **DEFENSE COUNSEL** *(Private — for Potenza)* | Megan Alydia Sigur and Stephen J. Soule *Paul Frank & Collins PC, Burlington, VT* | *Terminated: 02/08/2024* |

## SECTION 3 — SELECTED SIGNIFICANT DOCKET ENTRIES

*Reproduced in relevant part from the PACER docket, Case No. 1:20-cv-00517-PB. Docket text summarized or reproduced verbatim as noted.*

| Date Filed | Doc. No. | Docket Text |
|---|---|---|
| 04/30/2020 | — | NOTICE. Case designated for Electronic Case Filing. (Entered: 04/30/2020) |
| 04/30/2020 | 2 | NOTICE — Filing Fee Omitted. Either the filing fee or an application to proceed without fees must be submitted within 60 days. Compliance Deadline: 6/30/2020. (Entered: 04/30/2020) |
| 05/16/2020 | 3 | MOTION to Proceed Without Prepayment of Fees or Costs with Custodial Certificate and Prisoner Consent Form filed by William Soler, Jr. (Entered: 05/18/2020) |
| 05/16/2020 | — | Application complete — case converted to a civil case. Case assigned to Judge Paul J. Barbadoro. New case number is 1:20-cv-517- |

| Date Filed | Doc. No. | Docket Text |
|---|---|---|
| | | PB. (Entered: 05/18/2020) |
| 05/19/2020 | 4 | ORDER granting Application to Proceed Without Prepayment of Fees. So Ordered by Magistrate Judge Daniel J. Lynch. (Entered: 05/19/2020) |
| 05/20/2020 | 5 | MOTION for ruling that plaintiff is not subject to PLRA filed by William Soler, Jr. (Entered: 05/21/2020) |
| 05/21/2020 | — | ENDORSED ORDER: Complaint (Doc. No. 1) placed under provisional seal at Level II — contains personal identifiers and confidential information. So Ordered by Magistrate Judge Andrea K. Johnstone. (Entered: 05/22/2020) |
| 03/02/2021 | — | ENDORSED ORDER: Court vacates May 19, 2020 IFP order. Court rules plaintiff is NOT subject to Prison Litigation Reform Act (PLRA) — civilly committed person is not a "prisoner" within the meaning of 28 U.S.C. § 1915(h). Filing fee waived. Plaintiff to be refunded any money collected. So Ordered by Magistrate Judge Daniel J. Lynch. [Citing *Ardaneh v. U.S. Govt,* |

| Date Filed | Doc. No. | Docket Text |
|---|---|---|
| | | No. CV 20-1-037-WGY, 2020 WL 5525371 (D. Mass. Sept. 1, 2020)] (Entered: 03/02/2021) |
| 03/05/2021 | 11 | ORDER directing Clerk to appoint a Guardian Ad Litem (lawyer) to represent Mr. Soler for limited purpose of determining his capacity. So Ordered by Magistrate Judge Andrea K. Johnstone. (Entered: 03/05/2021) |
| 06/01/2022 | 23 | NOTICE of Name Change — William Soler, Jr. to William Soler Justice. (Entered: 06/01/2022) |
| 12/02/2022 | 29 | AMENDED REPORT AND RECOMMENDATION re: Complaint. So Ordered by Magistrate Judge Andrea K. Johnstone. (Entered: 12/02/2022) |
| 01/12/2023 | 31 | ORDER approving Amended Report and Recommendation. So Ordered by Judge Paul J. Barbadoro. (Entered: 01/12/2023) |
| 02/12/2024 | 98 | MOTION for Injunction to Prevent Placing Civilly Committed in SPU filed by William Soler Justice. (Entered: 02/12/2024) |

## SECTION 4 — EVIDENTIARY SIGNIFICANCE

The operative complaint in *Justice v. Governor* (Case No. 1:20-cv-00517-PB) was filed on **April 20, 2020** — eleven days after Plaintiff William Soler Justice was transferred from H Ward (Assisted Care, least restrictive) to E Ward (Acute Care, most restrictive, approximately 23 hours per day lockdown) on **April 9, 2020**. The temporal proximity between the retaliatory transfer and the lawsuit is direct and documented.

SPU officials were aware that a federal civil rights complaint was being prepared *before* April 20, 2020. This awareness is established through two independent evidentiary sources:

- **(a) DOC-000014** (O'Connor, April 16, 2020, 11:23 AM) — four days before the filing — Senior Psychiatric Social Worker Christine O'Connor noted that William "makes note in this request slip, that Wanda Duryea is assisting with filing a case against the NH State Prison, on his behalf." This contemporaneous institutional record establishes that SPU officials had specific knowledge of the impending lawsuit before the complaint was filed.
- **(b) Monitored Phone Calls** — Pursuant to the phone surveillance operation documented in Exhibit O (DOC-000008 through DOC-000032), William Justice's telephone communications with Wanda Duryea were actively monitored by SPU officials. Communications discussing the planned litigation were overheard and documented prior to the April 9, 2020 transfer. DOC-000013 (Robinson, April 16, 2020) specifically references Sergeant Barbaro overhearing William on the phone "seemingly taking down these words from his phone caller."

Two defendants in *Justice v. Governor, NH* are central figures in the documentary record of the instant case:

- **(a) Deborah Robinson** — SPU Administrator — is a named defendant in *Justice v. Governor* and is the author of **DOC-000010** (ordering Defendant Barbaro to pull William's phone calls: *"Can we pull Mr. Soler's calls? I'd like to listen to some..."*) and **DOC-000013** (the manufactured attorney-

client privilege email). Robinson's dual role as defendant in the prior case and orchestrator of institutional retaliation in the instant case is directly relevant to motive.

- **(b) Dr. Wendy Martin** — SPU Psychiatrist — is a named defendant in *Justice v. Governor* and is the author of **DOC-000085** (April 9, 2020: *"Soler needs to be seen"*) — the companion document to DOC-000086 (Nurse Clayman's email confirming corrections officers, not clinicians, announced the transfer to E Ward). Dr. Martin's status as a defendant in the prior case provides institutional context for the retaliatory character of the April 9, 2020 events.

On **March 2, 2021**, the Court granted William's motion and ruled that, as a civilly committed person, he is not a "prisoner" within the meaning of the Prison Litigation Reform Act, **28 U.S.C. § 1915(h)**. This ruling — entered in the parallel litigation by the same court — directly confirms Plaintiff's non-punitive civil status and is consistent with the constitutional protections applicable to civilly committed persons that are at issue in the instant case.

Closing Note:

*This exhibit is submitted as a public court record. The docket is reproduced in relevant part from the PACER system, Case No. 1:20-cv-00517-PB, U.S. District Court, District of New Hampshire, as retrieved*

April 8, 2025

.

AJrecused,FILE

# U.S. District Court
# District of New Hampshire (Concord)
# CIVIL DOCKET FOR CASE #: 1:20-cv-00517-PB

Justice v. Governor, NH, State of et al
Assigned to: Judge Paul J. Barbadoro
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/16/2020
Jury Demand: Defendant
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**William Soler Justice**

represented by **William Soler Justice**
51 Storrs St.
#310
Concord, NH 03301
PRO SE

**John E. Laboe**
Laboe Associates
Christian Mutual Building
6 Loudon Road, Ste 307
Concord, NH 03301
603 224-8700
Email: jlaboe@laboelaw.com
*TERMINATED: 08/31/2021*

V.

**Defendant**

**Governor, NH, State of**
*TERMINATED: 01/12/2023*
*other*
Christopher T. Sununu
*TERMINATED: 01/12/2023*

represented by **Duncan A. Edgar**
NH Attorney General's Office (DOJ)
33 Capitol St
Concord, NH 03301
603-271-4900
Fax: 603-271-2110
Email: Duncan.A.Edgar@doj.nh.gov
*ATTORNEY TO BE NOTICED*

**Lawrence Gagnon**
NH Attorney General's Office
1 Granite Place South
Concord, NH 03301
617-519-1960
Email: Lawrence.P.Gagnon@dra.nh.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Secure Psychiatric Unit**
*TERMINATED: 01/12/2023*

represented by **Lawrence Gagnon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Potenza**
*TERMINATED: 03/19/2024*

represented by **Megan Alydia Sigur**
Paul Frank & Collins PC
One Church St
PO Box 1307
Burlington, VT 05402-1307
802-658-2311
Email: msigur@pfclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen J. Soule**
Paul Frank & Collins Inc
PO Box 1307
Burlington, VT 05402
802-658-2311
Email: ssoule@pfclaw.com
*TERMINATED: 02/08/2024*

**Defendant**

**Wendy Martin**
*TERMINATED: 01/12/2023*

represented by **Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Gagnon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paula Mattis**

represented by **Catherine Denny**
NH Attorney General's Office
Department of Justice
1 Granite Place South
Concord, NH 03301
603-271-1354
Email: catherine.a.denny@doj.nh.gov
*ATTORNEY TO BE NOTICED*

**Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Gagnon**
(See above for address)
*TERMINATED: 09/06/2023*

*ATTORNEY TO BE NOTICED*

**Nathan W. Kenison-Marvin**
NH Attorney General's Office (DOJ)
Department of Justice
33 Capitol St
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: nathan.w.kenison-marvin@doj.nh.gov
*ATTORNEY TO BE NOTICED*

**Samuel R. V. Garland**
NH Attorney General's Office (Civil)
33 Capitol St
Concord, NH 03301-6397
603 271-3650
Email: samuel.rv.garland@doj.nh.gov
*TERMINATED: 01/30/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deborah Robinson** represented by **Catherine Denny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Gagnon**
(See above for address)
*TERMINATED: 09/06/2023*
*ATTORNEY TO BE NOTICED*

**Nathan W. Kenison-Marvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NH Department of Corrections, Commissioner**
*other*
Helen E. Hanks

represented by **Catherine Denny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Gagnon**
(See above for address)
*TERMINATED: 09/06/2023*
*ATTORNEY TO BE NOTICED*

**Nathan W. Kenison-Marvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel R. V. Garland**
(See above for address)
*TERMINATED: 01/30/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NH Department of Corrections**
*TERMINATED: 01/12/2023*

represented by **Lawrence Gagnon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carlene Ferrier**

represented by **Catherine Denny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Gagnon**
(See above for address)
*TERMINATED: 09/06/2023*
*ATTORNEY TO BE NOTICED*

**Nathan W. Kenison-Marvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frank H. Logan, III**

represented by **Catherine Denny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Gagnon**
(See above for address)
*TERMINATED: 09/06/2023*
*ATTORNEY TO BE NOTICED*

**Nathan W. Kenison-Marvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott J. Marshall**
*TERMINATED: 01/12/2023*

represented by **Duncan A. Edgar**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Lawrence Gagnon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joshua N. Deblois** represented by **Catherine Denny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Gagnon**
(See above for address)
*TERMINATED: 09/06/2023*
*ATTORNEY TO BE NOTICED*

**Nathan W. Kenison-Marvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark J. Kimball**
*TERMINATED: 05/14/2024*
represented by **Catherine Denny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Gagnon**
(See above for address)
*TERMINATED: 09/06/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Randal G. Carver**
*TERMINATED: 03/19/2024*
represented by **Catherine Denny**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Gagnon**
(See above for address)
*TERMINATED: 09/06/2023*
*ATTORNEY TO BE NOTICED*

**Nathan W. Kenison-Marvin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nathaniel P. Seabron**
*formerly known as*
Nathaniel P. Seaborn

represented by **Duncan A. Edgar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Office of the Public Guardian**
*TERMINATED: 01/12/2023*

represented by **Lawrence Gagnon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Vangelder**
*TERMINATED: 01/12/2023*

represented by **Lawrence Gagnon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benjamyn Carver**

represented by **Catherine Denny**
NH Attorney General's Office
1 Granite Place South
Concord, NH 03301
603-271-1354
Email: catherine.a.denny@doj.nh.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan W. Kenison-Marvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel R. V. Garland**
NH Attorney General's Office (Civil)
Civil Bureau
33 Capitol St
Concord, NH 03301-6397
603 271-3650
Email: samuel.rv.garland@doj.nh.gov
*TERMINATED: 01/30/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Page Kimball**

represented by **Catherine Denny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan W. Kenison-Marvin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel R. V. Garland**
(See above for address)
*TERMINATED: 01/30/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bret Richardson**

**Defendant**

**Kenneth K. Kum** represented by **Catherine Denny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jonathan Boisselle** represented by **Catherine Denny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CO Ryan**

**Defendant**

**CO Morissette** represented by **Catherine Denny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Gagne**
*Nurse*

**Defendant**

**Eric Hansmeier**

**Notice Only**

**NH Attorney General - Notice Only - Civil (Court Use Only)** represented by **Lawrence Gagnon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan W. Kenison-Marvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Notice Only**

**NH Department of Corrections - Notice Only - Civil (Court Use Only)** represented by **Lawrence Gagnon**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 04/30/2020 | | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (mc) (Entered: 04/30/2020) |
| 04/30/2020 | 2 | NOTICE - Filing Fee Omitted. Either the filing fee or an application to proceed without fees or costs must be submitted within 60 days. If proceeding without prepayment of fees or costs is sought the court needs: Application to Proceed Without Prepayment of Fees or Costs, Certificate of Custodial Institution, and Prisoner Consent Form. Compliance Deadline set for 6/30/2020. (mc) (Entered: 04/30/2020) |
| 05/16/2020 | 3 | MOTION to Proceed Without Prepayment of Fees or Costs with Custodial Certificate and Prisoner Consent Form filed by William Soler, Jr.(mc) (Entered: 05/18/2020) |
| 05/16/2020 | | Application complete - case converted to a civil case. Case assigned to Judge Paul J. Barbadoro. New case number is 1:20-cv-517-PB. Please show this number with the judge designation on all future pleadings. (mc) (Entered: 05/18/2020) |
| 05/19/2020 | 4 | **ORDER granting 3 Application to Proceed Without Prepayment of Fees or Costs as to William Soler, Jr., initial fee of $24.64. In addition, monthly payments of 20% of each preceding months income credited to the plaintiffs account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. So Ordered by Magistrate Judge Daniel J. Lynch. Finance Follow Up Deadline 7/20/2020(mc)** (Entered: 05/19/2020) |
| 05/20/2020 | 5 | MOTION for ruling that plaintiff is not subject to PLRA filed by William Soler, Jr.(vln) (Entered: 05/21/2020) |
| 05/21/2020 | | **ENDORSED ORDER 1 Complaint** ***Text of Order: Pursuant to LR 83.12(a)(1) and Rule 5.2(e)(2)of the Federal Rules of Civil Procedure, the Clerks office is directed to place the Complaint (Doc. No. 1) filed in this case, and the attachments thereto, under a provisional seal at Level II, see LR 83.12(b)(2), until otherwise ordered by the court, and to prohibit any nonparty from accessing those documents electronically, as they contain personal identifiers and other confidential information.*** **So Ordered by Magistrate Judge Andrea K. Johnstone.(vln)** (Entered: 05/22/2020) |
| 06/01/2020 | 6 | MOTION to Unseal 1 Complaint filed by William Soler, Jr.(vln) (Entered: 06/17/2020) |
| 07/02/2020 | 7 | Letter to Clerk from William Soler, Jr. re: Status of Case (vln) (Entered: 07/02/2020) |
| 07/06/2020 | 8 | RESPONSE to 7 Letter. (vln) (Entered: 07/06/2020) |
| 08/10/2020 | 9 | NOTICE of Change of Address (vln) (Entered: 08/13/2020) |
| 01/28/2021 | 10 | Letter to Deputy Clerk from William Soler, Jr re: Status of Case (vln) (Entered: 02/01/2021) |
| 03/02/2021 | | **ENDORSED ORDER vacating 4 ORDER granting 3 Application to Proceed Without Prepayment of Fees or Costs.** ***Text of Order: Plaintiff filed a motion to proceed in forma pauperis, which was granted by order issued May 19, 2020. (Doc. No. 4). On May 20, 2020, plaintiff filed a motion claiming that, as a person civilly committed, he is not subject to the repayment requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915. The court agrees with plaintiff's position on this matter. See Ardaneh v. U.S. Govt, No. CV 20-1-037-WGY, 2020 WL 5525371, at *1, 2020 U.S. Dist. LEXIS 170520, at *2-*3 (D. Mass. Sept. 1, 2020) (civilly committed person is not a prisoner within the meaning of 28 U.S.C. § 1915(h)), appeal filed on other grounds,*** |

| | | |
|---|---|---|
| | | ***No. 20-1887 (1st Cir. Sept. 14, 2020). While the court still finds that plaintiff is entitled to proceed in forma pauperis (only for the purpose of waiving the filing fee), the court also waives the filing fee, and directs that plaintiff be refunded any money collected from him in this case. The order of May 19, 2020, is vacated and replaced by this Endorsed Order.*** **So Ordered by Magistrate Judge Daniel J. Lynch.(vln)** (Entered: 03/02/2021) |
| 03/02/2021 | | **ENDORSED ORDER granting 5 Motion for for Ruling that plaintiff is not subject to PLRA. *Text of Order: Granted.* So Ordered by Magistrate Judge Daniel J. Lynch.(vln)** (Entered: 03/02/2021) |
| 03/05/2021 | 11 | **ORDER. The Clerk's office is directed to appoint a GAL, who is a lawyer, to represent Mr. Soler in this action for the limited purposes of determining Mr. Soler's capacity.**<br><br>**So Ordered by Magistrate Judge Andrea K. Johnstone.(vln)** (Entered: 03/05/2021) |
| 03/05/2021 | | **ENDORSED ORDER denying without prejudice 6 Motion to Unseal Document 1 Complaint. *Text of Order: Plaintiff William Soler Jr.s motion (Doc. No. 6) to unseal his complaint is DENIED without prejudice to his ability to renew or refile the motion after the courts determination of his capacity to bring this suit and to authorize the release of his confidential records.* So Ordered by Magistrate Judge Andrea K. Johnstone.(vln)** (Entered: 03/05/2021) |
| 08/31/2021 | 12 | REPORT of Guardian Ad Litem as to William Soler, Jr. (vln) (Entered: 09/01/2021) |
| 01/26/2022 | 13 | MOTION to Appoint Counsel filed by William Soler, Jr.(js) (Entered: 01/26/2022) |
| 02/09/2022 | 14 | MOTION for Status of Case filed by William Soler, Jr.(js) (Entered: 02/10/2022) |
| 02/16/2022 | 15 | VACATED. SEE ENDORSED ORDER DATED 12/2/2022**REPORT AND RECOMMENDATION re 1 Complaint recommending the district judge should:**<br><br>**1. Dismiss the claims identified in this R&R as Claims 5, 6(a), 7, 8, 9, 12, and 14, for failure to state a claim upon which relief might be granted;**<br><br>**2. Dismiss the claims identified in this R&R as Claims 6(b), 10, 13, 15(f), and 15(g) without prejudice; and**<br><br>**3. Dismiss the following defendants identified in the complaint, as Mr. Soler has not stated any cognizable claim against them: Gov. Sununu, the DOC, the SPU, Commissioner Hanks, Director Mattis, Dr. Potenza, Dr. Martin, Ms. Robinson, Ms. Ferrier, Nurse Lombard, Nurse Gagne, CO Scott J. Marshall,8 the OPG, and Mr. VanGelder.**<br><br>**Follow up on Objections to R&R on 3/2/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). So Ordered by Magistrate Judge Andrea K. Johnstone.(js)** Modified on 2/28/2022 to add: Vacated in part with respect to denial of appointment of counsel only, the rest remains in force (js). Modified on 12/2/2022 to add: Vacated text (js). (Entered: 02/16/2022) |
| 02/16/2022 | 16 | **ORDER Directing Clerk to Make Service on NH Office of the Attorney General as provided in the Agreement on Acceptance of Service. So Ordered by Magistrate Judge Andrea K. Johnstone.(js)** (Entered: 02/16/2022) |
| 02/16/2022 | | NOTICE: The court has issued a ruling on preliminary review and ordered the complaint to be served. Pursuant to the Agreement on Service between the Clerk of Court and New |

| | | |
|---|---|---|
| | | Hampshire Attorney General, this Notice constitutes service as directed by the court. The New Hampshire Attorney General shall file notice of acceptance or declination of acceptance of service within thirty (30) days. Acceptance of Service Follow Up on 3/18/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (js) (Entered: 02/16/2022) |
| 02/22/2022 | 17 | Objection to 16 Order Directing Service regarding reconsideration to appoint counsel / objection to no appointment of counsel filed by William Soler, Jr. (js) (Entered: 02/22/2022) |
| 02/22/2022 | 18 | MOTION to Stay the Federal Court from addressing the R & R filed by William Soler, Jr. (js) (Entered: 02/23/2022) |
| 02/24/2022 | | **ENDORSED ORDER granting 18 Motion to Stay the Federal Court from addressing the R & R.** ***Text of Order: Plaintiff William Soler Jr. has filed a motion asking the Court to stay its consideration of the Feb. 16, 2022 Report and Recommendation (Doc. No. 15) (R&R) to allow the plaintiff time to file an amended complaint curing the deficiencies in his original complaint as to the claims of which the R&R recommends dismissal. The motion is construed as seeking an extension of the deadline to object to the R&R to allow the plaintiff to file an amended complaint. So construed, the motion (Doc. No. 18) is GRANTED. The deadline to object to the R&R and/or to file an amended complaint in this matter is extended until March 28, 2022.*** **So Ordered by Judge Paul J. Barbadoro.(js)** (Entered: 02/24/2022) |
| 02/24/2022 | 19 | MOTION to Stay the Federal Court Case from Addressing the R&R filed by William Soler, Jr.(js) (Entered: 02/25/2022) |
| 02/27/2022 | | **ENDORSED ORDER denying as moot 19 Motion to Stay the Federal Court Case from Addressing the R&R.** ***Text of Order: I have already addressed this issue. The motion is denied as moot.*** **So Ordered by Judge Paul J. Barbadoro.(js)** (Entered: 02/28/2022) |
| 02/28/2022 | 20 | **ORDER RE 17 Objection to 16 Order Directing Service regarding reconsideration to appoint counsel/objection to no appointment of counsel filed; granting 13 Motion to Appoint Counsel.**<br><br>**The Court reconsiders, and vacates in part, the February 16, 2022 Order (Doc. No. 16) to the extent it denied Mr. Soler's motion to appoint counsel (Doc. No. 13). The February 16, 2022 Order otherwise remains in force. So Ordered by Magistrate Judge Andrea K. Johnstone.(js)** (Entered: 02/28/2022) |
| 03/02/2022 | 21 | MOTION to Stay the Amending of case until Attorney Appointed filed by William Soler, Jr.(js) (Entered: 03/03/2022) |
| 03/03/2022 | | **ENDORSED ORDER granting 21 Motion to Stay the Amending of case until Attorney Appointed.** ***Text of Order: Granted.*** **So Ordered by Judge Paul J. Barbadoro.(js)** (Entered: 03/03/2022) |
| 03/08/2022 | 22 | MOTION for My Guardian to Receive Electronic Service Copies filed by William Soler, Jr.(js) (Entered: 03/08/2022) |
| 03/09/2022 | | **ENDORSED ORDER denying 22 Motion for My Guardian to Receive Electronic Service Copies.** ***Text of Order: Plaintiff William Soler's motion (Doc. No. 22) asking the Court to grant his guardian access to its electronic case filing (ECF) system is DENIED. The Court does not generally provide ECF access to nonintervening nonparties. Free public access to the public docket of a case is available at the Courthouse during the hours the Clerk's office is open, and copies of documents may be obtained for a fee. See AP 5.1; 28 U.S.C. § 1914. Additionally, a member of the*** |

| | | |
|---|---|---|
| | | ***public may use a PACER login and password to obtain electronic access to the electronic docket and documents, for which a user fee will be assessed. See AP 5.1; 28 U.S.C. § 1914; see also http://ecf.nhd.uscourts.gov*. So Ordered by Magistrate Judge Andrea K. Johnstone.(js)** (Entered: 03/10/2022) |
| 06/01/2022 | 23 | NOTICE of Name Change and Change of Address William Soler, Jr. (bf) (Entered: 06/01/2022) |
| 08/23/2022 | 24 | **ORDER. The stay in this case is now lifted. The deadline for Mr. Justice to object to the R&R and to file an amended complaint in this matter is set for September 30, 2022. So Ordered by US Magistrate Judge Andrea K Johnstone.(js)** (Entered: 08/23/2022) |
| 09/21/2022 | 25 | MOTION to Clarify 24 Order filed by William Soler Justice.(js) (Entered: 09/21/2022) |
| 09/29/2022 | 26 | MOTION for 30 day extension for time to amend filed by William Soler Justice.(js) (Entered: 09/29/2022) |
| 09/29/2022 | | **ENDORSED ORDER granting in part and denying in part 25 Motion to Clarify, 24 Order. *Text of Order: Plaintiff William Justice has filed a motion to clarify (Doc. No. 25) this Court's August 23, 2022 Order (Doc. No. 24) (August 23 Order). The motion to clarify is GRANTED to the extent the Court now clarifies that Order as follows. When the Court granted Mr. Justice's motion for court-appointed counsel, the Court did so "subject to the Court's ability to identify a suitable lawyer who is willing to accept an appointment to represent Mr. [Justice] in this case pro bono." August 23 Order, 3 (emphasis added). In other words, the Court attempted to find an attorney who was willing to represent Mr. Justice for free. The Court did not agree to pay an attorney to represent Mr. Justice in this matter. In the August 23 Order, the Court agreed to consider appointing counsel if Mr. Justice was able to find a qualified attorney willing to represent him pro bono (i.e., without pay). To the extent Mr. Justice asks the Court to pay for his counsel, court-appointed or otherwise, that request is DENIED.* So Ordered by US Magistrate Judge Andrea K. Johnstone.(js)** (Entered: 09/30/2022) |
| 10/17/2022 | | **ENDORSED ORDER granting 26 Motion for 30 day extension for time to amend. *Text of Order: Plaintiff William Justice's motion (Doc. No. 26) for a thirty-day extension of time is GRANTED.* So Ordered by US Magistrate Judge Andrea K Johnstone. Amended Pleadings due by 11/16/2022. Follow up on Objections to R&R on 11/16/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(js)** (Entered: 10/18/2022) |
| 11/09/2022 | 27 | MOTION to Correct This Hon. Court's Documents Inaccuracies/Errors filed by William Soler Justice.(js) (Entered: 11/14/2022) |
| 11/14/2022 | 28 | Addendum To Be Added to This Lawsuit by William Soler Justice. (js) (Entered: 11/15/2022) |

| | | |
|---|---|---|
| 12/02/2022 | | **ENDORSED ORDER granting 27 Motion to Correct This Hon. Court's Documents Inaccuracies/Errors.** ***Text of Order: Plaintiff William Soler Justice has filed a motion (Doc. No. 27) asking the Court to amend certain factual statements in its February 16, 2022 Report and Recommendation (Doc. No. 15) (February 16 R&R). The motion is GRANTED. The Court thus VACATES the February 16 R&R, and issues, this date, an Amended R&R incorporating the specific changes Mr. Justice has requested. Additionally, the Amended R&R amends the February 16 R&R to: (1) reflect Mr. Justice's May 9, 2022 legal name change (from William Soler Jr. to William Soler Justice); (2) include updated information concerning Mr. Justice's guardian, (3) add explanatory footnotes as appropriate; (4) update a legal citation, and (4) correct minor typographical errors.*** **So Ordered by US Magistrate Judge Andrea K. Johnstone.(js)** (Entered: 12/02/2022) |
| 12/02/2022 | | Motions terminated: 15 REPORT AND RECOMMENDATION. VACATED THIS DATE. (js) (Entered: 12/02/2022) |
| 12/02/2022 | 29 | **AMENDED REPORT AND RECOMMENDATION re 1 Complaint. Follow up on Objections to R&R on 12/16/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). So Ordered by US Magistrate Judge Andrea K. Johnstone.(js)** Modified on 12/2/2022 to add: "Amended"(js). (Entered: 12/02/2022) |
| 12/02/2022 | 30 | **ORDER Directing Clerk to Make Service on NH Office of the Attorney General as provided in the Agreement on Acceptance of Service. So Ordered by US Magistrate Judge Andrea K. Johnstone.(js)** (Entered: 12/02/2022) |
| 12/02/2022 | | NOTICE: The court has issued a ruling on preliminary review and ordered the complaint to be served. Pursuant to the Agreement on Service between the Clerk of Court and New Hampshire Attorney General, this Notice constitutes service as directed by the court. The New Hampshire Attorney General shall file notice of acceptance or declination of acceptance of service within thirty (30) days. Acceptance of Service Follow Up on 1/3/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). Answer follow up 1/27/2023.(js) (Entered: 12/02/2022) |
| 01/11/2023 | | **ENDORSED ORDER.** ***Text of Order: On December 2, 2022, the Court issued a Service Order (Doc. No. 30) directing the New Hampshire Office of the Attorney General (AGO) to file an Acceptance of Service notice by January 3, 2023. To date, the AGO has not filed any response to that Order and has not sought extension of that deadline. The Court sua sponte extends the deadline for the AGO to comply with that portion of the December 2, 2022 Service Order until January 20, 2023. The defendants are further instructed to answer or otherwise plead by February 10, 2023.*** **So Ordered by US Magistrate Judge Andrea K. Johnstone.(js)** (Entered: 01/12/2023) |
| 01/12/2023 | 31 | **///ORDER approving 29 Amended Report and Recommendation. So Ordered by Judge Paul J. Barbadoro.(js)** (Entered: 01/12/2023) |
| 01/20/2023 | 32 | NOTICE of Attorney Appearance by Lawrence Gagnon on behalf of Carlene Ferrier, Frank H. Logan, III, Scott J. Marshall, Deborah Robinson Attorney Lawrence Gagnon added to party Carlene Ferrier(pty:dft), Attorney Lawrence Gagnon added to party Frank H. Logan, III(pty:dft), Attorney Lawrence Gagnon added to party Scott J. Marshall(pty:dft), Attorney Lawrence Gagnon added to party Deborah Robinson(pty:dft). (Attachments: # 1 Notice ECF Notice of Acceptance of Service and Request for Extension of Time to Accept Service)(Gagnon, Lawrence) (Entered: 01/20/2023) |
| 01/23/2023 | | NOTICE of ECF Filing Error re: 32 Notice of Attorney Appearance, filed by Scott J. Marshall, Deborah Robinson, Carlene Ferrier, Frank H. Logan, III. |

| | | |
|---|---|---|
| | | Filing contains multiple reliefs. Motion to Extend Time must be filed as party is seeking an extension of time.<br><br>The document will remain on file. Please note that unless a document curing the defect is filed by the Notice of Compliance Deadline the matter may be referred to a judicial officer for appropriate action.<br><br>Compliance Deadline set for 1/24/2023.(js) (Entered: 01/23/2023) |
| 01/23/2023 | 33 | MOTION to Extend Time to Accept Service filed by Carlene Ferrier, Frank H. Logan, III, Scott J. Marshall, Deborah Robinson.Follow up on Objection on 2/6/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Gagnon, Lawrence) (Entered: 01/23/2023) |
| 01/23/2023 | | **ENDORSED ORDER granting 33 Motion to Extend Time to Accept Service. *Text of Order: Granted.* So Ordered by US Magistrate Judge Andrea K. Johnstone. (js)** (Entered: 01/23/2023) |
| 02/03/2023 | 36 | SEALED NOTICE OF ACCEPTANCE OF SERVICE (FILED UNDER SEAL) at Level II.(js) (Entered: 02/07/2023) |
| 02/03/2023 | 37 | MOTION FOR LEVEL II SEAL DEFENDANTS' ADDRESSES ON ACCEPTANCE OF SERVICE re 36 Sealed Document filed by Randal G. Carver, Mark J. Kimball, Nathaniel P. Seaborn.Follow up on Objection on 2/17/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(js) (Entered: 02/07/2023) |
| 02/06/2023 | 34 | NOTICE of Attorney Appearance by Lawrence Gagnon on behalf of Paula Mattis, NH Department of Corrections, Commissioner Attorney Lawrence Gagnon added to party Paula Mattis(pty:dft), Attorney Lawrence Gagnon added to party NH Department of Corrections, Commissioner(pty:dft).(Gagnon, Lawrence) (Entered: 02/06/2023) |
| 02/06/2023 | 35 | MOTION to Clarify 31 Order on Report and Recommendation filed by Carlene Ferrier, Paula Mattis, NH Department of Corrections, Commissioner, Deborah Robinson.Follow up on Objection on 2/21/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Gagnon, Lawrence) (Entered: 02/06/2023) |
| 02/06/2023 | 38 | MOTION to Include the Following Enclosed Exhibits as Evidence of Wrong-Doing filed by William Soler Justice.Follow up on Objection on 2/21/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit A, # 2 Exhibit B)(js) (Entered: 02/07/2023) |
| 02/10/2023 | 39 | MOTION to Extend Time to Answer to February 24,2023 filed by Frank H. Logan, III.Follow up on Objection on 2/24/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Gagnon, Lawrence) (Entered: 02/10/2023) |
| 02/16/2023 | | **ENDORSED ORDER granting 37 MOTION FOR LEVEL II SEAL DEFENDANTS' ADDRESSES ON ACCEPTANCE OF SERVICE re 36 Sealed Document. *Text of Order: The defendants have filed a Notice of Acceptance of Service (Doc. No. 36) which has been placed under a provisional seal, as it contains the home addresses of certain defendants to this action. Defendants have also filed a motion (Doc. No. 37) seeking to seal those addresses, and have provided the Court with a copy of the Notice of Acceptance of Service with those addresses redacted. The motion to seal Document No. 36 at Level II is GRANTED. That document will remain sealed unless and until the Court orders otherwise. The Clerk's office is directed to docket the*** |

| | | |
|---|---|---|
| | | ***redacted copy of the Notice in the public record of the case.* So Ordered by US Magistrate Judge Andrea K Johnstone.(js)** (Entered: 02/16/2023) |
| 02/16/2023 | 40 | Agreement of Acceptance of Service as to Joshua N. Deblois, Paula Mattis, NH Department of Corrections, Commissioner. Declination of Service as to Dr. Wendy Martin, Dr. Daniel Potenza, Randal G. Carver, Nathaniel Seaborn, and Mark Kimball.(js) (Entered: 02/16/2023) |
| 02/16/2023 | | **ENDORSED ORDER granting 39 MOTION to Extend Time to Answer to February 24, 2023. Text of Order: Defendant Frank Logan's motion (Doc. No. 39) seeking an extension of his deadline to file an answer to the complaint in this case until February 24, 2023 is GRANTED. So Ordered by US Magistrate Judge Andrea K. Johnstone.(js)** (Entered: 02/16/2023) |
| 02/23/2023 | 41 | NOTICE of Attorney Appearance by Lawrence Gagnon on behalf of Joshua N. Deblois Attorney Lawrence Gagnon added to party Joshua N. Deblois(pty:dft).(Gagnon, Lawrence) (Entered: 02/23/2023) |
| 02/23/2023 | 42 | ANSWER to 1 Complaint,,,,,,,,,,, filed by Joshua N. Deblois.(Gagnon, Lawrence) (Entered: 02/23/2023) |
| 02/24/2023 | 43 | NOTICE of Attorney Appearance by Lawrence Gagnon on behalf of Frank H. Logan, III (Gagnon, Lawrence) (Entered: 02/24/2023) |
| 02/24/2023 | 44 | RESPONSE re 1 Complaint,,,,,,,,,,, filed by Frank H. Logan, III. (Gagnon, Lawrence) (Entered: 02/24/2023) |
| 03/06/2023 | 45 | MOTION to Acquire the Date and Proof of Service for the Following Defendants filed by William Soler Justice.Follow up on Objection on 3/20/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(js) (Entered: 03/06/2023) |
| 04/17/2023 | 46 | In Response to Deblois re 42 Answer to Complaint filed by William Soler Justice. (js) (Entered: 04/17/2023) |
| 04/17/2023 | 47 | In Response to Logan re 44 Response re Complaint filed by William Soler Justice. (Attachments: # 1 Attachment)(js) (Entered: 04/17/2023) |
| 04/17/2023 | | **ENDORSED ORDER RE 47 In Response to Logan re 44 Response re Complaint.** ***Text of Order: ORDER PROHIBITING REMOTE ELECTRONIC ACCESS - Document No. 47-1 contains one or more personal identifiers listed in Fed.R.Civ.P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose information is contained therein. As good cause exists to prohibit a nonparty from obtaining remote electronic access to the attachment to the response, the clerk shall limit remote access accordingly pursuant to Fed.R.Civ. P. 5.2(e)(2).* So Ordered by US Magistrate Judge Andrea K. Johnstone.(js)** (Entered: 04/17/2023) |
| 06/08/2023 | | **ENDORSED ORDER granting 35 Motion to Clarify 31 Order on Report and Recommendation.** ***Text of Order: Defendants have filed a motion for clarification (Doc. No. 35) to determine whether the Court intended to serve claims in this matter against Helen Hanks, Paula Mattis, Deborah Robinson, and Carlene Ferrier, or to dismiss those defendants from this action. The motion is GRANTED to the extent the Court clarifies that it did not intend to dismiss those defendants from this action in its Order (Doc. No. 31) approving the Magistrate Judge's Report and Recommendation (Doc. No. 29). Those defendants were identified in the service order (Doc. No. 30) issued in this case. Those defendants are directed to comply with that service order*** |

| | | |
|---|---|---|
| | | ***within twenty-one days of the date of this Order.*** **So Ordered by Judge Paul J. Barbadoro.(js)** (Entered: 06/08/2023) |
| 06/08/2023 | 48 | **ORDER RE 28 Addendum To Be Added to This Lawsuit. For the reasons stated above, the court directs that the Clerk's office open a new case, using Document No. 28 as the complaint in that matter, as set forth herein. So Ordered by US Magistrate Judge Andrea K. Johnstone.(js)** (Entered: 06/08/2023) |
| 06/08/2023 | | **ENDORSED ORDER granting 38 Motion to Include the Following Enclosed Exhibits as Evidence of Wrong-Doing.** ***Text of Order: Plaintiff William Justice has filed a motion (Doc. No. 38) seeking to add exhibits to the claims in this case. The motion is GRANTED and the documents will be considered as exhibits to the existing claims in this matter, although the Court expresses no opinion at this time as to their relevance to the issues in this case. Mr. Justice's filing does not seek to add any new claims to this matter, and therefore the Court does not construe that document to seek to amend the complaint.*** **So Ordered by US Magistrate Judge Andrea K Johnstone.(js)** (Entered: 06/09/2023) |
| 06/23/2023 | 49 | ANSWER to 1 Complaint,,,,,,,,,,, filed by Carlene Ferrier, Paula Mattis, NH Department of Corrections, Commissioner, Deborah Robinson.(Gagnon, Lawrence) (Entered: 06/23/2023) |
| 07/12/2023 | 50 | RESPONSE re 49 Answer to Complaint filed by William Soler Justice. **Exhibits 1-31 maintained conventionally in Clerk's Office.** (jwb) (Entered: 07/12/2023) |
| 07/12/2023 | 51 | MOTION to Inform Hon. Court that an Extra Copy of Plaintiff's Rebuttal Shall be Provided to Defendants Through Their Attorney filed by William Soler Justice.Follow up on Objection on 7/26/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(jwb) (Entered: 07/12/2023) |
| 07/17/2023 | 52 | **ORDER Directing US Marshal to Make Service. So Ordered by US Magistrate Judge Andrea K. Johnstone.(jwb)** (Entered: 07/17/2023) |
| 07/17/2023 | | **ENDORSED ORDER denying 45 Motion to Acquire the Date and Proof of Service for the Following Defendants.** ***Text of Order: Denied.*** **So Ordered by US Magistrate Judge Andrea K. Johnstone.(jwb)** (Entered: 07/17/2023) |
| 07/17/2023 | | SERVICE BY CLERK: Copies to US Marshal as to Randal G. Carver, Mark J. Kimball, Nathaniel P. Seaborn per 52 Order Directing Service.(jwb) (Entered: 07/17/2023) |
| 07/25/2023 | 53 | REQUEST FOR ISSUANCE OF SUMMONS by William Soler Justice.(jwb) (Entered: 07/25/2023) |
| 07/25/2023 | | SERVICE BY CLERK: Copies to US Marshal as to Daniel Potenza per 52 Order Directing Service.(jwb) (Entered: 07/25/2023) |
| 07/25/2023 | 54 | NOTICE of Attorney Withdrawal by Lawrence Gagnon on behalf of Scott J. Marshall. (Gagnon, Lawrence) Modified on 7/25/2023 to removed docket text adding and removing attorney from every case participant. (jwb). (Entered: 07/25/2023) |
| 07/25/2023 | | Corrective Entry to 54 Notice of Attorney Withdrawal. Filer incorrectly chose every defendant at filing. Entry corrected by removing docket text adding and removing attorney from every defendant. (jwb) (Entered: 07/25/2023) |
| 07/26/2023 | 55 | MOTION for Discovery filed by William Soler Justice.Follow up on Objection on 8/9/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(jwb) (Entered: 07/26/2023) |

| | | |
|---|---|---|
| 07/27/2023 | 56 | REFILED. SEE DOC. NO. 58 US Marshal Service of Process re: Clerk Service served on 7/24/2023 on Randal Carver.(jwb) Modified on 7/31/2023 to add: Refiled (jwb). (Entered: 07/31/2023) |
| 07/27/2023 | 57 | REFILED. SEE DOC. NO. 59 US Marshal Service of Process re: Clerk Service served on 7/24/2023 on Mark Kimball.(jwb) Modified on 7/31/2023 to add: Refiled (jwb). (Entered: 07/31/2023) |
| 07/27/2023 | 58 | CORRECTED US Marshal Service of Process re: Clerk Service served on 7/24/2023 on Randal Carver.(jwb) Modified on 7/31/2023 to correct date filed to 7/27/2023 (jwb). (Entered: 07/31/2023) |
| 07/27/2023 | 59 | CORRECTED US Marshal Service of Process re: Clerk Service served on 7/24/2023 on Mark Kimball.(jwb) (Entered: 07/31/2023) |
| 08/02/2023 | 60 | US Marshal Service of Process re: Clerk Service- Summons returned unexecuted as to Nathaniel Seaborn.(jwb) (Entered: 08/02/2023) |
| 08/09/2023 | 61 | US Marshal Service of Process re: Clerk Service served on 8/4/2023 on Dr. Daniel P. Potenza.(jwb) (Entered: 08/09/2023) |
| 08/09/2023 | 62 | MOTION to Dismiss for Failure to State a Claim filed by Randal G. Carver. Attorney Lawrence Gagnon added to party Randal G. Carver(pty:dft).Follow up on Objection on 8/23/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit Ex A NHSP-M 2nd Shift Schedule Week of 7.13.2018)(Gagnon, Lawrence) (Entered: 08/09/2023) |
| 08/09/2023 | 63 | MOTION to Correct Court's Error of the Misspelling of one of the defendant's last name (Seabron) filed by William Soler Justice.Follow up on Objection on 8/23/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Summons)(jwb) (Entered: 08/09/2023) |
| 08/09/2023 | | **ENDORSED ORDER denying 51 Motion to Inform Hon. Court that an Extra Copy of Plaintiff's Rebuttal Shall be Provided to Defendants Through Their Attorney.** ***Text of Order: Plaintiff William Soler Justice's notice/motion (Doc. No. 51) to advise the Court that he is mailing a copy of his filings to defendants' counsel is DENIED as unnecessary, as Mr. Justice does not need the Court's permission to serve the defendants in this case with a copy of his filings by mail.*** **So Ordered by US Magistrate Judge Andrea K. Johnstone.(jwb)** (Entered: 08/09/2023) |
| 08/09/2023 | | **ENDORSED ORDER denying without prejudice 55 Motion for Discovery.** ***Text of Order: Plaintiff William Soler Justice's motion for discovery (Doc. No. 55) is DENIED as premature, without prejudice to Mr. Justice's ability to file a motion to compel discovery if the defendants fail to comply with the Federal Rules of Civil Procedure or this Court's orders concerning discovery, or refuse or fail to provide requested discovery to Mr. Justice once their deadline to do so expires, after the Court sets such deadlines at the preliminary pretrial conference to be held in this matter once all of the defendants are served.*** **So Ordered by US Magistrate Judge Andrea K. Johnstone. (jwb)** (Entered: 08/09/2023) |
| 08/09/2023 | | **ENDORSED ORDER granting 63 Motion to Correct Court's Error of the Misspelling of one of the defendant's last name (Seabron).** ***Text of Order: Plaintiff William Soler Justice's motion (Doc. No. 63) to correct the docket of this case to reflect that the individual presently identified in the docket as Nathaniel Seaborn is actually Nathaniel Seabron is GRANTED. The Clerk's office is directed to correct the docket accordingly. Additionally, to the extent the Court has misspelled Nathaniel Seabron's name in any filing, such documents are amended, by this Order, to identify that defendant as Nathaniel Seabron. The Clerk's office is further directed to prepare and*** |

| | | |
|---|---|---|
| | | ***issue a new summons form for Nathaniel Seabron and to forward that new summons form, and the documents listed in the Court's July 17, 2017 Order (Doc. No. 3, at 6), to the U.S. Marshals. The U.S. Marshals are directed to again attempt to serve Mr. Seabron at the address provided on the newly-issued summons form, as set forth in Document No. 52.*** **So Ordered by US Magistrate Judge Andrea K. Johnstone.(jwb)** (Entered: 08/09/2023) |
| 08/09/2023 | | SERVICE BY CLERK: Copies to US Marshal as to Nathaniel P. Seabron per 52 Order Directing Service.(jwb) (Entered: 08/09/2023) |
| 08/11/2023 | 64 | MOTION to Change Venue filed by William Soler Justice.Follow up on Objection on 8/25/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Attachment)(jwb) (Entered: 08/11/2023) |
| 08/17/2023 | 65 | NOTICE of Attorney Appearance by Stephen J. Soule on behalf of Daniel Potenza Attorney Stephen J. Soule added to party Daniel Potenza(pty:dft).(Soule, Stephen) (Entered: 08/17/2023) |
| 08/17/2023 | 66 | MOTION to Dismiss for Failure to State a Claim filed by Daniel Potenza.Follow up on Objection on 8/31/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Soule, Stephen) (Entered: 08/17/2023) |
| 08/21/2023 | 67 | OBJECTION to 64 MOTION to Change Venue filed by Randal G. Carver, Joshua N. Deblois, Carlene Ferrier, Frank H. Logan, III, Paula Mattis, Deborah Robinson. Follow up on Reply on 8/28/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Gagnon, Lawrence) (Entered: 08/21/2023) |
| 08/23/2023 | 68 | MOTION for Limited Appearance *and Extension of Time to Answer* filed by Mark J. Kimball. Attorney Lawrence Gagnon added to party Mark J. Kimball(pty:dft).Follow up on Objection on 9/6/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Gagnon, Lawrence) (Entered: 08/23/2023) |
| 08/23/2023 | 69 | OBJECTION to 62 MOTION to Dismiss for Failure to State a Claim filed by William Soler Justice. Follow up on Reply on 8/30/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Attachments)(jwb) (Entered: 08/23/2023) |
| 08/28/2023 | 70 | REPLY to Objection to Motion re 62 MOTION to Dismiss for Failure to State a Claim filed by Randal G. Carver. Surreply due by 9/5/2023. (Gagnon, Lawrence) (Entered: 08/28/2023) |
| 08/28/2023 | | **ENDORSED ORDER granting 68 Motion for Limited Appearance and Extension of Time to Answer. *Text of Order: Granted.* So Ordered by US Magistrate Judge Andrea K Johnstone. (jwb)** (Entered: 08/28/2023) |
| 09/01/2023 | 71 | OBJECTION to 66 MOTION to Dismiss for Failure to State a Claim filed by William Soler Justice. Follow up on Reply on 9/8/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7)(jwb) (Entered: 09/05/2023) |
| 09/05/2023 | 72 | NOTICE of Attorney Appearance by Catherine Denny on behalf of Paula Mattis, NH Department of Corrections, Commissioner Attorney Catherine Denny added to party |

| | | |
|---|---|---|
| | | Paula Mattis(pty:dft), Attorney Catherine Denny added to party NH Department of Corrections, Commissioner(pty:dft).(Denny, Catherine) (Entered: 09/05/2023) |
| 09/05/2023 | 76 | MOTION for Correction of Defendant Carver name in lawsuit filed by William Soler Justice. Follow up on Objection on 9/19/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Summons)(jwb) (Entered: 09/07/2023) |
| 09/06/2023 | 73 | NOTICE of Attorney Appearance by Catherine Denny on behalf of Randal G. Carver, Joshua N. Deblois, Carlene Ferrier, Frank H. Logan, III, Deborah Robinson Attorney Catherine Denny added to party Randal G. Carver(pty:dft), Attorney Catherine Denny added to party Joshua N. Deblois(pty:dft), Attorney Catherine Denny added to party Carlene Ferrier(pty:dft), Attorney Catherine Denny added to party Frank H. Logan, III(pty:dft), Attorney Catherine Denny added to party Deborah Robinson(pty:dft).(Denny, Catherine) (Entered: 09/06/2023) |
| 09/06/2023 | 74 | TERMINATED. FILED IN WRONG CASE Notice of Withdrawal and Completion of Limited Representation by Randal G. Carver, Joshua N. Deblois, Carlene Ferrier, Mark J. Kimball, Frank H. Logan, III, Paula Mattis, Deborah Robinson(Gagnon, Lawrence) Modified on 9/6/2023 to add: Terminated text (jwb). (Entered: 09/06/2023) |
| 09/06/2023 | 75 | Notice of Withdrawal and Completion of Limited Representation by Randal G. Carver, Joshua N. Deblois, Carlene Ferrier, Mark J. Kimball, Frank H. Logan, III, Paula Mattis, Deborah Robinson(Gagnon, Lawrence) (Entered: 09/06/2023) |
| 09/06/2023 | | NOTICE of ECF Filing Error re: 74 Miscellaneous Filing filed by Deborah Robinson, Carlene Ferrier, Joshua N. Deblois, Mark J. Kimball, Frank H. Logan, III, Randal G. Carver, Paula Mattis. Filed in wrong case.<br><br>75 Miscellaneous Filing filed by Deborah Robinson, Carlene Ferrier, Joshua N. Deblois, Mark J. Kimball, Frank H. Logan, III, Randal G. Carver, Paula Mattis, Filer used the wrong event. Filer should have used Notice- Attorney Withdrawal. NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. (jwb) (Entered: 09/06/2023) |
| 09/06/2023 | 78 | US Marshal Service of Process re: Clerk Service- Summons returned unexecuted as to Nathaniel Seabron. (jwb) (Entered: 09/08/2023) |
| 09/07/2023 | 77 | MOTION for Determining if Mark Kimball was properly served filed by William Soler Justice.Follow up on Objection on 9/21/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(jwb) (Entered: 09/07/2023) |
| 09/13/2023 | | NOTICE OF PRETRIAL CONFERENCE. Pretrial Conference set for 10/25/2023 10:00 AM before US Magistrate Judge Andrea K Johnstone. Follow up on Discovery Plan 10/18/2023. Please note pursuant to Title 28 USC 636(c) and Local Rule 73.1, the parties may consent to have the case reassigned to the Magistrate Judge, but are free to withhold consent without adverse consequences. (bd) (Entered: 09/13/2023) |
| 09/13/2023 | | Notice regarding 66 MOTION to Dismiss for Failure to State a Claim, 62 MOTION to Dismiss for Failure to State a Claim: Pursuant to Local Rule 72.1, this motion has been referred to Magistrate Judge Andrea K. Johnstone for proposed findings of fact and a recommendation as to its disposition. Any such findings and recommendations shall be filed with the Court and a copy shall forthwith be served on all parties. (jwb) (Entered: 09/13/2023) |
| 10/16/2023 | 79 | Proposed Discovery Plan filed by William Soler Justice. (jwb) (Entered: 10/16/2023) |

| | | |
|---|---|---|
| 10/18/2023 | 80 | Proposed Discovery Plan filed by Randal G. Carver, Joshua N. Deblois, Carlene Ferrier, Frank H. Logan, III, Paula Mattis, NH Department of Corrections, Commissioner, Deborah Robinson. (Denny, Catherine) (Entered: 10/18/2023) |
| 10/23/2023 | 81 | NOTICE of Attorney Appearance by Catherine Denny on behalf of Mark J. Kimball Attorney Catherine Denny added to party Mark J. Kimball(pty:dft).(Denny, Catherine) (Entered: 10/23/2023) |
| 10/25/2023 | | Minute Entry for proceedings held before US Magistrate Judge Andrea K Johnstone. PRETRIAL CONFERENCE held on 10/25/2023. Order to issue. (Pltfs Atty: William Soler Justice) (Defts Atty: Stephen J. Soule; Catherine Denny) (Tape #10:06)(Total Hearing Time: 54 Min) (bd) (Entered: 10/25/2023) |
| 11/02/2023 | 82 | **ORDER. The Court does not have a correct service address for Mr. Seabron. Mr. Justice is directed to provide the Court with a new completed summons for Mr. Seabron, which includes an address where that defendant can be served, by December 1, 2023. So Ordered by US Magistrate Judge Andrea K. Johnstone.(jwb)** (Entered: 11/02/2023) |
| 11/02/2023 | 83 | **ORDER denying 64 Motion to Change Venue. So Ordered by US Magistrate Judge Andrea K. Johnstone.(jwb)** (Entered: 11/02/2023) |
| 11/02/2023 | 84 | **ORDER granting in part and denying in part 79 Discovery Plan; granting in part and denying in part 80 Discovery Plan. Length of Trial 5-7 days. Case Track: Standard. So Ordered by US Magistrate Judge Andrea K. Johnstone.(jwb)** (Entered: 11/02/2023) |
| 11/02/2023 | | **ENDORSED ORDER denying as moot 77 Motion for Determining if Mark Kimball was properly served.** ***Text of Order: Plaintiff William Soler Justice has filed a Motion for Determining if Mark Kimball Was Properly Served (Doc. No. 77). As stated in the record at the pretrial conference the Court held in this matter on October 25, 2023, the New Hampshire Attorney General's Office has accepted service on Defendant Mark Kimball's behalf. Accordingly, the motion is DENIED as moot.*** **So Ordered by US Magistrate Judge Andrea K. Johnstone.(jwb)** (Entered: 11/02/2023) |
| 11/02/2023 | | TRIAL NOTICE: Bench Trial set for the two-week period beginning 11/6/2024 09:00 AM before Judge Paul J. Barbadoro. Final Pretrial Conference set for 10/23/2024 02:00 PM before Judge Paul J. Barbadoro. Pretrial Statements due 10/7/2024. LR 16.2(d) Objections due 10/21/2024. (jwb) (Entered: 11/02/2023) |
| 11/08/2023 | 85 | MOTION to Withdraw the Request to Amend Complaint filed by William Soler Justice.Follow up on Objection on 11/22/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(jwb) (Entered: 11/08/2023) |
| 11/09/2023 | 86 | REQUEST FOR ISSUANCE OF SUMMONS by William Soler Justice.(jwb) (Entered: 11/13/2023) |
| 11/16/2023 | | **ENDORSED ORDER granting 85 Motion to Withdraw the Request to Amend Complaint.** ***Text of Order: Plaintiff William Soler Justice's motion (Doc. No. 85) to withdraw his October 25, 2023 oral motion requesting leave to amend his complaint is GRANTED.*** **So Ordered by US Magistrate Judge Andrea K Johnstone.(lw)** (Entered: 11/16/2023) |
| 11/17/2023 | 87 | **ORDER Directing US Marshal to Make Service. So Ordered by US Magistrate Judge Andrea K Johnstone.(lw)** (Entered: 11/17/2023) |

| | | |
|---|---|---|
| 11/17/2023 | | SERVICE BY CLERK: Copies to US Marshal as to Nathaniel P. Seabron per 87 Order Directing Service.(lw) (Entered: 11/17/2023) |
| 11/27/2023 | 88 | *Mark Kimball's* ANSWER to 1 Complaint,,,,,,,,,,, with jury demand filed by Mark J. Kimball.(Denny, Catherine) (Entered: 11/27/2023) |
| 11/27/2023 | 89 | Assented to MOTION to Extend Time to Answer to 11/27/2023 filed by Mark J. Kimball. (Denny, Catherine) (Entered: 11/27/2023) |
| 11/27/2023 | | **ENDORSED ORDER granting 89 Assented to MOTION to Extend Time to Answer to 11/27/2023. *Text of Order: Granted.* So Ordered by US Magistrate Judge Andrea K. Johnstone.(jwb)** (Entered: 11/28/2023) |
| 12/06/2023 | 90 | US Marshal Service of Process re: 87 Order Directing Service- Returned Unexecuted as to Nathaniel Seaborn.(jwb) (Entered: 12/06/2023) |
| 12/07/2023 | 91 | MOTION for Amendment for Substitution of FNU Kimball for Defendant Mark Kimball filed by William Soler Justice.Follow up on Objection on 12/21/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Attachment)(jwb) (Entered: 12/08/2023) |
| 12/13/2023 | 92 | MOTION for Correction of Defendant Kimball name in lawsuit filed by William Soler Justice.Follow up on Objection on 12/27/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Summons)(jwb) (Entered: 12/13/2023) |
| 12/21/2023 | 93 | RESPONSE to Motion re 91 MOTION Amendment for Substitution of FNU Kimball for Defendant Mark Kimball, 92 MOTION Correction of Defendant Kimball name in lawsuit filed by Randal G. Carver, Joshua N. Deblois, Carlene Ferrier, Mark J. Kimball, Frank H. Logan, III, Paula Mattis, NH Department of Corrections, Commissioner, Deborah Robinson. (Denny, Catherine) (Entered: 12/21/2023) |
| 12/28/2023 | 94 | **ORDER Directing US Marshal to Make Service. So Ordered by US Magistrate Judge Andrea K. Johnstone.(jwb)** (Entered: 12/28/2023) |
| 12/28/2023 | | SERVICE BY CLERK: Copies to US Marshal as to Nathaniel P. Seabron per 94 Order Directing Service.(jwb) (Entered: 12/28/2023) |
| 01/31/2024 | 95 | US Marshal Service of Process re: Clerk Service, 94 Order Directing Service Unexecuted as to Nathaniel Seabron.(jwb) (Entered: 01/31/2024) |
| 02/08/2024 | 96 | NOTICE of Attorney Appearance by Megan Alydia Sigur on behalf of Daniel Potenza Attorney Megan Alydia Sigur added to party Daniel Potenza(pty:dft).(Sigur, Megan) (Entered: 02/08/2024) |
| 02/08/2024 | 97 | NOTICE of Attorney Withdrawal by Stephen J. Soule on behalf of Daniel Potenza(Soule, Stephen) (Entered: 02/08/2024) |
| 02/12/2024 | 98 | MOTION for Injunction to Prevent Placing Civilly Committed in SPU filed by William Soler Justice.Follow up on Objection on 2/26/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Attachment)(jwb) (Entered: 02/12/2024) |
| 02/12/2024 | 99 | MOTION to Compel Defendant Hanks to Answer Interrogatories Fully filed by William Soler Justice.Follow up on Objection on 2/26/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Attachment)(jwb) (Entered: 02/12/2024) |
| 02/22/2024 | 100 | MOTION for Plaintiff to Retain Cell Phone Within Courthouse filed by William Soler Justice.Follow up on Objection on 3/7/2024. The court only follow up date DOES NOT |

| | | |
|---|---|---|
| | | include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(jwb) (Entered: 02/22/2024) |
| 02/26/2024 | 101 | OBJECTION to 99 MOTION to Compel Defendant Hanks to Answer Interrogatories Fully filed by NH Department of Corrections, Commissioner. Follow up on Reply on 3/4/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Denny, Catherine) (Entered: 02/26/2024) |
| 02/26/2024 | 102 | RESPONSE to Motion re 99 MOTION to Compel Defendant Hanks to Answer Interrogatories Fully filed by NH Department of Corrections, Commissioner. (Denny, Catherine) (Entered: 02/26/2024) |
| 02/26/2024 | | NOTICE of ECF Filing Error re: 102 Response to Motion filed by NH Department of Corrections, Commissioner. Document should have been filed as an attachment to the main document (AP 2.5(a)). NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. (jwb) (Entered: 02/26/2024) |
| 02/26/2024 | 103 | NOTICE of Attorney Appearance by Nathan W. Kenison-Marvin on behalf of Randal G. Carver, Joshua N. Deblois, Carlene Ferrier, Frank H. Logan, III, Paula Mattis, NH Department of Corrections, Commissioner, Deborah Robinson Attorney Nathan W. Kenison-Marvin added to party Randal G. Carver(pty:dft), Attorney Nathan W. Kenison-Marvin added to party Joshua N. Deblois(pty:dft), Attorney Nathan W. Kenison-Marvin added to party Carlene Ferrier(pty:dft), Attorney Nathan W. Kenison-Marvin added to party Frank H. Logan, III(pty:dft), Attorney Nathan W. Kenison-Marvin added to party Paula Mattis(pty:dft), Attorney Nathan W. Kenison-Marvin added to party NH Department of Corrections, Commissioner(pty:dft), Attorney Nathan W. Kenison-Marvin added to party Deborah Robinson(pty:dft).(Kenison-Marvin, Nathan) (Entered: 02/26/2024) |
| 02/26/2024 | 104 | OBJECTION to 98 MOTION for Injunction to Prevent Placing Civilly Committed in SPU filed by Randal G. Carver, Joshua N. Deblois, Carlene Ferrier, Frank H. Logan, III, Paula Mattis, NH Department of Corrections, Commissioner, Deborah Robinson. Follow up on Reply on 3/4/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Kenison-Marvin, Nathan) (Entered: 02/26/2024) |
| 03/04/2024 | 105 | REPLY to Objection to Motion re 99 MOTION to Compel Defendant Hanks to Answer Interrogatories Fully filed by William Soler Justice. Surreply due by 3/11/2024. (jwb) (Entered: 03/04/2024) |
| 03/04/2024 | 106 | MOTION for Pamela L.P. Eaton to Appear Pro Hac Vice (Filing fee $ 100, Receipt # ANHDC-2484806.) filed by Daniel Potenza.Follow up on Objection on 3/18/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit (Affidavit) A - Eaton Affidavit in Support of Motion to Appear Pro Hac Vice)(Sigur, Megan) (Entered: 03/04/2024) |
| 03/13/2024 | | **ENDORSED ORDER granting 106 Motion for Pamela L.P. Eaton to Appear Pro Hac Vice.** ***Text of Order: Granted. Local counsel shall comply with all obligations required by L.R. 83.2(b) absent order of the court.*** **So Ordered by US Magistrate Judge Andrea K. Johnstone.**<br><br>**The clerk's office will provide the admitted attorney with instructions on how to obtain access to electronic filing by separate email. The admitted attorney must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of New Hampshire. After obtaining e-filing access, the admitted** |

| | | |
|---|---|---|
| | | **attorney must file an appearance to begin receiving electronic notices.(jwb)** (Entered: 03/13/2024) |
| 03/19/2024 | 107 | **///ORDER denying as moot 62 Motion to Dismiss for Failure to State a Claim; granting 76 Motion for Correction of Defendant Carver name in lawsuit.** ***Accordingly, Justice's motion to amend (Doc. 76) is granted, and Carver's motion to dismiss (Doc. 62) is denied as moot. See L.R. 15.1; see also Fed. R. Civ. P. 15(a). Randal Carver is dismissed from the case, and the court directs service of Claims 1(c)(i), 15(a), 15(b), 15(c)(i)(iii), 15(d), and 15(e), as identified in the Amended Report and Recommendation, on Benjamyn Carver.*** **So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 03/19/2024) |
| 03/19/2024 | 108 | **ORDER Directing Clerk to Make Service on NH Office of the Attorney General as provided in the Agreement on Acceptance of Service. So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 03/19/2024) |
| 03/19/2024 | | NOTICE: The court has issued a ruling and ordered the complaint to be served. Pursuant to the Agreement on Service between the Clerk of Court and New Hampshire Attorney General, this Notice constitutes service as directed by the court. The New Hampshire Attorney General shall file notice of acceptance or declination of acceptance of service within thirty (30) days. Acceptance of Service Follow Up on 4/18/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). Answer follow up 5/14/2024.(jwb) (Entered: 03/19/2024) |
| 03/19/2024 | 109 | **///MEMORANDUM AND ORDER granting 66 Motion to Dismiss for Failure to State a Claim.** ***For the foregoing reasons, Potenza's motion to dismiss (Doc. 66) is granted and Potenza is dismissed from the case.*** **So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 03/19/2024) |
| 04/15/2024 | 110 | MOTION to Compel Interrogatory Responses filed by William Soler Justice. Follow up on Objection on 4/29/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Attachment)(jwb) (Entered: 04/16/2024) |
| 04/26/2024 | | **ENDORSED ORDER.** ***Text of Order: The clerk shall set a status conference by Zoom. The plaintiff's guardian shall attend. No further pleadings shall be filed prior to the conference without prior leave of court.*** **So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 04/29/2024) |
| 04/29/2024 | | NOTICE of Conference. Status Conference set VIA VIDEO CONFERENCE for 5/6/2024 03:00 PM before Judge Paul J. Barbadoro.(jwb) (Entered: 04/29/2024) |
| 05/06/2024 | | Minute Entry for proceedings held before Judge Paul J. Barbadoro. STATUS CONFERENCE held on 5/6/2024. Defendants shall produce discovery material to the plaintiff within 30 days. Further status conference to be held. Court rules on doc. nos. 99, 100 and 110. Defendants shall have 7 days to file acceptance/declination of service as to Benjamyn Carver and defendant Kimball, and file answers within 20 days. Case to be taken off the trial track, new dates will be set after initial production. (Court Reporter: Liza Dubois) (Pltfs Atty: Nathan Kenison-Marvin) (Defts Atty: William Soler Justice, pro se)(Total Hearing Time: 1 hour) (jwb) (Entered: 05/06/2024) |
| 05/06/2024 | | **ORAL ORDER denying without prejudice 99 Motion to Compel Defendant Hanks to Answer Interrogatories Fully.** ***Denied without prejudice for reasons stated on the record.*** **So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 05/06/2024) |
| 05/06/2024 | | **ORAL ORDER granting in part and denying in part 100 Motion for Plaintiff to Retain Cell Phone Within Courthouse.** ***Granted in part and denied in part. The plaintiff shall be allowed to bring into the courthouse a laptop and cell phone by*** |

| | | |
|---|---|---|
| | | ***obtaining advanced approval from the court.*** **So Ordered by Judge Paul J. Barbadoro. (jwb)** (Entered: 05/06/2024) |
| 05/06/2024 | | **ORAL ORDER denying without prejudice 110 Motion to Compel Interrogatory Responses.** ***Denied without prejudice for reasons stated on the record.*** **So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 05/06/2024) |
| 05/06/2024 | | NOTICE of Hearing. Status Conference set for 6/11/2024 03:00 PM before Judge Paul J. Barbadoro.(jwb) (Entered: 05/06/2024) |
| 05/06/2024 | | ALL PRETRIAL AND TRIAL DEADLINES CANCELLED: Bench Trial set for 11/6/2024 and Final Pretrial Conference set for 10/23/2024 are CANCELLED. New dates to be established after initial production. (jwb) (Entered: 05/06/2024) |
| 05/07/2024 | 111 | MOTION for Judgment entry of final judgment on Plaintiffs claims against Defendant Potenza filed by Daniel Potenza.Follow up on Objection on 5/21/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Proposed Order - Proposed Final Judgment)(Sigur, Megan) (Entered: 05/07/2024) |
| 05/13/2024 | 112 | NOTICE of Acceptance of Service for Defendants Benjamyn Carver and Page Kimball by Benjamyn Carver, NH Attorney General - Notice Only - Civil (Court Use Only). Attorney Nathan W. Kenison-Marvin added to party Benjamyn Carver(pty:dft), Attorney Nathan W. Kenison-Marvin added to party NH Attorney General - Notice Only - Civil (Court Use Only)(pty:ntc).(Kenison-Marvin, Nathan) (Entered: 05/13/2024) |
| 05/13/2024 | 113 | NOTICE of Attorney Appearance by Nathan W. Kenison-Marvin on behalf of Benjamyn Carver *and Page Kimball* (Kenison-Marvin, Nathan) (Entered: 05/13/2024) |
| 05/14/2024 | | **ENDORSED ORDER granting 91 Motion for Amendment for Substitution of FNU Kimball for Defendant Mark Kimball; granting 92 Motion for Correction of Defendant Kimball name in lawsuit.** ***Text of Order: Documents 91 and 92 are granted to the extent that Page Kimball shall be substituted for Mark Kimball. The court notes that the Office of the Attorney General has accepted service on behalf of defendant Page Kimball.*** **So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 05/14/2024) |
| 05/22/2024 | | **ENDORSED ORDER denying 111 Motion for Judgment entry of final judgment on Plaintiffs claims against Defendant Potenza.** ***Text of Order: Denied.*** **So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 05/22/2024) |
| 05/24/2024 | 114 | NOTICE of Attorney Appearance by Samuel R. V. Garland on behalf of Benjamyn Carver, Page Kimball Attorney Samuel R. V. Garland added to party Benjamyn Carver(pty:dft), Attorney Samuel R. V. Garland added to party Page Kimball(pty:dft). (Garland, Samuel) (Entered: 05/24/2024) |
| 05/24/2024 | 115 | Assented to MOTION to Extend Time to Answer to June 11, 2024 filed by Benjamyn Carver, Page Kimball.(Garland, Samuel) (Entered: 05/24/2024) |
| 06/07/2024 | | **ENDORSED ORDER granting 115 Assented to MOTION to Extend Time to Answer to June 11, 2024.** ***Text of Order: Granted.*** **So Ordered by Judge Paul J. Barbadoro. (jwb)** (Entered: 06/07/2024) |
| 06/10/2024 | 116 | Assented to MOTION For Defendants' Counsel to Appear by Video for June 11, 2024, Status Conference filed by Benjamyn Carver, Joshua N. Deblois, Carlene Ferrier, Page Kimball, Frank H. Logan, III, Paula Mattis, Deborah Robinson.(Kenison-Marvin, Nathan) (Entered: 06/10/2024) |
| 06/11/2024 | | **ENDORSED ORDER denying 116 Motion for Defendants' Counsel to Appear by Video for June 11, 2024, Status Conference.** ***Text of Order: The court is unwilling to*** |

| | | |
|---|---|---|
| | | ***hold the status conference via Zoom. The clerk shall reschedule the hearing to a date and time when an attorney for the defendants can appear in person.* So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 06/11/2024) |
| 06/11/2024 | | NOTICE OF CANCELLATION: Status Conference set for 6/11/2024 is CANCELLED. (jwb) (Entered: 06/11/2024) |
| 06/11/2024 | | NOTICE of Hearing. Status Conference set for 7/8/2024 02:00 PM before Judge Paul J. Barbadoro.(jwb) (Entered: 06/11/2024) |
| 06/11/2024 | 117 | ANSWER to 1 Complaint,,,,,,,,,,, with jury demand filed by Benjamyn Carver.(Kenison-Marvin, Nathan) (Entered: 06/11/2024) |
| 06/11/2024 | 118 | ANSWER to 1 Complaint,,,,,,,,,,, with jury demand filed by Page Kimball.(Kenison-Marvin, Nathan) (Entered: 06/11/2024) |
| 06/26/2024 | 119 | TRANSCRIPT of Proceedings for STATUS CONFERENCE HELD VIA VIDEOCONFERENCE on May 6, 2024. Court Reporter: Liza Dubois, Telephone # 603-225-1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90-day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 7/17/2024. Redacted Transcript Follow Up 7/29/2024. Release of Transcript Restriction set for 9/24/2024.(jwb) (Entered: 06/26/2024) |
| 07/08/2024 | | Minute Entry for proceedings held before Judge Paul J. Barbadoro. STATUS CONFERENCE held on 7/8/2024. Further status conference to be held in 30 days. (Court Reporter: Liza Dubois) (Pltfs Atty: William Soler Justice (pro se)) (Defts Atty: Nathan Kenison-Marvin)(Total Hearing Time: 1 hour 5 minutes) (jwb) (Entered: 07/08/2024) |
| 07/08/2024 | | NOTICE of Hearing. Status Conference set for 8/21/2024 10:00 AM before Judge Paul J. Barbadoro.(jwb) (Entered: 07/08/2024) |
| 07/15/2024 | 120 | **ORDER denying 98 Motion for Injunction to Prevent Placing Civilly Committed in SPU. So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 07/15/2024) |
| 08/21/2024 | | Minute Entry for proceedings held before Judge Paul J. Barbadoro. STATUS CONFERENCE held on 8/21/2024. Motion to compel due in 14 days. Answers to interrogatories due in 14 days. Further status conference to be held after ruling on motion to compel. (Court Reporter: Brenda Hancock) (Pltfs Atty: William Soler Justice (pro se)) (Defts Atty: Nathan Kenison-Marvin)(Total Hearing Time: 45 minutes) (jwb) (Entered: 08/21/2024) |
| 09/03/2024 | 121 | MOTION to Compel Discovery of Documents with Redactions Removed filed by William Soler Justice.Follow up on Objection on 9/17/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Attachment)(jwb) (Entered: 09/03/2024) |

| | | |
|---|---|---|
| 09/17/2024 | 122 | MOTION to Amend Complaint for the Inclusion of Correctional Ofc. Ema E. Donlagic as a Defendant in this Lawsuit filed by William Soler Justice.Follow up on Objection on 10/1/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(jwb) (Entered: 09/17/2024) |
| 09/17/2024 | 123 | Assented to MOTION to Extend Time to Object/Respond to 121 MOTION to Compel Discovery of Documents with Redactions Removed to September 27, 2024 filed by Benjamyn Carver, Joshua N. Deblois, Carlene Ferrier, Mark J. Kimball, Page Kimball, Frank H. Logan, III, Paula Mattis, NH Department of Corrections, Commissioner, Deborah Robinson.(Kenison-Marvin, Nathan) (Entered: 09/17/2024) |
| 09/19/2024 | | **ENDORSED ORDER granting 123 Motion to Extend Time to Object/Respond to 121 Motion to Compel to September 27, 2024. *Text of Order: Granted.* So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 09/19/2024) |
| 09/27/2024 | 124 | OBJECTION to 121 MOTION to Compel Discovery of Documents with Redactions Removed filed by Benjamyn Carver, Joshua N. Deblois, Page Kimball, Frank H. Logan, III, Paula Mattis, NH Department of Corrections, Commissioner. Follow up on Reply on 10/4/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit Defense counsel's June 28, 2024, letter to Plaintiff)(Kenison-Marvin, Nathan) (Entered: 09/27/2024) |
| 10/09/2024 | | NOTICE of Conference. Status Conference set for 10/28/2024 02:00 PM before Judge Paul J. Barbadoro.(jwb) (Entered: 10/09/2024) |
| 10/28/2024 | | Minute Entry for proceedings held before Judge Paul J. Barbadoro. STATUS CONFERENCE held on 10/28/2024. Motion to Amend Complaint denied without prejudice for reasons stated on the record. Within 14 days the government shall identify the individual that signed the report and provide it to the plaintiff. Plaintiff will then have 14 days to move to amend, defendants will have 14 days to respond. Plaintiff has 30 days to propound any further interrogatories, defendants shall respond/file objections within 30 days. Motion to Compel denied for reasons stated on the record. Further status conference to be held. Attorney Nathan Kenison-Marvin is relieved from having to attend further hearings. (Court Reporter: Brenda Hancock) (Pltfs Atty: William Soler Justice (pro se)) (Defts Atty: Nathan Kenison-Marvin; Catherine Denny)(Total Hearing Time: 50 minutes) (jwb) (Entered: 10/28/2024) |
| 10/28/2024 | | **ORAL ORDER denying without prejudice 122 Motion to Amend. *Text of Order: Denied without prejudice for reasons stated on the record.* So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 10/28/2024) |
| 10/28/2024 | | **ORAL ORDER denying 121 Motion to Compel. *Denied for reasons stated on the record at the hearing.* So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 10/28/2024) |
| 11/01/2024 | 125 | NOTICE of Attorney Appearance by Duncan A. Edgar on behalf of Carlene Ferrier, Frank H. Logan, III, Scott J. Marshall, Joshua N. Deblois, Mark J. Kimball, Randal G. Carver, Nathaniel P. Seabron, Governor, NH, State of, Daniel Potenza, Wendy Martin, Paula Mattis, Deborah Robinson, NH Department of Corrections, Commissioner *Helen Hanks* Attorney Duncan A. Edgar added to party Carlene Ferrier(pty:dft), Attorney Duncan A. Edgar added to party Frank H. Logan, III(pty:dft), Attorney Duncan A. Edgar added to party Scott J. Marshall(pty:dft), Attorney Duncan A. Edgar added to party Joshua N. Deblois(pty:dft), Attorney Duncan A. Edgar added to party Mark J. Kimball(pty:dft), Attorney Duncan A. Edgar added to party Randal G. Carver(pty:dft), Attorney Duncan A. Edgar added to party Nathaniel P. Seabron(pty:dft), Attorney Duncan A. Edgar added to party Governor, NH, State of(pty:dft), Attorney Duncan A. Edgar added to party Daniel Potenza(pty:dft), Attorney Duncan A. Edgar added to party Wendy Martin(pty:dft), |

| | | |
|---|---|---|
| | | Attorney Duncan A. Edgar added to party Paula Mattis(pty:dft), Attorney Duncan A. Edgar added to party Deborah Robinson(pty:dft), Attorney Duncan A. Edgar added to party NH Department of Corrections, Commissioner(pty:dft).(Edgar, Duncan) (Entered: 11/01/2024) |
| 11/26/2024 | | NOTICE of Hearing. Status Conference set for 1/21/2025 02:00 PM before Judge Paul J. Barbadoro.(jwb) (Entered: 11/26/2024) |
| 01/08/2025 | 126 | MOTION to Add More Defendants to Complaint filed by William Soler Justice. Served on 1/8/2025. Follow up on Objection on 1/22/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 A - 2/18/2018 Statement Form by Co. Morissette, # 2 B - 2/18/2018 Statement Form by Co. Ryan, # 3 C - 7/13/2018 Statement Form by Co. Ryan, # 4 D - 2/18/2018 Statement Form by Bret Richardson, # 5 E - 7/13/2018 Statement Form by PPO Jonathan Boisselle, # 6 F - 7/13/2018 Statement Form by Officer Kum, # 7 Envelope)(ko) (Entered: 01/10/2025) |
| 01/17/2025 | 127 | OBJECTION to 126 MOTION *to Add More Defendants to Complaint* filed by Carlene Ferrier, Frank H. Logan, III, Joshua N. Deblois, Paula Mattis, Benjamyn Carver, Deborah Robinson, Page Kimball. Attorney Catherine Denny added to party, Attorney Catherine Denny added to party. Follow up on Reply on 1/24/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Denny, Catherine) (Entered: 01/17/2025) |
| 01/21/2025 | 128 | MOTION for Adverse Inference Treatment Because of Defendants' Failure to Produce Video filed by William Soler Justice. Served on 1/21/2025.(ko) (Entered: 01/21/2025) |
| 01/21/2025 | | Minute Entry for proceedings held before Judge Paul J. Barbadoro. STATUS CONFERENCE held on 1/21/2025. Order to issue. (Court Reporter: Brenda K. Hancock) (Pltfs Atty: William Justice) (Defts Atty: Catherin Denny)(Total Hearing Time: 1 hr., 8 minutes) (ko) (Entered: 01/21/2025) |
| 01/22/2025 | 129 | **ORDER granting without prejudice as outlined within re 126 Motion to Add More Defendants to Complaint; denying without prejudice as outlined within re 128 Motion for Adverse Inference Treatment Because of Defendants' Failure to Produce Video. So Ordered by Judge Paul J. Barbadoro.(ko)** (Entered: 01/22/2025) |
| 01/22/2025 | | NOTICE of Status Conference. Status Conference set for 3/10/2025 at 02:00 PM before Judge Paul J. Barbadoro.(ko) (Entered: 01/22/2025) |
| 01/30/2025 | 130 | Samuel Garland to Withdraw as Attorney filed by Paula Mattis, NH Department of Corrections, Commissioner. Attorney Samuel R. V. Garland added to party Paula Mattis(pty:dft), Attorney Samuel R. V. Garland added to party NH Department of Corrections, Commissioner(pty:dft).Follow up on Objection on 2/13/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Garland, Samuel) Modified on 1/31/2025 to terminate motion and remove " MOTION for" from docket text (ko). (Entered: 01/30/2025) |
| 01/31/2025 | | NOTICE of ECF Filing Error re: 130 MOTION for Samuel Garland to Withdraw as Attorney filed by NH Department of Corrections, Commissioner, Paula Mattis. Filer used the wrong event. Filer should have used Notice Attorney Withdrawal. NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.(ko) (Entered: 01/31/2025) |
| 02/24/2025 | 131 | AMENDED COMPLAINT AND REQUEST FOR BENCH TRIAL against Benjamyn Carver, Joshua N. Deblois, Carlene Ferrier, Page Kimball, Frank H. Logan, III, Scott J. |

| | | |
|---|---|---|
| | | Marshall, Wendy Martin, Paula Mattis, NH Department of Corrections, Commissioner, Office of the Public Guardian, Daniel Potenza, Deborah Robinson, Nathaniel P. Seabron, Secure Psychiatric Unit, Eric Vangelder, Bret Richardson, Kenneth K. Kum, Jonathan Boisselle, CO Ryan, CO Morissette, Mark Gagne, Eric Hansmeier filed by William Soler Justice. (Attachments: # 1 001 Involuntary civil commitment-14th Amendment Due process protections, # 2 002 A state of contradictions, especially if you are mentally ill - InDepthNH.orgInDepthNH.org, # 3 003 Inside Prison, # 4 004 Families, Advocates Speak Out Against the Secure Psychiatric Unit at NH Mens Prison - InDepthNH.orgInDepthNH.org, # 5 005 Milan Man's Lawsuit Seeks Release from Secure Psychiatric Unit, Damages - InDepthNH.orgInDepthNH.org, # 6 006 Feds Reveal 'Ongoing Law Enforcement Proceeding' at Secure Psychiatric Unit - InDepthNH.orgInDepthNH, # 7 007 Advocates Call on Feds to Investigate Mental Health Policies at N.H. State Prison _ New Hampshire Public Radio, # 8 008 317-2018-GI-0414 8_10_18 William certificate of Appointment Guardian, # 9 009 317-2018-GI-414_SuccessorCertificateofAppointment, # 10 010 Notice_Proposed_Settlement Amanda D v Hassan, # 11 011 DOJ_Complaint_Intervention Amanda D v Hassan, # 12 012 State Rep_ No Treatment Standards Reviews for Decades at Secure Psychiatric Unit - InDepthNH.orgInDepthNH, # 13 013 317-2018-IN-00027 2_09_19 William Involuntary Admission Order, # 14 014 Sent To A Hospital, But Locked In Prison, # 15 015 Heath v Hanks 217-2019-CV-00765 PDF, # 16 016 1-1-2019 Prisons are housing mental health patients who've committed no crimes-Cover American Bar Association, # 17 017 State Settles Secure Psychiatric Unit Wrongful Death Case for $75,000 - InDepthNH.orgInDepthNH, # 18 018 Despite Recommendations N.H. One Of Few States With Psychiatric Unit On Prison Grounds, # 19 019 2_18_18 William Involuntary Emergency Treatment Auth_Redacted, # 20 020 2_18_18 William Personal Safety Emergency Intervention Order_Redacted)(jwb) (Entered: 02/28/2025) |
| 02/24/2025 | 132 | Addendum to 131 Amended Complaint by William Soler Justice. (Attachments: # 1 022 4_10_18 William Post Pepper Spray_Redacted, # 2 023 7_13_18 William Post use of force_Redacted, # 3 024 1_22_19 William Involuntary Emergency Treatment Auth_Redacted, # 4 025 12_29_19 William greivance cold water shower, # 5 026 4_7_20 William cold shower, # 6 027 5_11_19 William grievance clothes fall off, # 7 028 6_26_19 William grievance toilet paper, # 8 029 8_08_19 William grievance transfer documents release, # 9 030 2_24_19 William DRC pepper spray, # 10 031 7_19_19 William DRC Letter, # 11 032 9_20_19 William grievance guardian, # 12 033 06_13_19 William Habeas Corpus sent to Probate, # 13 034 5_10_19 William Dr letter to deNesnera NHH, # 14 035 7_12_19 William letter Hinck to deNesnera, # 15 036 8_22_19 William Eric Van Gelder letter, # 16 037 11_15_19 William grievance discharge request, # 17 038 12_10_19 William 3rd Party Evaluation, # 18 039 12_23_19 William NHH Acceptance, # 19 040 7_15_19 William deNesnera letter of denial, # 20 041 10_25_19 William Guardianship filing, # 21 042 7_29_19 William grievance request 3rd opinion, # 22 043 Letter Tri County Guardianship - DOC refuses to transfer payment to TCC, # 23 044 Motion to compel, # 24 045 4_10_19 William In the event of my death, # 25 046 Brown Affidavit, # 26 047 317-2018-GI-00414 10_25_19 William Guardianship Annual)(jwb) (Entered: 02/28/2025) |
| 03/04/2025 | 133 | Assented to MOTION to Continue Status Conference filed by Carlene Ferrier, Frank H. Logan, III, Joshua N. Deblois, Paula Mattis, Benjamyn Carver, Deborah Robinson, Page Kimball, NH Department of Corrections, Commissioner.Follow up on Objection on 3/18/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Denny, Catherine) (Entered: 03/04/2025) |
| 03/04/2025 | | **ENDORSED ORDER granting re 133 Assented to Motion to Continue Status Conference.** ***Text of Order: Granted.*** **So Ordered by Judge Paul J. Barbadoro. Status** |

| | | |
|---|---|---|
| | | **Conference reset for 3/17/2025 at 02:00 PM (from 3/10/2025) before Judge Paul J. Barbadoro.(ko)** (Entered: 03/04/2025) |
| 03/04/2025 | 134 | MOTION for Preliminary Review and Stay of Responsive Pleadings Deadlines filed by Carlene Ferrier, Frank H. Logan, III, Joshua N. Deblois, Paula Mattis, Benjamyn Carver, Deborah Robinson, Page Kimball, NH Department of Corrections, Commissioner.Follow up on Objection on 3/18/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Denny, Catherine) (Entered: 03/04/2025) |
| 03/07/2025 | 135 | MOTION for Service of Process at Government Expense filed by William Soler Justice. Served on 3/7/2025. Follow up on Objection on 3/21/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Summonses, # 2 Envelope)(ko) (Entered: 03/11/2025) |
| 03/17/2025 | | Minute Entry for proceedings held before Judge Paul J. Barbadoro. STATUS CONFERENCE held on 3/17/2025. Motion for preliminary review denied. Motion for service granted as outlined during the hearing, agreement for acceptance of service due within 14 days. 14 days later, parties to meet and confer and reach an agreement on the scope of the amended complaint and file a joint notice with the court. Defendants then have 14 days to file motions to dismiss, plaintiff has 14 days to respond. Further status conference to be set in 60 days. (Court Reporter: Liza Dubois) (Pltfs Atty: William Soler Justice (pro se), Wanda J. Duryea (Guardian)) (Defts Atty: Catherine Denny)(Total Hearing Time: 1 hour) (jwb) (Entered: 03/17/2025) |
| 03/17/2025 | | **ORAL ORDER denying 134 Motion for for Preliminary Review and Stay of Responsive Pleadings Deadlines. So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 03/17/2025) |
| 03/17/2025 | | **ORAL ORDER granting 135 Motion for Service of Process at Government Expense. *Granted as outlined during the hearing held on March 17, 2025.* So Ordered by Judge Paul J. Barbadoro.(jwb)** (Entered: 03/17/2025) |
| 03/17/2025 | 136 | **ORAL ORDER Directing Clerk to Make Service on NH Office of the Attorney General as provided in the Agreement on Acceptance of Service as outlined at the hearing held on March 17, 2025. Summonses attached. So Ordered by Judge Paul J. Barbadoro. (Attachments: # 1 ECF Notice)(jwb)** (Entered: 03/17/2025) |
| 03/17/2025 | | NOTICE: The court has issued an oral order directing the clerk to make service. Pursuant to the Agreement on Service between the Clerk of Court and New Hampshire Attorney General, this Notice constitutes service as directed by the court. The New Hampshire Attorney General shall file notice of acceptance or declination of acceptance of service within fourteen (14) days. (jwb) (Entered: 03/17/2025) |
| 03/17/2025 | | NOTICE of Hearing. Status Conference set for 5/14/2025 10:00 AM before Judge Paul J. Barbadoro.(jwb) (Entered: 03/17/2025) |
| 03/17/2025 | 137 | Certificate of Appointment by William Soler Justice.(jwb) (Entered: 03/17/2025) |
| 03/24/2025 | 138 | MOTION to Withdraw Summons for Eric Hansmeier filed by William Soler Justice. Served on 3/24/2025.Follow up on Objection on 4/7/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (ko) (Entered: 03/24/2025) |
| 04/01/2025 | 139 | Agreement of Acceptance of Service by Jonathan Boisselle, Kenneth K. Kum, CO Morissette Attorney Catherine Denny added to party Jonathan Boisselle(pty:dft), Attorney Catherine Denny added to party Kenneth K. Kum(pty:dft), Attorney Catherine Denny added to party CO Morissette(pty:dft).(Denny, Catherine) (Entered: 04/01/2025) |

| | | |
|---|---|---|
| 04/07/2025 | 140 | TRANSCRIPT of Proceedings for Status Conference held on 3/17/2025. Court Reporter: Liza Dubois, Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90-day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 4/28/2025. Redacted Transcript Follow Up 5/8/2025. Release of Transcript Restriction set for 7/7/2025.(ko) (Entered: 04/07/2025) |
| 04/07/2025 | | **ENDORSED ORDER granting re 138 Motion to Withdraw Summons for Eric Hansmeier. *Text of Order: Granted.* So Ordered by Judge Paul J. Barbadoro. (ko)** (Entered: 04/07/2025) |
| 04/07/2025 | | **ENDORSED ORDER re 139 Agreement of Acceptance of Service. *Text of Order: The Office of the Attorney General declines service of the docketed pleadings and orders on behalf of defendants Spencer Ryan and Bret Richardson (Doc. No. 139 ). The clerk's office is instructed to complete and issue a summons for those defendants, using the last known address provided, and forward the summonses, along with copies of this endorsed order, the amended complaint (Doc. No. 131 ) and the addendum (Doc. No. 132 ) to the U.S. Marshals Service, to complete service on him or her in accordance with this Order and Fed. R. Civ. P. 4(c)(3) and 4(e). Defendants are instructed to answer the Complaint within twenty-one days of service. See Fed. R. Civ. P. 12(a)(1)(A).* So Ordered by Judge Paul J. Barbadoro.(ko)** Modified on 4/8/2025 to modify amended complaint link from 1 to 131 and Addendum link from 5 to 132 (ko). (Entered: 04/08/2025) |
| 04/08/2025 | | SERVICE BY CLERK: Copies to US Marshal as to Bret Richardson, CO Ryan per Endorsed Order dated 4/7/2025.(ko) (Entered: 04/08/2025) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/08/2025 14:21:20 | | | |
| **PACER Login:** | gentlegiant03301 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-00517-PB |
| **Billable Pages:** | 27 | **Cost:** | 2.70 |