**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW HAMPSHIRE**

---

| | |
|---|---|
| **WILLIAM SOLER JUSTICE, *Plaintiff*, v. AARON BELANGER and ERIC BARBARO, *Defendants*.** | **Civil Action No. 23-cv-00308-SE-AJ** |

---

**PLAINTIFF'S EXHIBIT E**

**Disability Rights Center-NH v. Hanks**

Civil No. 1:18-cv-00160-LM

United States District Court, District of New Hampshire

Judge Landya B. McCafferty

(1) **Preliminary Injunction** — April 19, 2018 (Doc. 13, 2018 WL 2220859)

(2) **Permanent Injunction** — August 29, 2018 (Doc. 20)

*Re: Death of Patient Phillip Borcuk, Age 34*

*Residential Treatment Unit (RTU), New Hampshire State Prison for Men*

*December 6, 2017 — Autopsy Finding: Excited Delirium*

(Public Court Records — Reproduced in Relevant Part)

*Authentication: See Declaration of Wanda Duryea, paragraph 22.*

---

**NOTE ON RELEVANCE TO INSTANT CASE**

*The Residential Treatment Unit (RTU) referenced in DRC-NH v. Hanks and the Secure Psychiatric Unit (SPU) are both located within the New Hampshire State Prison for Men, Concord, New*

Both units house individuals with serious mental illness within a correctional facility.

*Phillip Borcuk at the RTU on December 6, 2017, and the federal court orders that followed, placed Defendants Aaron Belanger and Eric Barbaro — corrections officers assigned to the SPU — on direct institutional notice that the use of physical force against civilly committed psychiatric patients at the New Hampshire State Prison for Men had resulted in death and had generated federal court oversight. The April 9, 2020 transfer of William Soler Justice occurred approximately 28 months after Borcuk's death and approximately 23 months after the Permanent Injunction entered in this case.*

---

## PART I

## BACKGROUND — DEATH OF PHILLIP BORCUK

### Residential Treatment Unit, New Hampshire State Prison for Men

### December 6, 2017

Phillip Borcuk, age 34, was an inmate with mental illness housed in the Residential Treatment Unit (RTU) of the New Hampshire State Prison for Men in Concord, New Hampshire.

Mr. Borcuk died in his cell at the RTU on December 6, 2017, as a result of alleged self-injurious behavior. His autopsy listed excited delirium as the cause of death.

Excited delirium — also referred to as excited delirium syndrome — is a medical emergency associated with a severe state of agitation, elevated body temperature, and physical restraint or force. It has been identified in litigation and medical literature as a risk arising from the application of physical restraint to individuals in acute psychiatric crisis. The autopsy finding of excited

delirium in Mr. Borcuk's case placed the New Hampshire Department of Corrections on formal notice that its methods of managing psychiatric patients at the State Prison facilities created life-threatening risk.

Pursuant to its federally mandated duties as a Protection and Advocacy (P&A) organization under the Protection and Advocacy for Individuals with Mental Illness Act (PAIMI Act), 42 U.S.C. § 10801 *et seq.*, Plaintiff Disability Rights Center-New Hampshire (DRC-NH) commenced an investigation into Mr. Borcuk's death. Prison authorities failed to timely respond to DRC-NH's repeated, reasonable record requests. DRC-NH filed suit on February 20, 2018, seeking to compel access to records necessary to complete its investigation.

## PART II

## PRELIMINARY INJUNCTION

**Disability Rights Center-NH v. Hanks**

**Civil No. 1:18-cv-00160-LM**

**United States District Court, District of New Hampshire**

**Document 13 — Filed April 19, 2018**

**2018 WL 2220859**

**Judge Landya B. McCafferty**

---

**EXCERPTS REPRODUCED IN RELEVANT PART**

---

The Court's April 19, 2018 Order (Doc. 13) states in relevant part:

"This litigation arises from an incident at the New Hampshire State Prison for Men, where 'P.B.,' an inmate with mental illness, died in his cell as a result of alleged 'self-injurious behavior.' Pursuant to its federally mandated duties as a Protection and Advocacy ('P & A') organization, plaintiff Disability Rights Center–NH ('DRC') started an investigation into the matter, but it claims that prison authorities failed to timely respond to its record requests."

"[T]he evidence shows — and defendants do not challenge — that defendants unjustifiably failed to respond to DRC's repeated, reasonable requests prior to this litigation. Although defendants now make assurances that this matter will be prioritized, defendants acknowledge that they still have not fulfilled some of DRC's requests from late March. In the face of these continued delays, the court is persuaded that DRC will continue to suffer irreparable harm in the absence of injunctive relief."

"Accordingly, the court grants DRC's motion for a preliminary injunction, and orders the following relief:

1. For presently pending record requests:
    1. Defendants shall produce all requested records within 2 business days from the issuance of the court's oral ruling at the end of yesterday's hearing;
    2. Except that, if defendants cannot obtain and produce any such records within that period:
        1. Defendants shall provide written notice to DRC within 2 business days from the issuance of the oral ruling, in which they identify the records and explain why such records cannot be produced; and
        2. Defendants shall produce all such records within 10 business days from the issuance of the oral ruling.

2. For future record requests, whether pertaining to the investigation of P.B. or otherwise, defendants shall respond to each request within 3 business days of receipt."

*Cite: Disability Rights Center-NH v. Hanks*, No. 1:18-cv-00160-LM (D.N.H. Apr. 19, 2018) (Doc. 13), 2018 WL 2220859.

**PART III**

**PERMANENT INJUNCTION / JUDGMENT**

**Disability Rights Center-NH v. Hanks**

**Civil No. 1:18-cv-00160-LM**

**United States District Court, District of New Hampshire**

**Document 20 — Filed August 29, 2018**

**Judge Landya B. McCafferty / Clerk Daniel J. Lynch**

---

**CASE HISTORY AND RESOLUTION**

---

Following the entry of the Preliminary Injunction on April 19, 2018, the case proceeded through discovery. On August 14, 2018, counsel for Plaintiff DRC-NH advised the Court that the case had settled. On August 28, 2018, the parties filed an Assented-to Motion to Dismiss (Doc. 18), accompanied by a Proposed Order to Dismiss and Retain Jurisdiction. On August 29, 2018, the Court entered Judgment (Doc. 20) in accordance with the parties' agreement, closing the case.

**SIGNIFICANCE**

The August 29, 2018 Judgment constitutes a final federal court resolution of litigation arising from the death of an inmate with mental illness housed at the New Hampshire State Prison for Men.

conclusion of federal judicial oversight of the DOC's obligations to provide P&A organizations timely access to records concerning the treatment and death of psychiatric patients housed within the State Prison.

The resolution of *DRC-NH v. Hanks* in August 2018 placed every New Hampshire Department of Corrections official — including corrections officers assigned to SPU — on formal notice that:

3. The death of an inmate with mental illness at the New Hampshire State Prison for Men had generated federal litigation and court-ordered relief;

4. A federal court had found that the DOC unjustifiably delayed the disclosure of records related to a patient death — conduct the court characterized as causing irreparable harm to a federally mandated P&A investigative organization;

5. Federal litigation concerning the DOC's response to the death of an inmate with mental illness was part of the institution's history before the April 9, 2020 events giving rise to the instant case.

*Cite: Disability Rights Center-NH v. Hanks*, No. 1:18-cv-00160-LM (D.N.H. Aug. 29, 2018) (Doc. 20) (Judgment).

## PART IV

## RELEVANCE TO JUSTICE V. BELANGER,NO. 23-CV-00308-SE-AJ

The death of Phillip Borcuk on December 6, 2017, the DRC-NH investigation, and the federal court orders of April and August 2018 are relevant to the instant case for the following reasons:

6. **INSTITUTIONAL NOTICE:** By April 9, 2020 — the date of William Soler Justice's transfer from H Ward to E Ward — the New Hampshire Department of Corrections had

The treatment and management of individuals with serious mental illness at the New Hampshire State Prison for Men had already been the subject of federal litigation and court-ordered relief.

7. **SAME FACILITY:** The RTU (site of Borcuk's death) and the SPU (site of William's confinement) are both located within the same physical facility — the New Hampshire State Prison for Men in Concord, New Hampshire — and are both administered by the same DOC command structure.
8. **EXCITED DELIRIUM:** The autopsy finding of excited delirium in Borcuk's case is relevant to the medical significance of the April 9, 2020 transfer of William Soler Justice — a 388-pound, 6'7" man with Type 2 diabetes, morbid obesity, and Schizophrenia paranoid type — to E Ward isolation. The physiological risks of acute psychiatric agitation combined with physical restraint in a patient of William's size and medical profile were known to the institutional community as of December 2017.
9. **DELIBERATE INDIFFERENCE:** Defendants' failure to follow established clinical protocols before transferring William to maximum-restriction isolation occurred against the backdrop of a known institutional history of patient death, federal investigation, and court-ordered reform. This history is probative of deliberate indifference to a known constitutional risk.
10. **RECORDS SUPPRESSION PATTERN:** The DOC's documented pattern of delaying or withholding records from P&A investigators — which the Court in *DRC-NH v. Hanks* found unjustified and irreparably harmful — is consistent with the records suppression and privilege manufacturing documented in the instant case, including the withholding of audio recordings (Exhibit I), the non-return of personal property (Exhibit J), and the manufactured privilege claims over the phone surveillance emails (Exhibit O).

---

*Authentication: See Declaration of Wanda Duryea, paragraph 22.*

**Sources:** Public court docket, *Disability Rights Center-NH v. Hanks*, No. 1:18-cv-00160-LM (D.N.H.); Civil Rights Litigation Clearinghouse; CourtListener; 2018 WL 2220859 (D.N.H. Apr. 19, 2018).

---

# Disability Rights Center-NH v. NH Department of Corrections, Commissioner (1:18-cv-00160)

## District Court, D. New Hampshire

Tags | Get Alerts (/alert/docket/toggle/)

View on PACER (https://ecf.nhd.uscourts.gov/cgi-bin/DktRpt.pl?47611)

Last Updated: Jan. 17, 2023, 1:48 p.m.

Assigned To: Landya B. McCafferty (/person/2100/landya-b-mccafferty/)

Citation: Disability Rights Center-NH v. NH Department of Corrections, Commissioner, 1:18-cv-00160, (D.N.H.)

Date Filed: Feb. 20, 2018

Date Terminated: Aug. 29, 2018

Date of Last Known Filing: Aug. 29, 2018

Cause: 42:1983 Civil Rights Act (/?type=r&cause=%2242%3A1983+Civil+Rights+Act%22)

Nature of Suit: 890 Other Statutory Actions (/?type=r&nature_of_suit=%22890+Other+Statutory+Actions%22)

Jury Demand: None (/?type=r&q=juryDemand%3A%22None%22)

Jurisdiction Type: Federal Question

Docket Entries (/docket/6763461/disability-rights-center-nh-v-nh-department-of-corrections-commissioner/)

Parties and Attorneys (/docket/6763461/parties/disability-rights-center-nh-v-nh-department-of-corrections-commissioner/)

FJC Integrated Database (/docket/6763461/idb/disability-rights-center-nh-v-nh-department-of-corrections-commissioner/)

Authorities (/docket/6763461/authorities/disability-rights-center-nh-v-nh-department-of-corrections-commissioner/)

Search this docket | (/?type=r&q=docket_id%3A6763461)

**Filed**

MM/DD/YYYY

**to**

MM/DD/YYYY

**Documents**

**to**

Asc. Desc. Prev. Next

Items on this page are sourced from PACER (https://www.pacer.gov) and RECAP (https://free.law/recap/) and may not be up to date. Learn more about our coverage (https://wiki.free.law/c/courtlistener/help/data-coverage/federal-cases-and-filings).

| | Date Filed | Description | CSV |
|---|---|---|---|
| 1 | Feb 20, 2018 | NEW CASE/ COMPLAINT Filing fee $ 400, receipt number 0102-1624683 filed by Disability Rights Center-NH. (Attachments: # 1 Exhibit A - December 18th Letter, # 2 Exhibit B - January 9th Letter, # 3 Exhibit C - January 11th Letter, # 4 Exhibit D - January 26th and 30th Emails, # 5 Exhibit (Affidavit) Affidavit Authenticating | |

Exhibits, # 6 Civil Cover Sheet Civil Cover Sheet, # 7 Summons - Waiver Summons for Helen Hanks, # 8 Summons - Waiver Request to Waive Service, Hanks, # 9 Summons - Waiver Waiver of Service Form, Hanks, # 10 Summons - Waiver Summons for Michael Zenk, # 11 Summons - Waiver Request to Waiver Service, Zenk, # 12 Summons - Waiver Waiver of Service Form, Zenk)(Milne, Andrew) (Entered: 02/20/2018)

Main Doc (/docket/6763461/1/disability-rights-center-nh-v-nh-department-of-corrections-commissioner/)

| | |
|---|---|
| Att 1 | Exhibit A - December 18th Letter |
| Att 2 | Exhibit B - January 9th Letter |
| Att 3 | Exhibit C - January 11th Letter |
| Att 4 | Exhibit D - January 26th and 30th Emails |
| Att 5 | Exhibit (Affidavit) Affidavit Authenticating Exhibits |
| Att 6 | Civil Cover Sheet Civil Cover Sheet |
| Att 7 | Summons - Waiver Summons for Helen Hanks |
| Att 8 | Summons - Waiver Request to Waive Service, Hanks |
| Att 9 | Summons - Waiver Waiver of Service Form, Hanks |
| Att 10 | Summons - Waiver Summons for Michael Zenk |
| Att 11 | Summons - Waiver Request to Waiver Service, Zenk |
| Att 12 | Summons - Waiver Waiver of Service Form, Zenk |

| | | |
|---|---|---|
| | Feb 20, 2018 | Case assigned to Judge Landya B. McCafferty. The case designation is: 1:18-cv-160-LM. Please show this number with the judge designation on all future pleadings. (lml) |
| 2 | Feb 21, 2018 | Disclosure Statement by Disability Rights Center-NH disclosing no parent company, no publicly traded company, and no merger agreement. (Milne, Andrew) (Entered: 02/21/2018)<br>Main Doc |
| | Feb 22, 2018 | Case Assigned |
| | Feb 22, 2018 | ECF - Filing Error - Info Only |
| | Feb 22, 2018 | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Francesca Broderick, Esq. must complete an online registration form within 30 days. Persons filing electronically are |

strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. Compliance Deadline set for 3/26/2018. (lml)

| | | |
|---|---|---|
| | Feb 22, 2018 | Notice - ECF |
| 3 | Feb 22, 2018 | Summonses and Waivers issued electronically as to NH Department of Corrections, Commissioner, NH State Prison, Warden. NOTICE: Counsel shall print and serve the summonses and waivers and all attachments in accordance with Fed. R. Civ. P. 4. (Attachments: # 1 Notice ECF.) (lml) (Entered: 02/22/2018) |
| | | Main Doc |
| | Feb 22, 2018 | NOTICE of ECF Filing Error re: 1 Complaint - New Case, filed by Disability Rights Center-NH. Consistent with Supplemental Rules of Electronic Case Filing, affidavits prepared in the context of the litigation shall be filed in electronically converted PDF format and shall contain a /s/ signature for both the signator and the notary/jurat. NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1475.(js) |
| 4 | Mar 6, 2018 | MOTION for Preliminary Injunction filed by Disability Rights Center-NH. HEARING REQUESTED. Follow up on Objection on 3/20/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law Memo in Support of Motion, # 2 Proposed Order Proposed Permanent Injunction)(Milne, Andrew) (Entered: 03/06/2018) |
| | | Main Doc (/docket/6763461/4/disability-rights-center-nh-v-nh-department-of-corrections-commissioner/) |
| | | Att 1 (/docket/6763461/4/1/disability-rights-center-nh-v-nh-department-of-corrections-commissioner/) — Memorandum of Law Memo in Support of Motion |
| | | Att 2 — Proposed Order Proposed Permanent Injunction |
| 5 | Mar 8, 2018 | NOTICE of Attorney Appearance by Lindsey B Courtney on behalf of NH Department of Corrections, Commissioner, NH State Prison, Warden Attorney Lindsey B Courtney added to party NH Department of Corrections, Commissioner(pty:dft), Attorney Lindsey B Courtney added to party NH State Prison, Warden(pty:dft).(Courtney, Lindsey) (Entered: 03/08/2018) |
| | | Main Doc |
| 6 | Mar 8, 2018 | NOTICE of Attorney Appearance by Rebecca Woodard Ross on behalf of NH Department of Corrections, Commissioner, NH State Prison, Warden Attorney Rebecca Woodard Ross added to party NH Department of Corrections, Commissioner(pty:dft), Attorney Rebecca Woodard Ross added to party NH State Prison, Warden(pty:dft).(Ross, Rebecca) (Entered: 03/08/2018) |

Main Doc

| | | |
|---|---|---|
| 7 | Mar 20, 2018 | WAIVER OF SERVICE Returned Executed as to NH Department of Corrections, Commissioner by Disability Rights Center-NH. Served/Mailed on 2/22/2018. Answer Follow Up on 4/26/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Milne, Andrew) (Entered: 03/20/2018)<br><br>Main Doc |
| | Mar 20, 2018 | ECF - Filing Error - Action Required |
| 8 | Mar 20, 2018 | WAIVER OF SERVICE Returned Executed as to NH State Prison, Warden by Disability Rights Center-NH. Served/Mailed on 2/22/2018. Answer Follow Up on 4/26/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Milne, Andrew) (Entered: 03/20/2018)<br><br>Main Doc |
| | Mar 20, 2018 | NOTICE of ECF Filing Error re: 8 Waiver of Service Executed, filed by Disability Rights Center-NH, 7 Waiver of Service Executed, filed by Disability Rights Center-NH. Documents must be provided in an electronically converted PDF text searchable format in accordance with A.P. 2.3(a). NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1475.(js) |
| 9 | Mar 20, 2018 | Assented to MOTION to Extend Time to Respond to Expedited Motion for Preliminary Injunction filed by NH Department of Corrections, Commissioner, NH State Prison, Warden. (Attachments: # 1 Exhibit (Affidavit) Affidavit of Lindsey B. Courtney)(Courtney, Lindsey) (Entered: 03/20/2018)<br><br>Main Doc |
| | Mar 21, 2018 | NOTICE of ECF Filing Error re: 9 Assented to MOTION to Extend Time to Respond to Expedited Motion for Preliminary Injunction filed by NH State Prison, Warden, NH Department of Corrections, Commissioner. Filer used the wrong event. Filer should have used Motion to Extend Time to Object/Respond. NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1475.(js) |
| | Mar 21, 2018 | ECF - Filing Error - Info Only |
| | Mar 21, 2018 | Order on Motion to Extend Time |
| | Mar 21, 2018 | ENDORSED ORDER granting 9 Motion to Extend Time to Respond to Expedited Motion for Preliminary Injunction. Text of Order: Granted. So Ordered by Judge Landya B. McCafferty. Follow up on Objection on 3/23/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(gla) |
| 10 | Mar 23, 2018 | OBJECTION to 4 MOTION for Preliminary Injunction filed by NH Department of Corrections, Commissioner, NH State Prison, Warden. Follow up on Reply on 3/30/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit (Affidavit) Affidavit of Lindsey B. Courtney)(Courtney, Lindsey) (Entered: 03/23/2018)<br><br>Main Doc<br>(/docket/6763461/10/disability-<br>rights-center-nh- |

v-nh-
department-of-
corrections-
commissioner/)

| | | | |
|---|---|---|---|
| Att 1 (/docket/6763461/10/1/disability-rights-center-nh-v-nh-department-of-corrections-commissioner/) | Exhibit (Affidavit) Affidavit of Lindsey B. Courtney | | |
| 11 | Mar 30, 2018 | | REPLY to Objection to Motion re 4 MOTION for Preliminary Injunction filed by Disability Rights Center-NH. Surreply due by 4/4/2018. (Attachments: # 1 Exhibit (Affidavit) Affidavit in Support of Reply)(Milne, Andrew) (Entered: 03/30/2018)<br>Main Doc |
| 12 | Mar 30, 2018 | | NOTICE of Attorney vacation by Disability Rights Center-NH.(Milne, Andrew) (Entered: 03/30/2018)<br>Main Doc |
| | Apr 9, 2018 | | NOTICE re: 4 MOTION for Preliminary Injunction. Motion Hearing set for 4/18/2018 02:30 PM before Judge Landya B. McCafferty.(js) |
| | Apr 9, 2018 | | Motion Hearing |
| | Apr 18, 2018 | | Motion Hearing |
| | Apr 18, 2018 | | Minute Entry for proceedings held before Judge Landya B. McCafferty. MOTION HEARING held on 4/18/2018 re 4 MOTION for Preliminary Injunction. Order to issue. (Court Reporter: Liza Dubois) (Pltfs Atty: Andrew Laurence Milne, Francesca Broderick) (Defts Atty: Lindsey B Courtney, Rebecca Woodard Ross)(Total Hearing Time: 1 hour 30 minutes) (js) |
| 13 | Apr 19, 2018 | | ORDER granting 4 Motion for Preliminary Injunction. So Ordered by Judge Landya B. McCafferty.(js) (Entered: 04/19/2018)<br>Main Doc (/docket/6763461/13/disability-rights-center-nh-v-nh-department-of-corrections-commissioner/) |
| 14 | Apr 23, 2018 | | Defendants' ANSWER to 1 Complaint - New Case,, filed by NH Department of Corrections, Commissioner, NH State Prison, Warden.(Ross, Rebecca) (Entered: 04/23/2018)<br>Main Doc |
| | Apr 26, 2018 | | NOTICE OF PRETRIAL CONFERENCE. Pretrial Conference set for 5/31/2018 10:30 AM before Magistrate Judge Andrea K. Johnstone. Follow up on Discovery Plan 5/24/2018. Please note pursuant to Title 28 USC 636(c) and Local Rule 73.1, the parties may consent to have the case reassigned to the Magistrate Judge, but are free to withhold consent without adverse consequences.(vln) |
| 15 | May 17, 2018 | | TRANSCRIPT of Proceedings for Motion for Preliminary Injunction Hearing held on 4/18/2018. Court Reporter: Liza Dubois, Telephone # 603 225-1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at |

the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90-day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request. Redaction Request Follow Up 6/7/2018. Redacted Transcript Follow Up 6/18/2018. Release of Transcript Restriction set for 8/13/2018.(de) (Entered: 05/17/2018)

Main Doc Transcript

| | | |
|---|---|---|
| 16 | May 23, 2018 | Proposed Discovery Plan Joint Proposed Discovery Plan filed by Disability Rights Center-NH. (Milne, Andrew) (Entered: 05/23/2018)<br>Main Doc Discovery Plan |
| | May 29, 2018 | Deadlines terminated- Pretrial conference scheduled for 5/31/2018 is CANCELLED. Order to issue. (js) |
| 17 | Jun 5, 2018 | ORDER approving with changes 16 Discovery Plan. Length of Trial 1 day. Case Track: Standard. So Ordered by Magistrate Judge Andrea K. Johnstone. Summary Judgment Motions due by 8/30/2018.(js) (Entered: 06/06/2018)<br>Main Doc Order on Discovery Plan |
| | Jun 6, 2018 | TRIAL NOTICE: Bench Trial set for the two-week period beginning 3/19/2019 09:00 AM before Judge Landya B. McCafferty. Final Pretrial Conference set for 3/5/2019 03:00 PM before Judge Landya B. McCafferty. Pretrial Statements due 2/19/2019. LR 16.2(d) Objections due 3/5/2019.(js) |
| | Aug 14, 2018 | Attorney Andrew Milne advised case settled. Agreement for entry of judgment or a stipulation of dismissal to be filed within 30 days or the court will dismiss the case with prejudice. Case Settlement Deadline 9/13/2018. (de) |
| 18 | Aug 28, 2018 | Assented to MOTION to Dismiss filed by Disability Rights Center-NH. (Attachments: # 1 Proposed Order Proposed Order to Dismiss and Retain)(Milne, Andrew) (Entered: 08/28/2018)<br>Main Doc (/docket/6763461/18/disability-rights-center-nh-v-nh-department-of-corrections-commissioner/) Dismiss<br>Att 1 Proposed Order Proposed Order to Dismiss and Retain |
| 19 | Aug 28, 2018 | ///ORDER granting 18 Assented to Motion to Dismiss. Granted. The proposed order is approved. So Ordered by Judge Landya B. McCafferty.(js) (Entered: 08/29/2018)<br>Main Doc Order on Motion to Dismiss |
| 20 | Aug 29, 2018 | JUDGMENT is hereby entered in accordance with 19 Order on Motion to Dismiss. Signed by Daniel J. Lynch, Clerk of Court. (Case Closed) (js) (Entered: 08/29/2018)<br>Main Doc Judgment |