**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

---

| | |
|---|---|
| **WILLIAM SOLER JUSTICE, *Plaintiff,* v. AARON BELANGER and ERIC BARBARO, *Defendants.*** | **Civil Action No.: 23-cv-00308-SE-AJ Court: U.S. District Court, District of New Hampshire Filed by: Plaintiff** |

---

# PLAINTIFF'S EXHIBIT G

---

**Document Identification:**

Nate Hegyi, *"NHPR Presents: Operation Night Cat,"* New Hampshire Public Radio / Outside/In Documentary Series, Published November 5, 2025.

**Authentication:** See Preliminary Statement § G; Declaration of Wanda Duryea ¶ 13.

---

**◆ Important Copyright and Fair Use Notice**

This exhibit contains a summary and limited quotation of a published journalistic work pursuant to the fair use doctrine, **17 U.S.C. § 107**, for use in litigation. Full text of the series is available at **nhpr.org**. Quotations within this exhibit are limited to those necessary to establish evidentiary relevance and are not a reproduction of the work in its entirety. No reproduction or further distribution of quoted material beyond the scope of this litigation proceeding is authorized or implied.

## PART I — SERIES OVERVIEW

*Operation Night Cat* is a three-part investigative documentary series produced by NHPR's Document investigative journalism unit and the *Outside/In* podcast, hosted and reported by Nate Hegyi with producer Lauren Chooljian, and published November 5, 2025. The series was the product of a year-long investigation that required NHPR to file public records lawsuits, travel approximately 1,750 miles conducting field interviews, pay court record access fees, and retain an independent fact-checker. The series received recognition including a congressional unit citation letter from U.S. Senator Jeanne Shaheen.

The series consists of three episodes, each addressing a distinct phase of the investigation:

| Episode | Title | Subject Matter |
|---|---|---|
| **Episode 1** | *"Why Did the Deer Cross the Road?"* | Documents NH Fish & Game Conservation Officer Ronald Arsenault's discovery of one of the largest poaching cases in state history, centered on then-Corporal Thomas Kelley — a corrections officer at the New Hampshire State Prison for Men. |
| **Episode 2** | *"Behind the Brick Wall"* | Documents Arsenault's discovery, while investigating Kelley's phone for poaching evidence, of text messages indicating potential additional crimes occurring inside the New Hampshire State Prison for Men by corrections officers, including Kelley and |

| Episode | Title | Subject Matter |
|---|---|---|
| | | his colleagues. |
| **Episode 3** | *"A Duck's a Duck"* | Documents how multi-agency investigations — involving the FBI, IRS, U.S. Postal Service, NH Attorney General's Public Integrity Unit, and U.S. Fish and Wildlife Service — largely failed to result in criminal charges despite the evidence gathered. Tom Kelley was ultimately fired from the prison; Randy Inman retired with his pension. |

## PART II — THE CONNECTION TO THE NEW HAMPSHIRE STATE PRISON FOR MEN

---

The investigation revealed that Thomas Kelley — described in the series as then-Corporal Tom Kelley — was simultaneously engaged in alleged illegal nighttime poaching activities and employed as a corrections officer at the New Hampshire State Prison for Men in Concord, New Hampshire.

The New Hampshire State Prison for Men is the same facility that houses the Secure Psychiatric Unit (SPU) where Plaintiff William Soler Justice was confined at the time of the events giving rise to this action. The corrections officer corps documented in the NHPR series — including Kelley, Randy Inman, and others — operated within the same institutional structure, chain of command, and physical facility as Defendants Aaron Belanger and Eric Barbaro.

## PART III — KEY EPISODE 2 FINDINGS: *"BEHIND THE BRICK WALL"* (SUMMARIZED)

Episode 2 of the series documents, through text messages obtained during the poaching investigation, a pattern of alleged corrections officer misconduct at the New Hampshire State Prison for Men. The following findings are summarized from the series for evidentiary purposes. No verbatim narrative reproduction is made.

**A. Alleged Use of Violent Language and Threats of Force**

The series documents text exchanges between Kelley and a fellow corrections officer discussing an inmate who had attempted escape. In those messages, Kelley wrote a message that the series characterizes as a request that the inmate be shot. A coworker responded expressing a desire for physical violence against the inmate. These messages were obtained in the course of the Fish & Game poaching investigation.

**B. Alleged Physical Assault on Inmate Devin Tappan (February 2019)**

The series documents text messages in which Kelley appeared to brag about a physical altercation with inmate Devin Tappan. Per the series' account:

> *In a text dated February 25, 2019, at 8:48 p.m., Kelley asked a coworker whether they had "mash[ed]" Tappan, and later stated, "My fist is killing me."*

Tappan subsequently filed a civil lawsuit alleging that Kelley and other guards threw him to the floor and assaulted him. That lawsuit was ultimately dismissed on statute of limitations grounds.

**C. Alleged Cover-Up — Falsification of an Employee Injury Report**

The series documents text messages in which Kelley allegedly coordinated with prison supervisor Randy Inman to fabricate an innocent explanation for Kelley's injured hand — specifically, the claim that Inman had accidentally stepped on Kelley's hand during a cell extraction. The series further reports that Inman filed a corresponding official "employee accident/injury report"

consistent with that fabricated account. If accurate, this conduct constitutes the falsification of official governmental records.

### D. Alleged Theft of Legal Mail — Shawn Cochrane

The series documents text messages in which Kelley allegedly discussed intercepting and taking home legal mail belonging to inmate Shawn Cochrane — an individual who was actively filing grievances and legal complaints at the time. The series reports that a photograph of six envelopes addressed to a court was sent by Kelley to a coworker. Cochrane reported that narrative statements he had written for his YDC (Youth Development Center) abuse case, mailed to his attorney from inside the prison, never arrived at their destination.

### E. Randy Inman — Prison Supervisor and Member of Poaching Ring

Randy Inman — the prison supervisor who allegedly assisted Kelley in fabricating an explanation for Kelley's injured fist — was also a member of the poaching ring that formed the original subject of the Fish & Game investigation. During the search of Inman's residence, investigators discovered evidence the series characterizes as consistent with drug distribution activity. Inman retired before disciplinary proceedings against him could be concluded and retained his full state pension.

## PART IV — INSTITUTIONAL RESPONSE

---

The series documents the official responses of state and federal institutions to the investigative findings:

- The New Hampshire Department of Justice stated that while some findings were "concerning," there was insufficient proof to bring criminal charges beyond a reasonable doubt, and that accountability had been administrative rather than criminal.
- Thomas Kelley was **fired** from his position as a corrections officer. His dismissal letter, as quoted in the series, stated that his conduct would

*"cause a reasonable person to doubt the individual's honesty, fairness, and respect for the rights of others and for the laws of the state or nation."*

- Randy Inman **retired with his pension**. No criminal charges resulted from the alleged assault on Tappan, the alleged theft of Cochrane's legal mail, or the alleged falsification of official records.
- Chris Masse — identified in the series as involved in the stolen mail text exchanges — was **demoted**.
- **No criminal charges** resulted from the alleged assault, the alleged mail theft, or the alleged cover-up of official records.

## PART V — INSTITUTIONAL CONTEXT: STAFFING AND CULTURE AT THE NH STATE PRISON FOR MEN

---

The series interviewed former longtime corrections officer Claudia Cass, who described the New Hampshire State Prison for Men as severely and chronically understaffed. She stated that she averaged approximately 100 hours per week working at the facility. Cass was fired in 2022 after warning the warden that the prison lacked sufficient staff for safe overnight operations. As of spring 2025, the series reports, more than one-third of all positions at the prison remained unfilled.

Former inmate Shawn Cochrane described interactions with Kelley in terms paraphrased by the series as follows: that Kelley would use inmates' personal information against them publicly on the housing tier, withhold or contaminate food trays, and specifically target inmates who filed grievances.

Conservation Officer Ronald Arsenault, reflecting on his discovery of the prison-related text message evidence, is quoted in the series as stating:

> *"You know, these guys are now in charge of humans, you know, and you're like,*

> *'Well, what else is going on?'"*
>
> — Conservation Officer Ronald Arsenault, as quoted in *Operation Night Cat*, Episode 2, NHPR, November 5, 2025.

## PART VI — EVIDENTIARY SIGNIFICANCE TO THE INSTANT CASE: *JUSTICE V. BELANGER*

---

*Operation Night Cat* is relevant to *Justice v. Belanger*, No. 23-cv-00308-SE-AJ, on multiple independent grounds:

**1. Same Facility — Same Corrections Officer Corps.** The misconduct documented in *Operation Night Cat* occurred at the New Hampshire State Prison for Men — the same facility, the same corrections officer workforce, and the same institutional culture within which Defendants Aaron Belanger and Eric Barbaro were employed and within which the April 9, 2020 events giving rise to this action occurred. Tom Kelley and Randy Inman were corrections officers at the same prison, operating within the same tier system and the same supervisory structure as the named Defendants.

**2. Pattern of Records Suppression.** The disappearance of Shawn Cochrane's legal mail — allegedly intercepted by a corrections officer to prevent legal complaints from reaching courts — directly parallels the spoliation documented in Plaintiff's Exhibit I: William Soler Justice's April 9, 2020 Resident Request Slip to Captain Marshall, in which Plaintiff requested preservation of the audio recording of the hallway encounter with Defendant Belanger and Corrections Officer Wrenn. Captain Marshall's documented response was: *"This Audio is not available."* The pattern of institutional records suppression documented in the NHPR series is not anomalous to the instant case; it is consistent with a demonstrable institutional practice.

**3. Pattern of Retaliation Against Complaining Inmates.** The targeting of Shawn Cochrane — who was actively filing legal complaints — through mail

theft and cell searches directly parallels the retaliatory transfer of Plaintiff William Soler Justice to punitive E Ward isolation following a period during which he was actively filing and preparing legal complaints and lawsuits. *Justice v. Sununu* was filed eleven days after the April 9, 2020 events — on April 20, 2020 — further contextualizing the timing of the conduct at issue.

**4. Supervisory Tolerance of Corrections Officer Misconduct.** The series documents institutional tolerance, at the supervisory level, of corrections officer misconduct against inmates — including an alleged official cover-up executed by a supervisor (Randy Inman). Defendant Eric Barbaro, serving as a sergeant, occupied a supervisory position within the SPU corrections officer hierarchy analogous to that occupied by Inman within the general population structure. The documented supervisory conduct pattern is therefore directly relevant to the supervisory liability claims asserted against Defendant Barbaro.

**5. Corrections Officer Culture and Use-of-Force Attitudes.** The series documents text messages in which corrections officers at the NH State Prison for Men expressed violent sentiments toward inmates who attempted to escape or who filed complaints, including an explicit wish that a fleeing inmate be shot. This provides institutional context for Defendant Belanger's escalation of a conversational interaction into a lockdown order and the subsequent ward transfer of Plaintiff to punitive isolation on April 9, 2020 — conduct that, within the documented institutional culture, reflects a pattern rather than an aberration.

## PART VII — PUBLICATION DETAILS AND ATTRIBUTION

---

| | |
|---|---|
| **Publisher** | **New Hampshire Public Radio (NHPR)** |
| **Series Title** | ***Operation Night Cat*** |
| **Format** | **Three-episode investigative documentary podcast series** |

| | |
|---|---|
| **Publisher** | **New Hampshire Public Radio (NHPR)** |
| | **with full episode transcripts** |
| **Host / Lead Reporter** | **Nate Hegyi** |
| **Producer / Co-Reporter** | **Lauren Chooljian** |
| **Production Units** | **NHPR Document Investigative Journalism Unit; *Outside/In* Podcast** |
| **Publication Date** | **November 5, 2025** |
| **Availability** | **nhpr.org (full series and transcripts publicly available)** |
| **Recognition** | **Congressional unit citation letter, U.S. Senator Jeanne Shaheen** |
| **Authentication Reference** | **See Preliminary Statement § G; Declaration of Wanda Duryea ¶ 13** |

---

**Certification of Exhibit Preparer:**

The undersigned certifies that this exhibit is a good-faith summary and limited-quotation document prepared pursuant to 17 U.S.C. § 107 (fair use) for use in judicial proceedings. No portion of this exhibit is intended to substitute for or reproduce the full copyrighted work. All quoted language is attributed to the identified source and is limited to what is necessary to establish evidentiary relevance in the above-captioned matter.

**Wanda Duryea** Declarant — Declaration of Wanda Duryea ¶ 13 Exhibit Prepared: August 22, 2026

**William Soler Justice** Plaintiff, Pro Se Civil Action No. 23-cv-00308-SE-AJ

**PLAINTIFF'S EXHIBIT G** — *NHPR Operation Night Cat — Justice v. Belanger et al.*, No. 23-cv-00308-SE-AJ (D.N.H.)

Prepared pursuant to 17 U.S.C. § 107 (Fair Use — Litigation). Full series available at nhpr.org. © 2025 New Hampshire Public Radio. All rights reserved by copyright holder.

YOUR SUSTAINING GIFT TODAY HELPS NHPR UNLOCK $150,000!




Outside/In

# NHPR Presents: Operation Night Cat

New Hampshire Public Radio | By Nate Hegyi

Published November 5, 2025 at 5:00 AM EST

nhpr News from New Hampshire and npr

Support




*John Tully For NHPR*

**A New Hampshire Fish and Game warden follows a tip to a man's backyard. He finds a twisted game of one-upmanship, digital trophy rooms, and one of the biggest poaching cases in recent state history.**

**Then, the hunting investigation takes a surprising turn when it reveals**

NHPR
All Things Considered

**Hampshire's State Prison for Men. Host Nate Hegyi has spent the past year digging into what happened next.**

*Operation Night Cat* is a special three-part series from NHPR's *Document* team and *Outside/In*. Listen to *Operation Night Cat* wherever you get your podcasts starting Nov. 5.




Operation Night Cat

**Trailer: Operation Night Cat**

SAVE TO SPOTIFY SHARE SUBSCRIBE DESCRIPTION



*John Tully For NHPR*

An area of woods in Alton, NH; Ronald Arsenault, conservation officer with New Hampshire Fish and Game.

**Episode 1: Why Did the Deer Cross the Road?** A New Hampshire Fish and Game warden follows a tip to a man's backyard. He finds a twisted game of one-upmanship with digital trophy rooms. Click here for an episode transcript.




Operation Night Cat

**1: Why Did the Deer Cross the Road?**

A New Hampshire game warden stumbles upon one of the largest poaching cases in state history.

NHPR

**All Things Considered**




*File Photo; New Hampshire Fish And Game Memorandum/NHPR Records Request*

New Hampshire's State Prison for Men, left; right, law enforcement say then-Sgt. Tom Kelley texted this photo to a co-worker to show him six pieces of an inmate's legal mail he stole from the prison.

**Episode 2: Behind the Brick Wall** The poaching investigation takes a surprising turn when it reveals another set of potential crimes – this time, behind the brick walls of New Hampshire's State Prison for Men. Click here for an episode transcript.

SHARE SUBSCRIBE DESCRIPTION



*John Tully For NHPR*

Ronald Arsenault at work, patrolling a popular fishing area along the Merrymeeting River in Alton, NH.

**Episode 3: A Duck's a Duck** Two sets of potential crimes, investigated by more than five sets of law enforcement agencies. Why most of them never took a shot at accountability. Click here for an episode transcript.

NHPR
**All Things Considered**




Operation Night Cat

### 3: A Duck's a Duck

Episode 3: A Duck's a Duck Two sets of potential crimes, investigated by more than five sets of law enforcement agencies....

SAVE TO SPOTIFY SHARE SUBSCRIBE DESCRIPTION

**The Team:**

*Host, Lead Reporter: Nate Hegyi*
*Producer, Co-Reporter: Lauren Chooljian*
*Production, Original Music: Jason Moon*
*Fact-Checking: Dania Suleman*
*Photography: John Tully and Jill DeVito*
*Lead Editors: Taylor Quimby and Katie Colaneri*
*Editing help from Daniel Barrick, Rebecca Lavoie, Jackie Harris, Justine Paradis, Felix Poon, and Marina Henke*

## Investigations like this are powered by readers like you.

Investigative reporting is time-consuming. It's expensive. And it's a team sport.

*Operation Night Cat* took a whole year to report and a lot of behind-the-scenes work to deliver. Beyond pay for the reporters and editors on this story...

- We sued the state for access to public documents.
- Our reporters drove roughly 1,750 miles around New Hampshire to interview sources and get documents.
- We paid fees to access court records.
- We hired a fact-checker to confirm every detail in this story.

NHPR
**All Things Considered**

That's what it takes to produce fact-based, verifiable local news that serves the public good. And it only happens when people like you choose to invest in it.

Thank you for considering a donation to NHPR in any amount. Your support helps us ask tough questions and keep our community informed.



Sincerely,
Taylor Quimby
Executive Producer, *Outside/In*

Yes, I'll donate to power investigative reporting for New Hampshire

## Read More On This Story

NHPR
**All Things Considered**



*New Hampshire Fish and Game Memorandum / NHPR Records Request*

## Investigators found evidence of potential crimes by NH prison staff. They decided not to prosecute.

Nate Hegyi, Lauren Chooljian, October 9, 2025

An investigation into one of the biggest poaching cases in recent New Hampshire history also uncovered potential crimes inside the state's struggling prison for men.



NHPR
**All Things Considered**

## 'Operation Night Cat' takes down large NH poaching ring

Todd Bookman, October 28, 2024

Five people have been convicted following a wide-ranging investigation by NH Fish & Game into illegal hunting practices.

Tags NH News NH Fish and Game hunting poaching



## Nate Hegyi

Before joining New Hampshire Public Radio in February 2022, Nate covered public lands, federal agencies and tribal affairs as a reporter for the Mountain West News Bureau, a consortium of NPR member stations in the region. Nate's work has aired on NPR, BBC, CBC and other outlets.

See stories by Nate Hegyi

## Latest Stories



Health

Ambetter Health is pulling out of New Hampshire's ACA marketplace in 2027



NH News

74 years on, a Bible camp and Barrington remain at odds over boat launch

NHPR
**All Things Considered**

[SOUND OF RUSHING RIVER FADES UP AND UNDER]

Nate Hegyi: And what's the name of the creek?

Ron Arsenault: This is the Merrymeeting River.

Hegyi: Merrymeeting River, ok.

Arsenault: So, we'll go up here…

Hegyi, Narrating: Ron Arsenault is on patrol. He's a conservation officer with New Hampshire's Fish and Game Department. We're walking along this little river looking for folks breaking the law.

[RIVER SOUND FADES UP AND UNDER]

Arsenault: This is all general fishin', so this is open for anything. And this goes all the way up to Merrymeeting Lake… [FADES OUT]

Nate Hegyi, Narrating: It's a cold, windy spring morning. Not too great for fishing and there's no one really on the water. Ron is bundled up in a green Fish and Game jacket. Black boots. Same uniform he wears everyday. And then – Ron spots something.

Arsenault: Ooh, look what we have here!

Hegyi, Narrating: A length of rope just under the water. He starts pulling it in.

Arsenault: These are always fun. Ya never know… never know what you're gonna get! …So, this is, uh, somebody's minnow trap and they're supposed to have their name… on their trap. So… looks like a crayfish in there.

Hegyi: Oh, yeah!

[MUSIC IN]

Hegyi, Narrating: Ron pulls out a small, mesh wire crate, the kind anglers use to catch live minnows for bait.

Arsenault: So, this trap is illegal. There's no name, no nothin'. So, I'll let the crayfish go, and we'll confiscate this trap, unless I see a name on here.

Hegyi: Oh, so you'll just take it then, huh?

Arsenault: Yeah, 'cause it's illegal.

Hegyi: Um, what's he got in there, a cookie? It looks like a cookie, huh? Oh no, it's a sausage patty!

Arsenault: Yeah, a sausage patty… [HEGYI LAUGHS] Huh. Alright, Mr. Crayfish. Bye! [RIVER SOUND FADES OUT]

[MUSIC UP AND UNDER]

Hegyi, Narrating: Most of Ron's days are like this, walking or driving around central New Hampshire, enforcing all the hunting and fishing regulations here.

And make no mistake, Ron is a cop. He carries a gun. He makes arrests. But this job is different from most forms of law enforcement.

[MUSIC OUT]

Hegyi, Narrating: Hunting and fishing laws were made to prevent game animals from being wiped out, and to keep people safe. Also, hunting is considered a sport. Yes, it involves killing animals. But there is a code of ethics, rules about what is and isn't "fair" enforced by hundreds of laws. That makes Ron a kind of referee of the wild.

Arsenault, driving: Nobody likes a cheater. You know, any game, any ball game… Once you're a cheater, you're a cheater, you know? So, that's kind of… We're the referee for the, for the deer, you know? Or the game animal or the fish, you know. We're, we're catching the cheaters. That's what we're doin'.

Hegyi, Narrating: And over the years, he's seen plenty of cheaters. But nothing in his career compares to the bust he and his colleagues made in the spring of 2023.

[MUSIC IN]

Hegyi, in the truck: When you write your book after you retire, where will Operation Night Cat land?

Arsenault, driving: I haven't decided 'cause that could be a book in itself.

Hegyi, Narrating: Operation Night Cat. One of the biggest poaching cases in New Hampshire history. A case that Ron stumbled upon one cold December day in 2022.

A case that slowly unraveled into one of the weirdest, wildest, darkest investigations of his life. One that made him question aspects of the justice system he had spent the past 17 years of his life working within.

Arsenault: If you're abusing animals like this, are you abusin' humans?

[THEME MUSIC UP]

I'm Nate Hegyi. From NHPR's *Document* team and *Outside/In*, this is a special three-part series. Operation Night Cat.

Michael Lewis, on the phone: This is a kind of gleeful celebration of violence.

Kevin Bronson: It's like they're playing Grand Theft Auto up behind their house, except with animals.

Shawn Cochrane, on the phone: They can do whatever they want and get away with it. Nobody can see over that wall!

[THEME MUSIC UP AND OUT]

Hegyi, Narrating: Episode 1 – Why Did the Deer Cross the Road?

[BREAK]

Hegyi, Narrating: From NHPR's *Document* team and *Outside/In*, this is *Operation Night Cat*. I'm Nate Hegyi.

[WOODS SOUND UP]

Arsenault: Oh, let's see if I can close this – ooh, ah! – this bag. I've had this forever! I got this bag in 2003 when I was in Iraq. [LAUGHS]

Hegyi, Narrating: Before becoming a Fish and Game warden, Ron Arsenault bounced around a bit. He served in the Navy for eight years – got deployed to Iraq. And when he got out of the military, he did some work as a landscaper, then at the town dump. But like that bulky, green Fish and Game-issued coat he wears almost every day now, this job fits him.

In part, because he's very chatty, good at explaining all the myriad hunting regs to people, and in part, because he really believes in those rules. I mean, he's even dinged his own family members for breaking the law, including his own son and his niece.

Arsenault: She shot her first deer, but it wasn't doe season and she shot a doe. She thought it was a buck. Went right to the check station, and right in front of everybody, I wrote her a ticket.

Hegyi: Wow!

Arsenal: And everybody at that point was like talking and spreading the word…

Hegyi: Ron will get anyone!

Arsenault: Yeah, he's like, “He’d write his own mother!” [HEGYI LAUGHS] So, it's good because that goes around town and then, when the guy’s like, gives you all the excuse, I'm like, “I wrote my own kid for this.” They're like, “Oh…”

Hegyi, laughing: “There’s no way I’m gettin’ outta this!” [LAUGHS, FADES UNDER]

Hegyi, Narrating: Riding around with him, I could see how easily the idea of Ron being a bit of a hard-ass could get around town. He's kind of like a small-town sheriff. Everyone we saw knew his name or seemed to recognize his truck. It helps that he grew up here, a part of New Hampshire known as the Lakes Region.

Arsenault, driving: Down the road there I played Little league in the ball field. This is where I took my hunter’s ed when I was a kid. This is what I mean, like, I’m… I’m vested.

Hegyi, in the truck: Right, deep, deep ties.

Hegyi, Narrating: The Lakes Region is a maze of tight, winding roads, quaint little New England towns, yes, big lakes – and also dense, leafy woods. It’s the kind of place where if you see a deer crossing sign, you’re like… what’s the point? Because there are deer everywhere, which makes it a hunter’s haven. It’s the kind of place where the town barber pinned up photos of everyone’s deer on the wall of his shop. Ron remembers it well.

Arsenault: When I was a kid I’d see the bucks on the wall, like, thousands of pictures on the wall.

Hegyi, Narrating: It was a kind of locals-only trophy room. A place to brag about the deer they hunted. And many of the photos on that wall, Ron told me, were taken by a local family named the Kelleys.

Arsenault: The Kelley family was a well-known name, you know, around town for killin’ big bucks.

Hegyi, Narrating: Back in the day, the older Kelleys would show off their big bucks at the barber shop. But nowadays, the next generation shows off their kills on TikTok.

Tom Kelley, on TikTok video: [PANTING] I just smoked an absolute stud… in Illinois! [PANTING, FADES OUT]

[MUSIC IN]

Hegyi, Narrating: Tom Kelley has more than 20,000 followers on TikTok. He mostly posts videos of himself hunting.

Kelley, on TikTok video: [SIGHS] Sat here as long as I could and he came walkin' through and I smoked 'im with the ol' .308.

Hegyi, Narrating: And in these videos, you can see Tom is a young guy. He's in his early 30s, shaved head, decked out in expensive camouflage. He's pretty fit – lost a ton of weight on the Keto diet. He looks like an extra in some war movie like Black Hawk Down.

In one video, he's trembling with excitement after he kills a deer in New Hampshire.

Kelley, on TikTok video: [GIGGLES] I just killed a…[GASPS] big buck. [PANTS, SNIFFS] I sh– I can't even talk. [SIGHS] There's blood everywhere. I absolutely smoked 'im! [SNIFFS, SOUND OF FOOTSTEPS, FADES UNDER]

Hegyi, Narrating: In another one, Tom uses that AI-generated TikTok voice to call himself "the Alpha in these woods" before shooting a coyote. Hash-tag predator-control. Hash-tag night-hunter.

[MUSIC FADES OUT, TIKTOK SONG CLIP FADES UP]

AI-generated TikTok voice: I am the alpha in these woods.

Song clip, "Wolves" by Big Sean: "Oooh… Yeah. Uh. I was raised by the wolves. I was raised by…" [SONG CLIP FADES OUT]

[MUSIC FADES BACK UP]

Hegyi, Narrating: Now, I want to be clear. Most hunters follow all the regulations out there. They care about safety and making sure there are still animals to hunt for generations to come.

But Tom Kelley? He was developing a reputation as a guy who sometimes broke the rules to get his trophies.

[MUSIC FADES OUT]

Hegyi, Narrating: These rules were inspired by a hunting code of ethics. It's known as "fair chase."

In the United States, this code dates back more than a 130 years to when Teddy Roosevelt (before he was president) got together with a group of his hunting buddies. They wanted to stop the mindless killing that almost wiped out entire species here. The idea was to level the playing field, to give the animals more of an edge at surviving.

It's why there are now regulations about, say, using a truck to chase down a deer, or killing a bear at night, or throwing some seed down to attract ducks. The consensus is… it's not fair.

But in practice, these laws can also be really confusing. And I know this because I am a hunter myself.

There are different licenses you need to get, restrictions on what firearms you can use, where you can hunt animals, what time of day, which season.

And these rules, they can change year to year, and differ state to state. Like, an animal that might be protected in New Hampshire could be fair game in neighboring Massachusetts.

But it's a hunter's job to know these rules. And Tom Kelley, the guy who loved to "smoke" bucks for TikTok, he'd been caught cheating.

For instance, Tom got in trouble in Maine for something called "baiting." This is where you put out food to lure an animal into a certain spot… and then ya shoot it.

Arsenault, driving: I hate baiting. [LAUGHS] Let me just say that.

Hegyi, in the truck: Why do you hate it?

Arsenault, driving: Because it's cheating in my book. Anybody can throw a pile of grain in the woods and shoot a deer.

Hegyi, Narrating: In 2020, Tom was charged with baiting and shooting a deer on some property his family owned in Maine, a state where you are not allowed to bait deer during the hunting season.

Those charges were ultimately dropped, but then, he was charged again in Maine, this time for illegally hunting a black bear over a bait site. Those charges stuck and Tom lost his hunting privileges for a year.

Point is, Tom was on Ron's radar as a person to watch when he got a call from a local police chief.

It was a cold December night in 2022 and the chief said he was driving near Tom Kelley's house when he noticed something odd. So, the chief calls Ron and he says…

Arsenault: "We were headin' to a call and four or five deer just crossed right by his house." And I'm like, "Oh, I bet he's got a bait right there. I'll check it out tomorrow morning."

Hegyi, Narrating: So, the next morning, Ron swung by Tom Kelley's property. It's a little two-bedroom house on six acres of land, a big yard surrounded by dense forest.

Arsenault: When I pull off the side of the road, there's like, uh, it looks like a cattle path that is goin' into the woods. I followed the path. It was only probably… 150 feet… maybe? And I got to the edge of the yard, took out my binoculars, and looked, and I could see the pile of grain with a big bale o' hay in front of it. So, it was very clear that it was bait.

Hegyi, Narrating: Deer love to eat grain. And according to New Hampshire's baiting laws, Tom had left them an illegal feast.

But then, Ron noticed something else – a motion sensor camera aimed at the bait site. Ron suspected Tom could be using this camera to alert him whenever an animal came by the bait site so he could grab his rifle. And this potential shortcut for bagging game could also be evidence for Ron.

[MUSIC IN]

Hegyi, Narrating: So, a couple days later, Ron comes back with a search warrant. He seizes Tom's camera and starts digging through the SD card. And sure enough, Ron found evidence confirming his suspicions – a picture of a deer at the bait site that Tom later killed.

Arsenault: Like, the night before he killed it, it was there at the bait… eating. So, I'm like, "Well, he shot that deer and he used that bait to lure in the deer, so, that's the aid-in-use of taking a deer over an illegal bait." So, I'm like, "Well, I have a charge right there, but… I wanna go more… because I want… the phone."

Hegyi, Narrating: Considering his history, Ron suspected that Tom had illegally killed more than just one deer.

Arsenault: So, if he's killin' a deer illegally, he's going to tell his buddy, and he's gonna say, "Hey, buddy, come meet me 'cause I shot this, blah, blah, blah," and you're gonna have all this information on this phone.

Hegyi, Narrating: So, a few days before Christmas, Ron goes to Tom's house, knocks on the door, shows him another search warrant, and seizes Tom's phone.

Arsenault: There's just so much data in that phone. It was like 1.6 terabytes of data.

[MUSIC OUT]

Hegyi, off mic: Wow. So, these are photos–

Arsenault: There's photos, there's text messages, there's videos, there's, um… instant messages!

Hegyi, Narrating: Now Ron, he is old school. Not very good with technology.

Arsenault: You know, gimme a chainsaw. Give me the, give me the wood, I'll cut the firewood, I'll split the firewood. You know, I'll drag the deer out – whatever. [LAUGHS] But you start getting into this technical stuff and it's like SIMs and MIMs and texts and, you know – I had no idea! What the heck is this?!

Hegyi, Narrating: But the thing about Ron is that he is obsessive. He's like a bird dog that once it catches a scent, he cannot break away. So, he found younger colleagues to help explain how to comb through a phone's data and then every night, Ron would spend hours on an old, heavy laptop, searching through Tom's text messages, using keywords like "deer," "bait," "night hunting."

Arsenault: My wife would be– sh– yeah, she's sittin' there doin' her games on her computer, and it's like, "You're still workin' on that?!" I'm like, "Yeah, I'm still workin' on it." I'm like, "This is what we gotta do! We gotta, gotta get it, you know?"

Hegyi, Narrating: And as he started sifting through all these texts and images, looking for evidence of more illegal kills, Ron found what he was looking for.

[MUSIC IN]

Hegyi, Narrating: He also discovered something he did not expect. Something much bigger.

[MUSIC UP]

Hegyi, Narrating: That's next, after the break.

[MUX UP AND OUT]

[BREAK]

Hegyi, Narrating: From NHPR's *Document* team and *Outside/In*, this is *Operation Night Cat*. I'm Nate Hegyi.

Poaching is a crime that usually conjures up certain images, mostly overseas, of dead elephants and rhinos with their tusks and horns removed for sale on the black market. But technically, poaching is any illegal activity used to take an animal. That minnow trap from earlier? That's poaching.

That said, “poaching” is also a really loaded term. Many people who violate hunting and fishing laws do it on accident. So, Fish and Game officers reserve the label for the ones who know they’re breaking the rules.

Arsenault, driving: The poachers are the most egregious violators in our… world.

Hegyi, Narrating: And as Ron was digging through hunter Tom Kelley’s phone, he found something that made him think… poacher.

Arsenault: Here's a video of, uh, Kelley. This is the bobcat. Let's play it.

Hegyi, Narrating: And in this video, I could see a pair of red crosshairs trained on a bobcat. Its eyes were glowing because the camera was in night vision and it was attached to Tom Kelley’s rifle.

[GUNSHOT]

Hegyi, Narrating: The bobcat keels over. Dead.

[MUSIC IN]

Hegyi, Narrating: Bobcats are a protected species in New Hampshire. During the 20th century, they were hunted almost to extinction in New England. And I should say that it’s also illegal to hunt most species at night for safety reasons.

Ron thinks Tom lured this bobcat into his backyard using meat scraps from deer. He shot it and then sent the video to a group of friends.

But that wasn’t all. What Ron found next really got his attention. Tom’s friends were sending back their own videos of themselves killing bobcats, too. Ron sat me down in front of his work laptop to show me some of those kills.

Arsenault: There it is. That's a bobcat.. Bobcat... ‘Nother bobcat… [SCOFFS] Bobcat.

[MUSIC POST]

Hegyi, Narrating: This group seemed to consist of at least five guys, including Tom Kelley. And to Ron, the evidence from Tom’s phone showed all of them looked like poachers with a capital P.

Not only because they were violating state law by killing a protected species. It seemed they were also violating federal law.

Ron says he saw evidence of Tom and the others taking their dead bobcats across state lines. Then, they would register or "tag" them in states where it's okay to hunt bobcats, making their illegal kills look legit.

[MUSIC UP AND OUT]

Hegyi, Narrating: And this appears to be a violation of a federal law called the Lacey Act.

It was written by a Republican congressman from Iowa, John Lacey, back in 1900 because at the time, we were raining hellfire on America's birds. Commercial hunters were killing them by the millions to sell as food and to literally put a feather in women's caps.

While some states allowed this, others didn't. So, in order to get around these state laws, these commercial hunters would launder their birds, pretending that they killed them in states that allowed this kind of hunting when in reality they killed them in states that didn't. The Lacey Act put an end to that.

So, Ron called up his colleagues in the U.S. Fish and Wildlife Service and told them about what he was seeing.

Arsenault: "Hey, we got some bobcats gettin' cranked up in New Hampshire at night, and they're taggin' 'em illegally going across state lines."

Hegyi, Narrating: The feds, Ron says, were intrigued. And this is the moment this bust became wide enough to earn its own name. Ron's wife was the one to coin it.

Arsenault: We were sittin' at the table one night, and I'm like, "Hey, we're gonna meet with the feds. We're gonna make this an operation. We got to think of something." She was like, "Operation Night Cat." And I'm like, "That's perfect!" I'm like, "Hired." [LAUGHS]

Hegyi, Narrating: In his nearly two decades on the job, Ron had never stumbled onto a case this big. He was jacked.

Arsenault: And it all started with four or five deer walkin' across the road. Because if you look at it all the way, at the beginning, it was like, why'd the deer cross the road? To kill a bobcat. [SLAMS HAND ON TABLE, LAUGHS] It's like… it's crazy!

[MUSIC IN]

Hegyi, Narrating: Before sunrise on January 12th, 2023, a month after those deer crossed the road in front of Tom Kelley's property, Ron and his buddies in law enforcement executed a search warrant on Tom's house.

Inside, the officers find a taxidermied bobcat, rifles with night-vision scopes and mounted cameras, and the bait site in his backyard. They also find what looked like a sniper's nest on Tom's back deck, made so animals can't see him getting ready to shoot. Ron showed me pictures of it.

Arsenault: This is where his– He's shooting from up here. See how he has the plywood around the, the railing so it's like a blind?

Hegyi, off mic: Yeah.

Arsenault: So, he had, he had a tripod up here with his, uh, .22 with a night scope. And this is the bait pile, like, right here, I'm standing at. And he would just get a– He had a motion sensor there. It would go off and he would shoot–

Hegyi, off mic: Right out of his–

Arsenault: –right out of his porch. He just opened the slider and come out and pshew!

Hegyi, Narrating: As Ron is searching Tom Kelley's house, his colleagues at New Hampshire Fish and Game, along with local police and federal agents, arrive at the houses of the other guys in the poaching group.

One of them is a man named Randy Inman. Randy apparently got tipped off that law enforcement were gonna search his house.

Kevin Bronson: Randy, I think, calls in sick. He's at work. He says he's sick and comes screamin' home.

Hegyi, Narrating: This is conservation officer, Sgt. Kevin Bronson.

Bronson: And honestly, at the beginning, when I got the information from Ron that he'd been shootin' some cats, my hackles were still not really up. And I thought it would be like, "Ok, so we've got a cat somewhere and a red fox." And… and it wasn't. It was way more than that.

Hegyi, Narrating: They uncovered evidence that Randy had illegally killed at least 20 animals there at night. Foxes, bobcats, coyotes.

Bronson: It's like they're playin' Grand Theft Auto up behind their house, except with animals.

Hegyi, Narrating: Randy was shooting so much that his girlfriend at the time later told investigators she couldn't sleep. It was like Tom and Randy were in some sort of competition. Who could get the most kills? To show me, Ron scrolled through examples of photos and videos on his computer.

Arsenault: Gray fox. Bobcat. Gray fox. Bobcat. Red fox. Red fox. Gray fox. Gray fox. Red fox. Coyote. Bobcat. Coyote– Crow! …Bobcat… Red fox. They… killed… everything.

Hegyi, Narrating: They would shoot these animals using a night scope, record it, and then share the videos with the group.

Arsenault: And they could talk to each other like, “Hey, nice shot!” And they'd communicate with their phones, like, they all got the message. They all got to watch it. Like, they, they would get a message sent to their phone and they could watch the video and they'd be like, “Hey, nice shot!” “Oh, you shot that one in the eye!” Or, you know, whatever. [HAND SLAP SOUND]

[MUSIC IN]

Hegyi, Narrating: With all this evidence, Fish and Game felt confident they could charge these guys for poaching-related crimes. They allegedly killed dozens of animals illegally. And yet, some of the most concerning stuff they found wasn’t a violation of legal code. They were violations of moral codes. The stuff that goes beyond fair chase and into cruelty.

Hegyi: And so, what is this video?

Arsenault: So, this is the deer video.

Hegyi, Narrating: Ron wanted to show me a particular video that disturbed him. So, me and my producer, Lauren Choolijan, met him at a little cabin next to a lake to watch it.

I had seen the first part of this video before on Tom’s TikTok. It’s from one of his scope-mounted cameras. This time it’s daylight, in a forest, and Tom shoots a deer.

[GUNSHOT, RELOADING SOUND]

Arsenault: And then he cut it about here. But it gets worse. I mean, it looks like the front two legs are broken, and it's plowin’ and jumpin’ and just… I don't know why he wouldn't shoot it again.

Lauren Chooljian: It looks like a fish that's, like, flapping when you pull it in the boat. This is, like, my one insight into your world is that, like, the fish is, like, pissed at you.

Arsenault: This is the beginning. Somebody else would be shooting at this animal while it's, you know, clearly, it's right there. He has the scope up to it. You should be… shooting it again to put it out of its misery.

Hegyi, Narrating: What Ron, Lauren, and I are watching here… a deer, flailing around on its back legs… it is an ethical hunter’s worst nightmare. Bad shots do happen, of course, but it’s your job to kill an animal quickly and with as little pain as possible, especially when it’s as close to you as this deer was to Tom.

Hegyi: You can see that he's got a pretty clear shot, too, right through those two trees.

Chooljian: Yeah. It's wild to think that the camera is on his gun. So, he's, he's – his gun is pointed at the deer.

Arsenault: Right… 'cause he wants to get everything on video so he can put it on, you know, whatever app that he has. [GUNSHOT ON VIDEO] Ope, he shoots at it again. [SOUND OF FOOTSTEPS ON VIDEO] So, that was two minutes long before he shot again. [SOUND OF RUNNING ON VIDEO] But when it was laying there, not moving would have probably been the best time to do it. And now it looks like he's chasin' the deer… And there, there it is again.

Hegyi: That's a clean shot to the head.

Hegyi, Narrating: Tom doesn't take it. Instead, he watches… And he kept watching it through the scope for another couple minutes before finally putting it out of its misery. And after the deer was dead… he said something.

Kelley, on video: [PANTING] Stay down, asshole. [PANTING] [FADES OUT]

Hegyi, Narrating: My producer, Lauren looked up from the video, a little stunned, and turned to Ron.

Chooljian: Have you ever called a deer an asshole?

Arsenault: No… He's not the one who put a bullet in him. Yeah…

[THEME MUSIC IN]

Arsenault: When you take it all together, you're like, "Oh man, these guys are really bad. Yeah, these guys should never hunt again."

Hegyi, Narrating: The protected bobcats. The killing at night. The videos. The bragging. It all bothered Ron. Not just because Tom and the other guys appeared to be poachers, breaking the law – and seeming to have a good ol' time doing it.

It bothered Ron because a lot of these guys knew better. Because they were law enforcement themselves. Former and current corrections officers at the New Hampshire State Prison for Men. And this is what really unnerved Ron.

Arsenault: It just makes you wonder, like, is this happening somewhere else, too? Like, if you're abusing animals like this, are you abusin' humans?

Hegyi, Narrating: Next time on *Operation Night Cat.*

[THEME MUSIC UP]

*Operation Night Cat* is a special three part series from NHPR's *Document* team and *Outside/In.*

This episode was reported and written by me, Nate Hegyi, with help from Lauren Chooljian and Jason Moon.

Jason produced and mixed this episode. He also wrote the music.

It was edited by Taylor Quimby and Katie Colaneri, with help from Rebecca Lavoie, Jackie Harris, Dan Barrick, Justine Paradis, Felix Poon, and Marina Henke.

Special thanks to Rick White and Bill Chapman.

Fact-checking by Dania Suleman.

Taylor Quimby is the executive producer of *Outside/In*. Rebecca Lavoie is Director of On-Demand at NHPR.

*Operation Night Cat* is a production of New Hampshire Public Radio.

[THEME MUSIC UP AND OUT]

Nate Hegyi, narrating: You're listening to *Operation Night Cat*. I'm Nate Hegyi.

[PHONE DIALING]

Hegyi, narrating: For weeks, our producer Jason Moon had been trying to get ahold of a pivotal source for this series.

[PHONE RINGING]

Hegyi, narrating: A 55-year-old former inmate at the New Hampshire State Prison for Men. Shawn Cochrane.

Voicemail: I'm sorry, but the person you have called has a voice mailbox that has not been set up yet.

Hegyi, narrating: At the time, Shawn was out on parole and he had been a hard guy to reach until Jason finally got a hold of him on the phone on a Sunday morning.

Jason Moon, in studio: Hey, Shawn, can you hear me ok?

Shawn Cochrane, on the phone: Yeah, I can hear you fine.

Moon: Cool. Alright.

Hegyi, narrating: In 2021, Shawn was one of more than 1,000 inmates at the New Hampshire State Prison for Men.

It's a massive compound on the outskirts of the state capital that honestly looks more like an east coast factory than a prison. It's all red brick walls and tiny windows, built back in the 1870s.

Shawn had been in and out of that prison for more than two decades, so he knew it well. And he told us there are a lot of issues.

Cochrane, on the phone: The food is absolutely disgusting. Uh, the place is an absolute filth.

Hegyi, narrating: There have been rat infestations, mold problems, holes in the walls, the sewer backs up weekly, and… it has long been understaffed. In the spring of 2025, more than a third of all positions in the prison remained unfilled. So, corrections officers there work long hours to cover the gaps.

Cochrane: So, nine times out of 10 your interaction with them is very short, very disrespectful, because they're grumpy, because they've worked 75, 80, 100 hours that week.

Hegyi, narrating: Back in 2021, Shawn was serving time after getting busted for theft. And he noticed a real difference between the older corrections officers he'd known for years and the new guys or the "kids," as he calls them.

Cochrane: The kids are worse, uh, because they, they don't want to do anything. They just want to come by and pass out meal. Uh, they want to fuck with you. Like, for instance, you know… In the morning, at 5 o'clock in the morning, you go to breakfast, you come back, and your room is torn apart. I mean, why?

Hegyi, narrating: Shawn says the staff are all overworked and there aren't enough of them. But in his experience, the younger guys tend to be more aggressive. And he struggled especially with a corrections officer named… Corporal Tom Kelley.

[THEME MUSIC IN]

Cochrane: Uh, he's an arrogant cocksucker. He's a punk. Like, if you're a known, uh, teller, ok? He'll scream at you and have an argument with you and blast it out right on the tier that you're a fuckin' rat.

Hegyi, narrating: Tom Kelley. If that name sounds familiar, that's because he's the hunter we talked about in the last episode.

Tom Kelley, on TikTok video: There's blood everywhere. I absolutely smoked 'im.

Hegyi, narrating: The guy at the center of a major poaching investigation that would come to be known as "Operation Night Cat."

Kevin Bronson: It's like they're playing Grand Theft Auto up behind their house except with animals.

Hegyi, narrating: While he seemed to be spending a lot of his nights illegally hunting game, Tom Kelley also worked as a corrections officer, a guard at the New Hampshire State Prison for Men.

Cochrane: He'll throw you food through the slot, or he'll just leave it on the slot long enough so it falls ou– out of your tray, out of the cell, and then just not give you any more food. Purposely go out of their way to try to make your life miserable. That's who Mr. Kelley is.

[THEME MUSIC POST]

Hegyi, narrating: America's prisons aren't a cushy experience, but the people held inside them still have rights. And are supposed to expect that, even behind bars, rules about what is and isn't fair will be followed. But Shawn says that's not how things actually go. To him, prison is literally and figuratively a brick wall.

Cochrane: And they can do whatever they want and get away with it because nobody can see over that wall!

[THEME MUSIC POST]

Hegyi, narrating: From NHPR's *Document* team and *Outside/In*, I'm Nate Hegyi and this is *Operation Night Cat.* Episode 2 – Behind The Brick Wall.

[THEME MUSIC FADES OUT]

[BREAK]

Hegyi, narrating: This is *Operation Night Cat.* I'm Nate Hegyi.

Back when we were first reporting this story, my producer Lauren Choolijan and I drove out to a little cabin near a fishing pond. We were there to see New Hampshire Fish and Game officer Ron Arsenault.

At one point during the interview, his cell phone literally chirped. It was a text message notification.

Ron Arsenault: [FADES UP] …animal cruelty are domestic animals. [CHIRPING SOUND]

Lauren Chooljian: Ooh…

Arsenault: Ya know, so, that–

Chooljian: So, did your phone just… ribbit?

Arsenault: That's my cricket phone. [CHOOLJIAN, HEGYI LAUGH]

Chooljian, laughing: Also, I noticed it…

Hegyi, off mic: That's awesome.

Arsenault: So, when we sneak in the woods, somebody hears a cricket, they're not like, "Oh, that's a phone." You know?

Hegyi: That's a great point. That's a really smart…

Arsenault: I used to have ducks! But… [FADES DOWN]

Hegyi, narrating: Remember, it was Ron who kicked off Operation Night Cat.

It started with Tom Kelley's game camera and a deer he'd shot. But eventually, Ron uncovered a group of hunters who seemed to be illegally killing dozens of animals — bobcats, foxes, coyotes, and more.

A lot of the evidence for these alleged crimes were on Tom Kelley's phone. Text messages between him and his hunting buddies, like this one, which happened after Ron says Tom sent a picture of a dead coyote to the group chat.

Arsenault: Tom's like, you know, "Shot this ugly thing last night," and Randy says, "LOL." And then, Woody says, "Why would you do such a thing?" Tom Kelly says, "I love killing shit. And they were all barking behind my house."

Chooljian: "I love killing shit?"

Hegyi, off mic: Yeah.

Arsenault: And then he says, "Hey, the season's closed, you damn outlaw."

Chooljian: Just wait a minute. So, his friends call him out for, like, illegal hunting?

Yeah. And he just says, oh, I love killing stuff.

Hegyi: Yeah. So, he knew what he was doing was wrong.

Arsenault: Oh yeah. One hundred percent.

Chooljian: Well and can I also just, the verbage there, like… "I love killing shit." Like, you both love to hunt, but is that how you… talk about it?

Arsenault: No, no. You have to have the respect for the animal that you're hunting, you know. And clearly he didn't.

Hegyi: And how does that feel, also knowing that they have a badge?

Arsenault: Oh, it's just disgraceful.

Hegyi: Because…

Arsenault: You know, these guys are now in charge of humans, you know, and you're like, “Well, what else is going on?”

[MUSIC IN]

Hegyi, narrating: We’re gonna come back to the poaching case that triggered Operation Night Cat in the next episode. But first we’re gonna spend some time trying to answer that other question – what else was going on with Tom Kelley?

Ron wasn’t authorized to share anything outside the scope of his initial investigation. So, my colleagues and I went off on our own… and tried to see behind the brick wall.

[MUSIC POST]

Hegyi, narrating: Over the past year, our team has hounded the state for more information on Tom Kelley and the other former or current corrections officers who were allegedly poaching.

We filed public records requests, reviewed audio testimonies, and talked to current and former state officials. We even sued the New Hampshire Department of Corrections for documents.

And through all of this, we got access to some of Tom Kelley and his coworkers’ other text messages. Texts that reveal a pattern of disturbing and potentially illegal behavior happening at the prison.

[MUSIC POST]

Hegyi, narrating: There are three sets of exchanges I wanna take you through.

The first shows the use of aggressive and violent language.

Like, in one exchange I viewed, Tom Kelley and another CO texted about an inmate who tried to escape. Tom wrote, quote, “Please shoot him.” And then the other guy wrote back, “I want to feel his skull cave in with my fists.”

[MUSIC UP AND OUT]

Hegyi, narrating: There are other examples, too.

Lauren and I were surprised to see these violent exchanges laid out so bluntly. They’re the sort of thing that could hurt the public reputation of the prison and the

people who work there – nevermind that if the prison's HR specialist saw these texts, these guys could be in trouble. But it might also be good to put them in context.

[SOUND OF SOFT FOOTSTEPS]

Chooljian, off mic, walking into a house: Hi! I'm so glad to meet you. I'm Lauren.

Claudia Cass: Hi, Lauren.

Chooljian: Nate.

Cass: Hi, Nate.

Hegyi, at the same time as Cass: I'm Nate. Nice to meet you.

Cass: Nice to meet you, too. [DOG HOWLS] Come on in… [FADES OUT]

Hegyi, narrating: Claudia Cass worked at the New Hampshire State Prison for Men from 2006 to 2022. And she worked with a lot of the guys in this story, including Tom Kelley, though she didn't know him very well.

Cass: He was, like, big into hunting and he would go, you know – I don't know where, where one goes to, to kill things, but that's what he did.

Hegyi, narrating: Claudia says the prison is a pressure cooker. It's been way understaffed for years and officers work huge amounts of overtime.

Cass: I averaged 100 hours a week working there.

Hegyi, narrating: Claudia was actually fired in connection with this staffing crisis.

Back in 2022, she told the warden she would be locking down the prison overnight. There just wasn't enough staff to keep officers safe, she said. Two days later, she was suspended and then, later fired. She's suing the Department of Corrections for wrongful termination.

But that staffing crisis hasn't gotten any better in the years since. Instead of spending time with their families, guards are working overtime with inmates. And the state prison holds everyone from low-level offenders to people convicted of murder and rape. It can be a rough crowd.

Cass: I'll be doing rounds, you know, and they'll be like, "Oh, you know, you have smelly crotch," or they'll be callin' the guys the n-word. They'll be, uh, um… Some threaten your family. Um, yeah, I've seen, I've seen it all.

Hegyi, narrating: Point is, it's not an easy job. Tempers flare.

Tom Kelley wouldn't talk to us for this podcast. So, we reached out to Claudia because we wanted to know… what is it like to work inside the pressure cooker?

And as a corrections officer for almost two decades, what did she see in these texts from Tom? Lauren read the messages we found back to her.

Chooljian: And Kelley says, "Please shoot him." And Masse says, "I want to feel his skull cave in with my fists."

Cass: Mmm.

Chooljian: Is that language that you would use?

Cass: Well, no, I wouldn't do that. That said, there's some people that, you know, society wouldn't be worse off without. Um, so, I don't know who this particular person is, but there's some that it's really difficult to hide your disdain for the person, um, because, you know, we deal with, um, really bad people.

Hegyi, narrating: To Claudia, in this environment with these inmates, words are just words.

Cass: They didn't shoot him. They didn't punch him, didn't cave his head in. But would we talk, like, "Yeah, it would be a tragedy," you know? Uh… yeah.

[MUSIC IN]

Hegyi, narrating: This brings us to our second big set of texts we viewed because in these next exchanges… it wasn't just words.

I'm gonna bring Lauren into the studio to help me read these texts. I am reading for Tom Kelley. Lauren is reading for a coworker that we're not gonna name.

Hegyi: Alright. It's February 25th, 2019 at 8:48 p.m.. Tom texts, "It's Kelley from work."

[TEXT SWOOP SOUND]

Choolijan: "What's up bro?" "You guys mash Tappan?"

Hegyi: Tom, “Fuck yes.”

[SWOOP]

Choolijan: “How bad he look? You guys send his ass in an ambulance?”

[SWOOP]

Hegyi: Tom, “He refused medical. You will see his face tomorrow, LOL.”

[SWOOP]

Hegyi, narrating: From these texts, it appears Tom Kelley is bragging about assaulting an inmate.

This inmate, Devin Tappan – he actually tried suing Tom over this incident. In court documents, Devin alleged that Tom and a crew of guards threw him to the floor, held his hands behind his back, and then punched, kicked, and tasered him. That lawsuit was dismissed earlier this year because he didn't file suit within the statute of limitations.

Alright, back to the texts.

The next morning Tom Kelley texted that same coworker again to ask how Tappan was looking. The guy said Tappan’s face was “fuck[ed]” and that he wouldn’t even eat. And in that exchange, Tom Kelley said something important. He said, quote, “LMAO. My fist is killing me.”

[MUSIC UP AND OUT]

Hegyi, narrating: We told Claudia about all this as well. And this time, her reaction was different.

Chooljian: We've seen information that suggests that Kelley, uh, punched Tappan in the face because he texted another CO to say, “Let me know tomorrow when you go in how bad he looks.”

Cass: Whoa. Um, and there's very few reasons that we can punch anybody. Um, you know, you have to be in a struggle that you feel is basically life or death before we're close-fist punchin’ people.

Hegyi, narrating: Of course, violence is often part of American prison life. The New Hampshire Department of Corrections has an entire handbook dedicated to use of force, which lays out when they consider it justified… and when they don't.

Cass: So, for us to punch them, it would, in my, my experience, is only if they're attacking you.

[MUSIC IN]

Hegyi, narrating: Here's where things take another twist. A couple weeks after bragging about beating an inmate, Tom Kelley texts someone else – Randy Inman.

If that name also sounds familiar, it's because he's another member of the group being investigated in the poaching ring – the guy who apparently came screaming home from work when the cops got a search warrant for his house.

Randy also worked at the prison… as a supervisor.

Now, back to the texts. I'll read again for Tom Kelley. Lauren is reading for Randy.

Hegyi: March 11th, 2019, 7:45 p.m. Tom writes, "My hand is still fucked up, so I need to tell Mindy so I can get it looked at. You still on board saying you stepped on my hand?"

[TEXT SWOOP]

Now, Mindy, by the way, is an HR specialist at the prison.

Choolijan: Randy texts back, "Yes, because I did."

[SWOOP]

Hegyi: Tom, "Exactly. Thank you." Then a little later, Tom writes, "I told Mindy" and she says she would contact you at some point today. I said you stepped on my hand."

[SWOOP]

Hegyi, narrating: After this exchange, Randy filed what's called an "employee accident/injury report." In it, he writes that he was doing a cell extraction of Devin Tappan – that's when guards forcibly remove an inmate from their cell. During this extraction, Randy says Devin "charged" at him, quote, "swinging his arms at me."

He writes that he struggled to handcuff Devin.

And then, quote, “it was during this time that I unknowingly stepped on Corporal Kelley, Thomas’ hand. I instantly felt his hand move under my boot and I quickly moved my foot,” end quote.

Randy sent a photo of this form to Tom.

Chooljian, reading as Randy Inman: “FYI, I’m putting this in Mindy’s box on her door.”

[SWOOP]

Hegyi, reading as Tom Kelley: “Awesome, thank you so much.”

[SWOOP]

Chooljian, reading as Randy Inman: “Just don’t forget who loves you.”

[SWOOP]

[MUSIC UP AND OUT]

Hegyi, narrating: We don’t know exactly what happened here. But one interpretation of this exchange is that Tom Kelley bragged about hurting his hand “mash[ing]” an inmate. And then he asked one of his hunting buddies to help him cover it up, to falsify a witness report – maybe so he could get treatment covered.

If that’s true, it would be a crime. And at minimum, it is grounds for more investigation.

[MUSIC IN]

Hegyi, narrating: Regardless of how you might feel about America’s prisons, the people held there have constitutional rights. The eighth amendment bars cruel and unusual punishment.

And, after all… it’s called the New Hampshire Department of Corrections, not the Department of Punishment. Dignity and honesty are actually two of the values written into their mission statement. The department says its overall goal is to, quote, “promote successful re-entry into society.”

Some people could write that off as unrealistic or naive.

But if we choose not to take it seriously… if we assume that prison is a pressure cooker and this is just the way things are… we might not know if the very people charged to uphold the law are guilty of breaking it.

And that brings us to the third set of texts we found – the missing mail.

Shawn Cochrane, on the phone: It's not ethical. It's not fucking ethical!

Hegyi, narrating: That's after the break.

[MUSIC UP AND OUT]

[BREAK]

Hegyi, narrating: I'm Nate Hegyi. You're listening to a special series of *Outside/In* called *Operation Night Cat*.

Jason Moon, on the phone: Is it alright if I record this call like last time?

Shawn Cochrane, on the phone: Yeah, that's fine. No problem.

Moon, on the phone: Okay, cool.

Hegyi, narrating: That again is producer Jason Moon talking with Shawn Cochrane. The guy who railed against Tom Kelley earlier in the episode.

Shawn, he's been in and out of New Hampshire's state prison for almost two decades. And in his younger years, he also spent time in the state's juvenile jail – a place called the Youth Development Center or YDC.

Now, if you live in New Hampshire, you might know that the YDC is at the center of a huge government scandal here. Shawn is one of more than 1,000 people who've come forward with allegations of sexual and physical abuse they say they went through there. Almost a dozen former staffers have faced criminal charges.

Cochrane, on the phone: I have a law firm that's part of my YDC case. They wanted me to write a narrative about the YDC.

Hegyi, narrating: Shawn had to write down details of what he says staff did to him when he was a kid – very personal details – and send them in the mail to his lawyer. He did this while he was incarcerated at the men's prison.

Cochrane: And I wrote two narratives. The first one was 23 pages. Never made it to his office still, to this day. Wrote a second one. Never made it to his office still to this day–

Moon: Wait, so you're saying you wrote those YDC narratives in the prison and they never made it out?

Cochrane, on the phone: That is correct.

[MUSIC IN]

Hegyi, narrating: You probably know that opening or stealing someone's mail is a federal crime. The Post Office has a whole branch of investigators who deal with this kind of thing.

But mail in prison works a little differently. Sometimes, people send drugs to inmates, concealed in envelopes that are meant to look like they're coming from their lawyers or someone else official. So, prison staff are allowed to comb through that incoming mail, to make sure it's legit.

But outgoing letters sent to a lawyer or to the courts? They cannot be opened or interfered with.

Moon: Just to spell it out, what do you think happened to those narratives?

Cochrane, on the phone: Tha-That's my question. I mean, all that personal fucking written stuff about sexual abuse and what went on and what happened to me. Those are substantial… things that I wrote in there. Where are they? Who's reading them?

[MUSIC POST]

Hegyi, narrating: We don't know exactly what happened to those narratives. We do know what happened to some of Shawn's other mail.

[MUSIC UP AND OUT]

Hegyi, narrating: In 2021, Shawn was trying to file legal complaints about how he was being treated at the men's prison. This happens a lot, and you can imagine that some guards see it as a huge headache. Some officers go so far as to call these complaints "rat notes."

[MUSIC IN]

Hegyi, narrating: And Shawn was known for writing a lot of them. Lauren's back to help me read another text thread.

Hegyi: I'll be Tom Kelley and you're one of his buddies, a correction officer named Chris Masse. Chris, by the way – not a part of the poaching ring, but he's someone that Tom went to law enforcement academy with. And we should also note that Chris did not respond to our requests for comment for this story.

Chooljian: Ok, so this conversation happens almost midnight, February 15th, 2021. Chris writes, "Holy fuck dude, this legal mail and rat notes are out of fucking hand."

[TEXT SWOOP]

Hegyi: Tom, "Dude, it's bad. I took a ton home with me that probably contained your name."

[SWOOP]

Chooljian: Chris texts back, "From who? LOL. Cochrane?"

[SWOOP]

Hegyi: Tom, "Yep."

[SWOOP]

Chooljian: "Thanks for savin' my ass, haha."

[SWOOP]

Hegyi, narrating: After that, Tom sends a photo. Six envelopes, fanned out. It's mail addressed to a court that he seems to have taken directly from the prison.

That mail – it belonged to Shawn Cochrane. The guy whose YDC narratives went missing and who was actively filing complaints against Tom Kelley's work buddy, Chris Masse.

After Tom sent that photo of the envelopes, Chris Masse texted back.

Chooljian: Chris writes, "yeah, dude, you're the true hero here tonight. Haha. Think we're going to have to search some cells tomorrow."

Hegyi: Tom, "Yep."

Chooljian: “Let's do it,” Chris writes back. “Me and you.”

Hegyi, narrating: And Shawn told us that, around this time, Tom Kelley did tear his room up.

Cochrane, on the phone: They ripped our whole tier apart because they knew that I was filing complaints against them.

Hegyi, narrating: Public records back him up. They show Tom and some other guards searched his cell two days after this text exchange between Tom and Chris.

[MUSIC UP AND OUT]

Hegyi, narrating: When he was interviewing Shawn, producer Jason Moon told him about the texts we had discovered. He read them out verbatim. We’ve bleeped some of the names.

Moon: Tom, “I just read all of them.” Chris, “And? LOL.” Tom, “You need to be careful what you say in front of the nurses because he's trying to call them as witnesses and he says he's filing criminal charges against you.” Tom, “Also, he filed charges against [bleep] for slamming his head into a wall I guess. LOL.”

Cochrane, on the phone: Yup.

Moon: Chris, “Yeah, I'll talk to [bleep] this morning. Literally all I've done to this cunt is call him a junkie.” Tom, “Yeah. He wrote [bleep]’s name down.” Chris, “I'll talk to her. And we really got to intercept this cunt's shit bad. Gotta have the boys tear that room up.” So, what do you make of these messages? Are you, are you… surprised?

Cochrane: Yeah, I’m really surprised. You have them outrightly admitting that they stole my fucking legal mail! That's a lawsuit. That's a slam dunk lawsuit. They could lose their job for that.

[MUSIC IN]

Hegyi, narrating: Shawn says he tried to talk to one of the older COs… a guy he respects and knows personally… about all the ways Tom Kelley was treating him.

Cochrane: I said, “Why are you allowing this to go on in your unit?” And he said, “I'm in blue.”

[MUSIC UP]

Cochrane: And I said, “Ok, I get that, I get that.” I said, “But at the end of the day, it's not ethical.” I said, “You're allowing these men to treat us this way, knowing that they're treating us this way and you're not doing anything about it.”

[MUSIC UP AND OUT]

Hegyi, narrating: Back when we interviewed Conservation Officer Ron Arsenault, he showed us around this wooden cabin in the woods near a fishing pond.

Arsenault, off mic: Pretty cool, huh?

Chooljian: It is pretty cool!

Arsenault: So, they’ll do… [FADES OUT]

Hegyi, narrating: The place had major summer camp vibes. This is where Fish and Game will sometimes teach hunters’ ed. The kind of thing you need to do to get your license.

Arsenault: …And this is where I come, like, after kids fishing day.

Hegyi: Yeah.

Arsenault: I'll hide my truck and I'll hide in here and I'll watch over limits. [HEGYI LAUGHS] This is my secret hiding place, so don't, [LAUGHS] don’t tell anybody… [FADES OUT]

Hegyi, narrating: At this point, all we knew about Tom Kelley was what Ron had told us about Operation Night Cat. That he had been caught baiting deer and killing bobcats at night.

Back during that initial investigation, Ron was already thinking about how he was gonna use Tom Kelley’s text messages.

Arsenault: I like to think of it, um, from the very beginning, how would I prosecute this? Because that – you have a really solid foundation, thinking like that, because then you're like, “Oh, what do I need to prove? What do I have? What do I need for evidence?”

Hegyi, narrating: But this is also when Ron found all of these other text messages. Stuff that was way outside his areas of expertise – not to mention totally outside his jurisdiction as a conservation officer.

Arsenault: So, at that point, I was like, “Oh, that's not good.”

[MUSIC IN]

Hegyi, narrating: Ron could have chosen to stay in his lane, to keep focused on the charges he knew he could personally make stick.

But he didn’t. Instead, he reported what he found up the chain of command. And from there, it went to the New Hampshire Attorney General. It went to federal investigators. And it went to Tom Kelley’s bosses at the Department of Corrections.

Arsenault: We, we have a duty. We need to hold people accountable.

Hegyi, narrating: One group of alleged poachers. Two sets of potential crimes.

Arsenault: And, you know, just because you're wearing a badge doesn't mean you should get away with stuff.

Hegyi, narrating: So… did they?

[THEME MUSIC UP]

Hegyi, narrating: That’s next time on the final episode of *Operation Night Cat.*

Dean Williams, on the phone: It's the embarrassment. It's the embarrassment to say, “How in the world did this happen?”

Arsenault: You know, we're taught, you know, “Oh, report all this stuff, You know, everything, you know, report it and we'll do something. Report it.” Bullshit. [LAUGHS]

[THEME MUSIC POST]

Hegyi, narrating: *Operation Night Cat* is a special three-part series from NHPR’s *Document* team and *Outside/In.*

This episode was reported and written by me, Nate Hegyi, with help from Lauren Chooljian and Jason Moon.

Jason produced and mixed this episode. He also wrote the music.

It was edited by Taylor Quimby and Katie Colaneri, with help from Rebecca Lavoie, Jackie Harris, Dan Barrick, Justine Paradis, Felix Poon, and Marina Henke.

Special thanks to Rick White and Bill Chapman.

Fact-checking by Dania Suleman.

Taylor Quimby is the executive producer of *Outside/In*. Rebecca Lavoie is Director of On-Demand at NHPR.

*Operation Night Cat* is a production of New Hampshire Public Radio.

[THEME MUSIC UP AND OUT]

Nate Hegyi, narrating: This is Operation Night Cat. I'm Nate Hegyi.

It was a cloudy spring day in 2023 and Fish and Game warden Ron Arsenault had been summoned to an office building near the New Hampshire state capitol in Concord. He walked into a conference room, and sat down at this big, round table.

Nate Hegyi: Can you tell me about that big meeting?

Ron Arsenault: Yeah, well, I-I can tell you there was a lot of people there! [LAUGHS] A lot of different alphabets, you know? It was like four or five federal agencies involved.

Hegyi, narrating: Looking around, Ron saw special agents from the FBI, the IRS, the U.S. Postal Service, attorneys from New Hampshire's Department of Justice, and investigators from the state's public integrity unit – corruption busters.

Arsenault: And it was just a meeting of how, how we had started this case, and what we were at, and all the other stuff the other guys were finding at the search warrants. You know, it was just spiraling out and spider webbin' every different direction. It was crazy.

[MUSIC IN]

Hegyi, narrating: This alphabet soup of law enforcement agencies had assembled because of all the potential crimes that Ron had uncovered during Operation Night Cat. First off, there was the illegal poaching.

Arsenault: Gray fox. Bobcat. Gray fox. Bobcat. Red fox. Red fox.

Hegyi, narrating: Evidence that a group of men were hunting at night, hunting out of season, baiting animals.

Kevin Bronson: It's like they're playing Grand Theft Auto up behind their house, except with animals.

Hegyi, narrating: Mostly violations and misdemeanors. But the dead bobcats, a protected species in New Hampshire, were being registered in other states where hunting them is allowed. And that would be a federal crime.

Arsenault: "Hey, we got some bobcats gettin' cranked in New Hampshire at night, and they're taggin' 'em illegally goin' across state lines."

Hegyi, narrating: But some of these hunters were also corrections officers at the State Prison for Men where text messages had uncovered a whole host of other potential crimes – witness tampering, falsifying physical evidence, and mail theft.

Shawn Cochrane, on the phone: You have them outrightly admitting that they stole my fucking legal mail! That's a federal offense!

[MUSIC UP AND OUT]

Hegyi, narrating: With all of these potential charges, this was a huge opportunity for law enforcement, but there were also risks.

Arsenault: What the feds were afraid of was a thing called double jeopardy. So if we charge them for a violation for the bobcats, then they basically couldn't because they've already been charged for that.

Hegyi, narrating: The alphabets hashed out a plan to divide and conquer. Each agency got their own set of charges to follow up on, based on their jurisdiction.

Ron and his colleagues at Fish and Game, they would handle the lower level hunting crimes. The U.S. Fish and Wildlife Service wanted a stab at the bigger bobcat charges. Meanwhile, the FBI, the U.S. postal inspectors, and the state Attorney General's office would look into what was going on inside the prison.

Hegyi: Were you feeling at this point that these guys were going to get their comeuppance for the stuff that they were doing inside the prison?

Arsenault: Uh, yeah, I wa- yeah, I was at the point where, like, "Alright, the people, you know, need, that need to know, know, and, you know, we can concentrate on our hunting violations…" which is what we did.

[THEME MUSIC IN]

Hegyi, narrating: When I was talking to Ron, he told me there are parallels to hunting a deer and tracking a criminal suspect.

Arsenault: Finding of evidence is like the hunt. You catch a poacher that you've been after for years, it's like a big buck for a hunter.

Hegyi, narrating: This investigation into Tom Kelley, Randy Inman, and the other poachers – it was like Ron had stumbled upon the biggest buck of his life.

More than five sets of law enforcement agencies had seen evidence of these alleged crimes. But, when they had them in their sights… most of these agencies never took the shot. Why not?

[THEME MUSIC UP]

Dean Williams, on the phone: It's the embarrassment… the embarrassment to say, how in the world did this happen? How did we get here?

Hegyi, narrating: From NHPR's *Document* team and *Outside/In*, this is *Operation Night Cat.*

[THEME MUSIC UP AND OUT]

Hegyi, narrating: Episode 3, A Duck's A Duck.

[BREAK]

Hegyi, narrating: From NHPR's *Document* team and *Outside/In*, this is the final episode of *Operation Night Cat*. I'm Nate Hegyi.

There's something I never mentioned up until now, which is that Ron Arsenault is kind of a reality TV star.

For nine seasons, he and his colleagues were the focus of "North Woods Law." It's a folksier version of "Cops," which aired on Animal Planet.

["NORTH WOODS LAW" OPENING THEME UP – GUITAR MUSIC, HAWK SCREECHES]

"North Woods Law" clip, Narrator: From the White Mountains of the Northeast to the shores of the Atlantic Ocean, the conservation officers of New Hampshire stop at nothing to protect the wildlife.

Conservation Officer: Did you kill the deer? Tell me the truth, right now. [FADES OUT]

Hegyi, narrating: In one moment, you might see a conservation officer dinging someone for catching too many bass. And in the next, another one is rescuing an injured loon.

["NORTH WOODS LAW" GUITAR MUSIC, SOUND OF LOON WAILING]

"North Woods Law" clip, Conservation Officer: I just really don't want to stress this thing more than it already is right now. [FADES OUT]

Hegyi, narrating: It's a pretty family friendly show. But, to me, the twists and turns of Operation Night Cat have always seemed grittier, like something you'd see on HBO.

[MUSIC IN]

Hegyi, narrating: You could imagine the scenes of Tom Kelley, the guy at the center of the investigation, shooting coyotes from the sniper's nest on his back deck.

[SOUND OF RIFLE CRACKING, RELOADING]

Hegyi, narrating: Scenes of Ron walking through the woods to find Tom Kelley's bait pile.

[SOUND OF WALKING THROUGH LEAVES]

Hegyi, narrating: And you could imagine it all culminating in a dramatic arrest – officers surrounding Tom Kelley's house, then bursting through the door.

[MONTAGE OF MOVIE AND TV CLIPS]
"The Matrix": Freeze! Police!
"Jack Reacher": Don't move! Don't move! Don't move! Don't move!
"Midnight Run": Put your hands up against the wall. Your hands up against the wall!

Hegyi, narrating: But in the end, that's not how Operation Night Cat went down.

Arsenault: We didn't take him out of his house, you know, kickin' and screamin' with handcuffs on. [LAUGHS] So, not like the, the TV shows.

Hegyi, narrating: Ron says he just showed up at Tom Kelley's door with an arrest warrant and asked him to come down to the local police station.

But make no mistake. Even though they were leaving the big charges to the feds, Ron really threw the book at Tom Kelley.

Nine counts of misdemeanor illegal night-hunting. Sixteen counts of misdemeanor hunting without a license. And nearly two dozen other violations: illegal baiting, hunting out of season, illegally hunting black bears. Forty-seven charges in all.

Arsenault: It was one of those things when we started. I'm like, "I'm not going to cut the guy a break. I'm just gonna write him for everything."

Hegyi: Yeah.

Arsenault: So, that's what I did. That's why there's so many.

[MUSIC UP AND OUT]

Hegyi, narrating: But then Ron handed the investigation over to the County Attorney's office to actually prosecute the case.

Arsenault: Once you, basically, ask for help, you lose your control of the case.

Hegyi: What do you mean? When you lose your control of the case?

Arsenault: So, they kind of have control of what they can plea bargain out at the end of the day.

Hegyi, narrating: A plea bargain. Hunting at night and baiting out of season might be a big deal for Fish and Game, but for a county prosecutor, these charges are small potatoes.

Arsenault: They're dealing with murderers and rapists and stuff like that. So, they're like, “Oh, he shot at night. Ok. Well, not a big deal.” They aren’t as invested as the game wardens are.

Hegyi, narrating: Back when Ron was showing me videos of Tom killing bobcats, watching a deer suffer, he told me…

Arsenault: When you take it all together, you’re like, “Oh man, these guys are really bad. Yeah, these guys should never hunt again.”

Hegyi, narrating: But when it came to all those charges against Tom Kelley, county prosecutors struck a plea deal. In exchange for pleading guilty, Tom Kelley’s 47 charges were whittled down to just seven. He was fined a little under $5,000 dollars and lost his hunting privileges for just three and a half years.

Arsenault: And at the end of the day, everybody's like, “Well, you know, you won.” I’m like, “Yeah, we did win, you know. So, I guess we won at the end of the day.”

[MUSIC IN]

Hegyi, narrating: Randy Inman, the prison supervisor, he also got charged with nearly 50 violations. But after the plea deal, it amounted to less than $4,000 in fines, and lost his license for 10 years. The other three guys swept up by Fish and Game in the poaching ring got even less.

Arsenault: Even if it wasn't, like, 100% what we wanted, um, they were found guilty.

[MUSIC UP AND OUT]

Hegyi, narrating: After everything Ron had discovered – the biggest case of his career – this was a small victory. But remember, it was also just one small branch of Operation Night Cat. Ron had taken the first shot, but he knew there were more coming.

[ROAD SOUND FADES UP]

Hegyi, in the truck: Are you still feeling hopeful that… it’ll go through?

Arsenault, driving: I’m still feeling hopeful for the feds, you know, their investigations and stuff… [FADES UNDER]

Hegyi, narrating: But the way these multi-agency investigations work – they're pretty siloed. Ron wasn't expecting to be kept in the loop. And when I was driving around with Ron this past spring, all he'd heard so far was silence.

[ROAD SOUND FADES UP]

Arsenault, driving: You won't hear anything.

Hegyi, in the truck: Yeah.

Arsenault, driving: That's just how they work, which, I mean, it's fine, but I just want to know, like… are you still going forward with it?

[ROAD SOUND FADES OUT]

Hegyi, narrating: Still, Ron couldn't help himself. He felt compelled to check in.

[ROAD SOUND FADES UP]

Arsenault, driving: I feel as though if I didn't do my job, I would certainly hope somebody would be my squeaky wheel to keep me goin'.

Hegyi, in the truck: Yeah.

Arsenault, driving: You know, because somebody needs to keep these people accountable.

[ROAD SOUND FADES OUT, MUSIC UP AND OUT]

Hegyi: Can you hear yourself in the, uh, in the headphones?

Kevin Bonson: I can't hear myself.

Hegyi: Ok, I gotcha.

Hegyi, narrating: Sgt. Kevin Bronson came into our studios at NHPR on an early spring morning. And I brought him into the studio because there's a whole other thread to this investigation that we haven't talked about yet.

Bronson: Hello, hello. Oooh, I can hear myself now.

Hegyi: There it is! [BRONSON LAUGHS] It's always a weird feeling to – when you can first hear yourself…

Bronson: Yeah...

Hegyi: …through the headphones.

Bronson: Like with “North Woods Law…”

Hegyi, off mic: Yeah?

Bronson: …when I first heard my voice on TV…

Hegyi, off mic: Yeah?

Bronson: …it was cringeworthy. [HEGYI LAUGHS] [FADES OUT]

Hegyi, narrating: Kevin was one of the Fish and Game officers who worked on Operation Night Cat. He was in charge of investigating another one of the guys in this poaching group – prison guard Randy Inman. Remember, Randy was the supervisor who allegedly helped Tom Kelley cover up an assault on an inmate.

When Fish and Game officers searched Randy Inman’s house back in January of 2023, looking for evidence in the poaching case, Kevin noticed something else.

Hegyi: I want to ask you a very strange question. What did the house smell like?

Bronson: What did it smell like…? Oh, it smelled like weed! [LAUGHS] Yeah. Uh, we, we walked in and we could smell marijuana.

Hegyi, narrating: Marijuana is illegal in New Hampshire. But it’s also been decriminalized. So, if you’re caught with a small amount, you’ll just get a hundred dollar fine.

But officers found a lot of marijuana in Randy’s house. More than 50 bags of weed gummies, dozens of THC vape cartridges, seeds to grow marijuna, and a kit to make edibles.

Most were found in a single room where Randy’s 19-year-old stepson from a previous marriage was staying. And in that room, they also discovered something else – psychedelic mushrooms.

Hegyi: There was a mushroom grow in the house.

Bronson: Yes, yep.

Hegyi: And you don't think that was Randy's? You think it was this kid who was living with him or who?

Bronson: It's hard to say. It was all in a kid's room. It wasn't in Randy's room. I asked Randy that night if, like, uh, what's the deal? Did he know this was going on? He said, "No, I had no idea." You know, "kids will be kids" type, uh, type attitude. "I don't go in his room."

[MUSIC IN]

Hegyi, narrating The feds consider psilocybin, the hallucinogenic compound in psychedelic mushrooms, to be a schedule one controlled substance. And growing it carries stiff penalties – up to 20 years in prison.

Randy told investigators he was aware of drugs being inside his house and that some of the paraphernalia found in the living room was his.

Bronson: It was surprising to me that somebody in law enforcement where it's illegal here, I'm smelling marijuana in the house.

Hegyi, narrating: During the search warrant, Randy also tried to hide his cell phone under a rock, but a Fish and Game dog named Winnie literally sniffed it out. From there, Kevin extracted a digital copy of Randy's texts, photos, and videos.

I've seen redacted summaries of these texts in public records. They don't mention mushrooms in particular. But they do suggest Randy was helping his stepson sell drugs by mailing them to other states.

Other texts suggest Randy was trading prescription pills. He and another corrections officer texted about leaving envelopes of pills and cash… in the gas caps of their vehicles… in the prison parking lot. A supervisor at the prison… potentially dealing drugs at work.

[MUSIC UP AND OUT]

Hegyi, narrating: But Kevin never charged Randy with any drug crimes. Just like the other threads of Operation Night Cat, this was out of their wheelhouse as Fish and Game officers. So, like everything else, it got handed off.

Bronson: We handed off our stuff to the AG's office I think. And um, the AG ended up taking– I thought they were, I'm… . I'd hope something's still going to come out of it.

[MUSIC IN]

Hegyi, narrating: I'm going to save you the suspense about these other lines of investigation. The drugs. The alleged mail theft and assault. The bobcats crossing state lines. There have been zero charges related to any of it.

What seemed to us – and to Fish and Game wardens – like an explosive set of allegations and evidence… appears to have fizzled away.

So, what happened?

[MUSIC UP AND OUT]

Hegyi, narrating: No one we talked to seemed to know – or at least wanted to tell us – what came after that alphabet soup meeting.

So, our team filed public records requests to find out. And we discovered that almost immediately, the investigation hit a snag.

Before federal investigators could dig into the prison allegations, they needed their own, separate search warrant to get the evidence Fish and Game had already collected. That might sound complicated, but this is actually a pretty straightforward, procedural task.

And they did this. But then the search warrant sat, unsigned, in the U.S. District Attorney's Office… for months.

Apparently, it sat for so long that the head of New Hampshire's Public Integrity Unit – the state's corruption busters – wrote a letter to the U.S. District Attorney, basically saying, "What's the deal?"

The clock was ticking and the state had paused its own investigation to let the feds take first dibs. And in this letter, the head of the Public Integrity Unit wrote, quote, "Any potential state level crimes are becoming stale."

[MUSIC IN]

Hegyi, narrating: Now, whatever the reason for the delay, documents show that a several weeks after that strongly worded letter, the search warrant was signed and executed.

But then, not long afterwards, the FBI and the U.S. Postal Inspection Service decided not to pursue any charges.

[MUSIC UP]

Hegyi, narrating: We asked the U.S. Attorney's Office why they decided not to prosecute and they gave us a pretty curt reply. Quote, "Justice Department policy is to not discuss internal deliberations. We also do not confirm or deny the existence of investigations."

After the feds declined to pursue charges, they handed the investigation back over to the state's public integrity unit. The job of this unit is to prosecute wrongdoing by government officials like

cops, state politicians, or prison guards. Then, just like the feds, they suspended any further criminal investigation.

[MUSIC UP AND OUT]

Mike Lewis, on the phone: It's strange. It's almost as if they're like, there's this, like, concession that, you know, some level of violence like this is gonna happen regardless of any articulated justification in a corrections situation.

Hegyi, narrating: This is Mike Lewis. He's a former prosecutor with New Hampshire's Justice Department.

When our team first got a hold of all of Tom Kelley and Randy Inman's prison texts, it seemed like an open and shut case. The stolen mail, the beating, and the cover-up – it's all laid out right there. But… we are not lawyers and what seems like solid evidence to the public, might not cut it in a courtroom.

Hegyi: Putting on your, your prosecutor's hat for a, for a second… You've seen these texts. Are the texts enough to charge someone?

Lewis, on the phone: The texts alone are not enough… But the texts are really concerning. I mean, they really are concerning.

Hegyi, narrating: What Mike Lewis sees here is an investigation that never really got off the ground. The text messages should have been the starting point for interviews or more records that could bolster a case.

Lewis, on the phone: You would want, um, you know, to see documented photographic evidence. You would, um, want to interview the victim and any other third party witnesses.

Hegyi, narrating: But from the documents we received, there's no indication that took place.

Lewis, on the phone: They're all hard cases to investigate and prosecute. But, you know, hard cases are just as worthy of thinking about as easier cases. Even if your, your interests in freedom are substantially, substantially diminished to almost nothing when you're in prison, um, that doesn't mean that, like, you know, it's open season on hurting you.

Julian Jefferson, on the phone: The whole point of the Public Integrity Unit is to take investigations further and find facts if they believe there's obvious gaps.

Hegyi, narrating: This is Julian Jefferson. He's a law professor and former New Hampshire public defender. Like Mike, Julian agreed that the texts alone wouldn't be enough to win a case in court. But also that everything we saw should've merited a more rigorous investigation.

Jefferson, on the phone: Particularly, uh, with the drug piece. You know, I, over, you know, years now have been representing people where the police are actively patrolling the streets, looking for evidence of drug users using, uh, and then charging them with possession of a controlled drug. Then to look at this evidence where you have these text messages of people in positions of authority – who on its face certainly seems like, you know, they are exchanging in potentially, you know, illegal drugs – that there's not this aggressive response to it. You know, and you can look at those things and say, “This feels unfair. You know, this feels unbalanced.”

Hegyi, narrating: We reached out to the New Hampshire Department of Justice to ask what happened and the spokesperson emailed us a statement. He said that while some of the findings were, quote, “concerning,” there wasn’t enough proof to bring criminal charges beyond a reasonable doubt. Instead, he told us, quote, “accountability has been administrative rather than criminal,” end quote.

And here’s what that means.

[MUSIC IN]

Hegyi, narrating: After all the other agencies passed on pursuing charges, the Department of Corrections conducted their own investigations – basically, HR reviews.

During those investigations, Randy Inman retired. He’s still pulling a pension from the state.

Chris Masse – the guy Tom Kelley was texting with about the stolen mail – he was demoted.

And Tom Kelley? Well, Tom Kelley was fired.

In his dismissal letter, the prison warden said Tom’s conduct would, quote, “cause a reasonable person to doubt the individual’s honesty, fairness, and respect for the rights of others and for the laws of the state or nation.”

[MUSIC UP]

Hegyi, narrating: There is still one thread in Operation Night Cat that may still be open. At one point during this past summer, Ron Arsenault was sure a federal indictment from the U.S. Fish and Wildlife Service was coming. I called him up to talk about it.

Hegyi: Hey Ron, can ya hear me?

Arsenault, on the phone: Hey, yeah!

Hegyi: How ya doin’?

Arsenault, on the phone: Good!

Hegyi, narrating: This is about the bobcats – the charges Fish and Game left to the feds to avoid double jeopardy. Ron had sources who told him charges were gonna be comin' any day now.

Arsenault, on the phone: Yeah, I mean, glad they're doing something with the whole case. And, I mean, we did get them for some stuff, but we were pretty light, you know, in the contingent that they're going to be doin' something.

Hegyi, narrating: But then, the indictment never came. That was months ago. And Ron is still waiting.

[MUSIC UP AND OUT, NEW MUSIC IN]

Jason Moon, narrating: Investigative reporting takes a lot of time. It's also expensive. And it's a team sport.

I'm Jason Moon, one of the producers of this series. *Operation Night Cat* took a whole year to report and a lot of behind-the-scenes work to deliver.

As you heard in the last episode, we sued the state for access to public documents. We drove roughly 1,700 miles around New Hampshire to interview sources and get documents. We paid fees to get court records. And we hired a fact-checker to confirm every detail in this story.

We know these costs are worth it to bring you the truth. But we also know we can't do it without your support – especially now.

Federal cuts to NHPR, the station that produces this podcast, have reduced our funding by hundreds of thousands of dollars.

You can make a gift right now on your phone with Applepay or on the app of your choice. All you have to do is just hit the link in the show notes. And thank you.

[MUSIC UP AND OUT]

[BREAK]

Nate Hegyi, narrating: This is *Operation Night Cat*. I'm Nate Hegyi.

We tried to reach out to Tom Kelley and Randy Inman for this story. I called, I emailed, I texted, I wrote letters.

Tom pointed me to his lawyer, who didn't agree to a recorded interview, but said the prison allegations were, quote, "a lot of hot air and gas." He also said that Tom Kelley didn't break the law because – again – no criminal charges were filed.

The lawyer told us that Tom is appealing to try to get his job at the prison back. And that his hunting violations were, quote, “minor.”

As for Randy Inman, I never heard anything from him. I did hear from someone else though… his ex-wife, Shannon Labella.

Shannon Labella, on the phone: It's just disgusting in every way and I'm disgusted I was ever a part of his life.

Hegyi, narrating: Shannon reached out to me after we published a news story about these investigations. And she corroborated one of the allegations suggested by state documents – that Randy was using prescription painkillers.

She said he had all sorts of substance abuse problems during their marriage, especially with prescription pills and alcohol. But she denied that her son had anything to do with the psychedelic mushrooms Fish and Game found at Randy’s house.

Hegyi: What was it like to be married to a guy who works inside that prison?

Labella, on the phone: Um, it was constant, um, overtime and just stress. Understaffed and fights and, you know, just seemed like not much control in there. And everybody did whatever they wanted as long as they didn't call in sick or refuse overtime. [HUMPHS]

Hegyi, narrating: Shannon also filled in more details on Randy’s hunting and trapping. That he was always out with his buddies. She says they could be reckless and violent.

Labella, on the phone: I went a lot of times. Not all the time, but pretty often. And one day, they were just shootin’ under a bridge at pigeons. No rhyme, no reason. They weren't usin’ it for bait or for any other purpose besides just to kill ‘em. And after that, I never went with them again.

Hegyi: Why do you think he liked… killing so much?

Labella, on the phone: Control. Power. Dominance. ‘Cause that's what he could do at work. I mean, he had total control. And when he was home, and, you know, we'd have an argument and he wouldn't be in control of it. You know, he made sure he regained it some way, somehow, by any means necessary.

Hegyi, narrating: Back in 2015, Randy was charged with assaulting Shannon. But she told me she was too afraid to take the stand and testify against him. The case was dismissed. He continued working in the prison for another eight years.

Labella, on the phone: I don't know if he's just a wolf in sheep's clothing or if it had to do with his job. Like I said, there is no job out there stressful enough that drives you to kill innocent things

that have never harmed you a day in your life. So, to me, that's nothing but an excuse he's made for the horrible things he's done.

[MUSIC IN]

Hegyi, narrating: After talking to Shannon, I reached out to Randy one more time for his side of the story. He never responded.

[MUSIC UP AND OUT]

Hegyi: So, let's just start it off– Actually, first, Dean, do you want to give me your first and last name, uh, and the kind of work you did and do now?

Dean Williams, on the phone: Yeah, so, uh, my name is Dean Williams. Um, I'm the former executive director of the Colorado Department of Corrections. And before that, I was the commissioner of the Alaska Department of Corrections.

Hegyi, narrating: I wanted to get another perspective on what happened with this case from someone outside of New Hampshire. Dean has led two different state corrections departments and when he read the investigation reports and the text message threads, it set off alarm bells. But it also didn’t really surprise him.

Williams, on the phone: Corrections is an interesting world… um, because unlike most other public entites… You know, if there’s a plane crash, for example, it's thoroughly investigated. Right? Because you want to learn from the mistake. You want to learn why it happened to try to teach others and to – in case there's mechanical issues – so it doesn't happen again. Um, that's not what happens, though, in penal systems. There's a lot of pressure on corrections leaders to sort of, ah, bury things.

Hegyi, narrating: Dean told me that you’ll often hear two arguments on why criminal investigations in prisons get buried – the cost if victims sue and…

Williams, on the phone: It's the embarrassment. It’s the embarrassment to say… how in the world did this happen? How did we get here?

Hegyi, narrating: And that’s the kind of situation the state of New Hampshire knows all too well.

[WMUR NEWS THEME MUSIC]

Female Newscaster: Most victims of the systemic, decades-long abuse at the Youth Development Center are still waiting for settlement checks from the state… [FADES OUT]

Hegyi, narrating: Five years ago, a former resident of the state’s juvenile jail came forward. He said he was physically and sexually abused there.

And then, a dam broke. More and more victims came forward – more than 1,000 of them, including Shawn Cochrane, the guy from the last episode. These allegations span more than six decades… a culture of abuse that was taking place, unchecked, behind another brick wall.

The millions of dollars in settlements being paid by the state over this scandal – AKA, being paid by you, the taxpayer – are just one way to measure the cost.

[MUSIC IN]

Hegyi, narrating: And over and over and over again, people have wondered… how could this have happened?

Williams, on the phone: If you start down the road and say, “Well, look, this is embarrassing to us. This is going to make us look bad. This is going to cost us some money,” and that becomes the driving factor, it perpetuates and reinforces… this is the way we do business. And so, then, you have another event. Then you have another event after that. And these things, you know, becomes a chronic issue. And that's where systems get, get messed up, they get screwed up. Man, it will cost you sooner or later, but it will cost you way more than if you just fixed it to begin with.

[MUSIC UP AND OUT, SOUND OF FOOTSTEPS, WALKING INTO AN ECHOEY BUILDING]

Hegyi: I gotta say, Ron. This lake is, uh, beautiful in the fall!

Arsenault: Isn't it?

Hegyi: It's gorgeous!

Hegyi, narrating: The last time I met up with Ron Arsenault was in October of 2025. I was there to show him the report from the state saying they wouldn’t pursue criminal charges against Tom Kelley, Randy Inman, and the other corrections officers.

Now, up to this point, as far as he knew, the case was still open. Nobody had ever told Ron the state closed the case.

Hegyi: Take your time. It's about nine pages...

Arsenault: Really…

Hegyi: I mean, you can read through it or we can read– We can go to the end, which is the thing I really want to show you.

Hegyi, narrating: We sat quietly as Ron read through the report on my phone. Now, normally, Ron has the energy of a labrador retriever. But now, he looked tired and shutdown.

Hegyi: How does that make you feel?

Arsenault: Mm? It just makes me feel like there's just no accountability. You know? That's what it really comes down to.

Hegyi, narrating: Remember, Ron went above and beyond his line of duty to report what he had found. He spent hours pouring through text messages, calling attorneys, hoping there would be justice.

Arsenault: And after goin' through all of it? You know, at the end of the day, I don't know if I'd do it again… because of all the stuff that just happens. It's like, you just did all that work… for what?

Hegyi, off mic: Yeah.

Arsenault: You know, and it's like, ugh. So, i-it just grinds on you, you know, and eventually, like, alright, I'm done. I'm a game warden. I'm findin' out the hunting violations. That's what I'm, I'm here for. Uh, I'm not here for the drugs or the mail or, you know, the integrity units. Like, that's not my problem. I pointed that out and if they want to go with it, go with it,. You know, we have a thing, um, when a law enforcement officer finds, you know, violations, they have the duty to report, which is exactly what I did. And, you know, we're taught, you know, "Oh, report all this stuff." You know, it goes all the way down to, like, sexual harassment. You know, everything! "Report it and we'll do somethin'. Report it." Bullshit. [LAUGHS] You know? It's, it's like, "Ok, yeah you will. And then you won't."

Hegyi: Why do you think they don't, they don't pursue charges on stuff like this?

Arsenault: 'Cause it makes 'em look bad! It's gonna make the, the state agency look bad and they're tryin' to save face. I don't know if I'm supposed to say that or not, but it is what it is. And duck's a duck.

[MUSIC IN]

Hegyi, narrating: When I met up with Ron, he was supposed to be getting dressed up for a big ceremony. New Hampshire's congressional delegation had selected him for a unit citation award for his work on Operation Night Cat. But it was postponed because of a government shutdown. So, all he had was a letter from U.S. Sen. Jeanne Shaheen.

Arsenault: It's just a letter with an award, basically sayin', "You did a good job." I did my job. [LAUGHS QUIETLY]

Hegyi: Does that do anything for you at all? You have a letter from a U.S. senator?

Arsenault: No, no… It's cool, but at the end of the day, yeah, I mean, it'll probably go somewhere in a file. My wife will put it somewhere and…

Hegyi: Not gonna be framed?

Arsenault: Nah, I got my pictures of the eagles and stuff on my walls. Can't take them down. [LAUGHS]

Hegyi, narrating: So, the letter will go into a file somewhere in Ron's house… just like the investigations into Tom Kelley, Randy Inman, and the other corrections officers are most likely tucked away into hard drives or file cabinets in some government building. Just like that video of Tom killing a bobcat is probably sitting on a laptop somewhere at the U.S. Fish and Wildlife Service office in Boston.

In that video, for a brief moment, after the rifle fires and a game camera flashes – everything is illuminated in light. The naked eye can see it all. The dead bobcat. The white snow.

And then, just as quickly, everything goes dark again.

[MUSIC UP AND OUT, THEME MUSIC IN]

Hegyi, narrating: *Operation Night Cat* is a special three part series from NHPR's *Document* team and *Outside/In.*

If you liked this series, check out more of *Document*'s incredible accountability reporting, including their three-part investigation into the scandal at YDC. It's called The Youth Development Center. There's a link in the show notes.

If you liked this series, you might want to check out my weekly show – *Outside/In*. We did another three-part series a few years back about a scandal inside the world of competitive dog-sled racing. It was called *The Underdogs*. There's a link in the show notes.

This episode was reported and written by me, Nate Hegyi, with help from Lauren Chooljian and Jason Moon.

Jason produced and mixed this episode. He also wrote the music.

It was edited by Taylor Quimby and Katie Colaneri, with help from Rebecca Lavoie, Jackie Harris, Dan Barrick, Justine Paradis, Felix Poon, and Marina Henke.

Fact Checking by Dania Suleman. Photography by John Tully, which you can check out at our website, NHPR.org/NightCat.

The bobcat photo in our logo comes from Jill DeVito.

Special thanks to Bill Chapman.

Taylor Quimby is the executive producer of *Outside/In*. Rebecca Lavoie is director of On-Demand at NHPR.

And *Operation Night Cat* is a production of New Hampshire Public Radio.

[THEME MUSIC UP AND OUT]