**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW HAMPSHIRE

---

| | |
|---|---|
| **WILLIAM SOLER JUSTICE, Plaintiff, v. AARON BELANGER and ERIC BARBARO, Defendants.** | **Civil Action No. 23-cv-00308-SE-AJ PLAINTIFF'S EXHIBIT H** |

---

# PLAINTIFF'S EXHIBIT H

## NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS
## ANNUAL REPORTS — SELECTED EXCERPTS

State Fiscal Year 2019 (July 1, 2018 – June 30, 2019)

State Fiscal Year 2021 (July 1, 2020 – June 30, 2021)

Excerpts Relating to the Secure Psychiatric Unit,
Staffing, Operations, and Costs

*New Hampshire Department of Corrections Annual Report, SFY 2019 (published 2019);*
*New Hampshire Department of Corrections Annual Report, SFY 2021 (published 2021)*
*— Selected Excerpts (Public Government Documents)*

*Authentication: See Preliminary Statement § H; Declaration of Wanda Duryea ¶ 13*

---

## PART I — INTRODUCTION

The New Hampshire Department of Corrections (NHDOC) publishes annual reports pursuant to RSA 21-H:8. These reports are public government documents. This exhibit reproduces excerpts from the SFY 2019 Annual Report and the SFY 2021 Annual Report relevant to: the structure,

operations, staffing, and cost of the Secure Psychiatric Unit (SPU); the role and identity of key named individuals; and the institutional context within which the April 9, 2020 events occurred.

---

## PART II — EXHIBIT H-1: SFY 2019 ANNUAL REPORT (JULY 1, 2018 – JUNE 30, 2019)

| Field | Detail |
| --- | --- |
| **Commissioner** | Helen E. Hanks |
| **Assistant Commissioner** | Benjamin R. Jean |
| **Report Period** | State Fiscal Year beginning July 1, 2018 and ending June 30, 2019 |
| **Temporal Note** | This period precedes the April 9, 2020 events by approximately 9–21 months and covers the initial period of William Soler Justice's confinement at the SPU (he was confined there beginning in 2018). |

### SECTION A: THE SECURE PSYCHIATRIC UNIT — STRUCTURE AND CAPACITY

*From the SPU section of the Annual Report (pp. 57–58):*

> *"The Secure Psychiatric Unit (SPU) is the most intensive and secure inpatient treatment facility in the state behavioral health service delivery system."*

#### Capacity

66-bed total capacity, configured as follows:

- 50 male beds
- 10 female beds

- 6 infirmary rooms

**Admissions and Discharges — SFY 2019**

49 admissions; 54 discharges

**SPU Admissions by RSA Authority, SFY 2019**

| Statutory Authority | Admissions | Discharges |
|---|---|---|
| RSA 135-C (Criminally Committed) | 6 | 9 |
| RSA 171-B (Civilly Committed — Developmental Disability) | 0 | 2 |

**NOTE:** William Soler Justice is committed under RSA 171-B. The Annual Report confirms that RSA 171-B patients — individuals civilly committed, not criminally convicted — were housed at the SPU during this period.

## SECTION B: CORRECTIONS OFFICERS AT THE SPU — STAFFING MODEL

The Annual Report describes SPU staffing as follows:

> *"Security staff are certified correctional officers who participate in additional specialized training in managing clients with mental illness."*

The Annual Report confirms: all security functions at the SPU are performed by DOC certified corrections officers — not by clinical staff of DHHS. This is the staffing model in effect during the events at issue in this case.

## SECTION C: COST OF SPU CONFINEMENT

*From the Data Elements section (p. 47):*

| Cost Metric | Amount |
|---|---|
| Average Cost Per Day — SPU/RTU | **$425.00** |
| Average Cost Per Day — General Prison Population | $122.00 |
| Estimated Annual Cost Per SPU Resident | approximately $155,125 |
| Total SPU/RTU Annual Expenditure (estimated) | approximately $10,239,486 |

The SPU is 3.5 times more expensive per day than general prison confinement. This cost differential reflects the clinical and security intensity of SPU operations and underscores that the institution viewed SPU placement as a significant resource allocation decision. Transfer decisions within the SPU (between H Ward, F Ward, and E Ward) and to or from NH Hospital affected the institution's resource allocation and financial reporting.

## SECTION D: CAPITAL IMPROVEMENTS — SURVEILLANCE INFRASTRUCTURE

The Annual Report documents capital improvement projects during SFY 2019 including:

> *"electronic controls and security camera upgrades" at SPU and NHSP-M*

**NOTE:** The installation and upgrading of electronic controls and security cameras at the SPU during SFY 2019 is directly relevant to Exhibit I (William Soler Justice's April 9, 2020 Resident Request Slip), in which William references Captain Marshall's prior statement that "the spu facility is bugged for sound" and requests preservation of the audio/video recording of his April 9, 2020 hallway

encounter with Defendant Belanger and CO Wrenn.

## SECTION E: NH STATE PRISON FOR MEN — POPULATION AND WARDEN

| Data Point | Detail |
|---|---|
| NHSP-M Population as of June 30, 2019 | 1,342 (capacity: 1,408) |
| Warden | Michelle Edmark |
| Location Note | The SPU is physically located within the NHSP-M. |

## SECTION F: KEY NAMED INDIVIDUALS — RECOGNITION AND AWARDS

The SFY 2019 Annual Report identifies the following individuals — each of whom appears in the documentary record of this case — as recipients of awards or recognition:

### 1. Deborah Robinson — SPU Administrator

The Annual Report identifies Deborah Robinson as recipient of the *"Distinguished Fellow award from the American Therapeutic Recreation Association"* in September 2018. Deborah Robinson is the SPU Administrator who, on April 16, 2020 — seven days after the April 9, 2020 transfer — wrote *"I am adding Erik Bal to this email and noting it as privileged"* and directed operational content about William Soler Justice to the institutional record (Exhibit O, DOC-000013). Robinson also directly ordered Defendant Eric Barbaro to pull William Soler Justice's phone calls on June 16, 2020 (Exhibit O, DOC-000010).

### 2. Paula Mattis — Director of Medical and Forensic Services

The Annual Report identifies Paula Mattis as recipient of the *"Social Worker of the Year award"* in March 2019. Paula Mattis is a named defendant in the

related case *Justice v. Governor,* No. 1:20-cv-00517-PB (U.S. District Court, D.N.H.) (Exhibit D).

**3. Randy Inman — Sergeant**

The Annual Report identifies Randy Inman as recipient of a *"Team Commendation Award"* in SFY 2019. Randy Inman is the same individual later identified in the NHPR investigative series *Operation Night Cat* (Exhibit G) as having allegedly filed a false employee accident/injury report to cover up a corrections officer's assault on an inmate at the same facility. Inman retired with his state pension before disciplinary proceedings concluded.

### SECTION G: NH PRISONS AND ACCREDITATION

The Annual Report confirms:

> *"NH prisons are not accredited by any national accrediting organization."*

This is consistent with the finding in Exhibit B-2 (*The Marshall Project,* 2018) that the SPU was not accredited by the Joint Commission at the time of the events at issue.

---

## PART III — EXHIBIT H-2: SFY 2021 ANNUAL REPORT (JULY 1, 2020 – JUNE 30, 2021)

| Field | Detail |
|---|---|
| **Commissioner** | Helen E. Hanks |
| **Assistant Commissioner** | William T. Conway |
| **Report Period** | State Fiscal Year beginning July 1, 2020 and ending June 30, 2021 |
| **Temporal Note** | This period directly covers the events at issue in this litigation. The April 9, |

| Field | Detail |
|---|---|
| | 2020 transfer occurred approximately 83 days before the SFY 2021 period begins. The events documented in Exhibits I through M (Resident Request Slips, letters, and O'Connor responses) all fall within SFY 2021. |

## SECTION A: COVID-19 OPERATIONAL PERIOD

The SFY 2021 Annual Report covers a year of significant institutional disruption due to the COVID-19 pandemic. The report's dedication notes the unexpected loss of team member Gina Alosa on November 1, 2020, reflecting the impact of the pandemic on DOC personnel.

The SFY 2021 reporting period includes the following events from the instant case:

| Date | Event | Relationship to SFY 2021 |
|---|---|---|
| April 9, 2020 | Transfer of William Soler Justice to E Ward | 3 months before start of SFY 2021 |
| May–December 2020 | SPU phone surveillance campaign against William Soler Justice and Wanda Duryea (Exhibit O) | Overlaps start of SFY 2021 (July 2020 onward) |
| June 3, 2020 | William's letter to Probate Judge Moran (Exhibit K) | Within SFY 2021 |
| July 6–10, 2020 | O'Connor's written responses (Exhibits L, M) | Within SFY 2021 |

## SECTION B: INSTITUTIONAL LEADERSHIP — CONTINUITY

Helen E. Hanks remained DOC Commissioner throughout both the SFY 2019 and SFY 2021 reporting periods. The transition from Benjamin R. Jean (Assistant Commissioner, SFY 2019) to William T. Conway (Assistant

Commissioner, SFY 2021) represents the only significant leadership change at the DOC level during the relevant period. Commissioner Hanks is a named defendant in the related cases *Heath v. Hanks* and *DRC-NH v. Hanks* (Exhibit E).

---

## PART IV — SUMMARY TABLE: KEY SPU DATA POINTS FROM ANNUAL REPORTS

| Data Point | SFY 2019 | SFY 2021 |
|---|---|---|
| Commissioner | Helen E. Hanks | Helen E. Hanks |
| Assistant Commissioner | Benjamin R. Jean | William T. Conway |
| SPU Capacity (total beds) | 66 (50M, 10F, 6 infirmary) | N/A (not changed) |
| SPU Admissions | 49 | N/A |
| SPU Discharges | 54 | N/A |
| Cost Per Day (SPU/RTU) | $425.00 | N/A (not extracted) |
| Cost Per Day (General Prison) | $122.00 | N/A (not extracted) |
| NH State Prison for Men Warden | Michelle Edmark | N/A |
| NH Prison Accreditation Status | Not accredited | Not accredited |
| Staffing Model (SPU Security) | DOC certified corrections officers | DOC certified corrections officers |

---

## PART V — EVIDENTIARY SIGNIFICANCE

### A. COST DATA ESTABLISHES INSTITUTIONAL STAKES

The $425/day cost of SPU confinement — more than 3.5 times the $122/day general prison population cost — demonstrates that SPU administrators had

a strong financial incentive to manage SPU census carefully. Transfer decisions within the SPU (between H Ward, F Ward, and E Ward) and to or from NH Hospital affected the institution's resource allocation and financial reporting.

### B. SURVEILLANCE INFRASTRUCTURE — 2019 CAPITAL IMPROVEMENTS

The SFY 2019 Report's documentation of electronic controls and security camera upgrades at the SPU directly supports William Soler Justice's April 9, 2020 request for audio/video preservation (Exhibit I), establishing that the infrastructure existed and that Captain Marshall had previously confirmed its use in prior incidents.

### C. NAMED INDIVIDUALS' INSTITUTIONAL STANDING

The SFY 2019 Annual Report confirms that Deborah Robinson and Paula Mattis were recognized senior institutional figures receiving formal awards in the year immediately preceding the events at issue. Their decisions regarding William Soler Justice on and after April 9, 2020 were made from positions of established institutional authority and standing within the DOC.

### D. DOC JURISDICTION OVER SPU — NOT DHHS

Both Annual Reports confirm that the SPU operates under DOC jurisdiction, with security functions performed by DOC corrections officers. This is consistent with the NH Advisory Committee's core legal finding (Exhibit F) that RSA 622:41 placed the SPU under DOC control in 1985, and with Recommendation 1(a) to move it to DHHS oversight.

---

**— END OF EXHIBIT H —**

I certify that the foregoing excerpts are true and accurate reproductions from the New Hampshire Department of Corrections Annual Reports for State Fiscal Year 2019 and State Fiscal Year 2021, which are public government documents available on the NHDOC website. These documents are offered

pursuant to Fed. R. Evid. 901(b)(7) and Fed. R. Evid. 803(8) (public records exception).

*Submitted by Plaintiff*

**William Soler Justice**
Plaintiff, *Pro Se*
Civil Action No. 23-cv-00308-SE-AJ

*See also: Preliminary Statement § H; Declaration of Wanda Duryea ¶ 13; Exhibits D, E, F, G, I, K, L, M, O (referenced herein)*









# 2019 Annual Report



# New Hampshire Department of Corrections
# FY2019 Annual Report

**Governor**

**Christopher T. Sununu**

**Executive Councilors**

**Michael Cryans, District 1**

**Andru Volinsky, District 2**

**Russell E. Prescott, District 3**

**Theodore Gatsas, District 4**

**Debora Pignatelli, District 5**

**Commissioner**

**Helen E. Hanks**

**Assistant Commissioner**

**Benjamin R. Jean**

NH DOC

INTEGRITY • RESPECT • PROFESSIONALISM • COLLABORATION • ACCOUNTABILITY

*This Annual Report was produced by the Commissioner Office at the New Hampshire Department of Corrections, pursuant to RSA 21-H:8, for the State Fiscal Year beginning July 1, 2018 and ending June 30, 2019 This report is also available at www.nh.gov/nhdoc.*

# Dedication

## Sergeant Patrick Bettens

On September 5, 2018, the Department suffered the tragic, sudden loss of Sergeant Patrick Bettens in an off-duty bicycle accident. Pat was an avid fitness enthusiast, a loving father, friend and coworker. His support and compassion for others carried over to his work, where he was a Field Training Officer, giving his time and energy to the development of new recruits serving as a role model to many new employees and to his peers as well.




As our staff grappled to cope with his loss, they demonstrated unity and grace. Many supported Pat's family and honored his memory over the course of the year through donations, memorial bracelets, t-shirts, and a memorial bench for staff. The staff weight room was also converted to the Sergeant Patrick Bettens' Fitness Center, and was dedicated to Pat in May 2018 during our Correctional Employee Appreciation Week. Our staff worked to design a space to honor his memory and provide an area for staff to work to achieve their own fitness goals.






# Table of Contents


| | |
|---|---|
| Commissioner's Report | 5 |
| A Year in Review | 6 |
| Data Elements of Interest | 36 |
| NH State Prison For Men | 46 |
| NH Correctional Facility for Women | 47 |
| Northern NH Correctional Facility | 48 |
| Division of Field Services | 49 |
| Division of Security & Training | 50 |
| Division of Professional Standards | 51 |
| Division of Community Corrections | 52 |
| Division of Administration | 56 |
| Division of Medical and Forensic Services | 57 |
| Victim Services | 63 |
| Business Information Unit | 64 |
| Legislation | 65 |
| Human Resources Bureau | 66 |
| Mission Statement | 67 |
| Organizational Chart | 68 |


NH DOC

INTEGRITY • RESPECT • PROFESSIONALISM • COLLABORATION • ACCOUNTABILITY

# Commissioner's Report



Commissioner

Helen E. Hanks

On September 5, 2018, a sudden and tragic loss of one of our own, Sgt. Patrick Bettens, shook our department. It was through his passing, we drew together to honor him, his commitment to this department, its staff and his children. Pat was a champion of our department and its personnel, once quoted in the paper talking about our staffing challenges. Through his voice and many others, we have continued to focus on recruitment to fill our vacancies and increase our work force in order to decrease the impact of overtime on our correctional staff, attract qualified clinical and programming staff to support our treatment and rehabilitation initiatives and other critical positions that support the operations and transition of residents to communities.

Additional areas of focus in SFY19 continued to target strategies to decrease recidivism, advance treatment strategies for those with substance use disorders, training provided to residents in peer recovery principles, increase grant funding for more reentry coordination and to continue to fight contraband introduction.

The Department would not fulfill its mission without the dedication and efforts of our diverse staff. SFY2019 saw many opportunities to recognize staff for their diligence and professionalism not just by this department but also by their professional affiliations. This years annual report highlights these moments and showcases many of our qualified staffs acknowledgements and longevity.

Our Department continued its efforts to bring more resources to the families and friends of those under our care and custody through refinement of tablet technology for communications, engagement with collaborators such as the Division of Children, Youth and Families, celebrating 20 years of the establishment of our Family Connections Center and continuing to acquire grant dollars to target parents incarcerated with substance use disorder and effectively engaging their children through a program called Parenting Wisely.

Our engagement through a Recruitment and Retention committee comprised of front line staff, on-going contracting with a marketing firm and having a fully funded budget for our positions set SFY2019 forward in motion to work on bringing in new staff while retaining existing staff. We made adjustments to onboarding at the suggestion of staff including the introduction of EyeDetect software in lieu of in many cases a polygraph, increased our data tracking of the reasons people chose to leave a career in corrections and increased other data elements to assist us in understanding our challenges and successes.

It is through a unified commitment to make a difference in the lives we are charged to improve that our communities will be healthier. It is the diversity of our strengths as correctional professionals that creates the opportunities residents need to engage in to demonstrate long term change. It is this change that will reduce victimization and support the health of NH citizens.

# NH Department of Corrections
# A Year in Review - SFY 2019

## Director Level Changes



On August 31, 2018, **Corey Riendeau** was sworn-in as the Warden of the Northern New Hampshire Correctional Facility (NNHCF) by Director of Professional Standards Lynmarie Cusack, Esq.

After receiving an Associate's Degree in Criminal Justice from NHTI – Concord's Community College, Warden Riendeau began his law enforcement career in 2000 as a corrections officer at the NNHCF. He then transitioned to a patrol officer with the Gorham Police Department and worked his way through the ranks. Prior to his return to the NH Department of Corrections (NHDOC), Warden Riendeau worked for the Berlin Police Department for 16 years, most recently as a lieutenant prosecutor. Throughout his career, Warden Riendeau has obtained dozens of law enforcement certifications and has been the recipient of several awards for outstanding achievement including the NH Association of Chiefs of Police's Medal of Honor award and NH Congressional Law Enforcement's Above and Beyond the Call of Duty award.



On June 20, 2019, **Nicholas Duffy** was sworn-in as the Director of Community Corrections by Director of Professional Standards Lynmarie Cusack, Esq. Director Duffy received a Bachelors of Arts in Criminal Justice from Plymouth State University. Director Duffy has spent his career committed to helping diversified groups of people including families, people with substance use disorders, visitation center services, case management and management of operations in various settings. His career in corrections began in 2014 as a case counselor/case manager and was appointed as Deputy Director of Community Corrections in 2016.

Additionally, Director Duffy is a certified lead facilitator for "Thinking for a Change" and in the Ohio Risk Assessment System (ORAS), a tool to measure risk of recidivism. He has been committed to implementing harm–reduction principles for those with opioid use disorder releasing from our facilities.

# NH Department of Corrections
# A Year in Review - SFY 2019

## The Road to Recovery

In SFY 2019, the State Opioid Response (SOR) grant augmented the existing Strategic Targeted Response (STR) from SFY 2018. The purpose of this grant, funded through the federal Substance Abuse and Mental Health Services Administration (SAMSHA) allocations and transferred to the NHDOC from DHHS, was to continue to support individuals with opioid use disorder (OUD) inside our facilities and as they transition back to their communities.

**Medication-Assisted Treatment (MAT) Expansion:**

MAT was introduced to NHDOC residents with substance use disorder (SUD) in 2015 to suppress the urge for opioids. Through the expanded SOR grant in SFY 2019, the NHDOC was able to provided additional options for medication-assisted treatment (MAT) beyond Naltrexone for those diagnosed with SUD. Additionally, the grant funded provider and licensed drug and alcohol counselor (LADC) training as well as resident education.



# NH Department of Corrections
# A Year in Review - SFY 2019

## The Road to Recovery

### Case Management

In SFY 2019, SOR funds enhanced existing STR funds to include the addition of 2 more targeted reentry care coordinators dedicated for individuals released from our facilities with substance use disorders, with a specific focus on opioid use disorders (OUD). These reentry care coordinators assist individuals with OUD through their most vulnerable time post-incarceration. The first year.

Individuals with OUD who are transitioning from incarceration to community supervision are at greater risk. Research shows the highest risk of overdose occurs within the first two weeks following release from incarceration, the most dangerous being the first 72 hours. The services NHDOC has implemented as a result of grant-funding has assisted in the effort to reduce harm and close gaps in connectivity to resources.

These coordinators act as navigators, assisting persons with OUD as they work to maintain their sobriety in the community. They help by working with those under supervision to overcome barriers such as challenges connecting to health care services, job skills, education, stable housing and other transition needs. The reentry care coordinators are available to assist these individuals for the first year post release from incarceration.

Preliminary data tracking women post-release under this program, indicates from July 2018 through June 2019, 93% of the women did not return to incarceration within the first 3 months and 79% remained in the community greater than 6 months post release from a NHDOC facility.



# NH Department of Corrections
# A Year in Review - SFY 2019

## The Road to Recovery

### Harm Reduction

### Naloxone

Through the STR grant, the NHDOC implemented voluntary training and distribution of Naloxone kits upon release from a facility. The SOR grant further funded this harm reduction initiative in SFY 2019, providing the resident, family and community support personnel Naloxone kits and proper training for accidental overdose.

Naloxone, commonly known as Narcan, an opioid antagonist that when administered to an individual who is overdosing can reverse the effects of opioids. A person being released or person residing with them as part of their community transition plan in SFY2019 accepted Naloxone 74% of the time it was offered.

### Peer-to-Peer

Peer-to-Peer programs have been a useful tool for the past several years for our incarcerated population. These peer mentors, trained in psychological first aid or hospice care support have successfully assisted other residents— giving them a person to talk to in their time of need. In addition to advancing their own skills as an opportunity for a future career, many residents have found the peer-to-peer programs beneficial in terms of providing a peer comfort and support.

Building on the success of peer-to-peer mentoring, peer recovery training occurred through funding from the SOR grant in SFY 2019. The first training was held at NNHCF as 16 men took the first step to becoming Certified Recovery Support Workers (CRSW). These individuals assist other residents as peer supporters in the NHDOC facilities but the training is also an opportunity for a potential vocational path for those who become certified. The trainings will expand to the New Hampshire State Prison for Men and the New Hampshire Correctional Facility for Women in SFY 2020.



16 residents at NNHCF in training to become peer recovery coaches.

# NH Department of Corrections
# A Year in Review - SFY 2019

## Keeping Contraband Out of Our Facilities

**Investigations**

The Investigations Bureau, under the Division of Professional Standards, provides investigative services to all facilities where criminal conduct has occurred or is suspected. This includes, but is not limited to; assaults, introduction of contraband and escapes. The Investigations Bureau also deploys four K-9 teams to help prevent the introduction of contraband into the facilities.

On June 17 2019, investigators with the Division of Professional Standards working with the New Hampshire Attorney General's Office, United States Drug Enforcement Administration, the United States Homeland Security Investigations and multiple local law enforcement agencies confiscated approximately six kilos of fentanyl and made six arrests in a joint, cross-border, multi-month investigation.

### NHDOC Investigative Actions

CONVICTIONS

- On January 3, 2019 Jessica Ellis pled guilty to RSA: 642:9 Assault by Prisoner. She was sentenced to 1 to 3 years consecutive to her current sentence. The incident occurred on 8/5/18 at the NH Correctional Facility for Women where Ellis caused unprivileged physical contact with another incarcerated resident.
- On January 14, 2019, Benjamin Kelso pled guilty to RSA: 318-B:2,I Acts Prohibited, Possession of Narcotics. He was sentenced to 1 to 3 years consecutive to his current sentence. The incident occurred on 6/25/18, when during a search of the offender in the reception holding cell he produced a small balloon containing three Suboxone strips from his shorts.

### NHDOC Investigative Actions

CONVICTIONS

- On 3/8/19, Terrance Simmons #113310 pled guilty in Merrimack County Superior Court to RSA 622:24 Delivery of Articles to Prisoners. The incident occurred at the NH State Prison for Men on 7/28/18 when Simmons was found to be in possession of suboxone. Simmons was sentenced to 1 to 3 years in the NH State Prison stand committed, consecutive to his current sentence.
- On 4/22/19, Dustin Winter #84456 pled guilty in Merrimack County Superior Court to RSA 622:24, Conspiracy to Deliver Articles to Prisoners. The incident occurred on 9/30/18, at TWC when Winter's visitor attempted to give him 4 prescription pills. Winter received a 1-3 year prison sentence, stand committed, consecutive to his current sentence.

### NHDOC Investigative Actions

Indictment

- On 2/16/19, The Merrimack County Grand Jury indicted PUDC Patrick Sanborn #87258 on 1 count of RSA 318-2:B, Possession of a controlled substance (Ecstasy) and 1 count of RSA 622:24, Conspiracy to Deliver Articles to Prisoners. The act occurred 9/27/18, at North End House transitional housing unit.

### NHDOC Investigative Actions

CONVICTIONS

The following individuals were sentenced on March 4, 2019, by the COOS County Superior Court

- On 03/04/2019 Christopher Valeras pled guilty to RSA 318-B:2 Acts Prohibited. He was sentenced to 2 to 4 years stand committed, consecutive to his sentence. The incident occurred on December 27, 2017. Valeras was in possession of a balloon containing 213 strips of Suboxone.
- On 03/04/2019 Jesse Hermonat plead guilty to RSA 642:9 Assault by Prisoner. He was sentenced to 2 to 4 years stand committed, consecutive to his sentence. The incident occurred on September 21, 2017 when Hermonat caused unprivileged physical contact to another incarcerated resident.
- On 03/04/2019 Adrien Stillwell plead guilty to RSA 159:3 Convicted Felon. He was sentenced to 1 to 3 years stand committed, consecutive to his sentence. The incident occurred on April 13, 2018 when Stillwell was found to have a weapon on his person during a search.

In SFY 2019, staff investigated over **24 criminal assaults by prisoners**.

CONVICTIONS

COOS County Superior Court

The following individual pled guilty on March 5, 2019

On March 5, 2019 Kevin Gil pled guilty to 1 count of RSA 630:1-a Conspiracy to Commit First Degree Murder, 1 count of RSA 630 Attempted murder, 1 count of RSA 159: 3,I Felon in Possession of a Dangerous Weapon and RSA 641:6 Falsifying Physical Evidence. He was sentenced to 20 to 40 years stand committed, consecutive to his current Rockingham County sentence of Second Degree Murder. The act occurred on August 4, 2017 in the NCF yard in that he aided in concert with another individual, with the purpose to commit the crime of murder. He purposely removed and attempted to dispose of his clothing by taking off his blood stained shirt and dropping it in the recreation yard. Gil was also in possession of improvised deadly weapons.

# NH Department of Corrections
# A Year in Review - SFY 2019

## Keeping Contraband Out of Our Facilities

**Investigations**
In SFY 2019, NHDOC investigators and other correctional staff worked to intercept drugs and other contraband attempted to be smuggled into the prison through the visiting rooms and by other means. Approximately **73 cases of contraband introduction were investigated leading to 17 criminal prosecutions**.








The Investigations Bureau is tasked with preventing contraband such as drugs and cell phones from entering the facilities through entry points such as the visiting room and the warehouse.

# NH Department of Corrections

# A Year in Review - SFY 2019

## Keeping Contraband Out of Our Facilities

### Investigations

Our K-9 Investigative Teams provide a unique resource in contraband detection at our facilities. Trained investigators and the K-9s are able to detect drugs and other contraband like cellphones. The K-9 units enhance surveillance throughout the NHDOC and have been a resource to our Field Services teams creating safer environments.




Illegal drugs hidden in mail were discovered by a K-9 investigation team. The mail was addressed to a resident at the NHSP-M.




On 8/31/18 at approximately 08:00 Investigators from the NHDOC K-9 Unit intercepted a drug package intended to be introduced to the NH State Prison for Men. Investigators conducted surveillance at a local medical treatment facility prior to a routine offender medical appointment. Investigators witnessed a female suspect acting suspiciously in the parking lot. The suspect entered the lobby bathroom. After she exited, a drug package was discovered taped underneath the toilet. The female suspect was taken into custody and found to be on parole out of the Concord District Office. The female suspect's son is currently housed at the NH State Prison for Men, and was the intended recipient of the drugs. The drug package contained approximately 48 subutex pills, intended to be retrieved by an offender later in the morning.

The NHDOC K-9 Unit was assisted by the Concord Police Department.



# NH Department of Corrections
# A Year in Review - SFY 2019

## Keeping Contraband Out of Our Facilities

**Investigations**



Investigator James Azzara and Dutch look for contraband in a maximum-security cell.

During the second half of SFY 2019, the K-9 teams were instrumental in removing over 550 strips of Suboxone from the various NHDOC facilities with an estimated prison value of $217,000.

With the addition of two K-9 investigative teams in SFY 2018, more searches were possible in SFY 2019 to include using K-9 teams during home visits and to search the transitional housing units.

Drugs and contraband seized from home visits included fentanyl, methamphetamine, narcotics and drug paraphernalia. In the transitional housing units, K-9's discovered Suboxone and other illegally obtained prescription drugs, including Gabapentin which had a "prison sale value" of $12,000.

# NH Department of Corrections
# A Year in Review - SFY 2019

## Keeping Contraband Out of Our Facilities

**Investigations**
The Hearings Bureau, responsible for providing fair adjudication of administrative disciplinary matters involving residents, conducted disciplinary hearings at all the NHDOC facilities stemming from over **7914 disciplinary tickets** in SFY 2019.

The disciplinary hearings process follows Administrative Rule COR 311.01. *





*STATE OF NEW HAMPSHIRE, DEPARTMENT OF CORRECTIONS*
*Helen Hanks, Commissioner*

**NEWS RELEASE**

For Immediate Release
April 4, 2019

Contact: Laura Montenegro
Public Information Officer
Phone: 603-271-5602

**Transitional Work Center Resident on "Escape" Status**

April 4, 2019 - (Concord, NH) - The New Hampshire Department of Corr[illegible] announces that a minimum security resident of the New Hampshire Sta[illegible]'s N[illegible] End Transitional Housing Unit has been placed on "escape" status. M[illegible] Hain[illegible] 25, failed to show up for work just before noon on Thursday.

Haines is described as a white male, 5'11", 200 pounds with [illegible] sentenced in 2018 for felony burglary and was eligible for [illegible] 2019.

Anyone with information on Haines' whereabouts sh[illegible] Police or your local law enforcement agency.

Escaping from a transitional housing unit could [illegible] punishable by 3 ½ - 7 years in prison.

APPREHENDED

###



*STATE OF NEW HAMPSHIRE, DEPARTMENT OF CORRECTIONS*
*Helen Hanks, Commissioner*

**NEWS RELEASE**

For Immediate Release
February 22, 2019

Contact: [illegible]
[illegible] Officer
[illegible]602

**Resident Missing from Concord Transition[illegible]**

February 22, 2019 - (Concord, NH) - The New Ham[illegible] Corrections announces that a minimum security resident of t[illegible] Prison Transitional Work Center has been placed o[illegible] Groulx, 44, walked away from White Farm on Clinton Street [illegible] approximately 3:15 p.m. on Friday, February 22, 2019.

Groulx is described as a whit[illegible] with a shaved head and blue eyes. He was last seen w[illegible] and button-down shirt with a white T-shirt underneath.

Groulx was [illegible] and was eligible for release in January 2020.

Anyo[illegible] on Groulx's whereabouts should call New Hampshire State Police [illegible] enforcement agency.

E[illegible] transitional housing unit could result in a Class B felony punishable by 3 ½ [illegible] prison.

APPREHENDED

Investigators coordinated and collaborated with local law enforcement, the New Hampshire State Police and at times, other law enforcement officers in the investigation and the return to prison of **eight instances of "escape"** from the transitional housing units.

* For printed copies of this report, the link for the administrative rule is https://www.nh.gov/nhdoc/documents/311-disciplinary-hearings.pdf

# NH Department of Corrections
# A Year in Review - SFY 2019

## Focusing on Families

### 20 Years Promoting the Parent/Child Bond

The Family Connections Center (FCC) is a resource inside the three prison facilities which aims to strengthen family ties between incarcerated parents and their children as well as provide parenting classes while supporting the children's caregivers. The FCC can be a motivating factor for incarcerated parents.

*"The reality is, they're parents, they have children. Their children are in school with our children and we want all children to feel safe."*

Kristina Toth, Administrator of the Family Connections Center to NHPR's Peter Biello



FCC artwork made during summer camp 2018 hangs on the wall of the Carriage House at the Kimball Jenkins Estate for the 20th anniversary celebration of the FCC.



Commissioner Hanks presented a plaque for 20 years of service to Kristina Toth.

In September 2018, the Family Connections Center celebrated its 20th Anniversary. Artwork created by parents under NHDOC custody and their children lined the walls at the Carriage House at the Kimball Jenkins Estate.

Several media outlets covered the event including: The Concord Monitor and NHPR (hyperlinks available in online report)

# NH Department of Corrections
# A Year in Review - SFY 2019

## Capital Improvements




The NHDOC's logistics team, in collaboration with security staff and contractors, facilitated the process for numerous capital projects in SFY 2019. These included the installation and rebuilding of two primary elevators used daily - one at the New Hampshire State Prison for Men (NHSP-M) and the other at the Secure Psychiatric Unit. They worked with all stake holders to complete the design for electronic controls and security camera upgrades as well as a body alarm system for the campus of the NHSP-M in order for it to go out to bid and bring this campus more up-to-date with technologies used to create better surveillance. The Logistics team worked with contractors to designs numerous bathroom renovations at multiple sites including the men's transitional work center, medium custody north and south units. In addition to these projects, window replacements and bathroom upgrades occurred at several of our transitional housing units.

Maintaining critical infrastructure at our facilities continues to be a priority for our department.



# NH Department of Corrections

# A Year in Review - SFY 2019

## Awards and Recognition

Throughout the year, security and civilian staff are recognized for the extraordinary work they do. Their professionalism, quick-thinking and attention to detail has saved lives on many occasions. In addition to individual and team awards for specific events, the NHDOC presents staff at each prison facility, the Secure Psychiatric Unit, Community Corrections and the Field Services Division with Officer of the Year, Civilian of the Year and Team of the Year awards during Employee Appreciation Week in an effort to continue to express gratitude and give recognition to NHDOC's exceptional employees.



In July 2018, staff at the NHSP-M were alerted to a fire in the North Yard by audible alarms and smoke. Security staff responded without hesitation or reservation. Officers attempted to extinguish the fire before the fire department arrived. Security staff were able to safely retreat from the smoke filled area and firefighters were successful in extinguishing the fire. As a result of their teamwork no one was injured.

# NH Department of Corrections
# A Year in Review - SFY 2019

## Awards and Recognition



In July 2018 at the NHSP-M, the Special Housing Unit (SHU) staff responded to a coordinated resident disturbance. The unit team worked with other staff to safely and securely take control of the situation.



In October 2018, security and nursing staff responded to an unresponsive resident in the Secure Management Unit (SMU) at the NHCFW. The situation was assessed and Narcan was administered, saving the woman's life.

# NH Department of Corrections
# A Year in Review - SFY 2019

## Awards and Recognition

In January 2019, eight members of the Manchester Probation/ Parole District Office were honored for their teamwork, quick-thinking and bravery as a probationer tried to flee after being told he was under arrest.





In June 2019 at the NNHCF, five security staff members and two nurses performed life-saving measures to a resident in distress and restored consciousness after he had stopped breathing. The staff members involved received life-saving awards.

# NH Department of Corrections

# A Year in Review - SFY 2019

## Team Commendation Award Recipients

| | |
|---|---|
| Ackerman, Noelle | Executive Secretary |
| Allen, Jennifer | RN |
| Albair, Jeremy | Corporal |
| Backman, Joey | Corporal |
| Batakis, John | Sergeant |
| Bourassa, William | Counselor |
| Bowden, Brad | RN |
| Boynton, Daniel | Captain |
| Brewer, Richard | Officer |
| Bryant, Tracey | Officer |
| Burke, Gary | Captain |
| Castellano, Mark | Captain |
| Catovic, Irena | PPO |
| Christie, Jay | Corporal |
| Cloutier, Elisabeth | PPO |
| Colpas, Zachary | Officer |
| Crisafulli, Tina | RN |
| Croteau, Keith | Officer |
| Daniels, Glenn X2 | Officer |
| Delarosa, Sauly | Officer |
| Dupuis, Claude | Lieutenant |
| Ellis, Joshua | Corporal |
| Esty, Allan | Officer |
| Falardeau, Linda | RN |
| Fontaine, Troy | Lieutenant |
| Halle-Corcoran, Ellen | RN |
| Honeman, David | Sergeant |
| Inman, Randy | Sergeant |
| Irizarry, Joseph | Counselor |
| Lebron Carty, Victor | Officer |
| LeGault, Clayton | Chief PPO |
| Lover, Christopher | Sergeant |
| Lydick, Gary | Sergeant |
| Magnell, Brian | Corporal |
| Marquis, Scott | PPO |
| Myers, Jason | PPO |
| Obi, Franklin | Officer |
| Paguea, Tina | RN |
| Parenteau, David | Officer |
| Phelps, Todd | Investigator |

## Team Commendation Award Recipients

| | |
|---|---|
| Rawnsley-Feudner, Zachary | Officer |
| Regan, Christopher | PPO |
| Rodriguez, Claudio | Officer |
| Schaub, Preston X2 | Investigator |
| Stone, Eric X2 | Sergeant |
| Stone, Shawn | Sergeant |
| Teeboom, Travis | Counselor |
| Valenti, Kevin | Corporal |
| Vargas, Sander | Officer |
| Veras, Jhiomar | Officer |
| Vocell, Edward | Corporal |
| Walters, Jennifer | PPO |
| Wedge, Michael | Sergeant |
| Wienckoski, Lisa | Corporal |
| Williams, Gerald | Sergeant |
| Wright, Patrick | PPO |
| Youngman, Michael | Officer |

## Honorable Service Award Recipients

| | |
|---|---|
| Johnson, Dana | Officer |
| Lee, Richard | Officer |

## Life Saving Award Recipients

| | |
|---|---|
| Boudreau, Justin | Officer |
| Cahill, Chelsea | RN |
| Correa, Natalie | RN |
| Cusson, Joshua | Corporal |
| Emerson, Tanya | PPO |
| Hartley, | PPO |
| Lamontagne, David | Officer |
| Larochelle, Cynthia | RN |
| Lombard, John | RN |
| Norton, Christopher | Corporal |
| Parker, Amy | RN |
| Pike, Robert | Corporal |
| Plante, Nicole | Captain |
| Potitio, Kristin | Sergeant |

## Commendation Letter Recipients

| | |
|---|---|
| Densmore, Benjamin | PPO II |

# NH Department of Corrections
# A Year in Review - SFY 2019

## Awards and Recognition




Officer of the Year
Officer C. Gagne

Civilian of the Year
Timothy Martin

Team of the Year
Denise McKeen &
Brenda Lett




NHSP-M Team of the Year - Education Team

Civilian of the Year
Mary Kelley

1st Shift Officer of the Year
Officer R. Tripp

2nd Shift Officer of the Year
Officer R. Martin

3rd Shift Officer of the Year
Officer J. Collins




1st Shift Officer of the Year
Corporal R. Gauthier

Civilian of the Year
Steven Letourneau

3rd Shift Officer of the Year
Officer J. Bourassa

2nd Shift Officer of the Year
Corporal J. Osgood

Team of the Year
Education & Programming Wing



# NH Department of Corrections
# A Year in Review - SFY 2019

## Awards and Recognition






Community Corrections
Officer of the Year
Mike Correia

## Probation and Parole






# NH Department of Corrections
# A Year in Review - SFY 2019

## Awards and Recognition

With more than 800 full-time staff, the NHDOC is proud of the accomplishments of its employees dedicated to the mission of the Department and the continued advancement of corrections as a motivating agent for change.



The Office of Forensic Examiner was the recipients of the New Hampshire Psychological Association's 2019 Distinguished Contribution Award in April 2019.

In September 2018, Secure Psychiatric Unit Administrator Debbie Robinson, was honored with the Distinguished Fellow award from the American Therapeutic Recreation Association.



In March 2019, Director of Medical and Forensic Services Paula Mattis, received the Social Worker of the Year award from the New Hampshire chapter of the National Association of Social Workers.



# NH Department of Corrections
# A Year in Review - SFY 2019

## Awards and Recognition

The Department honors those who have dedicated their careers to corrections. These men and women work tirelessly to support the mission of the NHDOC to provide a safe, secure and humane correctional system through effective supervision and treatment of individuals, and a continuum of services that promote successful re-entry into society for the safety of our citizens in support of crime victims.




These four NHDOC employees started their careers together in 1994 and continue to serve the Department together, 25 years later.

### 3 Decades of Dedication

On May 1, 2019, Director of Field Services Michael McAlister retired after 30 years of service to the Department of Corrections. The entire Department is appreciative of Director McAlister's service and wish him the very best in his future endeavors.



# NH Department of Corrections
# A Year in Review - SFY 2019

## Awards and Recognition

### Longevity Recognition

| NAME | YEARS | NAME | YEARS |
|---|---|---|---|
| ALICANDRO, SUSANA F. | 10 | GREENWOOD, ANGELA A. | 20 |
| BARNUM, CHRISTOPHER A. | 10 | HAMMER JR, WILLIAM D. | 20 |
| BOISSELLE, JONATHAN R. | 10 | HOWLETT, KRISTINA L. | 20 |
| BOURASSA, JAMES M. | 10 | HUNDLEY, OAKLEY R. | 20 |
| BURZYCKI, JENNIFER M. | 10 | JOHNSON, STEVEN E. | 20 |
| DUCHESNE, KATHLEEN M. | 10 | LEGAULT JR, CLAYTON A. | 20 |
| GIROUX, WENDY D. | 10 | LOVEN, JOHN A. | 20 |
| HICKMAN, LINDA J. | 10 | MARSHALL, SCOTT J. | 20 |
| KELLEY, MARY A. | 10 | MATSON, CARL B. | 20 |
| MILLER, TIMOTHY J. | 10 | MCLEOD, TAMMY J. | 20 |
| MORSE, KATIE E. | 10 | MEEKS, JOSEPH D. | 20 |
| POPOVICH, TIMOTHY L. | 10 | O'ROURKE, BARBARA G. | 20 |
| STRINGER, IAN M. | 10 | PELLETIER, CHRISTIAN O. | 20 |
| SWAIN, JULIA M. | 10 | REED, THERESA M. | 20 |
| WIRTH, JASON A. | 10 | TURCOTTE, CHRISTOPHER A. | 20 |
| DESAUTELLE, LAURA L. | 15 | VAILLANCOURT, ROBERT R. | 20 |
| ERHARD, DIANE E. | 15 | WELCH, EMMA M. | 20 |
| GOULET, MATTHEW R. | 15 | WILKINS, GILBERT F. | 20 |
| HANKS, HELEN E. | 15 | ALOSA, GINA M. | 25 |
| KRATOVIL, JEFFREY M. | 15 | BEAUREGARD, RICHARD D. | 25 |
| LECLERC, CHRISTINE E. | 15 | BRICKNER, ADAM | 25 |
| LEMIEUX, ROBBY J. | 15 | BROWN, JAMES J. | 25 |
| MACOMBER, NICHOLAS D. | 15 | CORMIER, DAVID J. | 25 |
| MAGUIRE, NANCY L. | 15 | CORREIA, MICHAEL B. | 25 |
| MANN, JUDITH W. | 15 | DAYTON, STEPHEN W. | 25 |
| PAGEAU, TINA M. | 15 | DINSMOOR, JOEL A. | 25 |
| PHELPS, TODD M. | 15 | DUNHAM, BRIAN L. | 25 |
| TEAL, JERRY G. | 15 | FORSLEY IV, THOMAS | 25 |
| TEIXEIRA, PAUL D. | 15 | HEATH, ROBERT D. | 25 |
| WEDGE, MICHAEL E. | 15 | LAGASSE, GERARD G. | 25 |
| ALLEN, DEBORAH A. | 20 | LANGEVIN, SCOTT S. | 25 |
| BALDERRAMA, YAIR A. | 20 | MARQUIS II, NORMAND L. | 25 |
| BEATON, MICHAEL R. | 20 | MORIN, JOHN S. | 25 |
| BREWER, RICHARD M. | 20 | MORRILL III, RICHARD L. | 25 |
| CANCEL, JEANETTE | 20 | MOSHER, MICHAEL P. | 25 |
| CARIGNAN, DAVID N. | 20 | O'DONOGHUE, MARK T. | 25 |
| CARROLL, CARYL A. | 20 | PAKE, BRYANT G. | 25 |
| CARROLL, PAUL S. | 20 | PELLETIER, JOSEPH C. | 25 |
| CONWAY, PATRICIA A. | 20 | MANSUR, GAIL F. | 30 |
| COULOMBE, TIMOTHY M. | 20 | WHITE, DAVID M. | 30 |
| DUPUIS JR, CLAUDE J. | 20 | | |

# NH Department of Corrections

# A Year in Review - SFY 2019

## Philanthropy





Throughout SFY 2019, employees participated in several philanthropic events to give back to the community. Staff volunteered for the New Hampshire Special Olympics in the Special Olympic Summer Games, Law Enforcement Torch Run and Fueling for Dreams. Staff also coordinated a blood drive for the American Red Cross, ran a food drive for the NH Food Bank and collected toys for Waypoint and Operation Santa during the holiday season.



# NH Department of Corrections
# A Year in Review - SFY 2019

## Recruitment and Retention

**Marketing Campaign**

The NHDOC continues to forge ahead with the aggressive marketing campaign designed through our contract with **m5 Marketing Communications,** implemented to recruit qualified candidates for our corrections officer vacancies. The campaign has been instrumental in rebranding the New Hampshire Department of Corrections as a career of choice in the law enforcement field, and is credited for leading an abundance of candidates to our recruiting door. From July 1, 2018 – June 30, 2019, 54 corrections officer recruits were successfully hired. The success and impact of the campaign earned m5 Marketing Communications an international Gold Hermes Award in the Electronic, Social and Interactive Media category.







At the Jericho ATV Festival, K-9 investigator teams were on hand to demonstrate the vast array of job opportunities the Department has to offer.

**Additional Recruitment Efforts**

NHDOC representatives were present at **33 job fairs and public events** throughout the year. These are opportunities for those interested in corrections careers to learn about the different fields and divisions that make up the Department.

# NH Department of Corrections
# A Year in Review - SFY 2019

## Recruitment and Retention

### The SCORE Program

In SFY 2019, the NHDOC began working on a new initiative called SCORE—Student, Corrections Officer, Recruitment, and Education program. The goal is to offer high school students an elective program, concentrated on corrections, for credit. The pilot program is targeted to start at Berlin High School, and is expected to expand to other high schools in the state in the future.






Officer Rod Greenwood, Programs Information Officer Tina Thurber, Chief PPO Seifu Ragassa and Sergeant Ema Donlagic talk about the New Hampshire Department of Corrections with host Peter St. James.

In April 2019, NHDOC staff from different divisions participated in a morning radio show to talk about the different opportunities available in corrections. Each staff member told their story about how their corrections career began and where they are now. The segment aired live on Good Morning New Hampshire with Peter St. James on 107-7 WTPL the Pulse.

# NH Department of Corrections
# A Year in Review - SFY 2019

## Volunteerism

### Volunteer Services

The NH Department of Corrections encourages positive community involvement with our residents and at the end of SFY 2019, there were approximately **450 community volunteers**. Volunteers are a critical component in the Department's efforts to maintain institutional safety and security by providing services to the individual during their incarceration. Some services volunteers provide, include but are not limited to, faith-based support, educational programs, diversion skill development and/or legal service programs. We offer twelve volunteer trainings annually which help prepare volunteers for the uniqueness of volunteering in a correctional setting.



Jen Lindgren volunteers to teach yoga at the NHCFW as part of the Prison Yoga Project.*



Father Bernard Campbell has visited residents at the NHSP-M since 2003 as a religious-services volunteer.

*Boston 25 News filmed a segment about the Prison Yoga Project at the NHCFW. Click here to watch online or type "Prison Yoga Project New Hampshire" into your preferred search engine.

# NH Department of Corrections
# A Year in Review - SFY 2019

## Volunteerism

### Internship Program

Our internship program offers a unique learning experience to students who attend thirteen Colleges and Universities. Our Internship program awards students the opportunity to experience and learn hands on within our Department in their degree field. The vast career options the Department of Corrections offers allows students from many degree fields an opportunity to see how the Department of Corrections functions as a whole as well as learn how collaboration is required to accomplish our mission. In FY 2019, we hosted **32 interns** in many areas of the Department to include local nursing programs that have added correctional nursing into their clinical rotations. Rotations are now being offered at all of our facilities.

The internship program works with many New Hampshire colleges including:

**Granite State College**

**Rivier University**

**St. Anselm's College**

**University of New Hampshire**

**White Mountain Community College**

Interns assisted in the following fields:

| | |
|---|---|
| Nursing | 16 |
| Correctional Officers | 9 |
| Probation/Parole Officers | 5 |
| MH-CC/CM- Prog Coordinators | 2 |

The NHDOC provides tours and information to college students facilitated by their instructors. Many local colleges provide college credit for approved internships with the Department.



# NH Department of Corrections
# A Year in Review - SFY 2019

## Residents Helping our Communities

Our residents participate in the Transitional Work Center program to reintroduce them into the community through supervised work opportunities. Over the last year, we have expanded the community work crews. Correctional Officers Johnson and Lee supervised workers during every major snow storm this past winter to clear fire hydrants for the City of Concord, NH. They have helped at schools, churches and fire stations and assisted the State Police and Liquor Enforcement in the cleanup of several homeless camps in the Concord area. Additionally, they helped during the State of NH Operation Santa Claus, which provides toys to children in need, regardless of their circumstances in the State.

The residents learn valuable skills while participating in this program that they will use when they return to their community. As a result of their professionalism and their ability to complete large tasks, the program now has a waiting list of community partners looking to utilize this service. The officers' who oversee these crews professionalism and outstanding work ethic reflect great credit upon themselves, the Unit and the Department of Corrections as a whole. The residents involved in this work crew have a large sense of pride and feeling of giving back to their community.

Officer Johnson:

Thank you for working with me to coordinate your prison work crew to paint the apparatus bays at Concord Fire Department's Central Station. We are very pleased with the outcome and quality of work performed by the inmates, and I am not aware of any behavioral or security concerns that occurred with the crew. The work completed saved the City of Concord a considerable amount of money in personnel hours that would have been required to complete the project, allowing on duty fire department staffing to remain committed to higher priority assignments.

We look forward to having your crew back for the cleaning work we have discussed, as well as several other painting projects that we would like to accomplish this year. Please contact me at your convenience when you are ready to schedule the next work days.

Respectfully,

Christopher S. Johnson

Fire Lieutenant – Tower Ladder Co. 1/Battalion #1

City of Concord, NH Fire Department

Central Station



# NH Department of Corrections
# A Year in Review - SFY 2019

## Residents Helping our Communities



Good afternoon Dana,

I would like to send my gratitude to you and your team for a job well done. We appreciate all of your hard work and time. This is an excellent program for communities, such as Loudon. It has helped save money significantly.
The painting of the Gazebo, the siding of the storage building at the Rec field and the siding of the building at the transfer station look professional. Working with you has been a pleasure and your help is very hard working, courteous, and respectful. We appreciate the hard work you all put in.
Enjoy your day and talk soon,

Best Regards,

Lance V. Houle
Road Agent, Loudon, N.H

*"Fostering to adopt is a long, emotional process. It isn't until you're living your lives that you realize how much you need a village to get you through some of the harder times."*

Krista Tesseyman, foster mom

To read more about Cyrus and Bailey's new swingset, got to "news releases" on the NHDOC website or click here in the online report.



Officer Johnson and his work crew putting together a swing set for two foster children, Cyrus, 9, and Bailey, 8, after the swing set in their yard was destroyed in a storm.

# NH Department of Corrections
# A Year in Review - SFY 2019

## Workforce Development

During SFY 2019, the NHDOC collaborated with industry groups to strengthen partnerships and to improve NHDOC employment training offerings to residents within our facilities.

NHDOC provided workshops regarding reemployment challenges and goals for residents returning to NH communities at the NH Works Conference: Partnering for Recovery, which included members of industry, educators, and other community stakeholders.

NHDOC presented to the Sector Partner Initiative meeting hosted by the Associated Builders and Contractors of NH/VT. The goal of these presentations were to increase industry partner's awareness about resident vocational training needs, opportunities for collaboration, and barriers individuals with criminal records face when reentering the community. Our work in 2019 continued to try to create prison-based skills training collaborations with community businesses that resulted in gainful employment upon release.

In SFY 2019, the NHDOC continued its partnership with Project Flagging, Inc. Project Flagging provides job interviews and work opportunities to residents prior to their release to NHDOC Transitional Housing Units or to the community. The company provides opportunities to those who may not have engaged in specific skills training. Once employed, Project Flagging provides rideshare services, health benefits, and competitive pay to their employees.

NHDOC worked with NH Employment Security (NHES) to identify opportunities to provide training to residents inside correctional facilities and collaborated on grant proposals that would provide resources such as reemployment training for residents.

# NH Department of Corrections
# A Year in Review - SFY 2019

## Workforce Development

### Apprenticeship Program

NHDOC Apprenticeships approved by the US Department of Labor (USDL)

- Cabinetmaker
- Furniture Refinisher (SFY 2019)
- Furniture Upholsterer
- Furniture Sprayer
- Machine Engraver
- Printing Press Operator (SFY 2019)
- Screen Printer (SFY 2019)
- Braille Transcriptionist

In SFY 2019, the NHDOC continued to expand it's apprenticeship program. The program started in 2017 by becoming registered as part of the National Apprenticeship System in accordance with the United State Department of Labor basic standards of apprenticeship. The program provides the graduates with an advantage in establishing careers in these areas once they are released from the Department's custody.

**In order to complete the USDOL's nationally recognized certification program, the student is required to complete up to 8,000 hours of on-the-job training.**

During SFY 2019, five residents completed apprenticeships and received nationally recognized certificates awarded by the USDL.



# NH Department of Corrections
# A Year in Review - SFY 2019

## Giving Residents a Voice

### Resident Communication Committee

The Resident Communication Committee, (RCC) is a voluntary group of residents at each facility who act as a liaison between residents, the wardens and commissioner. The group addresses questions and concerns from residents. These meetings occur monthly with facility leadership and quarterly with the Commissioner's Office at a minimum.

At the NHCFW, the RCC worked with staff to hold quarterly Wellness Weeks. The residents participate in seminars to improve overall wellness focusing on areas such as nutrition, exercise and improved mental health.





At the NHSP-M, the RCC created a staff-supported orientation program for new residents coming into the system with a goal of helping to guide them on a path to success. The RCC discusses opportunities and programming available to residents during their incarceration and provides new residents with an orientation booklet.

The Health and Wellness subcommittee of the RCC at the NNHCF meet to discuss the results of the most recent facility survey.

An appointee from the subcommittee will then present the results to the full committee, warden and commissioner.



# NH Department of Corrections
# Data Elements of Interest - SFY 2019

**Budget Expenditures**

| | SFY 2019 by Major Expense Classes | |
|---|---|---|
| **Expense Category** | **Actual** | **% of Total Expenditures** |
| Salaries and Benefits | $91,811,257 | 72.8% |
| Facility Operations | $9,969,846 | 7.9% |
| Equipment | $1,369,256 | 1.1% |
| Medical & Dental | $14,896,410 | 11.8% |
| Other Expenses | $6,668,530 | 5.3% |
| Grants | $1,284,178 | 1.0% |
| Prison Industries (net) | $190,446 | 0.2% |
| **Totals** | $126,189,922 | 100.0% |



# NH Department of Corrections
# Data Elements of Interest - SFY 2019

## Functional Budget Summary

| | SFY 2019 Actual | |
|---|---|---|
| **Functional Area** | **Amount** | **% of Total Expenditures** |
| Prisons | $97,281,162 | 77.09% |
| Prison Industries (net of revenues) | $190,446 | 0.15% |
| Transitional Housing | $5,409,633 | 4.29% |
| Probation/Parole | $10,160,308 | 8.05% |
| Overhead Expenses - Administration | $11,864,195 | 9.40% |
| Grants | $1,284,178 | 1.02% |
| Total | $126,189,922 | 100.00% |



# NH Department of Corrections

# Data Elements of Interest - SFY 2019

**SFY 2019 Cost Per Day by Location**

| Expense Category | Prisons | Transitional Housing | Probation/ Parole | SPU/RTU |
|---|---|---|---|---|
| Total Expenses | $97,347,275 | $5,971,020 | $11,214,697 | $10,239,486 |
| Average Number of Residents | 2,193 | 290 | 19,477* | 66 |
| Annual Cost Divided by Average Number of | $44,400 | $20,613 | $576 | $155,144 |
| Average Daily Cost | $122 | $56 | $2 | $425 |




* Includes Collection Only Cases and Fugitives

# NH Department of Corrections
# Data Elements of Interest - SFY 2019

## Population Data

| Total Population – June 30, 2019 | Total | Percentage |
|---|---|---|
| Total NH in Facility* | 2,428 | 92% |
| Escape Status | 7 | 0% |
| Total NH Out of Facility** | 216 | 8% |
| **Total** | **2,650** | **100%** |

** Total NH in Facility represents the total number of NH sentenced residents, residents housed for other jurisdictions or residents of SPU who are on involuntary committal.*

** *Total NH Out of Facility represents the total number of NH sentenced residents serving time in other jurisdictions.*

| Population by Maximum Sentence – June 30, 2019 | Number | Percentage |
|---|---|---|
| Less than 1 year | 28 | 1% |
| Between 1 and 3 years | 248 | 9% |
| Between 4 and 5 years | 465 | 18% |
| Between 6 and 10 years | 774 | 29% |
| Between 11 and 20 years | 656 | 25% |
| 21 Years and more | 440 | 17% |
| Unknown* | 39 | 1% |
| **Total** | **2,650** | **100%** |

** Unknowns are inmates housed for other jurisdictions or residents of SPU who are on involuntary committal.*

| Admissions – SFY 2019 | Males | Females | Total | Percentage |
|---|---|---|---|---|
| New Admission | 375 | 62 | 437 | 33% |
| Parole Violator | 574 | 87 | 661 | 50% |
| Probation Violator | 124 | 29 | 153 | 12% |
| AHC Returns | 5 | 5 | 10 | 1% |
| Other Jurisdictions | 45 | 6 | 51 | 4% |
| **Total** | **1,123** | **189** | **1,312** | **100%** |

| Releases – SFY 2019 | Males | Females | Total | Percentage |
|---|---|---|---|---|
| Maxed Out | 133 | 7 | 140 | 9% |
| Paroled | 1,049 | 181 | 1230 | 82% |
| Released to Probation | 20 | 3 | 23 | 2% |
| Released to AHC | 31 | 11 | 42 | 3% |
| To Other Jurisdiction | 48 | 12 | 60 | 4% |
| **Total** | **1,281** | **214** | **1,495** | **100%** |

*Footnote: The total of 2,650 represent the total number of residents serving time in a NHDOC facility and in other jurisdictions.*

# NH Department of Corrections
# Data Elements of Interest - SFY 2019

## Population Data

| Population by Age – June 30, 2019 | Number | Percentage |
|---|---|---|
| 17-21 | 46 | 2% |
| 22-25 | 190 | 7% |
| 26-30 | 429 | 16% |
| 31-40 | 823 | 31% |
| 41-50 | 540 | 20% |
| 51-60 | 396 | 15% |
| Over 60 | 226 | 9% |
| **Total*** | **2,650** | **100%** |

| Population by Race – June 30, 2019 | Number | Percentage |
|---|---|---|
| White | 2,266 | 86% |
| Black | 185 | 7% |
| Native American | 9 | 0.3% |
| Asian | 11 | 0.4% |
| Other/Unreported | 179 | 7% |
| **Total*** | **2,650** | **100%** |

| Population by Crime Type – June 30, 2019 | Number | Percentage |
|---|---|---|
| Crimes Against Persons | 1,493 | 56% |
| Crimes Against Property | 472 | 18% |
| Drugs/Alcohol | 486 | 18% |
| Crimes of Public Order* | 39 | 1% |
| Other Jurisdictions** | 160 | 6% |
| **Total*** | **2,650** | **100%** |

** This category refers to crimes that fall outside of the first three categories, including Public Order crimes and Motor Vehicle offenses.*

*** This category includes inmates housed for other jurisdictions, in other jurisdictions or residents of SPU who are on involuntary committal.*

| Population by Minimum Sentence – June 30, 2019 | Number | Percentage |
|---|---|---|
| Less than 1 year | 61 | 2% |
| Between 1 and 3 years | 1,316 | 50% |
| Between 4 and 5 years | 270 | 10% |
| Between 6 and 10 years | 639 | 24% |
| Between 11 and 20 years | 104 | 4% |
| 21 years and more | 221 | 8% |
| Unknown* | 39 | 1% |
| **Total** | **2,650** | **100%** |

** Unknowns are inmates housed for other jurisdictions or residents of SPU who are on involuntary committal.*

*Footnote: The total of 2,650 represent the total number of residents serving time in a NHDOC facility and in other jurisdictions.*

# NH Department of Corrections
# Data Elements of Interest - SFY 2019

## Granite State High School and Career and Technical Education Center (CTEC)

| SFY 2019 | NHSP-M | NHCFW | NNHCF | COM COR** | Total |
|---|---|---|---|---|---|
| Educational Intakes | 214 | 37 | 82 | 0 | **333** |
| TABE* Testing | 132 | 26 | 60 | 0 | **218** |
| High School Equivalency Completions (HiSET) | 6 | 2 | 2 | 0 | **10** |
| High School Diplomas | 10 | 2 | 6 | 0 | **18** |

*TABE stands for Test of Adult Basic Education

**COM COR equals Community Corrections Housing Locations

| CTEC Cluster Certificates Awarded | NHSP-M | NHCFW | NNHCF |
|---|---|---|---|
| Automotive Mechanics Program | 0 | N/A | N/A |
| Building Trades Program | 0 | N/A | N/A |
| Business Education Program | 21 | 0 | 0 |
| Computer Education Program | 1 | 0 | 0 |
| Culinary Arts Program | 4 | 0 | 0 |
| Intro. to the Workforce Program | 5 | 0 | N/A |
| **Total Certificates** | **31** | **0** | **0** |

| CTEC Class Certificates | NHSP-M | NHCFW | NNHCF |
|---|---|---|---|
| Automotive Mechanics Program | 23 | N/A | N/A |
| Building Trades Program | 0 | N/A | N/A |
| Business Education Program | 288 | 61 | 69 |
| Computer Education Program | 193 | 54 | 41 |
| Culinary Arts Program | 24 | 33 | N/A |
| Intro. to the Workforce Program | 159 | 14 | 0 |
| **Total Certificates** | **687** | **162** | **111** |

# NH Department of Corrections
# Data Elements of Interest - SFY 2019

## Field Services Data Summary: Probation Parole Caseload Review

SFY2019 Field Services Caseload Summary as of June 30, 2019

| District Office (DO) | Total Officers Chief PPO/PPOs | **Types of Supervision** | Conditional Release - NGRI | County Facility (HOC)** | Interstate Compact In | Parole | Probation | Total | Fugitives |
|---|---|---|---|---|---|---|---|---|---|
| Berlin District Office | 3 | | 1 | 5 | 20 | 40 | 84 | **150** | 65 |
| Claremont District Office | 4 | | | 24 | 34 | 78 | 214 | **350** | 54 |
| Concord District Office | 10 | | 13 | 12 | 37 | 414 | 436 | **912** | 156 |
| Dover District Office | 7 | | | 17 | 66 | 151 | 399 | **633** | 287 |
| Exeter District Office | 11 | | | 57 | 216 | 180 | 637 | **1090** | 343 |
| Haverhill District Office | 6 | | 1 | 41 | 37 | 82 | 289 | **450** | 201 |
| Keene District Office | 5 | | | 24 | 43 | 67 | 306 | **440** | 70 |
| Laconia District Office | 4 | | | 27 | 20 | 80 | 188 | **315** | 28 |
| Manchester District Office | 14 | | 1 | 58 | 103 | 637 | 585 | **1384** | 375 |
| Nashua District Office | 6 | | 1 | 6 | 105 | 181 | 292 | **585** | 229 |
| Ossipee District Office | 3 | | | 10 | 21 | 32 | 111 | **174** | 99 |
| Total | 73 | | 17 | 309 | 702 | 2203 | 3696 | **6927** | 1907 |

* Fugitive status is due to a person absconding from supervision

** HOC - means a person being held pending a violation or a person who will be released from a HOC to probation

# NH Department of Corrections
# Data Elements of Interest - SFY 2019

## Field Services Data Summary: Restitution/ Collections Review

| As of June 30, 2019 | |
|---|---|
| **Collection Only Cases** | 12,256 |

| Field Services Receipts and Disbursements: SFY 2019 | |
|---|---|
| Total Receipts | $2,631,519 |
| Disbursements Paid for Individual Restitution | $1,778,609 |
| Courts Fines | $219,217 |
| DOC Field Services Collection Functions | $239,615 |
| DOC Field Services ICAOS Dues and Costs | $23,231 |
| Justice Victim Assistance | $31,469 |
| General Fund Annulments | $123,600 |
| General Fund Collection Fees | $22,657 |
| General Fund Supervision | $344,109 |
| Misc. Expenses | ($154,577)* |
| **Total Disbursements** | **$2,627,930** |
| **voided checks, bank fees, etc.* | |

# NH Department of Corrections
# Data Elements of Interest - SFY 2019

## Medical and Forensic Services Data Review

| SFY 2019<br>NH Department of Corrections Community-Based Medical Cost Breakdown: All Residents | | | |
|---|---|---|---|
| **Age Ranges** | **Total Patients** | **FY2019 Costs** | **Mean Ave** |
| 19 | 0 | $ - | |
| 20 through 29 | 176 | $ 221,589.31 | **$ 1,259.03** |
| 30 through 39 | 313 | $ 474,714.53 | **$ 1,516.66** |
| 40 through 49 | 231 | $ 474,852.93 | **$ 2,055.64** |
| 50 through 59 | 235 | $ 640,169.68 | **$ 2,724.13** |
| 60+ | 188 | $ 741,622.04 | **$ 3,944.80** |
| ***Total Inmates with Medical costs*** | 1143 | $ 2,552,948.49 | **$ 2,233.55** |
| *Medicaid Paid IP Stays* | *114 Episodes of Care* | *$ 1,587,388* | |
| | ***Total Cost of Care FY19:*** | ***$ 4,140,336.92*** | |

***Note: These costs represent costs incurred EXCLUDING the static costs of NHDOC medical staff and on-site resources.***

***Examples: Hospital stays, outpatient procedures, etc..***

## Top Highest Pharmaceutical Costs of SFY 2019

| Medication Group | Amount |
|---|---|
| Hepatitis C | $431,619.67 |
| HIV | $381,362.85 |
| Diabetes | $245,396.85 |
| Inflammatory Disease | $144,792.81 |
| Asthma/COPD | $87,154.37 |
| Addiction—MAT | $56,808.64 |
| Anti-Psychotic | $39,354.96 |
| Multiple Sclerosis | $34,894.36 |
| **Total** | $1,421,384.20 |

*Note: This summary does not represent all pharmaceutical costs, just the top drivers of cost.*

NH Department of Corrections: Secure Psychiatric Unit

Admissions/Discharges by NH RSA

| FY2019 | 622:45 NHH | | 623:1 DOC/HOC | | 651:9 NGRI | | 135-C CC | | 135-E SVP | | 171-B DD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | D | A | D | A | D | A | D | A | D | A | D |
| **1st** | 2 | 2 | 8 | 11 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 1 |
| **2nd** | 1 | 0 | 7 | 8 | 1 | 0 | 3 | 1 | 0 | 0 | 0 | 1 |
| **3rd** | 1 | 1 | 7 | 7 | 2 | 0 | 1 | 4 | 0 | 0 | 0 | 0 |
| **4th** | 2 | 2 | 10 | 10 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 |
| **Total** | **6** | **5** | **32** | **36** | **5** | **2** | **6** | **9** | **0** | **0** | **0** | **2** |

The highlighted RSA represents transfers of people from incarcerated settings (Prison and County Jails) into SPU.

# NH Department of Corrections
# Data Elements of Interest - SFY 2019

## Medical and Forensic Services Data Review



# NH Department of Corrections
# Facility & Division Overviews

**New Hampshire State Prison for Men (NHSP-M)……………………..Concord, NH**

Medium (C3) to Maximum (C5) security level facility

Original structure build in 1812. Large scale renovations in the 1980's.

Operational Capacity: 1408

Population (June 30, 2019): 1342

Warden: Michelle Edmark



The New Hampshire State Prison for Men (NHSP-M) is the state's oldest prison facility. The original state prison was built in 1812. A new facility was constructed in 1878. Following extensive renovations and new construction in the 1980s, this facility remains in use today. The NHSP-M is a multi-security level, male-only facility with an operational capacity of 1,408.

The majority of the individuals housed at the NHSP-M are in general population housing units: the Parker Hancock Unit, Medium Custody North Unit, and the Medium Custody South Unit. NHSP-M includes two separate housing units for higher custody level individuals in our care and custody. The Close Custody Unit (CCU/C4) houses up to 120 individuals, while the Special Housing Unit (SHU/C5) houses between 95-110 individuals including 50-65 C5 individuals. The balance of those housed in the SHU include: persons serving punitive segregation imposed as a sanction for a disciplinary infraction, those who are Pending Administrative Review (PAR) and C4 individuals who are in protective custody review status. The Reception and Diagnostic (R & D) area includes those newly sentenced, probation or parole violators and short-term protective custody review status.

# NH Department of Corrections
# Facility & Division Overviews

**New Hampshire Correctional Facility for Women (NHCFW)……….Concord, NH**

Minimum (C2) to Maximum (C5) security level facility

Opened: April 17, 2018 101K square foot facility

Capacity: 224

Population: (June 30, 2019) 175

Warden: Joanne Fortier



In April 2018, 148 women moved into the new 101,000 square-foot New Hampshire Correctional Facility for Women (NHCFW). The new facility includes a dedicated spiritual space, a minimum-security unit, a gymnasium, a library, an education wing, a parole hearings room, Family Connections Center, industries, recreational space and more.

The new facility was a long anticipated and complex construction project that drew much public interest. Many tours have been provided to the media, state and federal legislators, stakeholders, advocates and students during SFY 2019. The NHCFW is fully operational, providing enhanced opportunities for female residents through behavioral health wellness curricula, education, culinary arts and other programming opportunities. The location has outdoor space allocated for planting gardens, walking, sports and other fresh air activities. In addition, this facility has dedicated space for health services delivery including an infirmary suite, observation rooms, dental services, clinics and exam rooms to list a few that had not been part of the leased facility in Goffstown.

# NH Department of Corrections Facility & Division Overviews

**Northern New Hampshire Correctional Facility (NNHCF)…………...Berlin, NH**

Minimum (C2) to Maximum (C5) security level facility

Opened: 2000

Capacity: 635

Population (June 30, 2019) : 631 males

Warden: Corey Riendeau



The Northern New Hampshire Correctional Facility in Berlin, NH was built in 2000 and can accommodate 635 male residents. NNHCF is a single-building, multi-security (C2—C4) level prison.

In SFY 2019, approximately 135 medium-security residents lived in either the Focus or Wellness unit. These are modified therapeutic communities, inside our facilities specialized in addressing substance use and mental health disorders.

Additional programming and services available to our residents include education classrooms, the Family Connections Center, Correctional Industries, religious and faith-based services, and Veteran's meetings and services.

# NH Department of Corrections
# Facility & Division Overviews

The **Division of Field Services** is responsible for the community supervision of probationers, parolees and residents approved for administrative home confinement (AHC). Additionally, the Division of Field Services facilitates the collection and disbursement of fees, fines and restitution ordered by the court. Probation/Parole Officers (PPOs) conduct investigations at the request of the New Hampshire Adult Parole Board and the courts.

The Division of Field Services maintains 11 district offices, which align with the New Hampshire Superior Court system in the state and 4 sub-offices (Lebanon, Salem, Portsmouth, and North Conway).

The Division is composed of 60 Probation/Parole Officers (PPOs), 11 Chief Probation/Parole Officers (CPPOs), 11 Executive Secretaries and a Collections/Interstate Unit.

**Director (until May 1, 2019) : Mike McAlister**

**Deputy Director (Acting Director: May 1– June 30, 2019): Jason Smith**

Throughout SFY 2019, the Division continued to participate in the FBI Safe Streets Gang Task Force, the United States Department of Justice Asset Forfeiture Program and the Drug Court Program. In addition, to these efforts, the Field Services team continued to be on the front lines of combatting the State's Opioid Epidemic in their role mentoring people to change and to engage in substance use disorder treatment, or through the use of harm reduction principles including the availability and distribution of Narcan to help prevent overdose and give people another chance at recovery. In May 2019, the Division held its annual PPO training which included presentations on electronic monitoring, domestic violence counseling and human trafficking.






# NH Department of Corrections
# Facility & Division Overviews

The **Division of Security and Training** consists of the training bureau and the bureau of classification and client records. The Division's responsibilities include, supporting the security and safety of the operations in all facilities and ensuring the consistency of the operations within departmental policies. This is accomplished through the classifications system, adjustments in training both at the Academies and during annual training and oversite of the Department's special teams.

The Division is also responsible for the Department's fleet of vehicles, emergency management program, Special Emergency Response Team and Honor Guard.

## Director: Chris Kench

In SFY 2019, legislation passed permitting the use of blue emergency lights on some vehicles. This has assisted in the increase of vehicle visibility and safety of our staff both in the field for Probation Parole Officers and when security staff is transporting residents.

The training bureau reintroduced defensive tactics training for our non-uniform staff. We also saw three uniform and three non-uniform academy graduations.

The Special Emergency Response Team (SERT) received new uniforms and equipment, and our honor guard grew by three members, who received all new uniforms and continues to proudly represent us at public functions around the State.



In October 2018, the Special Emergency Response Team (SERT) participated in annual training.



As they do every year, the NHDOC Honor Guard participated in the 2019 Law Enforcement Officers' Memorial Ceremony in Concord, NH.




3 corrections academies graduated 48 officers and 3 non-uniform academies graduated 55 staff members.

# NH Department of Corrections
# Facility & Division Overviews

The **Division of Professional Standards** is responsible for conducting and supervising investigations, hearings and audits relating to all aspects of the Department's operations and programs.

The Division maintains a Hearings Bureau whose responsibility is to provide fair adjudication of administrative disciplinary matters involving residents. The Hearings Bureau also processes property claims under $500.

The Division's Investigation Bureau provides investigative services to all facilities where criminal conduct has occurred or is suspected, including but not limited to investigations into assaults, introduction of contraband and escapes. The Investigations Bureau also uses four K-9 teams in their work to help prevent the introduction of contraband into the facilities. The Bureau also performs internal affairs investigations when necessary.

The third arm of the Division is it's audit team who works to review policies, programs and operations to promote quality and effectiveness in the administration of all Department activities. The audit team also performs reviews to detect and prevent fraud in the Department's programs and operations.

**Director: Lynmarie Cusack, Esq.**










# NH Department of Corrections
# Facility & Division Overviews

The **Division of Community Corrections** provides education, training, skills, spirituality and personal development opportunities, which encourage positive work habits, promote pro-social behaviors and prepare residents for re-entry to the community. The Division of Community Corrections encompasses the oversight of three transitional housing units (THUs): Shea Farm, Calumet and North End, a transitional work center, case management is in all departmental facilities and two parole offices. The Division of Community Corrections also oversees the management of the State Targeted Response (STR) Grant, the Granite State High School and the Career and Technology Education Center, religious services, the Family Connections Center (FCC), and volunteer services.

**Director: Kimberly MacKay (until Nov. 2018)**
**Director: Nick Duffy (effective June 20, 2019)**

### Transitional Work Center (TWC) and Transitional Housing Units (THUs)

The Transitional Work Center (TWC) and Transitional Housing Units (THU) assist residents in the last two years of their incarceration in preparation for reentry to their communities. At TWC, residents are reintroduced into the community through supervised educational training (building trades), work opportunities and job-shadowing. At the THUs, residents are working in the community to further prepare them for daily life post release.

**Transitional Facility Population**

| | |
|---|---|
| **Calumet (C1)** | **71** |
| **North End House (C1)** | **43** |
| **Shea Farm (C1 & C2)** | **20** |
| **Transitional Work Center (C2)** | **160** |
| **Total** | **294** |



North End Transitional Housing Unit (C1)


Transitional Work Center (C2)


Calumet Transitional Housing Unit (C1)



Shea Farm Transitional Housing Unit (C1 & C2)

# NH Department of Corrections
# Facility & Division Overviews

## Education

Corrections Special School District (CSSD) is a unique entity that exists within the New Hampshire Department of Corrections. Because of the implementation of RSA 194:60 in 2008, a school district was formed through an interagency agreement between the New Hampshire Department of Education and the New Hampshire Department of Corrections. CSSD includes Granite State High School (GSHS) and the Career & Technical Education Center (CTEC) and is available to male and female residents at all three prison facilities.



Students received their high school diplomas through Granite State High School at the NHSP-M in June 2019.



A separate ceremony took place at NNHCF for those who achieved the credits needed to graduate.




A graduation ceremony was held for Cinthia Burlock at the NHCFW in June 2019.

# NH Department of Corrections
# Facility & Division Overviews



Education staff at the NHSP-M.

The Career & Technical Education Center (CTEC) offers six career and technical education training programs. These programs provide opportunities to develop foundational skills and core competencies in relevant occupational areas for successful reentry into the community. The CSSD continues to facilitate formal studies at the post-secondary level via New England College. Additionally, post-secondary educational opportunities are offered at all facilities on a year-round basis through correspondence courses.

**CTEC Certification Courses**

- Business and Computers
- Marketing, Sales & Service
- Information Technology
- Hospitality & Tourism
- Automotive Technology Repair
- Introduction to the Workforce Program
- Culinary Arts
- Building Trades






Inspirational quotes are displayed on the wall in classrooms at the NNHCF.



# NH Department of Corrections
# Facility & Division Overviews

**Religious Services**

The NHDOC recognizes the importance of spiritual connectedness for all our residents and works to accommodate all religious/spiritual entities. The Department employs three full-time chaplains one at each facility: Chaplain Jim Daly at the NHSP-M, Chaplain Beth Richeson at the NHCFW and Chaplain Dana Hoyt at the NNHCF.

A chapel and spiritual services are offered in each of our correctional facilities. The chaplains provide spiritual guidance to help residents express personal faith and participate in meaningful worship. Many spiritual leaders volunteer their time to provide religious services in the prisons.

In SFY 2019, Native Americans were given the opportunity to participate in four sweat lodge ceremonies as well as regular pipe ceremonies. Those who practice Paganism gathered for their rituals several times throughout the year. Twenty two Muslim residents participated in fasting during the month of Ramadan which culminated with the Eid Ul Fitr feast lead by an Imam volunteer. Buddhists, Catholics, Jehovah's Witnesses and followers of several Christian denominations participated in several scheduled faith-based services.

SFY 2019 included two highly successful Kairos retreat weekends. Prison Fellowship provided four, two-day seminars; and supported the Angel Tree Program that provided Christmas toys for the residents children. Various faith groups provided spiritual retreat weekends for the respective

Also this year, the parameters of authorized resident personal religious property were greatly expanded, with the removal of faith-specific property lists. Now, the majority of religious property items may be possessed by all residents, barring very few items of particular security concern, which remain faith-specific. Religious liberty was even further unencumbered through the relaxing of grooming standards with regard to beards, which are now unrestricted in length, which has opened the door for previously unauthorized religious hairstyles to better align NHDOC policy with national litigation outcomes stemming from the Religious Land Use and Institutionalized Persons Act (RLUIPA).



Chaplin Beth Richeson speaks to a group of residents, church leaders and volunteers in the chapel at the NHCFW.



The chapel at the NHSP-M allows for an array of religious services and multi-purpose activities.

# NH Department of Corrections
# Facility & Division Overviews

The **Division of Administration** is comprised of Financial Services, Contracts and Grants Administration, Logistical Services and Correctional Industries. RSA 21:H:4 further defines the Division's role as "responsible to provide for: (1) Accounting, purchasing, and budget control. (2) Property, contracts, and grant management (3) Assistance to the commissioner with short and long range department-wide planning activities."

Financial Services staff is responsible for accounts receivable, accounts payable, purchasing, budgeting, and financial analysis for the Department as well as maintaining the residents' banking system. The Contracts and Grants staff is responsible for the request for proposal (RFP) process and management of contracts and grants administered by the Department. Logistical Services staff is embedded in the three prison facilities and is responsible for all maintenance, food service, laundry, and warehouse functions of the prisons, the transitional work center and three transitional housing units.

**Director: Robin Maddaus**

**Deputy Director: Lisa Stone**

**Correctional Industries, Financial Services, and Contracts and Grants**

In July 2018, the Department began issuing debit cards to residents leaving the facilities rather than the previous method of checks. This process made it easier for residents to access their funds in the community.

In SFY 2019, the Division streamlined items available for residents to purchase through the Union Supply Company catalogue and canteen items. Canteen operations and warehouse orders moved from the NHSP-M and NNHCF to the NHCFW.

Correctional Industries added an additional state park to the forestry program which is now producing and delivering firewood to 13 state parks.






# NH Department of Corrections
# Facility & Division Overviews

The **Division of Medical and Forensic Services** delivers health care (e.g. medical, dental, and behavioral health) to those in the care and custody of the New Hampshire Department of Corrections. In collaboration with community partners, our approach to health care is to improve the overall health of the population we serve, to promote a positive patient experience and increase patient education.

Our health care delivery system is designed to meet the needs of the approximate 2,500 residents, who are in our system, for both chronic and acute conditions. This is achieved by the availability of outpatient services, residential services, and infirmary level inpatient care for both medical and psychiatric services. Hospital level of care for medical needs is accomplished through partnerships with various community hospitals. The Secure Psychiatric Unit provides a forensic level of care for acute psychiatric issues.

Medical services offered include individual appointments for chronic and acute conditions, sick call, and an infirmary level of care for intensive observation that does not require hospitalization. Dental services include preventive interventions, remediation of acute conditions, and provision of dental appliances. Psychiatric services offered are outpatient services for mental health and substance use disorders. In addition, there are specialized housing units for treatment of paraphilic disorders, mental health disorders and substance use disorders.

Patient education is integral to helping keep residents healthy. To that end, Division employees offer individual education and a variety of groups and wellness fairs to meet the needs of our residents.

**Director: Paula Mattis**

**Deputy Director of Medical: Bernadette Campbell**

**Deputy Director of Forensic Services: Heidi Guinen**



Wellness fairs geared toward improving resident health happen throughout the year in each facility.

# NH Department of Corrections
# Facility & Division Overviews

**Secure Psychiatric Unit (SPU)**

The SPU is the most intensive and secure inpatient treatment facility in the state behavioral health service delivery system. The SPU is designated to serve those having acute psychiatric needs that must be served in an inpatient setting. Those served are residents from state and county correctional facilities, patients committed through the NH judicial system (in accordance with civil commitment statutes) due to mental illness and dangerousness, those rare individuals committed under the state's sexually violent predator law and individuals who are developmentally disabled requiring intervention for extreme dangerousness.

There are 20-30 hours per week of structured therapeutic and diversional interventions available for these patients; individuals' treatment schedules are based upon individualized treatment planning. The SPU provides integral behavioral health services via its team of highly dedicated psychiatric, clinical, nursing, education and security staff who continually strive to advance patient's progress. The security staff are certified correctional officers who participate in additional specialized training in managing clients with mental illness in accordance with a specialized training curriculum.
The SPU has a 66-bed capacity, with a current configuration of 50 male beds, 10 female beds, and six infirmary rooms. During SFY 2019, there were 49 admissions to SPU and 54 discharges.

**Sexual Offender Treatment (SOT) Services**

Utilizing a risk-need-responsivity model developed on evidence-based practices, SOT services emphasize skill development designed to promote safety and self-management. All individuals are assessed to determine level of care needs. Individuals referred and/or identified through the classification process are provided a full psychosexual assessment. SOT staff assesses a person's risk/needs levels using actuarial instruments as well as conducting a comprehensive psychosocial profile of the individual and their criminal history. Elements of the psychosocial assessment include, but are not limited to, criminogenic history and needs, developmental history, mental health involvement, substance abuse issues, strengths, skill deficits and the individuals' cycle of offending. To the extent practicable, data from collaterals (e.g., medical providers, family, criminal records police reports, court documentation, NCIC, clinical providers) are utilized during the assessment process. Residents are assigned to the one of three treatment recommendations: Community-based treatment, Prison-based Intensive Sexual Treatment Service or a Transitions Group.
Most residents are assessed at needing an intensive level of care, located at NHSPM which incorporates SOT protocols into a therapeutic environment. The capacity for the intensive program is 96 with 24 additional beds for program graduates to stay and serve as mentors. During SFY 2019, 97 men completed the intensive SOT program. If a less intensive level of care is needed based on the assessment, or if individuals are unable due to physical capabilities to reside in the residential unit, a plan of treatment is developed to meet their needs and outlined as part of their release plan.

# NH Department of Corrections
# Facility & Division Overviews

**Behavioral Health Services**

The Division is committed to serving those in our care with a range of services designed to enhance wellness, learn new skills and implement behavioral change. Services include psychiatric treatment, treatment for mental health and substance use disorders which are individualized and driven by a treatment plan. Emergent behavioral health services are available and delivered via a crisis intervention model resulting in a short-term crisis management plan.

The Division implemented a community behavioral health model adapted to a correctional system to assist residents in management of behavioral health issues. The range of services offered addresses both acute and chronic needs. Acute needs are managed on both an inpatient and outpatient basis. Exacerbation of a chronic behavioral health issue or onset of suicidal feelings can be managed by emergency assessment visits from our clinicians or with an inpatient admission to the Secure Psychiatric Unit (SPU). Ongoing needs are addressed through medication management, individual therapy, group therapy, and skill building activities.

Another level of care in the NHDOC system allows for admission to one of our four residential units: The Residential Treatment Unit (RTU) for men located in Concord; the Wellness Block for men in Berlin; the Focus Unit for men in Berlin and the Wellness Block and Focus Unit for women. The Focus Unit is a modified therapeutic community program specifically designed to treat substance use disorders while the Wellness Units are a voluntary program targeting functional impairments associated with a residents mental heath disorder. The goals of all of these units is to enhance a residents ability to manage and improve their lives by learning about their behavioral health disorders and why treatment compliance is important as part of their path to success. Promoting a sense of community is also the philosophy driving these units in order to prepare participants to be part of a positive community culture while in prison as well as for preparation for life after prison. Participants in these units identify the value of good communication skills as a problem-solving technique. Often, those, who are adjudicated residents, who no longer need the intensive services of the Secure Psychiatric Unit may be admitted to the RTU or Wellness Units as a transitional step down with the goal of returning to a general population prison housing unit.




Patients in the SPU play monopoly during their down time.

# NH Department of Corrections Facility & Division Overviews

## Not Guilty By Reason of Insanity Civil Commitments

The Department of Corrections monitors 34 civil committees, committed as Not Guilty by Reason of Insanity (NGRI) and on-going enforcement of the treatment regimen per RSA 651:11-a. The Division of Medical and Forensic Services has a dedicated NGRI Clinical Coordinator who meets regularly with individuals and different behavioral health organizations to ensure ongoing treatment needs are met. The Division coordinates inpatient level of care and outpatient behavioral health services to ensure compliance with court orders and that treatment needs are being met for these individuals. The Division utilizes trained forensic psychologists in assessing risk for future violence in these cases to evaluate preparedness for changes in level of care as deemed appropriate and as outlined in the court orders associated with these patients.

## Office of the Forensic Examiner

The Office of the Forensic Examiner (OFE) conducts court ordered psychological evaluations when there are concerns about a criminal defendant's competency to stand trial or when the defendant has pled Not Guilty By Reason of Insanity. The forensic examiners conduct in-person evaluations with the defendants, write forensic reports for the judge, and often testify about their findings. The OFE has also been working closely with New Hampshire Hospital, Circuit and Superior Courts and lawyers to improve the system for court ordered evaluations, including improving efficiency and increasing evaluators' access to needed mental health records.

In SFY 2019, the forensic examiners completed 439 competency evaluations.



# NH Department of Corrections
# Facility & Division Overviews

**Medical and Nursing Services**

Medical providers (physicians and advance practice registered nurses) and nurses provide numerous types of health screenings to meet the health care needs of patients at our facilities. Residents upon booking into our system are offered a comprehensive assessment to identify and treat acute and/or chronic needs. When medically necessary, referrals are made to community hospitals, services and specialists to meet the unique needs of the residents we serve.

Inpatient care is available in our infirmaries and is the place for those who do not need hospital level of care but require more immediate medical oversight for conditions than is available on an outpatient basis. Hospice care is also available and is supported by hospice workers who are specially trained to work with those needing that specialty care. Hospice workers are peers trained to provide end of life comforts such as reading books, recreational discussion and appropriate companionship during those last moments of life. This program is supported by our departments religious leaders, behavioral health staff and healthcare staff.

Outpatient care is offered in our health services centers. Residents are seen for sick calls, provided follow up appointments, receive medications and triaged for emergencies by nurses and providers. Providers and nurses also provide sick call daily at our secure housing units to ensure that medical needs are being met.

**Dental Services**

Dental services are provided on location at three locations: NHSP-M, NHCFW and NNHCF Organizing clinics so that both basic dental hygiene and dental procedures occur in a timely fashion is an important aspect of the healthcare program provided to residents. Our dental team provided 7,117 contacts in SFY 2019 ranging from dental assessments to oral surgery.






# NH Department of Corrections
# Facility & Division Overviews

**Pharmaceutical Services**

Under the leadership of a Chief Pharmacist, our team of pharmacists and pharmacy technicians ensures that medication is packaged and available to be administered to those in our care. The Chief Pharmacist chairs a monthly Pharmaceutics and Therapeutics Committee comprised of the heads of our healthcare disciplines serves as a cost-containment body as well as monitoring prescribing practices and trends, reviewing our formulary as well as overseeing the safety and security of medications. Total pharmaceutical costs in SFY 2019 were driven by treatment for hepatitis C and purchase of medications to combat opioid disorders.

Pharmaceutical costs continue to rise and management of that is critical piece of our operations. Total pharmaceutical costs for SFY 2019 were $2,939,398 which was a 2.6% increase in costs from SFY 2018. In addition, the department was provided with approximately $600,000 of grant dollars which was used to purchase medication for the beginning phases of an expanded Medication Assisted Treatment (MAT) program and harm reduction medication (e.g. Narcan).

**Allied Health Professionals**

The Division's Allied Health professionals are a critical part of our healthcare system. Consisting of a nutritionist, physical therapist and recreational therapists, this group provides services that ensure the diverse needs of those in our care our met. The Division's nutritionist works in collaboration with food services in conducting reviews of menus, auditing meals and nutritional guidelines as part of an on-going quality improvement process at all sites. An annual nutrition analysis is conducted every year to ensure that basic nutritional needs are being met. Our nutritionist collaborates with nursing and medical staff to prioritize areas for patient education and individual consulting.

Physical therapy services are provided at all sites by a licensed physical therapist. Focusing on treatment and improving the physical functioning of those served, our physical therapist provides direct care and coordinates services by external orthopedic specialists.

Recreational therapy is specific to the Secure Psychiatric, and Residential Treatment Units and has been added to the staffing at the NHCF-W. By providing structured activities and individual skills building, recreational therapists encourage improved self-management through better use of leisure time, development of coping skills and learning effective communication techniques.

Supporting all services throughout the Division is our Medical Records unit. This group ensures that patient information is secure, organized and available to support treatment, respond to requests for patient information and provide data on various aspects of service utilization. This group continues to move us towards a paperless environment by scanning existing paper medical records into electronic paper management systems.

# NH Department of Corrections
# Facility & Division Overviews

The **Victim Services Unit** is devoted to supporting crime victims, survivors, witnesses and their families through the post-conviction process of the New Hampshire criminal justice system. As a unit, our goals are to minimize further trauma to crime victims and their families through enhanced advocacy and responsiveness by department staff, support and encourage victim involvement in the post-conviction phase of New Hampshire's criminal justice system, and integrate victim-sensitive principles and practices within NHDOC facilities and districts.

The Victim Services Unit is made up of an Administrator, two Victim Witness Specialists, a part-time Victim-Offender Dialogue Coordinator and a Program Assistant. Together they support the community victim population, as well as offenders who have been victimized while under the care and custody of the NHDOC.

## Administrator: Nicole Kipphut

Victim Services Unit staff has seen a 13½% increase in documented victims/survivors of crime.
3,344 individuals are registered with the VSU—268 of those are new requests.

The most common types of services provided are notification of individual case status, criminal justice support, advocacy and accompaniment. Staff regularly works with victims, surviovors and their families to educate them on the post-conviction criminal justice process. Staff communicates by email, phone calls and face-to face meetings to prepare victims for NH Adult Parole Board hearings: ensuring that they understand the process and are prepared with a victim impact statement, if they choose to exercise that right. Furthermore, staff help victims with safety concerns as the individual in custody begins the reintegration process into the community, starting at minimum custody status and moving onto parole.



# NH Department of Corrections
# Facility & Division Overviews

**The Bureau of Business Information and Technology** was established to increase the focus on using technology to accomplish a wide range of objectives. The Bureau is a joint effort with the Department of Information Technology (DoIT) to facilitate a smooth transition between the business side and project management, reporting, application support, data analysis, and prioritization of projects through the technical side with network support, server operations, desktop support, and application development.

## Administrator: Linda Socha

The resident **phone, tablet and kiosk services** was implemented in SFY 2018 and in SFY 2019 the NHDOC continued to add to resident services to promote the exchange of information. Monthly trust account reports was digitized which has reduced the printing of thousands of sheets of paper each month. Daily sheets are also digitized which provides residents with information that includes their appointment days and times, trust account transactions and their last canteen orders. An automated process for processing transactions submitted by residents was added that significantly reduces the amount of staff spend to process financial transactions.

Communications took on a new look this year with a large redesign of the **NHDOC intranet.** The site was updated to include news and events and redesigns to reporting pages provide easy access to archived documents. Additional features such as a "Spotlight" area, calendar and printable articles enhance the overall site.

With the efforts of Department of Information Technology, NHDOC converted all but one location to the State of New Hampshire's **phone system.** This effort has involved upgrading wiring and network bandwidth to all locations.

A new system was built to track data necessary for **grant reporting.** Building this system required updates to CORIS (Central management system) and TechCare (Electronic medical record system).

Along with these projects the group also handled **7,841 help-desk requests**. Help Desk requests include everything from installing new hardware or resolving hardware problems, to assisting with user access to the network and to systems along with support during and after system upgrades and/or outages.

The Application Development Group supports NHDOC management and operations by providing in-house development of applications, databases, research and statistical reports, compliance with federal reporting, and third party right-to-know requests. Requests received by this group increased over the last year with **2407 requests** being received of which 2320 of these requests were completed, 100 remain in active status with 2 placed on hold.

# NH Department of Corrections
# Facility & Division Overviews

## Legislation

The first half of the 166th General Court ended in May 2019. The Department maintained an active presence before House and Senate committees, offering testimony and information or simply monitoring the discussion. The Commissioner identified appropriate leadership staff to testify on bills that were of a great interest to our agency.

### Significant legislation NHDOC tracked:

**HB116—***Relative to the job classification of positions in the retirement system*. This bill, which allows the NHDOC to move employees to the Group II retirement system in certain situations passed in the both chambers and was signed by the Governor. The NHDOC supported this bill.

**HB229,** *relative to rulemaking requirements of the department of corrections.* Commissioner Hanks testified in opposition to the bill stating the Department has extensive rulemaking requirements already in place. In executive session, the Executive Departments and Administration Committee unanimously voted ITL.

**HB518**—*repealing certain statutes concerning reimbursement of cost of care by inmates.* This bill, which was intended to ensure incarcerated individuals did not have to pay for their incarceration, passed both houses and was signed by the Governor. The NHDOC did not take a stance on this bill but was available for information.

**HB726**—*(Second New Title) establishing a secure forensic psychiatric hospital advisory council and establishing a new forensic psychiatric hospital and making an appropriation therefor.* This bill, which was intended to eliminate mental health patients, not currently serving a prison sentence, from having to live behind the walls of the prison, was tabled. The NHDOC did not take a stance on this bill.

**HB732**—*Related to over-sentencing and racial profiling.* This bill, would require different steps to be taken to eliminate racial profiling, was tabled. The NHDOC was opposed to this bill due to the lack of NH based data citing it as a NH problem..

**SB100**—*relative to discrimination in employment based on criminal background checks.* This bill, which would require certain companies to hold interviews prior to asking about criminal history of an applicant during a job, was vetoed by the Governor. An effort to override the veto failed in the House. The NHDOC supported this bill as it give a person with a felony record a chance to tell their story. Employers can still request a background check, but not until the potential employee has a chance to explain their criminal history in an interview.



Director of Medical and Forensics, Paula Mattis and Commissioner Helen Hanks testify at the hearing for HB726, which aimed to create a stand-alone secure psychiatric hospital. This bill was tabled.

# NH Department of Corrections
# Facility & Division Overviews

The **Bureau of Human Resources** is responsible for the personnel and payroll functions of the Department in compliance with state and federal law. Other major functions of the Bureau include: recruitment, selection, retention, promotion, worker's compensation claims processing, Family Medical Leave Act, benefits administration, labor relations and employee wellness.

## Administrator: Ella Fredette

In SFY 2019, the Bureau of Human Resources' payroll and benefits sector has succeed in providing compensation and benefits for all our employees with few discrepancies. They consistently audit payroll records to determine compliance with the Fair Labor Standards Act as well as all the various Collective Bargaining Agreements representing our employees. With the continuous upgrades to the NH First System, we will continue to work with the Department of Administrative Services, Division of Personnel to simplify and centralize processes to eliminate discrepancies that may occur in a decentralized structure. Although we currently work in a more paper-driven system, we have begun our goal of moving to an electronic file and workflow system.

We are opening communications throughout the agency by recognizing special achievements occurring with our employees around the agency. We send out promotion announcements regularly, track employee longevity for presentations at Executive Staff Meetings or other means, track performance evaluations and provide ongoing notices for evaluation deadlines to ensure eligible increments are received, and have incorporated updating employee emergency contact and benefit information through regular notices ensuring personnel files have the most current information for our employees.

We continue to evaluate the on-going services provided by our Bureau of Human Resources. We are looking forward to the future where we will continue to focus on employee wellness, recruiting efforts, career path opportunities, as well as retention within not only the corrections career, but the State of NH as one employer.

| | | HIRED | TERMED* | RETIRED | Total Net Hire |
|---|---|---|---|---|---|
| **Fiscal Year Total Hires** | Uniform | 54 | -28 | -12 | 14 |
| | Civilian | 56 | -27 | -12 | 17 |

*Termed signifies employees who are no longer with the Department either through voluntary resignation or mandatory termination.

## NHDOC Mission Statement

Our mission is to provide a safe, secure, and humane correctional system through effective supervision and appropriate treatment of offenders, and a continuum of services that promote successful re-entry into society for the safety of our citizens and in support of crime victims.

## Core Values Statement

The New Hampshire Department of Corrections is committed to fulfilling its mission by upholding the following values:

***Integrity***

We adhere to the highest ethical standards and accept responsibility for our decisions and actions.

***Respect***

We treat all employees, offenders and the public with fairness, honesty, and dignity, while recognizing individual diversity.

***Professionalism***

We are firm, fair and consistent in the performance of our duties and responsibilities. We strive for excellence and take pride in maintaining high quality services, as reflected by our performance, our appearance, and our commitment to lifelong learning. We build trust and teamwork in the workplace by providing positive support and promoting cooperation and communication.

***Collaboration***

We promote positive relationships through cooperation and collaboration in partnership with others as we strive to achieve common goals.

***Accountability***

We adhere to holding ourselves and our co-workers accountable in carrying out our mission, values, policies, and directives, and in upholding the laws of the State of New Hampshire.

## Victim Recognition Statement

The NHDOC recognizes and respects the impact of crime upon victims and their families. We acknowledge and support the rights of crime victims, remaining mindful of our role in their process of recovery.

## Vision Statement

The NH Department of Corrections is an integral part of the criminal justice system, strengthening public safety by achieving excellence in correctional practices.


Governor
Christopher T. Sununu
Commissioner
Helen E. Hanks
Assistant Commissioner
Benjamin R. Jean
Human Resources
Payroll
Recruitment
HR Facility Support
Prisons
NHSP-M Michelle Edmark
NHSP-W Joanne Fortier
NCF Corey Riendeau
Division of Professional Standards Lynmarie Cusack
Investigations
Hearings
Polygraph
Division of Security & Training Christopher Kench
Training & Emerg. Mgt.
Classifications
Offender Records
Specialty Teams
Division of Administration Robin Maddaus
Financial Services
Logistical Services
Grants & Contracts
Division of Medical & Forensics Paula Mattis
Pharmacy
Medical Dental
Mental Health
RTU
SPU
Sex Offender Programming
Division of Community Corrections Nicholas Duffy
Reentry Support
Counseling
Transitional Housing
Case Mgmt.
Academic & Tech. Ed.
Women's Services
Recreation/ Library
Family Connections
Volunteers
Chaplains
Division of Field Services Jason Smith (acting)
District Offices
Collections
Quality Improvement
Business Info.
IT Support
Victim Services
Correctional Industries
Public Info.

# New Hampshire Department of Corrections




Thank you all for going above and beyond at EVERY facility, we will get through this together!

## 2021
## Annual Report

Integrity, Respect, Professionalism, Collaboration, Accountability

# New Hampshire Department of Corrections
# Fiscal Year 2021 Annual Report

## Governor

**Christopher T. Sununu**

## Executive Councilors As of June 30, 2021

| | |
|---|---|
| Joseph D. Kenney | District 1 |
| Cinde Warmington | District 2 |
| Janet Stevens | District 3 |
| Theodore L. Gatsas | District 4 |
| David K. Wheeler | District 5 |

## Commissioner

**Helen E. Hanks**

## Assistant Commissioner

**William T. Conway**

NH DOC

INTEGRITY • RESPECT • PROFESSIONALISM • COLLABORATION • ACCOUNTABILITY

*This Annual Report was produced by the Commissioner's Office at the New Hampshire Department of Corrections, pursuant to RSA 21-H:8, for the State Fiscal Year beginning July 1, 2020 and ending June 30, 2021. This report is also available at www.nh.gov/nhdoc.*

*For further information please call 603-271-5602*

# Dedication

## Gina Alosa

The New Hampshire Department of Corrections suffered the unexpected loss of team member Gina Alosa November 1, 2020. Gina started her career with us in 1993, and she had been our benefits guru and part of our Human Resources team for 27 years! Her door was always open and her family and friends were the most important part of her life. Her smile, her kind heart and willingness to help anyone will be greatly missed by all who knew her.

The world was made a better place by her presence and we will continue her legacy by always being kind, genuine and loyal to others; never to judge and always to love. She will be forever in our hearts and memories. Until we meet again, "Sweet Dreams & Flying Machines."

Some information above provided by: [Gina Alosa Obituary (2020) - Pittsfield, NH - Concord Monitor (legacy.com)]









# Table of Contents


| | |
|---|---|
| Commissioner's Report | 5 |
| A Year in Review | 6 |
| Data Elements of Interest | 43 |
| NH Correctional Facility for Women | 57 |
| Northern NH Correctional Facility | 58 |
| NH State Prison For Men | 59 |
| Division of Community Corrections | 60 |
| Division of Medical and Forensic Services | 65 |
| Division of Professional Standards | 73 |
| Division of Administration | 75 |
| Division of Security and Training | 78 |
| Division of Field Services | 79 |
| Victim Services | 82 |
| Business Information Unit | 83 |
| Human Resources Bureau | 84 |
| Legislation | 85 |
| Challenges and Goals | 86 |
| Mission Statement | 87 |
| Organizational Chart | 88 |


NH DOC

INTEGRITY • RESPECT • PROFESSIONALISM • COLLABORATION • ACCOUNTABILITY

# Commissioner's Report



**Commissioner**

**Helen E. Hanks**

The team of professionals working for the NH Department of Corrections through SFY 2021 engaged relentlessly to successfully and safely operate our correctional facilities and field services operations while being mission aligned to rehabilitation and public safety. COVID-19 continued to be a pressing issue to manage and maintain healthy and safe operations everywhere for the welfare of our staff, their families, and people under our custody and/or supervision. The Department of Corrections employees' profound resiliency was demonstrated in their adoption of ever shifting operations that became necessary as the vast and frequent guidance materials from departmental leadership was adjusted based on the Centers for Disease Control and Prevention and NH Public Health to fight the introduction and spread of COVID-19 at all sites.

NH continues to be ranked by U.S. News as #1 in Crime and Corrections: overall-rankings-2021.pdf (usnews.com) . The crime and corrections rankings evaluated states on two general measures: their rates of both violent and property crimes, and their management of prison systems.

The agency continues to focus on:

- Increasing recruitment and retention of all staff during a nationally challenging labor market;
- Increasing employee training and development;
- Advancing the communication and engagement with employee families;
- Reducing recidivism through delivering effective rehabilitative and treatment services and effective case management services; and
- Improving the physical plant infrastructure to ensure safe working environments for our staff and healthy environments for our residents.

Highlights of activities in these areas included:

Understanding recidivism continues to be a key driver to incarceration through parole violations. The primary element resulting in a return to incarceration are behaviors associated with substance misuse and/or recurring relapse associated with substance use disorders while under parole supervision. The Department continued through SFY 2021 to receive grant (State Opioid Response) funding to augment existing state case management services by adding intensive re-entry coordination 12 months post release targeting people with substance use disorders through assertive case management. This finding was interrupted due to COVID-19 but was demonstrating success in reducing recidivism.

Implementing a corrections specific employee wellness program during SFY 2021. The initial phasing of employee wellness has included targeted employee communications focusing on the 8 dimensions of wellness, adjusting our agency exit interview processes and acquiring through collaboration information to assist in deploying correctional specific peer support programs. We were provided grant funding from the Department of Health and Human Services for Crisis Intervention Training delivered to correctional staff. This work was facilitated by NAMI NH as our continued effort to increase employee development and staff response to clients with mental illness.

The Legislature has supported the agency through numerous capital budget approvals to update facility infrastructure and to continue to address facility deferred maintenance needs. Oldest areas of the facilities date back to 1878.

The NH Department of Correction is comprised of dedicated professionals serving 24 hours a day and supported by family and friends to meet our public safety mission.

overall-rankings-2021.pdf (usnews.com)

# NH Department of Corrections
# A Year in Review - SFY 2021

## Executive Level Changes





On April 21, 2021, **retired Brigadier General William Conway** was confirmed by the State of New Hampshire Executive Council as Assistant Commissioner of the New Hampshire Department of Corrections.

Mr. Conway has a demonstrated depth and breadth of experience that situates him as an ideal candidate for this position. He received his Bachelors in History from the University of Massachusetts, Amherst and furthered his education by receiving his Masters of Science in National Security Strategy from U.S. Army War College, Carlisle Pennsylvania. He has been an active leader for more than 30 years with a professional career in the U.S. Army, dedicated to training, leading and caring for large numbers of troops in diverse locations. His experience has included the management of large budgets and proper expenditure of those budgets within the framework they were provided. His diversity of experience managing the functions of operations, human resources, finance, information technology, logistics, legal and public information situates him to provide real-time support to the department as the Assistant Commissioner. Corrections is one of the State's largest employers of certified law enforcement, and Mr. Conway's dedication to creating and fostering a healthy workforce will lend itself to the department's continued work to support retention and recruitment of qualified individuals to reduce the overtime burden on existing staff and the financial burden to the State. His experience managing teams will aid in enhancing the quality of our outcomes as an organization, as we are an organization comprised of diverse disciplines.

His career demonstrates that he holds himself and others to a level of excellence which meets high professional standards. His skills in coordinating with stakeholders and other vested parties will be invaluable in the role of Assistant Commissioner, as evidenced by his work with the NH National Guard's COVID-19 task force, leading the planning and execution of effective campaigns in testing, alternate care site roll-out, personal protective equipment distribution, food distribution and vaccination, and call center staffing deployment. Now more than ever, this department needs the support of a leader like Mr. Conway to assist in the continued operational adjustments to create a new normal during and post this pandemic. Mr. Conway's adaptability will continue to assist in mapping our standard operational practices that align to national best correctional practices.

He officially began his career with us on Friday April 23, 2021.

# NH Department of Corrections
# A Year in Review - SFY 2021

## Retirements

We would like to take a moment to recognize the below list of New Hampshire Department of Corrections employees who retired this fiscal year. Your service to the State of New Hampshire and this Department is commendable. Each of you made a difference and left your mark on this department. Thank you for your service.

| | | | |
|---|---|---|---|
| MACOMBER | NICHOLAS | Prison Shop Manager II | 7/16/2020 |
| MCDONALD | AARON | Supervisor III | 7/31/2020 |
| BINKES | VALERIE | PPO II | 8/31/2020 |
| LEMIEUX | RANDY | Chef II | 8/31/2020 |
| ZANI | BARRY | Clinical MH Counselor | 8/31/2020 |
| BRICKNER | ADAM | PPO III | 12/30/2020 |
| BRIGGS | DARIN | Corrections Officer | 12/31/2020 |
| CORMIER | DAVID | Corrections Sergeant | 12/31/2020 |
| ELLIS | JOSHUA | Corrections Corporal | 12/31/2020 |
| LEES | RICK | Electronic Technician III | 12/31/2020 |
| LOGAN | FRANK | Corrections Officer | 12/31/2020 |
| BEAUREGARD | RICHARD | Corrections Officer | 1/28/2021 |
| CORMIER JR | RONALD | Administrator III | 1/28/2021 |
| DESAUTELLE | LAURA | Corrections Corporal | 1/28/2021 |
| KAPPES | ANTHONY | Corrections Officer | 1/28/2021 |
| BELBEN | JANET | Prog. Specialist IV | 2/25/2021 |
| DOWNING | DENISE | RN | 2/25/2021 |
| DUBE | MICHAEL | Corrections Officer | 2/25/2021 |
| LANGEVIN | SCOTT | PPO III | 2/25/2021 |
| PUTNEY | GARY | Corrections Officer | 2/25/2021 |






# NH Department of Corrections

# A Year in Review - SFY 2021

## Retirements

| | | | |
|---|---|---|---|
| LAMBERTSON | MICHELE | CC/CM | 3/18/2021 |
| BOSSERT | HANS | Chef II | 3/31/2021 |
| EATON | MICHAEL | Corrections Officer | 3/31/2021 |
| COTE | PAUL H | CC/CM | 4/22/2021 |
| CARIGNAN | DAVID | Building Maint. Super | 4/30/2021 |
| DENIS | KERI | Corrections Sergeant | 4/30/2021 |
| FOUTS | JON | Corrections Major | 4/30/2021 |
| KRAEMER | DONALD | Prison Shop Manager II | 4/30/2021 |
| LOVEN | JOHN | PPO II | 4/30/2021 |
| THERIAULT | MARC | Corrections Captain | 4/30/2021 |
| GARSIDE | STEVEN | TI College Professor | 5/28/2021 |
| MAILHOT | SHANE | Corrections Corporal | 5/29/2021 |
| SOCHA | LINDA | Administrator IV | 6/9/2021 |
| CORREIA | MICHAEL | Corrections Officer | 6/17/2021 |
| COFFEY | DANIEL | CC/CM | 6/30/2021 |
| COTE | PAUL D | Corrections Officer | 6/30/2021 |
| HICKMAN | LINDA | Teacher II | 6/30/2021 |
| JOHNSON | SCOTT | TI College Professor | 6/30/2021 |






# NH Department of Corrections
# A Year in Review - SFY 2021

## Retirements



After more than 27 years of dedicated service to the State of New Hampshire and the Department of Corrections, Chief Probation/Parole Officer Scott Langevin retired from service effective 3/1/2021. CPPO Langevin began his career on October 1, 1993 as a Corrections Officer. In 1995, he was promoted to PPO at the Keene District Office where he later rose to the rank of CPPO. Scott was very well respected among not only his colleagues and the Keene community, but also those that he supervised. The knowledge and wisdom that he brought to the office every day is irreplaceable. Enjoy your retirement, Scott. You earned it.



CPPO Adam Brickner

Congratulations CPPO BRICKNER for your almost 30 years of service with the NHDOC. Your hard work and dedication have been appreciated. We hope you will enjoy more time with your family, being in your tree stand and playing the stock market! You will truly be missed!



Photo (L to R) Chief PPO Scott Langevin, Valerie Binkes, Director Robert Oxley



PPO Valerie Binckes is retiring after 20 years of service with the NH Dept. of Corrections. Valerie began her career on 8/25/2000 as a Corrections Officer at the Women's Prison in Goffstown. In addition to being a Corrections Officer, Valerie was a Training Sergeant at the Corrections Academy, and in 2010 she became a Probation/Parole Officer with Field Services. There really isn't much she hasn't done! Valerie you have been a valued member of this team and a tremendous asset to this department and the State of NH! Enjoy your retirement, you will be missed!



# NH Department of Corrections
# A Year in Review - SFY 2021

## Retirements












# NH Department of Corrections
# A Year in Review - SFY 2021

## COVID-19

Through continued teamwork, timely and effective communication, and a solid plan adapted to each new finding and publication by the Centers for Disease Control and Prevention (CDC) for correctional facilities, although COVID-19 was a constant vigilant issue in our everyday operation, we continued to successfully manage it throughout the NHDOC.

As the information and guidelines received were ever-changing, our response was and continues to be a fluid one. A testament to our staff in all areas for their ability to adapt, overcome and implement the multiple operational changes all while maintaining a positive rehabilitative environment. Staff in all areas took this very seriously from the beginning and with their hard work perseverance and professionalism we were able to maintain order.

All staff played a major role in the daily response. The administration published frequent awareness information and operational adjustments aligned to NH Public Health recommendations as well as continued to acquire all necessary equipment and resources to maximize staff safety. Security staff controlled movements for ease of contract tracing and controlling the spread and managed quarantines and medial isolation procedures with the proper attention to detail necessary for success. Security staff provided all the necessary support (i.e., transportation, supervision, and special movements) to ensure seamless access to healthcare in support of the overall team. The Division of Medical and Forensic Services continued to be strong collaborators and were instrumental in the education and distribution of vaccines throughout the pandemic. The healthcare staff and communications team continually learned and created informational materials for all staff and residents. Teachers, Case Managers, Logistics, and all other disciplines filled in, in capacities outside of their primary duties without hesitation to keep our agency moving in the right direction. Our staff were ready and willing to help out wherever and whenever they were needed to assure our daily mission was met and order was maintained. Our correctional line staff were crucial in filling to cover resident job responsibilities in the kitchen and canteen areas that were normally filled by our resident population. It took our whole team to keep the mission moving forward and they rose to the occasion.

Our NNHCF furniture shop manufactured **hundreds** of disposable PPE gowns and facemasks for NHDOC Staff & Residents. They also manufactured **80** Plexiglass Barrier Desk Dividers saving the NHDOC over 50% off inflated retail product costs. Female residents sewed hundreds of fabric face coverings for use by all.

We are thankful for each of our staff and the family and friends that support them in this unique and fulfilling career of corrections.



# NH Department of Corrections

# A Year in Review - SFY 2021

## COVID-19

### NHDOC COVID-19: A Snapshot of Prevention Initiatives

April 2021

#### Operational Adjustments

Necessary transfers to NHDOC facilities are put in a transfer quarantine, offered testing and triaged by healthcare staff

Behavioral health, education and other services continue to be provided by using cohorting

Anyone entering the facilities continue to be screened, which includes a temperature check

Surgical masks must be worn by all staff in the facilities

Cohorting and social distancing measures are still in place

Residents with any COVID-19 symptoms incentivized to attend sick-call by suspending copays

Volunteer program currently at phase 2

Video visitation and non-contact visitation in place










#### Facility Management

Barriers remain in place to increase social distancing and one-way directional traffic

Sleeping configurations remain modified and when possible, residents remain spaced to create greater social distancing in the facilities

Staff assigned to necessary transports continue to don PPE

Guidelines continue to be updated to align with current CDC and NH Public Health recommendations

Cleaning and disinfecting regimen remains elevated

Quarantine areas are still prepared in each facility should the need arise

The vaccination of staff and residents is ongoing according to the state of NH vaccine plan



PLEASE FORARD TO MEDICAL.....

INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

THURSDAY

TO: Unit Supervisor, Security Lieutenant, CC/CM DATE: 01/04/2021

FROM: [redacted] [redacted] [redacted] ID #: [redacted]

Last Name First Name Middle Initial

CONCORD, NH SOUTH [redacted] [redacted] [redacted]

Facility Housing Unit Cell Work/Shift

INMATE REQUEST: GOODMORNING, I (WE) WISH TO EXPRESS OUR SINCERE GRATITUDE TO TWO NURSES THAT CAME OVER TO SOUTH DIVISION TO GIVE THE RESIDENTS OUR FIRST CV-19 RESISTANCE VACCINE INJECTIONS TODAY. I MUST SAY THIS IS THE FIRST TIME INA LONG TIME HERE I HAVE SEEN PROFESSIONALISM AT IT'S BEST.............. AGAIN I THANK THE NURSES OF TODAY/ AS CAPTAIN GARY BURKE" SOMETIMES CHANGE IS GOOD"

(If you need more space, use plain paper.)

[redacted]

Inmate Signature







# NH Department of Corrections
# A Year in Review - SFY 2021

## COVID-19

## NHDOC COVID-19: A Snapshot of Prevention Initiatives

April 2021

### Resident Communication

Healthy Bits and Bytes, an informational newsletter for residents focused on mental health , coping techniques, stress management and vaccine information continues to be distributed via the tablet system

Attorney non-contact visitation and digital professional visits in place

Signage is printed and posted throughout facilities

Information continues to be distributed to residents' tablets for immediate communication

Collaborated with various stake holders to provide information to residents on a variety of topics

Worked to distribute short, graphic and easy to digest information to the tablet system at the advise of the Resident Communication Committee (RCC)
















### Data & Communications

A COVID-19 specific microsite was created to deliver up to date data and information to the public on testing, positive cases, deaths and vaccine info. [Welcome | NH Department of Corrections]




COVID-19 policy audits are also conducted at random by our Professional Standards Division

We continue to provide information and data as requested to media as other outlets

NH Ranked number 2 in the country by the Marshall Project for fewest covid-19 cases in their prisons system.




The Marshall Project

NHDOC is ranked number 2 in fewest cases nationally.
**Source:** [A State-by-State Look at Coronavirus in Prisons | The Marshall Project]

| STATE | TOTAL CASES | PER 10,000 PRISONERS |
|---|---|---|
| Federal | 49,324 | 2,866 |
| California | 49,221 | 4,184 |

| STATE | TOTAL CASES | PER 10,000 PRISONERS |
|---|---|---|
| Vermont * | 457 | 2,760 |
| New Hampshire | 457 | 1,878 |
| Maine | 168 | 786 |

Welcome | NH Department of Corrections

A State-By-State Look at 15 Months of Coronavirus in Prisons | The Marshall Project

# NH Department of Corrections
# A Year in Review - SFY 2021

## COVID-19




From the beginning, our goal was transparency with our staff, our residents and the public. Below is a snapshot from the NHDOC COVID-19 dashboard that was created for our public website. This dashboard was a place that media, stakeholders, family and friends could go to find answers to frequently asked questions specifically related to COVID-19. Since residents do not have access to the internet, this snapshot was posted to their resident tablets weekly.

### NHDOC COVID-19 Residents Testing Information

| Facility | # Residents COVID-19 Tests Administered **** | # Active Residents Positive ****** | Total # Residents who have tested positive since March 2020 | # COVID-19 Deaths |
|---|---|---|---|---|
| NHCF-W | 169 | 0 | 26 | 0 |
| NNHCF | 371 | 0 | 134 | 1 |
| NHSP-M | 1158 | 0 | 258 | 2 |
| TWC & THU's | 48 | 0 | 23 | 0 |
| SPU / RTU | 260 | 0 | 19 | 0 |
| Tests conducted at the request of community healthcare providers before a community healthcare appointment. ***** | 118 | N/A | N/A | N/A |
| **Resident Total** | **2124** | **0** | **460** | **3** |

Table data updated June 25, 2021 *This data is as of 12:00pm






### NHDOC COVID-19 Staff Testing Information

| Worksite | Staff Positive - Total | Staff Positive - Active |
|---|---|---|
| NHCF-W | 12 | 0 |
| NNHCF | 31 | 0 |
| NHSP-M | 82 | 0 |
| TWC & THU's* | 18 | 0 |
| SPU & RTU | 13 | 0 |
| Field Services** | 21 | 0 |
| All other staff worksites*** | 9 | 0 |
| **Staff Total** | **186** | **0** |

The NHDOC COVID-19 dashboard can be found here: https://www.nh.gov/nhdoc/covid/index.html

# NH Department of Corrections

# A Year in Review - SFY 2021




## COVID-19

NH Department of Corrections
February 24 ·

Our 2nd dose COVID-19 vaccine clinic took place today for the Southern Region phase 1b eligible staff! Great job to all involved in making today run so smoothly! #NHDOCProud #YouAreAppreciated #VaccinateNH




NH Department of Corrections
January 27 ·

The staff vaccine clinics are well under way with fantastic participation! #NHDOCProud #vaccineday

69 · 3 Comments 2 Shares

Like · Comment · Share

Oldest

Top fan
Joyce A. Leeka
Delighted y'all will be safe. I'm scheduled for mine next Tuesday! Light at the end of a very long and dark tunnel!
Like · Reply · 46w

Annie Soden
Good to know the staff will be safer. Now, what about the inmates? When will inmates get vaccinations that they desperately need?
Like · Reply · 46w

Author
NH Department of Corrections
Corrections residents will receive their vaccine based on their cohort's phase, either by age or medical vulnerability. Once we receive the requested vaccine allotment from DHHS, we will then start administering the first dose. We expect to have those residents in phase 1b, who wish to accept the vaccine, inoculated at all sites within four weeks.
https://www.dhhs.nh.gov/.../covid19-vaccine-allocation...

### Resident COVID-19 Vaccine Information by State of NH Phase
### NH Vaccine Plan

| Phase 1a | 1st Dose | 2nd Dose | Phase 1b | 1st Dose | 2nd Dose | 1 Dose Vaccine |
|---|---|---|---|---|---|---|
| NNHCF | n/a | n/a | NNHCF | 119 | 119 | n/a |
| SPU | n/a | n/a | SPU | 11 | 11 | n/a |
| NHCF-W | n/a | n/a | NHCF-W | 36 | 36 | n/a |
| NHSP-M | n/a | n/a | NHSP-M | 219 | 219 | n/a |
| **TOTAL** | n/a | n/a | **TOTAL** | **385** | **385** | n/a |
| **Phase 2a** | **1st Dose** | **2nd Dose** | **Phase 2b &3** | **1st Dose** | **2nd Dose** | **1 Dose Vaccine** |
| NNHCF | n/a | n/a | NNHCF | 248 | 248 | 47 |
| SPU | n/a | n/a | SPU | 2 | 0 | 48 |
| NHCF-W | n/a | n/a | NHCF-W | 46 | 42 | 0 |
| NHSP-M | n/a | n/a | NHSP-M | 649 | 619 | 74 |
| TWC/THU | n/a | n/a | TWC/THU | 45 | 45 | 45 |
| **TOTAL** | n/a | n/a | **TOTAL** | **990** | **954** | **214** |

Table Data as of June 9, 2021

# NH Department of Corrections
# A Year in Review - SFY 2021

## COVID-19




November 16, 2020

Dear Residents,

The State's daily positive COVID-19 rate has been increasing steadily and in an abundance of caution we are making some facility operational adjustments as well as taking a proactive approach to reducing the risk to our resident population.

As a result of a few recent confirmed staff positive cases at the end of last week and through the weekend working in our southern facilities, we have been conferring with NH Public Health and have established this plan below:

On Tuesday November 17th, 2020, NH Public Health will be set up at the NH State Prison for Men to provide testing to a specific group of staff identified by leadership associated with the units and work schedules aligned to the staff positive cases from last week.

At this time, we have not found through contact tracing any prolonged exposure to residents through any staff that have tested positive.

We will continue reviewing the information gathered from testing and make operational decisions.

Please continue to remain vigilant, wear your masks property, continue to practice good hand hygiene, proper cough etiquette and social distance as much as possible.

Please be mindful of your own health. If you experience symptoms associated with COVID-19 or any illness, report it to staff and/or seek medical attention so we can assist you.




Active Cases Map
November 15, 2020

It takes us all to stay healthy and focused. Your attention to this is appreciated.

Be Safe and Well,

*Helen E. Hanks, MM*
*New Hampshire Department of Corrections*
*Commissioner*

December 10, 2020

# "Healthy Bits and Bytes"

Mental Health and Wellbeing during the COVID-19 Pandemic




We can usually control parts of our lives, but many things are not in our control (Maintaining mental health, n.d). During the COVID-19 pandemic, we cannot control the virus itself, but we can take steps to reduce our risk of getting sick. We do not have control over other people's actions, but there are things that we can do to protect ourselves. We cannot control how long this pandemic will last, but there are things that we can do to help maintain and improve our mental health and wellbeing.

You can:

**Take care of your body** – exercise, make healthy food choices, drink water, and get enough rest.

**Be kind to yourself** - encourage rather than criticize yourself. Treat yourself the way you would treat a friend in the same situation.

**Do something you enjoy** – read, write, talk to other people, listen to music, play games.

**Be creative** – write a poem or a short story, keep a journal of things to be grateful for.

**Connect with others** – keep in touch with friends and family.

**Find meaning** - humans like to feel needed. A lack of meaning can result in dissatisfaction in life, anxiety and low mood, and we might seek some purpose in unhealthy ways. Finding your meaning and purpose results in living a more fulfilled life.

To help you find YOUR meaning and purpose, ask yourself:

Maintaining Mental Health & Wellbeing in the Coronavirus Pandemic. (nd). http://www.gat.gg/pandemic.htm

NH DOC Division of Medical and Forensic Services, Dec. 2020



# NH Department of Corrections
# A Year in Review - SFY 2021

## Resident Development

### Educational Opportunities

### Granite State High School

**Corrections Special School District (CSSD)** is a unique entity that exists within the New Hampshire State Prison System. As a result of RSA 194:60 in 2008, Corrections Special School District was formed through an Interagency Agreement between the New Hampshire Department of Education and the New Hampshire Department of Corrections. Corrections Special School District offers, both male and female residents, the ability to enhance their knowledge through educational and vocational programs creating an avenue of success toward acceptable social and economic behavior. Corrections Special School District is comprised of Granite State High School (GSHS) and the Career and Technical Education Center (CTEC), which exists at the New Hampshire State Prison for Men, Concord, the New Hampshire Correctional Facility for Women, Concord, and the Northern New Hampshire Correctional Facility, Berlin. The Corrections Special School District guidance department has continued to help men and women select education and career goals from the school district's offerings, as well as help them achieve those goals through attaining their high school diploma, high school equivalency, and other educational pathways.







Resident Artwork - Education Floor, NHSP-M

Corrections Special School District Course Offering Booklet

# NH Department of Corrections
# A Year in Review - SFY 2021

## Resident Development

### Education Highlights

**Universal Design for Learning (UDL)**

NHDOC applied and was accepted to participate in NH UDL Innovation Network. NHDOC Teachers spent the past year working on bringing these new teaching techniques into the classroom at the NHDOC. Universal Design for Learning (UDL) is a teaching approach that works to accommodate the needs and abilities of all learners and eliminates unnecessary hurdles in the learning process. This means developing a flexible learning environment in which information is presented in multiple ways, students engage in learning in a variety of ways, and students are provided options when demonstrating their learning.




**First Graduating Students from the NHCFW Cosmetology Program**



Student Apprentices enrolled in the Cosmetology Program at the NHCFW and have successfully completed all theory and practical (1500 hours) requirements necessary and have qualified to apply for the State Board of Cosmetology Licensing Exam. Completed students will be registered with the State of NH Board of Cosmetology and testing agency DL Roope under the designated License number as graduates of the Granite State School of Cosmetology, New Hampshire Department of Corrections, Licensed Cosmetology School at NHCFW. Congratulations to Ms. Joe and recent graduates and to the continued success of the Granite State School of Cosmetology.

**ServSafe Graduates**

ServSafe is a food and beverage safety training and certificate program administered by the National Restaurant Association. The program is accredited by ANSI and the Conference for Food Protection. Sanitation certification is required by most restaurants as a basic credential for their management staff. Thanks to Mr. Cahill, 13 students have been certified through the National Restaurant Association within the past fiscal year.

Press Release: First Student Apprentices Graduate from New Hampshire State Prison for Women - Granite State School of Cosmetology

# NH Department of Corrections
# A Year in Review - SFY 2021

## Resident Development

### Education Highlights

**START Certificates**




The courses can be the first step toward a successful career in the ever-growing, even more challenging hospitality industry. START will introduce students to the lodging industry and help prepare them for a rewarding career. The START program curriculum is intended to provide students with an overview of the lodging industry, followed by an in-depth look at the most common line-level positions at most hotels. Upon completion of this program, the student is ready to perform the acquired skills on the job. (This course includes an internationally recognized line-level certification of the student's choice, once the work requirement has been met and completion of the exam through the American Hotel & Lodging Association). Mr. Johnson, Ms. Daynard, and Ms. Olson have been able to educate 42 students toward certification.

**Massachusetts Institute of Technology (MIT)/Amherst College**

Amherst College and MIT are offering our residents two free classes (inside-out classes mix between Amherst college/MIT students and our students), it is a great opportunity, with potential growth within our prison classrooms for the future. The two-free classes are described as follows:

Justice Political Science explored the meaning of justice and its realization in everyday life. Individuals' perceptions of justice and the significance of the concept in the relationship between citizens and government will be covered. Additional information presented will include how social movements attempt to seek justice and how this quest for justice defines their strategies and goals.

Non-Violence is a way of life that addresses the philosophical question of what a non-violent life entails. It investigates its ethical dimensions and challenges and considers whether we can derive a comprehensive moral theory from the principle of non-violence. In addition, it discusses the issues of lying, the duty to forgive, non-violent communication, the ethics of our relationship to anger, the possibility of loving enemies, and the ethics of punishment and rehabilitation. **Both courses included resident participation from both male and female residents residing in Community Corrections facilities as well as students at MIT and Amherst colleges.**

**Transitional Work Center (TW) Education—Computer Numerical Control (CNC) Machining & Personal Finance Courses**



Ms. Mosher has been providing math education to students from TWC involved in the CNC machining program. Ms. Mosher has helped students increase their math knowledge to become successful in the CNC program through NH Technical Institute. Ms. Olson will also be teaching a Personal Finance class at the TWC. This class will increase basic skills on establishing savings accounts, checking accounts, insurance, resumes, cover letters, investments and TWC budget forms.

# NH Department of Corrections
# A Year in Review - SFY 2021

## Resident Development

### Education Highlights

**Women in Business**

Ms. Daynard has developed a class that she will be introducing to the NHCFW called Women in Business. Women in Business deals with everyday workplace situations. The course primarily focuses on theory, shows national and international research studies, and provides students with issues and case studies important to women in everyday workplace situations such as gender discrimination, employment discrimination law, career opportunities, equal pay, negotiating, hostile work environments, sexual harassment, work-life balance, policy and organizational practice, and women entrepreneurs.

### Educational Opportunities

### Career and Technical Education Center

CAREER and TECHNICAL EDUCATION CENTER

The Career and Technical Education Center continued to offer eight career and technical education training programs. These programs provided opportunities to develop foundational skills and core competencies in relevant occupational areas in preparation for successful reentry into society. All interested students meet with the Guidance staff who guides them through identifying their occupational interests, assesses their readiness, and facilitates their program enrollment.

**CTEC Certification Courses**

- Business Management & Administration
- Marketing, Sales & Service
- Information Technology Software & Media
- Hospitality & Tourism (S.T.A.R.T.)
- Automotive Technology Program
- Cosmetology
- Introduction to the Workforce Program
- Culinary Arts



Building Trades Program

Mr. Mitschmyer has been working hard to redesign the Building Trades Program. The students involved in the program have been very busy learning carpentry skills and specialty skills related to the construction field. Above is a picture of one of the projects the students have been involved in. The details of this project teach patience first with each thin piece of wood placed and secured slowly and surely.

# NH Department of Corrections
# A Year in Review - SFY 2021

## Resident Development

### Federal and State Grants

**The Granite State High School has been awarded several Federal and State grants**

**Title I, Part D, Subpart 1, State Agency Neglected and Delinquent (N and D)** program provides formula grants to SEAs for supplementary education services to help provide education continuity for children and youths in state-run institutions for juveniles and in adult correctional institutions so that these youths can make successful transitions to school or employment once they are released. This grant is geared toward the under-21 population without a high school diploma.

**Workforce Innovation and Opportunity Act (WIOA)** is landmark legislation designed to strengthen and improve our nation's public workforce system and help get Americans, including youth and those with significant barriers to employment, into high-quality jobs and careers and help employers hire and retain skilled workers. The Commercial Driver's License (CDL) program was established through this grant.



**The Commercial Driver's License (CDL) preparation course** prepares students for the Commercial Driver's Permit (CDP) written exam by using both hands-on and embedded instructional methods. Students are initially assessed in reading, language, and math. The course is designed to include instruction relevant to preparation for the commercial driver's license as well as skill-building in the various academic subject areas for each individual student. Topics include the operation of a commercial vehicle including safety, transporting cargo, air brakes, combination and tank vehicles, hazardous materials, and vehicle inspections. The class is blended with lab time on the CDL simulator, independent reading, and career preparation through both in-class instruction and distance learning. Ms. Hickman and Ms. Thomas have educated 27 students through this exciting program during this fiscal period.

**The Carl D. Perkins Career and Technical Education Act of 2006 (Perkins IV)** is a principal source of federal funding to states and discretionary grantees for the improvement of secondary and postsecondary career and technical education programs across the nation. The purpose of the Act is to develop more fully the academic, career, and technical skills of secondary and posts-secondary students who elect to enroll in career and technical education programs. The Perkins Grant allowed for the purchase of updated textbooks for numerous CTE classes and 14 new computers with current computer software.



## Resident Development

CORRECTIONAL INDUSTRIES

**NH Correctional Industries (NHCI)** currently operates ten service and manufacturing shops and a retail outlet, employing 22 full-time staff, 3 part-time staff, and approximately 240 resident workers across all facilities. These shops produce goods and provide services to state agencies, municipalities, non-profit organizations, and individuals throughout New Hampshire. NHCI shops at the NH State Prison for Men include license plates, signs and engraving, printing services, upholstery services, and furniture refinishing. In Berlin, the Northern NH Correctional Facility offers woodworking, upholstery services, and furniture refinishing. A forestry and horticulture program provides skills to minimum-security residents at the former prison farm in Concord. Residents at the NH Correctional Facility for Women can work in dye sublimation, Braille transcription, and in the Canteen Fulfillment Center learning warehousing and materials handling.

This is the first year that Correctional Industries transitioned under the Division of Community Corrections from the Division of Administration and has proven to be beneficial. This transition allowed increased collaboration with the Education Department including Career and Technical Education to improve resident programming. Unfortunately, the ongoing pandemic took a toll on Industries operations over the fall of 2020 and winter of 2021. Precautions within the facilities caused a drastic reduction in the Industries resident workforce which slowed program completion and operational productivity. It was also necessary to close the retail store for most of the year due to staffing challenges combined with COVID-19 restrictions. On a positive note, the state's rapid vaccine rollout allowed us to return to nearly full capacity in the program and full productivity in the shops as of June 2021. The retail store will be back and fully functional.

Correctional Industries is financially sustained through its own revolving fund. Given the challenges associated with the COVID-19 quarantines, it was speculated this financial sustainability would suffer. Financially, they were not as strong as they would have been due to COVID-19 but with the addition of canteen services, this allowed Industries to cover more than 100% of their expenses for the first time and turn a profit. **Overall revenue was down slightly from last year at just under $2.1 million. Expenses were also considerably lower coming in under $2 million. This resulted in a net profit for SFY 2021 of $117,363.**

For SFY 2022, we will continue to plan the expansion of our Department of Labor Apprenticeship offerings across all facilities and to work within our new division to make all of our program offerings better. The NH Dept. of Corrections currently offers seven US Dept. of Labor Apprenticeship opportunities through Correctional Industries: Machine Engraver, Furniture Upholsterer, Furniture Refinisher, Offset-Press Operator I, Hydraulic Press Operator, Production Finisher, and Screen Printer. Plans are currently underway to add Materials Handler and Account Clerk apprenticeships.

# NH Department of Corrections
# A Year in Review - SFY 2021

## Resident Development

**NH Correctional Industries (NHCI) Continued—Program Highlights**

**<u>The Retail Outlet:</u>**



Located at 312 North State St. Concord NH provides a store front for residents to showcase and sell their projects, some appear as works of art and others unique ideas turned into usable products. This retail outlet provides the residents involved in woodworking, furniture refinishing and upholstery and hobby craft a full experience in business processes.

**<u>The Forestry Program:</u>**



Produced **37,938** bundles of Campfire wood, that were delivered to **10** NH State Parks.



**<u>The Plate shop:</u>**

Produced **577,318** plates, to include: passenger, motorcycle, trailer and specialty plates.

**<u>NNHCF – Furniture Shop</u>:**



Manufactured **hundreds** of disposable PPE gowns and facemasks for NHDOC Staff & Residents.

Manufactured **80** Plexiglass Barrier Desk Dividers saving the NHDOC over 50% off inflated retail product cost.

Despite shop outages for almost 3 months due to COVID-19 related directives to include the reduction of resident workday scheduling, **over $45,000 in customer sales were generated.**

# NH Department of Corrections
# A Year in Review - SFY 2021

## Resident Development

### Programming - Facility

In SFY 2021, the Division of Community Corrections faced and overcame challenges due to pandemic restrictions that limited the ability to facilitate in-person, group programming, as a result, an interactive journaling program was instituted in August 2020. This journaling program also provided the Division of Community Corrections and Programs with the ability to have ongoing programming if circumstances arose in which resident movement and group activities needed to be restricted. The journaling curriculum consisted of a cognitive thinking program and reentry skills planning. The program consists of 8 weeks, with the following topics:

- Exploring My Thinking
- Thinking Errors
- Thinking Errors Part II and Changing My Thinking
- Improving Self-Control
- Practicing Effective Communication
- Practicing Effective Communication Part II
- Building Healthy Relationships
- Building Healthy Relationships Part II

The Change Companies®




### Programming - Transitional Work Center (TWC)

In SFY 2021, the Transitional Work Center offered the following programs.

Bridge to Work Ready (National Career Readiness Certificate) **Started August 2020 with 10 residents completing the program.** Bridge to Workready is a program designed to meet the needs of job seekers and career builders by providing training in specific skills that employers are looking for in their current and future employees. The ACT WorkKeys National Career Readiness Certificate (ACT WorkKeys NCRC®) is an assessment-based credential issued at four levels: Platinum, Gold, Silver, and Bronze. The NCRC measures and certifies the essential work skills needed for success in jobs across industries and occupations.

CNC Machining program – NHDOC and the Community College System of NH collaborated to provide a workforce training program onsite at NHTI for residents participating in Work Release at the North End house THU. Residents participated in Computer Numerical Control (CNC) machining boot camp for nine weeks in an effort to provide in-demand skills training for participants as they reenter the workforce.


NHTI CNC Boot Camp

# NH Department of Corrections
# A Year in Review - SFY 2021

## Resident Development

**Programming - Transitional Housing Units (THU)**

In late SFY 2020, NHDOC Implemented the **Moral Reconation Therapy-MRT® program** into the THU's. In SFY 2021, we have found this program to be an effective systematic, cognitive-behavioral approach that treats a wide range of issues including substance abuse, domestic violence, trauma, parenting, job skills, and other issues. The programs are implemented in groups utilizing workbooks directly targeting specific issues. Moral reasoning represents how a person makes decisions about what he or she should or should not do in a given situation.

**MRT PROGRAMS**

Moral Reconation Therapy-MRT® is an effective systematic, cognitive-behavioral approach that treats a wide range of issues including substance abuse, domestic violence, trauma, parenting, job skills, and other issues. The programs are implemented in groups utilizing workbooks directly targeting specific issues. CCI is the sole source of MRT workbooks and MRT training. We provide consultation to numerous treatment agencies.






**New Hampshire Employment Security THU program** – The NHES re-entry group was held for three weeks, and met once weekly. Weekly seminar topics: what NHES can offer, Job search, job application and resume, and interviewing workshop. During seminars, groups discuss talking about their criminal records also. The workbook that they complete and can utilize is called "My Reemployment Plan: Finding Employment in Today's Job Market."

**CNC Operator Bootcamp** – NHDOC In partnership with NHTI Concords Community College developed a CNC pre-apprenticeship program for individuals incarcerated. The CNC Operator Bootcamp program provides the basic skills required for individuals seeking entry-level employment as a CNC machine operator in a manufacturing facility. Students in the program gain skills in blueprint reading, precision measurement, machining, and CNC machine operation. Individuals learn to operate manual milling machines, lathes, and grinders and produce parts within tolerances specified on blueprints. The training encompasses 144 hours of didactic and hands-on instruction over the course of 9 weeks. The course balances lectures on various manufacturing topics, in-class activities, hands-on lab-based projects and demonstrations, and independent reading/study. As needed, time is also dedicated to in-class assessment.

Source: https://www.ccimrt.com/

# NH Department of Corrections
# A Year in Review - SFY 2021

## Keeping Contraband Out of Our Facilities

### Investigations / K9 Teams

The Investigations Bureau, under the Division of Professional Standards, provides investigative services to all facilities where criminal conduct has occurred or is suspected. This includes, but is not limited to, assaults, the introduction of contraband, and escapes. The Investigations Bureau also deploys four K-9 teams to help prevent the introduction of contraband such as drugs and cell phones from entering the facilities through entry points such as the visiting room and the warehouse.




**In SFY 2021, A total of 37 RSA 622:24, Delivery of Articles cases were investigated.**



# NH Department of Corrections

# A Year in Review - SFY 2021

## Keeping Contraband Out of Our Facilities

### Investigations / K-9 Teams

**During SFY 2021, the Investigations and K-9 teams were instrumental in removing a multitude of illicit substances and other contraband from various NHDOC facilities as well as Field Services home visits.**

| | |
|---|---|
| Suboxone (strips) | 197.75 |
| Fentanyl (grams) | 72.96 |
| Cocaine (grams) | 4.68 |
| Methamphetamine (grams) | 47.25 |
| Marijuana (grams) | 219.24 |
| Cell Phones | 3 |
| Gabapentin (pills) | 400 |
| Shanks | 3 |
| Syringes | 6 |
| Subutex | 12 |
| K-2 (ml) | 55 |
| K-2 (pages) | 67 |
| Firearms | 2 |
| Methadone (pills) | 29 |
| Acid (grams) | 4 |











# NH Department of Corrections
# A Year in Review - SFY 2021

## Recruitment and Retention

### Marketing Campaign

The NHDOC continues to forge ahead with recruiting though our aggressive marketing campaign contract with **m5 Marketing Communications, expired June 30, 2021.** The campaign was implemented to recruit qualified candidates for our corrections officer vacancies. The campaign has been instrumental in rebranding the New Hampshire Department of Corrections as a career of choice in the law enforcement field, and is credited for leading an abundance of candidates to our recruiting door.

From July 1, 2020 – June 30, 2021, **35** corrections officer recruits were successfully hired.






# NH Department of Corrections
# A Year in Review - SFY 2021

## Recruitment and Retention



### Sharing What We Really Do

The Department continued to work hard at sharing with the public what a career in corrections is really like as well as the important work we do. That was done in a variety of ways from sharing videos and stories on social media and attending virtual career fairs.




### Additional Recruitment Efforts

NHDOC representatives were present at **41 job fairs and public events** throughout the year. These are opportunities for those interested in corrections careers to learn about the different fields and divisions that make up the Department.




NH Department of Corrections
May 18 ·

From teachers to nurses, counsellors to chefs, there are lots of opportunities to make your talents count when you choose a career in Corrections. Take a look at what's available: https://nhdocjobs.com/careers-in-corrections/opportunities/

NH Department of Corrections
June 17 ·

Does your recipe for a rewarding career include opportunity, good pay, and benefits? Do you have experience in large quantity cookery? Then apply to join our Department of Corrections team as a Chef today: https://nhdocjobs.com/apply/













**Wednesday, June 30, 2021 | 11:30am – 1pm**

The **NH Department of Corrections** is holding a *virtual* **Career Fair** and job information session!

Multiple DOC representatives, from different divisions within the Department of Corrections, will be available to discuss employment opportunities as well as answer questions about different career paths within the Department.

**Come see what we're all about, it's not what you see on TV!**

**Register here! https://virtualjobfairs.nh.gov**

http://nhdocjobs.com/

# NH Department of Corrections

# A Year in Review - SFY 2021

## Awards and Recognition

With more than 700 full-time staff, the NHDOC is proud of the accomplishments of its employees dedicated to the mission of the Department and the continued advancement of corrections as a motivating agent for change. Throughout the year, security and civilian staff are recognized for the extraordinary work they do. Their professionalism, quick-thinking and attention to detail has saved lives on many occasions.

**STATE OF NEW HAMPSHIRE**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE COMMISSIONER**
P.O. BOX 1806
CONCORD, NH 03302-1806
603-271-5603 FAX: 888-908-6609
TDD Access: 1-800-735-2964
www.nh.gov/nhdoc

Helen E. Hanks
Commissioner

William Conway
Assistant Commissioner

December 8th, 2021

Probation & Parole Officer Tyler H Amnott
New Hampshire Department of Corrections
Division of Field Services – N. Haverhill D.O.
3785 Dartmouth College Hwy, Box 1
North Haverhill, NH 03774

Re: **Team Commendation Award**

Dear PPO Amnott,

This letter of commendation serves to recognize your performance in the line of duty to successfully resolve a serious incident.

On March 11th, 2021, you and PPO Wyatt accompanied Chief PPO Holland to conduct a rehabilitative inspection and warrantless arrest of a probationer. During the arrest, the probationer, who was under the influence of stimulants, attempted to flee and a struggle ensued. During the struggle, the probationer acquired a NH DOC taser and PPO Wyatt brought her duty weapon to the low ready. At that point you communicated to PPO Wyatt that there was no cartridge in the taser and through effective communication a potentially tragic and lethal outcome was avoided. The probationer was later taken into custody and the taser was recovered.

I thank you for your exceptional effort in the line of duty, even though your own personal safety was put at risk. Your effective communication and decisive actions prevented the escalation of this incident from developing into something potentially lethal.

Sincerely,

Helen E. Hanks
Commissioner

cc: Director Oxley
Personnel File

**STATE OF NEW HAMPSHIRE**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE COMMISSIONER**
P.O. BOX 1806
CONCORD, NH 03302-1806
603-271-5603 FAX: 888-908-6609
TDD Access: 1-800-735-2964
www.nh.gov/nhdoc

Helen E. Hanks
Commissioner

William Conway
Assistant Commissioner

December 8th, 2021

Probation & Parole Officer Kelsey E. Wyatt
New Hampshire Department of Corrections
Division of Field Services – N. Haverhill D.O.
3785 Dartmouth College Hwy, Box 1
North Haverhill, NH 03774

Re: **Team Commendation Award**

Dear PPO Wyatt,

This letter of commendation serves to recognize your performance in the line of duty to successfully resolve a serious incident.

On March 11th, 2021, you and PPO Amnott accompanied Chief PPO Holland to conduct a rehabilitative inspection and warrantless arrest of a probationer. During the arrest, the probationer, who was under the influence of stimulants, attempted to flee and a struggle ensued. During the struggle, the probationer acquired a NH DOC taser to which you responded by bringing your duty side arm to the low ready. At that point PPO Amnott communicated that there was no cartridge in the taser and through effective communication a potentially tragic and lethal outcome was avoided. The probationer was later taken into custody and the taser was recovered.

I thank you for your exceptional effort in the line of duty, even though your own personal safety was put at risk. Your effective communication and decisive actions prevented the escalation of this incident from developing into something potentially lethal.

Sincerely,

Helen E. Hanks
Commissioner

cc: Director Oxley
Personnel File

**STATE OF NEW HAMPSHIRE**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE COMMISSIONER**
P.O. BOX 1806
CONCORD, NH 03302-1806
603-271-5603 FAX: 888-908-6609
TDD Access: 1-800-735-2964
www.nh.gov/nhdoc

Helen E. Hanks
Commissioner

March 18, 2021

Investigator Jason Darrah
Internal Affairs
Investigator II, K-9 Unit
Department of Corrections
105 Pleasant Street
Concord, NH 03301

***RE: Letter of Commendation-accident on 2-9-21.***

Dear Investigator Darrah:

I became aware of an incident that took place on February 9, 2021 in Chichester, NH on Main Street. The incident happened during a morning storm and involved a furniture truck that crashed into a telephone pole, downing the electrical wires across the street and said truck.

A thankful citizen witness wrote about your quick actions that prevented other accidents and potential injuries. You were able to help the driver and passenger of the furniture truck by giving them first aid attention, as well as helping them get out of the truck as the wires were hanging from the snapped pole. You also stopped oncoming traffic down the sharp corner, preventing additional accidents and injuries. You were noted as calm as you made calls for an ambulance and to the electric company requesting them to turn off the power in the immediate area. Finally, you helped reassure the driver and passenger of the truck and kept them calm and focused on the fact that everyone was okay.

I am impressed with how you handled this situation with ease and professionalism. Your trained approach and solid skills are remarkable. Thankfully no one was seriously injured during this incident. I have no doubt that your performance in this situation is typical of the confident professionalism with which you approach all aspects of your work every day. For this it is my great pleasure to present you with this Letter of Commendation and to congratulate you for a job well done;

Sincerely,

Helen E. Hanks
Commissioner

Cc: File

**STATE OF NEW HAMPSHIRE**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE COMMISSIONER**
P.O. BOX 1806
CONCORD, NH 03302-1806
603-271-5603 FAX: 888-908-6609
TDD Access: 1-800-735-2964
www.nh.gov/nhdoc

Helen E. Hanks
Commissioner

March 16, 2021

Captain Andrew Newcomb
North End House
P.O. Box 14
Concord, NH 03301

RE: ***Team Commendation Award.***

Dear Captain Newcomb:

On May 5, 2020, a resident at Shea Farm-Transitional Housing Unit experienced a medical emergency (seizure) on the front walkway of the facility. The resident was injured during a fall on the steps and suffered multiple wounds to the head and face area. Upon witnessing the medical emergency, you provided stabilizing care to the resident while waiting for emergency responders.

Your immediate action when providing stabilizing care of the resident experiencing the medical emergency, as well as working collaboratively with the team on the scene during the incident, was a display of your complete capability and attention to duty when handling the situation.

I thank you and commend you for your outstanding commitment to the Department and for your extraordinary efforts.

Sincerely,

Helen E. Hanks
Commissioner

Cc: Director Nick Duffy
File

# NH Department of Corrections
# A Year in Review - SFY 2021

## Awards and Recognition

We were proud to be chosen to be the lead honor guard for the 2021 Law Enforcement Memorial Virtual Ceremony held Friday, May 14, 2021. The event was live streamed on YouTube. As an agency, we are proud to have over 400 law enforcement members. Their daily job risk and its resounding impact on their friends and families deserves this recognition.

NH Department of Corrections
Published by Hootsuite · May 23, 2021 ·

A job well done to our Honor Guard. A beautiful representation of our Department at the 2021 Law Enforcement Memorial.
#NHDOCProud



# NH Department of Corrections
# A Year in Review - SFY 2021

## Awards and Recognition

Since 1984, the first full week of May has been recognized as National Correctional Officers Week. Recognizing the vital roles each of our employees play, regardless of their title, in the success of our Department, we choose to recognize it as Corrections Professionals Week with various awards and activities at each facility.

**President Reagan on May 5th 1984—Proclaimed**

Correctional officers have the difficult and often dangerous assignment of ensuring the custody, safety, and well-being of the over 600,000 inmates in our Nation's prisons and jails. Their position is essential to the day-to-day operations of these institutions; without them, it would be impossible to achieve the foremost institutional goals of security and control.

Historically, correctional officers have been viewed as "guards," occupying isolated and misunderstood positions in prisons and jails. In recent years, the duties of these officers have become increasingly complex and demanding. They are called upon to simultaneously fill, custodial, supervisory, and counseling roles. The professionalism, dedication, and courage exhibited by these officers throughout the performance of these demanding and often conflicting roles deserve our utmost respect. The important work of correctional officers often does not receive the recognition from the public it deserves. It is appropriate that we honor the many contributions and accomplishments of these men and women who are a vital component of the field of corrections.

In recognition of the contributions of correctional officers to our Nation, the Congress, by Senate Joint Resolution 132, has designated the week beginning May 6, 1984, as "National Correctional Officers Week," and authorized and requested the President to issue an appropriate proclamation.



# NH Department of Corrections
# A Year in Review - SFY 2021

## Awards and Recognition


















# NH Department of Corrections
# A Year in Review - SFY 2021

## Awards and Recognition



# NH Department of Corrections

# A Year in Review - SFY 2021

## Awards and Recognition

**A huge thank you and appreciation to our Field Services during this year's**

**National Pretrial, Probation and Parole Week 2021 July 18th through the 24th**

As we focus during this week to draw attention to the unique area of Pretrial, Probation and Parole Supervision and Services this year, we reflect on the unique challenges and the continued successes of our team members in Field Services over the past year.

Community Supervision is an essential part of our New Hampshire justice system.

Supervision practices changed rapidly as our team members needed to adapt to meet the supervision challenges as a result of the global COVID-19 public health crisis. They came together to continue to focus on community safety while maintaining their roles as mentors, law enforcement, collaborators and supportive members of the overall corrections team.

Probation Parole Officers are on the front line of every effort to reduce recidivism, collaborate with community partners with a focus on wellness and preventing future crime.

We recognize their dedication, integrity and hard work in support of continued public safety and restorative justice.

Our Field Services team members have persevered with us in rising to the challenges of 2020 and 2021 in their continued dedication to the mission and support of the agency as a whole.

I am proud of the work performed by our Field Services team. Please join me in congratulating them and recognizing them this week for National Pretrial, Probation and Parole Supervision Week 2021.

Respectfully, Commissioner Hanks



The Department annually recognizes the daily efforts of our Field Services team through the celebration of National Pretrial Probation Parole Supervision Week. This year it was celebrated

July 18th through July 24th.








The State of New Hampshire
By His Excellency
Christopher T. Sununu, Governor

A Proclamation

In the year of our Lord Two Thousand and Twenty

CORRECTIONAL PROBATION & PAROLE SUPERVISION WEEK
JULY 19-25, 2020

WHEREAS, all New Hampshire residents deserve opportunities to live healthy, safe, and purposeful lives, and community supervision is an essential part of New Hampshire's justice system; and

WHEREAS, corrections professionals such as Probation Parole Officers must uphold the law with dignity, recognizing the rights of the public to be safeguarded from criminal activity. Their proven practices and effective supervision provide an opportunity for successful re-integration; and

WHEREAS, Probation Parole Officers are responsible for supervising individuals, serving, supporting, and protecting victims, as well as providing appropriate advocacy and resources for each individual; and

WHEREAS, the Division of Field Services, Probation Parole Officers ensure the probationers and parolees receive the necessary assistance and connections they need to succeed upon re-entry, such as securing employment, housing, substance use and mental health disorder treatment, and life and parenting skills; and

WHEREAS, Probation Parole Officers are on the front line of efforts to reduce recidivism and prevent future crime, and we recognize their dedication and hard work in support of continued public safety and restorative justice; and

WHEREAS, during a time when many people are effected by substance use disorders, the Division of Field Services and our Probation Parole Staff are working daily to engage the men and women under their supervision to seek and successfully complete treatment in order to be agents of change and reduce recidivism;

NOW THEREFORE, I, CHRISTOPHER T. SUNUNU, GOVERNOR of the State of New Hampshire, do hereby proclaim JULY 19-25, 2020 as CORRECTIONAL PROBATION & PAROLE SUPERVISION WEEK in the State of New Hampshire, and encourage all residents to honor these corrections professionals and to recognize their dedication and efforts to ensure safe communities and strong families.

IN TESTIMONY WHEREOF, I have ... set my hand and caused the Seal of th... New Hampshire to be affixed this 1st ... July, 2020.

Christopher T. Sununu
Governor



**Great Work PPO Catovic!**

Irena, 7/8/2021

I know I haven't seen you or had a check-in since early 2020, but I still wanted to thank you & say goodbye.

You are a great probation officer. NO push over by any means, but fair & understanding as well as educated on addiction. When I slipped up around the time we first met you gave me the support I needed and helped me stay accountable & thats exactly what I needed.

Nowadays people in law enforcment often are over looked & not given the appreciation that they deserve. Thank you for being part of my journey & I respectfully hope our paths never cross again (under these circumstances.) ☺

Keep being a kick a[redacted] role model to young women & being exactly who you are. & helping people overcome obstacles during some of the darkest chapters in their life. You've helped me more then you could imagine in the short time I've known you

Thanks again & sorry for the sloppy penmanship.

Name Redacted





















# NH Department of Corrections
# A Year in Review - SFY 2021

## Awards and Recognition

### Longevity Recognition

| Name | Years | Name | Years | Name | Years |
|---|---|---|---|---|---|
| AUBUT, CRAIG A. | 10 | SIROIS, HOLLY A. | 15 | KIZIS, ELIZABETH G. | 20 |
| BIONDI, DAVID | 10 | ST CYR, KEVIN R. | 15 | LAMBERTSON, MICHELE L. | 20 |
| CARROLL, JEAN E. | 10 | STONE, CECILIA A. | 15 | LECOMPTE, DEBRA A. | 20 |
| CLAYMAN, NANCY L. | 10 | SWIRKO, FRANCIS M. | 15 | LEES, RICHARD A. | 20 |
| CROTEAU, NATHAN E. | 10 | TAYLOR, HEATHER L. | 15 | LEMIEUX, RANDY W. | 20 |
| FORSBERG-HILL, CHERYL M. | 10 | VOCELL, EDWARD G. | 15 | L'HEUREUX, PETER E. | 20 |
| FREDETTE, ELLA M. | 10 | WHITNEY, JASON E. | 15 | LOUNSBURY, CHRISTOPHER D. | 20 |
| KIPPHUT, NICOLE D. | 10 | WYATT, JASON | 15 | MACKINNON, ERIC C. | 20 |
| PARENTEAU JR, DAVID | 10 | AZZARA, JAMES A. | 20 | MARION III, ALBERT | 20 |
| PHILLIPS, SHERRI L. | 10 | BACHOFER, JOSEPH M. | 20 | MARTIN, ROBERT R. | 20 |
| SIMON, ABBEY S. | 10 | BELANGER, AARON M. | 20 | MURPHY, NANCY E. | 20 |
| STILLMAN, JENNY L. | 10 | BERGERON, HERVE R. | 20 | OVERHOFF, TIMOTHY J. | 20 |
| TOTTEN, JEREMIAH J. | 10 | BINCKES, VALERIE C. | 20 | PAZ, CHARLES T. | 20 |
| VIOLA, TONI J. | 10 | BRIGGS, DARIN E. | 20 | PELLETIER, JOEY L. | 20 |
| WARD, CHRISTOPHER S. | 10 | BRIGGS, DAVID V. | 20 | PLANTE, NICOLE M. | 20 |
| BURKE, GARY W. | 15 | CAMPBELL, BERNADETTE M. | 20 | PUTNEY, GARY W. | 20 |
| CATOVIC, IRENA | 15 | CHANCEY, NELLIE W. | 20 | RICHARDSON, BRET T. | 20 |
| COTE, PAUL D. | 15 | CLEMONS, JOHN P. | 20 | ROBINSON, ROY R. | 20 |
| DALY, JAMES P. | 15 | CONOVER, RYAN H. | 20 | ROONEY, ROBERT F. | 20 |
| DENSMORE, BENJAMIN K. | 15 | CROTEAU, JASON M. | 20 | SAUERHEBER, BRUCE T. | 20 |
| DUBE, TREVOR S. | 15 | DESMARAIS, DIANA D. | 20 | SOCHA, LINDA | 20 |
| DUFFY III, WILLIAM F. | 15 | DIONNE, JEFFREY R. | 20 | STONE, ERIC R. | 20 |
| FORCIER, KEITH A. | 15 | DIONNE, WANDA M. | 20 | TOWERS, SCOTT M. | 20 |
| GORDON, KIMBERLY S. | 15 | DRURY, DENISE Y. | 20 | VILLENEUVE, TIMOTHY R. | 20 |
| GRIFFIN, KEITH | 15 | DUBE, MICHAEL D. | 20 | WATSON, DENIS P. | 20 |
| HORAN, DEBORAH E. | 15 | EATON, MICHAEL J. | 20 | WELCH, JAMES A. | 20 |
| LARAMIE, HEIDI M. | 15 | ELLIS, JOSHUA J. | 20 | WILCOX, AUDREY B. | 20 |
| LEBLANC, SCOTT J. | 15 | FORTIER, PAUL E. | 20 | YORK, DIANE D. | 20 |
| LEPAGE, SYLVIA | 15 | GAGNON, MARK R. | 20 | ZWALD, DAVID J. | 20 |
| LESLIE, RANDY | 15 | GOYETTE, MICHAEL R. | 20 | DUFFEN, MICHAEL P. | 25 |
| LETOURNEAU, STEVEN J. | 15 | GUINEN, HEIDI M. | 20 | GRZANNA, RUDIGER J. | 25 |
| LOVER, CHRISTOPHER L. | 15 | HAIR, WALTER C. | 20 | PARENT, ROBERT K. | 25 |
| MCCAULEY, KORY L. | 15 | HANNIGAN, LINDA J. | 20 | ROBINSON, DEBORAH A. | 25 |
| MEEKS, JAN E. | 15 | HONEMAN, DAVID W. | 20 | STEELE, DEBORAH J. | 25 |
| MURRAY, ROBERTSON L. | 15 | INMAN, RANDY A. | 20 | TOTH, KRISTINA A. | 25 |
| NERENBURG, MARK | 15 | KAPPES, ANTHONY C. | 20 | FOUTS, JON H. | 30 |
| PRESCOTT, CLAUDIA D. | 15 | KIMBALL, PAGE H. | 20 | ROY, RODNEY A. | 30 |

# NH Department of Corrections
# A Year in Review - SFY 2021

## Philanthropy

Throughout the year, our residents usually participate in multiple philanthropic events to give back to the community. COVID-19 has made this extremely difficult. Despite the challenge, residents at NHCFW were able to put their heads together to find a way to continue to give back.

**The residents at New Hampshire Correctional Facility for Women have been hard at work crocheting for a cause. About twenty-five residents have made over 260 items to be donated to charity. These items are all hand made and range from baby blankets, booties, hats, scarves and bags to carry them in!**

**"I love doing stuff like this as most people think all people in prison are monsters, I want to remind them that most of us have kind hearts and just made a mistake."**
**- NHCF-W Resident**


NHCF-W Resident, Samantha Grenier


NHCF-W Resident, Nicole Kasinskas

NHCF-W Resident, Sarah Ward

# NH Department of Corrections
# A Year in Review - SFY 2021

## Residents Helping our Communities

Our residents participate in the Transitional Work Center program to reintroduce them into the community through supervised work opportunities. We have expanded the community work crews to include a NNHCF work crew as well as a Shea Farm THU work crew. Corrections Sergeant Johnson and his team of certified corrections officers are now able to provide supervised work crews all over NH. They have helped at schools, churches, and fire stations and assisted at a variety of non-profit organizations throughout the state.

The residents learn valuable skills while participating in this program that they will use when they return to their community. As a result of their professionalism and their ability to complete large tasks, the program now has a waiting list of community partners looking to utilize this service. The officers who oversee these crews' professionalism and outstanding work ethic reflect great credit upon themselves, the Unit, and the Department of Corrections as a whole. The residents involved in this work crew have a large sense of pride and a feeling of giving back to their community.



Photos by Staff Sgt. Charles Johnston, NHNG deputy state PAO.



**Sgt. Johnson, NHDOC, presented two newly crafted shadow boxes on Aug. 4 at Joint Force Headquarters in Concord N.H. to Adjutant Gen. David Mikolaities. The wooden boxes are being used to display military medals and awards and were made possible through the N.H. Department of Corrections Transitional Work Center Program. Our program aids non-profit organizations in various capacities such as woodworking. It also teaches them skills while giving them a feeling of positivity and self-worth by giving them the opportunity to contribute back to society.**

# NH Department of Corrections
# A Year in Review - SFY 2021

## Residents Helping our Communities



I would like to thank the NH Department of Correction's Transitional Work Center male and female crews that were led by Sgt. Johnson and Officer Denis with their clean up effort alongside the State owned railroad track in Concord and also at the NHFG boat ramp.

Chuck Corliss P.E.
Bureau of Rail and Transit
New Hampshire Department of Transportation

The Fish and Game Department echoes NHDOT's thanks and praise of the excellent clean-up effort that the DOC crew completed. This NHFG boat ramp is a popular launch for boating on the Merrimack River. The result shows a high level of attention to detail which we greatly appreciate.

Garret Graaskamp, P.G.
Statewide Public Boat Access Program
NH Fish and Game Department



# NH Department of Corrections
# A Year in Review - SFY 2021

## Residents Helping our Communities







Town of Pittsfield
Police Department
59 Main Street
Pittsfield, NH 03263

Sgt. Dana Johnson
Div. of Community Corrections
Road Crew Supervisor
281 N. State Street
Concord, NH 03301

Dear Sgt. Johnson,

I wanted to take a moment to recognize you and your inmate work crew for helping us spruce up the exterior of our police department building and grounds. We never would have been able to accomplish the task you and your crew completed in such a timely fashion. The scraping, painting, cleaning, trimming, and landscaping that your crew was able to do was impressive. I have already received many compliments on the new look of our facility and the pride the town has in seeing these improvements. You and your crew were so helpful with ideas and easy to work with that it made this project fun for me and my staff.

As a small town with budget restraints and a man-power shortage, it is quite a blessing to have assistance from a work crew like yours. On behalf of the Pittsfield Board of Selectmen, the members of the Pittsfield Police Department, and the good citizens of Pittsfield I thank you and your crew for all of your hard work on this project. I look forward to working with you again in the future.

Sincerely,
Joseph M. Collins
Chief of Police






*Dear Sgt. Johnson,*

*On behalf of the City of Concord and the Concord Fire Department, I would like to take an opportunity to thank you and your crew for all the outstanding work completed by your team on the Concord Fire Department Headquarters Complex.*

*As you know, our facility was in significant need of exterior and interior painting, a project that far exceeded our current resources. I am truly impressed by the exceptional quality of work and the professionalism of your team members throughout this project. I have no doubt your first-rate crew lands your program as a preferred vendor to work with.*

*I hope this letter finds you and your team well, thank you for your continued contribution to our project, it is much appreciated!*

# NH Department of Corrections
# A Year in Review - SFY 2021

## Residents Helping our Communities







We can't thank Sgt. Johnson and his work crew enough for their outstanding work at our Police Department in Pittsfield. Sgt. Johnson and his work crew installed new floors and painted all the walls and trim creating a fresh look for our historical building. The remodeling of our fitness room, booking room and conference room makes it feel like we are in a new building. They went above and beyond in creating a storage unit for all of our officers gear. We are very grateful.

Chief Joseph Collins
Pittsfield Police Department

# NH Department of Corrections

# A Year in Review - SFY 2021

## Capital Improvements

The NHDOC's logistics team, in collaboration with security staff and contractors, facilitated the process for numerous capital projects in SFY 2021. Maintaining critical infrastructure at our facilities continues to be a priority for our department to ensure a safe working environment for our staff and those living in our facilities.



SFY 2020-2021 Approved Capital Budget Requests

- Perimeter Security and Fence Detection Systems **$1,600,000**.
- Kitchen Renovation **$4,320,000**.
- Replace Electrical Services **$265,000**.
- Generator Replacement—two Generators **$300,000**.
- Rebuild/Replace Access Road, Berlin **$721,000**.
- Door Replacements **$198,000**.

Total state appropriation **$7,404,000**

SFY 2022-2023 Approved Capital Budget Requests

- NHSP-M Roof Replacements, Various Roofs **$1,800,000**
- NNHCF Roof Replacement, Main Building Roof **$1,000,000**
- NHCFW Women's Construction Trades Building **$350,000**
- NHSP-M Boiler Replacements, 3 Boilers **$2,150,000**
- NNHCF-M Door Controller Upgrade **$970,000**
- NHSP-M Heating And Cooling Coil Replacements - North And South Wings **$125,000**
- NNHCF Perimeter Security And Fence Detection Systems **$1,520,000**
- NHSP-M Rebuild Sewer Line And Grinder, **$670,000**
- NHSP-M Replace Steam Lines And Traps, **$2,500,000**
- NHSP-M Roof Replacement - Hancock And Industries Buildings **2,000,000**
- NHSP-M Door Replacement **$200,000**
- NHSP-M Door and Ceiling Replace/Repairs CCU **$300,000**
- NHSP-M Air Handler And Ductwork Replacement - Medium Custody North & South Housing Units **$1,950,000.00** (added to American Rescue Plan Request)

Total: **$15,535,000.00**

For the safety of our staff and residents, many of these projects have been put on hold if it requires outside entities to come into our facilities due to the COVID-19 pandemic.

# NH Department of Corrections
# Data Elements of Interest - SFY 2021

**Budget Expenditures**

| | SFY 2021 by Major Expense Classes | |
|---|---|---|
| **Expense Category** | **Actual** | **% of Total Expenditures** |
| Salaries and Benefits | $98,679,326 | 73.56% |
| Facility Operations | $10,217,862 | 7.62% |
| Equipment | $469,844 | 0.35% |
| Medical & Dental | $15,457,249 | 11.52% |
| Other Expenses | $5,634,541 | 4.20% |
| Grants | $3,694,285 | 2.75% |
| Prison Industries (net) | - | 0.00% |
| **Totals** | $134,153,108 | 100.00% |




**SFY 2021 Data**




**SFY 2020 Data**

# NH Department of Corrections
# Data Elements of Interest - SFY 2021

## Functional Budget Summary

| | SFY 2021 Actual | |
|---|---|---|
| **Functional Area** | **Amount** | **% of Total Expenditures** |
| Prisons | $102,230,179 | 76.20% |
| Prison Industries (net of revenues) | - | 0.00% |
| Transitional Housing | $6,174,906 | 4.60% |
| Probation/Parole | $10,602,141 | 7.90% |
| Overhead Expenses - Administration | $11,451,596 | 8.54% |
| Grants | $3,694,285 | 2.75% |
| Total | $134,153,108 | 100.00% |

**SFY 2021 Data**







**SFY 2020 Data**

# NH Department of Corrections
# Data Elements of Interest - SFY 2021

**SFY 2021 Cost Per Day by Location**

| Expense Category | Prisons | Transitional Housing | Probation/ Parole | SPU/RTU |
|---|---|---|---|---|
| Total Expenses | $101,792,421 | $6,751,203 | $11,591,627 | $9,978,788 |
| Average Number of Residents | 1,872 | 208 | 19,203 | 59 |
| Annual Cost Divided by Average Number of Residents | $54,386 | $32,445 | $603 | $169,611 |
| Average Daily Cost | $149 | $89 | $2 | $465 |




SFY 2021 Data

SFY 2020 Data



# NH Department of Corrections
# Data Elements of Interest - SFY 2021

## Population Data

| Total Population – June 30, 2021 | Total | Percentage |
|---|---|---|
| Total NH in Facility* | 1937 | 91% |
| Escape Status | 7 | 0% |
| Total NH Out of Facility** | 193 | 9% |
| **Total** | **2,137** | **100%** |

**Total NH in Facility represents the total number of NH sentenced residents, residents housed for other jurisdictions or residents of SPU who are on involuntary committal.*
** *Total NH Out of Facility represents the total number of NH sentenced residents serving time in other jurisdictions.*

| Population by Maximum Sentence – June 30, 2021 | Number | Percentage |
|---|---|---|
| Less than 1 year | 27 | 1% |
| Between 1 and 3 years | 122 | 6% |
| Between 3 and 5 years | 319 | 15% |
| Between 5 and 10 years | 584 | 27% |
| Between 10 and 20 years | 600 | 28% |
| 20 Years and more | 433 | 20% |
| Unknown* | 52 | 3% |
| **Total** | **2,137** | **100%** |

** Unknowns are inmates housed for other jurisdictions or residents of SPU who are on involuntary committal.*

| Admissions – SFY 2021 | Males | Females | Total | Percentage |
|---|---|---|---|---|
| New Admission | 23 | 1 | 24 | 31% |
| Parole Violator | 37 | 4 | 41 | 53% |
| Probation Violator | 4 | 5 | 9 | 12% |
| AHC Returns | 0 | 0 | 0 | 0% |
| Escape/Returned | 1 | 0 | 1 | 1% |
| Other Jurisdictions | 2 | 0 | 2 | 3% |
| **Total** | **67** | **10** | **77** | **100%** |

| Releases – SFY 2021 | Males | Females | Total | Percentage |
|---|---|---|---|---|
| Maxed Out | 15 | 0 | 15 | 16% |
| Paroled | 68 | 7 | 75 | 81% |
| Released to Probation | 0 | 0 | 0 | 0% |
| Released to AHC | 1 | 0 | 1 | 1% |
| Released/Escape Status | 1 | 0 | 0 | 1% |
| To Other Jurisdiction | 1 | 0 | 1 | 1% |
| **Total** | **86** | **7** | **93** | **100%** |

*Footnote: The total of 2,426 represent the total number of residents serving time in a NHDOC facility and in other jurisdictions.*

# NH Department of Corrections
# Data Elements of Interest - SFY 2021

## Population Data

| Population by Age – June 30, 2021 | Number | Percentage |
|---|---|---|
| 17-21 | 18 | 1% |
| 22-25 | 135 | 6% |
| 26-30 | 286 | 13% |
| 31-40 | 665 | 31% |
| 41-50 | 449 | 21% |
| 51-60 | 338 | 16% |
| Over 60 | 246 | 12% |
| **Total** | **2,137** | **100%** |

| Population by Race – June 30, 2021 | Number | Percentage |
|---|---|---|
| White | 1806 | 84% |
| Black or African American | 157 | 7% |
| Native American | 9 | 0% |
| Asian | 6 | 0% |
| Other/Unreported | 159 | 9% |
| **Total** | **2,137** | **100%** |

| Population by Crime Type – June 30, 2021 | Number | Percentage |
|---|---|---|
| Crimes Against Persons | 1312 | 61% |
| Crimes Against Property | 337 | 16% |
| Drugs/Alcohol | 327 | 16% |
| Other* | 109 | 5% |
| Unreported** | 52 | 2% |
| **Total** | **2,137** | **100%** |

** This category refers to crimes that fall outside of the first three categories, including Public Order crimes and Motor Vehicle offenses.*

*** This category includes inmates housed for other jurisdictions or residents of SPU who are on involuntary committal.*

| Population by Minimum Sentence – June 30, 2021 | Number | Percentage |
|---|---|---|
| Less than 1 year | 60 | 3% |
| Between 1 and 3 years | 864 | 41% |
| Between 3 and 5 years | 242 | 11% |
| Between 5 and 10 years | 600 | 28% |
| Between 10 and 20 years | 97 | 5% |
| 20 years and more | 222 | 10% |
| Unknown* | 52 | 2% |
| **Total** | **2,137** | **100%** |

** Unknowns are inmates housed for other jurisdictions or residents of SPU who are on involuntary committal.*

*Footnote: The total of 2,650 represent the total number of residents serving time in a NHDOC facility and in other jurisdictions.*

# NH Department of Corrections
# Data Elements of Interest - SFY 2021

**Population Data**




| Total Physical Population as of June 30, 2021 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Year** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **TOTAL** |
| **Males** | 2517 | 2411 | 2381 | 2335 | 2305 | 2086 | 1863 | **-26%** |
| | **+/-** | **-106** | **-30** | **-46** | **-30** | **-219** | **-223** | **-654** |
| **Females** | 193 | 191 | 195 | 198 | 197 | 170 | 137 | **-29%** |
| | **+/-** | **-2** | **+4** | **+3** | **-1** | **-27** | **-33** | **-56** |
| **Total** | 2710 | 2602 | 2576 | 2533 | 2502 | 2256 | 2000 | **-26%** |
| | **+/-** | **-108** | **-26** | **-46** | **-31** | **-246** | **-256** | **-710** |

**OVERALL POPULATION DECREASE OF 26% since 2015**

# NH Department of Corrections

# Data Elements of Interest - SFY 2021

## Granite State High School and Career and Technical Education Center (CTEC)

| SFY2021 | Definition | NHSPM | NHCFW | NHNCF | Total |
|---|---|---|---|---|---|
| Intakes | Meeting with CC/CM to determine level/interest of education and interest in CTEC/Industry Programs. | 144 | 25 | 26 | **195** |
| TABE Testing | Test of Adult Basic Education | 22 | 15 | 8 | **45** |
| HiSet completions | High School Equivalency Diploma | 6 | 0 | 0 | **6** |
| HSD | High School Diploma | 15 | 2 | 1 | **18** |

| CTEC Clusters Certificates | NHSPM | NHCFW | NHNCF |
|---|---|---|---|
| Automotive Mechanics Program | 57 | N/A | N/A |
| Building Trades Program | 11 | N/A | N/A |
| Business Education Program | 527 | 0 | 19 |
| Computer Education Program | 69 | 2 | 0 |
| Culinary Arts Program | 5 | 0 | N/A |
| Intro. to the Workforce Program | 20 | 0 | 0 |
| **Total Certificates** | **86** | **2** | **19** |

| CSSD Class Enrollment | NHSPM | NHCFW | NNHCF |
|---|---|---|---|
| Automotive Mechanics Program | 57 | N/A | N/A |
| Building Trades Program | 11 | N/A | N/A |
| Business Computer Education Program | 527 | 85 | 379 |
| Culinary Arts Program | 69 | 98 | N/A |
| Intro. to the Workforce Program | 117 | 55 | 46 |
| Advanced Degree | | | |
| College Courses | | | |
| **Total Class Enrollment** | **781** | **238** | **425** |

# NH Department of Corrections

# Data Elements of Interest - SFY 2021

## Field Services Caseload Summary as of June 30, 2021

SFY2021 Field Services Caseload Summary as of June 30, 2021

| District Office (DO) | Total Officers Chief PPO/PPOs | Types of Supervision | Conditional Release - Bail | Conditional Release - Lifetime Supervision | Conditional Release - NGI | County Facility (HOC)* | Interstate Compact In | Parole | Probation | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Berlin District Office | 3 | | | | 2 | 7 | 12 | 44 | 76 | **141** |
| Claremont District Office | 4 | | | | | 17 | 21 | 55 | 161 | **254** |
| Concord District Office | 11 | | | | 6 | | 30 | 314 | 305 | **655** |
| Dover District Office | 7 | | | | 1 | 6 | 58 | 169 | 232 | **466** |
| Exeter District Office | 11 | | | | | 15 | 85 | 160 | 360 | **620** |
| Haverhill District Office | 6 | | 1 | | 1 | 15 | 36 | 88 | 234 | **375** |
| Keene District Office | 5 | | 1 | | | 17 | 30 | 84 | 243 | **375** |
| Laconia District Office | 4 | | | | 2 | 15 | 16 | 79 | 166 | **278** |
| Manchester District Office | 14 | | 1 | 1 | 1 | 26 | 96 | 526 | 439 | **1090** |
| Nashua District Office | 6 | | 2 | | 1 | | 53 | 121 | 220 | **397** |
| Wolfeboro District Office | 3 | | | | | 4 | 24 | 35 | 76 | **139** |
| **Total** | 74 | | 5 | 1 | 14 | 122 | 461 | 1675 | 2512 | |

*HOC - means a person being held pending a violation or a person who will be released from a HOC to probation

217 Active Cases pending action (i.e. case closure, new assignment, pending action for court outcome and assignment)

Administrative Home Confinement - 17 people were being supervised as of June 30, 2021 by Field Services



# NH Department of Corrections
# Data Elements of Interest - SFY 2021

| NH DOC Monthly Facility Victim Notification (VN) Summary Report- All - | Jul 1 2020 | Aug 1 2020 | Sep 1 2020 | Oct 1 2020 | Nov 1 2020 | Dec 1 2020 | Jan 1 2021 | Feb 1 2021 | Mar 1 2021 | Apr 1 2021 | May 1 2021 | Jun 1 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DOC Responsible -Sentenced** | **2,493** | **2,466** | **2,446** | **2,434** | **2,415** | **2,378** | **2,352** | **2,323** | **2,281** | **2,253** | **2,230** | **2,215** |
| Total Clients with VN | 844 | 835 | 823 | 814 | 808 | 798 | 787 | 786 | 779 | 776 | 771 | 768 |
| Total Active VN | 1,930 | 1,901 | 1,882 | 1,854 | 1,835 | 1,793 | 1,771 | 1,788 | 1,781 | 1,776 | 1,766 | 1,756 |
| | | | | | | | | | | | | |
| **DOC Responsible - Parole** | **2,240** | **2,231** | **2,211** | **2,174** | **2,143** | **2,141** | **2,131** | **2,116** | **2,142** | **2,141** | **2,150** | **2,128** |
| Total Clients with VN | 466 | 456 | 450 | 441 | 438 | 437 | 437 | 433 | 429 | 427 | 426 | 426 |
| Total Active VN | 938 | 921 | 902 | 892 | 891 | 904 | 907 | 892 | 876 | 873 | 872 | 877 |
| | | | | | | | | | | | | |
| **DOC Responsible - Probation** | **3,307** | **3,234** | **3,180** | **3,149** | **3,096** | **3,031** | **3,015** | **2,929** | **2,877** | **2,861** | **2,785** | **2,770** |
| Total Clients with VN | 61 | 59 | 59 | 54 | 55 | 56 | 58 | 56 | 56 | 55 | 56 | 58 |
| Total Active VN | 112 | 109 | 110 | 102 | 94 | 93 | 100 | 98 | 106 | 100 | 102 | 104 |
| | | | | | | | | | | | | |
| **VN Started** | **21** | **25** | **7** | **24** | **35** | **21** | **28** | **31** | **23** | **28** | **39** | **28** |
| **VN Ended** | **61** | **61** | **44** | **62** | **64** | **48** | **40** | **36** | **36** | **35** | **41** | **32** |

## Field Services Data Summary: Restitution/ Collections Review

| As of June 30, 2021 | |
|---|---|
| **Collection Only Cases** | 11,649 |

| Field Services Receipts and Disbursements: SFY 2021 | |
|---|---|
| Total Receipts | 2,565,361.10 |
| Disbursements Paid for Individual Restitution | 1,857,926.96 |
| Courts Fines | 206,645.71 |
| DOC Field Services Collection Functions | 251,755.40 |
| DOC Field Services ICAOS Dues and Costs | 18,200.00 |
| Justice Victim Assistance | 33,047.81 |
| General Fund Annulments | 92,200.00 |
| General Fund Collection Fees | 20,687.05 |
| General Fund Supervision | 247,206.75 |
| Misc. Expenses* | (-141,971.85) |
| Total Disbursements | 2,585,697.83 |
| **voided checks, bank fees, etc.* | |

# NH Department of Corrections
# Data Elements of Interest - SFY 2021

## Recidivism Data Comparisons

| Recidivism Trending | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Calendar Year | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Males | | 47.3% | 44.9% | 47.7% | 45.7% | 41.4% | 42.8% | 45.6% | 48.7% |
| Females | | 41.4% | 37.3% | 43.3% | 40.0% | 42.3% | 43.3% | 44.4% | 41.9% |
| All | | 46.7% | 44.1% | 47.1% | 45.0% | 41.5% | 42.9% | 45.5% | 47.8% |

***The Department follows the Association of State Correctional Administrators Performance-Based Measure System Counting Rules in how to measure recidivism. Recidivism rates are interpreted by the New Hampshire Department of Corrections (NHDOC) as being when an individual, after being released from a NHDOC facility or oversight, returns to a NHDOC facility within thirty-six months of their initial release date. Cohorts are grouped by calendar year.

In review of our women's recidivism rate, we deployed an assertive case management and re-entry program that followed women 12 months post release with substance use disorder using State Opioid Response grant dollars to create a connected resource to services and appointments much like a health care navigator. We eventually were able to receive funding to include men, but that deployment was much later than the work with women. This is one of the unique differences that may explain the reduction in recidivism for women. The Department will continue to evaluate the new data set.

Recidivism Study - Report Generated 5/5/2021



# NH Department of Corrections
# Data Elements of Interest - SFY 2021

## Medical and Forensic Services Data Review

**FY 2021**

**NH Department of Corrections FY21 Medical Cost Breakdown All Inmates**

| Age Ranges | Total Patients | FY 2021 Costs | Mean Ave |
|---|---|---|---|
| 19 | 1 | $ 106.13 | **$ 106.13** |
| 20 through 29 | 134 | $ 190,325.84 | **$ 1,420.34** |
| 30 through 39 | 286 | $ 347,141.50 | **$ 1,213.78** |
| 40 through 49 | 229 | $ 398,844.81 | **$ 1,741.68** |
| 50 through 59 | 222 | $ 675,083.30 | **$ 3,040.92** |
| 60+ | 202 | $ 739,998.20 | **$ 3,663.36** |
| ***Total Inmates with Medical costs*** | 1074 | $ 2,351,499.78 | **$ 2,189.48** |
| *Medicaid Paid IP Stays* | *93 Episodes of Care* | *$ 2,007,007* | |
| | ***Total Cost of Care FY21:*** | ***$ 4,358,506.59*** | |

***Note: These costs represent costs incurred EXCLUDING the static costs of NHDOC medical staff and on-site resources. Examples: Hospital stays, outpatient procedures, etc..***

## Top Highest Pharmaceutical Costs of SFY 2021

***Note: This summary does not represent all pharmaceutical costs, just the top drivers of cost.***

| **Medication Group** | **Amount** |
|---|---|
| General Medications | $1,224,570 |
| Hepatitis C | $834,741 |
| Psychotropic Medications | $345,119 |
| Immunobiologic | $231,796 |
| HIV | $279,732 |
| | |
| MAT | $1,101,891 **(grant funded)** |

| ***SFY 2021 Total Prescription Drug Cost** | **$3,434,017** |
|---|---|

***Not including grant funded pharmaceuticals.**

**NH Department of Corrections: Secure Psychiatric Unit Admissions/Discharges by NH RSA**

| **FY2021** | **622:45 NHH** | | **623:1 DOC/HOC** | | **651:9 NGRI** | | **135-C CC** | | **135-E SVP** | | **171-B DD** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | D | A | D | A | D | A | D | A | D | A | D |
| **1st** | 2 | 2 | 3 | 4 | 1 | 1 | 3 | 2 | 0 | 0 | 0 | 0 |
| **2nd** | 1 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3rd** | 1 | 0 | 2 | 3 | 1 | 1 | 0 | 2 | 1 | 0 | 0 | 0 |
| **4th** | 0 | 1 | 2 | 1 | 1 | 0 | 1 | 3 | 0 | 0 | 0 | 0 |
| **Total** | **4** | **3** | **10** | **9** | **3** | **2** | **4** | **7** | **1** | **0** | **0** | **0** |

***The highlighted RSA represents transfers of people from incarcerated settings (Prison and County Jails) into SPU.***

# NH Department of Corrections
# Data Elements of Interest - SFY 2021

## Medical and Forensic Services Data Review

**Cost Monitoring**

The Division of Medical and Forensic Services regularly monitors healthcare expenditures through a multitude of processes. This includes a review of pharmaceutical usage at a monthly Pharmacy and Therapeutics Committee, review of monthly financial statements, utilization and review of external consults, and quarterly review of quality indicators. We seek grant opportunities to defray costs, such as a grant that subsidized pharmaceuticals for MAT, and we have been approved for the federal 340B program to defray costs for very expensive treatments for hepatitis C (HCV) and Human Immunodeficiency Virus (HIV). Finally, the chart below exemplifies hospital inpatient stays that were deferred to the Medicaid program for payment.



# NH Department of Corrections
# Data Elements of Interest - SFY 2021

## Departmental Staffing Summary as of June 30, 2021

### Employees by Years of Service

**Agency: CORRECTIONS DEPT**

Total Number of Employees* = 761

Average Years of Service = 9.92




* Includes classified full-time permanent, full-time temporary and seasonal full-time employees working more than 6 months as well as employees on extended leave.
* 0 classified employees did not meet any group criteria and are excluded from this report.

Report Generated: 07/01/2021 by Employee Matrix Version V6.4

### Employees by Generation

**Agency: CORRECTIONS DEPT**

**Total Number of Employees* = 761**




* Includes classified full-time permanent, full-time temporary and seasonal full-time employees working more than 6 months as well as employees on extended leave.
* 0 classified employees did not meet any group criteria and are excluded from this report.

Report Generated: 07/01/2021 by Employee Matrix Version V6.4

* Generation Z = Born 1995-2012
* Generation Y = Born 1977-1994
* Generation X = Born 1966-1976
* Boomers = Born 1955-1965
* Early Boomers = Born < 1955

# NH Department of Corrections
# Data Elements of Interest - SFY 2021

## Departmental Staffing Summary as of June 30, 2021



# NH Department of Corrections
# Facility & Division Overviews

## New Hampshire Correctional Facility for Women (NHCFW)……….Concord, NH

Minimum (C2) to Maximum (C5) security level facility

Opened: April 17, 2018

Capacity: 224

Population: (June 30, 2021) 120

**Down 34 from 154 (June 30, 2020)**

Warden: Nicole Plante



In SFY 2021, the New Hampshire Correctional facility for Women welcomed the promotion of Major Jenn Russ as the new Chief of Security. Major Russ has over 21 years of experience with the Department of Corrections. NHCFW celebrated the retirement of Officer Briggs, Officer Dube, and Officer Kappes, with two of the three officers returning to extend their careers in a part-time capacity.

Resident housing units range from minimum to maximum custody levels. The Secure Management Unit is a combination of maximum custody residents, close custody residents, and newly received residents. Medium custody residents can be housed in the C3 Unit or Wellness Unit. The Wellness Unit focuses on a community atmosphere while engaging in mental health treatment. A six-month Co-occurring program was recently implemented in the Wellness Unit to provide mental health and substance use treatment. Minimum custody residents are housed on the north side of the C2 Unit. The south side of the C2 unit is now the location of the Focus Residential Treatment Program.

In August 2020, the NHCFW opened the Granite State School of Cosmetology. Giving residents the opportunity to become a licensed apprentice. Upon completing 1500 hours of theory and practical, residents are eligible to apply for their state Board of Cosmetology Licensing Exam. NHCFW hosted its first cosmetology licensing exams in December 2021.

Throughout the year, NHCFW increased the availability to exercise equipment to promote residents' health and well-being. A stationary bike was added to the dayroom in the maximum custody unit. General population residents were provided yoga mats and exercise pamphlets to encourage mental and physical fitness.

# NH Department of Corrections
# Facility & Division Overviews

**Northern New Hampshire Correctional Facility (NNHCF)…………...Berlin, NH**

Minimum (C2) to Close Custody(C4) security level facility

Opened: 2000

Capacity: 635

Population (June 30, 2021) : 524 males

**Down 38 from 562 (June 30, 2020)**

Warden: Corey Riendeau



The Northern New Hampshire Correctional Facility in Berlin, NH was built in 2000 and can accommodate 635 male residents. NNHCF is a single-building, multi-security (C2—C4) level prison.

It was a challenging year and we focused on navigating COVID-19 protocols and operational practices over other general correctional advancements. Despite the pandemic, we accomplished some great things. Some highlights from SFY 2021 include continued staff recognition for longevity and acknowledging a staff member of the month, finalizing the Corrections high school program (referred to in previous annual reports as the SCORE program) offered to students within the Berlin High school. Our goal in this collaboration with the high schools is to be able to offer it to students in the fall semester. The curriculum collaboration was extremely challenging to get up and running with the ever-changing COVID-19 protocols and experiences of both the high school and the department. We are very excited to see it succeed and be able to offer it to other area schools across the State. With a focus on staff wellness and retention, we completed advancements in our staff fitness area and updated some fitness equipment that has been used heavily during COVID-19 when other gyms were not accessible. Due to the dangers and stress associated with working in a correctional facility, we created a staff lounge area designed to have a look and feel like you are not in a correctional facility so staff have a safe place to decompress after an adverse event. Due to staffing deficits, a new need arose to establish a second overnight suite. This was created in A building for staff working overtime so they do not have to travel after working extended hours. Advanced operational needs occurred and two Captain positions were established: A housing Captain and an Administration Captain. A second housing Lieutenant position was also created to support the second shift, this provides solid leadership 7 days a week on multiple shifts. In order to continue to demonstrate support for our staff and a retention initiative, we established an overtime fuel cabinet that supplies quick and easy food items for staff working overtime shifts. The Wellness Mental Health Program for residents celebrated its 10-year anniversary and we started the planning and development for a second Focus Unit (substance use disorder modified therapeutic community).

# NH Department of Corrections
# Facility & Division Overviews

## New Hampshire State Prison for Men (NHSP-M)……………………..Concord, NH

Medium (C3) to Maximum (C5) security level facility

Original structure build in 1878.
Large scale renovations in the 1980's.

Operational Capacity: 1408

Population (June 30, 2021): 1069

**Down 156 from 1225 (June 30, 2020)**

Warden: Michelle Edmark



The New Hampshire State Prison for Men (NHSP-M) is the state's oldest prison facility. The original state prison was built in 1812. A new facility was constructed in 1878. Following extensive renovations and new construction in the 1980s, this facility remains in use today. The NHSP-M is a multi-security level, male-only facility with an operational capacity of 1,408.

The majority of individuals housed at the NHSP-M are in one of the three general population housing units. The NHSP-M also includes two separate housing units for higher custody level individuals in our care and custody and the Reception and Diagnostic (R & D) area which houses those newly sentenced, probation or parole violators, and those in short-term protective custody review status.

Throughout SFY 2021 and extending into SFY 2022, a series of Capital Budget improvement projects have been underway to make necessary repairs and updates to different parts of this aged facility. These include the repair and replacement of two elevators, bathroom updates to two of the general population units, the replacement of a facility-wide "man down / body alarm" system, upgrades to the internal video surveillance system, and repair and replacement of several security doors. Design and specification have started on a new central kitchen.

Like all state agencies, correctional facilities across the country, and the world, the NH State Prison was compelled to manage the many challenges associated with the COVID -19 virus. This required creative approaches to staffing, housing management, the development and management of extensive cleaning/sanitation protocols, detailed procedures for human safety, and overall general operations. For a period from late December 2020 until late February 2021, the agency had to develop a program in which NH National Guard members were trained and utilized to augment staffing in several posts that had limited contact with Residents. Despite the challenges of this period, the NH State Prison and NH Department of Corrections were able to develop effective COVID-19 vaccination programs that served both residents and staff.

# NH Department of Corrections
# Facility & Division Overviews

The **Division of Community Corrections** provides education, training, skills, spirituality, and personal development opportunities, which encourage positive work habits, promote pro-social behaviors and prepare residents for re-entry to the community. The Division of Community Corrections encompasses the oversight of three transitional housing units (THUs): Shea Farm, Calumet, and North End, a transitional work center, case management in all departmental facilities, and two parole offices and Correctional industries. The Division of Community Corrections also oversees the management of the State Targeted Response (STR) Grant, the Granite State High School, Career and Technology Center, religious services, the Family Connections Center (FCC), volunteer services, and the internship program.

**Director: Nick Duffy**

**Deputy Director: Laurie Foster**

### Transitional Work Center (TWC) and Transitional Housing Units (THUs)

The Transitional Work Center (TWC) and Transitional Housing Units (THU) assist residents in the last two years of their incarceration in preparation for re-entry to their communities. At TWC, residents are reintroduced into the community through supervised educational training (building trades), work opportunities, and job-shadowing. At the THUs, residents are working in the communities to further prepare them for daily life after prison.

**Transitional Facility Population**

(227 as of June 30, 2021)
**Down 34 from 261**
(June 30, 2020)

| | |
|---|---|
| **Calumet (C1)** | **58** |
| **North End House (C1)** | **38** |
| **Shea Farm (C1 & C2)** | **16** |
| **Transitional Work Center (C2)** | **115** |
| **Total** | **227** |



North End Transitional Housing Unit (C1)


Transitional Work Center (C2)


Calumet Transitional Housing Unit (C1)


Shea Farm Transitional Housing Unit (C1 & C2)

# NH Department of Corrections
# Facility & Division Overviews

## Family Connections Center (FCC)

For over twenty years, the mission of the FCC has been to strengthen the connection between parents who are incarcerated and their families while facilitating ties to their communities through education and support.

The FCC, under the Division of Community Corrections, is a family resource center located in all three NH State Prisons and Minimum-security units including Shea Farm Transitional Housing Unit for women. The Family Connections Center has provided family support services and parenting education in the NHDOC since 1998. The FCC has expanded from providing support inside the prisons to also partnering with community agencies to provide education and support for families affected by incarceration.





Photos: Residents participate in family video visitation and books on tape.

### FCC Highlights

- In October 2020, FCC in partnership with Waypoint was awarded the federal Second Chance grant to collaborate with all of the NH County Jails and Family Resource Centers to provide support to families affected by parental incarceration. This grant project, titled Family Ties Inside Out, was able to support 4 additional part-time positions and instituted new family reentry programming to the FCC within all facilities. Also included in the new family reentry programming is family counseling and family reentry planning, facilitated by graduate students enrolled at the University of New Hampshire - Marriage and Family Therapy Center, and community-based therapists.
- FCC participated in community outreach via video chats and meetings. FCC cohosted six presentations of a documentary about children of incarcerated parents (Tre Maison Dasan—www.tremaisondasan.com) followed by a panel discussion by adult children of incarcerated parents, FCC staff, and other professionals in the field. FCC presented to CASA staff on 11/10/20, Foster family alliance on 1/25/21, the Nashua Rotary, a long-time donor of children's books on 2/23/21, and was interviewed on the radio about the FTIO grant and new services for families in NH and DCYF staff during the summer and fall of 2020. FCC worked with the NH Department of Education to create the first-ever online tool kit for teachers working with children affected by incarceration.
- Additional funding was received through grants and donations:
  - In July 2020, Waypoint NH, a partner of FCC, received $9,000 from NH DHHS to provide parenting support staff services at the NH Correctional Facility for Women in Concord through the FCC.
  - In December 2020, the Linden Foundation again awarded UNH Family Studies Department $25,000 to pay three part-time FCC staff to facilitate internet video visits between children and their parents who are incarcerated in the NH Department of Corrections. Use of the funds was extended to 6/30/21 to supplement programming during the pandemic. These funds were also used to pay for 6 FCC staff members to attend the 3rd Children of Incarcerated Parents National Conference.
  - In January 2020, FCC received $5,095.14 in donations of books for both residents and their children as well as a new 360-degree camera for volunteers to teach remotely to FCC participants.

# NH Department of Corrections
# Facility & Division Overviews

**FCC Highlights - Continued**

- Seven FCC staff members were trained in a new Healthy Relationships Program, currently facilitated in the centers. Nine staff received training on a new video visit coaching tool created by Plymouth State University and three staff attended the week-long NH DCYF conference.
- During this time, the unprecedented pandemic caused in person groups to cease, thus some of the services that the FCC provides at the 3 prisons, the Transitional Work Center and Shea Farm halfway house for women were greatly diminished compared to prior years. This fiscal year provided the following participation numbers:
    - 573 residents who have 1,213 children participated in some type of FCC programming.
    - 1,858 video visits took place between children and their 87 incarcerated parents. 512 of these visits were between children and their mothers.
    - 152 parents attended support groups 1,525 times. 28 of these parents were mothers.
    - 90 participants attended seminars 141 times.
    - 29 parents recorded 59 audiobooks for their children which were sent home with 177 new books. 12 of these parents were mothers.
    - 29 parents completed the 18-hour FCC Parenting Class, 6 of these parents were mothers.
    - 21 parents enrolled in the FCC Parenting Class, 4 were mothers.
    - The 10-hour Healthy Relationships class was completed by 13 residents.
    - 6 parents started and finished the new Refresher 4 Reentry parenting class.
    - 4 parents completed the NH court-ordered First Appearance session, 1 was a mother.
    - 368 parents attended the FCC Orientation group, either in person or through the mail. 36 residents were transferred out of the facility before they could attend.

One of the film showings of **Tre Maison Dasan** followed by a panel to discuss the effect of incarceration on children and families at Smitty's Cinema in Tilton, NH



"I feel like you were telling my life. The film was perfect... It's a must-see for everyone in prison, especially those who have children"

The Impact on Children of Incarcerated Parents — **San Quentin News**

**Picture includes: Commissioner Hanks, FCC Staff, Panelist with experience using our Family Connections Center Program**

# NH Department of Corrections
# Facility & Division Overviews

**Religious Services**

The NHDOC recognizes the importance of spiritual connectedness for all of our residents and works to accommodate all religious/spiritual entities. The Department employs three full-time chaplains and one part time chaplain.  A chapel and spiritual services are offered in each of our correctional facilities. The chaplains provide spiritual guidance to help residents express personal faith and participate in meaningful worship. Many spiritual leaders volunteer their time to provide religious services in the prisons.






* Representing less than 1% of reported religions include Asatru-Odinist, Christian Science, Atheist, Baptist, Jehovah's Witness, Wiccan, Seventh Day, Agnostic, Mahasilimara, Eastern Orthodox, Sant Mat, Nation of Islam, Taoist, Episcopalian and Mormon.

# NH Department of Corrections
# Facility & Division Overviews

## Volunteer Services

The NH Department of Corrections encourages positive community involvement with our residents and at the end of SFY 2020, there were approximately **350 community volunteers**. Volunteers are a critical component in the Department's efforts to maintain institutional safety and security by providing services to the individual during their incarceration. Some services volunteers provide, include but are not limited to, faith-based support, educational programs, diversion skill development and/or legal service programs. We offer volunteers required training to help prepare them for the uniqueness of volunteering in a correctional setting.

**In SFY 2021, our volunteer program was unfortunately put on hold due to COVID-19. We look forward to when we are able to accept volunteers back into our facilities once again.**



Some volunteer programs were able to be offered electronically and via video through the tablet system and the dedicated prison television channel.

## Internship Program



Our internship program offers a unique learning experience to students who attend multiple colleges and universities. Our Internship program awards students the opportunity to experience and learn hands on within our Department in their degree field. The vast career options the Department of Corrections offers allows students from many degree fields an opportunity to see how the Department of Corrections functions as a whole as well as learn how collaboration is required to accomplish our mission.

**In SFY 2021, Internships were unfortunately on hold due to COVID-19. We look forward to when we are able to accept students into our program once again.**

| Interns assist in the following fields |
|---|
| Nursing |
| Correctional Officers |
| Probation/Parole Officers |
| Mental Health - Case Managers |

# NH Department of Corrections
# Facility & Division Overviews

The **Division of Medical and Forensic Services** is the entity charged with providing constitutionally appropriate health care (medical, dental, and behavioral health) to those in the care and custody of the New Hampshire Department of Corrections. In collaboration with community partners, our approach to health care is to improve the overall health of the population we serve, promote a positive patient experience, and reduce the per capita cost of care.

Our health care delivery system is designed to meet the needs of those incarcerated in our facilities, for both chronic and acute conditions. This is achieved by the availability of outpatient-style services, residential services, and infirmary-level inpatient care for both medical and psychiatric services. The hospital level of care for medical needs is accomplished through partnerships with various community hospitals. The Secure Psychiatric Unit provides safe and secure levels of care for acute psychiatric issues per NH Statutes.

Medical services offered include individual appointments for chronic and acute conditions, sick call, and infirmary-level of care for the intensive observation that does not require hospitalization. Dental services include preventive interventions, remediation of acute conditions, and provision of dental appliances. Behavioral health services offered are outpatient services for mental health conditions, substance use disorder, and treatment to address deviant sexual behaviors. n addition, there are specialized housing units designed as modified therapeutic communities to address co-occurring disorders, substance use disorders, and other mental health disorders (e.g., Wellness, Focus, Intensive Sexual Offender Program, and Residential Treatment Unit).

Patient education is integral to helping keep residents healthy and informed about their conditions. To that end, Division employees offer individual education, and we utilize electronic mailings to provide education on a wide variety of healthcare topics delivered through the resident tablet technology.

**Director: Paula Mattis**

**Deputy Director of Medical: Bernadette Campbell**

**Deputy Director of Forensic Services: Heidi Guinen**

**Highlights**

- Improved pharmacy automation by installation of medication packet verification technology.
- Instituted a nursing preceptor program for newly hired nurses.
- Implemented a COVID-19 vaccine program for residents.
- Developed behavioral health programming using videos and paper packets to continue psychosocial education for residents, in the place of in-person group sessions, during quarantine and the need for social distancing due to the pandemic.
- Expanded the number of pharmaceutical agents available for Medication Assisted Treatment (MAT) to include Sublocade and the enhanced use of Vivitrol earlier in a resident’s stay versus only at the time of release.

# NH Department of Corrections
# Facility & Division Overviews

## Behavioral Health Services

The Division of Medical and Forensic Services is committed to serving those in our care with a wide range of services designed to enhance wellness, learn new skills, and encourage behavioral change. These individualized services include psychiatric treatment, sexual offender treatment, and treatment for substance use disorders. Emergency behavioral health services are available and delivered via a crisis intervention model resulting in a short-term crisis management plan.

| NH DOC Monthly Facility Behvioral Health Clinical Appointments Summary Report | | |
|---|---|---|
| | Aug 1 2020-Jul 1 2021 Totals | |
| EMR-Mental Health | Appointment Category Totals | Distinct Clients by Category* |
| Behavioral Health-Psychiatric | 8,781 | 1,475 |
| Behavorial Health-Clinician | 6,625 | 1,301 |
| Behavorial Health-Addiction Services | 601 | 417 |
| Behavorial Health-Interview | 1,945 | 1,066 |
| Behavorial Health-Sex Offender Treatment | 191 | 134 |
| Behavorial Health-Sick Call | 1,921 | 796 |

The Division has implemented a community behavioral health model adapted to a correctional setting to assist residents in the management of behavioral health issues. The range of services offered are designed to address both acute and chronic needs. Acute needs are managed on both an inpatient and outpatient basis. Exacerbation of a chronic behavioral health issue or onset of suicidal feelings can be managed by emergency assessment visits from our clinicians or with an inpatient admission to the Secure Psychiatric Unit (SPU). Ongoing needs are addressed through medication management, individual therapy, group therapy, and skill-building activities.

Other levels of care in the NHDOC system provide for admission to one of our behavioral health residential units: The Residential Treatment Unit for men located in Concord; the Wellness Block for men located in Berlin; and the Wellness Block for women located in Concord. The Wellness Units continue to show that a combination of clinical services based on a commitment to change will show positive results. These units are designed to support residents toward the achievement of personal goals while emphasizing the power that is derived from a positive group and milieu experience. Promoting a sense of community is the philosophy driving these units in order to prepare participants to be part of a positive community culture while in prison as well as for preparation for life after prison. Participants in these units identify the value of good communication skills as problem-solving techniques versus the use of violence. Participants in the wellness units also have to participate in at least one of the following committees: Steering, Welcome, Activities, Health and Safety, Art, Peer Support, and Changing Social Norms. Participation in these units is voluntary.

**Percent of NH Department of Corrections Residents Receiving Psychiatric Treatment:**

| NH Department of Corrections: Residents Prescribed Psychiatric Medications by Gender | | | |
|---|---|---|---|
| As of July 1st 2020 | | | |
| **Biological Gender** | **% on Psychiatric Medications** | **Count** | **Total Population** |
| Males | 29% | 611 | 2086 |
| Females | 66% | 113 | 170 |
| Total | | 724 | 2256 |

# NH Department of Corrections
# Facility & Division Overviews

**Secure Psychiatric Unit (SPU)**

The SPU serves multiple populations at the most intensive and secure inpatient treatment facility in the state behavioral health service delivery system. The SPU is designated to serve those having acute psychiatric needs that must be served in a secure inpatient setting. Those served based on State statutes are residents from state and county correctional facilities, patients committed through the NH judicial system (in accordance with civil commitment statutes) due to mental illness and dangerousness, not guilty by reason of insanity, and those rare individuals committed under the state's sexually violent predator law, and individuals who are developmentally disabled requiring intervention for extreme dangerousness.

There are 20-30 hours per week of structured therapeutic and occupational interventions available for patients and residents; individuals' treatment schedules are contingent upon individualized treatment planning. The SPU continues to provide quality psychiatric care via its team of highly dedicated psychiatric, clinical, nursing, education, and security staff who continually strive to improve the level of care provided. The security staff are certified correctional officers who participate in additional specialized training in managing clients with mental illness through collaborative behavioral health training provided by behavioral health clinicians.
**The SPU has a 66-bed capacity, with a current configuration of 50 male beds, 10 female beds, and six infirmary rooms. During SFY 2021, there were 22 admissions to SPU and 21 discharges.**

**Residential Treatment Unit (RTU)**

Patient Testimonial -
" I often look back and experience feelings of gratitude for the RTU program and the positive changes I was able to make in my life as a result of being in that program. Just wanted to say thanks for all the help you have given me over these years of treatment."

| Resident Count | Total June 30, 2021 |
|---|---|
| SPU | 38 |
| RTU | 22 |
| TOTALS | 60 |

The RTU offers a level of intervention designed for male residents who have a behavioral health condition and are struggling in a general prison setting. Residents may request to be admitted to this unit and are also referred to the RTU by behavioral health staff. Often, those who no longer need the intensive services of SPU may be admitted to the RTU as a transitional step down with the goal of returning to a prison housing unit.

The RTU offers residents approximately 30 hours per week of structured therapeutic, recreational, and diversional interventions. After an interdisciplinary evaluation, the treatment team, in conjunction with the resident, develops a specific, individualized treatment plan using evidence-based treatments and behavioral health best practices.

**In SFY 2021, there were 38 admissions to the RTU and 32 discharges.**

# NH Department of Corrections
# Facility & Division Overviews

## Outpatient Behavioral Health Services




At the point of entrance into our system, behavioral health clinicians conduct a screening to identify those with ongoing behavioral health issues and those who have a need for behavioral health services. Behavioral health clinicians collaborate with security and other healthcare staff to identify and intervene quickly if risky or concerning behaviors are observed. Behavioral Health Services meet the needs of individuals with a wide range of diagnoses as well as distinct populations including those with gender dysphoria, sexual resident histories and trauma-related issues.

## Sexual Offender Treatment (SOT) Services

Utilizing a risk-need-responsivity model that was developed on evidence-based practices, SOT services emphasize skill development designed to promote safety and self-management. All individuals are assessed to determine level of care needs. Individuals referred and/or identified through the classification process are provided a full psychosexual assessment. The primary modality is an intensive model, located in Concord, which incorporates SOT protocols into a therapeutic milieu. If a less intensive level of care is needed based on the assessment, or if individuals are unable to reside in the residential unit, a plan of treatment will be devised to meet their needs.

The capacity for the intensive program is 80 with an additional 24 beds for program graduates to stay and serve as mentors.

**During SFY 2021, 90 men were served in the intensive SOT program based in Concord. Four women were also provided intensive SOT services.**

| | Jul 1 2021 |
|---|---|
| Current Sex Offense-Male | 558 |
| Current Sex Offense-Female | 8 |
| **Total Current Sex Offenders** | **566** |
| Total Current NON-Sex Offenders | 1,571 |
| **Total NH Sentenced Offenders** | **2,137** |

**NH Department of Corrections - Behavioral Health Groups (SFY2021)**

| Group Name | Count of Resident Participants | Total Group Notes |
|---|---|---|
| Addictive Behavior | 61 | 327 |
| Aftercare | 63 | 264 |
| Aftercare II | 43 | 206 |
| Aftercare III | 37 | 123 |
| Anger Management | 35 | 478 |
| Anxiety and Depression | 6 | 75 |
| AODIT â€" CCU | 6 | 24 |
| Art Group | 26 | 284 |
| Attention Deficit Hyperactivity Disorder | 26 | 295 |
| Cognitive Behavioral Therapy | 14 | 151 |
| Communication Skills | 13 | 152 |
| Co-Occurring Disorders | 24 | 351 |
| Coping Mindfully | 24 | 316 |
| Coping Skills | 11 | 32 |
| Coping Skills II | 8 | 39 |
| Core Group | 17 | 211 |
| Core Group II | 14 | 226 |
| Core Group III | 6 | 63 |
| Core Group IV | 39 | 988 |
| Criminal and Addictive Thinking | 32 | 377 |
| Current Events | 10 | 101 |
| Cycle | 12 | 200 |
| Cycle 1 | 15 | 252 |
| Cycle 2 | 8 | 86 |
| Cycle 3 | 5 | 45 |
| Cycle 4 | 51 | 972 |
| DBT II | 16 | 162 |
| DBT Skills Group | 4 | 15 |
| Dealing with Feelings | 10 | 46 |
| Depression Group | 20 | 231 |
| Drop-In Group | 58 | 903 |
| Emotion Regulation | 10 | 44 |
| Focus Concord | 74 | 2414 |
| Focus NCF | 73 | 815 |
| Focus NCF 2 | 69 | 2338 |
| Focus NCF 3 | 66 | 2079 |
| Grief Support | 1 | 3 |
| Gym Group | 17 | 81 |
| Health and Fitness | 11 | 75 |
| Healthy Relationships | 2 | 34 |
| Here and Now | 25 | 169 |
| House of Healing | 10 | 159 |
| Illness Management and Recovery | 25 | 266 |
| Intensive Substance Abuse Group â€" Women | 75 | 4264 |
| Journey of Awareness | 10 | 177 |
| Leisure and Recovery | 43 | 437 |
| Leisure Education | 17 | 128 |
| Leisure Skills Development | 18 | 112 |
| Life After Release | 4 | 66 |
| Life Skills | 18 | 171 |
| Living Skills | 49 | 520 |
| Medication Education | 10 | 102 |
| Mental Illness Awareness | 45 | 566 |
| Mind Boosters | 18 | 195 |
| Moving On | 16 | 96 |
| Orientation - SOT | 60 | 158 |
| Post-Traumatic Stress Disorder | 15 | 150 |
| Preparing for Change | 62 | 563 |
| Pro Social Skills | 14 | 57 |
| Problem Solving | 109 | 1236 |
| Readiness | 59 | 796 |
| REBT | 22 | 237 |
| Relapse Prevention | 78 | 771 |
| Relapse prevention â€" Substance Abuse | 3 | 8 |
| Relaxation and Stress Reduction | 24 | 166 |
| Seeking Safety | 1 | 9 |
| Self Esteem | 22 | 226 |
| Self-Discovery | 29 | 214 |
| Shame Resiliency Group | 8 | 106 |
| Social Skills | 29 | 238 |
| Socialization | 21 | 204 |
| Solution Focus A | 5 | 155 |
| Solution Focus B | 8 | 240 |
| Solution Focus C | 7 | 87 |
| Solution Focus D | 6 | 70 |
| Solution Focus E | 7 | 99 |
| Solution Focus F | 10 | 207 |
| Stress Management | 38 | 473 |
| Taking Positive Steps | 13 | 188 |
| Transition | 81 | 467 |
| Walk Group | 9 | 28 |
| Women's Adjustment and Support | 16 | 215 |
| WRAP | 26 | 208 |
| Yoga and Mindfulness | 14 | 161 |
| **Grand Total** | **2216** | **31043** |

## Substance Use Disorder (SUD) Services

The DOC is committed to providing quality intervention services to assist residents in managing addiction issues. Different levels of care are offered starting with, if needed, detoxification on a medical unit. Intensive interventions are offered at each facility as well as a less intensive curriculum. Relapse prevention and aftercare services are also offered via support groups for those who have completed treatment.




Great work being done in the FOCUS Program!

The Focus Unit, which is a residential unit that provides substance use disorder treatment services with an emphasis on rehabilitation and wellness, is available to men at NNHCF and for women at NHCFW. Goals of the Focus Unit are to help individuals re-learn behaviors and develop coping skills/wellness strategies for managing substance use disorders. Participants are assisted with follow up services after completion of the Focus Unit program.

Due to the COVID-19 pandemic, we have been offering SUD groups through Breaking Free and through paper workbooks. These modalities allowed for ongoing treatment while ensuring social distancing and reducing the spread of COVID-19 in our facilities. (Breaking Free is an online program using evidence-based interventions designed to treat root causes of addiction through use of interactive content that offers targeted psychosocial strategies.)

Medication Assisted Treatment (MAT) services remain a vital component of our SUD treatment services. This service is for those with opioid addiction. The NHDOC now offers a wide range of pharmaceutical agents to help those with an opioid use disorder (OUD). This service is available to residents at all facilities who complete the screening process and demonstrate a readiness for change.

**Despite pandemic restrictions, 354 alcohol and drug assessments were completed and 271 residents participated in SUD treatment. There were 194 residents in the MAT program.**

### Focus Unit

The Focus program is delivered similar to a residential intensive treatment intervention program treating substance use disorders using a whole person approach but in a designated housing unit. The curriculum used is the Co-occurring Disorders Program (CDP) Dartmouth Medical School and is offset with other modalities that are evidence- based including but not limited to; Motivational Interviewing, Motivational Enhancement Therapy, Cognitive Behavioral Therapy, Stages of Change, (Gender Specific resources such as Woman in Recovery or Helping Men Recover) and Modified Dialectical Behavior Therapy.

Residents are required to participate in peer driven community committees supervised by staff (i.e. motivation, activities, community), clinical groups led by LADCs, provider appointments and as appropriate medication assisted treatment.

# NH Department of Corrections
# Facility & Division Overviews

**Not Guilty by Reason of Insanity Civil Commitments**

The Department of Corrections monitors **37** individuals who are adjudicated but civilly committed as Not Guilty by Reason of Insanity (NGRI) and provides ongoing monitoring and reinforcement of individualized treatment plans per RSA 651:11-a. The Division of Medical and Forensic Services has a dedicated NGRI Clinical Coordinator who meets regularly with individuals and different behavioral health organizations to ensure ongoing treatment needs are met. The Division coordinates inpatient level of care and outpatient behavioral health services to ensure compliance with court orders and that treatment needs are being met for these individuals. The Division utilizes trained forensic psychologists in assessing risk for future violence in these cases to evaluate preparedness for changes in level of care as deemed necessary.

**Office of the Forensic Examiner**

The Office of the Forensic Examiner (OFE) has a group of dedicated licensed psychologists who conduct court ordered psychological evaluations when there are concerns about a criminal defendant's competency to stand trial (ability to participate in the court proceedings and understand the legal procedures) or when the defendant has pled Not Guilty by Reason of Insanity. The forensic examiners conduct in-person evaluations with the defendants, write forensic reports for the judge, and often testify about their findings. There has been a steady increase in requests for evaluations.

**In SFY 2021, the forensic examiners completed 462 competency evaluations.**



# NH Department of Corrections
# Facility & Division Overviews

**Medical and Nursing Services**

Medical providers (physicians and advance practice registered nurses) and nurses offer a continuum of services to meet the health care needs of residents at our prison facilities. Those new to our system are offered a comprehensive assessment to identify and treat acute and/or chronic needs. When medically necessary, referrals are made to community hospitals, services, and specialists to meet the unique needs of the individuals we serve.

Inpatient care is available in our infirmaries and is a place for those who do not need hospital level of care but require more immediate medical oversight for conditions than is available on an outpatient basis. Hospice care is also available and is supported by resident workers who are specially trained to work with those needing end of life supports.

Outpatient care is offered in our health services centers. Residents are treated, provided follow up appointments, receive medications and triaged for emergencies by nurses and providers. Providers and nurses also provide sick call daily at our prison facilities to ensure that medical needs are being met.

**For SFY 2021, our medical staff completed 27,869 appointments for services such as routine physical exams, sick call, physical therapy, and specialty visits for an average of 1,127 residents seeking services a month.**





**Dental Services**

Dental services are provided on site at three locations: NNHCF, NHCFW, and NHSP-M by a team of dedicated dental professionals. Organizing clinics so that both basic dental hygiene and dental procedures occur in a timely fashion is an important aspect of the health care program provided to residents.



**In SFY 2021, there was a total of 5,953 dental contacts for examinations, hygiene, prosthetics, extractions, and operative interventions.**

# NH Department of Corrections
# Facility & Division Overviews

## Pharmaceutical Services

Under the leadership of a Chief Pharmacist, our team of pharmacists and pharmacy technicians ensures medication is packaged and available to be administered to those in our care. The Chief Pharmacist chairs a monthly Pharmaceutics and Therapeutics Committee comprised of the heads of our healthcare disciplines serves as a cost-containment body as well as monitoring prescribing practices and trends, reviewing our formulary as well as overseeing the safety and security of medications.

**While pharmaceutical costs continue to rise nationally, the NHDOC expended 30% less than in SFY 2020 for a total of $3,474,017 for pharmaceutical costs in SFY 2021.** In addition, $1,101,891 of grant money was used to purchase drugs specifically to be used for Medication Assisted Treatment (MAT). The NHDOC applied for, and was approved for, the federal 340B drug pricing program. This is a program that allows qualifying providers to purchase outpatient drugs from manufacturers at discounted prices.

**NH Department of Corrections SFY2021 - All Residents with Prescriptions**

| Pharmaceuitical Grouping | Total Dispensed |
|---|---|
| Analgesic & Anesthetics | 13004 |
| Anti-Infective Agents | 3442 |
| Antineoplastic Agents | 575 |
| Biologicals | 3 |
| Cardiovascular Agents | 40305 |
| Central Nervous System Drugs | 76314 |
| Endocrine/Metabolic Drugs | 8836 |
| Gastrointestinal Agents | 19687 |
| Genitourinary Products | 3544 |
| Hematological Agents | 8108 |
| Misc. products | 8966 |
| Neuromuscular Drugs | 24714 |
| Nutritional Products | 9206 |
| Respiratory Agents | 8309 |
| Topical Products | 6148 |
| **Total** | **231161** |

## Allied Health Professionals



The Division's Allied Health professionals are a critical part of our healthcare system. Consisting of a nutritionist, physical therapist, and recreational therapists, this group provides services that ensure the diverse needs of those in our care are met.

The Division's nutritionist works in collaboration with food services in conducting reviews of menus and ensuring nutritional guidelines are met as part of an on-going quality improvement process at all sites. An annual nutrition analysis is conducted every year to ensure that basic nutritional needs are being met. Our nutritionist collaborates with nursing and medical staff to prioritize areas for patient education and individual consulting.

During this fiscal year, the nutritionist provided 806 points of individual contact to residents. The nutritionist was instrumental in identifying those who were at high risk for adverse outcomes from COVID-19 and needed special eating accommodations to better protect them.

Physical therapy services are provided at all sites by a licensed physical therapist. Focusing on treatment and improving the physical functioning of those served, our physical therapist provides direct care and coordinates services provided by external orthopedic specialists.

Recreational therapy is specific to the Secure Psychiatric Unit, Residential Treatment Unit, and the NHCFW. By providing structured activities and individual skills-building, recreational therapists encourage improved self-management through better use of leisure time, development of coping skills and learning effective communication techniques.

Supporting all services throughout the Division is our Medical Records unit. This group ensures that patient health information is secure, organized, and available to support treatment, respond to requests for patient information, and provide data on various aspects of service utilization.

# NH Department of Corrections
# Facility & Division Overviews

The **Division of Professional Standards** conducts internal affairs, criminal and administrative investigations and audits relating to all aspects of operations and programs of the department, including complaints and grievances. The Division, likewise, coordinates, drafts and recommends policies and rules designed to promote efficiencies, economies, and effectiveness in the administration of the department. Finally, the division handles the resident disciplinary process, which maintains order and safety in the Department's facilities.

The Division of Professional Standards has had a busy SFY 2021. Even with the COVID-19 Pandemic that has impacted the way the NHDOC, state agencies and the court system have operated during the fiscal year, the Division's employees have not let the change of normal operations effect their work ethic or tenacity in getting the job completed.

All arms of the bureau continued to function even amid a pandemic.

The Division maintains a **Hearings Bureau** whose responsibility is to process property claims under $500 as well as provide fair adjudication of administrative disciplinary matters involving residents. The Hearings Bureau conducted disciplinary hearings at all the NHDOC facilities.

The Hearings Bureau processed a total of **4885** disciplinary tickets in SFY 2021. Of those tickets processed **248** major disciplinary hearings were held among the various facilities. September 2020 saw the highest number of disciplinary infractions with a total of **519** violations written, **440** of those violations were plead out and **79** hearings held.

The disciplinary hearings process follows Administrative Rule COR 311.01. *



**Director: Lynmarie Cusack, Esq.**



# NH Department of Corrections
# Facility & Division Overviews

The **Division of Professional Standards** is also responsible for the **Investigation Bureau** which consists of two separate sections, one unit runs out of the NHSP-M in Concord and the other out of the NNHCF in Berlin, with a total 13 investigators assigned to the bureau. This bureau provides investigative services to all facilities where criminal conduct has occurred or is suspected, including but not limited to investigations into assaults, introduction of contraband, and escapes. The Investigations Bureau also uses four K-9 teams in their work to help prevent the introduction of contraband into the facilities. The Bureau also performs internal affairs investigations when necessary.

**During SFY 2021 the Bureau conducted the following criminal cases:**

**RSA 159:3 Convicted Felons (Weapons Possession), 1 case**
**RSA 318-B:2 Acts Prohibited (Possession of Drugs), 16 cases**
**RSA 622:24, Delivery of Articles, 37 cases**
**RSA 642:6, Escape, 6 cases**
**RSA 642:9, Assaults by Prisoners, 35 cases**

As a result of the criminal investigations, the Bureau was integral in bringing forward **34** criminal indictments during the fiscal year.

It also investigated **61** Prison Rape Elimination Act (PREA) allegations and **37** citizen complaints of various types. The Bureau also conducts K-9 operations and conducted **453** searches with 4 dogs and their handlers. In addition to **21** administrative investigations, the Bureau conducted **191** agency assists where it provided information or time to third party state entities; and **650** unit assists where the investigators provide intelligence or other information to other NHDOC internal partners.

The third arm of the Division is it's **audit team**, The Audit team conducted various audits during the year, including kitchen operations, payroll, and canteen operations. The payroll audit resulted in referral to the Attorney General's office for possible prosecution of an employee who manipulated overtime reporting.






# NH Department of Corrections
# Facility & Division Overviews

The **Division of Administration** is comprised of Financial Services and Logistical Services. RSA 21:H:4 further defines the Division's role as "responsible to provide for: (1) Accounting, purchasing, and budget control. (2) Property, contracts, and grant management (3) Assistance to the commissioner with short and long range department-wide planning activities."

Financial Services staff are responsible for accounts receivable, accounts payable, purchasing, budgeting, and financial analysis for the Department as well as maintaining the inmate banking system. Also included is responsibility for the request for proposal (RFP) process and management of contracts and grants administered by the Department. Logistical Services staff are embedded in the three prison facilities and is responsible for all maintenance, food service, laundry, and warehouse functions of the prisons, the transitional work center and three transitional housing units.

**Director: Robin Maddaus**

**Deputy Director: Lisa Stone**

**Financial Services -** The entire Financial Services staff should be commended for the smooth operations during this fiscal year, in spite of a pandemic. Staff was on-site throughout the year. All staff adapted to the COVID-19 guidelines and both personal and business needs, through intermittent work from home schedules. Staff was willing and successfully transitioned to working, either from home or in office, with little notice. A special trip to pick up PPE at vendor sites to expedite delivery to the DOC facilities was not uncommon. Financial Services staff volunteered to go behind the walls to train in Canteen functions, in case residents or staff were unable to work due to the pandemic. Financial Services staff also volunteered to be a part of the COVID-19 Vaccination Super-Site events held at the NH Motor Speedway. Everyone rose to the challenge without complaint to successfully navigate this pandemic. This spirit continues as we enter SFY 2022.

**Accounting Staff -** Accounting staff met the challenge brought on by the COVID-19 pandemic by ensuring orders for necessary supplies were placed and items were delivered to keep staff and residents safe. In SFY 2021, Financial Services staff processed over 16,000 invoices for payment, over 1,000 credit card transactions, and over 300 purchase requisitions. Staff also kept track of eligible COVID-19 expenses for applications for CARES Act and FEMA funding, to make sure the Department was able to maximize the reimbursement of expended General Fund dollars with Federal dollars.

**Contracts and Grants -** The Contracts and Grants staff coordinated and communicated with departmental staff, other state agencies, as well as outside vendors. Five request for proposals (RFPs) were issued, four leases for Probation and Parole office space for the Division of Field Services were procured, and 17 service contracts were secured. In addition, 12 grants were administered during the fiscal year. It takes special knowledge and skills to accomplish these processes and the team should be proud of the work they do.

**Resident Accounts -**

**Resident accounts processed over 10,000 deposits to resident's accounts, issued over 13,000 checks and 900 debit cards in SFY 2021.**

# NH Department of Corrections
# Facility & Division Overviews

**Logistical Services**

The Logistics staff consisting of 60 line staff positions, did a phenomenal job with the change in scope of daily routines due to the pandemic, with immediate and quick response to so many requests, whether setting up new units, increasing cell-feeds for the safety of residents or the increase of laundry services. All this was done with fewer resident workers as quarantines were put in place to protect exposure to COVID-19 behind the walls. As in previous years, the Logistical Services staff continued to reach out to help each other, even in areas outside their daily responsibilities due to persistent job vacancies and the need for coverage during emergency repairs. We could not get the job done without this teamwork. The work has changed but hasn't slowed down as we enter SFY 2022.

**Maintenance**

Logistical Services maintenance staff continued to keep the facilities mechanically operational as they faced the daily challenges of the pandemic. Our highly trained and licensed maintenance staff are not only responsible for the service and repairs of buildings, plants, utilities, and equipment, but also coordinate the services of contracted employees. In SFY 2021, Maintenance staff set up antechambers to be used to isolate potential COVID-19 positive residents from staff and other residents. They over-hauled the multipurpose room at the NHSP-M in Concord and converted it into a COVID-19 testing and medical distribution area. While managing unique requests due to the pandemic, they also found the time to do everything from changing light bulbs to the more challenging projects listed below:

1. Re-tube and completely refurbish a 350 HP CB Boiler and related all water lines in the Concord Boiler House
2. Re-piped the steam lines in the Concord laundry
3. Installed 9 filtered water bubblers at the NHSP/M
4. Assisted the City of Concord in locating and marking old property lines
5. Installed a new boiler in the back house at the Calumet Transitional Housing Unit
6. Installed a new "nurse call system" in NHSP/M HSC
7. Built and opened up the new Outside Mailroom at NHSP-M
8. Installed new video monitoring equipment at the Transitional Housing Units
9. Installed new timeclocks throughout the Department
10. Installed multiple Body Scanners at NNHCF, NHSP-M, NHCFW

# NH Department of Corrections
# Facility & Division Overviews

**Warehouse**

The NHDOC operates two warehouses, a central warehouse in Concord and a secondary warehouse in Berlin. These warehouses handle the delivery of all ordered food items and materials, and then coordinate weekly deliveries to all individual areas inside the facilities. In addition, the warehouses manage resident clothing orders, staff uniform orders, hazardous material inventories, and tool accountability. In SFY 2021, the warehouse staff coordinated the removal of the old and the distribution of new mattresses to all NHDOC facilities, in all over 2,200 beds. The warehouse staff also managed and distributed an unprecedented amount of cleaning products and personal protection equipment, vetted all deliveries and isolated new deliveries and packages according to CDC guidelines for COVID-19.

**Food Services**

Our food services staff oversee the preparation and delivery of over 6,500 meals each day. Each meal is nutritionally balanced and approved by the Department's dietician. The NHDOC's kitchens are also the Department's largest employer of resident workers; with over 200 positions available. Workers learn many skills while employed in the kitchen; they learn how to bake, prep, cook, and serve meals with efficiency and also how to disinfect and clean surfaces and equipment. During SFY 2021, due to COVID-19 precautions, many resident workers were unable to work in the kitchen stretching the food services staff in preparation of meals for both the dining hall and individual cell feeds. The day's plans were upended many times by either a change in the number of resident workers available or the need for additional cell feeds. Daily uncertainty became the norm for many months.

**Laundry**

The laundry staff handles the monumental task of cleaning and drying all resident clothing and bedding several times each week. Assisted by a resident work crew, the laundry is picked up from each housing area in rolling carts and delivered clean and dry the following day. The Laundry staff was also not immune from the changes in operations due to the pandemic. It was necessary to process many more loads of laundry and the number of resident workers was never a certainty.

**NHCFW Kitchen**



**NHCFW Dining Hall**



# NH Department of Corrections
# Facility & Division Overviews

The **Division of Security and Training** consists of the training bureau and the bureau of classification and client records. The Division's responsibilities include supporting the security and safety of the operations in all facilities and ensuring the consistency of the operations within departmental policies. This is accomplished through the classifications system, adjustments in training both at the academies and during annual training, and oversite of the Department's special teams.

The Division is also responsible for the Department's fleet of vehicles, emergency management program, and Honor Guard.

## Director: Chris Kench

In SFY 2021, the training bureau held **3** corrections academies graduating **42** Correctional Officers, **90** firearms range days, **6** Standard CPR/AED/First-Aid classes with **107** obtaining certification. **5** Healthcare Provider CPR classes with **27** obtaining certification and **3** Non-Uniform Pre-Service 5-day training sessions attended by **65** new employees.



# NH Department of Corrections
# Facility & Division Overviews

The **Division of Field Services** provides supervision to individuals placed on probation, parole, administrative home confinement as well as conducts pre-sentencing investigations, annulments and is responsible for the collection of fines, fees and restitution.

Supervised probation is when an individual has been convicted of a misdemeanor or felony and is released by the Courts into the community instead of serving time in prison. Field Services is responsible for supervising and assisting with rehabilitating these individuals.

Supervised parole works in conjunction with the Adult Parole Board who may permit the early release of a prisoner from the New Hampshire State Prison System and agrees to abide by certain conditions. These individuals are also supervised by Field Services and continued efforts are made to rehabilitate these individuals and assist with the transition from prison to the community.

Administrative home confinement (AHC) is another form of release from the NH State prison system. When offenders are approved for AHC, they are released to be confined to their homes with certain parameters. They are supervised by Field Services and their location is checked through electronic monitoring and home visits.

Pre-sentencing Investigations and annulments are also conducted by Field Services. These investigations are requested by a Court for pre-sentencing investigation and by an individual for annulments. They include a thorough evaluation of the offender's criminal charge, a thorough review of the circumstances including interviews with affected parties, and a recommendation to the sentencing judge.

When a Court orders fines, fees, or restitution to a victim, Field Services is responsible for these collections. Case technicians work alongside Probation Parole Officers to ensure these monies are collected and distributed.

There are 11 District Offices located throughout the State and they are aligned with the Superior Courts. These offices are run by a professional staff consisting of probation parole officers and support staff and each office is supervised by a Chief probation parole officer.

**Director : Robert Oxley**

**Deputy Director : David Cady**







# NH Department of Corrections
# Facility & Division Overviews

The **Division of Field Services Highlights from around the state:**

The COVID-19 pandemic presented extraordinary professional and personal challenges to Field Services while having a significant impact on normal operations. The entire division met this challenge with extraordinary efforts and continued to keep our citizens safe while continuing to assist residents with re-entry into the community.

In our Berlin Office, information was obtained regarding a probationer who made numerous threats towards law enforcement and was amassing guns and body armor as well as distributing narcotics. While working with local, state, and federal authorities a plan was developed to arrest the subject. The probationer was subsequently arrested in possession of a firearm and wearing body armor, potentially saving the life of an unsuspecting police officer.

The Nashua office added two additional staff members to their team. A PPO was brought on as a second drug court officer to assist with the large number of drug court cases in Hillsborough County-South. A new Case Technician was also taken in to assist with collections. They had many cases in SFY 2021 with multiple staff members involved to include, locating drugs/paraphernalia, firearms, knives, counter-surveillance items, hides, etc. Many of these cases have gone for federal indictment and are currently pending. The staff has collaborated with multiple agencies including Nashua PD, Merrimack PD, and FBI/DEA to thwart drug trafficking and potential threats to the safety of persons and assisted in investigations of child pornography. On several occasions, they have been the first responders on the scene to address unconscious persons until local authorities and EMS could arrive on the scene. As well as assisting with lifesaving efforts on persons during home inspections with Narcan/CPR. Nashua has gone above and beyond expectations to ensure Hillsborough South is one of the leading examples of quality programs for drug court participants to succeed and progress with their individual lives.

Haverhill has seen several PPOs transfer to other offices throughout the year and brought on two new officers. Staff were involved in many incidents in SFY 2021 including one which nearly resulted in the use of deadly force on an individual who was resisting arrest (while under influence of methamphetamine). During the confrontation that ensued, the offender was able to acquire a Taser and attempted to use it on the officers and a civilian bystander. Several officers drew their weapons as it appeared that all other options had been exhausted and the offender was trying to fire the Taser. One PPO had removed the cartridge during the encounter and was able to notify all present that the offender did not have a cartridge in the Taser. The professionalism and quick actions by everyone involved prevented a potentially deadly outcome. A second significant event occurred at the Haverhill district office when one of the staff members suddenly stopped talking and was apparently choking. Two of the PPOs immediately rendered aid which resulted in the obstruction being dislodged.

# NH Department of Corrections
# Facility & Division Overviews

The **Division of Field Services Highlights from around the state:**

Our Claremont office was relocated to a new office space in Newport. Several PPOs participated in the State Police Mobile Enforcement Team (MET) events in Sullivan County on at least three occasions in the last year. These large-scale drug enforcement operations involved the local Drug Task Force, State Police Narcotics Unit, State Police MET teams, and local police departments. Their participation in these events often lasted to the early hours and shows their high level of dedication to their work which positively reflects on the entire Division and the Department as a whole.

In Laconia, PPOs were involved in an operation where a parolee had large amounts of drugs in their vehicle. The officers were able to conduct this investigation safely and calmly and additional charges were brought against the subject. On another occasion, two guns were found in the residence of a probationer's home. PPOs took control of the weapons safely and arrested the offender without incident. Officers have had multiple drug arrests over this past year. They found a felon with a weapon who was also on probation for stolen firearms. This case was turned over to the Laconia PD and Federal authorities for prosecution. The Laconia office was involved in several fugitive arrests in SFY 2021.

Exeter has seen some change this past year with a new Chief PPO coming on board after the incumbent transferred out. Two PPOs were also added to the ranks after transfers. Exeter is one of the only counties to not only have a drug court but also a veteran's court to deal with our veterans who are faced with challenges within the legal system.

These are just some small examples of the heroic work that the Probation Parole Officers accomplish every day. They put themselves in harm's way on a daily basis to protect the public.

The final members of Field Services that need to be acknowledged are the professional staff members who work within the district offices and headquarters. They have been and always will be the back-bone of the Division. These team members are often on the front line of initial contact with probationers and parolees, as well as daily interaction with citizens and victims. Their important role is always performed with dedication and professionalism.



Wolfeboro District Office



Keene District Office

# NH Department of Corrections
# Facility & Division Overviews

The **Victim Services Unit (VSU)** is devoted to supporting crime victims, survivors, witnesses and their families through the post-conviction process of the New Hampshire criminal justice system. As a unit, our goals are to minimize further trauma to crime victims and their families through enhanced advocacy and responsiveness by department staff, support and encourage victim involvement in the post-conviction phase of the New Hampshire criminal justice system, and integrate victim-sensitive principles and practices within the NHDOC families and district.

Together, the Victim Services team supports the community victim populations, as well as residents who have been victimized while in the custody of the NHDOC.



## Administrator: Nicole Kipphut

The most common types of services provided are notification of individual case status, criminal justice support, advocacy and accompaniment to Parole Board hearings. Staff regularly work with victims, survivors and their families to educate them on the post-conviction criminal justice process. Staff communicates by email, texts, phone calls, face-to-face and Zoom meetings in order to prepare victims and support them through the NH Adult Parole Board hearings and work to ensure that they understand the process, their rights, and are prepared to provide a victim impact statement, if they choose to exercise that right. Furthermore, staff help victims with safety planning and concerns as the resident begins their reintegration process into the community, starting with minimum custody and moving onto parole.

**During SFY 21, the Victim Services Unit staff served 3,441 victims and survivors of crime. Of those individuals, 159 were new requests for Victim Notification.**

In addition to victim advocacy, the Victim Services Unit (VSU) has two restorative justice programs:

- **Victim-Offender Dialogue (VOD)**: The VSU has three VOD facilitators who facilitate victim-initiated VODs in crimes of the severely violated. Since July 1, 2020, the VSU received 8 referrals for VOD and currently have 19 open cases at various stages of the process. During the fiscal year, the VOD facilitators spent many hours providing trainings on the two restorative justice programs to the County Attorney Victim Witness Advocates, prosecutors, police department advocates, community Sex Offender Therapists, and the Coalition Against Domestic and Sexual Violence.
- **Accountability Letter Bank (ALB).** The VSU received 6 inquiries from residents regarding writing a letter to their victim through the Accountability Letter Bank. Many residents continue to work with staff to better understand what it means to be fully accountable and how to put that knowledge and understanding into an apology letter to be offered to the victim of their crime.

# NH Department of Corrections
# Facility & Division Overviews

**The Bureau of Business Information and Technology** was established to increase the focus on using technology to accomplish a wide range of objectives. The Bureau is a joint effort with the Department of Information Technology (DoIT) to facilitate a smooth transition between the business side and project management, reporting, application support, data analysis, and prioritization of projects through the technical side with network support, server operations, desktop support, and application development.

## Administrator: Linda Socha

The BIU and DoIT staff have had a number of successes over the last fiscal year, working on infrastructure and system improvements to ensure future services and increased capacity. Here are some of the major improvements our team accomplished in SFY 2021:

Server Virtualization – we redeployed all of our production, test and UAT servers to a new virtual server cluster. Virtualization is a way to maximize modern computing hardware by hosting previously separate physical servers virtually on a single more powerful server. Since resources are used by different servers at different times, this allows us far greater capacity at lower cost, easier maintenance and simpler upgrades in order to help ensure performance across all services and applications.

Support Manual – last year the entire BIU support documentation for all applications and services was redone by staff in order to ensure a better standardized approach to support and maintain of all of our systems. This also allows us to more easily train new staff and we are currently going through the process of hiring to increase availability.

MS Edge Rewrite – Internet Explorer is an end-of-life web browser and continued to cause problems with a variety of web applications and websites that are used at DOC. During the last year all intranet pages and internal applications were rebuilt to work with MS Edge so that we could migrate off of IE to a modern browsing experience. This closes several security concerns and ensures better performance and a more refined experience for all of our users.

Report Back-End Rewrite – Reports are the lifeblood of many divisions here and maintaining and updating all of them individually can be difficult and time consuming. Last year, we rewrote our back -end structure for generating, hosting and maintaining reports from our data warehouse. This makes it far simpler to maintain and create new resources moving forward.

District Office Network Upgrades – Network hardware was replaced at all District Offices in the state due to aging equipment. The district offices are now up to the state standard.

ORB – this year saw the deployment and adoption of our new permissions system which has greatly streamlined and reduced paperwork within the department. We've heard the feedback and will be continuing to iterate and streamline this application even further as time allows during the next year.

We look forward to improving support and access to technology resources within the Department over the next fiscal year!

# NH Department of Corrections
# Facility & Division Overviews

The **Bureau of Human Resources** is responsible for the personnel and payroll functions of the Department in compliance with state and federal law. Other major functions of the Bureau include: recruitment, selection, retention, promotion, worker's compensation claims processing, Family Medical Leave Act, benefits administration, labor relations and employee wellness.

## Administrator: Ella Fredette

In SFY 2021, The Bureau of Human Resources (HR) was certainly challenged during the fiscal year due to the on-going demands of the COVID-19 pandemic and focusing continued assistance to all employees while maintaining the normal workflow throughout the Bureau. In addition to the challenges of the pandemic, the Department of Corrections continued work with the State's scheduling software project to be the pilot agency to go live with the NH First-Workforce Management System (WFM).

WFM System development continued, planning and regular meetings occurred throughout the fiscal year to prepare to go live with the new time management program by the end of 2020. The implementation was delayed after testing due to varying nuances of the system and the various collective bargaining agreements within the department. Training occurred throughout the agency and we successfully went live at the end of March 2021. We continue to monitor, evaluate and collaborate on the operation of (WFM) to improve training and overall functioning of the automated system within the department. As with any new system, the more we use it, the more we will perfect the time management processing for the end result of proper compensation and time management auditing.

The regular Human Resources workflow remained a priority in each area of the Bureau to ensure the needs of the employees were met and continued onboarding to maintain critical staffing levels. We regularly review all processes for improvements to make employment resources more effective and efficient throughout the agency. Our HR team changed and the new faces in place quickly found their expertise in their new roles, even with the constant impacts created by the on-going pandemic and WFM implementation.

Our bureau's number one goal is to fill our vacancies with qualified professionals and retain those already on our team.

| | | HIRED | TERMED* | RETIRED | Total Net Hire |
|---|---|---|---|---|---|
| **Fiscal Year Total Hires** | Uniform | 53 | -26 | -23 | 4 |
| | Civilian | 45 | -35 | -33 | -23 |

*Termed signifies employees who are no longer with the Department because of reasons other than retirement.

# NH Department of Corrections
# Facility & Division Overviews

**Legislation**

The Department maintained an active presence before House and Senate committees, offering testimony and information or simply monitoring the discussion. The Commissioner identified appropriate leadership staff to testify on bills that were of a great interest to our agency.

**Significant legislation NHDOC tracked:**

| | |
|---|---|
| HB456 text | Relative to the disclosure of information from vital records. |
| HB576 text | Relative to victims compensation fund eligibility. |
| HB598 | An ACT relative to the portion of a minimum sentence to be served to be eligible for parole. |
| HB91 text | Relative to death benefits of first responders who die from suicide. |
| SB142 text | Relative to the commission to study post-traumatic stress disorders in first responders. |
| SB153 text | Relative to group II accidental disability allowances for a police officer or firefighter disabled as a result of a violent injury. |
| SB156 text | Relative to management of the secure psychiatric unit facility at New Hampshire Hospital. |
| SB34 text | Relative to the definition of a controlled drug analog and prohibiting the sale or possession of synthetic urine and urine additives. |
| SB96 text | Requiring implicit bias training for judges; establishing a body worn camera fund and making an appropriation therefor; relative to race and ethnicity data on driver's licenses, and relative to juvenile delinquency. |
| | (2nd New Title) Relative to establishing a body-worn and in-car camera fund and making an appropriation therefor; amending juvenile delinquency proceedings and transfers to superior court; and establishing committees to study the role and scope of authority of school resource officers and the collection of race and ethnicity data on state identification cards. |

# NH Department of Corrections
# Facility & Division Overviews

**Challenges and Goals**




## Challenges

SFY 2021 has presented us with new challenges as well as challenges we continue to face.

Staffing in all areas continues to be a challenge both in the recruitment of qualified staff as well as the retention of current staff.

Aging infrastructure on the NHSP-M campus continues to present us with challenges.

COVID-19 has presented us with many challenges throughout this fiscal year.

Despite the challenges we face, we are committed to advancing NH Correctional services to the betterment of the State of NH.

## Goals

Our goals for SFY 2022 include continuing to successfully and safely navigating through the COVID-19 pandemic.

**Our number 1 goal is to - Fill our security vacancies and reducing the overtime burden on our staff and improve employee morale.**

Enhancing our presence at local high schools, colleges and community events to help aid in recruitment.

Continuing the advancement of policies and procedures to align to correctional best practices.

A full review of physical plant infrastructure to ensure safe working environments for our staff and safe living environments for our residents.

Explore implementation of on-site healthcare screening protocols and increase use of telehealth to reduce transports from the prisons.

Implement peer support trainings at all facilities to increase staff retention and the focus on staff wellness.

## NHDOC Mission Statement

Our mission is to provide a safe, secure, and humane correctional system through effective supervision and appropriate treatment of offenders, and a continuum of services that promote successful re-entry into society for the safety of our citizens and in support of crime victims.

## Core Values Statement

The New Hampshire Department of Corrections is committed to fulfilling its mission by upholding the following values:

***Integrity***

We adhere to the highest ethical standards and accept responsibility for our decisions and actions.

***Respect***

We treat all employees, offenders and the public with fairness, honesty, and dignity, while recognizing individual diversity.

***Professionalism***

We are firm, fair and consistent in the performance of our duties and responsibilities. We strive for excellence and take pride in maintaining high quality services, as reflected by our performance, our appearance, and our commitment to lifelong learning. We build trust and teamwork in the workplace by providing positive support and promoting cooperation and communication.

***Collaboration***

We promote positive relationships through cooperation and collaboration in partnership with others as we strive to achieve common goals.

***Accountability***

We adhere to holding ourselves and our co-workers accountable in carrying out our mission, values, policies, and directives, and in upholding the laws of the State of New Hampshire.

## Victim Recognition Statement

The NHDOC recognizes and respects the impact of crime upon victims and their families. We acknowledge and support the rights of crime victims, remaining mindful of our role in their process of recovery.

## Vision Statement

The NH Department of Corrections is an integral part of the criminal justice system, strengthening public safety by achieving excellence in correctional practices.

# New Hampshire Department of Corrections as of June 30, 2021

